# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1690     **Short Title:** Local 8027, et al v. Edelblut

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: Andres Mejia and Christina Kim Philibotte   as the

[ ] appellant(s)        [✓] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)       [ ] intervenor(s)

/s/ Gilles Bissonnette                    7/29/2024
Signature                                 Date

Gilles Bissonnette
Name

ACLU of New Hampshire                     603-227-6678
Firm Name (if applicable)                 Telephone Number

18 Low Avenue
Address                                   Fax Number

Concord, NH 03301                         gilles@aclu-nh.org
City, State, Zip Code                     Email (required)

Court of Appeals Bar Number: 123868

Has this case or any related case previously been on appeal?

[✓] No         [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).