# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1690      **Short Title:** Local 8027, et al. v. Edelbut

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Andres Mejia and Christina Kim Philibotte                                    as the

[ ] appellant(s)         [✔] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)


/s/ Morgan C. Nighan                    7-29-2024
Signature                               Date

Morgan C. Nighan
Name

Nixon Peabody LLP                       617-345-1031
Firm Name (if applicable)               Telephone Number

53 State Street                         617-345-1300
Address                                 Fax Number

Boston, MA 02109                        mnighan@nixonpeabody.com
City, State, Zip Code                   Email (required)

Court of Appeals Bar Number: 1157304

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No.

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).