# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1690     **Short Title:** Local 8027, et a v. Edelblut et

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Andres Mejia and Christina Kim Philibotte                                           as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)   [ ] intervenor(s)

/s/ Henry Klementowicz          7/29/2024
Signature                        Date

Henry Klementowicz
Name

ACLU of New Hampshire            6033332201
Firm Name (if applicable)        Telephone Number

18 Low Avenue
Address                          Fax Number

Concord, NH 03301                henry@aclu-nh.org
City, State, Zip Code            Email (required)

Court of Appeals Bar Number: 1179814

Has this case or any related case previously been on appeal?

[✓] No     [ ] Yes  Court of Appeals No.

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.**  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).