# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 24-1690     Short Title: Local 8027, et al. v. Edelblut

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Andres Mejia and Christina Kim Philibotte</u> as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

<u>/s/ Chris Erchull</u>     <u>7/29/2024</u>
Signature     Date

<u>Chris Erchull</u>
Name

<u>GLBTQ Legal Advocates & Defenders</u>     <u>(617) 426-1350</u>
Firm Name (if applicable)     Telephone Number

<u>18 Tremont St Ste 950</u>     <u>(617) 426-3594</u>
Address     Fax Number

<u>Boston, MA 02108</u>     <u>cerchull@glad.org</u>
City, State, Zip Code     Email (required)

Court of Appeals Bar Number: <u>1199326</u>

Has this case or any related case previously been on appeal?

[✓] No     [ ] Yes     Court of Appeals No._____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).