# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 24-1690        **Short Title:** Local 8027, et al v. Edelblut

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Andres Mejia and Christina Kim Philibotte</u> as the

[ ] appellant(s)    [✓] appellee(s)    [ ] amicus curiae

[ ] petitioner(s)   [ ] respondent(s)   [ ] intervenor(s)

<u>/s/ Jennifer Eber</u>                <u>7/29/2024</u>
Signature                              Date

<u>Jennifer Eber</u>
Name

<u>Disability Rights Center - NH</u>   <u>603-228-0432</u>
Firm Name (if applicable)              Telephone Number

<u>64 N. Main Street, Suite 2</u>       <u>603-225-2077</u>
Address                                Fax Number

<u>Concord, NH  03301</u>               <u>jennifere@drcnh.org</u>
City, State, Zip Code                  Email (required)

Court of Appeals Bar Number: <u>39766</u>

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes   Court of Appeals No.<u>                        </u>

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).