# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 24-1690  **Short Title:** Local 8027, et al v. Edelblut

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
Andres Mejia and Christina Kim Philibotte                                    as the

[ ] appellant(s)       [✓] appellee(s)       [ ] amicus curiae

[ ] petitioner(s)      [ ] respondent(s)     [ ] intervenor(s)

/s/SangYeob Kim                               7/29/24
Signature                                     Date

SangYeob Kim
Name

ACLU of New Hampshire                         6033332081
Firm Name (if applicable)                     Telephone Number

18 Low Ave
Address                                       Fax Number

Concord, NH 03301                             sangyeob@aclu-nh.org
City, State, Zip Code                         Email (required)

Court of Appeals Bar Number: 1183553

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes   Court of Appeals No._____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).