# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 24-1690    **Short Title:** Local 8027, et al. v. Edelblut

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
<u>National Education Association-New Hampshire</u> as the

[✔] appellant(s)　　　　[ ] appellee(s)　　　　[ ] amicus curiae

[ ] petitioner(s)　　　　[ ] respondent(s)　　　　[ ] intervenor(s)

<u>/s/ Nathan R. Fennessy</u>　　　　<u>July 29, 2024</u>
Signature　　　　　　　　　　　　　Date

<u>Nathan R. Fennessy</u>
Name

<u>Preti, Flaherty, Beliveau & Pachios, PLLP</u>　<u>604-410-1528</u>
Firm Name (if applicable)　　　　　　　　　　Telephone Number

<u>P.O. Box 1318</u>　　　　　　　　　　<u>603-410-1501</u>
Address　　　　　　　　　　　　　　Fax Number

<u>Concord, NH 03302-1318</u>　　　　<u>nfennessy@preti.com</u>
City, State, Zip Code　　　　　　　　Email (required)

Court of Appeals Bar Number: <u>1159549</u>

Has this case or any related case previously been on appeal?

[✔] No　　　　[ ] Yes   Court of Appeals No._____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).