# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1690      **Short Title:** Local 8027, et al. v. Edelbut

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
<u>Andres Mejia and Christina Kim Philibotte</u> as the

[ ] appellant(s)      [✔] appellee(s)      [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)    [ ] intervenor(s)

<u>/s/ S. Amy Spencer</u>                  <u>7-29-2024</u>
Signature                                  Date

<u>S. Amy Spencer</u>
Name

<u>Nixon Peabody LLP</u>                   <u>(603) 628-4019</u>
Firm Name (if applicable)                  Telephone Number

<u>900 Elm Street, 14th Floor</u>          <u>(603) 782-4572</u>
Address                                    Fax Number

<u>Manchester, NH 03101</u>                <u>aspencer@nixonpeabody.com</u>
City, State, Zip Code                      Email (required)

Court of Appeals Bar Number: <u>1180937</u>

Has this case or any related case previously been on appeal?

[✔] No      [ ] Yes   Court of Appeals No._____

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).