# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 24-1690      **Short Title:** Local 8027, et al. v. Edelbut

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Andres Mejia and Christina Kim Philibotte                                             as the

[ ] appellant(s)         [✔] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ David A. Vicinanzo                7-29-2024
Signature                             Date

David A. Vicinanzo
Name

Nixon Peabody LLP                     (603) 628-4083
Firm Name (if applicable)             Telephone Number

900 Elm Street, 14th Floor            (866) 947-0758
Address                               Fax Number

Manchester, NH 03101                  dvicinanzo@nixonpeabody.com
City, State, Zip Code                 Email (required)

Court of Appeals Bar Number: 27729

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No.

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).