**UNITED STATES OF AMERICA**
**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

**NO. 24-1690**

**LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, ET AL**

**Plaintiffs-Appellees**

**v.**

**FRANK EDELBLUT, ET AL**

**Defendants-Appellants**

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT:**

Kindly enter my appearance on behalf of Plaintiffs-Appellees: (1) Local 8027, AFT-New Hampshire, AFL-CIO; (2) Ryan Richmond; (3) John Dube; (4) Joceyln Merrill; (5) Kimberly Green Elliott; and (6) Meghan Evelyn Durden.

Respectfully submitted,

*/s/peter j. perroni*
Peter J. Perroni
Nolan Perroni, PC
73 Princeton St., Suite 306
N. Chelmsford, MA 01863
peter@nolanperroni.com
First Circuit Bar No. 91613
7.31.24

Certificate of Service

I Peter J. Perroni hereby certify that I have served the foregoing through the ECF system of the First Circuit Court of Appeals this 31st Day of July 2024.

/s/ peter j. perroni