# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 24-1690  **Short Title:** Local 8027 v. Edelblut

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>NEA-New Hampshire</u> as the

[ ] appellant(s)   [✔] appellee(s)   [ ] amicus curiae

[ ] petitioner(s)   [ ] respondent(s)   [ ] intervenor(s)

| | |
|---|---|
| <u> </u><br>Signature | <u>August 4, 2024</u><br>Date |
| <u>Jason Walta</u><br>Name | |
| <u>National Education Association</u><br>Firm Name (if applicable) | <u>202-306-0602</u><br>Telephone Number |
| <u>1201 16th St. NW</u><br>Address | <u>202-822-7033</u><br>Fax Number |
| <u>Washington DC 20036</u><br>City, State, Zip Code | <u>jwalta@nea.org</u><br>Email (required) |

Court of Appeals Bar Number: <u>78674</u>

Has this case or any related case previously been on appeal?

[ ] No      [ ] Yes   Court of Appeals No.<u> </u>

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).