# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1690  **Short Title:** Local 8027 v. Edelblut

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

NEA-New Hampshire as the

[ ] appellant(s)  [✔] appellee(s)  [ ] amicus curiae

[ ] petitioner(s)  [ ] respondent(s)  [ ] intervenor(s)

_/s/_
Signature

August 4, 2024
Date

Jason Walta
Name

National Education Association
Firm Name (if applicable)

202-306-0602
Telephone Number

1201 16th St. NW
Address

202-822-7033
Fax Number

Washington DC 20036
City, State, Zip Code

jwalta@nea.org
Email (required)

Court of Appeals Bar Number: 78674

Has this case or any related case previously been on appeal?

[X] No  [ ] Yes  Court of Appeals No. _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).