# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1690  **Short Title:** Mejia, et al v. Edelblut, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

See attached sheet _____ as the

[✓] appellant(s)  [ ] appellee(s)  [ ] amicus curiae

[ ] petitioner(s)  [ ] respondent(s)  [ ] intervenor(s)

/s/ Samuel Garland  
Signature

8/5/2024  
Date

Samuel Garland  
Name

N.H. Department of Justice  
Firm Name (if applicable)

(603) 271-3650  
Telephone Number

1 Granite Place - South  
Address

_____  
Fax Number

Concord, NH 03301  
City, State, Zip Code

samuel.rv.garland@doj.nh.gov  
Email (required)

Court of Appeals Bar Number: 1189913

Has this case or any related case previously been on appeal?

[✓] No  [ ] Yes  Court of Appeals No. _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

*Additional parties represented.*

1. Frank Edelblut, as Commissioner of the New Hampshire Department of Education
2. John M. Formella, as New Hampshire Attorney General
3. Christian Kim, as Chair of the New Hampshire Commission for Human Rights
4. Ahni Malachi, as Executive Director of the New Hampshire Commission for Human Rights
5. Ken Merrifield, as Commissioner of the New Hampshire Department of Labor