# CERTIFICATE OF SERVICE FORM FOR ELECTRONIC FILINGS

I hereby certify that on August 5[nd], 2024, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system: Frank Edelblut, as Commissioner of the New Hampshire Department of Education; John M. Formella, as New Hampshire Attorney General; Christian Kim, as Chair of the New Hampshire Commission for Human Rights; Ahni Malachi, as Executive Director of the New Hampshire Commission for Human Rights; and Ken Merrifield, as Commissioner of the New Hampshire Department of Labor. As well as petitioners; Andres Mejia, Christina Kim Philibotte, National Education Association – New Hampshire, LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, Jocelyn Merrill, Kimberly Green Elliot, Ryan Richman, Meghan Evelyn Durden, and John Dube.

*/s/ Samuel R. V. Garland*
Samuel R. V. Garland, Esq.