# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 24-1690        Short Title: Local 8027 et al. v. Edelbut

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Andres Mejia and Christina Kim Philibotte                              as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)         [ ] intervenor(s)

/s/ Leah Watson                          08/06/2024
Signature                                 Date

Leah Monique Watson
Name

American Civil Liberties Union Foundation          (212) 549-2500
Firm Name (if applicable)                           Telephone Number

125 Broad Street, Floor 18                          (212) 549-2654
Address                                             Fax Number

New York, NY 10004                                  lwatson@aclu.org
City, State, Zip Code                               Email (required)

Court of Appeals Bar Number: 1213334

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).