# United States Court of Appeals
## For the First Circuit

---

## NOTICE OF APPEARANCE

No. 24-1690    **Short Title:** Local 8027, et al v. Edelbut

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Local 8027, AFT-New Hampshire, AFL-CIO, Ryan Richmond, John Dube, Jocelyn Merill, Kimberly Green Elliott, Megahn Evelyn Durde    as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Harry Sandick                          8/7/2024
Signature                                  Date

Harry Sandick
Name

Patterson Belknap Webb & Tyler             212-336-2723
Firm Name (if applicable)                  Telephone Number

1133 Ave. of the Americas                  212-336-2222
Address                                    Fax Number

New York, NY 10036                         hsandick@pbwt.com
City, State, Zip Code                      Email (required)

Court of Appeals Bar Number: 1213342

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes    Court of Appeals No. _____

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).