# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

No. 24-1690          Short Title: Local 8027, et al v. Edelbut

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Local 8027, AFT-New Hampshire, AFL-CIO, Ryan Richmond, John Dube, Jocelyn Merill, Kimberly Green Elliott, Megahn Evelyn Durde  as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)   [ ] intervenor(s)

/s/ Joshua M. Goldman
Signature

8/7/2024
Date

Joshua M. Goldman
Name

Patterson Belknap Webb & Tyler
Firm Name (if applicable)

212-336-2215
Telephone Number

1133 Ave. of the Americas
Address

212-336-2222
Fax Number

New York, NY 10036
City, State, Zip Code

jgoldman@pbwt.com
Email (required)

Court of Appeals Bar Number: 1204166

Has this case or any related case previously been on appeal?

[✓] No     [ ] Yes   Court of Appeals No. _____

===================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).