# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 24-1690   **Short Title:** Local 8027, et al v. Edelblut

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

National Education Association-New Hampshire                              as the

[ ] appellant(s)   [✓] appellee(s)   [ ] amicus curiae

[ ] petitioner(s)   [ ] respondent(s)   [ ] intervenor(s)

/s/ Lauren Snow Chadwick
Signature

08/14/2024
Date

Lauren Snow Chadwick
Name

NEA-New Hampshire
Firm Name (if applicable)

603-224-7751
Telephone Number

9 South Spring Street
Address

Fax Number

Concord, NH, 03301
City, State, Zip Code

LChadwick@nhnea.org
Email (required)

Court of Appeals Bar Number: 1213339

Has this case or any related case previously been on appeal?

[✓] No   [ ] Yes   Court of Appeals No. _____

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).