# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 24-1690          **Short Title:** Local 8027, et al v. Edelblut

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

National Education Association-New Hampshire_____ as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)


/s/ Callan Sullivan_____          08/14/2024_____
Signature                                                          Date

Callan E. Sullivan_____
Name

NEA-New Hampshire_____          603-224-7751_____
Firm Name (if applicable)                              Telephone Number

9 South Spring Street_____          _____
Address                                                          Fax Number

Concord, NH, 03301_____          CSullivan@nhnea.org_____
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: 1213504_____


Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____
==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).