# United States Court of Appeals
## For the First Circuit

No. 24-1690

ANDRES MEJIA; CHRISTINA KIM PHILIBOTTE; NATIONAL EDUCATION ASSOCIATION - NEW HAMPSHIRE; LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO; JOCELYN MERRILL; KIMBERLY GREEN ELLIOT; RYAN RICHMAN; MEGHAN EVELYN DURDEN; JOHN DUBE,

Plaintiffs - Appellees,

v.

FRANK EDELBLUT, in their official capacity as Commissioner, New Hampshire Department of Education; JOHN M. FORMELLA, in their official capacity as New Hampshire Attorney General; AHNI MALACHI, in their official capacity as Executive Director, New Hampshire Commission for Human Rights; CHRISTIAN KIM, in their official capacity as Chairperson, New Hampshire Commission for Human Rights; KEN MERRIFIELD, in their official capacity as Commissioner, New Hampshire Department of Labor,

Defendants - Appellants.

**NOTICE**

Issued: August 15, 2024

Our records indicate that the attorneys listed below have not registered for a CM/ECF account in this court. Any attorney who intends to file documents in this case, or wishes to continue receiving court issued documents, must register immediately with PACER for a CM/ECF account. For additional information, please go to our website, www.ca1.uscourts.gov, and select "E-Filing (Information)."

If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form can be found on our on our website, www.ca1.uscourts.gov, under "Forms & Instructions."

**After August 29, 2024, the clerk's office will no longer send paper copies of court issued documents to the following attorneys, unless they register for a CM/ECF account prior to that date.**

Elizabeth Clarke Milburn, David Strom, Daniel J. McNeil, Mark Richard, Travis Hill, David Kahne, Kayla Jade Turner, Alice O'Brien

Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Joseph Kelley - (617) 748-9051

cc:
Gilles R. Bissonnette
Lauren Snow Chadwick
William E. Christie
Jennifer Aimee Eber
Christopher Erchull
Nathan R. Fennessy
Samuel R. V. Garland
Faith E. Gay
Joshua M. Goldman
Travis Hill
Sarah Hinger
David Kahne
Nathan W. Kenison-Marvin
SangYeob Kim
Henry R. Klementowicz
Daniel J. McNeil
Elizabeth Clarke Milburn
Charles Moerdler
Morgan Caissie Nighan
Alice O'Brien
Peter J. Perroni
Mark Richard
Harry Sandick
Suzanne Amy Spencer
David Strom
Emerson Sykes
Kayla Jade Turner
David Andrew Vicinanzo
Jason Walta
Leah Watson