# United States Court of Appeals
## For the First Circuit

No. 24-1690

ANDRES MEJIA; CHRISTINA KIM PHILIBOTTE; NATIONAL EDUCATION ASSOCIATION - NEW HAMPSHIRE; LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO; JOCELYN MERRILL; KIMBERLY GREEN ELLIOT; RYAN RICHMAN; MEGHAN EVELYN DURDEN; JOHN DUBE,

Plaintiffs - Appellees,

v.

FRANK EDELBLUT, in their official capacity as Commissioner, New Hampshire Department of Education; JOHN M. FORMELLA, in their official capacity as New Hampshire Attorney General; AHNI MALACHI, in their official capacity as Executive Director, New Hampshire Commission for Human Rights; CHRISTIAN KIM, in their official capacity as Chairperson, New Hampshire Commission for Human Rights; KEN MERRIFIELD, in their official capacity as Commissioner, New Hampshire Department of Labor,

Defendants - Appellants.

**ORDER OF COURT**

Entered: August 15, 2024
Pursuant to 1st Cir. R. 27.0(d)


Appellants are presently in default for failure to file a docketing statement.

It is ordered that if a docketing statement is not filed on or before **August 29, 2024**, this appeal will be dismissed in accordance with 1st Cir. R. 3.0(b) for lack of prosecution.


By the Court:

Maria R. Hamilton, Clerk

cc:
Gilles R. Bissonnette
Lauren Snow Chadwick
William E. Christie
Jennifer Aimee Eber
Christopher Erchull
Nathan R. Fennessy
Samuel R. V. Garland
Faith E. Gay
Joshua M. Goldman
Travis Hill
Sarah Hinger
David Kahne
Nathan W. Kenison-Marvin
SangYeob Kim
Henry R. Klementowicz
Daniel J. McNeil
Elizabeth Clarke Milburn
Charles Moerdler
Morgan Caissie Nighan
Alice O'Brien
Peter J. Perroni
Mark Richard
Harry Sandick
Suzanne Amy Spencer
David Strom
Emerson Sykes
Kayla Jade Turner
David Andrew Vicinanzo
Jason Walta
Leah Watson