**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
(617) 748-9057
www.ca1.uscourts.gov

**DOCKETING STATEMENT INSTRUCTIONS**

1.      Counsel for appellant must file a docketing statement for every case appealed or cross appealed to the First Circuit Court of Appeals.  The docketing statement must be received by the court of appeals clerk's office within fourteen days after the case is docketed to be deemed timely filed.  Copies must be served on all parties to the action below and proof of service must be attached.

2.      The attorney filing the notice of appeal is responsible for filing the docketing statement, even if different counsel will handle the appeal.  In the case of multiple appellants represented by separate counsel, the parties must confer and decide who will file the docketing statement. Appellants proceeding pro se may file a docketing statement, but are not required to do so.

3.      Counsel's failure to file the docketing statement within the time set forth will cause the court to initiate the process for dismissal of the appeal under 1st Cir. R. 3.0.

4.      If an opposing party concludes that the docketing statement is in any way inaccurate, incomplete or misleading, that party should file any additions or corrections to the docketing statement within fourteen days of service of the docketing statement, with copies to all other parties.

5.      You must attach to the docketing statement:

    •       Additional pages containing extended answers to questions on this form.

    •       A certificate of service for this docketing statement indicating it has been served on all parties to the action below, if required by Fed. R. App. P. 25(d)(B).

# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 24-1690      **Short Title:** Local 8027, AFT-New Hampshire, AFL-CIO, et al v. Edelblut, et al

**Type of Action**

- ☑ Civil
- ☐ Criminal/Prisoner
- ☐ Cross Appeal

A. Timeliness of Appeal
1. Date of entry of judgment or order appealed from 6/24/24
2. Date this notice of appeal filed 7/24/24
   If cross appeal, date first notice of appeal filed N/A
3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) N/A
4. Date of entry of order deciding above post-judgment motion N/A
5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) N/A
   Time extended to N/A

B. Finality of Order or Judgment
1. Is the order or judgment appealed from a final decision on the merits? ☑ Yes ☐ No
2. If no,
   a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? ☐ Yes ☐ No
      If yes, explain_____
   b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? ☐ Yes ☐ No
      If yes, explain_____

C. Has this case previously been appealed? ☐ Yes ☑ No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? ☐ Yes ☑ No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
   If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party _See attached sheet_____
      Attorney_____
      Address_____
      Telephone_____

   2. Adverse party_____
      Attorney_____
      Address_____
      Telephone_____

   3. Adverse party_____
      Attorney_____
      Address_____
      Telephone_____

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name _See attached sheet_____
      Address_____
      Telephone_____

      Attorney's name_____
      Firm_____
      Address_____
      Telephone_____

   2. Appellant's name_____
      Address_____
      Telephone_____

      Attorney's name_____
      Firm_____
      Address_____
      Telephone_____

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)   ☐ Yes      ☑ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Samuel Garland
Date  8/16/24

**Section F:**
    1.  **Parties:**         Andres Mejia
                                     Christina Kim Philibotte
                                     National Education Association-New Hampshire

**Attorney:** David A. Vicinanzo
**Address:** Nixon Peabody LLP
900 Elm St, 14th Flr
Manchester, NH 03101-2031
**Phone:** 603 628-4000

**Attorney:** Chris Erchull
**Address:** Legal Advocates & Defenders (GLAD)
18 Tremont St, Ste 950
Boston, MA 02108
**Phone** 520-360-1846

**Attorney:** Emerson J. Sykes
**Address:** American Civil Liberties Union Foundation
125 Broad St, 18th Flr
New York, NY 10004
646 885-8331

**Attorney:** Henry Klementowicz
**Address:** American Civil Liberties Union of New Hampshire
18 Low Ave
Concord, NH 03301
**Phone:** 603 333-2201

**Attorney:** Jennifer A. Eber
**Address:** Disability Rights Center - NH
64 North Main Street
Suite 2, 3rd Floor
Concord, NH 03301
**Phone:** 603-228-0432

**Attorney:** Kayla Jade Turner
**Address:** Disability Rights Center
64 N Main St, Ste 2
Concord, NH 03301-4913
**Phone:** 603-410-5188

**Attorney:** Leah Watson
**Address:** American Civil Liberties Union Foundation
125 Broad St, 18th Flr
New York, NY 10004
**Phone:** 404-717-3853

1

**Attorney:** SangYeob Kim
**Address:** American Civil Liberties Union of New Hampshire
18 Low Ave
Concord, NH 03301
**Phone:** 603 224-5591

**Attorney:** Sarah Hinger
American Civil Liberties Union Foundation
125 Broad St, 18th Flr
New York, NY 10004
**Phone:** 212-519-7882

**Attorney:** Suzanne Amy Spencer
**Address:** Nixon Peabody LLP
900 Elm St, 14th Flr
Manchester, NH 03101-2031
**Phone:** 603-628-4000

**Attorney:** William E. Christie
**Address:** Shaheen & Gordon
107 Storrs St
PO Box 2703
Concord, NH 03302-2703
**Phone:** 603 225-7262

**Attorney:** Gilles R. Bissonnette
**Address:** American Civil Liberties Union of New Hampshire
18 Low Ave
Concord, NH 03301
**Phone:** 603 224-5591

**Attorney:** Jason Walta
**Address:** National Education Association
1201 16th St NW, 8th Flr
Washington, DC 20036
**Phone:** 202-822-7035

**Attorney:** Lauren Snow Chadwick
**Address:** PO Box 713
New London, NH 03257
**Phone:** 603-731-4296

**Attorney:** Nathan Reed Fennessy
**Address:** Preti Flaherty Beliveau Pachios LLP

57 N Main St
PO Box 1318
Concord, NH 03302-1318
**Phone:** 603 410-1528

**2. Parties:** Local 8027, AFT-New Hampshire, AFL-CIO
Ryan Richman
John Dube
Jocelyn Merrill
Kimberly Green Elliot
Meghan Evelyn

**Attorney:** Peter J. Perroni
**Address:** Peter J. Perroni, ESQ.
73 Princeton
Chelmsford, MA 01863
**Phone:** 978-454-3800

**Attorney:** Charles G. Moerdler
**Address:** Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NH 10036
**Phone**: 212-336-2000

**Attorney:** Harry Sandick
**Address:** Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
**Phone**: 212-336-2000

**Attorney:** Joshua M. Goldman
**Address:** Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NH 10036
**Phone**: 212-336-2000

**Attorney:** Daniel J. McNeil
**Address:** American Federation of Teachers
555 New Jersey Ave. NW
Washington DC 2001
**Phone:** 202-393-7472

**Attorney:** David Strom
**Address:** American Federation of Teachers
555 New Jersey Ave. NW
Washington DC 2001
**Phone:** 202-393-7472

| | |
|---|---|
| **Attorney:** | Mark Richard |
| **Address:** | Phillips, Richard & Rind P.A. |
| | 9360 S.W. 72nd Street, Suite 283 |
| | Miami, FL 33137 |
| **Phone:** | 305-412-8322 |

| | |
|---|---|
| **Attorney**: | Faith Gay |
| **Address:** | Selendy & Gay PLLC |
| | 1290 6th Avenue |
| | New York, NH 10104 |
| **Phone:** | 212-390-9000 |

**Section G:**

1. 
| | |
|---|---|
| **Appellant:** | Frank Edelblut |
| **Address:** | N.H. Department of Education |
| | 25 Hall Street |
| | Concord, NH 03301-3860 |
| **Phone:** | (603) 271-3494 |

| | |
|---|---|
| **Attorneys:** | Samuel R.V. Garland |
| | Nathan W. Kenison-Marvin |
| **Firm**: | N.H. Department of Justice |
| **Address:** | 1 Granite Place – South |
| | Concord, NH 03301 |
| **Phone:** | (603) 271-3650 |

2. 
| | |
|---|---|
| **Appellant:** | John M. Formella |
| **Address:** | N.H. Department of Justice |
| | 1 Granite Place – South |
| | Concord, NH 03301 |
| **Phone:** | (603) 271-3650 |
| **Attorneys:** | Same as Frank Edelblut |

3. 
| | |
|---|---|
| **Appellant:** | Ahni Malachi |
| **Address:** | N.H. Commission for Human Rights |
| | 2 Industrial Park Dr. |
| | Concord, NH 03301 |
| **Phone**: | (603) 271-2767 |
| **Attorneys:** | Same as Frank Edelblut |

4. 
| | |
|---|---|
| **Appellant:** | Christian Kim |
| **Address:** | N.H. Commission for Human Rights |
| | 2 Industrial Park Dr. |
| | Concord, NH 03301 |
| **Phone**: | (603) 271-2767 |

**Attorneys:**    Same as Frank Edelblut

**5.**  **Appellant:**    Kenneth Merrifield
     **Address:**    N.H. Department of Labor
                95 Pleasant Street
                Concord, NH 03301
     **Phone:**    (603) 271-3176
     **Attorneys:**    Same as Frank Edelblut