# United States Court of Appeals
## For the First Circuit

No. 24-1690

ANDRES MEJIA; CHRISTINA KIM PHILIBOTTE; NATIONAL EDUCATION ASSOCIATION - NEW HAMPSHIRE; LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO; JOCELYN MERRILL; KIMBERLY GREEN ELLIOT; RYAN RICHMAN; MEGHAN EVELYN DURDEN; JOHN DUBE,

Plaintiffs - Appellees,

v.

FRANK EDELBLUT, in their official capacity as Commissioner, New Hampshire Department of Education; JOHN M. FORMELLA, in their official capacity as New Hampshire Attorney General; AHNI MALACHI, in their official capacity as Executive Director, New Hampshire Commission for Human Rights; CHRISTIAN KIM, in their official capacity as Chairperson, New Hampshire Commission for Human Rights; KEN MERRIFIELD, in their official capacity as Commissioner, New Hampshire Department of Labor,

Defendants - Appellants.

**NOTICE**

Issued: August 30, 2024

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Elizabeth Clarke Milburn, David Strom, Daniel J. McNeil, Mark Richard, Travis Hill, David Kahne, Kayla Jade Turner, Alice O'Brien

The following attorneys will continue to receive notice in this case:

Gilles R. Bissonnette, Lauren Snow Chadwick, William E. Christie, Jennifer Aimee Eber, Christopher Erchull, Nathan R. Fennessy, Samuel R. V. Garland, Faith E. Gay, Joshua M. Goldman, Sarah Hinger, Nathan W. Kenison-Marvin, SangYeob Kim, Henry R. Klementowicz, Charles Moerdler, Morgan Caissie Nighan, Peter J. Perroni, Harry Sandick, Suzanne Amy

Spencer, Callan Elizabeth Sullivan, Emerson Sykes, David Andrew Vicinanzo, Jason Walta, Leah Watson

Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Joseph Kelley - (617) 748-9051

cc:
Gilles R. Bissonnette, Lauren Snow Chadwick, William E. Christie, Jennifer Aimee Eber, Christopher Erchull, Nathan R. Fennessy, Samuel R. V. Garland, Faith E. Gay, Joshua M. Goldman, Travis Hill, Sarah Hinger, David Kahne, Nathan W. Kenison-Marvin, SangYeob Kim, Henry R. Klementowicz, Daniel J. McNeil, Elizabeth Clarke Milburn, Charles Moerdler, Morgan Caissie Nighan, Alice O'Brien, Peter J. Perroni, Mark Richard, Harry Sandick, Suzanne Amy Spencer, David Strom, Callan Elizabeth Sullivan, Emerson Sykes, Kayla Jade Turner, David Andrew Vicinanzo, Jason Walta, Leah Watson