# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 24-1690   Short Title: Local 8027, et al v. Edelblut

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Andres Mejia and Christina Kim Philibotte</u> as the

- [ ] appellant(s)
- [✓] appellee(s)
- [ ] amicus curiae
- [ ] petitioner(s)
- [ ] respondent(s)
- [ ] intervenor(s)

<u>/s/ Kayla J. Turner</u>
Signature

<u>9/16/2024</u>
Date

<u>Kayla J. Turner</u>
Name

<u>Disability Rights Center - NH</u>
Firm Name (if applicable)

<u>603-228-0432</u>
Telephone Number

<u>64 N. Main Street, Suite 2</u>
Address

<u>603-225-2077</u>
Fax Number

<u>Concord, NH  03301</u>
City, State, Zip Code

<u>kaylat@drcnh.org</u>
Email (required)

Court of Appeals Bar Number: <u>1213333</u>

Has this case or any related case previously been on appeal?

[✓] No   [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print   Reset