UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

---

No. 24-1690

---

ANDRES MEJIA; CHRISTINA KIM PHILIBOTTE; NATIONAL EDUCATION ASSOCIATION - NEW HAMPSHIRE; LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO; JOCELYN MERRILL; KIMBERLY GREEN ELLIOT; RYAN RICHMAN; MEGHAN EVELYN DURDEN; JOHN DUBE,

Plaintiffs - Appellees,

v.

FRANK EDELBLUT, in their official capacity as Commissioner, New Hampshire Department of Education; JOHN M. FORMELLA, in their official capacity as New Hampshire Attorney General; AHNI MALACHI, in their official capacity as Executive Director, New Hampshire Commission for Human Rights; CHRISTIAN KIM, in their official capacity as Chairperson, New Hampshire Commission for Human Rights; KEN MERRIFIELD, in their official capacity as Commissioner, New Hampshire Department of Labor,

Defendants - Appellants.

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

The parties jointly move to modify the briefing schedule originally set by order of this Court on August 16, 2024. In support of this request, the parties state as follows:

1. All parties anticipate needing some additional time to complete their appellate briefs. In order to avoid the filing of multiple assented to motions to extend, the parties have conferred and agree to the following schedule.

2. Appellants' opening brief and joint appendix to be filed on or before **October 25, 2024**.

3. Appellees' answer brief to be filed on or before **December 9, 2024**.

4. Any reply brief to be filed on or before **January 13, 2025**. (This represents a two-week extension beyond the normal 21-days in order to move the deadline beyond the holiday season.)

WHEREFORE, the parties respectfully requests that this Honorable Court:

A. Issue a briefing schedule with the above deadlines; and

B. Grant such further relief as the Court deems just and equitable.

Respectfully submitted,

FRANK EDELBLUT, in his official capacity as the Commissioner of the Department of Education, et. al.

By their attorneys,

JOHN M. FORMELLA
ATTORNEY GENERAL

and

ANTHONY J. GALDIERI
SOLICITOR GENERAL

September 20, 2024

/s/ *Samuel Garland*
Samuel R.V. Garland, No. 1189913
Mary Triick, 1213543
Senior Assistant Attorneys General
N.H. Department of Justice
Civil Bureau
1 Granite Place - South
Concord, NH 03301
(603) 271-3650

AND

LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE AND JOCELYN MERRILL, TEACHERS IN THE NEW HAMPSHIRE PUBLIC SCHOOLS, AND KIMBERLY GREEN ELLIOT AND MEGHAN EVELYN

DURDEN PARENTS OR GUARDIANS OF CHILDREN IN THE NEW HAMPSHIRE PUBLIC SCHOOLS.

By their attorneys,

September 20, 2024

*/s/ Peter J. Perroni*
Peter Perroni (No. 91613)
NOLAN PERRONI PC
73 Princeton Street
North Chelmsford, MA 01863
(978) 454-3800
peter@nolanperroni.com

Charles G. Moerdler
Harry Sandick
Joshua M. Goldman
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel.: 212.336.2000
cmoerdler@pbwt.com
hsandick@pbwt.com
jgoldman@pbwt.com

AND

Andres Mejia and Christina Kim Philibotte

By their attorneys,

September 20, 2024

*/s/ Gilles R. Bissonnette*
Gilles R. Bissonnette (No. 123868)
Henry R. Klementowicz (No. 1179814)

SangYeob Kim (No. 1183553)
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE
18 Low Avenue, Concord, NH 03301
Tel. 603.224.5591
gilles@aclu-nh.org

Chris Erchull (No. 1199326)
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont, Suite 950
Boston, MA 02108
Tel.: 617.426.1350
cerchull@glad.org

Jennifer Eber (N.H. Bar No. 8775)
Kayla Turner (N.H. Bar No. 270167)
DISABILITY RIGHTS CENTER-NEW HAMPSHIRE
64 N Main St, Ste 2
Concord, NH 03301-4913
Tel.: 603.228.0432
JenniferE@drcnh.org
kaylat@drcnh.org

Morgan C. Nighan (No. 1199326)
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109-2835
Tel.: 617.345.1031
mnighan@nixonpeabody.com

David A. Vicinanzo (No. 27729)
S. Amy Spencer (N.H. Bar. No. 266617)

NIXON PEABODY LLP
900 Elm Street, 14th Floor
Manchester, NH 03101
Tel.: 603.628.4000
dvicinanzo@nixonpeabody.com
aspencer@nixonpeabody.com

William E. Christie (No. 84929)
SHAHEEN & GORDON, P.A
107 Storrs Street
P.O. Box 2703
Concord, NH 03302
Tel.: 603.225.7262
wchristie@shaheengordon.com

Emerson Sykes
Speech, Privacy, and Technology Project
Leah Watson
Sarah Hinger
Racial Justice Program
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: 212.549.2500
esykes@aclu.org
lwatson@aclu.org
shinger@aclu.org

AND

National Education Association – New Hamsphire

By its attorneys,

September 20, 2024

*/s/ Jason Walta*
Jason Walta, No. 78674
Alice O'Brien
NATIONAL EDUCATION ASSOCIATION
1201 Sixteenth St. NW
Washington, DC 20036
Tel: 202.822.7035
aobrien@nea.org
jwalta@nea.org

Lauren Snow Chadwick (N.H. Bar No. 20288)
Staff Attorney
NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE
9 South Spring Street
Concord, NH 03301-2425
Tel.: 603.224.7751
edickinson@nhnea.org

Nathan R. Fennessy (No. 1159549)
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
57 North Main Street
Concord, NH 03301
Tel.: 603.410.1500
rtoland@preti.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

September 20, 2024

/s/ *Samuel Garland*
Samuel R.V. Garland