# United States Court of Appeals
### For the First Circuit

No. 24-1690

ANDRES MEJIA; CHRISTINA KIM PHILIBOTTE; NATIONAL EDUCATION ASSOCIATION - NEW HAMPSHIRE; LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO; JOCELYN MERRILL; KIMBERLY GREEN ELLIOT; RYAN RICHMAN; MEGHAN EVELYN DURDEN; JOHN DUBE,

Plaintiffs - Appellees,

v.

FRANK EDELBLUT, in their official capacity as Commissioner, New Hampshire Department of Education; JOHN M. FORMELLA, in their official capacity as New Hampshire Attorney General; AHNI MALACHI, in their official capacity as Executive Director, New Hampshire Commission for Human Rights; CHRISTIAN KIM, in their official capacity as Chairperson, New Hampshire Commission for Human Rights; KEN MERRIFIELD, in their official capacity as Commissioner, New Hampshire Department of Labor,

Defendants - Appellants.

**ORDER OF COURT**

Entered: September 24, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, the time for Appellants Frank Edelblut, John M. Formella, Ahni Malachi, Christian Kim and Ken Merrifield to file their brief and appendix is enlarged to and including **October 25, 2024**. At that time, should they need it, Appellees may request an extension of time to file their brief.

By the Court:

Maria R. Hamilton, Clerk

cc:
Gilles R. Bissonnette, William E. Christie, Jennifer Aimee Eber, David Andrew Vicinanzo, Morgan Caissie Nighan, Henry R. Klementowicz, Suzanne Amy Spencer, SangYeob Kim, Sarah Hinger, Emerson Sykes, Christopher Erchull, Kayla J. Turner, Leah Watson, Peter J. Perroni, Jason Walta, Nathan R. Fennessy, Lauren Snow Chadwick, Callan Elizabeth Sullivan, Harry Sandick, Charles Moerdler, Joshua M. Goldman, Faith E. Gay, Samuel R. V. Garland, Nathan W. Kenison-Marvin, Mary Alissa Triick