*"TIME TO WAKE UP."*

I SPIN AROUND. WHO SAID THAT?

ACROSS THE STREET, I SEE HIM.
WISPY LIKE SOFT RAIN. *A GHOST?*

LIKE ME?

· · · · · · · · · · · · · · · · ·

Praise for

# GHOSt BOYs

★ "Rhodes beautifully weaves together the fictional and the historical...
in this gripping and all-too-necessary novel about police brutality, injustice,
and the power of bearing witness to the stories of those who are gone."
—*Booklist*, starred review

"*Ghost Boys* gently walks readers through the minefield of young black boys who
have been killed due to racism, dating back to the murder of Emmett Till. By
exploring the fear that is at the core of these murders, Jewell Parker Rhodes
suggests ways the living can crack that fear and, eventually,
end this epidemic of death."

—Nikki Grimes, *New York Times*–bestselling and award-winning author of
*Garvey's Choice* and *One Last Word*

"The voice of *Ghost Boys* is nothing less than prophetic:
It rings out in its plot lines, in its characters, in its tones, in its images.
And here is what that voice says: *Bear witness.*"
—Gary D. Schmidt, award-winning author of *The Wednesday Wars*

"Haunting, heartbreaking, and timely, this is a book that will start
important conversations."
—Kate Messner, author of *The Seventh Wish*

ISBN 978-0-316-26228-6

5 1 7 9 9

9 780316 262286

EAN



**$17.99 U.S.**
$22.99 CAN.

## ONLY THE LIVING CAN MAKE THE WORLD BETTER. LIVE AND MAKE IT BETTER.

Twelve-year-old Jerome is shot by a police officer who mistakes his toy gun for a real threat. As a ghost, he observes the devastation that's been unleashed on his family, his friend Carlos, and his community in the wake of what they see as an unjust and brutal killing.

Jerome meets another ghost: Emmett Till. Emmett helps Jerome process what has happened, on a journey toward recognizing how historical racism may have led to the events that ended his life. Jerome also meets Sarah, the daughter of the police officer, who grapples with her father's actions.

Once again Jewell Parker Rhodes deftly weaves historical, social, and political layers into a gripping and poignant story about how children and families face the complexities of today's world—and how one boy, in particular, who never had a chance to grow up, comes to understand American blackness in the aftermath of his own death.



# Jewell Parker Rhodes

is the author of *Ninth Ward*, a Coretta Scott King Honor Book, *Sugar*, winner of the Jane Addams Children's Book Award, *Bayou Magic*, and *Towers Falling*. She has also written many award-winning books for adults.



VISIT US AT **LBYR.COM**
**#GHOSTBOYS**

Also available from



Jacket illustration © 2018 Shadra Strickland
Jacket design by Marcie Lawrence
Jacket © 2018 Hachette Book Group, Inc.
Printed in the U.S.A.

7.99 U.S.
2.99 CAN.

# GHOSt BOYs

Jewell Parker Rhodes



LITTLE, BROWN AND COMPANY
New York  Boston

This book is a work of fiction. Names, characters, places, and incidents are the product of the author's imagination or are used fictitiously. Any resemblance to actual events, locales, or persons, living or dead, is coincidental.

Copyright © 2018 by Jewell Parker Rhodes
Interior illustrations copyright © 2018 by Shutterstock.com

Cover art copyright © 2018 by Shadra Strickland.
Cover design by Marcie Lawrence.
Cover copyright © 2018 by Hachette Book Group, Inc.

Hachette Book Group supports the right to free expression and the value of copyright. The purpose of copyright is to encourage writers and artists to produce the creative works that enrich our culture.

The scanning, uploading, and distribution of this book without permission is a theft of the author's intellectual property. If you would like permission to use material from the book (other than for review purposes), please contact permissions@hbgusa.com. Thank you for your support of the author's rights.

Little, Brown and Company
Hachette Book Group
1290 Avenue of the Americas, New York, NY 10104
Visit us at LBYR.com

First Edition: April 2018

Little, Brown and Company is a division of Hachette Book Group, Inc. The Little, Brown name and logo are trademarks of Hachette Book Group, Inc.

The publisher is not responsible for websites (or their content) that are not owned by the publisher.

Library of Congress Cataloging-in-Publication Data
Names: Rhodes, Jewell Parker, author.
Title: Ghost boys / by Jewell Parker Rhodes.
Description: First edition. | New York ; Boston : Little, Brown and Company, 2018. | Summary: "After seventh-grader Jerome is shot by a white police officer, he observes the aftermath of his death and meets the ghosts of other fallen black boys including historical figure Emmett Till"— Provided by publisher.
Identifiers: LCCN 2017019240| ISBN 9780316262286 (hardcover) | ISBN 9780316262255 (ebook) | ISBN 9780316262248 (library edition ebook)
Subjects: | CYAC: Police shootings—Fiction. | Racism—Fiction. | Death—Fiction. | African Americans—Fiction. | Family life— Illinois—Chicago—Fiction. | Till, Emmett, 1941–1955—Fiction. | Chicago (Ill.)—Fiction.
Classification: LCC PZ7.R3476235 Gho 2018 | DDC [Fic]—dc23
LC record available at https://lccn.loc.gov/2017019240

ISBNs: 978-0-316-26228-6 (hardcover); 978-0-316-26225-5 (ebook)

Printed in the United States of America

LSC-C

Printing 20, 2021

## Preliminary Hearing
## Chicago Courthouse

*April 18*

"Were you surprised you shot a child?"

"Asked and answered, Your Honor," says the defending lawyer.

"I'll rephrase. Why were you surprised?" asks the lawyer calmly. "Can't you tell the difference between a boy and a man?"

"Yes, of course. I mean ... it was dark."

"Daylight."

The judge's face is like a mask; her hair, silver. She peers at Officer Moore.

Officer Moore swallows. "Yes, daylight. He was big."

"More than any other twelve-year-old?"

"Yes. Bigger."

"Are you prejudiced?"

Jewell Parker Rhodes

"No."

"Liar," someone shouts.

"Quiet," the judge warns, tapping her gavel once.

I look across the courtroom at Sarah. Eyes wide, her elbows on her knees, her palms cupped over her head. I'm standing next to her father, studying him.

"Have you heard of racial bias?"

"No."

"Heard prejudice can affect your thoughts, actions? Whether consciously. Knowing. Or unconsciously?"

"I'm not racist."

"Possibly you were responding to unconscious stereotypes of black men as large, threatening, dangerous?"

"No. I acted with just cause."

"How tall is your daughter?"

"Objection," says the seated lawyer.

"Sustained," answers the judge.

"I'll ask another way. Would it surprise you if I told you Jerome Rogers, the child you killed, was no taller than five feet, ninety pounds?"

Officer Moore is surprised.

Her palms pressed tight against her ears, Sarah bows her head. She can't see her father squirm. I can.

86

Case 1:21-cv-01077-PB   Document 85-14   Filed 08/14/23   Page 17 of 17

·ker Rhodes

s, tapping her gavel once.
room at Sarah. Eyes wide,
er palms cupped over her
her father, studying him.

al bias?"

fect your thoughts, actions?
ing. Or unconsciously?"

nding to unconscious ste-
e, threatening, dangerous?"
se."
er?"
ted lawyer.
judge.
uld it surprise you if I told
d you killed, was no taller
s?"
d.

t against her ears, Sarah
her father squirm. I can.

Then, it's my turn to be surprised. The ghost boy sits beside her. He tries to hold Sarah's hand. She doesn't flinch. Neither hand meets. They can't. He's dead; she's alive.

Sarah sees us both.

Ghost boy extends his hand toward me. Like I'm supposed to hold it? Be grateful?

I flinch. *What am I supposed to do? What does it mean?*

Officer Moore's plump-faced lawyer asks for a lunch break.

The judge agrees. For a few seconds, she closes her eyes. I think it doesn't matter if Sarah can see me and the ghost boy. It only matters that the judge sees Sarah's dad is lying.


People file out of the courtroom. Pop is steadying both Ma and Grandma. Officer Moore guides his wife, hand on her back.

I don't move. Sarah and the ghost boy walk out of the courtroom, turning once to look back at dead me.

# EXHIBIT 14

Declaration of
Jennifer Given

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE and JOCEYLN MERRILL, teachers in the New Hampshire Public Schools, and KIMBERLY GREEN ELLIOTT and MEGHAN EVELYN DURDEN, parents or guardians of children in the New Hampshire public schools. ) ) ) ) ) ) | |

LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE and JOCEYLN MERRILL, teachers in the New Hampshire Public Schools, and KIMBERLY GREEN ELLIOTT and MEGHAN EVELYN DURDEN, parents or guardians of children in the New Hampshire public schools. )
       Plaintiffs, )
          v. )
FRANK EDELBLUT, in his Official Capacity as Commissioner of the DEPARTMENT OF EDUCATION ("DOE"), CHRISTIAN KIM in his Official Capacity as the Chair of the NEW HAMPSHIRE COMMISSION ON HUMAN RIGHTS, and JOHN FOMELLA in his Official Capacity as ATTORNEY GENERAL of the State of New Hampshire. )
       Defendants. )
-------------------------------------------------------------------------- )   Civil No. 1:21-cv-01077-PB
ANDRES MEJIA, )
CHRISTINA KIM PHILIBOTTE, and )
NATIONAL EDUCATION ASSOCIATION-NEW )
HAMPSHIRE, )
       Plaintiffs, )
          v. )
FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education, )
JOHN M. FORMELLA, in his official capacity only as the Attorney General of the State of New Hampshire, )
AHNI MALACHI, in her official capacity only as the Executive Director of the New Hampshire Commission for Human Rights, )
CHRISTIAN KIM, in his official capacity only as the Chair of the New Hampshire Commission for Human Rights, )
KEN MERRIFIELD, in his official capacity only as the Commissioner of the Department of Labor, )
       Defendants. )

**DECLARATION OF JENNIFER GIVEN**

    I, Jennifer Given, pursuant to 28 U.S.C. § 1746, depose and say as follows:

1.      I live in Hillsborough County, New Hampshire.

2.      Until the end of the 2022 school year, I was a high school social studies teacher at the Hollis/Brookline High School in Hollis, New Hampshire.  I taught AP World History, United States History and World History.  I was a teacher for 19 years.

3.      I am certified by the State Board of Education, and thus, am subject to the "Educator Code of Conduct" (N.H. Admin. Code R. Ed. 510-512) that is now embedded within N.H. Rev. Stat. Ann. ("RSA") 193:40 (hereinafter, the "Banned Concepts Act" or the "Act").  *See* RSA 193:40, V.

4.      I am offering this Declaration in my individual capacity and not on behalf of any school district that I worked for or my current employer.

5.      When I was teaching, I was directly impacted and harmed by the Banned Concepts Act.  In fact, I have left teaching out of frustration because of the frustrating conditions that public school teachers are subjected to, like the Banned Concepts Act.

6.      While I was still teaching, even though I may not have been violating the Act, I had to change my teaching methods significantly out of fear that I would be accused of doing so.  The Act's language is so vague that it led to constant confusion with students and parents.  It is my belief that my students' learning suffered because of this, and I found it so ethically troubling that I had to leave the classroom.

7.      For example, I went from using assessments such as essay questions and open-ended short answer questions to using only multiple-choice assessments.  I taught units on various political movements and historical figures as part of the World History curriculum. My concern was that essay questions or short answer prompts would be misinterpreted as students believing that they had to agree with a certain position to score well on the assessment.  Of course, how they scored on the test had nothing to do with whether they agreed with a certain position, only whether their response was analytically sound and historically accurate.  However, this nuance was lost on many students, and it became too fraught to offer these kinds of opportunities for learning and I switched to more controlled multiple-choice tests.

8.      I significantly reduced open discussion and debate of ideas in my classroom out of fear that these discussions would be misinterpreted as teaching or inculcating one of the opinions or concept the students were arguing about.  For example, our World History units cover Marxism, Stalinism, Naziism and other dictatorship regimes.  Instead of allowing students to analyze and critique these dictatorships, I lectured on the topic instead. It seemed to me that an open discussion

where students may offer their own personal support for Marxism or Communist ideas, or even Nazi ideas, was too fraught regardless of the tremendous amount students can learn while hearing their peers exhibit critical thinking skills.

9.  Another example is that I began offering guided notes for lessons. These are essentially fill-in the blank notes to assist students with notetaking.  I made this change because I was concerned that students would misinterpret a historical example or political idea from history as my own and I wanted to make sure it was clear what I was "teaching."  However, guided notes are not the best preparation for college-level courses or the best way for students to learn or retain information.

10.  Often, I felt as though I could not accurately answer students' questions because I did not feel comfortable making any commentary other than simply the historical context and facts relevant to their inquiry. For example, in our unit about dictatorships, if a student asked whether I saw any comparisons to current United States leaders or policies, I had to ignore the question or creatively deflect rather than engage in a robust discussion with students about current events.

11.  I disallowed students from picking their own topics for research papers for fear the topics chosen by students might lead to discussions in class that would violate the Act.  Instead, I chose the topics and assigned them unilaterally, so they were less "controversial." Unfortunately, this also meant they were not as interesting or relevant for students.  I saw a decline in student interest and participation when they could not work on topics they wanted to know more about.

12.  A widely understood best practice in teaching is analogizing material to students' own experiences and interests so that they can identify material and relate it to their own lives. This is particularly important in social studies curriculums and historical courses where students can easily believe historical events only happened in the past and not readily see the relevancy to the current time.   However, because of the Act I severely limited my use of this technique even though my class was replete with events from the past which have relevant analogies in the present that would have helped the students understand these events.  I limited class discussion where students could raise their own experiences or make connections to current events for fear that those discussions could lead to a complaint being filed against me with the Department of Education and that my license, and therefore my livelihood, pension and health insurance could be put into jeopardy.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of June, 2023

*/s/ Jennifer Given*
Jennifer Given

# EXHIBIT 15

Declaration of
Plaintiff Andres
Mejia

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE and JOCEYLN MERRILL, teachers in the New Hampshire Public Schools, and KIMBERLY GREEN ELLIOTT and MEGHAN EVELYN DURDEN, parents or guardians of children in the New Hampshire public schools. | ) ) ) ) ) ) | |
|           Plaintiffs, | ) | |
|               v. | ) | |
| FRANK EDELBLUT, in his Official Capacity as Commissioner of the DEPARTMENT OF EDUCATION ("DOE"), CHRISTIAN KIM in his Official Capacity as the Chair of the NEW HAMPSHIRE COMMISSION ON HUMAN RIGHTS, and JOHN FOMELLA in his Official Capacity as ATTORNEY GENERAL of the State of New Hampshire. | ) ) ) ) ) ) ) | |
|           Defendants. | ) | |
| --------------------------------------------------------------------------- | ) | Civil No. 1:21-cv-01077-PB |
| ANDRES MEJIA, CHRISTINA KIM PHILIBOTTE, and NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE, | ) ) ) ) | |
|           Plaintiffs, | ) | |
|               v. | ) | |
| FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education, JOHN M. FORMELLA, in his official capacity only as the Attorney General of the State of New Hampshire, AHNI MALACHI, in her official capacity only as the Executive Director of the New Hampshire Commission for Human Rights, CHRISTIAN KIM, in his official capacity only as the Chair of the New Hampshire Commission for Human Rights, KEN MERRIFIELD, in his official capacity only as the Commissioner of the Department of Labor, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
|           Defendants. | ) | |

## DECLARATION OF ANDRES MEJIA

    I, Andres Mejia, pursuant to 28 U.S.C. § 1746, depose and say as follows:

1.      I live in Strafford County, New Hampshire.

2.      I am the Director of Diversity, Equity, Inclusion, and Justice for SAU16.  SAU16 consists of several school districts, including the Exeter Region Cooperative School District and school districts in Exeter, Stratham, Newfields, Brentwood, East Kingston, and Kensington. SAU16 is headquartered in Exeter.

3.      I started in this role on August 2, 2021, but only on behalf of the Exeter Region Cooperative School District.  My role expanded to the entire SAU16 on July 1, 2022.  My role expanded because board members representing SAU16's various communities recognized that my work was so important that it needed to be a resource in all of SAU16's schools.

4.      I am the first person to hold this position.  The Exeter Region Cooperative School District (and later the entire SAU16)—along with the Manchester School District—are the first school districts in New Hampshire to have full-time DEI ("diversity, equity, and inclusion") administrators.  Two additional DEI administrators have been hired by the Oyster River Cooperative School District and the Concord School District since the filing of this lawsuit in December 2021.

5.      In my role, I work closely with various stakeholders and am responsible for prioritizing and operationalizing DEI initiatives, especially those dealing with curriculum, cultural competency, faculty and staff recruitment and retention, and professional learning.[1]  I have dedicated my entire professional life to DEI work because I believe that it is critical to create an education community where every student—including students who are less privileged and who may be from historically marginalized communities—feels like they belong.  Such instruction is vital for the provision of a quality education and thriving democracy for all Granite Staters, and particularly Granite Staters of color.

6.      For example, as of the 2022-2023 academic year, SAU16 has 4,779 students, with at least 425 students of color.  Approximately 153 students identify as Asian, approximately 53 identify as Black/African American, approximately 124 identify as Hispanic or Latino, approximately 28 identify as Native American/Alaska Native, approximately 10 identify as Native Hawaiian/Pacific Islander, and approximately 59 identify as belonging to two or more races.

---

[1] *See* "'Deep Understanding': Exeter Schools Hire New Director to Focus on Diversity and Equity," *Portsmouth Herald* (Aug. 2, 2021), https://www.seacoastonline.com/story/news/2021/08/02/exeter-nh-schools-hire-new-director-focus-diversity-and-equity/5455939001/.

7.      This DEI work not only helps White students in SAU16 learn about the growing diversity of their community, but also helps students of color in SAU16 know that they are not alone and that they are welcome.

8.      This DEI instruction has increased the engagement, participation, and sense of belonging for students in SAU16.  Students have told me that, since DEI concepts have become a focus of SAU16's work, they feel more welcome.

9.      In particular, students of color have expressed to me their desire to gain greater exposure to the perspectives of communities of color and theories related to race and gender because such conversations make them feel more connected to the curricula and prepared to tackle the issues facing their communities.  White students also have asked me to learn more about DEI, gender, LGBTQ+ issues, race, racism, and other perspectives about marginalized identities.  These courageous conversations are essential for all students—especially those of color—as these conversations build community where students feel seen and validated in a secure space, and thus become more comfortable speaking and sharing their experiences on complex topics which, in turn, helps teach other students.

10.     Prior to starting my position with the Exeter Region Cooperative School District on August 2, 2021—and after graduating from the University of New Hampshire—I worked for four years as a program manager with New Hampshire Listens, which is a civic engagement initiative of the Carsey School of Public Policy at the University of New Hampshire.  New Hampshire Listens has a mission to build, strengthen, and sustain civic infrastructure to support a sustainable democracy by helping communities talk, listen, and act together so communities can work for everyone.

11.     In my current role as Director of Diversity, Equity, Inclusion, and Justice for SAU16, I am directly impacted and harmed by the Amendments challenged in this case.  As part of my duties, I conduct staff trainings within SAU16 on concepts like implicit bias, institutional bias, race, racism, belonging, and inclusiveness.  Because of the Amendments' ambiguity, if I teach some or all of these topics, I may be violating the Amendments, and potentially will subject myself to a complaint or lawsuit—even if such trainings are voluntary.

12.     I also routinely field inquiries from teachers in SAU16 as to whether certain books, video content, curriculum, materials, and information—as well as what a teacher would say— would be banned under the Amendments.  Yet, given the Amendments' vagueness, I cannot answer basic questions as to what is covered under the Amendments.

13.     As a result of this uncertainty, instructional choices have been chilled in order to avoid enforcement consequences.  Professional development around implicit bias, race, and racism has either been put on hold or modified in ways that prevent or dilute a full discussion of these concepts.

14.     For example, when I now discuss "implicit bias," I avoid discussing how individuals may have this form of bias, and instead focus the discussion on how systems and institutions create bias.  This modification removes individuals from the personal responsibility of recognizing their own bias and privilege.  As a result, we are not doing these concepts justice and, instead, are allowing individuals to back away from taking responsibility for their own bias.  I fear that if I discuss individual bias because of one's race or privilege, then this may directly implicate the Amendments—particularly the second banned concept.  When I am employed by private entities to talk about implicit bias, I am freer to talk in ways that more accurately reflect these concepts.

15.     Perhaps even worse, the Amendments chill and cause teachers to second guess how to respond to incidents of racism and bullying against students of color and LGBTQ+ students for fear that, if they take appropriate action, they will be accused of violating the Amendments by "discriminating" against a person's beliefs.  During the 2022-2023 academic year in SAU16, bias incidents implicating racism increased to 25 from 15 in the prior academic year.  SAU16 also has seen an increase in antisemitism bias incidents during the 2022-2023 academic year.

16.     Because of the Amendments, educators feel like they cannot freely engage with their colleagues and students and, instead, have often retreated to guarded lessons and trainings that do not fully serve the needs of SAU16.  For example:

- A group of teachers focused on diversity at the Cooperative Middle School in Stratham received a grant in approximately 2020 to purchase a series of books on diversity, equity, and inclusion to help teachers better understand the need for equity in schools.  These books included *A Good Kind of Trouble* by Lisa Moore Ramée, *So You Want to Talk About Race* by Ijeoma Oluo, *The New Jim Crow* by Michelle Alexander, *The Black Friend: On Being a Better White Person* by Frederick Joseph, *Ghost Boys* by Jewell Parker Rhodes, *Raising White Kids: Bringing Up Children in a Racially Unjust America* by Jennifer Harvey, *Me and White Supremacy* by Layla Saad, and *The Hate U Give* by Angie Thomas.  The group wanted to have these books used as resources and included in their classroom libraries, but those plans were put on hold in the Fall of 2021 out of a concern by these teachers that these books could be covered under the Amendments.  These purchased books are in my office, and I have no ability to know whether these books are covered under the Amendments because the Amendments are unclear.

Portions of *A Good Kind of Trouble* by Lisa Moore Ramée are attached to this declaration.

- Similarly, the Cooperative Middle School in Stratham has temporarily set aside Tiffany Jewell's 2020 book entitled *This Book is Anti-Racist* and Beverly Daniel Tatum's 2017 book *Why are All the Black Kids Sitting Together in the Cafeteria (Revised and Updated edition)* which were to be used by a teacher group for professional development. Boxes of these books were bought by the 2020-2021 principal of that middle school, but were then set aside by SAU16 in the Fall of 2021 after the enactment of the Amendments. These books remain in my office, and I have no ability to know whether they are covered under the Amendments because the Amendments are unclear. Tiffany Jewell's book was especially set aside because some Exeter Region Cooperative School District community members cited this book in public meetings as evidence of why DEI work should not occur in schools.

- In addition, teachers have asked me to look at the wordings of lesson plans and slides implicating race and LGBTQ+ issues to see if they conflict with the Amendments. The Amendments are so vague that my advice to them often was to remove or modify certain words and slides implicating race and LGBTQ+ issues to avoid the prospect of punishment under the Amendments. Teachers have also removed LGBTQ+ flags and other inclusive stickers and paraphernalia in response to the fear caused by the Amendments.

17.     I am bringing this lawsuit in my individual capacity, and not on behalf of SAU16 that employs me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of August, 2023

*/s/ Andres Mejia*
Andres Mejia



# A
# Good
# Kind of
# Trouble

"Full of heart
and truth."
—ANGIE THOMAS,
#1 *New York Times*
bestselling author of
*The Hate U Give*

## Lisa Moore
## Ramée

## Advance praise for *A Good Kind of Trouble*



"Shay's voice is so genuine—
she practically walks off the page.
This is an important book, and an incredible debut."

**—ERIN ENTRADA KELLY,**
Newbery Medal–winning author of *Hello, Universe*



"Gripping from the opening line,
*A Good Kind of Trouble* is a tender, insightful, and
unique look at what it means to stand up for
what you believe in and be brave."

**—JAY COLES,**
author of *Tyler Johnson Was Here*



"Full of heart and truth, *A Good Kind of Trouble* has all of the
makings to be this generation's *Roll of Thunder, Hear My Cry*.
Much like Cassie Logan's, Shayla's experiences, pitfalls, and
triumphs will inspire young people for years to come.
It is a well-written page-turner with a voice that stays with
you long after you put the book down."

**—ANGIE THOMAS,**
#1 *New York Times* bestselling author of *The Hate U Give*

★ "A timely, funny, and unforgettable debut about friendship,
facing your fears, and standing up for what's right."

**—*KIRKUS REVIEWS* (starred review)**





harpercollinschildrens.com

US $16.99 / $21.00 CAN
ISBN 978-0-06-283668-7



51699

9 780062 836687



Ages 8–12

T welve-year-old Shayla is allergic to trouble. All she wants to do is to follow the rules. (Oh, and she'd also like to make it through seventh grade with her best friendships intact, learn to run track, and have a cute boy see past her giant forehead.) But in junior high, it's like all the rules have changed. Now she's suddenly questioning who her best friends are, and some people at school are saying she's not black enough. Wait, *what?*

Shay's sister, Hana, is involved in Black Lives Matter, but Shay doesn't think that's for her. After experiencing a powerful protest, though, Shay decides some rules are worth breaking. She starts wearing an armband to school in support of the Black Lives movement. Soon everyone is taking sides. And she is given an ultimatum.

Shay is scared to do the wrong thing (and even more scared to do the right thing), but if she doesn't face her fears, she'll be forever tripping over the next hurdle. Now, that's trouble, for real.

**BALZER + BRAY**
*An Imprint of HarperCollinsPublishers*

0319



Jordan Ramée

## Lisa Moore Ramée

was born and raised in Los Ange-
les and now lives in the Bay Area of
California with her husband, two
kids, and two obnoxious cats. This is
her first novel.

You can visit her online at
www.lisamooreramee.com.

Also available as an ebook.

Jacket art © 2019 by Alleanna Harris
Jacket design by Aurora Parlagreco

# A
# Good
# Kind of
# Trouble

## Lisa Moore Ramée

Balzer + Bray

*An Imprint of* HarperCollins*Publishers*

Balzer + Bray is an imprint of HarperCollins Publishers.

A Good Kind of Trouble

Copyright © 2019 by Lisa Moore Ramée
Emoji icons provided by EmojiOne
All rights reserved. Printed in the United States of America.
No part of this book may be used or reproduced in any manner
whatsoever without written permission except in the case of brief
quotations embodied in critical articles and reviews. For information
address HarperCollins Children's Books, a division of HarperCollins
Publishers, 195 Broadway, New York, NY 10007.
www.harpercollinschildrens.com

ISBN 978-0-06-283668-7

Typography Aurora Parlagreco
20 21 22 23   PC/LSCH   15 14 13 12
❖
First Edition





# 1

# First Slide

I'm allergic to trouble. It makes my hands itch. But today in science, when Mr. Levy starts calling out lab-partner assignments, I don't get even the lightest tingle. I just sit there, barely breathing, waiting for him to assign me to the perfect partner. He's been promising we'd start science labs since the first day of school, but it's been *weeks*. Lots of time for me to decide on the perfect partner.

Mr. Levy has been teaching science at Emerson Junior High for centuries, and he looks like a mad scientist. For real. He has wild, frizzy gray hair and even wears a lab coat every day.

He fluffs his hair and adjusts his thick black glasses. I start rubbing my hands against my legs, which isn't a good sign, but I don't pay attention. Any second he will get to my name.

"Shayla and . . ." Mr. Levy pauses a few seconds, like he is really thinking about it. Like he doesn't already have the list in front of him. "And Bernard," he says.

No. And I mean, *no*. This is the opposite of perfect.

I sneak a peek behind me. Bernard sits in the back, slouching low in his seat. Junior-high desks weren't made for Bernard. He's not kid sized. He's grown-up sized. And grown-up *big*.

He catches me looking at him, and his mouth shifts into a mean grimace. I gulp and look away.

My sister, Hana, would say I'm being just like *those people* who take one look at a Black person and think they need to clutch their purse tight or lock their car doors. I have no problem with Bernard being Black. *Obviously*. I'm Black too. It's him being huge and mean and scary.

Bernard went to the same elementary school as me and my best friends, Isabella and Julia. We're all terrified of him. Everyone I *know* is terrified of him. Even in kindergarten he would scowl at everybody. And he'd yell. A *lot*.

In second grade he yelled at me because I got to the *Star Wars* Legos before he did. He grabbed those storm-troopers right out of my hands, and if you've ever had

2

y pauses a few seconds, like
it. Like he doesn't already
"And Bernard," he says.
is is the opposite of perfect.
ie. Bernard sits in the back,
Junior-high desks weren't
t kid sized. He's grown-up

at him, and his mouth shifts
) and look away.
l say I'm being just like *those*
a Black person and think they
tight or lock their car doors.
rnard being Black. *Obviously.*
ig huge and mean and scary.
ame elementary school as me
lla and Julia. We're all terri-
*now* is terrified of him. Even
scowl at everybody. And he'd

lled at me because I got to the
did. He grabbed those storm-
hands, and if you've ever had

someone snatch Legos from you, you know how much
it hurts. And he didn't say sorry.

I told him I *needed* the stormtroopers. But Bernard
looked at me like he wouldn't have minded squashing
me right underneath one of his big shoes.

Bernard was a bully then, and he's a bully now.

*Please, oh, please don't let us be doing lab work today.*

"Find your partners, everyone!" Mr. Levy claps his
hands together. I just bet partnering me with Bernard
is some devious experiment: what happens if we mix
trouble-hating girl with bully boy?

*Kaboom.* That's what.

"Shayla!" Bernard hollers.

He sounds mad. I guess he's not happy that we're
partners either.

I walk to the back of the room to the lab tables, and
my feet feel like they weigh six hundred pounds.

"I got the first slide!" Bernard's voice is like a bunch
of bowling balls all being dropped at the same time. The
glass in one of his big paws snaps in two.

"Oh," I say. He could probably snap one of my fin-
gers just like that.

Bernard shakes his hand and starts sucking a finger.

3

I'm sure that is a bad idea. Mr. Levy comes over and sets some new slides next to our microscope. He doesn't even ask Bernard if he's okay.

Bernard doesn't look okay; he looks angry, which is basically saying he looks like Bernard.

"Stop messing around," Mr. Levy tells Bernard.

"I wasn't!" Bernard booms.

Mr. Levy shakes his head and walks away.

After that, Bernard won't even look in the microscope. He shoves the stack of slides at me, like it's *my* fault he broke the first one.

The top slide has a tiny green-brown thing on it, and when I peer through the microscope, I can see it's a bug leg. I think it's from a grasshopper and write some notes about it and try *not* to study Bernard. I don't know if I should say anything to him. I don't want to make him even more mad.

When class is over, he gets up so fast, he knocks his desk to its side, and instead of picking it up, he storms out of the room.

You bet Mr. Levy frowns real hard at that.

I pick up Bernard's desk before leaving class. Maybe since Mr. Levy didn't have to pick it up, no one will get in trouble, but my hands itch anyway.

4

# EXHIBIT 16

# Declaration of
# Sean O'Mara

**(UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE and JOCEYLN MERRILL, teachers in the New Hampshire Public Schools, and KIMBERLY GREEN ELLIOTT and MEGHAN EVELYN DURDEN, parents or guardians of children in the New Hampshire public schools. | ) ) ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) |
| FRANK EDELBLUT, in his Official Capacity as Commissioner of the DEPARTMENT OF EDUCATION ("DOE"), CHRISTIAN KIM in his Official Capacity as the Chair of the NEW HAMPSHIRE COMMISSION ON HUMAN RIGHTS, and JOHN FOMELLA in his Official Capacity as ATTORNEY GENERAL of the State of New Hampshire. | ) ) ) ) ) ) ) |
| Defendants. | ) |
| ------------------------------------------------------------------------ | ) |
| ANDRES MEJIA, CHRISTINA KIM PHILIBOTTE, and NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE, | ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) |
| FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education, | ) ) ) |
| JOHN M. FORMELLA, in his official capacity only as the Attorney General of the State of New Hampshire, | ) ) |
| AHNI MALACHI, in her official capacity only as the Executive Director of the New Hampshire Commission for Human Rights, | ) ) ) |
| CHRISTIAN KIM, in his official capacity only as the Chair of the New Hampshire Commission for Human Rights, | ) ) ) |
| KEN MERRIFIELD, in his official capacity only as the Commissioner of the Department of Labor, | ) ) |
| Defendants. | ) |

Civil No. 1:21-cv-01077-PB

**DECLARATION OF SEAN M. O'MARA**

I, Sean M. O'Mara, pursuant to 28 U.S.C. § 1746, depose and say as follows:

1.       I live in Cheshire County, New Hampshire.

2.       I am an eighth grade Social Studies teacher at Keene Middle School in Keene, New Hampshire.  I have been a teacher for 24 years.

3.       I am a member of NEA-NH and the Keene Education Association.

4.       I am certified by the State Board of Education, and thus, am subject to the "Educator Code of Conduct" (N.H. Admin. Code R. Ed. 510-512) that is now embedded within N.H. Rev. Stat. Ann. ("RSA") 193:40 (hereinafter, the "Banned Concepts Act" or the "Act").  *See* RSA 193:40, V.

5.       I am offering this Declaration in my individual capacity and not on behalf of the District that employs me.

6.       As an eighth-grade social studies teacher I teach units on early American history from the Revolutionary War through the Civil War and Reconstruction.

7.       Before the Act was passed, in the 2020-2021 school year there was discussion among teachers in our school about embarking on coordinated curriculum planning. We wanted to work across all subject matter areas to coordinate materials and topics so that students would experience a throughline in all of their classes. We hoped the result would be better retention and connection with the material.

8.       Because our students learn early American history, including slavery, the Civil War, and Reconstruction, we determined that part of instruction would need to address the history of racism in America.

9.       *Stamped Racism, Antiracism, and You- A Remix of the National Book Award-winning Stamped from the Beginning* by Jason Reynolds and Dr. Ibram X. Kendi ("*Stamped (Remix)*") was a book identified as age appropriate for our students, relevant to our course of study, and authored by credible and knowledgeable scholars.[1] Jason Reynolds was particularly known to our students and teachers because of his other young adult works which were held in high regard. We thought his involvement in the book might encourage our students' learning and participation.

10.      After approval by the School Board, 250 copies of this book were purchased with the intent that all eight graders would read the book. Many subject areas would interweave it into their curriculum. For example, Reading and English classes would engage in the portions of the book that relate to the Jim Crow and Civil Rights eras.  Social Studies classes would use the

---

[1] An example selection of *Stamped (Remix)* is appended to this Declaration.

portions of the book that deal with the origins of race as a social construct, its codification, the development of race-based chattel slavery in the Americas, and the Abolition movement.

11.    After the Act was passed there was a lot of confusion among me and my colleagues about what kinds of teaching could take place and what kind of materials could be used. We did not know whether a book like *Stamped (Remix)* would be prohibited by the Act.

12.    Further fueling this confusion, Commissioner Frank Edelblut published an Op-Ed in the *New Hampshire Union Leader* on June 13, 2021, entitled "Teach Children About Racism, Not to be Racists." The Op-Ed was in support of the recently Banned Concepts Act and it explained why the Commissioner believed the law was necessary.

13.    This Op-Ed specifically named *How to Be an Anti-Racist* as a problematic book which "support[s] Critical Race Theory." *How to Be an Anti-Racist* is written by Dr. Ibram X. Kendi who also wrote *Stamped from the Beginning (*which *Stamped (Remix)* was adapted from). These books are all drawn from Dr. Kendi's scholarly "anti-racist" work and have similarities.

14.    The Commissioner wrote that "supporters of Right to Freedom From Discrimination legislation want to make sure that children are taught about racism, but not to be racists, as Kendi seems to advocate."

15.    As a New Hampshire educator who has to follow the law, I never received specific list of materials, lessons plans, or texts that were impermissible. The only guidance I had access to was the Attorney General's FAQ about the law. The Department of Education and the Commissioner provided no other guidelines despite their ability to sanction my license for violations of the Act.

16.    This left me and others to piece together publicly available comments from the Commissioner to aid our understanding of what was permissible.

17.    From this Op-Ed, it seemed that the Commissioner believed the work of Dr. Kendi violated the Act given that he said Dr. Kendi teaches students to be racist and that the Commissioner made this comment in the context of praising the Act because it would keep this kind of material from being taught.

18.    My colleagues and I understood that violations of the Act could lead to the revocation of our teaching licenses through a process which the Commissioner oversees. We did not want to violate the Act.

19. Additionally, as we headed into the following school year, I understood that our school administration had asked us to set the project aside due to this uncertainty and that we should not make further plans for grade-wide engagement with *Stamped (Remix).*

20. Over the next school year, the planned grade-wide reading of *Stamped (Remix)* was not implemented. The books sat on the shelf untouched.

21. I understand that now a few students at my school have decided to read the book independently, but we have never embarked on a school-wide reading project of this book as we originally planned.

22. I don't know if assigning the book would in fact violate the Act. The law is not clear enough for me to determine that.

23. Relatedly, I have spoken to many colleagues who teach the same subject matter as me. Because we must discuss racism, slavery, and oppression of Black Americans they are nervous that what they may say would be misunderstood and weaponized against them. They feel more nervous to teach this material now than they ever did before the Act was passed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of July, 2023

*/s/ Sean O'Mara*
Sean M. O'Mara

THE #1 *NEW YORK TIMES* BESTSELLER

# JASON REYNOLDS

# IBRAM X. KENDI

# STAMPED

## RACISM, ANTIRACISM, AND YOU

A **REMIX** of the National Book Award–winning
*STAMPED FROM THE BEGINNING*

1536

$18.99 U.S.
$23.99 CAN.

# THE THIEF KNOWN AS RACISM IS ALL AROUND.

The construct of race has always been used to gain and keep power, to create dynamics that separate and silence. Racist ideas are woven into the fabric of this country, and the first step to building an antiracist America is acknowledging America's racist past and present. This book takes you on that journey, showing how racist ideas started and were spread, and how they can be discredited.

Through a gripping, fast-paced, and energizing narrative, *Stamped* shines a light on the many insidious forms of racist ideas—and on ways **YOU** can identify and stamp out racist thoughts, leading to a better future.



Nathan Bajar

## JASON REYNOLDS

is a #1 *New York Times* bestselling author, a Newbery Medal honoree, a Printz Award honoree, a National Book Award finalist, a Kirkus Prize winner, a two-time Walter Dean Myers Award winner, an NAACP Image Award winner, and the recipient of multiple Coretta Scott King Honors. He was the American Booksellers Association's 2017 and 2018 spokesperson for Indies First, and his many books include *When I Was the Greatest, The Boy in the Black Suit, All American Boys* (cowritten with Brendan Kiely), *As Brave as You, For Every One,* the Track series (*Ghost, Patina, Sunny,* and *Lu*), *Long Way Down,* which received both a Newbery Honor and a Printz Honor, and *Look Both Ways.* He lives in Washington, DC. He invites you to visit him online at JasonWritesBooks.com.



Stephen Voss

## IBRAM X. KENDI

is the Andrew W. Mellon Professor in the Humanities at Boston University and the founding director of the BU Center for Antiracist Research. He is a contributing writer at *The Atlantic* and a CBS News correspondent. He is the author of many books, including *Stamped from the Beginning: The Definitive History of Racist Ideas in America,* which won the National Book Award for Nonfiction, and three #1 *New York Times* bestsellers: *How to Be an Antiracist; Stamped: Racism, Antiracism, and You,* coauthored with Jason Reynolds; and *Antiracist Baby,* illustrated by Ashley Lukashevsky. He invites you to visit him online at IbramXKendi.com.

**Visit us at LBYR.com | theNOVL.com | #StampedBook**

Also available from 🎧 hachette AUDIO

Jacket art © 2020 by Erin Robinson | Title and author lettering © 2020 by Dirty Bandits
Jacket design by Karina Granda; based on the original adult cover design by the
Book Designers | Jacket © 2020 Hachette Book Group, Inc. | Printed in the U.S.A.

# STAMPED

## RACISM, ANTIRACISM, AND YOU



A **REMIX** of the National Book Award–winning
*Stamped from the Beginning*

Written by
## JASON REYNOLDS

Adapted from *Stamped from the Beginning* by and with an introduction from
## IBRAM X. KENDI

Ⓛ Ⓑ

LITTLE, BROWN AND COMPANY
NEW YORK  BOSTON

*Stamped: Racism, Antiracism, and You* was written by Jason Reynolds. It is based on *Stamped from the Beginning: The Definitive History of Racist Ideas in America* by Ibram X. Kendi, published by Bold Type Books.

Copyright © 2020 by Ibram X. Kendi and Jason Reynolds

Cover art copyright © 2020 by Erin Robinson. Title and author lettering copyright © 2020 by Dirty Bandits. Cover design by Karina Granda based on design by the Book Designers. Cover copyright © 2020 by Hachette Book Group, Inc.

Hachette Book Group supports the right to free expression and the value of copyright. The purpose of copyright is to encourage writers and artists to produce the creative works that enrich our culture.

The scanning, uploading, and distribution of this book without permission is a theft of the author's intellectual property. If you would like permission to use material from the book (other than for review purposes), please contact permissions@hbgusa.com. Thank you for your support of the author's rights.

Little, Brown and Company
Hachette Book Group
1290 Avenue of the Americas, New York, NY 10104
Visit us at LBYR.com

First Edition: March 2020

Little, Brown and Company is a division of Hachette Book Group, Inc. The Little, Brown name and logo are trademarks of Hachette Book Group, Inc.

The publisher is not responsible for websites (or their content) that are not owned by the publisher.

Library of Congress Cataloging-in-Publication Data
Names: Reynolds, Jason, author. | Kendi, Ibram X., author.
Title: Stamped : racism, antiracism, and you / Jason Reynolds and Ibram X. Kendi.
Description: First edition. | New York : Little, Brown and Company, 2020. | "An Adaptation of the National Book Award–winning *Stamped from the Beginning*." | Includes bibliographical references and index. | Audience: Ages 12 and up. | Summary: "A history of racist and antiracist ideas in America, from their roots in Europe until today, adapted from the National Book Award winner *Stamped from the Beginning*." —Provided by publisher.
Identifiers: LCCN 2019033917 | ISBN 9780316453691 (hardcover) | ISBN 9780316453707 (ebook) | ISBN 9780316453677
Subjects: LCSH: Racism—United States—History—Juvenile literature. | United States—Race relations—History—Juvenile literature.
Classification: LCC E184.A1 K346 2020 | DDC 305.800973—dc23
LC record available at https://lccn.loc.gov/2019033917

ISBNs: 978-0-316-45369-1 (hardcover), 978-0-316-45370-7 (ebook)

Printed in the United States of America

LSC-C

Printing 18, 2021

# CONTENTS

INTRODUCTION ......................................................... IX

## SECTION 1: 1415–1728
1.  The Story of the World's First Racist ........................... 1
2.  Puritan Power ................................................... 11
3.  A Different Adam ................................................ 21
4.  A Racist Wunderkind ............................................. 29

## SECTION 2: 1743–1826
5.  Proof in the Poetry ............................................. 41
6.  Time Out ....................................................... 49
7.  Time In ........................................................ 53
8.  Jefferson's Notes .............................................. 55
9.  Uplift Suasion ................................................. 65
10. The Great Contradictor ......................................... 69

## SECTION 3: 1826–1879
11. Mass Communication for Mass Emancipation ....................... 83
12. Uncle Tom ...................................................... 91
13. Complicated Abe ................................................ 99
14. Garrison's Last Stand ......................................... 107

................ IX

................... 1
................ 11
................ 21
................ 29

................ 41
................ 49
................ 53
................ 55
................ 65
................ 69

ion .......... 83
................ 91
................ 99
............ 107

## SECTION 4: 1868–1963

15. Battle of the Black Brains ............................................ 117
16. Jack Johnson vs. Tarzan ............................................ 129
17. Birth of a Nation (and a New Nuisance) .................. 135
18. The Mission Is in the Name .................................... 139
19. Can't Sing and Dance and Write It Away ................ 147
20. Home Is Where the Hatred Is .................................. 155

## SECTION 5: 1963–TODAY

21. When Death Comes .................................................. 169
22. Black Power ............................................................ 179
23. Murder Was the Case ............................................ 191
24. What War on Drugs? ................................................ 203
25. The Soundtrack of Sorrow and Subversion ............. 211
26. A Million Strong .................................................... 219
27. A Bill Too Many .................................................... 227
28. A Miracle and Still a Maybe .................................. 235

AFTERWORD ................................................ 245
ACKNOWLEDGMENTS ................................ 251
FURTHER READING .................................... 257
SOURCE NOTES ............................................ 263
INDEX ............................................................ 287

18.99 U.S.
23.99 CAN.

# INTRODUCTION

DEAR READER,

To know the past is to know the present. To know the present is to know yourself.

I write about the history of racism to understand racism today. I want to understand racism today to understand how it is affecting me today. I want you to understand racism today to understand how it is affecting you and America today.

The book you're holding is a remix of my book, *Stamped from the Beginning*, a narrative history of racist and antiracist ideas. A racist idea is any idea that suggests something is wrong or right, superior or inferior, better or worse about a racial group. An antiracist idea is any idea that suggests that racial groups are equals. Racist and antiracist ideas have lived in human minds for nearly six hundred years. Born in western Europe in

shooting star of #Black Lives Matter during America's stormiest nights. I watched the televised and untelevised killings of unarmed Black human beings at the hands of cops and wannabe cops. I somehow managed to write *Stamped from the Beginning* between the heartbreaking deaths of seventeen-year-old Trayvon Martin and seventeen-year-old Darnesha Harris and twelve-year-old Tamir Rice and sixteen-year-old Kimani Gray and eighteen-year-old Michael Brown, heartbreaks that are a product of America's history of racist ideas as much as a history of racist ideas is a product of these heartbreaks.

Meaning, if not for racist ideas, George Zimmerman would not have thought the hooded Florida teen who liked LeBron James, hip-hop, and *South Park* had to be a robber. Zimmerman's racist ideas in 2012 transformed an easygoing Trayvon Martin walking home from a 7-Eleven holding watermelon juice and Skittles into a menace to society holding danger. Racist ideas cause people to look at an innocent Black face and see a criminal. If not for racist ideas, Trayvon would still be alive. His dreams of becoming a pilot would still be alive.

Young Black males were *twenty-one times* more likely to be killed by police than their White counterparts between 2010 and 2012, according to federal statistics.

INTRODUCTION

The under-recorded, under-analyzed racial disparities between female victims of lethal police force may be even greater. Black people are *five times* more likely to be incarcerated than Whites.

I'm no math whiz, but if Black people make up 13 percent of the US population, then Black people should make up somewhere close to 13 percent of the Americans killed by the police, and somewhere close to 13 percent of the Americans sitting in prisons. But today, the United States remains nowhere close to racial equality. African Americans make up 40 percent of the incarcerated population. These are racial inequities, older than the life of the United States.

Even before Thomas Jefferson and the other founders declared independence in 1776, Americans were arguing over racial inequities, over why they exist and persist, and over why White Americans as a group were prospering more than Black Americans as a group. Historically, there have been three groups involved in this heated argument. Both segregationists and assimilationists, as I call these racist positions in *Stamped from the Beginning*, think Black people are to blame for racial inequity. Both the segregationists and the assimilationists think there is something wrong with Black people and that's why

nalyzed racial disparities

ethal police force may be

*five times* more likely to be


Black people make up 13

. then Black people should

.13 percent of the Ameri-

omewhere close to 13 per-

in prisons. But today, the

re close to racial equality.

:0 percent of the incarcer-

cial inequities, older than


ion and the other founders

6, Americans were argu-

why they exist and persist,

s as a group were prosper-

s as a group. Historically,

involved in this heated

and assimilationists, as I

*imped from the Beginning,*

e for racial inequity. Both

imilationists think there

k people and that's why

Black people are on the lower and dying end of racial inequity. The assimilationists believe Black people as a group can be changed for the better, and the segregationists do not. The segregationists and the assimilationists are challenged by *antiracists*. The antiracists say there is nothing wrong or right about Black people and everything wrong with racism. The antiracists say racism is the problem in need of changing, not Black people. The antiracists try to transform racism. The assimilationists try to transform Black people. The segregationists try to get away from Black people. These are the three distinct racial positions you will hear throughout *Stamped: Racism, Antiracism, and You*—the segregationists, the assimilationists, and the antiracists, and how they each have rationalized racial inequity.

In writing *Stamped from the Beginning*, I did not want to just write about racist ideas. I wanted to discover the *source* of racist ideas. When I was in school and first really learning about racism, I was taught the popular origin story. I was taught that ignorant and hateful people had produced racist ideas, and that these racist people had instituted racist policies. But when I learned the motives behind the production of racist ideas, it became obvious that this

folktale, though sensible, was not true. I found that the need of powerful people to defend racist policies that benefited them led them to produce racist ideas, and when unsuspecting people consumed these racist ideas, they became ignorant and hateful.

Think of it this way. There are only two potential explanations for racial inequity, for why White people were free and Black people were enslaved in the United States. Either racist policies forced Black people into enslavement, or animalistic Black people were fit for slavery. Now, if you make a lot of money enslaving people, then to defend your business you want people to believe that Black people are fit for slavery. You will produce and circulate this racist idea to stop abolitionists from challenging slavery, from abolishing what is making you rich. You see the racist policies of slavery arrive first and then racist ideas follow to justify slavery. And these racist ideas make people ignorant about racism and hateful of racial groups.

When I began writing *Stamped from the Beginning*, I must confess that I held quite a few racist ideas. Yes, me. I'm an African American. I'm a historian of African Americans. But it's important to remember that racist ideas are ideas. Anyone can produce them or consume

e. I found that the
st policies that ben-
st ideas, and when
: racist ideas, they

only two potential
why White people
aved in the United
Black people into
le were fit for slav-
· enslaving people,
t people to believe
You will produce
abolitionists from
·hat is making you
·ery arrive first and
y. And these racist
·sm and hateful of

·om the Beginning,
· racist ideas. Yes,
.storian of African
lember that racist
them or consume

them, as this book shows. I thought there were certain things wrong with Black people (and other racial groups). Fooled by racist ideas, I did not fully realize that the only thing wrong with Black people is that we think something is wrong with Black people. I did not fully realize that the only thing extraordinary about White people is that they think something is extraordinary about White people. There are lazy, hardworking, wise, unwise, harmless, and harmful *individuals* of every race, but no racial *group* is better or worse than another racial group in any way.

Committed to this antiracist idea of group equality, I was able to discover, self-critique, and shed the racist ideas I had consumed over my lifetime while I uncovered and exposed the racist ideas that others have produced over the lifetime of America. The first step to building an antiracist America is acknowledging America's racist past. By acknowledging America's racist past, we can acknowledge America's racist present. In acknowledging America's racist present, we can work toward building an antiracist America. An antiracist America where no racial group has more or less, or is thought of as more or less. An antiracist America where the people no longer hate on racial groups or try to change racial groups. An

antiracist America where our skin color is as irrelevant as the colors of the clothes over our skin.

And an antiracist America is sure to come. No power lasts forever. There will come a time when Americans will *realize* that the only thing wrong with Black people is that they think something is wrong with Black people. There will come a time when racist ideas will no longer obstruct us from seeing the complete and utter abnormality of racial disparities. There will come a time when we will love humanity, when we will gain the courage to fight for an equitable society for our beloved humanity, knowing, intelligently, that when we fight for humanity, we are fighting for ourselves. There will come a time. Maybe, just maybe, that time is now.

In solidarity,

*Ibram X. Kendi*

# EXHIBIT 17

Declaration of
Plaintiff Ryan
Richman

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE and JOCEYLN MERRILL, teachers in the New Hampshire Public Schools, and KIMBERLY GREEN ELLIOTT and MEGHAN EVELYN DURDEN, parents or guardians of children in the New Hampshire public schools. | ) ) ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) |
| FRANK EDELBLUT, in his Official Capacity as Commissioner of the DEPARTMENT OF EDUCATION ("DOE"), CHRISTIAN KIM in his Official Capacity as the Chair of the NEW HAMPSHIRE COMMISSION ON HUMAN RIGHTS, and JOHN FOMELLA in his Official Capacity as ATTORNEY GENERAL of the State of New Hampshire. | ) ) ) ) ) ) ) ) |
| Defendants. | ) |
| ------------------------------------------------------------------------ | ) Civil No. 1:21-cv-01077-PB |
| ANDRES MEJIA, CHRISTINA KIM PHILIBOTTE, and NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE, | ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) |
| FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education, | ) ) ) |
| JOHN M. FORMELLA, in his official capacity only as the Attorney General of the State of New Hampshire, | ) ) |
| AHNI MALACHI, in her official capacity only as the Executive Director of the New Hampshire Commission for Human Rights, | ) ) ) |
| CHRISTIAN KIM, in his official capacity only as the Chair of the New Hampshire Commission for Human Rights, | ) ) ) |
| KEN MERRIFIELD, in his official capacity only as the Commissioner of the Department of Labor, | ) ) |
| Defendants. | ) |

## <u>DECLARATION OF RYAN RICHMAN</u>

I, Ryan Richman, pursuant to 28 U.S.C. § 1746, depose and say as follows:

1.      My name is Ryan Richman.  I am a high school World History teacher at
Timberlane Regional High School, in Plaistow, New Hampshire where I have taught for the past
21 years.

2.      Since the passage of the Divisive Concepts Law, I have felt reticent about
teaching certain material in the classroom.

3.      In my World History class, I often ask students to find an event in the news, bring
it to class, and be prepared to discuss its connections with the past.  Nine times out of 10, they are
stories about oppression. They are stories about exclusionism. They are about the Rohingya and
Uyghur genocides, which are going on right this second. They are about Black Lives Matter and
similar political movements.

4.      I also teach constitutional law to my high school students.  I teach on affirmative
action, the Voting Rights Act, and the Equal Rights Amendment.  We discuss whether similar
protections are still needed today.

5.      When these topics are discussed in my classroom, I am nervous and guarded in
my discussions.  I worry that I will receive a call from my principal or an administrator as to
whether there has been a complaint about my lessons.

6.      Aside from not knowing what is and is not prohibited under the Divisive
Concepts Law, I find that the legislation has brought the culture wars into my classroom and to
extra-curricular activities.

7.      In the classroom, I have noticed a rise in hostility and, frankly, antisemitism, as a
gay and Jewish educator.  For example, one student asked during discussions about the
Holocaust whether people still espouse the views of Hitler.  I mentioned certain hate groups,
white supremacy, neo-Nazis, and politicians who have openly spoken out as Holocaust deniers.

Another student in my class stated that he would rather vote for the Holocaust denier than me, a reference to a prior unsuccessful run I made for local office.

8.      In an end of the year project where I have students create "memes," a student created one with the accompanying phrase "this is my final solution."

9.      The same politically charged and dangerous hate-filled atmosphere now exists outside the classroom.  For example, last school year, the Gay-Straight Alliance, a group for which I was previously the faculty advisor, organized a school dance.  Shortly thereafter, one of the district's state representatives, Debra DeSimone, went to the Timberlane District School Board meeting, announcing that the LGBTQ community put on a dance, applied for by the Gay-Straight Alliance.  She said that it was "not right" for a small, segregated group of kids to have a school-sponsored dance that was not open to everyone (despite it being open to all).  In her view, "if you're not gay, you're not showing up" for fear of being ridiculed by other students.   She insisted that the School Board "stop this from happening" in the future.

10.      I am also the faculty advisor for the school's Model United Nations team. Despite the importance of differing views and perspectives that the club normally values, these past two years, I have had to be restrained in what I can say around the students in their research for competitions, on the way to competitions, and in everyday interactions.  I worry that if controversial topics such as the war in Ukraine are made topics at Model UN competitions, I will not be able to speak freely about the conflict and my views on the war, including the various views being espoused in the United States.

11.      Next year, I will be teaching civics and economics at Timberlane.  Normally, I would be excited about teaching this course during a primary year and would incorporate current events and the election process into the classroom learning experience.  But my colleagues do

not want to speak about politics or the primary and, in fact, do not want to teach anything beyond what is contained in the curriculum.  I am uncertain whether I will teach about the primaries that are occurring.

12.     Because of the Divisive Concepts Law and the political environment it has created, I am constantly worried that there will be a complaint about my teaching and that I will be subject to investigation, charges, or worse.

13.     While I still feel that I have much to give as a teacher, sadly this may be my final year teaching in Timberlane High School.  I do not feel that I can teach honestly under the current legislative and political circumstances.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of August, 2023



*/s/ Ryan Richman*

Ryan Richman

# EXHIBIT 18

Declaration of
Plaintiff Jocelyn
Merrill

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW HAMPSHIRE

LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE and JOCEYLN MERRILL, teachers in the New Hampshire Public Schools, and KIMBERLY GREEN ELLIOTT and MEGHAN EVELYN DURDEN, parents or guardians of children in the New Hampshire public schools.

    Plaintiffs,

      v.

FRANK EDELBLUT, in his Official Capacity as Commissioner of the DEPARTMENT OF EDUCATION ("DOE"), CHRISTIAN KIM in his Official Capacity as the Chair of the NEW HAMPSHIRE COMMISSION ON HUMAN RIGHTS, and JOHN FOMELLA in his Official Capacity as ATTORNEY GENERAL of the State of New Hampshire.

    Defendants.

-----------------------------------------------------------------------

ANDRES MEJIA,
CHRISTINA KIM PHILIBOTTE, and
NATIONAL EDUCATION ASSOCIATION-NEW
HAMPSHIRE,

    Plaintiffs,

      v.

FRANK EDELBLUT, in his official capacity only as the Commissioner of the New Hampshire Department of Education,

JOHN M. FOMELLA, in his official capacity only as the Attorney General of the State of New Hampshire,

AHNI MALACHI, in her official capacity only as the Executive Director of the New Hampshire Commission for Human Rights,

CHRISTIAN KIM, in his official capacity only as the Chair of the New Hampshire Commission for Human Rights,

KEN MERRIFIELD, in his official capacity only as the Commissioner of the Department of Labor,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil No. 1:21-cv-01077-PB

## DECLARATION OF JOCELYN MERRILL

I, Jocelyn Merrill, pursuant to 28 U.S.C. § 1746, depose and say as follows:

1.      My name is Jocelyn Merrill.  I am a ninth grade English and Journalism teacher at Nashua High School North.  I have been teaching in New Hampshire public schools for 12 years, most recently as a ninth grade English teacher.

2.      The Divisive Concepts Law has impacted how I teach.  I have taken certain articles and material out of my curriculum .  For example, I no longer share articles that I previously used in connection with the book "To Kill A Mockingbird" to discuss systemic racism and "white privilege."  I have also refrained from showing certain videos, such as "White Like Me," for fear that using these materials would be considered a violation of the Divisive Concepts Law.

3.      I also do not know whether simply discussing these topics, even if brought up by students in my class, would subject me to investigation under the Divisive Concepts Law. Teachers in my school worry that curricular material could be photographed by students and brought to their parents to file complaints.

4.      I attended an AFT Townhall after the Divisive Concepts Law was passed to try to understand what was prohibited under the new law.  The AFT did not have answers from the DOE on what could and could not be taught, and we never heard from any representatives at the Department of Education or Human Rights Commission about the law.

5.      In fact, I recall specifically that students in my journalism class discussed the Divisive Concepts Law when it was first passed amongst themselves.  One particular student suggested, in sum or substance, that the law was "just another way to pit parents and teachers against each other and not trust the students."

6.       In my experience, teachers are informed and professional.  They know how to appropriately teach their curriculum.  The law interferes with their ability to educate freely and

hampers one of the most essential parts of a high school education – guiding students to be critical thinkers.

7.      HB 544 and the Divisive Concepts Law has also had an impact outside the classroom.  After the COVID-19 pandemic I was part of an afterschool diversity and inclusion group – initiated by students – comprised of both students and faculty.  The mission of the group was to try to find ways to make our school more culturally responsive and inclusive.

8.      As the legislature moved forward with HB 544 and eventually the Divisive Concepts Law, the meetings stopped and the group was ultimately disbanded.  My belief is that the Divisive Concepts Law and HB 544 were responsible for the group's demise.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of August, 2023



*/s/ Jocelyn Merrill*
Jocelyn Merrill

# EXHIBIT 19

July 26, 2021 Email
from DOE
Commissioner
Frank Edelblut

**From:** Lois Bixby <loisbixby@hotmail.com>
**To:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
**Subject:** Re: HB2
**Date:** Wed, 28 Jul 2021 12:23:55 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png; image004.png

---

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Yes, thank you.  That was helpful.  Interesting how the use of the double negative tones down the assertion of a statement.

Sincerely,
Lois Bixby

---

**From:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Sent:** Monday, July 26, 2021 7:38 PM
**To:** 'Lois Bixby' <loisbixby@hotmail.com>
**Cc:** Lynne Ober <lynne.ober@comcast.net>
**Subject:** RE: HB2

Lois,

Sorry for the delayed reply. I have been out of the office/state.

We want to treat people as the person that they are, without regard to individual characteristics that, in many cases, cannot be changed.

The double negative is confusing (welcome to legislative language). If you go back to the beginning of this section in "I" you have yet another negative, 'no pupil shall be taught' not to attempt to treat people without regard to these individual characteristics, e.g., they should be taught to treat people without regard to these characteristics.

I hope that helps.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
**Phone:** 603-271-3144
Frank.Edelblut@doe.nh.gov

 

New Hampshire
**Department of Education**

*The contents of this message are confidential.  Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited.  If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

---

**From:** Lynne Ober <lynne.ober@comcast.net>
**Sent:** Tuesday, July 20, 2021 1:57 PM

1560

**To:** 'Lois Bixby' <loisbixby@hotmail.com>; Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Subject:** RE: HB2

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Commissioner Edelblut,
I am forwarding Ms. Bixby's email to you as I believe she is asking for examples found in teaching.   Since you are the DOE Commissioner, I believe you should provide the response.

Respectfully,
Lynne Ober
State Representative

**From:** Lois Bixby <loisbixby@hotmail.com>
**Sent:** Tuesday, July 20, 2021 1:35 PM
**To:** lynne.ober@comcast.net
**Subject:** HB2

To whom it may concern:

I confess to having a difficult time in understanding a section of HB2.   I just can't wrap my head around all the double negatives.  Perhaps you could be so kind as to provide an example of the following in practice?

193:40 Prohibition on Teaching Discrimination.

"(d) That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin - should not attempt to treat others without regard to age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin."

Thanks so much,

Lois Bixby
Hollis, NH

"To know and not to know, to be conscious of complete truthfulness while telling carefully constructed lies, to hold simultaneously two opinions which cancelled out knowing them to be contradictory and believing in both of them, to use logic against logic, to repudiate morality while laying claim to it" -- George Orwell, 1984

**EXHIBIT 20**

Oct. 7, 2021 HRC
Commissioners'
Meeting
Minutes (Depo.
Ex. 56)

# New Hampshire Commission for Human Rights



**COMMISSIONERS**
CHRISTIAN KIM, CHAIR
DOUGLAS PALARDY
HARVEY KEYE
ALEX SAMUEL
NANCY LEROY
BASRA MOHAMED
ELIZABETH ASCH

2 INDUSTRIAL PARK DR.
CONCORD, NEW HAMPSHIRE 03301-8501
TEL (603) 271-2767
TDD Access: Relay NH 1-800-735-2964
FAX (603) 271-6339
E-MAIL: humanrights@nh.gov
www.nh.gov/hrc

**EXECUTIVE DIRECTOR**
AHNI MALACHI

**ASSISTANT DIRECTOR**
SARAH E. BURKE COHEN, ESQ.

**INVESTIGATORS**
KATRINA E. TAYLOR
NICOLE LEMELIN
DANIEL DEYERMOND
KATE MULLEAVEY
LURA SEAVEY

**INTAKE COORDINATOR**
JOHANNA "JONNA" ALLARD

**PARALEGAL**
KELLY MEDEROS

### NEW HAMPSHIRE COMMISSION FOR HUMAN RIGHTS COMMISSIONERS' MEETING

#### October 7, 2021 at 5:00 PM

#### MINUTES

**ATTENDANCE:** **Commissioners present: Basra Mohamed (Acting chair), Douglas Palardy (by phone – home, alone), Alex Samuel, Elizabeth Asch, and Harvey Keye**

**Commission Staff:** **Executive Director, Ahni Malachi and Assistant Director, Sarah Burke Cohen**

**Others:** **Michael Worsley**

EXHIBIT 56
WIT: Malachi
DATE: 5-24-23
Cynthia Foster, RPR, LCR #14

Commissioner Mohamed called the meeting to order at 5:16 PM.

### 1. PUBLIC COMMENT

Commissioner Mohamed asked if anyone from the public was present and wished to make public comment. There was no one present.

### 2. APPROVAL OF AUGUST MEETING MINUTES

Commissioner Asch moved and Commissioner Samuel seconded a motion to approve the minutes. Roll call: Commissioner Samuel – Aye; Commissioner Palardy – aye; Commissioner Asch – aye; Commissioner Keye – aye; Commissioner Mohamed – aye. The motion carried.

Commissioner Samuel moved and Commissioner Keye seconded a motion to approve the non-public meeting minutes. Roll call: Commissioner Samuel – Aye; Commissioner Palardy – aye; Commissioner Asch – aye; Commissioner Keye – aye; Commissioner Mohamed – aye.
The motion carried.

1

## 3.   OFFICE UPDATES

Director Malachi introduced Michael Worsley. Mr. Worsley presented an Ethnic and Cross Cultural Skill Development Training ("ECCSDT") to the Department of Justice. He has trained Director Malachi and Assistant Director Burke Cohen to be trainers of this program. Director Malachi stated the NHCHR staff are scheduled to have this training and we believe it would be beneficial for the Commissioners to also complete this training. Mr. Worsley discussed that this training was developed as a training to unite based on the fact that we all have unique ethnic background rather than a traditional diversity training that has the potential to divide. It helps a participant develop skills to help individuals interact with others who have different ethnic backgrounds. This training also takes into consideration the historical background of using race as an identifier. Commissioner Keye asked about the objective of the training as it relates to the NHCHR. Mr. Worsley responded and explained and concurred with Commissioner Keye that race may be a social construct. Commissioner Mohamed asked what the overall goal is. Mr. Worsley replied the goal of the training would be to assist Commissioners with a broader sense of achieving ethnic and cross cultural skill and understanding application in NHCHR cases and in real world experience. Commissioner Asch is looking forward to the training as it is an interesting and positive concept to move away from race to ethnicity and culture. Director Malachi added that importance of this training as a good educational resource and exposure to new themes and information.

Assistant Director Burke Cohen discussed the EEOC's Models of Proof. The EEOC sent the NHCHR copies for distribution. Assistant Director Burke Cohen explained that these Models of Proof lay out well the burden shifting of cases that fall within the jurisdiction of the EEOC and NHCHR.

Director Malachi discussed the impact of HB2 on the NHCHR. Director Malachi explained how it came to be and the guidance issued by the NHDOJ. She added that HB2 gives an outlet for those covered by the statutory change to make a claim of discrimination if they believe a training/class, etc. was discriminatory in nature. Director Malachi said because the statute was complex and there were no precedents, the NHDOJ issued guidance and an opinion explaining the impact of the law and how the NHCHR should apply the law. AAG Perlow will attend the next meeting to further discuss the new language and answer any questions. Commissioner Mohamed asked what Director Malachi thought inspired the changes to the statute. Assistant Director Burke Cohen and Director Malachi explained that the likely inspiration was that there have been instances in which information has been presented in trainings and K-12 classrooms that states directly and/or impliedly that inherent traits establish a person's inferiority/superiority. Commissioner Samuel asked if the Legislators came to the NHCHR to discuss this prior to introduction. Director Malachi stated this did not occur and generally does not. Commissioner Keye concurred that from his experience the Legislators would not approach an agency.

2

Director Malachi discussed that per the audit conducted, a recommendation was made that the NHCHR set a fee schedule. Director Malachi explained the components of the presented fee schedule. She stated the below for vote by the Commissioners:

**Fee Schedule:**

    **Copies:**

        **Documents:**

            **$30.00 – Administrative Fee**
            **$0.25/page – (There is no charge for requests under 25 pages.)**

        **Recordings:**

            **$5.00 – (Recordings are copied onto a DVD.)**

    **Trainings:**

        **Ethnic & Cross-Cultural Skill Development Training**

            **$800.00 (Full day/6 hours)**

        **All Other Trainings**

            **$200.00/hour**

Commissioner Asch moved to accept the presented fee schedule and Commissioner Mohamed seconded. Roll call: Commissioner Samuel – Aye; Commissioner Palardy – aye; Commissioner Asch – aye; Commissioner Keye – aye; Commissioner Mohamed – aye.
The motion carried and the fee schedule was adopted.

Director Malachi asked for the Commissioners to determine a date to complete the Ethnic & Cross Cultural Skills Development Training. The consensus was to schedule the training on a Saturday/Sunday possibly in November.

Director Malachi stated the *Catano* decision has been published and is available on the NHCHR's website. The Complainant's counsel has filed a Motion for Reconsideration, which needs to be ruled on.

Director Malachi stated the Legislative Session for 2022 has opened. She discussed how the process works and gave an overview of the legislation that could impact the NHCHR. Commissioner Keye proposed that the NHCHR add the following language to RSA 354-A that "New Hampshire does not allow discriminatory practices." Director Malachi explained that the proposed statement is more like a preamble. Commissioner Asch stated the statement sounds like a mission statement. Commissioner Keye stated that he would like to add this statement, but will not pursue if the rest of the Commissioners do not want to.

3

HRC-00393

**4.    REVIEW OF INVESTIGATOR CASE LOAD**

Assistant Director Burke Cohen stated the NHCHR staff completed closures to meet our EEOC contract of 200 cases. Director Malachi and Assistant Director Burke Cohen continued to be impressed and grateful to the staff for processing NHCHR cases efficiently and effectively. The Commissioners wanted to send their gratitude to the staff for all their hard work to ensure cases move forward and the EEOC contract fulfillment.

**5.    HEARING SCHEDULE UPDATE**

Assistant Director Burke Cohen discussed the hearing scheduling and updated it. She explained that there likely will be no upcoming hearing due to settlements or removals to court. There is a possible hearing scheduled for January. Assistant Director Burke Cohen will assign Commissioners to the hearing schedule for 2022 prior to the next meeting.

**6.    OTHER BUSINESS**

Director Malachi stated Commissioner Kim has been appointed chair of the NHCHR following Commissioner Palardy stepping down as chair.

Commissioner Samuel stated his commission expires on November 1 and he will not be seeking renewal.

Director Malachi stated she will start sending spreadsheets/updates about legislation that pertains to the NHCHR. Director Malachi also stated she is hoping to do a presentation to some of the Legislative Committees that potentially will hear legislation that pertains to the NHCHR, to give the Committee background and information about the NHCHR. Director Malachi explained that she generally goes to the hearings on bills to be present for informational purposes or to make comment to clarify or explain the jurisdiction/process at the NHCHR. Commissioner Asch asked about the time involved with attending hearings. Director Malachi explained it can be time consuming on occasion. Director Malachi also talked about completing fiscal notes for legislation. Director Malachi stated she generally requests additional staff when statutory changes would likely require additional work. Commissioner Asch asked if all current positions are full. Director Malachi stated all funded positions are full, but there are 2 unfunded positions that remain unfilled. Director Malachi said Commissioners are welcome to contact her to discuss legislation and/or legislative process.

**7.    NON-PUBLIC SESSION**

None.

**8.    ADJOURNMENT**

Commissioner Keye moved for adjournment and Commissioner Asch seconded. The Commissioner's meeting adjourned at 7:02 PM.

4

# EXHIBIT 21

DOE Commissioner
Edelblut June 13,
2021 Op-ed
(Depo. Ex. 4)



1567
EXHIBIT 4
D. Fenton
5/17/2023
Reporter: Sharon Saalfield
RDR, CRR

# EXHIBIT 16

Frank Edelblut, "Teach Children
About Racism, Not To Be Racists,"
Union Leader (June 13, 2021)

 Change Site Language  Search the Site

**A** ALERT  **Get the latest Coronavirus COVID-19 update at https://www.covid19.nh.gov**

 New Hampshire
**Department of Education**



**≡ OPEN MENU**

Home  > Teach children about racism, not to be racists

## In the News

For Immediate Release
June 13, 2021

### Contact

New Hampshire Department of Education
(603) 271-0448 | Comms@doe.nh.gov

# Teach children about racism, not to be racists

**By Frank Edelblut**



# NEW HAMPSHIRE
# UNION LEADER

THE RIGHT TO FREEDOM WITHOUT DISCRIMINATION legislation recently passed by the New Hampshire Senate is an important, and needed, contribution to our education system. It helps ensure that our students learn about the evils of racism without teaching them to be racists.

This legislation lays out some important instructional boundaries that, with increasing frequency, have been crossed. These guardrails will help instill confidence in parents that our basic values are not being compromised. It will also help educators who increasingly find themselves in uncomfortable training and teaching circumstances that are contrary to their instructional mission.

The Legislation states that no pupil shall be taught:

That one's immutable characteristics (defined as age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion or national origin) are inherently superior to immutable characteristics of another;

That an individual, by virtue of his or her immutable characteristics, is inherently racist, sexist, or oppressive, whether consciously or unconsciously;

That an individual should be discriminated against or receive adverse treatment solely or partly because of his or her immutable characteristics; or

That people of one immutable characteristic cannot and should not attempt to treat others without regard to these immutable characteristics.

One would think that these are common sense concepts that we can all agree on. After all, who wants to teach children that, for example, one race is superior to another?

However, for those who promote Critical Race Theory or similar concepts, their thinking is not built on a foundation of common sense, but on ideology diametrically opposed to the truths found in our Declaration of Independence, that we are all created equal.

In Ibram Kendi's "How to Be an Antiracist" — a prominent text in support of Critical Race Theory — he states, "[t]he only remedy to racist discrimination is antiracist discrimination. The only remedy to past discrimination is present discrimination ... The only remedy to present discrimination is future discrimination." This idea is, of course, in complete opposition to the Equal Protection clause of the Fourteenth Amendment to the U.S. Constitution. As Justice John Marshall Harlan stated in his dissension to Plessy v. Ferguson, "[o]ur Constitution is color-blind, and neither knows nor tolerates classes among citizens."

And the concepts of Critical Race Theory actually contradict the very premises of the civil rights movement and Dr. Martin Luther King himself.

One New Hampshire high school offers an enrichment class entitled, "Exploring Whiteness and becoming an Antiracist Activist." In this course, a "Race Literacy Quiz" identifies the Declaration of Independence as the idea tied most directly to the rise of White supremacy.

This notion is completely contradictory to the very words of Dr. King. Speaking at the centennial celebration of the Emancipation Proclamation, Dr. King described the Declaration of Independence as follows, "If our nation had done nothing more in its whole history than to create just two documents, its contribution to civilization would be imperishable. The first of these documents is the Declaration of Independence."

Those opposing Right to Freedom From Discrimination legislation assert that supporters do not want to teach children the complete history of the United States. They assert that there is an attempt to limit speech and academic freedom. They assert that legislation will limit diversity and inclusivity.

Of course, it is Critical Race Theory that would distort our history, limit our speech through its cancel culture and divide us up by immutable characteristics, ignoring the inherent humanity of each individual.

In fact, Right to Freedom From Discrimination legislation can help ensure that students get the whole history, and not a limited or biased view of that history. We should ensure that Title VI of the Civil Rights Act of 1964, which protects all students from being treated differently based on their race, color or national origin, is being followed.

All of us should continue to believe in the dream Dr. King gave us, that children "will one day live in a nation where they will not be judged by the color of their skin, but by the content of their character."

Our education system aspires to teach students about socialism, not to be socialists and about communism, not to be communists. Supporters of Right to Freedom From Discrimination legislation want to make sure that children are taught about racism, but not to be racists, as Kendi seems to advocate.

The guardrails outlined in the legislation recently passed by the New Hampshire Senate help us do just that.

—

Frank Edelblut is commissioner of the New Hampshire Department of Education. He lives in Wilton.



New Hampshire
**Department of Education**

101 Pleasant Street | Concord, NH | 03301-3860
(603) 271-3494 | TDD Access: Relay NH 1-800-735-2964 |
info@doe.nh.gov

Directions to NHDOE >        Subscribe to e-news >

NH Career and Technical Education

NH Schools

iPlatform

myNHDOE

Educator Search

NH Government Careers

NH Travel & Tourism

NH Web Portal - NH.gov

ReadyNH.gov

Transparent NH

New Hampshire © All rights reserved. | Accessibility Policy | Privacy Policy        AN OFFICIAL NEW HAMPSHIRE GOVERNMENT WEBSITE



**EXHIBIT 22**

Northwood
Republican Town
Committee's "CRT
Parents' Guide"
(Depo. Ex. 51)

**Paid Political Advertisement**

# CRT PARENTS' GUIDE

## Northwood Republican Town Committee

**Critical Race Theory as defined by Britannica.com**

Critical race theory is an intellectual movement and a framework of legal analysis according to which (1) race is a culturally invented category used to oppress people of colour and (2) the law and legal institutions in the United States are inherently racist insofar as they function to create and maintain social, political, and economic inequalities between white and nonwhite people.

You are not alone in your concern that CRT has morphed into the shaming of white children for the sins of their ancestors, which has engulfed the education system. NH legislators passed strong anti-discrimination language this year to supplement current civil rights legislation for the protection of all children.    https://nhjournal.com/new-hampshire-joins-national-fight-against-crt/

You are not alone in your concern that CRT is a back door political ideology for indoctrination of Socialism or worse Marxism in our schools. The word **equity outcome** is common language used with systemic racism as the catalyst to propagandize Socialism/Marxism. Our Constitutional Democratic Republic stands for **equal opportunity**. Talk with local parents and your children about what is being discussed in the classroom. Inform your child/children that they should never let a teacher tell them to lie to you about what is said in the classroom.

Educate yourself on CRT. The link below is a toolkit to get you started.

https://media4.manhattan-institute.org/sites/default/files/woke-schooling-toolkit-for-concerned-parents.pdf

Watch the Northwood School Board Meetings on Livestream to stay informed. Do not rely on second-hand information. Livestream meetings link can be found at www.northwoodnh.org

Make sure the school is aware you want your child taught the lessons of math, reading, writing science and history along with civics without shame and injecting their political indoctrination. Your child's success is dependant upon receiving a great education in the fundamentals not political ideology and government dependence. The following page gives you a sample letter for you to copy and/or edit and send to the school. Contact us for an electronic copy.

Support teachers, administrators and elected officials who do not support injecting racism where none exists and who do not support political indoctrination. Support each other and stand together. There is strength in numbers.

Be positive. We all want history taught and an end to racism where it still exists.

CRT concern is not Republican or Democrat. Northwood Republican Town Committee has filed Right-to-Know (RTK) requests on Northwood Elementary School curriculum and will continue to monitor and file additional requests as needed. Follow conservative media and social outlets that will keep you informed. Links:
 www.truthinamericaneducation.com and statewide follow www.granitgrok.com .

**Northwood Republican Town Committee  Meets the 2nd Monday of Each Month**

**At The Northwood Community Center 135 Main Street  6:30pm**

**Cheryl Dean, Chairperson  603.344.2190**

**CRT Tip Line 603.932.6184 Call or Text**        PL00787

EXHIBIT 51
WIT: Edelblut
DATE: 5-23-23
Cynthia Foster, RPR, LCR #14

**This sample letter was in a Grantite Grok article by Anne Marie Banfield as a plan of action for concerned parents. Please contact our committee for an electronic copy.**

"Here is a template to help you write a letter to the teachers who are assigned to your kids in the fall. Feel free to tweak your letter to reflect your own thoughts and concerns. I recommend that you send it as soon as you find out who the teachers are, even before the first day of school. You might especially want to send it to your kid's History, English, and SEL / SEEL / Employability Skills teachers. Let me know what sort of response you get, whether favorable or unfavorable. My hope is that this template will help parents to retain their authority to raise their own kids according to their own values. Let me also especially emphasize how important it is to send letters of support and encouragement to the many teachers from all across the political spectrum who do a fantastic job."



Dear **[teacher's name]**,

My **[son/daughter]**, **[name]**, is in your [subject] class this term. I'm really glad, I'm looking forward to seeing **[him/her]** grow this year, and I'm confident **[he/she]** will learn a lot from you. Thanks for all you do for our kids!

I'm sure you're aware that there have been concerns recently in the community about political advocacy in the schools. Because of that, I and many other concerned parents are sending this letter to our kids' teachers this year. I want to make sure that you know how much I support you and how much I want to help you achieve a high level of academic excellence. I also want to open a clear line of communication about my expectations related to controversial topics, and especially politics, in the classroom.

Here are my expectations:

• Please provide a lesson plan for my review if there will be class content, discussion, or assignments related to:
• Race
• Gender identity, or LGBT issues
• Sexuality
• Equity
• Please do not ask my child for **[his/her]** preferred pronouns, either verbally or on informational forms; instead, I suggest that you ask the students whether there is anything you should know about how they wish to be addressed
• Please try to approach controversial topics in class along the lines of the article linked here
• Please remove any signs or symbols of political advocacy from your classroom (e.g., a MAGA hat, a BLM flag, a rainbow flag, a Red for Ed shirt, etc.). My child is there to learn, not be indoctrinated to anyone's personal views.
• If any of these things will be a problem for you, don't hesitate to inform me and we will have my child moved out of your class.
If there is anything I can do to help you, please let me know. I'm eager to see you and all of your students succeed this year, and I would be very happy if there were any way I could contribute to that or provide support for you as you navigate this difficult season.

Thanks again for all you do.

Sincerely,
**[Your Name]**

**Northwood Republican Town Committee**
**Cheryl Dean, Chairman**
**363 First NH Turnpike**
**Northwood NH 03261**

PRSRT STD
ECRWSS
U.S.POSTAGE
PAID
EDDM Retail

# POSTAL CUSTOMER

PL00788

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Local 8027, AFT-New Hampshire, et al.
Plaintiff(s)/United States

v.                                                    Case No.  1:21-cv-01077-PB

Frank Edelblut, in his Official Capacity, et al.
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

Please take notice that Plaintiffs has
conventionally filed the following attachment or exhibit: _____
Exhibit 23 to Plaintiffs' Statement of Material Facts (Depo. Ex. 32).

This attachment or exhibit has not been filed electronically because:

It either contains information that has been designated by Defendants as "Confidential—
Attorneys' Eyes Only" pursuant to the Protective Order (DN 76) insofar as Defendants assert
that this information is protected under RSA 354-A:21, II(a) and/or N.H. Admin. R. PART
Hum 219.04(a), or it contains personal identifying information.

Date: August 14, 2023                    /s/  Gilles Bissonnette
                                          Gilles Bissonnette
                                          265393
                                          ACLU of New Hampshire
                                          18 Low Avenue
                                          Concord, NH 03301
                                          603-224-5591
                                          gilles@aclu-nh.org

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

 All counsel of record

Date: August 14, 2023          /s/ Gilles Bissonnette

Gilles Bissonnette

265393

ACLU of New Hampshire

18 Low Avenue

Concord, NH 03301

603-224-5591

gilles@aclu-nh.org

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Local 8027, AFT-New Hampshire, et al.
Plaintiff(s)/United States

v.                                        Case No.  1:21-cv-01077-PB

Frank Edelblut, in his Official Capacity, et al.
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

        Please take notice that  Plaintiffs                                                        has
conventionally filed the following attachment or exhibit:                                          
Exhibit 24 to Plaintiffs' Statement of Material Facts (Depo. Ex. 62)                              .

        This attachment or exhibit has not been filed electronically because:

It either contains information that has been designated by Defendants as "Confidential—
Attorneys' Eyes Only" pursuant to the Protective Order (DN 76) insofar as Defendants assert
that this information is protected under RSA 354-A:21, II(a) and/or N.H. Admin. R. PART
Hum 219.04(a), or it contains personal identifying information.

Date: August 14, 2023            /s/  Gilles Bissonnette
                                 Gilles Bissonnette
                                 265393
                                 ACLU of New Hampshire
                                 18 Low Avenue
                                 Concord, NH 03301
                                 603-224-5591
                                 gilles@aclu-nh.org

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

All counsel of record

Date: August 14, 2023

/s/ Gilles Bissonnette

Gilles Bissonnette

265393

ACLU of New Hampshire

18 Low Avenue

Concord, NH 03301

603-224-5591

gilles@aclu-nh.org

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Local 8027, AFT-New Hampshire, et al.
Plaintiff(s)/United States

v.                                          Case No.  1:21-cv-01077-PB

Frank Edelblut, in his Official Capacity, et al.
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

Please take notice that Plaintiffs has
conventionally filed the following attachment or exhibit:
Exhibit 25 to Plaintiffs' Statement of Material Facts (Depo. Ex. 63).

This attachment or exhibit has not been filed electronically because:

It either contains information that has been designated by Defendants as "Confidential—
Attorneys' Eyes Only" pursuant to the Protective Order (DN 76) insofar as Defendants assert
that this information is protected under RSA 354-A:21, II(a) and/or N.H. Admin. R. PART
Hum 219.04(a), or it contains personal identifying information.

Date: August 14, 2023                   /s/  Gilles Bissonnette
                                        Gilles Bissonnette
                                        265393
                                        ACLU of New Hampshire
                                        18 Low Avenue
                                        Concord, NH 03301
                                        603-224-5591
                                        gilles@aclu-nh.org

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

All counsel of record

Date: August 14, 2023                    /s/ Gilles Bissonnette

Gilles Bissonnette

265393

ACLU of New Hampshire

18 Low Avenue

Concord, NH 03301

603-224-5591

gilles@aclu-nh.org

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Local 8027, AFT-New Hampshire, et al.
Plaintiff(s)/United States

v.                                    Case No.  1:21-cv-01077-PB

Frank Edelblut, in his Official Capacity, et al.
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

Please take notice that Plaintiffs                              has
conventionally filed the following attachment or exhibit:
Exhibit 26 to Plaintiffs' Statement of Material Facts (Depo. Ex. 64)                    .

This attachment or exhibit has not been filed electronically because:

It either contains information that has been designated by Defendants as "Confidential—
Attorneys' Eyes Only" pursuant to the Protective Order (DN 76) insofar as Defendants assert
that this information is protected under RSA 354-A:21, II(a) and/or N.H. Admin. R. PART
Hum 219.04(a), or it contains personal identifying information.

Date: August 14, 2023                /s/  Gilles Bissonnette
                                     Gilles Bissonnette
                                     265393
                                     ACLU of New Hampshire
                                     18 Low Avenue
                                     Concord, NH 03301
                                     603-224-5591
                                     gilles@aclu-nh.org

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

All counsel of record

Date: August 14, 2023

/s/ Gilles Bissonnette

Gilles Bissonnette

265393

ACLU of New Hampshire

18 Low Avenue

Concord, NH 03301

603-224-5591

gilles@aclu-nh.org

# EXHIBIT 27

Aug. 19, 2022
Kathryn
Borysenko' Article
(Depo. Ex. 65)

6/13/23, 4:28 PM    The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.
Case 1:21-cv-01077-PB    Document 85-28    Filed 08/14/23    Page 2 of 20
1583

# The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.

The state Department of Education should investigate.



**KARLYN BORYSENKO**
AUG 19, 2022



EXHIBIT 65
WIT: S Bourke Cohon
DATE: 6-26-23
Cynthia Foster, RPR, LCR

 6     1                                    Share    • • •



**SCHOOLS EXPOSED    CROWDSOURCED JOURNALISM ON TAXPAYER FUNDED INDOCTRINATION**

*This article is part of Schools Exposed by the **Unwoke Army**, which means that everything in this article is public information that anyone can find. If you appreciate my work, I hope you'll consider ordering **my book** and supporting my work on **Patreon**, **Locals**, or **through a Substack subscription**.*

6/13/23, 4:28 PM                The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.

Case 1:21-cv-01077-PB   Document 85-28   Filed 08/14/23   Page 3 of 20

1584

*"Part of our educational mission is to awaken our students' awareness of **their power and privilege** so that they may view the world through a lens of equity and help eliminate unjust systems and practices."*

And in that simple sentence, one taken from a document called "**Diversity, Equity, Inclusion, and Justice in SAU16**" the Exeter Region Cooperative School District landed itself in open violation of New Hampshire's HB2, otherwise known as the divisive concepts bill or the anti-CRT law.

That's not the only thing that may land them in trouble. And they're doing it completely publicly, where everyone can see it if they take the time to look.

## Let me explain.

In the Exeter Regional School District, their equity office is called Diversity, Equity, Inclusion and Justice, or DEIJ for sure. So, I went to **their website** and searched for DEIJ. Here's what came up.



6/13/23, 4:28 PM                    The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.

Case 1:21-cv-01077-PB   Document 85-28   Filed 08/14/23   Page 4 of 20

1585

Right in the middle was the "About DEIJ in SAU16" page. Perfect! I clicked on that link and ended up looking **at this document**, a missions statement of sorts:

**Diversity, Equity, Inclusion and Justice in SAU 16**

Our effort to create and expand space for living under social justice ideals in SAU 16 engages all community members from the organization's seven school districts. Collectively, we aim to ensure that our school system is an enterprise whose growth is undeterred by bias or discrimination, where individuals of all backgrounds and experiences are welcomed and where personal narratives are heard, included and valued. Part of our educational mission is to awaken our students' awareness of their power and privilege so that they may view the world through a lens of equity and help eliminate unjust systems and practices. Our vision is that all students will grow with confidence, empathy and understanding of what is right so that they may advocate for these ideals in their world.

(document backed up here for posterity, just in case something happens to the one on their website)

Actively Unwoke is a reader-supported publication. To receive new posts and support my work, consider becoming a free or paid subscriber.

| Type your email... | Subscribe |
|---|---|

**Here's the problem SAU16 now has**: On June 15, 2021, New Hampshire's divisive concepts bill was signed into law as a part of HB2. It is not a perfect bill, by any means. Governor Chris Sununu and his cronies watered it down before he signed it, which makes it less effective. However, it did include the following language:

6/13/23, 4:28 PM                    The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.

Case 1:21-cv-01077-PB   Document 85-28   Filed 08/14/23   Page 5 of 20

1586

354-A:32 Prohibition on the Content of Government Programs and Speech. No government program shall teach, advocate, or advance any one or more of the following:

I. That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin are inherently superior or inferior to people of another age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin;

II. That an individual, by virtue of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin, is inherently racist, sexist, or oppressive, whether consciously or unconsciously;

III. That an individual should be discriminated against or receive adverse treatment solely or partly because of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin; or

IV. That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin cannot and should not attempt to treat others equally and/or without regard to age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin.

The law specifically and unequivocally says that the government cannot teach that individuals are inherently racist, sexist, and oppressive, whether consciously or unconsciously.

If **this** is still the mission of the Diversity, Equity, Inclusion and Justice program at SAU16 today *(and we have no reason to believe it's not because it's on their website)*, then the Exeter Region Cooperative School District is in open and flagrant violation of the law for this reason:

## You CANNOT teach students "awareness of their power and privilege" without also teaching them that some people are inherently oppressive and some people are inherently oppressed.

If some people have "power and privilege", that means that other people do not have power and privilege.

People with power and privilege are oppressive and people without power and privilege are oppressed.

That is inherent to the argument of power and privilege.

That means you cannot teach this as a part of a public high school curriculum in the state of New Hampshire without violating the law. It is not possible.

So, either this is the true and current mission of the SEIJ program in SAU16 and they are breaking the law, or it is not and they are in compliance. But if it's not the current mission, then what replaced it? And why is this one still on their website?

6/13/23, 4:28 PM    The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.
Case 1:21-cv-01077-PB   Document 85-28   Filed 08/14/23   Page 6 of 20
1587

This alone is enough to prove they're breaking the law. But, there's more weird stuff.

# Let's meet the "Racial Unity Team"

In researching something else that was going on at Exeter High School, I came across something called the Racial Unity Team. I came across an event listed **on Facebook** for the Racial Unity Team of New Hampshire, which I had seen mentioned on the SAU16 website. They were holding an event (almost two weeks AFTER the divisive concepts bill was signed into law) and said they had received a $7500 grant from the state of New Hampshire.



That $7,500 grant means that the state of New Hampshire may be funding a program that is breaking state law by teaching this content in schools.

I recognized it because "Racial Unity Team" was all over the "**DEIJ Happenings**" website:

6/13/23, 4:28 PM    The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.

Case 1:21-cv-01077-PB   Document 85-28   Filed 08/14/23   Page 7 of 20

1588

They had done **this video** in which students performed songs and read essays about racial justice. Again, note that this was posted on July 16, 2021, one month **AFTER** the divisive concepts bill was signed into law, and seems to have been taken from a live stream.

6/13/23, 4:28 PM                    The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.
Case 1:21-cv-01077-PB   Document 85-28   Filed 08/14/23   Page 8 of 20
1589

In that video was a few weird things.

There was this clip of one of the co-founders of the Racial Unity Team, Sylvia Foster, talk about getting funded by the state, and how she came to work with Exeter High School after she was brought in by ELO coordinator Adam Krauss (more on him in a moment) because there were "passionate teachers who would share their curriculum on justice."

*(I found myself asking "Why do teachers have a curriculum on justice?")*

She went on to say "We became part of the DNA of the classroom."

6/13/23, 4:28 PM          The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.

Case 1:21-cv-01077-PB   Document 85-28   Filed 08/14/23   Page 9 of 20

1590

Exeter Clip - Racial Unity Team part of classroom DNA



Now, I've seen enough videos like this to know exactly what it means when a group called "Racial Unity Project" becomes "part of the DNA of the classroom." And sure enough, I found what I knew I would.

Later in this video, I found this student discussing a project she did in conjunction with Racial Unity Project staff called "Bookshelf Diversity" that they even brag about on their website.

In this video, the student says:

*"If we can think about our identity as well, we can check our privilege and maybe think about some ways we've been unfairly treated based on things we can't change."*

6/13/23, 4:28 PM    The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.
Case 1:21-cv-01077-PB   Document 85-28   Filed 08/14/23   Page 10 of 20
1591

exeter student clip 1



The student in this video did nothing wrong - they are repeating the things that adults have told them to say. But it is very clear that they have been taught about power and privilege because there would be no need for her to say "check your privilege" if someone hadn't taught her that.

And in this clip a little later on in the video, a student says

> *"Racism is a belief ingrained in the systems and minds of white Americans."*

Case 1:21-cv-01077-PB   Document 85-28   Filed 08/14/23   Page 11 of 20

1592



Exeter student clip 2



Again, the teaching that anyone is inherently racist based on their skin color violates New Hampshire state law. If she didn't learn this in school, then where did she learn it?

## To Kill a Mockingbird is Racist

But, that's not the only odd thing about the Racial Unity Project. They also worked with Exeter High School's ELO Coordinator Adam Krauss (mentioned earlier) and English Teachers Dennis Magliozii and Kristina Peterson to **disrupt the way they teach To Kill a Mockingbird** because the normal way was deemed a little too racist.

> *"This year, one of the goals when reading Mockingbird is to critically examine why Harper Lee focuses on certain characters and round out those who stories are not told. This move to look at the novel through the lens of underrepresented characters in the book has served as an entry point into critical conversations about race the equity."*

6/13/23, 4:28 PM    The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.
Case 1:21-cv-01077-PB   Document 85-28   Filed 08/14/23   Page 12 of 20

1593

**To Kill a Mockingbird 60 years later – refocusing the lens on DEIJ in 2021**

*An Interview with EHS English teachers Dennis Magliozzi and Kristina Peterson and ELO Coordinator Adam Krauss*



The DEIJ - diversity, equity, inclusion, and justice - initiative across SAU 16 has recently taken on more focus, structure and form. Three teachers have collaborated to reset their lenses and ask the tough questions about how and what they teach with DEIJ in mind.

This year, they have partnered with Racial Unity Team (RUT) to transform how they perceive and teach the classic novel written by Harper Lee, *To Kill a Mockingbird*. The Pulitzer Prize-winning novel has been the subject of conversation in countless classrooms for six decades. Magliozzi and Peterson, both English Teachers, have been working with Mockingbird for 10 years at Exeter High School. Despite their best efforts, they could not find a way they felt cast the discussion about issues of race and equity in a way they felt worked well. This year, one of their goals when reading Mockingbird is to critically examine why Harper Lee focuses on certain characters and round out those whose stories are not told. This move to look at the novel through the lens of underrepresented characters in the book has served as an entry point into critical conversations about race and equity.

This PDF is backed up here for posterity, just in case the file is removed from SAU16's website.

## You've read this far. Why not subscribe?

Actively Unwoke is a reader-supported publication. To receive new posts and support my work, consider becoming a free or paid subscriber.

1594

| Type your email... | Subscribe |

**On their website**, they go into greater detail about the changes they made to the curriculum with a "DEIJ lens". Here are some quotes:

> *"Three teachers have collaborated to reset their lenses and ask the tough questions about how and what they teach with DEIJ in mind."*

> *"Magliozzi and Peterson, both English Teachers, have been working with Mockingbird for 10 years at Exeter High School. Despite their best efforts, they could not find a way they felt cast the discussion about issues of race and equity in a way they felt worked well."*

6/13/23, 4:28 PM                    The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.

Case 1:21-cv-01077-PB    Document 85-28    Filed 08/14/23    Page 14 of 20

1595

---

## Phase II

### Curriculum Adjustment – refocusing the lens on DEIJ

An Interview with EHS English teachers Dennis Magliozzi and Kristina
Peterson and ELO Coordinator (Courtesy SAU-16)
Adam Krauss



The DEIJ - diversity, equity, inclusion, and justice - initiative across SAU 16
has recently taken on more focus, structure and form. Three teachers have
collaborated to reset their lenses and ask the tough questions about how
and what they teach with DEIJ in mind.

This year, they have partnered with Racial Unity Team (RUT) to transform
how they perceive and teach the classic novel written by Harper Lee, To Kill
a Mockingbird. The Pulitzer Prize-winning novel has been the subject of
conversation in countless classrooms for six decades. Magliozzi and
Peterson, both English Teachers, have been working with Mockingbird for
10 years at Exeter High School. Despite their best efforts, they could not
find a way they felt cast the discussion about issues of race and equity in a
way they felt worked well. This year, one of their goals when reading
Mockingbird is to critically examine why Harper Lee focuses on certain
characters and round out those whose stories are not told. This move to
look at the novel through the lens of underrepresented characters in the
book has served as an entry point into critical conversations about race
and equity.

Instead of studying the book, they appeared to make it into a character study of Atticus
Finch as a white man and a lesson for students in how they can be activists:

> action research.
> Their approach became to study Atticus Finch's world view by asking
> students questions such as these:
> • Have we realized his vision for justice in the United States?
> • If so, how?
> • If not, what changes can we make to get there?
> • What change do you want to see in the world?
> • How can you affect that change?

Once they did that, the students did an art project about what it's like to be black in
America with the goal of creating art for social change.

6/13/23, 4:28 PM   The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.

Case 1:21-cv-01077-PB   Document 85-28   Filed 08/14/23   Page 15 of 20

1596

From there, students are invited to create art as a form of expression to further their impact. That's where Adam Krauss, ELO Coordinator in the school, joined the mission. Krauss helped Peterson and Magliozzi join forces with several mentor artists from The Racial Unity Team. This partnership allowed students to hear from individuals who shared how they and others use art to make an impact on the world, and how they grapple with the realities of being Black in America. Working side by side with these artists, students are learning to govern their voices and use art to inspire others. The final component of the student work is – with the help of the mentor artists – to turn their research for social change into art for social change.

The teachers concluded that their work on revamping how To Kill A Mockingbird is taught achieved a level of justice that Atticus Finch could not have aspired to.

Krauss, Magliozzi, and Peterson are trying hard not to send the message that one voice is the end all be all. "Our students have just as much agency in this project and conversation as we do as their guide on the side," said Krauss. Students have just as much power to criticize, challenge, and change their world – our shared world – as everyone else involved in their education. That's equity and inclusion at work. It's a vision for justice Atticus couldn't attain. But lifting up voices, ensuring people from all backgrounds and experiences are welcomed and their stories are heard – that is a vision for justice that all teachers can champion.

## It's all very incestuous.

I'm sure it's just a coincidence that Adam Krauss, Dennis Magliozzi, and Kristina Peterson are also listed as members on the Racial Unity Team's Leadership Team website:

6/13/23, 4:28 PM                    The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.
Case 1:21-cv-01077-PB   Document 85-28   Filed 08/14/23   Page 16 of 20
1597

Board Member 2020 -2021



And not only that, but **David Ryan**, the Superintendent of the Exeter Region
Cooperative School District is on the Board Of Directors:

6/13/23, 4:28 PM The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.

Case 1:21-cv-01077-PB Document 85-28 Filed 08/14/23 Page 17 of 20

1598



## Does the Racial Unity Team, and their members working for the Exeter Regional Cooperative School District, know they are breaking the law?

Yes, they do.

And we know that because **they have a public statement on their website denouncing the divisive concepts bill** and saying they will lobby in favor of its repeal.

6/13/23, 4:28 PM                    The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.
Case 1:21-cv-01077-PB  Document 85-28  Filed 08/14/23  Page 18 of 20
1599

for all available evidence.

The Racial Unity Team supports educators in their efforts to address issues around diversity, equity, inclusion, and justice in the classroom. This includes, but is certainly not limited to, teaching about our complex history. While sections of the "Right to Freedom from Discrimination in Workplaces and Education" (297-298, NH House Bill 2) do not prohibit this work, the narrative among conservative groups and in some of the mainstream media is that they do. Despite what is actually written in the law, the reality is that these provisions discourage the careful examination of historical and current discriminatory practices within our schools and society.

What HB2 does prohibit is the teaching that any *individual or group of individuals are inherently superior or inferior to people of another group*. While this is not taught in our public schools, the prohibitions in HB2, alongside the inaccurate narrative perpetuated by those who wish to delegitimize public schools, have led to fear and confusion among educators about how and what they may teach, while encouraging complaints against them that jeopardize their licenses and careers. The Racial Unity Team expressly denounces the actions of those, including those at the State level, which have created an atmosphere of fear and intimidation among educators. In turn, teachers are responding by removing from their classrooms concepts and conversations that shed light on harmful historical policies and practices. This atmosphere creates a barrier to providing students with a school experience that reflects DEIJ principles as well as a full education for protected classes of people.

We support efforts to *reverse* these legislative actions.

Ken Mendis, President, Racial Unity Team

They claim that they are not breaking the law...but the problem is they didn't read the whole law. They just cherry-picked one of the components of it that they are not breaking, while ignoring the clear component of the law that they are breaking.

You cannot teach what the Racial Unity Group and the Exeter Regional Cooperative School District are teaching students without breaking this part of the law. It is not possible.

6/13/23, 4:28 PM    The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.

Case 1:21-cv-01077-PB   Document 85-28   Filed 08/14/23   Page 19 of 20

1600

354-A:32 Prohibition on the Content of Government Programs and Speech. No government program shall teach, advocate, or advance any one or more of the following:

I. That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin are inherently superior or inferior to people of another age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin;

II. That an individual, by virtue of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin, is inherently racist, sexist, or oppressive, whether consciously or unconsciously;

III. That an individual should be discriminated against or receive adverse treatment solely or partly because of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin; or

IV. That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin cannot and should not attempt to treat others equally and/or without regard to age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin.

# The State of New Hampshire must investigate if these practices and partnerships are still in place today.

Superintendent David Ryan has some explaining to do. Particularly since he's on the Board of Directors of the group operating within his school district that seems to be in open violation of New Hampshire State law.

Thank you for reading Actively Unwoke. This post is public so feel free to share it.

## Fight back against the woke and support my work

I believe the woke - on the left and the right - are an existential threat to our values as Americans. Some of them know it, most of them are just useful idiots. Regardless, fighting back against this cultural revolution is my full-time job. I'm dedicated to exposing the woke ideology in our country, helping people to understand what's going on, and providing spaces for non-woke people to connect, support each other, and plan ways to fight back.

Here's how you can help.

6/13/23, 4:28 PM                    The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.
Case 1:21-cv-01077-PB   Document 85-28   Filed 08/14/23   Page 20 of 20
1601

- **Order my book:** Actively Unwoke: The ultimate guide to fighting back against woke insanity in your life.

- **Support my work**:

    - Sponsor my work on Patreon

    - Become a supporter in Locals

    - Support my work through a Substack subscription

Actively Unwoke is a reader-supported publication. To receive new posts and support my work, consider becoming a free or paid subscriber.

| Type your email... | Subscribe |
| --- | --- |

 6 Likes

## 1 Comment

 Write a comment...

 **WoZBee**  Aug 19, 2022

This is a great find. I'm working on this in CA, and unfortunately, state law backs the groomers. All the stuff we're warned about in regard to transing the kids behind parents' backs is *recommended* by the CA CDC. Must keep digging.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Local 8027, AFT-New Hampshire, et al.
Plaintiff(s)/United States

                    v.                          Case No.   1:21-cv-01077-PB

Frank Edelblut, in his Official Capacity, et al.
Defendant(s)


**NOTICE OF CONVENTIONAL FILING**


        Please take notice that  Plaintiffs                                                      has
conventionally filed the following attachment or exhibit: _____
Exhibit 28 to Plaintiffs' Statement of Material Facts (Depo. Ex. 66)                          .


        This attachment or exhibit has not been filed electronically because:

It either contains information that has been designated by Defendants as "Confidential—
Attorneys' Eyes Only" pursuant to the Protective Order (DN 76) insofar as Defendants assert
that this information is protected under RSA 354-A:21, II(a) and/or N.H. Admin. R. PART
Hum 219.04(a), or it contains personal identifying information.


Date: August 14, 2023                   /s/  Gilles Bissonnette
                                        Gilles Bissonnette
                                        265393
                                        ACLU of New Hampshire
                                        18 Low Avenue
                                        Concord, NH 03301
                                        603-224-5591
                                        gilles@aclu-nh.org

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

All counsel of record

Date: August 14, 2023

/s/ Gilles Bissonnette

Gilles Bissonnette

265393

ACLU of New Hampshire

18 Low Avenue

Concord, NH 03301

603-224-5591

gilles@aclu-nh.org

# EXHIBIT 29

"Actively Unwoke"
August 2022
Tweets
(Depo. Ex. 67)

EXHIBIT 67
1605
WIT: _Stautuchun_
DATE: 6-26-23
Cynthia Foster, RPR, LCR

## "Unwoke Army" Tweet Thread and Related Documents

**https://twitter.com/ ActivelyUnwoke/ status/1560691632344690688 (last visited Sept. 1, 2022)**

# Tweet 1

PL 00577



**Actively Unwoke**
@ActivelyUnwoke

This morning, I filed a complaint with the NH Department of Education (@NHEdCommr) and Human Rights Commission regarding the Exeter School District violating the Educator Code of Conduct by teaching divisive concepts.

Under state law the DOE must investigate this. #NHPolitics

---

Exeter Region Cooperative School District Violation of Educator Code of Conduct

To: humanrights

Cc: @doe.nh.gov ▾ RICHARD.J.FARRELL1@

Bcc:

Subject: Exeter Region Cooperative School District Violation of Educator Code of Conduct

From: Karlyn Borysenko      Signature: None

Message Size: 237 KB

Hello,

I'm writing to report the Exeter Region Cooperative School District for a violation of New Hampshire's **Educator Code of Conduct and HB2.**

This report is in reference to the Exeter Region Cooperative School District (SAU16) openly violating HB2 and the Educator Code of Conduct in their practices throughout the district.

The Exeter Region Cooperative School District has a team called Diversity, Equity, Inclusion and Justice which specifically states the following:

"Part of our educational mission is to awaken our students' awareness of their power and privilege"

This is a violation. The law specifically states that they cannot teach that individuals are inherently racist, sexist, or oppressive, whether consciously or unconsciously. Therefore, any discussion regarding helping students to become aware of THEIR power and privilege is inherently discriminatory towards every child who experienced it, because it implies that students have power (which means the same thing as being oppressive) by virtue of their immutable characteristics and they need to take measures to check that privilege. You cannot teach students to "awaken awareness of their power and privilege" without teaching that they are inherently oppressive. This is a clear and obvious violation.

Their statement is available here and is publicly available by searching the SAU 16 website:
https://drive.google.com/file/d/1iPCqPWhaNZhBQncGkMw2VbZnokat7ioB/view

I have documented additional evidence that the school district is implementing these ideas in Exeter High School and is coordinating with a group called Racial Unity Team - which is funded by a state grant - to openly violate the law. All of this evidence is publicly available on the school's own website as of today: https://karlyn.substack.com/p/the-exeter-region-cooperative-school

Under the law, all of this is a violation of the Educator Code of Conduct. Because the school district is openly violating the Educator Code of Conduct, I am requesting an investigation by the Department of Education into the matter. Under state law, the Department of Education is required to investigate suspected violations of the Educator Code of Conduct.

[PDF icon] Exeter Regional School District Violation.pdf
214 KB

---

2:14 PM · Aug 19, 2022 · Twitter Web App

12 Retweets    1 Quote Tweet    32 Likes

To: humanrights

Cc:    @doe.nh.gov ▾    RICHARD.J.FARRELL1@

Bcc:

Subject: Exeter Region Cooperative School District Violation of Educator Code of Conduct

From: Karlyn Borysenko                                                Signature:  None

Message Size: 237 KB

Hello,

I'm writing to report the Exeter Region Cooperative School District for a violation of New Hampshire's **Educator Code of Conduct** and HB2.

This report is in reference to the Exeter Region Cooperative School District (SAU16) openly violating HB2 and the Educator Code of Conduct in their practices throughout the district.

The Exeter Region Cooperative School District has a team called Diversity, Equity, Inclusion and Justice which specifically states the following:

"Part of our educational mission is to awaken our students' awareness of their power and privilege"

This is a violation. The law specifically states that they cannot teach that individuals are inherently racist, sexist, or oppressive, whether consciously or unconsciously. Therefore, any discussion regarding helping students to become aware of THEIR power and privilege is inherently discriminatory towards every child who experienced it, because it implies that students have power (which means the same thing as being oppressive) by virtue of their immutable characteristics and they need to take measures to check that privilege. You cannot teach students to "awaken awareness of their power and privilege" without teaching that they are inherently oppressive. This is a clear and obvious violation.

Their statement is available here and is publicly available by searching the SAU 16 website:
https://drive.google.com/file/d/15PCqPWhgNZhB0ncGkMw2VoZngkat7lgB/view

I have documented additional evidence that the school district is implementing these ideas in Exeter High School and is coordinating with a group called Racial Unity Team - which is funded by a state grant - to openly violate the law. All of this evidence is publicly available on the school's own website as of today: https://karlyn.substack.com/p/the-exeter-region-cooperative-school

**Under the law, all of this is a violation of the Educator Code of Conduct. Because the school district is openly violating the Educator Code of Conduct, I am requesting an investigation by the Department of Education into the matter. Under state law, the Department of Education is required to investigate suspected violations of the Educator Code of Conduct.**



Exeter Regional School
District Violation.pdf
214 KB

PL 00579

# Tweet 2



**Actively Unwoke** @ActivelyUnwoke · Aug 19          ...

Replying to @ActivelyUnwoke

Last night I published this article outlining how @sau16supt_ryan is violating the Educator Code of Conduct and HB 2: karlyn.substack.com/p/the-exeter-r...

Every parent with students in this school district should be filing complaints with the state.

Let's walk through the information.



**The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.**

The state Department of Education should investigate.

Karlyn Borysenko
11 hr ago                                   ...   ♡ 3   ◯   ↪   ⬜

EXETER HIGH SCHOOL

PL 00581

♡ 1          ⇄ 5          ♡ 17          ⬆

# The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.

The state Department of Education should investigate.

 Karlyn Borysenko
11 hr ago

···    ♡ 3    ◯    ↱    ◻

EXETER HIGH SCHOOL

PL 00582

# Tweet 3

← **Thread**



**Actively Unwoke** @ActivelyUnwoke · Aug 19                    ...

SAU16 has a team in their district called the Diversity, Equity, Inclusion and Justice Team, or DEIJ for short.

A search of the @sau16supt_ryan brings up this statement about the mission of the DEIJ team in the Exeter Region Cooperative School District.

drive.google.com/file/d/15PCqPW...

---

**SAU16** **SAU 16**
**EXETER NH**                                                ▾ Language
                                                             🔍

Filter results by:  **District**  School  Pages  Classrooms  **Files/Folders**  **Staff**

To make your searching most effective, we've included results from your Google Drive account. No one else can see these same results.

| **DEIJ** SAU 16 · Exeter NH | **DEIJ** SAU 16 · Exeter NH | **DEIJ Happenings** SAU 16 · Exeter NH |
|---|---|---|
| ⌄ **DEIJ Information Session** <br> ○ DEIJ Information Session Presentation <br> ○ DEIJ Information Session Q&A's | ⌄ **2021 DEIJ Introduction** <br> ○ About DEIJ in SAU 16 <br> ○ Exeter schools hire new director to focus on diversity and equity <br><br> ⌄ **About DEIJ in SAU16** <br> ○ Aug. 21, 2021 Information Session Video | ⌄ **To Kill a Mockingbird 60 years later** <br> ○ To Kill a Mockingbird 60 years later – refocusing the lens on DEIJ in 2021 <br><br> ⌄ **EHS Students Unveil Mural Representing Community** <br> ○ EHS Students Unveil "You Belong Here" Mural <br><br> ⌄ **DEIJ Work Inspires Staff &** |

| **DEIJ Happenings** SAU 16 · Exeter NH | **DEIJ** SAU 16 · Exeter NH | **DEIJ** SAU 16 · Exeter NH |
|---|---|---|
| SAU 16 2022 Racial Art & Unity Winners <br><br> 2020 Racial Unity Art & Poetry Winners | ⌄ **Willing to be Disturbed** <br> ○ Willing to be Disturbed By Margaret J. Wheatley | **ANDRES MEJIA, DIRECTOR DEIJ** |

RL-00884

💬 1          ↨ 3          ♡ 7          ⬆



1614

> Language

🔍

**SAU16 SAU 16**
**EXETER NH**

Filter results by: | District | School | Pages | Classrooms | Files/Folders | Staff |

To make your searching most effective, we've included results from your Google Drive account. No one else can see these same results.

---

**DEIJ**
SAU 16 - Exeter NH

> **DEIJ Information Session**
  - ○ DEIJ Information Session Presentation
  - ○ DEIJ Information Session Q&A's

---

**DEIJ**
SAU 16 - Exeter NH

> **2021 DEIJ Introduction**
  - ○ About DEIJ in SAU 16
  - ○ Exeter schools hire new director to focus on diversity and equity

> **About DEIJ in SAU16**
  - ○ Aug. 21, 2021 Information Session Video

---

**DEIJ Happenings**
SAU 16 - Exeter NH

> **To Kill a Mockingbird 60 years later**
  - ○ To Kill a Mockingbird 60 years later – refocusing the lens on DEIJ in 2021

> **EHS Students Unveil Mural Representing Community**
  - ○ EHS Students Unveil "You Belong Here" Mural

> **DEIJ Work Inspires Staff &**

---

**DEIJ Happenings**
SAU 16 - Exeter NH

SAU 16 2022 Racial Art & Unity Winners

2020 Racial Unity Art & Poetry Winners

---

**DEIJ**
SAU 16 - Exeter NH

> **Willing to be Disturbed**
  - ○ Willing to be Disturbed By Margaret J. Wheatley

---

**DEIJ**
SAU 16 - Exeter NH

**ANDRES MEJIA, DIRECTOR DEIJ**

# Tweet 4

PL 00586

# Thread

Actively Unwoke @ActivelyUnwoke · Aug 19

Their mission statement clearly says "Part of our educational mission is to awaken our students' awareness of their power and privilege"

That is a violation of New Hampshire state law and the Educator Code of Conduct.

sity, Equity, Inclusion and Justice in SAU 16

ffort to create and expand space for living under social justice ideals in SAU 16 engages

unity members from the organization's seven school districts. Collectively, we aim to

that our school system is an enterprise whose growth is undeterred by bias or

mination, where individuals of all backgrounds and experiences are welcomed and when

al narratives are heard, included and valued. Part of our educational mission is to awake

dents' awareness of their power and privilege so that they may view the world through

f equity and help eliminate unjust systems and practices. Our vision is that all students w

with confidence, empathy and understanding of what is right so that they may advocate f

ideals in their world

♡ 1          ⇄ 2          ♡ 8

PL 00587

## Diversity, Equity, Inclusion and Justice in SAU 16

Our effort to create and expand space for living under social justice ideals in SAU 16 engages all community members from the organization's seven school districts. Collectively, we aim to ensure that our school system is an enterprise whose growth is undeterred by bias or discrimination, where individuals of all backgrounds and experiences are welcomed and where personal narratives are heard, included and valued. Part of our educational mission is to awaken our students' awareness of their power and privilege so that they may view the world through a lens of equity and help eliminate unjust systems and practices. Our vision is that all students will grow with confidence, empathy and understanding of what is right so that they may advocate for these ideals in their world.

PL 00588

# Tweet 5

# Thread



Actively Unwoke @ActivelyUnwoke · Aug 19

The law says schools can't teach individuals are inherently racist, sexist, and oppressive, whether consciously or unconsciously.

It's not possible to teach students to have "awareness of their power and privilege" without teaching some people are inherently oppressive.

ion on the Content of Government Programs and Speech. No government program shall teach, advoc

following:

. one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status.

. or national origin are inherently superior or inferior to people of another age, sex, gender identity, sexu

al status, familial status, mental or physical disability, religion, or national origin;

ual, by virtue of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital sta

disability, religion, or national origin, is inherently racist, sexist, or oppressive, whether consciously or

idual should be discriminated against or receive adverse treatment solely or partly because of his or h

entation, race, creed, color, marital status, familial status, mental or physical disability, religion, or natio

of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status,

. or national origin cannot and should not attempt to treat others equally and/or without regard to age,

race, creed, color, marital status, familial status, mental or physical disability, religion, or national origi

PL 00590

354-A:32 Prohibition on the Content of Government Programs and Speech. No government program shall teach, advocate, or advance any one or more of the following:

I. That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin are inherently superior or inferior to people of another age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin;

II. That an individual, by virtue of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin, is inherently racist, sexist, or oppressive, whether consciously or unconsciously;

III. That an individual should be discriminated against or receive adverse treatment solely or partly because of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin; or

IV. That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin cannot and should not attempt to treat others equally and/or without regard to age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin.

PL 06591

# Tweet 6

PL 00592



← **Thread**

Actively Unwoke @ActivelyUnwoke · Aug 19    •••

This fact by itself is enough to merit an investigation into the school district from the state.

But wait, there's more!

Let's meet the Racial Unity Team, an organization that was given a grant by the state to partner with @saul6supt_ryan. They are all over the website



PL 00593

# Tweet 7

PL 00594

# Thread



**Actively Unwoke** @ActivelyUnwoke · Aug 19

In this clip, Racial Unity Team Co-Founder Sylvia Foster talks about how she worked with Exeter High School ELO Coordinator Adam Krauss to integrate their work into the existing curriculum.

She says specifically "We became part of the DNA of the classroom"

Racial
Unity Team

Arts In Action

This project is made possible through a grant from the NH State Council on the Arts, the National Endowment for the Arts, and local support from Kennebunk Savings

Utility by Richard Haynes

▶ 140 views

0:26 / 2:15

PL 00595

♡ 1    ⇆ 4    ♡ 8

# Tweet 8

PL 00596

# Thread

←



**Actively Unwoke** @ActivelyUnwoke · Aug 19

···

In the next two clips, we see the result of this work.

This student says "we can check our privilege and maybe think about some ways we've been unfairly treated based on things we can't change."

Racial Unity Project takes credit for this: racialunityteam.com/bookshelf



110 views

0:31 / 2:03

https://racialunityteam.com/bookshelf

PL 00597

♡ 1    ⟲ 2    ♡ 6    ⬆

## Tweet 9

PL 00598

# Thread



**Actively Unwoke** @ActivelyUnwoke · Aug 19

And in this clip, this student says:

"Racism is a belief ingrained in the systems and minds of white Americans."

Teaching that anyone is inherently racist based on their skin color violates NH state law. If she didn't learn this in school, then where did she learn it?

0:21  131 views

💬 1    🔁 2    ♡ 10    ↗

# Tweet 10

PL 00600

# ← Thread



**Actively Unwoke** @ActivelyUnwoke · Aug 19 ⋯

Exeter High School English Teachersalso worked with Racial Unity Team to revamp how they taught To Kill A Mockingbird:

"This move to look at the novel through the lens of underrepresented characters...served as an entry point into critical conversations about race and equity."

**To Kill a Mockingbird 60 years later – refocusing the lens on DEIJ in 2021**

*An Interview with EHS English teachers Dennis Magliozzi and Kristina Peterson and ELO Coordinator Adam Krauss*

  

The DEIJ - diversity, equity, inclusion, and justice - initiative across SAU 16 has recently taken on more focus, structure and form. Three teachers have collaborated to reset their lenses and ask the tough questions about how and what they teach with DEIJ in mind.

This year, they have partnered with Racial Unity Team (RUT) to transform how they perceive and teach the classic novel written by Harper Lee, *To Kill a Mockingbird*. The Pulitzer Prize-winning novel has been the subject of conversation in countless classrooms for six decades. Magliozzi and Peterson, both English Teachers, have been working with Mockingbird for 10 years at Exeter High School. Despite their best efforts, they could not find a way they felt cast the discussion about issues of race and equity in a way they felt worked well. This year, one of their goals when reading Mockingbird is to critically examine why Harper Lee focuses on certain characters and round out those whose stories are not told. This move to look at the novel through the lens of underrepresented characters in the book has served as an entry point into critical conversations about race and equity.

PL 00601

 2    6     10   

# To Kill a Mockingbird 60 years later – refocusing the lens on DEIJ in 2021

*An Interview with EHS English teachers Dennis Magliozzi and Kristina Peterson and ELO Coordinator Adam Krauss*



The DEIJ - diversity, equity, inclusion, and justice - initiative across SAU 16 has recently taken on more focus, structure and form. Three teachers have collaborated to reset their lenses and ask the tough questions about how and what they teach with DEIJ in mind.

This year, they have partnered with Racial Unity Team (RUT) to transform how they perceive and teach the classic novel written by Harper Lee, *To Kill a Mockingbird*. The Pulitzer Prize-winning novel has been the subject of conversation in countless classrooms for six decades. Magliozzi and Peterson, both English Teachers, have been working with Mockingbird for 10 years at Exeter High School. Despite their best efforts, they could not find a way they felt cast the discussion about issues of race and equity in a way they felt worked well. This year, one of their goals when reading Mockingbird is to critically examine why Harper Lee focuses on certain characters and round out those whose stories are not told. This move to look at the novel through the lens of underrepresented characters in the book has served as an entry point into critical conversations about race and equity.

PL.00602

# Tweet 11

PL 00603

# ← Thread



**Actively Unwoke** @ActivelyUnwoke · Aug 19          ...

Racial Unity Project posted a case study of this work on their website: racialunityteam.com/arts-in-action

"Three teachers have collaborated to reset their lenses and ask the tough questions about how and what they teach with DEIJ in mind."

---

——— Phase II ———

### Curriculum Adjustment – refocusing the lens on DEIJ

An interview with EHS English teachers Dennis Magliozzi and Kristina Peterson and ELD Coordinator (Courtesy SAU-16)
Adam Krauss



The DEIJ - diversity, equity, inclusion, and justice - initiative across SAU 16 has recently taken on more focus, structure and form. Three teachers have collaborated to reset their lenses and ask the tough questions about how and what they teach with DEIJ in mind.

This year, they have partnered with Racial Unity Team (RUT) to transform how they perceive and teach the classic novel written by Harper Lee, To Kill a Mockingbird. The Pulitzer Prize-winning novel has been the subject of conversation in countless classrooms for six decades. Magliozzi and Peterson, both English Teachers, have been working with Mockingbird for 10 years at Exeter High School. Despite their best efforts, they could not find a way they felt cast the discussion about issues of race and equity in a way they felt worked well. This year, one of their goals when reading Mockingbird is to critically examine why Harper Lee focuses on certain characters and round out those whose stories are not told. This move to look at the novel through the lens of underrepresented characters in the book has served as an entry point into critical conversations about race and equity.

PL 00604

💬 1          🔁 2          ♡ 7          ⬆

# Phase II

## Curriculum Adjustment – refocusing the lens on DEIJ

An Interview with EHS English teachers Dennis Magliozzi and Kristina Peterson and ELO Coordinator (Courtesy SAU-16)

Adam Krauss



Read what they have to say.
Exeter High School Teachers
· Kristina Peterson
· Adam Krauss
· Dennis Magliozzi

The DEIJ - diversity, equity, inclusion, and justice - initiative across SAU 16 has recently taken on more focus, structure and form. Three teachers have collaborated to reset their lenses and ask the tough questions about how and what they teach with DEIJ in mind.

This year, they have partnered with Racial Unity Team (RUT) to transform how they perceive and teach the classic novel written by Harper Lee, To Kill a Mockingbird. The Pulitzer Prize-winning novel has been the subject of conversation in countless classrooms for six decades. Magliozzi and Peterson, both English Teachers, have been working with Mockingbird for 10 years at Exeter High School. Despite their best efforts, they could not find a way they felt cast the discussion about issues of race and equity in a way they felt worked well. This year, one of their goals when reading Mockingbird is to critically examine why Harper Lee focuses on certain characters and round out those whose stories are not told. This move to look at the novel through the lens of underrepresented characters in the book has served as an entry point into critical conversations about race and equity.

# Tweet 12

PL 00606



**Actively Unwoke** @ActivelyUnwoke · Aug 19   ···

But there's more! It seems that the three teachers in this case study - two English teachers and an ELO coordinator at Exeter High School - work directly with the Racial Unity Project.

They are listed as "members" on their leadership team website: racialunityteam.com/leadership-team

Board Member 2020-2021

| | | | |
|---|---|---|---|
| **Adam Krauss**<br>Member Since 2021 | **Nancy Zajano**<br>Member since 2021 | **Dory Polanco**<br>Member since 2021 | **Kristen Deshaies**<br>Member since 2021 |
| **Cynthia Bradley Young**<br>Member since 2021 | **Dennis Magliozzi**<br>Member since 2021 | **Courtney Skerritt**<br>Member Since 2021 | **Kristina Peterson**<br>Member since 2021 |
| **Erin Luckern**<br>Member Since 2021 | **Shawna Coppola**<br>Member Since 2022 | **Julia Lavine**<br>Member Since 2022 | **Monica Chiu**<br>Member Since 2022 |

**R**acial Unity Team
Julia Larner

**R**acial Unity Team
Steve Boczenowski

PL 00607

♡ 1    ⇄ 3    ♡ 10    ⬆

# Tweet 13

PL 00608



**Actively Unwoke** @ActivelyUnwoke · Aug 19 ···

They aren't the only ones in the school district involved directly with the organization.

SUPERINTENDENT David Ryan - @sau16supt_ryan is on Racial Unity Team's Board of Directors: racialunityteam.com/leadership-team

 

HOME   WHO WE ARE   PROJECTS   SPONSORS   CONTACT US   ART AND POETRY CHALLENGE   MORE

## Board of Directors

| Ken Mendis | Sylvia Foster | Jonathan Ring |
|---|---|---|
|  |  |  |
| Stratham NH<br>Founding Member<br>Chair<br>Term Expires Dec 31, 2023 | Durham NH<br>Founding Member<br>Vice Chair<br>Term Expires Dec 31, 2023 | Exeter NH<br>Treasurer<br>Term Expires Dec 31, 2023 |

| Joy Meiser Mendis | David Ryan | Mark Whitney |
|---|---|---|
|  |  |  |
| Stratham NH<br>Founding Member<br>Secretary<br>Term Expires Dec 31, 2022 | Hooksett NH<br>Term Expires Dec 31, 2022 | Newfields NH<br>Term Expires Dec 31, 2022 |

PL 00609

 1     3   ♡ 8   

# Tweet 14

PL 00610

← **Thread**



**Actively Unwoke** @ActivelyUnwoke · Aug 19 · · ·

Does the Racial Unity Team, and their members working for the Exeter Regional School District, know they are breaking the law?

Yes, they do.

And we know that because they have a public statement on their website denouncing the divisive concepts bill: racialunityteam.com/public-stateme...

for all available evidence.

The Racial Unity Team supports educators in their efforts to address issues around diversity, equity, inclusion, and justice in the classroom. This includes, but is certainly not limited to, teaching about our complex history. While sections of the "Right to Freedom from Discrimination in Workplaces and Education" (297-298, NH House Bill 2) do not prohibit this work, the narrative among conservative groups and in some of the mainstream media is that they do. Despite what is actually written in the law, the reality is that these provisions discourage the careful examination of historical and current discriminatory practices within our schools and society.

What HB2 does prohibit is the teaching that any *individual or group of individuals are inherently superior or inferior to people of another group.* While this is not taught in our public schools, the prohibitions in HB2, alongside the inaccurate narrative perpetuated by those who wish to delegitimize public schools, have led to fear and confusion among educators about how and what they may teach, while encouraging complaints against them that jeopardize their licenses and careers. The Racial Unity Team expressly denounces the actions of those, including those at the State level, which have created an atmosphere of fear and intimidation among educators. In turn, teachers are responding by removing from their classrooms concepts and conversations that shed light on harmful historical policies and practices. This atmosphere creates a barrier to providing students with a school experience that reflects DEIJ principles as well as a full education for protected classes of people.

We support efforts to *reverse* these legislative actions.

Ken Mendis, President, Racial Unity Team

PL 00611

💬 2     ⟲ 2     ♡ 7     ↑

PL 00612

for an available evidence.

The Racial Unity Team supports educators in their efforts to address issues around diversity, equity, inclusion, and justice in the classroom. This includes, but is certainly not limited to, teaching about our complex history. While sections of the "Right to Freedom from Discrimination in Workplaces and Education" (297-298, NH House Bill 2) do not prohibit this work, the narrative among conservative groups and in some of the mainstream media is that they do. Despite what is actually written in the law, the reality is that these provisions discourage the careful examination of historical and current discriminatory practices within our schools and society.

What HB2 does prohibit is the teaching that any *individual or group of individuals are inherently superior or inferior to people of another group.* While this is not taught in our public schools, the prohibitions in HB2, alongside the inaccurate narrative perpetuated by those who wish to delegitimize public schools, have led to fear and confusion among educators about how and what they may teach, while encouraging complaints against them that jeopardize their licenses and careers. The Racial Unity Team expressly denounces the actions of those, including those at the State level, which have created an atmosphere of fear and intimidation among educators. In turn, teachers are responding by removing from their classrooms concepts and conversations that shed light on harmful historical policies and practices. This atmosphere creates a barrier to providing students with a school experience that reflects DEIJ principles as well as a full education for protected classes of people.

We support efforts to *reverse* these legislative actions.

Ken Mendis, President, Racial Unity Team

# Tweet 15

PL 00613

# Thread



Actively Unwoke @ActivelyUnwoke · Aug 19

They claim that they are not breaking the law...but the problem is they didn't read the whole law.

They just cherry-picked one of the components of it that they are not breaking, while ignoring the clear component of the law that they are breaking.



...tion on the Content of Government Programs and Speech. No government program shall teach, advoc following:

one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, or national origin are inherently superior or inferior to people of another age, sex, gender identity, sexu al status, familial status, mental or physical disability, religion, or national origin;

...dual, by virtue of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital sta disability, religion, or national origin, is inherently racist, sexist, or oppressive, whether consciously or

...idual should be discriminated against or receive adverse treatment solely or partly because of his or h entation, race, creed, color, marital status, familial status, mental or physical disability, religion, or natio

...of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, or national origin cannot and should not attempt to treat others equally and/or without regard to age.

...race, creed, color, marital status, familial status, mental or physical disability, religion, or national origi

PL 00614

○ 1    ⏴⏵ 3    ♡ 9    ⎋

354-A:32 Prohibition on the Content of Government Programs and Speech. No government program shall teach, advocate, or advance any one or more of the following:

I. That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin are inherently superior or inferior to people of another age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin;

II. That an individual, by virtue of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin, is inherently racist, sexist, or oppressive, whether consciously or unconsciously;

III. That an individual should be discriminated against or receive adverse treatment solely or partly because of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin; or

IV. That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin cannot and should not attempt to treat others equally and/or without regard to age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin.

PL 00615

# Tweet 16

# Thread

**Actively Unwoke** @ActivelyUnwoke · Aug 19

Again, you cannot teach what the Racial Unity Group and the Exeter Regional Cooperative School District are teaching students without breaking this part of the law. It is not possible.

I strongly recommend all parents in Exeter report them to the state #NHPolitics

PL 00617

🗨 1          ⟲ 2          ♡ 10

# Tweet 17

PL 00618

# Thread



**Actively Unwoke** @ActivelyUnwoke · Aug 19

This article is part of Schools Exposed by the Unwoke Army:
unwokearmy.com

If you appreciate my work, I hope you'll consider supporting it:
activelyunwoke.com/support

## SCHOOLS EXPOSED

### CROWDSOURCED JOURNALISM ON TAXPAYER FUNDED INDOCTRINATION

PL 00619

♡ 12   ⇄ 2

# Article Referenced in Tweet 2

# The Exeter Region Cooperative School District is openly violating New Hampshire's anti-CRT law.

The state Department of Education should investigate.



**Karlyn Borysenko**
Aug 19



*This article is part of Schools Exposed by the **Unwoke Army**, which means that everything in this article is public information that anyone can find. If you appreciate my work, I hope you'll consider ordering **my book** and supporting my work on **Patreon**, **Locals**, or **through a Substack subscription**.*

PL 00621

*"Part of our educational mission is to awaken our students' awareness of **their power and privilege** so that they may view the world through a lens of equity and help eliminate unjust systems and practices."*

And in that simple sentence, one taken from a document called "**Diversity, Equity, Inclusion, and Justice in SAU16**" the Exeter Region Cooperative School District landed itself in open violation of New Hampshire's HB2, otherwise known as the divisive concepts bill or the anti-CRT law.

That's not the only thing that may land them in trouble. And they're doing it completely publicly, where everyone can see it if they take the time to look.

## Let me explain.

In the Exeter Regional School District, their equity office is called Diversity, Equity, Inclusion and Justice, or DEIJ for sure. So, I went to **their website** and searched for DEIJ. Here's what came up.



PL 00622

Right in the middle was the "About DEIJ in SAU16" page. Perfect! I clicked on that link and ended up looking **at this document**, a missions statement of sorts:

**Diversity, Equity, Inclusion and Justice in SAU 16**

Our effort to create and expand space for living under social justice ideals in SAU 16 engages all community members from the organization's seven school districts. Collectively, we aim to ensure that our school system is an enterprise whose growth is undeterred by bias or discrimination, where individuals of all backgrounds and experiences are welcomed and where personal narratives are heard, included and valued. Part of our educational mission is to awaken our students' awareness of their power and privilege so that they may view the world through a lens of equity and help eliminate unjust systems and practices. Our vision is that all students will grow with confidence, empathy and understanding of what is right so that they may advocate for these ideals in their world.

(document backed up here for posterity, just in case something happens to the one on their website)

Actively Unwoke is a reader-supported publication. To receive new posts and support my work, consider becoming a free or paid subscriber.

Type your email...                                    Subscribe

**Here's the problem SAU16 now has**: On June 15, 2021, New Hampshire's divisive concepts bill was signed into law as a part of HB2. It is not a perfect bill, by any means. Governor Chris Sununu and his cronies watered it down before he signed it, which makes it less effective. However, it did include the following language:

PL 00623

354-A:32 Prohibition on the Content of Government Programs and Speech. No government program shall teach, advocate, or advance any one or more of the following:

I. That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin are inherently superior or inferior to people of another age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin;

II. That an individual, by virtue of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin, is inherently racist, sexist, or oppressive, whether consciously or unconsciously;

III. That an individual should be discriminated against or receive adverse treatment solely or partly because of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin; or

IV. That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin cannot and should not attempt to treat others equally and/or without regard to age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin.

The law specifically and unequivocally says that the government cannot teach that individuals are inherently racist, sexist, and oppressive, whether consciously or unconsciously.

If **this** is still the mission of the Diversity, Equity, Inclusion and Justice program at SAU16 today *(and we have no reason to believe it's not because it's on their website)*, then the Exeter Region Cooperative School District is in open and flagrant violation of the law for this reason:

## **You CANNOT teach students "awareness of their power and privilege" without also teaching them that some people are inherently oppressive and some people are inherently oppressed.**

If some people have "power and privilege", that means that other people do not have power and privilege.

People with power and privilege are oppressive and people without power and privilege are oppressed.

That is inherent to the argument of power and privilege.

That means you cannot teach this as a part of a public high school curriculum in the state of New Hampshire without violating the law. It is not possible.

So, either this is the true and current mission of the SEIJ program in SAU16 and they are breaking the law, or it is not and they are in compliance. But if it's not the current mission, then what replaced it? And why is this one still on their website?

This alone is enough to prove they're breaking the law. But, there's more weird stuff.

PL 00624

# Let's meet the "Racial Unity Team"

In researching something else that was going on at Exeter High School, I came across something called the Racial Unity Team. I came across an event listed **on Facebook** for the Racial Unity Team of New Hampshire, which I had seen mentioned on the SAU16 website. They were holding an event (almost two weeks AFTER the divisive concepts bill was signed into law) and said they had received a $7500 grant from the state of New Hampshire.



That $7,500 grant means that the state of New Hampshire may be funding a program that is breaking state law by teaching this content in schools.

I recognized it because "Racial Unity Team" was all over the "**DEIJ Happenings**" website:

PL 00625



They had done **this video** in which students performed songs and read essays about racial justice. Again, note that this was posted on July 16, 2021, one month **AFTER** the divisive concepts bill was signed into law, and seems to have been taken from a live stream.



In that video was a few weird things.

There was this clip of one of the co-founders of the Racial Unity Team, Sylvia Foster, talk about getting funded by the state, and how she came to work with Exeter High School after she was brought in by ELO coordinator Adam Krauss (more on him in a moment) because there were "passionate teachers who would share their curriculum on justice."

*(I found myself asking "Why do teachers have a curriculum on justice?")*

She went on to say "We became part of the DNA of the classroom."



Exeter Clip - Racial Unity Team part of classroo...

Now, I've seen enough videos like this to know exactly what it means when a group called "Racial Unity Project" becomes "part of the DNA of the classroom." And sure enough, I found what I knew I would.

Later in this video, I found this student discussing a project she did in conjunction with Racial Unity Project staff called "Bookshelf Diversity" that they even brag about on their website.

In this video, the student says:

> *"If we can think about our identity as well, we can check our privilege and maybe think about some ways we've been unfairly treated based on things we can't change."*

PL 00627



exeter student clip 1

The student in this video did nothing wrong - they are repeating the things that adults have told them to say. But it is very clear that they have been taught about power and privilege because there would be no need for her to say "check your privilege" if someone hadn't taught her that.

And in this clip a little later on in the video, a student says

> *"Racism is a belief ingrained in the systems and minds of white Americans."*



Exeter student clip 2

PL 00628

Again, the teaching that anyone is inherently racist based on their skin color violates New Hampshire state law. If she didn't learn this in school, then where did she learn it?

## To Kill a Mockingbird is Racist

But, that's not the only odd thing about the Racial Unity Project. They also worked with Exeter High School's ELO Coordinator Adam Krauss (mentioned earlier) and English Teachers Dennis Magliozii and Kristina Peterson to **disrupt the way they teach To Kill a Mockingbird** because the normal way was deemed a little too racist.

> *"This year, one of the goals when reading Mockingbird is to critically examine why Harper Lee focuses on certain characters and round out those who stories are not told. This move to look at the novel through the lens of underrepresented characters in the book has served as an entry point into critical conversations about race the equity."*

PL 00629

**To Kill a Mockingbird 60 years later – refocusing the lens on DEIJ in 2021**

*An Interview with EHS English teachers Dennis Magliozzi and Kristina Peterson and ELO Coordinator Adam Krauss*



The DEIJ - diversity, equity, inclusion, and justice - initiative across SAU 16 has recently taken on more focus, structure and form. Three teachers have collaborated to reset their lenses and ask the tough questions about how and what they teach with DEIJ in mind.

This year, they have partnered with Racial Unity Team (RUT) to transform how they perceive and teach the classic novel written by Harper Lee, *To Kill a Mockingbird*. The Pulitzer Prize-winning novel has been the subject of conversation in countless classrooms for six decades. Magliozzi and Peterson, both English Teachers, have been working with Mockingbird for 10 years at Exeter High School. Despite their best efforts, they could not find a way they felt cast the discussion about issues of race and equity in a way they felt worked well. This year, one of their goals when reading Mockingbird is to critically examine why Harper Lee focuses on certain characters and round out those whose stories are not told. This move to look at the novel through the lens of underrepresented characters in the book has served as an entry point into critical conversations about race and equity.

This PDF is backed up here for posterity, just in case the file is removed from SAU16's website.

You've read this far. Why not subscribe? Actively Unwoke is a reader-supported publication. To receive new posts and support my work, consider becoming a free or paid subscriber.

Type your email | Subscribe

Type your email...                                    Subscribe

**On their website**, they go into greater detail about the changes they made to the curriculum with a "DEIJ lens". Here are some quotes:

> *"Three teachers have collaborated to reset their lenses and ask the tough questions about how and what they teach with DEIJ in mind."*

> *"Magliozzi and Peterson, both English Teachers, have been working with Mockingbird for 10 years at Exeter High School. Despite their best efforts, they could not find a way they felt cast the discussion about issues of race and equity in a way they felt worked well."*

--------------------------------- Phase II ---------------------------------

### Curriculum Adjustment – refocusing the lens on DEIJ

An Interview with EHS English teachers Dennis Magliozzi and Kristina
Peterson and ELO Coordinator (Courtesy SAU-16)
Adam Krauss



The DEIJ - diversity, equity, inclusion, and justice - initiative across SAU 16
has recently taken on more focus, structure and form. Three teachers have
collaborated to reset their lenses and ask the tough questions about how
and what they teach with DEIJ in mind.

This year, they have partnered with Racial Unity Team (RUT) to transform
how they perceive and teach the classic novel written by Harper Lee, To Kill
a Mockingbird. The Pulitzer Prize-winning novel has been the subject of
conversation in countless classrooms for six decades. Magliozzi and
Peterson, both English Teachers, have been working with Mockingbird for
10 years at Exeter High School. Despite their best efforts, they could not
find a way they felt cast the discussion about issues of race and equity in a
way they felt worked well. This year, one of their goals when reading
Mockingbird is to critically examine why Harper Lee focuses on certain
characters and round out those whose stories are not told. This move to
look at the novel through the lens of underrepresented characters in the
book has served as an entry point into critical conversations about race
and equity.

PL 00631

Instead of studying the book, they appeared to make it into a character study of Atticus Finch as a white man and a lesson for students in how they can be activists:

> action research.
>
> Their approach became to study Atticus Finch's world view by asking students questions such as these:
> - Have we realized his vision for justice in the United States?
> - If so, how?
> - If not, what changes can we make to get there?
> - What change do you want to see in the world?
> - How can you affect that change?

Once they did that, the students did an art project about what it's like to be black in America with the goal of creating art for social change.

> From there, students are invited to create art as a form of expression to further their impact. That's where Adam Krauss, ELO Coordinator in the school, joined the mission. Krauss helped Peterson and Magliozzi join forces with several mentor artists from The Racial Unity Team. This partnership allowed students to hear from individuals who shared how they and others use art to make an impact on the world, and how they grapple with the realities of being Black in America. Working side by side with these artists, students are learning to govern their voices and use art to inspire others. The final component of the student work is – with the help of the mentor artists – to turn their research for social change into art for social change.

The teachers concluded that their work on revamping how To Kill A Mockingbird is taught achieved a level of justice that Atticus Finch could not have aspired to.

PL 00632

Krauss, Magliozzi, and Peterson are trying hard not to send the message that one voice is the end all be all. "Our students have just as much agency in this project and conversation as we do as their guide on the side," said Krauss. Students have just as much power to criticize, challenge, and change their world – our shared world – as everyone else involved in their education. That's equity and inclusion at work. It's a vision for justice Atticus couldn't attain. But lifting up voices, ensuring people from all backgrounds and experiences are welcomed and their stories are heard – that is a vision for justice that all teachers can champion.

## It's all very incestuous.

I'm sure it's just a coincidence that Adam Krauss, Dennis Magliozzi, and Kristina Peterson are also listed as members on the <u>Racial Unity Team's Leadership Team website</u>:

PL 00633



Board Member 2020 -2021

Adam Krauss
Member Since 2021

Nancy Zajano
Member since 2021

Dory Polanco
Member since 2021

Kristen Deshaies
Member since 2021

Cynthia Bradley Young
Member since 2021

Dennis Magliozzi
Member since 2021

Courtney Skerritt
Member Since 2021

Kristina Peterson
Member since 2021

Erin Luckern
Member Since 2021

Shawna Coppola
Member Since 2022

Julia Lavine
Member Since 2022

Monica Chiu
Member Since 2022

**Racial** Unity Team
Julia Lanter

**Racial** Unity Team
Steve Boczenowski

And not only that, but **David Ryan**, the Superintendent of the Exeter Region Cooperative School District is on the Board Of Directors:



## Does the Racial Unity Team, and their members working for the Exeter Regional Cooperative School District, know they are breaking the law?

Yes, they do.

And we know that because **they have a public statement on their website denouncing the divisive concepts bill** and saying they will lobby in favor of its repeal.

PL 00635

for all available evidence.

The Racial Unity Team supports educators in their efforts to address issues around diversity, equity, inclusion, and justice in the classroom. This includes, but is certainly not limited to, teaching about our complex history. While sections of the "Right to Freedom from Discrimination in Workplaces and Education" (297-298, NH House Bill 2) do not prohibit this work, the narrative among conservative groups and in some of the mainstream media is that they do. Despite what is actually written in the law, the reality is that these provisions discourage the careful examination of historical and current discriminatory practices within our schools and society.

What HB2 does prohibit is the teaching that any *individual or group of individuals are inherently superior or inferior to people of another group.* While this is not taught in our public schools, the prohibitions in HB2, alongside the inaccurate narrative perpetuated by those who wish to delegitimize public schools, have led to fear and confusion among educators about how and what they may teach, while encouraging complaints against them that jeopardize their licenses and careers. The Racial Unity Team expressly denounces the actions of those, including those at the State level, which have created an atmosphere of fear and intimidation among educators. In turn, teachers are responding by removing from their classrooms concepts and conversations that shed light on harmful historical policies and practices. This atmosphere creates a barrier to providing students with a school experience that reflects DEIJ principles as well as a full education for protected classes of people.

We support efforts to *reverse* these legislative actions.

Ken Mendis, President, Racial Unity Team

They claim that they are not breaking the law...but the problem is they didn't read the whole law. They just cherry-picked one of the components of it that they are not breaking, while ignoring the clear component of the law that they are breaking.

You cannot teach what the Racial Unity Group and the Exeter Regional Cooperative School District are teaching students without breaking this part of the law. It is not possible.

PL 00636

354-A:32  Prohibition on the Content of Government Programs and Speech. No government program shall teach, advocate, or advance any one or more of the following:

I. That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin are inherently superior or inferior to people of another age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin;

II. That an individual, by virtue of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin, is inherently racist, sexist, or oppressive, whether consciously or unconsciously;

III. That an individual should be discriminated against or receive adverse treatment solely or partly because of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin; or

IV. That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin cannot and should not attempt to treat others equally and/or without regard to age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin.

# The State of New Hampshire must investigate if these practices and partnerships are still in place today.

Superintendent David Ryan has some explaining to do. Particularly since he's on the Board of Directors of the group operating within his school district that seems to be in open violation of New Hampshire State law.

Thank you for reading Actively Unwoke. This post is public so feel free to share it.

## Fight back against the woke and support my work

I believe the woke - on the left and the right - are an existential threat to our values as Americans. Some of them know it, most of them are just useful idiots. Regardless, fighting back against this cultural revolution is my full-time job. I'm dedicated to exposing the woke ideology in our country, helping people to understand what's going on, and providing spaces for non-woke people to connect, support each other, and plan ways to fight back.

PL 00637

Here's how you can help.

- **Order my book:** Actively Unwoke: The ultimate guide to fighting back against woke insanity in your life.
- **Support my work**:
  - Sponsor my work on Patreon
  - Become a supporter in Locals
  - Support my work through a Substack subscription

Actively Unwoke is a reader-supported publication. To receive new posts and support my work, consider becoming a free or paid subscriber.

> Type your email...                    Subscribe

---

## 1 Comment



Write a comment...



**WoZBee**   Aug 19

This is a great find. I'm working on this in CA, and unfortunately, state law backs the groomers. All the stuff we're warned about in regard to transing the kids behind parents' backs is *recommended* by the CA CDC. Must keep digging.

♡ 1    Reply    Gift a subscription    Collapse

---

PL 00638

© 2022 Karlyn Borysenko · Privacy · Terms · Collection notice
Substack is the home for great writing

# Document Referenced in Tweets 3 and 4

**Diversity, Equity, Inclusion and Justice in SAU 16**

Our effort to create and expand space for living under social justice ideals in SAU 16 engages all community members from the organization's seven school districts. Collectively, we aim to ensure that our school system is an enterprise whose growth is undeterred by bias or discrimination, where individuals of all backgrounds and experiences are welcomed and where personal narratives are heard, included and valued. Part of our educational mission is to awaken our students' awareness of their power and privilege so that they may view the world through a lens of equity and help eliminate unjust systems and practices. Our vision is that all students will grow with confidence, empathy and understanding of what is right so that they may advocate for these ideals in their world.

SAU 16 holds as a core value the respect and celebration of all human differences. We believe it is our moral responsibility to share with our students and families their power to pursue justice for all people, especially people from historically marginalized communities. We are committed to taking risks and making mistakes, learning how to try on new ideas and perspectives and being vulnerable to opportunities in which we have no experience.

Operating under the umbrella of social justice, each SAU 16 school now has a DEIJ Team that works to advance the values of the organization in their school communities. Representatives from each school team collaborate on organizational goals that are developed to advance this work, and just recently the Exeter Region Cooperative School District hired a new director of these efforts to formally lead these teams. Andres Mejia brings impressive experience to his role as director of diversity, equity, inclusion, and justice, and soon will be facilitating community conversations that seek to inform, educate, and answer questions about how we are moving forward.

SAU 16 also addresses systems and structures through the Anti-Discriminatory Task Force (ADTF). The ADTF, established at the end of the 2018-2019 school year, is a collaboration of school system staff and community members from the Greater Exeter area who respond to cases of alleged discrimination in our schools. While not the primary investigators of school incidents, the ADTF reviews redacted information from school cases to determine root causes and makes recommendations for corrective action. Further, the ADTF is currently reviewing prevailing SAU 16 school board policies using a framework of bias and discrimination to offer suggestions and revisions accordingly.

These are a few of the examples of the steps we are taking to support our mission around DEIJ. They are initial building blocks that we will add to and expand upon in the coming months. Please continue to visit the SAU 16 website for updates and ways to engage in this critical discussion.

PL 00641

**Referenced in Tweet 8**

PL 00642

## Our Financial Partners

Eastern Bank — Kennebunk Savings

## Bookshelf Diversity 2022




### Project - Bookshelf Diversity

The "Bookshelf Diversity" project grew out of the RUT partnership **Arts in Action** with Exeter High School ninth grade English teachers in their unit on justice, equity, and social change. In her class presentation, student **Ingrid Janicki's project "Bookshelf Diversity"** emphasized bringing more voices to our students' worlds/ perspectives and not in tokenism through performative diversity, but instead, healthy readings that honor natural inclusiveness versus reading diverse books on Chinese holidays or celebrations of progress for under-represented groups. Ingrid advocated for reading books as if most stories could have people of any identities playing out the plot lines as well.

The topic "Bookshelf Diversity" endorsed by the Racial Unity Team was introduced for the first time in 2021 at the UNH *Summer Literacy Institutes.* Here is Ingrid's essay **Schools Need To Reexamine The Common English Curriculum**, or visit the link to hear Ingrid Janicki's talk and her teacher's praise of her work following the end of her talk.

Every year the Racial Unity Team hopes to celebrate Bookshelf Diversity and for 2022 our theme is Stronger Together: This highlights how together with the support of our sponsors, doners, and teachers we can make Granite children and young adults stronger and more connected with each other through project like **"Bookshelf Diversity"** in their respective classrooms.

WATCH THE VIDEO

PL 00564

← → C 🔒 racialunityteam.com/bookshelf

## Announcement

**Opening Call: Win $500 to diversify your classroom library!**
Racial Unity Team is now accepting submissions (explained below).
**Deadline:** Friday, 8/31/2022 by 11:59 p.m.
**Prompt:** Why is a bookshelf diversity important to your classroom library and/or philosophy of teaching?
**Criteria:** Answer the prompt in 450 words (or fewer) in a style of your choosing.
**Eligibility:** Applicant must be a full-time pre K-12 classroom teacher in a New Hampshire public school.
**Submission link:** Click to access submission entry form.

## Guidelines

Applicant must have a working classroom library.

Applicant must be willing to be included in Racial Unity Team promotional materials, e.g., social media posts/news articles and be willing to participate in research into the effectiveness of diverse classroom libraries on student outcomes in reading.

We will select one winner from each of the five New Hampshire state Executive Council Districts. Find your district by city or town name.

We see this as a growing partnership beyond the immediate opportunity and, therefore, envision applicants to be interested in working together on future endeavors.

The books are given to you to support your work as a classroom teacher - not to your school/ school district. Please be sure this is clear to your administrators before you apply. If you leave the district to teach elsewhere, the books go with you. If you leave teaching, we encourage you to gift the books to a teacher and classroom that you feel these books would benefit.

Applicants must be willing to be contacted about books read and favorites among the selections to assist us in creating an ongoing list of recommended books.

## Share

Don't keep it to yourself; let other teachers know. Share this link: https://racialunityteam.com/bookshelf

## FAQs

Do you have questions bring it to our attention besides providing you with the answers, we will display the most frequently asked questions, so everybody benefits. **Questions? Email** racialunityteam1@gmail.com

1674

Site Content

## Winner of the 2021 Bookshelf Diversity Award

Congratulate Jennifer McCall, Thetford, the winner of the *Bookshelf Diversity 2021* award. Your voice expressed precisely what the author of the project, student Ingrid Janicki, desired would come forth: your wish that your students will "discover ... things they might want to change and your hope that their reading will help foster empathy with the result of making a generation of people who are better than those who came before them."

We're excited to deliver a set of books to you and invite your input so that we may bring books you most want (and do not already have) for your classroom library. Please see the list at the end of this email of books suggested by Ingrid. We welcome your list of levels, genres and exact titles you would like to add to your library, and we'll begin our work to deliver your award.

Thank you for enriching this program with your entry.
*Ingrid Janicki, Kristine Petersen, Dennis Magliozzi and Adam Krauss*

The project *Bookshelf Diversity* - supported by the Racial Unity Team may be reviewed by reading Ingrid's **New York Times** editorial here Schools Need To Reexamine The Common English Curriculum or by visiting presentations found on https://racialunityteam.com/

### 2021 Recommended Books Grades 9-12

The Round House by Louise Erdrich
Salvage the Bones by Jesmyn Ward
Another Brooklyn by Jacqueline Woodson
We Are Not From Here by Jenny Torres Sanchez At the Mountain's Base by Traci Sorrell
Frankly in Love by David Yoon
What Lane by Torrey Maldonado
Antiracist Baby by Ibram X. Kendi
Before the Ever After by Jacqueline Woodson
Darius the Great is Not Okay by Adib Khorram
Juliet Takes a Breath by Gabby Rivera
Patron Saints of Nothing by Randy Ribay

PL.00945

racialunityteam.com/bookshelf

The project _____ _____ _____ _____ _____
be reviewed by reading Ingrid's **New York Times** editorial here. Schools Need To Reexamine The Common English Curriculum or by visiting presentations found on https://racialunityteam.com/

**2021 Recommended Books Grades 9-12**
The Round House by Louise Erdrich
Savage the Bones by Jesmyn Ward
Another Brooklyn by Jacqueline Woodson
We Are Not From Here by Jenny Torres Sanchez At the Mountain's Base by Traci Sorrell
Frankly in Love by David Yoon
What Lane by Torrey Maldonado
Antiracist Baby by Ibram X. Kendi
Before the Ever After by Jacqueline Woodson
Darius the Great is Not Okay by Adib Khorram
Juliet Takes a Breath by Gabby Rivera
Patron Saints of Nothing by Randy Ribay

--- 2021 Photo Gallery ---





HOME    CONTACT US    LEADERSHIP TEAM    CALENDAR

**Racial Unity Team**
603-263-6511

Copyright © 2022 Racial Unity Team - All Rights Reserved.
HEADING ART: Unity by Richard Haynes

Powered by GoDaddy Website Builder

**Referenced in Tweet 11**

PL 00647



# Arts in Action

# RŪT in the classroom

# RŪT in the community

# Resources



## Arts In Action

*"This is precisely the time when artists go to work. There is no time for despair, no place for self-pity, no need for silence, no room for fear. We speak*

PL 00649

*write, we do language. That is how civilizations heal."*
**Toni Morrison**



## RŪT in the classroom

## Additional Information

Often the students want to know how to get people to listen to them. The students are impressed by mentors who have applied the arts to address the struggles that they are discussing in class, presented to them by authors of novels and poetry. These exchanges help students process the often-first-time study of racism, and the mentors' inviting words make it okay to have difficult conversations. The mentors we host for the classroom also teach the value of listening to others about experie... that differ from their own. Our experience in working with the

artists/mentors, is that they also coach the students to learn how to ask

questions and inspire conversations about differences while using art to inspire change.

As racism poses a significant threat to our public health, RUT introduces new voices to the classroom to advance difficult conversations. Our artists/mentors reveal their histories facing bias and how the arts have healed them, thus changing both personal and community histories. These remembrances make words on the page come alive and the students become immersed in 1) a multidisciplinary study of the history of the treatment of racialized and other marginalized/oppressed peoples; 2) the value of multicultural literature that inspires feelings of empathy; 3) skill-building for communicating solutions to social problems; and 4) ways that relationships with people of racial and other identities different from their own increases understanding and stops bias.

*Arts in Action* amplifies the voices of these youth as they then express the values of equity and fairness, often through the arts. Our target audience is first- and second-year high school students. Following a unit on slam poetry and visits from poets in the New Hampshire guild "Slam Free or Die" and the visit of nationally renowned poet and author-activist Clint Smith,  schools watched the artist videos from the pilot year. Then High School's ninth grade English classes studied books like *To Kill A Mockingbird*, or  *A Raisin in the Sun* or something similar. Each book explores the subject of inequity and its consequences to all people in a society. "With black characters being relegated to the margins even in a story about their own oppression" (O.R. James) in*To Kill A Mockingbird*, the study of slam poetry and the novel become the entry points to critical conversations and action research.

PL 00651

## Learn More

Arts in Action broadens student access to multicultural artistic and cultural experiences by introducing a diverse body of artists in a broad spectrum of disciplines to build courageous spaces for students to explore, create, and express non-euro-centric art forms. We want to help students develop their sense of place, their sense of self, and a sense of agency: to see themselves as change-makers and culture-makers for our state.

**FIND OUT MORE**

# Phase I of the Project

## Let's visit a classroom at Exeter High School



PL 00652

Greetings to you from Project Team **Spoken Word and Song Writing for Social Change.** Here is an update on the project currently underway with students of EHS ninth grade English classes. After students watched four video productions specifically designed for the class unit, we find students are making references in class to things they've learned from the mentors. RUT now can proudly claim to be part of the DNA of the course. We're hearing student ideas for creative projects percolating. We are making plans to offer students coaching on creative project production – to assist them in developing their ideas. Watch the videos to get a better understanding of students' comments; it adds more depth to their words. We hope that this segment brings you into the classroom and we would love to hear from you about this project as we look to expand its scope to other Seacoast area School Administrative Units (SAUs). Send us a **Email** or include your comments in the Comment section of the **Contact Us** form.

# Doug Holzapfel

Provides an introduction to the program - The Arts Are About Connection - and what each student may expect by getting involved in the project.

**WATCH DOUG'S VIDEO**

# Reggie Harris - Racial Equity Intro

This video introduces his background and work he is presently doing to further the conversation on race. He gets us thinking about the meaning that our culture assigns to the skin we're in and how our art has th power to change a culture of bias to one of equity and inclusion fo The material is copyrighted and meant for use in connection with

Racial Equity program in Exeter, NH.

**WATCH REGGIE'S VIDEO**

# Courtney Marshall

You're invited into the space she occupies, one surrounded by art, social change and protest posters - to hear how this space influences her and the work she does. She states the historical fact that it was once, for a prolonged period in U.S. history, a punishable crime for a black person to learn to read or write. Courtney asks us, "How did people keep their sparks of creativity alive in that world of exclusions? What if Beyonce were not allowed to sing today? " She ends with suggestions for opening doors to creating - imagining the better future we all know is possible.

**WATCH COURTNEY'S VIDEO**

# Kevin Writer

You'll watch singer-songwriter Bob Marley inviting oppositional leaders to join in establishing peace in Jamaica during a time of violence that had been ravaging their streets. Kevin shows us the arts' place in changing history and encourages us to experiment to find our best method and style of expression to speak up for freedom - still being negotiated in 2021 for black U.S. citizens.

**WATCH KEVIN'S VIDEO**

# Commentary from Exeter High School English Teacher Kristina Peterson



PL 00654

*"The project is already a success in my mind, and we're only halfway through. I've never seen my students so inspired to research and write about topics they are truly passionate about. The artist mentors have not only helped show my students that they have a voice, but they've also inspired my students to use their voices in powerful and purposeful ways".*

## Student Reactions to the Course Material

**Exeter High School 9th-grade student comments:**

*Everything that I have learned in this unit has made me really reflect back on my own history and provoked me to be more aware of how racism is happening so often that is going unnoticed, and after watching these videos I feel inspired to do something about it.*

*This whole unit has changed my thinking, since it has broadened my horizons and helped me understand different perspectives and opinions that I hadn't thought about before.*

*This unit has made me think more about the world around me and how I can make it better.*

**How has everything we've read and talked about during this unit changed or challenged your thinking?**

*. . . it has challenged me to think about how much I am learning about today's issues, and not just issues, but those who have seen those issues first-hand and experienced them from a lens I will never see through no matter how hard I read. I've realized that I have not read or looked at, consciously or unconsciously, many pieces of art from black people or many people either.*

PL 00655

*I've been looking at my education through the years, the people painted out to be heroes, and villains and written all over it is the "European vision" that Reggie and others talked about with us. Another thing I've been enlightened by watching these videos is how important art is to our culture, our lives, and even things that can be as harsh and violent as politics. Art at our school and at many others in the US, is one of the things least acknowledged and praised as a subject. People look for our GPAs and As, Bs, and Cs but never any deeper than those numbers, and that makes it harder for students to see the importance of art in all its different forms.*

*I think a lot that we read brought to my attention how bad it really was and still is for many black people. I feel like before this year I was ignorant toward that aspect, but now I'm trying to educate myself more and learn about the struggles.*

*I've also realized the power of literature. I didn't realize that songs, books, and poems could make such a difference, but they can. One thing that really stood out to me was the Bob Marley concert where he got the two political rivals to stand up there and hold hands. I realize that art can help bring ideas and inspire people to make positive change. Another thing I realize is . . . that I don't read that many novels or poems by people of color. That is one thing I would like to change.*

# Final Phase Results



PL 00656

# Video of the Final Event

Racial Unity Team's Spoken Word and Song Writing for Social Change aka Arts In Action project brought artists into the classroom to tell their stories

of using the arts to heal and to advocate for justice. The artists then mentored youth in creative expressions of a future without racism, where everyone has opportunities to thrive and participate in civic life. Songwriting • Poetry • Spoken Word • Editorial. Eight teens from Exeter High School will share their creative expressions from this incredible collaboration at this unique CreativeMornings Portsmouth event.

If you like the work, we are doing please donate towards the work we will do during the 2021-2022 school year. Another school will be selected for the program to donate visit our website racialunityteam.com

**WATCH THE VIEDEO**



PL 00657

# What does fairness and justice look like? - Listen to what three students have to say

This question made the shift to students' finding their voices and learning how to apply them in their creative expressions.

**WATCH THE VIDEO**

## Ingrid Janicki's Bookshelf Diversity

The "Bookshelf Diversity" project grew out of the RUT partnership **Arts in Action** with Exeter High School ninth grade English teachers in their unit on justice, equity, and social change. In her class presentation, student **Ingrid Janicki's project "Bookshelf Diversity"** emphasized bringing more voices to our students' worlds/ perspectives and not in tokenism through performative diversity, but instead, healthy readings that honor natural inclusiveness versus reading diverse books on Chinese holidays or celebrations of progress for under-represented groups. Ingrid advocated for reading books as if most stories could have people of any identities playing out the plot lines as well.

**FIND OUT MORE**

## Phase II



# Curriculum Adjustment – refocusing the lens on DEIJ

An Interview with EHS English teachers Dennis Magliozzi and Kristina Peterson and ELO Coordinator (Courtesy SAU-16)
Adam Krauss

The DEIJ - diversity, equity, inclusion, and justice - initiative across SAU 16 has recently taken on more focus, structure and form. Three teachers have collaborated to reset their lenses and ask the tough questions about how and what they teach with DEIJ in mind.

This year, they have partnered with Racial Unity Team (RUT) to transform how they perceive and teach the classic novel written by Harper Lee, To Kill a Mockingbird. The Pulitzer Prize-winning novel has been the subject of conversation in countless classrooms for six decades. Magliozzi and Peterson, both English Teachers, have been working with Mockingbird for 10 years at Exeter High School. Despite their best efforts, they could find a way they felt cast the discussion about issues of race and equity in a

PL 00659

way they felt worked well. This year, one of their goals when reading Mockingbird is to critically examine why Harper Lee focuses on certain characters and round out those whose stories are not told. This move to look at the novel through the lens of underrepresented characters in the book has served as an entry point into critical conversations about race and equity.

When aligning this approach to a world view in 2021 versus one from a small Alabama town in 1960, it is clear there are real shortcomings in the book as a solo unit. It didn't do what the teachers hoped it to do by itself, but there was great potential to leverage it. "In some ways, we can see Harper Lee's novel as her attempt at using art to change the world," Peterson said, "and we want our students to do the same." That's when the lightbulb went off in terms of curriculum – the teachers began to team up to use Mockingbird as a piece from which to launch their students into action research.

Their approach became to study Atticus Finch's world view by asking students questions such as these:

• Have we realized his vision for justice in the United States?

• If so, how?
• If not, what changes can we make to get there?
• What change do you want to see in the world?
• How can you affect that change?

From there, students are invited to create art as a form of expression to further their impact. That's where Adam Krauss, ELO Coordinator in the school, joined the mission. Krauss helped Peterson and Magliozzi join forces with several mentor artists from The Racial Unity Team. This partnership allowed students to hear from individuals who shared how they and others use art to make an impact on the world, and how they grapple with the realities of being Black in America. Working s
side with these artists, students are learning to govern their voices and

use art to inspire others. The final component of the student work is – with the help of the mentor artists – to turn their research for social change into art for social change.

Power opens up doors or prevents doors from opening. In this work three central things play out in this project: the injection of these professionals and their voices empowers students to claim voices of their own; the initial collaboration between these three teachers has led to collaboration among other colleagues and members of the community; and the resulting creative expression, which can be through art, music and/or the written or spoken word.

Krauss, Magliozzi, and Peterson are trying hard not to send the message that one voice is the end all be all. "Our students have just as much agency in this project and conversation as we do as their guide on the side," said Krauss. Students have just as much power to criticize, challenge, and change their world – our shared world – as everyone else involved in their education. That's equity and inclusion at work. It's a vision for justice Atticus couldn't attain. But lifting up voices, ensuring people

from all backgrounds and experiences are welcomed and their stories are heard – that is a vision for justice that all teachers can champion.

# Letter of Support for the work of the Racial Unity Team

PL 00661

# by ADAM KRAUSS, EXETER HIGH SCHOOL EXTENDED LEARNING OPPORTUNITY

I write this letter of support after a semester of working with 110 students as our school and the Racial Unity Team partner on a NHSCA pilot project initiative. At least three things are clear: 1. students are hooked - learning, reflecting and hungry for change; 2. we're growing professionally while

PL 00662

our school enhances culturally; 3. the success from the past few months has us in a position to partner with neighboring schools in the service of expanded justice studies, equitable outcomes, and the creation of a student-centered network focused on agency and social change.

I'd like to elaborate on the point about students. Today I was talking with one of our students about what she enjoys about school, and she remarked how surprised she was to be doing such an "official" project. I asked what she meant, and she explained she wasn't used to school work involving real-world topics with professional artists and leaders in a way that put her voice and ambition at the center of the experience.

That's what this project has been about: connecting students not only to the world and people around them, but also, to the fires brewing in them - the fires that make them want to ask our artist-mentors how young people can find and use their voices. That a curriculum existed to support this and that there were teachers open to adapting and innovating where needed and possible to ensure we fan those flames is another facet that we will not overlook. Equally compelling is the institutional backdrop that this has played out as our district bolsters our work around diversity, equity, inclusion, and justice.

As a result we have students getting peers to think about constitutional quandaries found in the Pledge of Allegiance, wanting to change the uniform standards governing female athletes, pushing for social-media "fasts" in service of improved personal and social well-being, as well as considering the impacts of "cancel culture," re-imagining the current

structure and goals of public education, and asking others to consider their word choice in everyday interactions.

Thanks to your support, we have identified the various nexus points

PL 00663

between these ideas and pedagogical strands and are excited to share what we have learned with colleagues and learners in another district. That is, after all, the purpose of education: to share our passions and knowledge so that more people tomorrow benefit from what we learned today.

With this experience as the focal point, we bring practiced perspective, vetted resources, shared ideals and devotion to working together toward them, along with what happily feels like a bottomless well of commitment and enthusiasm to doing the work it takes to make it happen. Thank you to all who have been involved and to you for considering our re-application.

Sincerely, Adam Krauss, CAGS, Exeter High SchoolExtended Learning Opportunities, Coordinator and Class of 2024

May 14, 2021

# Program Content



**Click here to hear from Doug Holzapfel professional musician and composer.**

## Additional Information

The Racial Unity Team of NH has been granted $7,500 by the New **Hampshire State Council on the Arts** to deliver a program that gives youth support in creating songs of community. The **Kennebunk Savings Bank** has also contributed to the Team's project at the level of Official Sponsor. Participants may apply the genres of spoken word, rap, hip hop, or lyrics to songs in a creation of their own to express the value of our racially diverse population.  We're also pleased to join **Exeter High School** as "artists in residence" to begin working in the classroom on this exciting collaborative project.

As with community and protest songwriters of the past, the young composers will critique what needs repair, then use music as a uni non-threatening language through which to share what they know their own stories and what they see happening around them. The course

PL 00565

seeks their creative vision of a world without racism.

Students will be asked to add new lines to classic songs to adapt them to today's oppressions and the changes they want to see. Then they'll be asked, "What has stood in your way or your friend's way to becoming the best you/they can be? What would the road to justice and fairness look like?"

Creative visioning in the project "Spoken Word and Song Writing for Social Change" will counter current racist commentary heard in newscasts. Student truths revealed in lyrics and poetry have the potential to tear down stereotypes, open our hearts and imaginations toward understanding the ways we under-serve black and brown citizens. This "Arts in Health NHSCA Project Grant" can open eyes to see how we grow stronger with equitable resources, how we all benefit when everyone is given the chance to grow and thrive in school, workplace, town and neighborhood.

Those interested in hearing more about the class and/or having interest in joining this class should email us at racialunityteam1@gmail.com

* Logo Designer:_ehasan at Fiverr.com

# Project Team Members

## Sylvia Foster



PL 00666

As a musician and social justice advocate, Sylvia served as manager of

"Culture Keepers | Culture Makers," a project team that created an art show and panel discussion on how art changes lives. The works were displayed at the Racial Unity Day gallery and Seacoast NH libraries to build awareness of racism and to envision our communities without racism. Recently retired from UNH's Office of Community, Equity, and Diversity, Sylvia designed programs to build self-awareness, inspire policy changes, and honor diversity as a community value across campus—in classroom, curriculum, and campus life. She teaches in the *Women's and Gender Studies* Program at UNH.

# Kristina Peterson



PL 00667

Kristina Peterson has been teaching English at Exeter High School since

2008.

Kristina has a Masters degree in teaching. She also teaches in the UNH Writers Academy, mentors future and current teachers, writes SEL curriculum for the Emozi program, and is the Secretary of the New Hampshire Council of Teachers of English.

# Dennis Magliozzi

Dennis Magliozzi has been teaching English at Exeter High School since

2008.

He has an MFA in poetry and is currently enrolled in the Philosophy of Education program at UNH.

# Kevin Writer



PL 00668

**https://www.imdb.com/name/nm3836060/**

A fresh and innovative voice in music and digital content, Kevin Writer is Los Angeles-based as a music supervisor and producer. With a keen ear for musical color and the ability to redesign structural elements from popular music into symphonic idiom, Kevin brings dedication to the producer's intent, respect for his musician colleagues, and a spirit of collaboration with each composer and filmmaker he meets.

# Reggie Harris



PL 00669

**https://reggieharrismusic.com/test-page/**

**Listen to his work athttps://www.youtube.com/watch?
v=8ryXm8byxW0**

Reggie Harris generates courageous conversations, getting us to do deep
thinking on issues, build our self-awareness, and use our voices to
advocate for peace and justice.

A master storyteller, musician, and educator, he is affiliated with The John
F. Kennedy Center's "Partners in Education" program. His impressive work
over decades with students and teachers has aided in the expansion and
enhancement of curriculum standards for all grade levels. Mentored by
the foremost authority on the Underground Railroad, Dr. Charles
Blockson, Reggie is one of the premier interpreters of the use of music in
historical movements for social change.

# Doug Holzapfel

**http://www.youtube.com/watch?v=leAW2g5O3tk**

**Samples of work:  www.facebook.com/dougandthebugs**
Doug Holzapfel immersed himself in the music industry in Los An[...]s
a songwriter and music producer. He has worked with numerous

PL 00670

recording artists and major labels creating works in styles ranging from pop and hip hop to rock and jazz.  He scored TV shows for DreamWorks and Netflix and earned a platinum record for his contributions to the DreamWorks' feature film*Trolls.*

## Courtney Marshall

Courtney Marshall, PhD, posted on her Facebook page: "I am a Black

feminist fitness instructor and high school English teacher. Let's get free!" Courtney leads dialogues on race, gender, and social justice issues and is an advocate for—and writer on—prison reform. She was a facilitator for the UNH MLK Leadership Summit for students and has run literacy groups at the Berlin, NH Correctional Facility in hopes of improving prison life by bringing literature to inmates. Over the years she has taught as a professor of English and Women's and Gender Studies at UNH and as an English teacher at Phillips Exeter Academy.

## Adam Krauss



PL 00671

Adam Krauss is the Extended Learning Opportunity (ELO) Coordinator at

Exeter High School, following several years teaching U.S. history and government. He is active with the Seacoast Educators for Equity and N.H. Leaders for Just Schools.

# Randy Armstrongt

**https://www.randyarmstrong.com/**

**Listen to his work at**

**https://www.randyarmstrong.com/beyondborders/05WhereverYouA**

PL 00672

Randy Armstrong is a renowned performer and recording artist. He was the director of the African Drumming and World Percussion Ensemble and faculty instructor.

https://www.youtube.com/watch?v=vFmtWF6l03I&feature=emb_logo





PL 00674

# Community to School Event
## 2022

## Additional Information

Dr. Clint Smith, bestselling author of "Counting Descent", spoke to a group of 215 high school students at the Exeter High School on February 2, 2022, as part of the Racial Unity Team's Community to School Arts in Action project. This was also an occasion for many to celebrate Black heroes and events throughout history that advocates for equity and inclusion through poetry. Before the start of the event he reflected on his childhood "When I was in school, we didn't read a lot of books written by people who looked like me or about characters who looked like me. So I wrote Counting Descent for that kid who needed a book that represents him. And to think that my book might now be in the hands of one of your students who really needs it, makes everything come full circle for me." He told Kristina Peterson English teacher at the Exeter High School. During his conversation with the students he said, "A poem is a time capsule of who you were when you wrote it, and my poems are a reminder to myself of who I want to be - my north star - posing the question, 'Am I the person I want to be? If not, what do I do to align myself with my values?'" Clint also spoke of the history of literature saying, "Slam poetry isn't always taken seriously by those who call themselves intellectuals. That's because the genre of slam poetry originated with black and brown people. Slam poetry isn't always found on a page, but we need to remember that Homer and Shakespeare, and a host of other writers lived in a time of oral traditions through storytellers and actors on the stage. The printing press wasn't used until the mid-fifteenth century. Slam poetry needs to be acce the literary canon.

# Learn More

To learn more about the Racial Unity Team's community-to-school projects and how your school can become part of this movement contact us.

**FIND OUT MORE**

HOME

CONTACT US

LEADERSHIP TEAM

CALENDAR

**Racial Unity Team**

603-263-6511

Copyright © 2022 Racial Unity Team - All Rights Reserved.

HEADING ART: Unity, by Richard Haynes

Powered by GoDaddy Website Builder



PL 00676

**Referenced in Tweets 12 and 13**

PL 00078

## Racial Unity Team

## Board of Directors

             

    

PL 00079

Members

PL 00080

## Staff

**Project Assistant**

Sarah Stumm, Volunteer
Since May 2023

**We also want to fill these**

**Volunteer opportunities**

Be A Team Captain! Program
President (1)
Grant Leadership Committee's
President (1)
Program Coordinator (Lead,
Program) Committee Member (1)
Social Media Coordinator - Program Member,
email
Coordinator@racialunityteam

**Administrative Director**

Meg Cowley Dadian
Since May 2022

--- Committees – Leadership Teams – Projects ---

### Education Committee
**Pat Thistle - Chair**
Ann Kendall
Sharon Zaputil
Maya Lindsay
Ron Julio
Nikita Victor
Toni Howard
Chris Root
Glenn Meyer
Sabine Radley-Young
Nancy Sabin

### Art & Poetry Challenge
**Brita Morello - Chair**
Kathy Brezina - Co Chair
Nancy Sgarno - Co Chair
Susan Good
Joy Hunter-Gibbs
Brian Parade
Susie Gaona
Trish Juhl
Sandy Kraft
Jenn Williamson
Jeni Campbell
Lea Bentley
Nora Boustani

**FIND OUT MORE**

### Arts In Action Project
**Sylvia Fowler - Chair**
Chris Tolosky
Sandra Taketa
Kristi Monroe
Sandra Heighton
Karen Finnie
Maggie Ronan
Kevin Pearce
Courtney Stafford
Kim Warren

**FIND OUT MORE**

### Program Committee
**Kim Morello - Chair**
Jodi Lambo - Co-Chair
Ann Kendall
Sharon Zaputil
Brendan Ring
Robin Thompson
Cynthia Young
Courtney Martin
Marlene Brockton
Elley Petroni
Jenni Baumwald

### AAPI Advisory Group
**Kim Morello - Chair**
Barbara Robinson
Sylvia Rowe
Marilyn Chiu
Clare Sherman-Ching
Robin Galbraith

**FIND OUT MORE**

### Grants & Fundraising Committee
**Brita Morello - Chair**
Sylvia Fowler
Nancy Sgarno
Kim Obitsch

### Strategic Planning Committee
**Jonathan Ring - Chair**
Ann Kendall
Sharon Zaputil
Mark Petroni
Jay Milton Morello
Chris Boulware

### Executive Committee
**Kim Morello - Chair**
Kathy Brezina - Vice Chair
Jonathan Ring - Treasurer
Jay Milton Morello - Secretary

### Finance Committee
**Jonathan Ring - Chair**
Dan Stevens
Ann Kendall
Karen Finnish - Bookkeeper

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Local 8027, AFT-New Hampshire, et al.
Plaintiff(s)/United States

          v.                     Case No.  1:21-cv-01077-PB

Frank Edelblut, in his Official Capacity, et al.
Defendant(s)


**NOTICE OF CONVENTIONAL FILING**


      Plaintiffs have conventionally filed the following attachment or exhibit:

Exhibit 29 to Plaintiffs' Statement of Material Facts entitled Actively Unwoke Aug 2022 Tweets (Depo. Ex. 67).


      This attachment or exhibit has not been filed electronically because:

It exceeds the file size.




Date: August 14, 2023             /s/  Gilles Bissonnette

                               Gilles Bissonnette

                               265393

                               ACLU of New Hampshire

                               18 Low Avenue

                               Concord, NH 03301

                               603-224-5591

                               gilles@aclu-nh.org

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

All counsel of record

Date: August 14, 2023

/s/ Gilles Bissonnette

Gilles Bissonnette

265393

ACLU of New Hampshire

18 Low Avenue

Concord, NH 03301

603-224-5591

gilles@aclu-nh.org

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Local 8027, AFT-New Hampshire, et al.

Plaintiff(s)/United States

v.                                          Case No.  1:21-cv-01077-PB

Frank Edelblut, in his Official Capacity, et al.

Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

Please take notice that  Plaintiffs                                               has

conventionally filed the following attachment or exhibit: _____

Exhibit 30 to Plaintiffs' Statement of Material Facts (Depo. Ex. 68)                 .

This attachment or exhibit has not been filed electronically because:

It either contains information that has been designated by Defendants as "Confidential—
Attorneys' Eyes Only" pursuant to the Protective Order (DN 76) insofar as Defendants assert
that this information is protected under RSA 354-A:21, II(a) and/or N.H. Admin. R. PART
Hum 219.04(a), or it contains personal identifying information.

Date: August 14, 2023            /s/  Gilles Bissonnette

                                 Gilles Bissonnette

                                 265393

                                 ACLU of New Hampshire

                                 18 Low Avenue

                                 Concord, NH 03301

                                 603-224-5591

                                 gilles@aclu-nh.org

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

All counsel of record

Date: August 14, 2023 _____

/s/ Gilles Bissonnette
Gilles Bissonnette
265393
ACLU of New Hampshire
18 Low Avenue
Concord, NH 03301
603-224-5591
gilles@aclu-nh.org

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Local 8027, AFT-New Hampshire, et al.
Plaintiff(s)/United States

v.                                                    Case No.  1:21-cv-01077-PB

Frank Edelblut, in his Official Capacity, et al.
Defendant(s)


**NOTICE OF CONVENTIONAL FILING**

Please take notice that Plaintiffs has
conventionally filed the following attachment or exhibit:
Exhibit 31 to Plaintiffs' Statement of Material Facts (Depo. Ex. 69).

This attachment or exhibit has not been filed electronically because:

It either contains information that has been designated by Defendants as "Confidential—
Attorneys' Eyes Only" pursuant to the Protective Order (DN 76) insofar as Defendants assert
that this information is protected under RSA 354-A:21, II(a) and/or N.H. Admin. R. PART
Hum 219.04(a), or it contains personal identifying information.


Date: August 14, 2023                 /s/  Gilles Bissonnette
                                      Gilles Bissonnette
                                      265393
                                      ACLU of New Hampshire
                                      18 Low Avenue
                                      Concord, NH 03301
                                      603-224-5591
                                      gilles@aclu-nh.org

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

All counsel of record

Date: August 14, 2023

/s/ Gilles Bissonnette

Gilles Bissonnette

265393

ACLU of New Hampshire

18 Low Avenue

Concord, NH 03301

603-224-5591

gilles@aclu-nh.org

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Local 8027, AFT-New Hampshire, et al.
Plaintiff(s)/United States

v.                                              Case No.  1:21-cv-01077-PB

Frank Edelblut, in his Official Capacity, et al.
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

Please take notice that Plaintiffs has
conventionally filed the following attachment or exhibit:
Exhibit 32 to Plaintiffs' Statement of Material Facts (Depo. Ex. 70).

This attachment or exhibit has not been filed electronically because:

It either contains information that has been designated by Defendants as "Confidential—
Attorneys' Eyes Only" pursuant to the Protective Order (DN 76) insofar as Defendants assert
that this information is protected under RSA 354-A:21, II(a) and/or N.H. Admin. R. PART
Hum 219.04(a), or it contains personal identifying information.

Date: August 14, 2023                    /s/  Gilles Bissonnette
                                         Gilles Bissonnette
                                         265393
                                         ACLU of New Hampshire
                                         18 Low Avenue
                                         Concord, NH 03301
                                         603-224-5591
                                         gilles@aclu-nh.org

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

All counsel of record

Date: August 14, 2023

/s/ Gilles Bissonnette

Gilles Bissonnette

265393

ACLU of New Hampshire

18 Low Avenue

Concord, NH 03301

603-224-5591

gilles@aclu-nh.org

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Local 8027, AFT-New Hampshire, et al.
Plaintiff(s)/United States

                    v.                          Case No.   1:21-cv-01077-PB

Frank Edelblut, in his Official Capacity, et al.
Defendant(s)

## NOTICE OF CONVENTIONAL FILING

          Please take notice that  Plaintiffs                                                    has
conventionally filed the following attachment or exhibit:  _____
Exhibit 33 to Plaintiffs' Statement of Material Facts (Depo. Ex. 71)                      .

          This attachment or exhibit has not been filed electronically because:

It either contains information that has been designated by Defendants as "Confidential—
Attorneys' Eyes Only" pursuant to the Protective Order (DN 76) insofar as Defendants assert
that this information is protected under RSA 354-A:21, II(a) and/or N.H. Admin. R. PART
Hum 219.04(a), or it contains personal identifying information.

Date: August 14, 2023                    /s/  Gilles Bissonnette
                                         Gilles Bissonnette
                                         265393
                                         ACLU of New Hampshire
                                         18 Low Avenue
                                         Concord, NH 03301
                                         603-224-5591
                                         gilles@aclu-nh.org

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

All counsel of record

Date: August 14, 2023          /s/ Gilles Bissonnette

Gilles Bissonnette

265393

ACLU of New Hampshire

18 Low Avenue

Concord, NH 03301

603-224-5591

gilles@aclu-nh.org

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Local 8027, AFT-New Hampshire, et al.
Plaintiff(s)/United States

v.                                    Case No.  1:21-cv-01077-PB

Frank Edelblut, in his Official Capacity, et al.
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

Please take notice that Plaintiffs has
conventionally filed the following attachment or exhibit:
Exhibit 34 to Plaintiffs' Statement of Material Facts (Depo. Ex. 72).

This attachment or exhibit has not been filed electronically because:

It either contains information that has been designated by Defendants as "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order (DN 76) insofar as Defendants assert that this information is protected under RSA 354-A:21, II(a) and/or N.H. Admin. R. PART Hum 219.04(a), or it contains personal identifying information.

Date: August 14, 2023          /s/  Gilles Bissonnette
                               Gilles Bissonnette
                               265393
                               ACLU of New Hampshire
                               18 Low Avenue
                               Concord, NH 03301
                               603-224-5591
                               gilles@aclu-nh.org

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

 All counsel of record

Date: August 14, 2023

/s/ Gilles Bissonnette

Gilles Bissonnette

265393

ACLU of New Hampshire

18 Low Avenue

Concord, NH 03301

603-224-5591

gilles@aclu-nh.org

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Local 8027, AFT-New Hampshire, et al.
Plaintiff(s)/United States

v.                                    Case No.  1:21-cv-01077-PB

Frank Edelblut, in his Official Capacity, et al.
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

Please take notice that  Plaintiffs                                             has
conventionally filed the following attachment or exhibit: _____
Exhibit 35 to Plaintiffs' Statement of Material Facts (Depo. Ex. 73)                      .

This attachment or exhibit has not been filed electronically because:

It either contains information that has been designated by Defendants as "Confidential—
Attorneys' Eyes Only" pursuant to the Protective Order (DN 76) insofar as Defendants assert
that this information is protected under RSA 354-A:21, II(a) and/or N.H. Admin. R. PART
Hum 219.04(a), or it contains personal identifying information.

Date: August 14, 2023            /s/  Gilles Bissonnette
                                 Gilles Bissonnette
                                 265393
                                 ACLU of New Hampshire
                                 18 Low Avenue
                                 Concord, NH 03301
                                 603-224-5591
                                 gilles@aclu-nh.org

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

All counsel of record

Date: August 14, 2023

/s/ Gilles Bissonnette

Gilles Bissonnette

265393

ACLU of New Hampshire

18 Low Avenue

Concord, NH 03301

603-224-5591

gilles@aclu-nh.org

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Local 8027, AFT-New Hampshire, et al.
Plaintiff(s)/United States

                    v.                          Case No.   1:21-cv-01077-PB

Frank Edelblut, in his Official Capacity, et al.
Defendant(s)


**NOTICE OF CONVENTIONAL FILING**

          Please take notice that Plaintiffs                                                    has
conventionally filed the following attachment or exhibit:
Exhibit 36 to Plaintiffs' Statement of Material Facts (Depo. Ex. 74)                          .

          This attachment or exhibit has not been filed electronically because:

It either contains information that has been designated by Defendants as "Confidential—
Attorneys' Eyes Only" pursuant to the Protective Order (DN 76) insofar as Defendants assert
that this information is protected under RSA 354-A:21, II(a) and/or N.H. Admin. R. PART
Hum 219.04(a), or it contains personal identifying information.


Date: August 14, 2023                    /s/  Gilles Bissonnette
                                         Gilles Bissonnette
                                         265393
                                         ACLU of New Hampshire
                                         18 Low Avenue
                                         Concord, NH 03301
                                         603-224-5591
                                         gilles@aclu-nh.org

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

All counsel of record

Date: August 14, 2023 _____

/s/ Gilles Bissonnette

Gilles Bissonnette

265393

ACLU of New Hampshire

18 Low Avenue

Concord, NH 03301

603-224-5591

gilles@aclu-nh.org

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Local 8027, AFT-New Hampshire, et al.
Plaintiff(s)/United States

                    v.                          Case No.  1:21-cv-01077-PB

Frank Edelblut, in his Official Capacity, et al.
Defendant(s)


**NOTICE OF CONVENTIONAL FILING**

          Please take notice that Plaintiffs                                          has
conventionally filed the following attachment or exhibit: _____
Exhibit 37 to Plaintiffs' Statement of Material Facts (Depo. Ex. 75)                 .

          This attachment or exhibit has not been filed electronically because:

It either contains information that has been designated by Defendants as "Confidential—
Attorneys' Eyes Only" pursuant to the Protective Order (DN 76) insofar as Defendants assert
that this information is protected under RSA 354-A:21, II(a) and/or N.H. Admin. R. PART
Hum 219.04(a), or it contains personal identifying information.


Date: August 14, 2023                    /s/  Gilles Bissonnette
                                         Gilles Bissonnette
                                         265393
                                         ACLU of New Hampshire
                                         18 Low Avenue
                                         Concord, NH 03301
                                         603-224-5591
                                         gilles@aclu-nh.org

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

All counsel of record

Date: August 14, 2023

/s/ Gilles Bissonnette

Gilles Bissonnette

265393

ACLU of New Hampshire

18 Low Avenue

Concord, NH 03301

603-224-5591

gilles@aclu-nh.org

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Local 8027, AFT-New Hampshire, et al.
Plaintiff(s)/United States

                    v.                    Case No.  1:21-cv-01077-PB

Frank Edelblut, in his Official Capacity, et al.
Defendant(s)


**NOTICE OF CONVENTIONAL FILING**

        Please take notice that  Plaintiffs                                               has
conventionally filed the following attachment or exhibit:                                  
Exhibit 38 to Plaintiffs' Statement of Material Facts (Depo. Ex. 76)                       .

        This attachment or exhibit has not been filed electronically because:

It either contains information that has been designated by Defendants as "Confidential—
Attorneys' Eyes Only" pursuant to the Protective Order (DN 76) insofar as Defendants assert
that this information is protected under RSA 354-A:21, II(a) and/or N.H. Admin. R. PART
Hum 219.04(a), or it contains personal identifying information.


Date: August 14, 2023              /s/  Gilles Bissonnette
                                   Gilles Bissonnette
                                   265393
                                   ACLU of New Hampshire
                                   18 Low Avenue
                                   Concord, NH 03301
                                   603-224-5591
                                   gilles@aclu-nh.org

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

All counsel of record

Date: August 14, 2023

/s/ Gilles Bissonnette
Gilles Bissonnette
265393
ACLU of New Hampshire
18 Low Avenue
Concord, NH 03301
603-224-5591
gilles@aclu-nh.org

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Local 8027, AFT-New Hampshire, et al.
Plaintiff(s)/United States

                    v.                    Case No.  1:21-cv-01077-PB

Frank Edelblut, in his Official Capacity, et al.
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

          Please take notice that Plaintiffs                                                    has
conventionally filed the following attachment or exhibit: _____
Exhibit 39 to Plaintiffs' Statement of Material Facts (Depo. Ex. 77)                          .

          This attachment or exhibit has not been filed electronically because:

It either contains information that has been designated by Defendants as "Confidential—
Attorneys' Eyes Only" pursuant to the Protective Order (DN 76) insofar as Defendants assert
that this information is protected under RSA 354-A:21, II(a) and/or N.H. Admin. R. PART
Hum 219.04(a), or it contains personal identifying information.

Date: August 14, 2023            /s/  Gilles Bissonnette
                                 Gilles Bissonnette
                                 265393
                                 ACLU of New Hampshire
                                 18 Low Avenue
                                 Concord, NH 03301
                                 603-224-5591
                                 gilles@aclu-nh.org

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

 All counsel of record

Date: August 14, 2023

/s/ Gilles Bissonnette

Gilles Bissonnette

265393

ACLU of New Hampshire

18 Low Avenue

Concord, NH 03301

603-224-5591

gilles@aclu-nh.org

# EXHIBIT 40

## DOE Commissioner Edelblut April 15, 2022 Op-ed and Attachments

## (Depo. Ex. 14)

**EXHIBIT 14**

D. Fenton

5/17/2023

Reporter: Sharon Saalfield
RDR, CRR

Skip to main content
scroll to top
A A A Change Text Size
Change Site Language
Search The Site
CLOSE
MAKE TEXT SMALLER
MAKE TEXT LARGER
CLOSE
Select Language ⌄
Powered by Google Translate Translate

Powered by:
Reset Language to English
CLOSE
Search entire site by keyword or topic  Search by keyword or topic...
SEARCH
ALERT

**Get the latest Coronavirus COVID-19 update at https://www.covid19.nh.gov**



New Hampshire
# **Department of Education**

•
•
•
•



## **Main navigation**

☐ OPEN MENU CLOSE MENU

- Home
- Education Pathways
  - Local District Schools
  - Public Charter Schools
  - Private/Nonpublic Schools
  - Home Education
  - Adult and Continuing Education
  - Education Outside the Classroom
  - Higher Education in New Hampshire
  - Bureau of Special Education Support
  - Career and Technical Education
  - Section 504
- Parents and Students
  - My Local School District
  - Services for my child
  - Appeals and Mediation
  - School Safety
  - Transportation
- Educators
  - Bureau of Credentialing
  - Resources for Teachers
  - Grants and Funding
  - Rules and Regulations
  - Bureau of Student Wellness

- ○ Data Reports
- Partners
- Who We Are
- Careers
- Contact Us
  - ○ NHDOE Email Distribution List

-
-
-
-

- Home
- Education's Sacred Trust

# In the News

For Immediate Release
April 15, 2022

### Contact

Kim Houghton, Communications Administrator
(603) 513-3030 | kimberly.c.houghton@doe.nh.gov

## Education's Sacred Trust

*\*Op-ed written by Commissioner Frank Edelblut of the New Hampshire Department of Education*

Educators and the public education system are custodians of a sacred trust.

When children come to school, they arrive reflecting the value systems of the families responsible for raising them. Those value systems are as different as the children themselves.

Recent revelations from educators around the country, mostly on social media platforms like TikTok, reveal a number of educators who believe that it is their responsibility to weigh in on and influence the value systems of the children toward a particular goal. This impulse to influence a child's value system is not limited to educators. As was recently revealed, Disney also wants to weigh in. It is not good enough to simply allow parents and caregivers the responsibility to instill a value system they believe is right for the child. Whether it is a rogue educator or a corporation trying to impose a value system on impressionable youngsters, that is not their job. That is the job of parents and caregivers.

Fortunately, parents can choose to turn off Disney. They can't, however, easily escape the efforts of activist educators who might be knowingly dismantling the foundations of a value system they are attempting to build.
That means that families, when they send their children to school, entrust the educators to respect the value systems that the family is building. This is the sacred trust that educators have.

To be fair, most educators do not engage in such practices, and effective educators know that blatant displays of bias are not necessary. They can teach challenging and sometimes controversial topics without allowing their personal preferences to seep through to the children. A student may never even know a teacher's opinion on a topic, particularly a sensitive topic like sexuality and gender, or perspectives on political systems, whether capitalism or socialism, or an ideological engagement of race and diversity.

Rather, these teachers provide instruction that is developmentally appropriate to the child, and parents are left to determine how, and when, to explain the benefits and consequences of adopting beliefs that align with one side of an argument or another.

But when educators overstep, it weakens the ability for parents to achieve the values they believe to be best for their children, and it squanders the credibility of the profession as a whole.

For the most part, New Hampshire has avoided many of the problems seen on a national level. But, that does not mean that we are immune to them.

Recent experiences in New Hampshire show that some of these biases are beginning to seep into our own institutions. This document.pdf 📄 exemplifies actual instructional material from New Hampshire schools that parents have identified as conflicting with their values.

One example includes messaging to children as young as 8 and 9 year "that there are totally more than two genders! Some people identify as a gender that is not male or female, some identify as more than one gender, and some people don't identify as any gender." Not only can this be confusing for a child, but it might conflict with – or worse, undermine – the value system of many of the families.

Children in New Hampshire need to learn about capitalism and socialism. And, when those subjects are taught, the teaching needs to be factually accurate. The goal, however, is not to persuade children to become socialists through a biased or subtle affirmation of the tenants of socialism, even if the educator holds a personal belief in that system. Again, for an effective teacher, those beliefs do not seep through. But, when walls of one New Hampshire classroom are adorned with posters extoling the virtues of socialism, the educators undermine the values of families.

PL 00682

Parents of students taking an art class should have a reasonable expectation that they will be learning about, well, art. They should not be concerned, as occurred in another New Hampshire classroom, that the introduction to art will begin with a lesson in pronouns and links to Black Lives Matters for kids and LGBTQ+ for kids.

For a very long time, educators were a highly trusted partner for parents, and in that role, they were given great latitude. With that latitude came great responsibility. Responsibility to support the parents and not undermine their values.

The actions of some educators, which have become increasingly apparent through social media as a result of the pandemic, are undermining the sacred trust that educators hold. Educators have a position of influence over children. The correct use of that influence will support and not compromise the values of families.

Good educators have always recognized that.



.pdfViewer

 Portable Document Format (.pdf) . Visit nh.gov for a list of free .pdf readers for a variety of operating systems.

# New Hampshire
# **Department of Education**

*25 Hall Street | Concord, NH | 03301-3860*
*(603) 271-3494 | TDD Access: Relay NH 1-800-735-2964 | info@doe.nh.gov*
Directions to NHDOE Subscribe to e-news

## Footer - Agency Links

- NH Career and Technical Education
- NH Schools
- iPlatform
- myNHDOE
- Educator Search

## Footer - State Links

- NH Government Careers
- NH Travel & Tourism
- NH Web Portal - NH.gov
- ReadyNH.gov
- Transparent NH

© 2022 State of New Hampshire • All rights reserved

PL 00883

- Accessibility Policy
- Privacy Policy

An official NEW HAMPSHIRE government website



# Original text

Contribute a better translation

PL 00684

# Topic One

PL 00685

**EdChange**
informing ourselves
reforming our schools
transforming our world
www.EdChange.org

# Equity & Diversity in the U.S.
# A Re-Perception Quiz

1. 57% of people in state prisons for drug offenses in the US are African American. What percentage of illicit drug users in the US are African American?
   a. 14%
   b. 28%
   c. 42%
   d. 56%

2. According to the Southern Poverty Law Center, 34 anti-Muslim organizations were operating in the US in 2015. How many were operating in the US in 2016?
   a. 21
   b. 34
   c. 101
   d. 146

3. According to GLSEN, what percentage of students who report an incident of homophobia at school say the school did nothing in response or told them to ignore it?
   a. 18%
   b. 31%
   c. 48%
   d. 64%

4. US Census data show that African American and Latina women earn how much for every dollar a White man earns?
   a. one dollar and one dollar, respectively
   b. 81 cents and 79 cents respectively
   c. 64 and 56 cents, respectively
   d. 54 cents and 49 cents, respectively

The Service Women's Action Network has reported that women serving in Iraq and Afghanistan are less likely to have been killed by an enemy than they are to have been:
a. raped by a colleague
b. dishonorably discharged
c. promoted in rank

*Equity & Diversity Quiz*  2

6. According to the Center for American Progress, compared with schools attended by at least 90% white students, those attended by at least 90% students of color spend how much less per pupil annually?
   a. $312
   b. $733
   c. $1,028

7. About 5% of the world's people live in the United States. About what percentage of people currently in prison live in the United States?
   a. 5%
   b. 25%
   c. 45%
   d. 65%

8. In a study conducted by the National Bureau of Economic Research, researchers replied to help-wanted ads by sending résumés from fictitious applicants. Each applicant had the same qualifications, but some had stereotypically African American sounding names while others had stereotypically White sounding names. How much more likely were applicants with stereotypically White names to get a callback regarding their applications than applicants with stereotypically Black names?
   a. 15% more likely
   b. 26% more likely
   c. 39% more likely
   d. 50% more likely

9. Identify the source of this quote: "We have deluded ourselves into believing the myth that capitalism grew and prospered out of the Protestant ethic of hard work and sacrifices. Capitalism was built on the exploitation of black slaves and continues to thrive on the exploitation of the poor, both black and white, both here and abroad."
   a. bell hooks
   b. Michael Moore
   c. Martin Luther King, Jr.

10. The median household income in the US has increased 16% since 1980. During the same period, corporate profits after taxes increased 182%, the average income for the wealthiest 1% of families increased 190%, and the average income for the wealthiest 0.01% of families grew 322%. What happened to the average income of the poorest 90% during that time?
   a. increased 16%
   b. increased 0.03%
   c. decreased 16%

*For a list of references as well as other quizzes and answer keys, please visit the Multicultural Pavilion Web site at http://www.edchange.org/multicultural/quizzes.html.*

© EdChange and Paul C. Gorski, 2017
http://www.EdChange.org

a.  $312
b.  $733
c.  $1,028

7.  About 5% of the world's people live in the United States. About what percentage of people currently in prison live in the United States?

a.  5%
b.  25%
c.  45%
d.  65%

8.  In a study conducted by the National Bureau of Economic Research, researchers replied to help-wanted ads by sending résumés from fictitious applicants. Each applicant had the same qualifications, but some had stereotypically African American sounding names while others had stereotypically White sounding names. How much more likely were applicants with stereotypically White names to get a callback regarding their applications than applicants with stereotypically Black names?

a.  15% more likely
b.  26% more likely
c.  39% more likely
d.  50% more likely

9.  Identify the source of this quote: "We have deluded ourselves into believing the myth that capitalism grew and prospered out of the Protestant ethic of hard work and sacrifices. Capitali capitalism was built on the exploitation of black slaves and continues to thrive on the exploitation of the poor, both black and white, both here and abroad."

a.  bell hooks
b.  Michael Moore
c.  Martin Luther King, Jr.

PL 00688

1741

2. According to the Southern Poverty Law Center, 34 anti-Muslim organizations were operating in the US in 2015. How many were operating in the US in 2016?

   a.   21
   b.   34
   c.   101
   d.   146

3. According to GLSEN, what percentage of students who report an incident of homophobia at school say the school did nothing in response or told them to ignore it?

   a.   18%
   b.   31%
   c.   48%
   d.   64%

4. US Census data show that African American and Latina women earn how much for every dollar a White man earns?

   a.   one dollar and one dollar, respectively
   b.   81 cents and 79 cents respectively
   c.   64 and 56 cents, respectively
   d.   54 cents and 49 cents, respectively

5. The Service Women's Action Network has reported that women serving in Iraq and Afghanistan are less likely to have been killed by an enemy than they are to have been:

   a.   raped by a colleague
   b.   dishonorably discharged
   c.   promoted in rank

PL 00689



3 People

Thank you

That student told me
Parent pulled him aside
today and asked if he was
given an assignment that
made him
"uncomftorable"

Im not sure how he even
know who it was that
shared that info. Parent
said that teacher had
them fill out permission
slips? But even with a slip,
i would think its still not
allowed.





Verizon LTE          8:06 AM          @ 31%

3 People

Probably they pinpointed him because he was at the meeting I did put in a call to the principal because I've never spoken to him before and I wanted to bring up about the fact that the comfort of the students should be in the forefront

I figured it was because he was sitting with us last night









**.il Verizon LTE**       8:08 AM        @ 36% ⚡

< 3                  3 People              □◁

engaging with ▮ in the middle of
the hallway. ▮ yelled that ▮
talking to me. Loudly. Said it loudly
not exactly yelling but said it
loudly.
I told ▮ I had zero trust in
anything, I told ▮ that as well.
▮ said we had the department of
education emailing them and they

▮reached out to
someone ▮trusted, in an
uncomftorable situation,
and they want to punish
▮for it. Disgusting.

> Oh boy.  Please find a
> way to acknowledge and
> thank this student

I already did. And
reminded ▮very
brave

[ ] iMessage

.ıl Verizon LTE          8:08 AM          @ 36% ⚡

Done          **14 of 16**

students mom because said
student stuck up for what's right
that will benefit future grades.
Absolutely insane. I couldn't
believe that. ████ was so
rude and I told ████ lost all
respect for ████ understood
that because ████ not very nice
after school board meetings,
apparently, that's what ████ said.
████ gonna "fix it" 😑 yeah I'm
not talking to that ████ ever again.


What did ████ say to you

Wanted to know who I told (didn't
tell ████ - all of this at 7:15 am
WHILE i was walking to my A
period class. Questioned me and I
walked away because I wasn't
engaging with ████ in the middle of
the hallway. ████ yelled that ████
talking to me. Loudly. Said it loudly
not exactly yelling but said it
loudly.
I told ████ I had zero trust in
anything, I told ████ that as well.
████ said we had the department of
education emailing them and they
were scrambling to fix it. The fact
that ████ just assumed it was me no
questions asked says enough.



## Edelblut, Louis (Frank)

**From:** Farrell, Richard
**Sent:** Tuesday, April 12, 2022 9:00 AM
**To:** Edelblut, Louis (Frank)
**Subject:** FW ▮▮▮▮▮
**Attachments:** Human Relations Course Syllabus.pdf

Please review the attachment.
Rich

Richard J. Farrell Jr.
New Hampshire Department of Education
Investigations
101 Pleasant Street
Concord, New Hampshire 03301
(603) 271-8372

*The contents of this message are CONFIDENTIAL Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is PROHIBITED. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, April 7, 2022 9:34 AM
**To:** Farrell, Richard <Richard.J.Farrell@doe.nh.gov>
**Cc:** ▮▮▮
**Subject:** ▮▮▮▮▮▮▮

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Good morning Rich.
We have had an opportunity to review the material that you'd sent and have the following information for you in response to the inquiry.
First and foremost, the activities identified are from the Human Relations Course at ▮▮▮ After review with the principal, curriculum coordinator, and assistant superintendent, we have determined that these activities do fall within the scope of the course. For your information, I have attached a copy of the syllabus. You'll also notice that this syllabus includes a form for parental notification, as well as an invitation for parents to review class assignments on Google Classroom at any time. I'm told that all participants in the class have submitted signed acknowledgements. Furthermore, neither the teacher nor school administrators have received any complaints to date regarding the course content. Should any such objection be received, the district will handle it in accordance with our Policy IGE – Exceptions to Use of Specific Course Material(s). We have also reviewed this material through the lens of the new Divisive Concepts law, and find that the subject of these activities do not apply.

I have copied the school staff involved in this matter on this email – please feel free to let us know if you require further information.
Regards,

# Human Relations with ▇▇▇▇▇▇▇

room: ▇▇    email: ▇▇▇▇▇▇▇▇▇▇▇    phone: ▇▇▇▇▇▇▇

## Class Description

Students will develop knowledge, skills, and behaviors to create a greater understanding of themselves, other individuals, families and society. The course will proceed by way of class activities and development of skills to contribute to positive relationships, families and an understanding of our society.

## Class Competencies

**Personal Development:** Students will analyze functions and expectations of personal needs, characteristics and the effects on interpersonal relationships.

**Communication Skills:** Students will demonstrate communication skills that contribute to positive relationships in all aspects of life.

**Leadership & Teamwork:** Students will demonstrate leadership and teamwork.

# Responsibility and Preparation

Come to class on time and prepared. You should be in your seat by the time the bell rings.

## CLASS EXPECTATIONS = LIVE THE LANCER WAY!

1. **Be Positive & Respectful**
2. **Be Prepared & Organized**
3. **Be Present & On-time**
4. **Be Proud**

Situations disregarding our classroom expectations will be handled on a case-by-case basis to emphasize the importance of being our best.

### Cell Phone Policy

Please be respectful with the use of personal devices and keep them put away during instructional time. Your device should not be preventing you from doing your work.

# Google Classroom

All lesson materials and assigned work (including papers that are handed out in class) will be posted on Google Classroom for reference and review purposes, or in the event that you are absent. You are encouraged to invite your parent/guardian to our Google Classroom so that they may stay informed about what we are doing in class.



**Course Competencies-**
Competency 1 - Communication and Collaboration in the classroom
Competency 2 - Critical Thinking, Creativity and Problem Solving
Competency 3 - Self- Directed Learners
Competency 4 - Engaged Citizens in our communities

# CLASSROOM WORK/GRADING

Assessments will be done in multiple ways. Bell ringers, quizzes, class activities, exit tickets and reflections will be used in the classroom to formatively assess the students' learning. Performance tasks, projects, presentations and reflective writing will be used to summatively assess a student's work.
**Summative work counts for 80% of your grade.**
**Formative work counts for 20% of your grade.**

## ATTENDANCE-

Students are expected to be in class, on time, every day. Attendance will be taken at the beginning of each class and absences will be noted. **Students who miss more than 5 classes per quarter are in danger of failing** the course. In addition, those students who arrive late (without proper documentation) will also be noted and marked as tardy. **3 tardy arrivals count as 1 absence.** REMEMBER..... Most of our course assignments are completed in class so it is in your best interest to be in class to complete the work.

## MATERIALS

Folder
Pencil/Pen
Notebook or paper (guided note sheets will be provided for some lessons)
Laptop/device to access Google Classroom and online assignments



## MAKE UP WORK & REMEDIATION PLANS-

**Make-Up-**
If you are absent---it will be **YOUR** responsibility to do the following-
- Check the **Google Classroom** and your **Weekly Overview**
- Initiate communication with me on how to complete any missing formative or summative work
- All make-up work must be completed within one week after returning to school unless an alternative plan is made with your teacher according to the Student Handbook page 9.

**Late work -**
I understand that life happens and assignments will be accepted late. However if arrangements were not approved in advance and the assignment is more than 1 day late, 5 points will be taken off. If assignments are repeatedly turned in late additional points may be taken off. If you are completing an assignment late that is an online assignment, it will be your responsibility to notify me to check the online assignment for your work (send an email, comment on classroom assignment or discuss in person).

**Remediation-**
If you are not satisfied with your success on a summative assignment and you would like to create a plan to improve, you must make arrangements with me to create a remediation plan. Plans will be created based on the assessment, the competencies addressed and the area of need for the student. Remediation must be completed within the same quarter as the original assignment.

**Extra help -**
For extra help, to make up work or just to talk about life, please see me either before school (7:05-7:15) or during my prep period (C period) or lunch (F period). If you need a longer time period I am happy to schedule one with you.

I am looking forward to the opportunity to work with you throughout the semester.   **LET'S GET GOING!** ☺