Copyright © 2019 by Ibram X. Kendi

All rights reserved.

Published in the United States by One World, an imprint of Random House,
a division of Penguin Random House LLC, New York.

ONE WORLD is a registered trademark and its colophon is a trademark
of Penguin Random House LLC.

LIBRARY OF CONGRESS CATALOGING-IN-PUBLICATION DATA
Names: Kendi, Ibram X., author.
Title: How to be an antiracist / Ibram X. Kendi.
Description: New York : One World, 2019. | Includes index.
Identifiers: LCCN 2018058619 | ISBN 9780525509288 |
ISBN 9780525509295 (ebook)
Subjects: LCSH: Anti-racism—United States. | Racism—Psychological
aspects. | United States—Race relations. | Kendi, Ibram X.
Classification: LCC E184.A1 K344 2019 | DDC 305.800973—dc23
LC record available at https://lccn.loc.gov/2018058619

From The New York Times. © 2019 The New York Times Company.
All rights reserved. Used under license.

Printed in the United States of America on acid-free paper

randomhousebooks.com

26  28  29  27

*Book design by Jo Anne Metsch*

riage of racist policies and racist ideas that produces and normalizes racial inequities. Okay, so what are racist policies and ideas? We have to define them separately to understand why they are married and why they interact so well together. In fact, let's take one step back and consider the definition of another important phrase: racial inequity.

Racial inequity is when two or more racial groups are not standing on approximately equal footing. Here's an example of racial inequity: 71 percent of White families lived in owner-occupied homes in 2014, compared to 45 percent of Latinx families and 41 percent of Black families. Racial equity is when two or more racial groups are standing on a relatively equal footing. An example of racial equity would be if there were relatively equitable percentages of all three racial groups living in owner-occupied homes in the forties, seventies, or, better, nineties.

A racist policy is any measure that produces or sustains racial inequity between racial groups. An antiracist policy is any measure that produces or sustains racial equity between racial groups. By policy, I mean written and unwritten laws, rules, procedures, processes, regulations, and guidelines that govern people. There is no such thing as a nonracist or race-neutral policy. Every policy in every institution in every community in every nation is producing or sustaining either racial inequity or equity between racial groups.

Racist policies have been described by other terms: "institutional racism," "structural racism," and "systemic racism," for instance. But those are vaguer terms than "racist policy." When I use them I find myself having to immediately explain what they mean. "Racist policy" is more tangible and exacting, and more likely to be immediately understood by people, including its victims, who may not have the benefit of extensive fluency in racial terms. "Racist policy" says exactly what the problem is and where the problem is. "Institutional racism" and "structural racism" and "systemic racism" are redundant. Racism itself is institutional, structural, and systemic.

"Racist policy" also cuts to the core of racism better than "ra-

ist ideas that produces and normal-
what are racist policies and ideas?
rately to understand why they are
t so well together. In fact, let's take
the definition of another important

wo or more racial groups are not
ual footing. Here's an example of
f White families lived in owner-
pared to 45 percent of Latinx fam-
amilies. Racial equity is when two
ding on a relatively equal footing.
ould be if there were relatively eq-
e racial groups living in owner-
seventies, or, better, nineties.
are that produces or sustains racial
. An antiracist policy is any mea-
cial equity between racial groups.
unwritten laws, rules, procedures,
elines that govern people. There is
race-neutral policy. Every policy
mmunity in every nation is pro-
al inequity or equity between ra-

scribed by other terms: "institu-
n," and "systemic racism," for in-
rms than "racist policy." When I
o immediately explain what they
tangible and exacting, and more
ood by people, including its vic-
efit of extensive fluency in racial
ly what the problem is and where
ism" and "structural racism" and
it. Racism itself is institutional,

e core of racism better than "ra-

cial discrimination," another common phrase. "Racial discrimi-
nation" is an immediate and visible manifestation of an underlying
racial policy. When someone discriminates against a person in a
racial group, they are carrying out a policy or taking advantage of
the lack of a protective policy. We all have the power to discrim-
inate. Only an exclusive few have the power to make policy. Fo-
cusing on "racial discrimination" takes our eyes off the central
agents of racism: racist policy and racist policymakers, or what I
call racist power.

Since the 1960s, racist power has commandeered the term
"racial discrimination," transforming the act of discriminating on
the basis of race into an inherently racist act. But if racial dis-
crimination is defined as treating, considering, or making a dis-
tinction in favor or against an individual based on that person's
race, then racial discrimination is not inherently racist. The defin-
ing question is whether the discrimination is creating equity or
inequity. If discrimination is creating equity, then it is antiracist. If
discrimination is creating inequity, then it is racist. Someone re-
producing inequity through permanently assisting an overrepre-
sented racial group into wealth and power is entirely different
than someone challenging that inequity by temporarily assisting
an underrepresented racial group into relative wealth and power
until equity is reached.

The only remedy to racist discrimination is antiracist discrim-
ination. The only remedy to past discrimination is present dis-
crimination. The only remedy to present discrimination is future
discrimination. As President Lyndon B. Johnson said in 1965,
"You do not take a person who, for years, has been hobbled by
chains and liberate him, bring him up to the starting line of a race
and then say, 'You are free to compete with all the others,' and still
justly believe that you have been completely fair." As U.S. Su-
preme Court Justice Harry Blackmun wrote in 1978, "In order
to get beyond racism, we must first take account of race. There is
no other way. And in order to treat some persons equally, we
must treat them differently."

The racist champions of racist discrimination engineered to

maintain racial inequities before the 1960s are now the racist opponents of antiracist discrimination engineered to dismantle those racial inequities. The most threatening racist movement is not the alt right's unlikely drive for a White ethnostate but the regular American's drive for a "race-neutral" one. The construct of race neutrality actually feeds White nationalist victimhood by positing the notion that any policy protecting or advancing non-White Americans toward equity is "reverse discrimination."

That is how racist power can call affirmative action policies that succeed in reducing racial inequities "race conscious" and standardized tests that produce racial inequities "race neutral." That is how they can blame the behavior of entire racial groups for the inequities between different racial groups and still say their ideas are "not racist." But there is no such thing as a not-racist idea, only racist ideas and antiracist ideas.

So what is a racist idea? A racist idea is any idea that suggests one racial group is inferior or superior to another racial group in any way. Racist ideas argue that the inferiorities and superiorities of racial groups explain racial inequities in society. As Thomas Jefferson suspected a decade after declaring White American independence: "The blacks, whether originally a distinct race, or made distinct by time and circumstances, are inferior to the whites in the endowments both of body and mind."

An antiracist idea is any idea that suggests the racial groups are equals in all their apparent differences—that there is nothing right or wrong with any racial group. Antiracist ideas argue that racist policies are the cause of racial inequities.

Understanding the differences between racist policies and antiracist policies, between racist ideas and antiracist ideas, allows us to return to our fundamental definitions. Racism is a powerful collection of racist policies that lead to racial inequity and are substantiated by racist ideas. Antiracism is a powerful collection of antiracist policies that lead to racial equity and are substantiated by antiracist ideas.

**EXHIBIT 55**

Sept. 28, 2020 Executive
Office of the President's
Memorandum



EXECUTIVE OFFICE OF THE PRESIDENT
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

THE DIRECTOR

September 28, 2020

M-20-37

MEMORANDUM FOR THE HEADS OF EXECUTIVE DEPARTMENTS AND AGENCIES

FROM:      Russell T. Vought
           Director

SUBJECT:   Ending Employee Trainings that Use Divisive Propaganda to Undermine the
           Principle of Fair and Equal Treatment for All

On September 4, 2020, M-20-34 was issued at the President's direction, which states in part, "The President, and his Administration, are fully committed to the fair and equal treatment of all individuals in the United States."

M-20-34 alerted agencies that some Federal worker "training" sessions are being held – at taxpayer expense – that demonstrably undermine this core American principle by stereotyping and scapegoating specific groups of people. These divisive trainings constitute a malign subset of a larger pool of Federal agency trainings held to promote diversity and inclusiveness. The sort of training at issue does neither; it sows division among the workforce by attempting to prescribe and impose upon employees a conformity of belief in ideologies that label entire groups of Americans as inherently racist or evil (e.g., critical race theory).

On September 22, 2020, the President issued an Executive Order on Combating Race and Sex Stereotyping. The Executive Order encourages diversity and inclusion efforts consistent with principles of fair and equal treatment, and it defines the sort of divisive trainings the Administration seeks to end.

The President and the Administration believe the fair and equal treatment of individuals is an inviolable principle that must be maintained in the Federal workplace. Agencies should continue all training that will foster a workplace that is respectful of all employees. As stated previously in M-20-34, the Federal government is proud that as an employer we have employees of all races, ethnicities, and religions. Our commitment and efforts to welcome all individuals who seek to serve the American people remains, and our commitment to the fair and equal treatment of Federal employees is enduring. Taking the steps described in this memorandum will help ensure that all Federal workers are treated with the individual respect they deserve and that the Federal government continues to foster a workplace of respect for all. Agencies should take immediate and substantive action to begin this implementation, and complete implementation within the time frame required by the E.O.

Agency employees and contractors are not to engage in divisive training of Federal workers. Noncompliance by continuing with prohibited training will result in consequences, which may include adverse action for Federal employees who violate the Order.

Federal contractors are to be required to represent that they will not conduct such trainings for their own employees, with potential sanctions for noncompliance. Agencies are to review their grant programs and identify programs for which the agency may, as a condition of receiving such a grant, require the recipient to certify that it will not use Federal funds to promote the divisive concepts set forth in the E.O.

With respect to spending transparency, the EO states that, "Within 90 days of the date of this order, each agency shall report to OMB all spending in Fiscal Year 2020 on Federal employee training programs relating to diversity or inclusion, whether conducted internally or by contractors. Such report shall, in addition to providing aggregate totals, delineate awards to each individual contractor."

In furtherance of the Executive Order on Combating Race and Sex Stereotyping and M-20-34, agencies must:

- Identify all agency training programs related to diversity and inclusion held during Fiscal Year 2020, including both those conducted by the agency's own employees and those conducted by others (e.g., outside vendors). Determine the spending on each such session, and the aggregate spending on all such sessions. The data should be presented so that all awards to an individual contractor are viewable together. Since these trainings and the dollars spent on them may be difficult to track or identify, it is recommended that agency leadership consult with the heads of component offices that offer such trainings to obtain their assistance in identifying them and determining the sums obligated.

- Review these trainings to determine whether they teach, advocate, or promote the divisive concepts specified in the Executive Order on Combating Race and Sex Stereotyping (e.g., that the United States is fundamentally racist or sexist or that an individual, by virtue of his or her race or sex, is inherently racist, sexist, or oppressive). Reviews of specific training curriculum materials can be supplemented by a broader keyword search of agency financial data and procurements for terms including, but not limited to: "critical race theory," "white privilege," "intersectionality," "systemic racism," "positionality," "racial humility," and "unconscious bias." When used in the context of diversity training, these terms may help to identify the type of training prohibited by the E.O. Searching for these key words without additional review does not satisfy the review requirements of the E.O.

To prevent prohibited trainings going forward, except for those contracts specifically exempted by the E.O. (see Section 4 and FAR Subpart 22.807), every government contract must include the provisions required by Section 4 of the E.O.

Where diversity and inclusion training is to be provided to Federal employees by contractors, the following steps must be taken:

- Agencies must ensure that requirements are scoped consistent with the E.O. Existing contracts should be reviewed to ensure that training is consistent with this E.O. and any work identified as inconsistent is immediately removed, if necessary and permissible through a partial termination for convenience of the government.

- For future awards, agency solicitations or statements of work concerning Federal employee training shall include the provisions set forth in Section 4 of the E.O.

Contractors who are found to have provided a training for agency employees that teaches, advocates, or promotes the divisive concepts specified in the E.O. in violation of the applicable contract will be considered for suspension and debarment procedures consistent with the E.O. and in accordance with the procedures set forth in Part 9 of the Federal Acquisition Regulation.

For Federal financial assistance, as required by Section 5 of the E.O., Federal awarding agencies are required to identify all programs for which the agency may, as a condition of receiving Federal grants and cooperative agreements, require the recipient to certify that it will not use Federal funds to promote the concepts listed in Section 5 of the E.O. Additionally, although training and education for employee development may otherwise be an allowable cost under 2 CFR 200.472, training or education on the divisive concepts specified in the Executive Order is not an allowable cost unless otherwise provided by law.

As Federal awarding agencies are conducting their review of programs to identify those for which the agency may lawfully impose the condition described in Section 5 of the E.O., they must look at all Federal grant and cooperative agreement programs, not just those for the purposes of providing training. For those programs so identified, Federal awarding agencies must update their guidance, practices, and procedures to ensure that future notice of funding opportunities and the terms and conditions of Federal awards restrict the use of Federal funds, including funds to meet cost share requirements, from being used to promote the divisive concepts set forth in the E.O. (including by conducting research premised upon these concepts), to the extent consistent with the statute(s) governing the grant program and all other applicable law.

By November 20, 2020, Federal awarding agencies are required to report to OMB, through their RMO, those programs for which the agency may impose the conditions identified in Section 5 of the E.O.

The agency head shall designate at least one senior political appointee to review and approve in advance any expenditure on Federal employee diversity and inclusion training (via contract or SF-182), and the senior political appointee shall do so only after certifying that the curriculum meets the standard of fair and equal treatment of individuals.

Pursuant to Section 7 of the E.O. all training programs for agency employees relating to diversity or inclusion must be reviewed by the Office of Personnel Management (OPM) for compliance with the E.O. prior to the training program being used. OPM will issue guidance to agencies on the process for submitting training programs for review and the approval process.

Finally, agencies should take all appropriate actions to align their public-facing information with the requirements for training Federal employees outlined in the E.O. Agencies should encourage their employees to report to the agency Inspector General (IG) any agency-sponsored training session that violates the standard of fair and equal treatment of individuals set forth in the E.O., to support the IG reviews described in Section 6(c)(ii) of the E.O.

# EXHIBIT 56

Excerpts of
July 8, 2021
Board of
Education
Meeting

**1**

TRANSCRIPTION OF AUDIO FILE
NEW HAMPSHIRE BOARD OF EDUCATION MEETING
JULY 8, 2021

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

**3**

1 doesn't happen in New Hampshire.  These are not
2 issues.  But there are a number of issues that we
3 starting with at the Department.  We get a number of
4 different complaints, and there are many things that
5 we are looking into.
6          And I -- this is a little -- it's a little
7 long, and I'll try and go quickly.  But there's --
8 this is a book that is used in middle school.  Some
9 of you may have seen it.  It's called, "This Book is
10 Anti-Racist."  And it is really designed for, you
11 know, a young adolescent, you know, in terms of the
12 engagement and stuff like that.
13          But I thought I would just like share stuff
14 out of one chapter, which -- and the reason I'm
15 picking this chapter is that, you know, reading this
16 material when I share this with you, I would think
17 that this would be unsettling to our educators in
18 terms of what they're being taught.
19          So it's amazing that, you know, in very --
20 we're teaching this to them.  And then I'm going to
21 read you something about it because you're just
22 like, how is that going to play out?  So I'll just
23 start.  This is chapter 10.
24          "You know more history, the parts you are
25 told about and what has been left out.  You are

**2**

1          (START OF REQUESTED PORTION)
2          COMMISSIONER EDELBLUT:  And then another
3 aspect that was through the law is the anti-
4 discrimination, you know, the right to, you know,
5 freedom from discrimination in the workplace and
6 education.  So it was another pivotal -- it was
7 another piece that was included in the legislative
8 thing.  And we are in the process -- I've written a
9 technical advisory for the schools.  That was over
10 at the Attorney General's Office.
11          Today while I've been sitting here I got
12 some information back from the Attorney General's
13 Office.  So we will tune that up and make sure that
14 we get good technical advisory out to the District.
15          And there is -- you know, it was
16 interesting.  At the superintendent's meeting I
17 asked many superintendents, I was like, "So what do
18 you guys think about this?"  And they didn't really
19 have a lot of misinformation, but they didn't
20 actually have information about what the law said.
21 So the technical advisory, I think, is going to be
22 very important.
23          And then I just -- I wanted to share with
24 you, you know, a part of this topic because we are
25 -- you know, people say will say like, well, this

**4**

1 attuned to microaggressions and are aware of their
2 impact.  You see the work institutions have put in
3 over hundreds of years to maintain the structure of
4 racism.
5          Your school may have rules around how
6 students can wear their hair and for what folks can
7 wear on their head, and you understand how this is
8 affirming the dominant culture.
9          You notice that, still, most of the shows
10 and movies you watch have nearly all white casts and
11 how every time there is a terrorist, that person is
12 Western Asian and speaks Arabic.
13          What do you do next?
14          Use your voice to speak the truth about
15 injustice.  Talk to your family, your friends, your
16 classmates, anyone and everyone who will listen.  I
17 wish I had used my voice when my teacher was so
18 continually awful to us.  I wish I had stood up to
19 my teacher and to our school administration and
20 allowed her to remain -- rather than allow her to
21 remain there.
22          What would I do today if I were in that
23 classroom?  I'd physically stand up to her in all my
24 nine-year-old self.  I'd get out of my seat, stand
25 up, and tell her, "You can't talk to him like that.

1 (Pages 1 to 4)

5

1  It's not okay."  Then I'd walk out of that
2  classroom, bringing my friend with me and anyone
3  else who wanted to -- who wanted and needed to come.
4        I would walk down the stairs to the office,
5  where I'd ask the school secretary or principal to
6  file a complaint against that teacher.  I'd tell
7  them she verbally abused my friend, and I'd file
8  that complaint.
9        I would ask the office to call my friend's
10 parents.  He shouldn't have to sit through another
11 minute in the classroom with our teacher who
12 assaulted him with her racist words.  No one should.
13       We would all attend the next school board
14 meeting to demand our school be a place where we can
15 learn free from racial violence, both verbal and
16 physical.
17       What if you and your family or friends are
18 driving through town, and you see four police
19 officers surrounding two young black men?  You may
20 be able to see if the police are armed.  You can see
21 that the young black men are not armed, and that
22 they look confused.  And that their hands are up.
23       You know that this happens every day, and
24 today could be the day that you change that.  Here
25 is where you can make a plan so you'll know what you

6

1  can do if this does come up in your life."
2        And so I just shared that because this is
3  what we're teaching, you know, 9, 10, 11, 12-year-
4  old students in our school, and I'm not sure that
5  this is as constructive as we might want it to be
6  for our students.  So I just wanted to share that,
7  so you can have some concrete --
8        UNIDENTIFIED FEMALE:  So how do we find out
9  -- if were a parent and I had child, how do we find
10 out if that book is --
11       COMMISSIONER EDELBLUT:  So I'm thinking
12 you'd go to your school board.  You'd go to your
13 superintendent.  I just want to know if this
14 resource is being used.  It would be appropriate if
15 you're a parent to be able to request to see all of
16 the actual resources that are being used in the
17 education of your children, right.  That's --
18 they're your children, and you want to know what
19 they're being taught.
20       UNIDENTIFIED MALE:  Is that it?
21       COMMISSIONER EDELBLUT:  Yeah.  That's all.
22 And then that's the end of the report.
23       UNIDENTIFIED FEMALE:  I just -- one more
24 question.
25       COMMISSIONER EDELBLUT:  Yeah.

7

1        UNIDENTIFIED FEMALE:  What subject would
2  that (indiscernible)?
3        COMMISSIONER EDELBLUT:  I don't know the
4  answer to that.
5        UNIDENTIFIED MALE:  I don't think they know
6  the answer to it either.  Right now it kind of goes
7  to that question when we were talking about the
8  holocaust, where -- especially use like Critical
9  Race Theory or examining how everything in our life
10 has some racist element to it.  So there's really no
11 boundaries where you might see it look like that.
12 That book could be liable in a mathematics class and
13 liable to the social science class.
14       (Indiscernible)
15       COMMISSIONER EDELBLUT:  I'm just sharing
16 some actual (indiscernible).  Okay.
17       (END OF REQUESTED PORTION)
18
19
20
21
22
23
24
25

8

1        CERTIFICATE OF TRANSCRIPTIONIST
2        I certify that the foregoing is a true and
3  accurate transcript of the digital recording
4  provided to me in this matter.
5        I do further certify that I am neither a
6  relative, nor employee, nor attorney of any of the
7  parties to this action, and that I am not
8  financially interested in the action.
9
10
11
12       _____
13       Julie Thompson, CET-1036
14
15
16
17
18
19
20
21
22
23
24
25

Page 8

```
 1              CERTIFICATE OF TRANSCRIPTIONIST

 2              I certify that the foregoing is a true and

 3     accurate transcript of the digital recording

 4     provided to me in this matter.

 5              I do further certify that I am neither a

 6     relative, nor employee, nor attorney of any of the

 7     parties to this action, and that I am not

 8     financially interested in the action.

 9

10

11

12              _____

13              Julie Thompson, CET-1036

14

15

16

17

18

19

20

21

22

23

24

25
```

2014

# EXHIBIT 57

Dec. 14, 2021
Email Chain with
DOE
Commissioner F.
Edelblut

**From:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
    **To:** "Malay, Robert" <rmalay@sau29.org>
    **Cc:** "D'Eon, Sharyn" <sdeon@sau29.org>, "VanStechelman, Jay" <jvanstechelman@sau29.org>, "Brian Campbell" <bcampbell@sau29.org>
    **Bcc:** "Bond, Christopher" <Christopher.G.Bond@doe.nh.gov>
  **Subject:** RE: Here are the materials you asked Jay for
    **Date:** Tue, 14 Dec 2021 21:48:50 -0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png; image004.png

---

Dear Rob,

Thanks for reaching out. While I appreciate your willingness to engage with me on this, I want to clarify that I was simply passing along a parent concern that had come to my attention. I have not reviewed the attached materials, nor do I intend to, as NHDOE does not have a role in adjudicating violations of the new law. That role falls to the NH Human Rights Commission and/or the Superior Court. Thus, I'm not in a position to give you any direction as to whether the materials here are or are not in conformity with the new legislation. If you have questions about the material, I would encourage you to reach out to your district's legal counsel. Again, I simply wanted to alert you to a parent complaint.

Remember also that, leaving the new law aside, you might want to consider whether your district's "opt-out" policy under RSA 186:11, IX-c is applicable to this parent concern.

*Frank Edelblut*

Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov



New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

---

**From:** Malay, Robert <rmalay@sau29.org>
**Sent:** Monday, December 13, 2021 8:28 AM
**To:** Edelblut, Louis (Frank) <frank.edelblut@doe.nh.gov>
**Cc:** D'Eon, Sharyn <sdeon@sau29.org>; VanStechelman, Jay <jvanstechelman@sau29.org>; Brian Campbell <bcampbell@sau29.org>
**Subject:** Fwd: Here are the materials you asked Jay for

**EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.**

Good Morning Commissioner Edelblut,

Thank you for bringing the concern raised to you regarding the showing of a film in one of our schools. I attempted to conference call you in with both the teacher and Principal on Friday so that you could hear directly

from our boots on the ground educators.

Out of context, and given the title of the film, it would be easy to assume that the use of the film "White Like Me" would be inappropriate to show in the classroom given the recently passed legislation in NH. However, when put into real teaching and learning context, I don't believe that to be the case in this situation.

To be clear, the film has NOT been shown this school year at this time and it will not be shown as planned as we are seeking your input. The classroom teacher (copied on this email), has gone to great lengths to openly communicate the lessons being taught in his classroom. He has also attended in depth training on what is and what is not acceptable given the passage of the new law. We have a policy in place with regard to objectionable material to which the school follows.

Because we were not able to connect on Friday, I have asked the teacher to send forth the attachments for your review. If you feel this is still inappropriate to ignite higher level thinking in the classroom, the film simply will not be shown. Please let us know your thoughts on this so that our teacher doesn't become the test case for the new law.

Thank you,
Robb

*Environmental awareness message*

*Please do not print this email unless you have to*

CONFIDENTIALITY NOTICE:
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If the reader of this message is not the intended recipient, or an authorized employee or agent of the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and may subject you to civil action and/or criminal prosecution. If you have received this communication in error, please notify us by replying to this message and deleting it from your computer and any network to which your computer is connected. Thank you.

DOE-00857

DOE-00858

2018

# EXHIBIT 58

July 22, 2021
Email from S.
Gibson to A.
Malachi

(Depo. Ex.
47)

EXHIBIT _47_
WIT: _Edelblut_
2019
DATE: _5/23/23_
Cynthia Foster, RPR, LCR #14

**From:** Sarah Gibson <sgibson@nhpr.org>
**To:** "Malachi, Ahni" <Ahni.N.Malachi@hrc.nh.gov>, "Ahni.malachi@nh.gov" <Ahni.malachi@nh.gov>, "DOE: Communications Office" <Comms@doe.nh.gov>, "Edelblut, Louis (Frank)" <frank.edelblut@doe.nh.gov>, "Giaquinto, Kate" <Kate.M.Giaquinto@doj.nh.gov>
**Subject:** Follow-up inquiry on DOE guidance
**Date:** Thu, 22 Jul 2021 13:27:56 +0000
**Importance:** Normal

---

EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.

Hi all -

I'm following up on the guidance issued yesterday on the Freedom from Discrimination bill. I am assuming that training from third parties - i.e. an organization that provides teachers with professional development, which is paid for and approved by the district - must also adhere to this guidance. Is that correct?

Here's a description of a workshop that's been offered in the past by an organization: "The pre-cursor to anti-bias, anti-racist work is the awakening that whiteness is the deeply-held root of racism. Examining white culture and who whiteness manifests as privilege, immunity, and complicity is key in divesting from it."

Would this workshop run afoul of the new law?

My deadline is 1 pm this afternoon.

Thanks,
Sarah

Sarah Gibson
Pronouns: She/Her/Hers
Reporter

**NEW HAMPSHIRE PUBLIC RADIO**
2 Pillsbury Street, 6th Floor, Concord NH 03301
**C:** 802.779.2356
**E:** sgibson@nhpr.org

2020

**EXHIBIT 59**

Nov. 15,
2021
Edelblut/
Northwood
GOP Meeting
Exchange

(Depo. Exs.
37 and 52)

2021
**EXHIBIT 37**
R. Farrell
5/18/2023
**Reporter: Sharon Saalfield**
**RDR, CRR**

**From:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
**To:** "Cheryl Dean" <CHE_DEA@msn.com>
**Cc:** "Adams, Angela" <Angela.M.Adams@doe.nh.gov>
**Subject:** RE: Thank you
**Date:** Mon, 15 Nov 2021 15:55:29 -0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png; image004.png

---

Happy to come and speak to education issues. I am cc'ing Angela to find a time that would work for your group.



*Frank Edelblut*
Frank Edelblut | Commissioner of Education
**Phone:** 603-271-3144
Frank.Edelblut@doe.nh.gov

🐦 📷 ❄



New Hampshire
**Department of Education**

*The contents of this message are confidential.  Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited.  If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** Cheryl Dean <CHE_DEA@msn.com>
**Sent:** Monday, November 15, 2021 9:56 AM
**To:** Edelblut, Louis (Frank) <frank.edelblut@doe.nh.gov>
**Subject:** Thank you

**EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.**

Dear Frank

I wanted to thank you for all you've done in ensuring that  the new NH law prohibiting  the teaching of racism in our schools is honored.  Your new website addition for parents to report concerns is exactly what NH parents needed!
I am the chair of Northwood  GOP and we have been investigating  CRT in our school and were concerned with what we found.  We are very happy with the new law and sent a flyer with information on it to everyone in our town.  We also created a hotline for our town to report concerns.   Your website is far better and so much more efficient and effective.  Thank you!
I was extremely disappointed  to see Sununu  discourage your work and outreach with NH parents .
Unfortunately Sununu has been a disappointment  for quite some time.
We would love to have you speak with our group anytime and  especially if you are running for governor!
(Hint...hint)

Thanks again for all hard work for NH children!

Cheryl Dean
Northwood GOP chair
603-344-2190

2022

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

EXHIBIT 52
W2023 Edelblut
DATE: 5-23-23
Cynthia Foster, RPR, LCR #14

**From:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
   **To:** "Cheryl Dean" <CHE_DEA@msn.com>
   **Cc:** "Adams, Angela" <Angela.M.Adams@doe.nh.gov>
 **Subject:** RE: Thank you
   **Date:** Mon, 15 Nov 2021 15:55:29 -0000
 **Importance:** Normal
 **Inline-Images:** image001.png; image002.png; image003.png; image004.png

---

Happy to come and speak to education issues. I am cc'ing Angela to find a time that would work for your group.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
**Phone:** 603-271-3144
Frank.Edelblut@doe.nh.gov



 New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** Cheryl Dean <CHE_DEA@msn.com>
**Sent:** Monday, November 15, 2021 9:56 AM
**To:** Edelblut, Louis (Frank) <frank.edelblut@doe.nh.gov>
**Subject:** Thank you

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

---

Dear Frank

I wanted to thank you for all you've done in ensuring that the new NH law prohibiting the teaching of racism in our schools is honored. Your new website addition for parents to report concerns is exactly what NH parents needed!
I am the chair of Northwood GOP and we have been investigating CRT in our school and were concerned with what we found. We are very happy with the new law and sent a flyer with information on it to everyone in our town. We also created a hotline for our town to report concerns. Your website is far better and so much more efficient and effective. Thank you!
I was extremely disappointed to see Sununu discourage your work and outreach with NH parents .
Unfortunately Sununu has been a disappointment for quite some time.
We would love to have you speak with our group anytime and especially if you are running for governor! (Hint...hint)

Thanks again for all hard work for NH children!

Cheryl Dean
Northwood GOP chair
603-344-2190

2024

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

DOE-00870

# EXHIBIT 60

Jan. 20. 2023
D. Fenton
Email
Exchange

(Depo. Ex.
10)



**From:** Pierre Couture <pcouture@sau4.org>
    **To:** "Fenton, Diana" <Diana.E.Fenton@doe.nh.gov>
**Subject:** Re: Divisive topics
    **Date:** Fri, 20 Jan 2023 08:12:54 -0500
**Importance:** Normal

---

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Thank you.

On Wed, Jan 18, 2023 at 1:34 PM Fenton, Diana <Diana.E.Fenton@doe.nh.gov> wrote:

> Pierre—
>
> Thanks for reaching out to the Department—because this issue—divisive topics is handled by the Human Rights commission and the AG's office the Department has not issued much information on this topic—but I did find this document on the Attorney General's website—hope it helps!
>
> https://www.doj.nh.gov/public-documents/documents/opinion-2021-01-hb2-anti-discrimination.pdf
>
> Thanks!
>
> **From:** Pierre Couture <pcouture@sau4.org>
> **Sent:** Wednesday, January 18, 2023 11:43 AM
> **To:** Fenton, Diana <Diana.E.Fenton@doe.nh.gov>
> **Subject:** Divisive topics
>
> ---
>
> **EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.
>
> Hello Diana, I hope all is well.  Is there somebody at the DOE who can speak with a teacher and principal here in Newfound with specifics about what she can say or not say regardings issues that might pertain to divisive topics?
>
> Pierre
>
> --
>
> Pierre Couture

Superintendent of Schools

Newfound Area School District

603-744-5555

ext. 8500

--
Pierre Couture
Superintendent of Schools
Newfound Area School District
603-744-5555
ext. 8500

# EXHIBIT 61

HRC May 2,
2022 Letter
to NEA-NH

# New Hampshire Commission for Human Rights



**COMMISSIONERS**
CHRISTIAN KIM, CHAIR
HARVEY KEYE
ALEX SAMUEL
NANCY LEROY
BASRA MOHAMED
DOUGLAS PALARDY
ELIZABETH ASCH

**EXECUTIVE DIRECTOR**
AHNI MALACHI

**ASSISTANT DIRECTOR**
SARAH E. BURKE COHEN, ESQ.

**INVESTIGATORS**
KATRINA E. TAYLOR
NICOLE LEMELIN
DAN DEYERMOND
KELLY MEDEROS

**2 INDUSTRIAL PARK DRIVE, Bldg. One**
**CONCORD, NEW HAMPSHIRE 03301**
**TEL (603) 271-2767**
**TDD Access: Relay NH 1-800-735-2964**
**FAX (603) 271-6339**
**E-MAIL: humanrights@nh.gov**
**www.nh.gov/hrc**

SENT VIA EMAIL

May 2, 2022, 2022

Attorney Esther K. Dickinson
NEA-NH
9 S. Spring St.
Concord, NH 03301

Re: Request for Information and Public Records Under the New Hampshire's Right to Know Law, RSA 91-A

Dear Attorney Dickinson,

Thank you for your correspondence regarding your Right to Know request pursuant to NH RSA 91-A. The request made as I understand it is as follows:

1. *"Documents sufficient to identify, including any applicable emails, the following information concerning any written or oral complaints your Commission has received alleging a violation of RSA 354-A:29-34 or RSA 193:40, which became effective on approximately July 1, 2021: (i) the content of the complaint; (ii) the date the Commission received the complaint; (iii) who the complaint went to within the Commission; (iv) any response from the Commission; and (v) the school district implicated, if any. This request specifically includes any complaints concerning the use, retention, or teaching of any books. This request is not seeking the identity of the complainant or any applicable educator.*

2. *[To] include any complaints, allegations, or communications (including to/from the Department of Education) concerning the law.*

3. *Regarding N.H. Admin. R. PART Hum 219.04 as a basis for withholding this information concerning non-docketed complaints.*

4. *...[A]sk that the HRC revisit its decision to withhold this information and, instead, produce this information to NEA-NH. [W]e are willing to accept the redactions of students an complainant names, as well as the names of any applicable educator.*

5. *We would ask the HRC to inform the NEA-NH how many allegations have been brought to the Commission's attention under the law since its enactment."*

In providing an answer to your request, it is instructive to explain several crucial areas associated with case processing for the NH Commission for Human Rights (the "Commission"), relative to the section of RSA 354-

A:29-34, a new subdivision entitled *"Right to Freedom From Discrimination in Public Workplaces and Education,"* effective June 25, 2021.

It is important to have a full understanding of the complaint process. The Commission, in accordance with our state statute and outlined by our administrative rules, has the power to receive, investigate, or pass upon allegations of discrimination. As such, an assessment is made to ensure the Complainant ("CP") has made a *prima facie* case (i.e., "at first sight" the claim meets the legal standard to file a charge with the Commission). If this is the determination, the allegation of discrimination is verified (signed by the CP and witnessed by a notary), submitted to the Commission, and becomes a docketed charge of discrimination whereby both parties are notified in writing. It is important to state for the Commission, a complaint is defined as a verified and docketed charge of discrimination.

The complaint is investigated, and a determination is made by the Investigating Commissioner whether the charge of discrimination has a *Probable Cause (PC)* or *No Probable Cause (NPC)* finding. If the charge has an NPC finding, the process ends with both parties being notified of the outcome.

The CP does, however, have a prescribed window of time for an appeal should they choose to request one. Once that window is closed, so is the case.

If there is a PC finding, the parties move on to *Conciliation* (i.e., settlement of the case with the assistance of a neutral third party, the Commission) or a *Public Hearing*. If Conciliation fails, a public hearing is scheduled then noticed appropriately for the public. At the end of the public hearing, the Commission hearing panel will deliberate and make a finding. The parties are notified of the Commission's decision and said decision is uploaded to and maintained on the Commission's website where the public has access.

Both parties are afforded the opportunity to appeal a decision or request that a motion be granted. Should either party (Complainant or Respondent) disagree with the outcome of the investigation, they can request the decision be reconsidered. Additionally, should either party disagree with the outcome of the hearing, they have an opportunity to appeal in a public forum, New Hampshire Superior Court.

Although the Commission is allowed to provide statistical information, in general, the Commission has stated administrative rules that speak to the confidentiality afforded during our process.

Pursuant to our Administrative Rules, specifically N.H. Admin. R. PART HUM 219.04, which reads in part *"[n]o information regarding complaints filed, investigation of complaints, pre-determination settlement negotiations, or conciliation negotiations shall be disclosed to the public by any commissioner or staff member prior to issuance of a notice of public hearing after a finding of probable cause,"* the Commission cannot acknowledge and/or provide you at any time with information as outlined in your above request specific to the confidential elements of a charge.

To further speak to the Commission's confidentiality, RSA 354-A:21(II), specifically discusses our investigation and complaint review process be it a housing, employment, public accommodation, or an education complaint (education was added to RSA 354-A upon passage of SB263 in 2019). To the extent policy decisions were made to keep this portion of our process confidential, those pronouncements were made by the legislature when RSA chapter 354-A was first codified in 1965. All the regulations do is flesh out what the statute already provides which is confidentiality during the pre-PC investigation and conciliation process.

Additionally, the adjudication of a complaint for which there is a PC finding is a public proceeding whether that adjudication is done by the Commission or in Superior Court. Even NPC findings can become public if CP seeks judicial review in Superior Court.

In reading your request, it appears the inference is that RSA 91-A is explicit and therefore would supersede RSA 354-A:21, II. The Commission's confidentiality is clearly stated in the statute and consequently not optional. RSA chapter 354-A is an order which states that the Commission's records must remain confidential.

Relative to your request of a post-NPC disclosure, the Commission recognizes that this is a novel area of law and will keep in mind the heightened concerns of those who may be the targets of complaints when it considers whether to unseal findings after the initial investigation and PC determination.

In summary, the previous information was necessary to explain our process, address your request that the Commission consider removing our statutorily ordered confidentiality, and to allow an answer to your final question. The Commission's statement is as follows regarding the statistical number of formal complaints:

> *"Zero charges have been filed since the Right to Freedom From Discrimination in Public Workplaces and Education law went into effect."*

As you know, should a charge meet the statutory hurdle of N.H. Admin. R. PART HUM 304.04 which states *"[a]fter a notice of a public adjudicative hearing has been issued...(b) [t]he parties, other participants in the hearing and the public shall have access to the investigative report,"* the Commission will facilitate a request for information as referenced above.

This completes the Commission's response to your Right to Know requests.


Respectfully,

*Ahni Malachi*

Ahni Malachi
Executive Director
Ahni.N.Malachi@hrc.nh.gov

**EXHIBIT 62**

Nov. 15,
2021 R.
Farrell Email
Exchange

(Depo. Ex.
34)

2033

**From:** "terridd@metrocast.net" <terridd@metrocast.net>
   **To:** "'Farrell, Richard'" <Richard.J.Farrell@doe.nh.gov>
**Subject:** RE:
   **Date:** Mon, 15 Nov 2021 12:35:04 -0500
**Importance:** Normal



EXHIBIT 34
R. Farrell
5/18/2023
Reporter: Sharon Saalfield
RDR, CRR

---

EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.

Hi Rich,
I was not upset with you at all. I understand what you are saying but one cannot overlook the optics of this whole thing. A $500 bounty. Nothing is innocent about that web page.
We are good. I hope though you can see this through the eyes of educators.
Terri

**From:** Farrell, Richard <Richard.J.Farrell@doe.nh.gov>
**Sent:** Monday, November 15, 2021 12:29 PM
**To:** Donovan, Terri <terridd@metrocast.net>
**Subject:** RE:

Good Afternoon,
Have you had time to calm down a bit? Certainly, don't want to damage our professional working relationship and friendship. Believe me when I say that I will follow the law to the letter. In answer to your question, we have had allegations of Educator Misconduct related to the new law.
Each has been triaged and sent to the HRC for their review. I have not undertaken any formal investigation related to "Divisive Content."
Rich

Richard J. Farrell Jr.
New Hampshire Department of Education
Investigations
101 Pleasant Street
Concord, New Hampshire 03301
(603) 271-8372

*The contents of this message are **CONFIDENTIAL** Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is **PROHIBITED**. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system*.

**From:** terridd@metrocast.net <terridd@metrocast.net>
**Sent:** Thursday, November 11, 2021 3:35 PM
**To:** Farrell, Richard <Richard.J.Farrell@doe.nh.gov>
**Subject:** RE:

EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.

I understand the HRC part however there are tons of things where people could be educated on ow to file complaints etc. Are those things worry of their own page? Nope. I am curious how many complaints over the new law have been received? This is wrong on so many levels.

EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.

Hi Rich,
So it looks like the NH DOE has crossed the Rubicon.
Terri

Terri D. Donovan, Esquire
Director of Collective Bargaining and Field Services
AFT-NH
785 Route 3A, Unit 102
Bow, NH  03304
603-832-9232 (direct line)
603-393-9705 (cell)
terridd@metrocast.net

# EXHIBIT 63

Aug. 20,
2021 F.
Edelblut
Email
Exchange

(Depo. Ex.
45)

EXHIBIT  45
W2036 Edelblut
DATE:  5/23/23
Cynthia Foster, RPR, LCR #14

**From:** "sanborn.kyle" <sanborn.kyle@protonmail.com>

**To:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>, Hoppy & Harry <froggytouttaint@aol.com>

**Subject:** RE: CRT Advisory

**Date:** Fri, 20 Aug 2021 01:29:50 +0000

**Importance:** Normal

**Inline-Images:** image001.png; image002.png; image003.png; image004.png

EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.

Hello Sir,

Yes. I would also think about referencing the applicable section from HB2

193:40  Prohibition on Teaching Discrimination.

IV.  Violation of this section by an educator shall be considered a violation of the educator code of conduct that justifies disciplinary sanction by the state board of education.

V.  For the purposes of this section, "educator" means a professional employee of any school district whose position requires certification by the state board pursuant to RSA 189:39.  Administrators, specialists, and teachers are included within the definition of this term.

Best,
Kyle Sanborn

Sent with ProtonMail Secure Email.

------- Original Message -------
On Tuesday, August 17th, 2021 at 10:20 AM, Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov> wrote:

Kyle,

Thanks for following up. Just to make sure we are on the same page, the section that I will be referencing is from Ed 510.05, Principle 5 – Duty to Report.

Is this correct?

# Ed 510.05 Duty to Report

(a) Any credential holder shall report any suspected violation of the code of conduct following the school, school district, or SAU reporting procedures.

(b) Each principal shall report to the superintendent of the school district or SAU where the principal is employed, the chief executive officer of a chartered public school or public academy, or the headmaster of a nonpublic school, if the principal has been notified of, or is personally aware that a credential holder has violated any of the rules of professional conduct as enumerated in Ed 510, which occurred on or off duty.

(c) The superintendent, chief executive officer of a chartered public school or public academy, or headmaster of a nonpublic school, shall report any of the following to the office of credentialing:.

(1) When a superintendent has knowledge that an credential holder, as defined in Ed 501.02(m), has been arrested and charged with an offense enumerated in RSA 189:13-a, V; and

(2) When a superintendent has knowledge that a credential holder has violated the code of conduct as specified in Ed 510.01 through Ed 510.04.

(d) If a credential holder suspects that a superintendent has violated the code of conduct, as specified in Ed 510.01 through Ed 510.04, or if a credential holder has made a report and believes the local reporting procedures have not been followed, the reporting credential holder shall notify the department directly.

(e) Credential holders who have reason to suspect that a student has been, or is being, abused or neglected, shall report the same to:

(1) His or her immediate supervisor, superintendent, or both; and

(2) The department of health and human services, pursuant to RSA 169-C:29.

(f) If the department has reason to suspect that any violation of the code of conduct enumerated in Ed 510.01 through Ed 510.04 was known by a credential holder and not reported, the department shall undertake an investigation, as enumerated in Ed 511.01, against that credential holder as required by Ed 510.05(a), (b), or (c).

(g) The office of credentialing shall open a case, as enumerated in Ed 511.01, in response to a report made pursuant to Ed 510.05(a), (b), (c), or (d) above.

) Any credential holder shall report any suspected violation of the code of conduct following the school, school district or SAU reporting procedures.

*Frank Edelblut*

Frank Edelblut | Commissioner of Education

Phone: 603-271-3144

Frank.Edelblut@doe.nh.gov





New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** sanborn.kyle <sanborn.kyle@protonmail.com>
**Sent:** Monday, August 16, 2021 8:27 PM
**To:** Edelblut, Louis (Frank) <frank.edelblut@doe.nh.gov>; Hoppy & Harry <froggytouttaint@aol.com>
**Subject:** CRT Advisory

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Commissioner Edelblut,

My name is Kyle Sanborn and I am a member of the Gilford School Board. We briefly spoke at last Wednesday 's Belknap County Meeting along with Representative Harry Bean about possibly sending out an advisory to all NH districts highlighting the fact that if an educator disregards the new law, they would be violating the educator code of conduct and would face disciplinary action by the state board of education and by their local school board.

Thank you for you time and for what you have been able to accomplish at the NH DOE.

Best,

Kyle Sanborn

(603)832-4086

Sent with ProtonMail Secure Email.

# EXHIBIT 64

Aug. 25,
2022 Email
to F. Edelblut

(Depo. Ex.
48)

EXHIBIT 48
WIT 2040
Edelblut
DATE: 5-23-23
Cynthia Foster, RPR, LCR #14

**From:** Ian Huyett <ihuyett@nhcornerstone.org>

   **To:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>, Shannon McGinley <smcginley@nhcornerstone.org>

**Subject:** Inquiry Regarding Educator Code

   **Date:** Thu, 25 Aug 2022 16:24:21 -0400

**Importance:** Normal

---

EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.

Frank,

I hope you are well. I'm following up on a conversation you recently had with Shannon.

I understand you and the Department have taken the position that the Department cannot investigate educators who may have broken their obligations under the Educator Code of Conduct by teaching discrimination in violation of RSA 193:40, IV.

I hope you can understand why it seems to us that a plain meaning of the relevant statutes and the Code itself require exactly that the Department of Education investigate suspected violations of the Educator Code. Could you or someone else in the Department please explain the legal basis for your interpretation so that Cornerstone and others do not need to continue pushing on this issue?

For context, as you know, RSA 21-N:9 mandates that the board of education "shall adopt" rules encompassing "the establishment *and enforcement* of... a code of conduct for licensed or certified educational personnel."

The Educator Code, in turn, explicitly says numerous times that the Department of Education itself shall investigate suspected violations of the Educator Code of Conduct.

For example, Ed 511.01(f)-(i) explains that "Investigations *shall* be handled *by the department,*" that "*[t]he department shall* make every attempt to interview all people," and that "*[t]he department shall* make every attempt to obtain any and all documentation."

Ed. 511.01 in the Code goes on to say that "*[t]he department shall* create a report" and "*the department shall* determine the sanctions to be imposed." 510.05(f) in the Code says that "*the department shall* undertake an investigation, as enumerated in Ed. 511.01" if "the department has reason to suspect" a violation was not reported by an educator.

While this provision cites Ed. 510.01 and the following sections, all of these sections state that unprofessional conduct "shall... not be limited to" the offenses which those sections list explicitly.

Since RSA 193:40, IV says that teaching discrimination "shall be considered a violation of the educator code of conduct," we do not understand the idea that the Commission for Human Rights or another entity has exclusive power, or even sole responsibility, to investigate the teaching of discrimination.

Assuming I've understood your view correctly, why has the Department concluded that it does not have the power to investigate the suspected teaching of discrimination?

Moreover, is it your or the Department's understanding that the Department is not bound by RSA 21-N:9 or the terms of the Educator Code when it comes to RSA 193:40, IV? If so, could you or someone else in the Department please explain the legal basis for this position?

Best,

Ian

2041



**Ian B. Huyett, Esq.**
General Counsel
603-228-4794
www.ianhuyett.com
P.O. Box 4683, Manchester NH 03108





**EXHIBIT 65**

Excerpts of
Mar 8, 2023
HB533
Hearing

(Depo. Ex. 6)

**EXHIBIT 6**

D. Fenton

5/17/2023

Reporter: Sharon Saalfield
RDR, CRR

Page 1

New Hampshire House of Representatives

House Judiciary Hearing - HB 533

March 8, 2023

---

Page 2

1     (Excerpt begins)

2     CHAIRMAN LYNN: So with that, I'm going to

3 open the hearing on HB533, the amendment, and I would

4 recognize Diana Fenton from the Department of

5 Education.

6     Oh, I'm sorry. Do we have -- you have

7 somebody with you, Ms. Fenton?

8     MS. FENTON: I do. Good morning. My name is

9 Diane Fenton. I'm an attorney with the Department of

10 Education. With me is Richard Farrell, who's an

11 investigator for the Department.

12     I want to be clear, as an initial matter,

13 this bill before you, this amendment which requests

14 subpoena power for the Department of Education for

15 purposes of conducting investigations of educator

16 misconduct is not about Commissioner Frank Edelblut.

17 It's not for Commissioner Frank Edelblut. It is for

18 Investigator Richard Farrell, in order for him to

19 conduct his investigations. The Department has been

20 working very hard over the past few years to enhance

21 our child safety initiatives. We have seen various

22 stories in the news where the Department has been

23 working on addressing those matters. Concord always

24 comes to mind, where we are finding educators who

25 should not be around children, who are having

---

Page 3

1 inappropriate relationships with children. They are

2 few and far between, but they're very, very important

3 and critically important.

4     The Code of Conduct was passed in 2018, and

5 under that document, the Department conducts

6 investigations of educator misconduct and subpoena

7 power, which other state agencies have in order to

8 facilitate their investigations, OPLC as a point --

9 case in point, has subpoena power would help to

10 facilitate that. But you don't have to take my word

11 for it. That's why Richard Farrell is here, to speak

12 on the work that he does.

13     Please.

14     MR. FARRELL: Good morning. My name is

15 Richard Farrell. I'm currently employed by the

16 Department of Education as an investigator. I began

17 this mission on July 1st, 2013.

18     CHAIRMAN LYNN: Okay. You know, Mr. Farrell,

19 can I just ask you, when you -- I'm not going to

20 interrupt you now, but when -- before you leave, would

21 you just fill out one of the pink cards?

22     MR. FARRELL: Yes, please.

23     CHAIRMAN LYNN: Thank you.

24     MR. FARRELL: I began this mission in July

25 1st, 2013, after serving 30 years as a member of the

---

Page 4

1 New Hampshire State Police. Before that, I was a

2 licensed educator. I spent three years teaching high

3 school English and coaching football in Massachusetts

4 and in a private school in Southern New Hampshire. At

5 the time of my employment, the New Hampshire -- New

6 Hampshire relied on administrative rules to define the

7 conduct -- to define and conduct investigations into

8 allegations associated with educator misconduct. The

9 Code of Conduct didn't exist at all. Unfortunately, I

10 learned very quickly that the tools available to me to

11 complete my assigned cases were very limited. In fact,

12 I didn't have any at all. Therefore, the best approach

13 forward for me was to make the determined effort to

14 identify myself to, create relationships with, and

15 cultivate trust with the field. This included with

16 superintendents, principals, union attorneys, union

17 reps, attorneys representing school districts, and

18 other stakeholders.

19     At first, and very understandably, there was

20 skepticism, but I'm a person of Irish heritage, and

21 I've been gifted with the ability to tell people where

22 to go and convince them to look forward to the trip.

23 You see, I had no tools. I had no warrants. I had no

24 subpoenas. I just had administrative rules and

25 relationships. I asked Dr. Judy Fillion almost

---

1   (Pages 1 to 4)

Page 5

1    immediately, my immediate supervisor, legendary
2    Dr. Fillion, why we didn't at least have subpoena
3    powers while other investigators overseeing licensure
4    had that tool over at OPLC. I didn't get a reasonable
5    answer, and I've been asking ever since for ten years.
6        I think it's very important to understand
7    very definitively that my first and most important
8    mission is to keep kids safe. I have been called to
9    public service for nearly 40 years, and I take this
10   responsibility very, very seriously. This is about kid
11   -- keeping kids in our school safe and protecting them
12   from the 1 percent of educators who do not share in
13   this belief. That's right, 1 percent. I worked for
14   Commissioner Barry. I now work for Commissioner
15   Edelblut, and God willing, I will work for another
16   commissioner in the future. This is not, as a local
17   newspaper trumpeted this past Sunday, "Edelblut seeks
18   subpoena power to investigate educator misconduct."
19   That's not what this is about.
20       I am asking, the agency is asking, and we
21   need to do three things. This request has nothing to
22   do with political agenda or me carrying water for any
23   commissioner. I need these tools to complete my
24   mission. The three-pronged mission is, protect our
25   most vulnerable neighbors, our children, protect our

Page 6

1    educators. That's right. Well over 90 percent of our
2    cases alleging misconduct are deemed to be unfounded.
3    We exonerate more teachers every day than we do take
4    action against the license of a teacher. Over the past
5    ten years, I've been -- investigated, on average, 150
6    cases that we log in as cases that meet our triage
7    process. In any given year, we take action,
8    suspensions or revocations, involving ten educators on
9    average. This does not count the many reports we get
10   that do not survive our triage process.
11       And finally, the third part of our mission is
12   to remove educators that did damaging our kids. Over
13   the past ten years, I've been faced with difficult task
14   of asking for information. Many times, I've been
15   denied access to reports, statements, witness
16   information, names, ages, local disciplinary records,
17   investigative findings, and other crucial bits of
18   evidence that would've assisted in protecting students,
19   exonerating educators falsely accused, and removing bad
20   apples from our classrooms.
21       CHAIRMAN LYNN: I'm sorry. Did you say --
22   you said you had been denied access? Is that what
23   you're saying?
24       MR. FARRELL: That's correct.
25       CHAIRMAN LYNN: All right.

Page 7

1        MR. FARRELL: Over the past two to three
2    years, school districts are routinely hiring
3    third-party investigators, attorneys that work for the
4    districts as contractors. And, in fact, a new company
5    has been started that focuses strictly on providing
6    third-party investigations for school districts. Most
7    of the time, we are not allowed to look at those
8    reports. We don't have subpoena power to get those
9    reports. Sometimes we're allowed to review them
10   in-camera in a conference room at a law firm and glean
11   the information from those. Many times, we're not
12   allowed to touch them at all. Many of our most
13   difficult and heinous cases involving the exploitation
14   of our children, the sexual exploitation of our
15   children, began on social media postings, text
16   messaging, and the use of cell phones. Often, the
17   initial triage of these cases do not appear to be
18   criminal in nature. Therefore, our many, many partners
19   in law enforcement could not assist us in getting the
20   information that we needed. We have no tools to get
21   this information because we have no subpoena powers.
22   Again, the kids are left hanging. The teachers accused
23   have no support and don't have the information to
24   exonerate them, and the bad teacher has the possibility
25   of slipping off the hook. Again, this comes down to

Page 8

1    relationships I've created and creativity in the
2    investigations.
3        We have all -- have been very lucky that this
4    agency and I and school districts and their staff,
5    union reps and their attorneys work reasonably well
6    together to get the job done, but the day is coming
7    when this will not happen. I am -- I'm amazed,
8    absolutely amazed, that an investigator for OPLC can
9    subpoena records associated with barbers, cosmeticians,
10   nurses, and other licensees, and the Department of
11   Education, who oversee the safety of children, do not
12   have that authority. It's 2023. Our children should
13   be protected, and subpoena power will allow us to do
14   that.
15       Thank you very much. If you have any
16   questions, I'll --
17       CHAIRMAN LYNN: Questions for this -- for
18   either of these witnesses?
19       Yes, Representative Perez.
20       REPRESENTATIVE PEREZ: Thank you. Thanks for
21   taking my question. Will this cover all school
22   employees? For example, will it cover the principals,
23   the custodians, or is it just educators?
24       MR. FARRELL: So for my purposes as educator
25   misconduct, it's for license holders. So that would be

2   (Pages 5 to 8)

Page 9

1  superintendents, assistant superintendents, principals,
2  administrators, teachers, paraprofessionals that hold
3  licenses.
4         CHAIRMAN LYNN: All right. Other questions
5  for this witness? Seeing none, thank you --
6         Oh, I'm sorry. Representative Brennan.
7         REPRESENTATIVE BRENNAN: Thank you,
8  Mr. Chairman. Thank you for taking my question.
9         Earlier in your testimony, you stated that
10 1 percent of teachers do not share the common goal of
11 keeping our children safe, and I'm wondering if you
12 might be able to provide the source for that number.
13        MR. FARRELL: I'd be happy to give you the
14 list of suspended and revoked educators that we've
15 compiled. We can do it by year, we can do it by a
16 alphabetical order, but it's a small percentage of
17 people that have engaged in misconduct that have put
18 children at risk, and that's the 1 percent I'm talking
19 about.
20        REPRESENTATIVE BRENNAN: Follow up, please.
21        MR. FARRELL: Yes.
22        REPRESENTATIVE BRENNAN: Would that 1 percent
23 be in regards to New Hampshire educators, or is that a
24 nationwide figure?
25        MR. FARRELL: That'd be New Hampshire. I

Page 10

1  don't have any facts or figures to support any other
2  state but the one that I work in.
3         REPRESENTATIVE BRENNAN: Thank you.
4         CHAIRMAN LYNN: Any questions?
5  Representative DiLorenzo.
6         REPRESENTATIVE DILORENZO: Thank you,
7  Mr. Chair.
8         Sir, could you tell me what the significance
9  of your Irish heritage has to do with this bill?
10        MR. FARRELL: Oh, it's kind of like to -- a
11 little bit of blarney that I have. It's nice to be
12 able to communicate with, create relationships, get
13 people to trust that I'm not working opposed to their
14 position. It's -- sometimes it's easier to convince
15 people to be on your team than trying to pound them
16 over the head.
17        REPRESENTATIVE DILORENZO: Thank you.
18        CHAIRMAN LYNN: Representative Paige.
19        REPRESENTATIVE PAIGE: Yeah. Thanks for
20 taking my question. Top of the morning.
21        So the -- just I want to -- I have a question
22 on terms of what you defined. You said the license
23 holders would come under the purview of this subpoena
24 power, right? So if I have a license to teach or
25 administrate or whatever, a neighbor does, that -- the

Page 11

1  Department would have that authority over that person
2  wherever they may be?
3         MS. FENTON: I'm going to assist on this
4  question.
5         REPRESENTATIVE PAIGE: Well, I just -- could
6  he answer that question, though? I think -- he
7  mentioned that. I want to understand. He's doing the
8  investigation. That's why he's here, right?
9         MS. FENTON: He certainly is, yes.
10        REPRESENTATIVE PAIGE: Thank you.
11        MR. FARRELL: So the Code of Conduct is the
12 method that we use to conduct investigations. And the
13 Code of Conduct is very limited in its scope, and the
14 scope is a license holder. So, for example, we cannot
15 go in and examine a custodian, a kitchen staffer, a
16 secretary, because they don't hold licenses with the
17 Department of Education. So my investigations and the
18 Code of Conduct is limited to those persons who hold
19 licenses that we control. Anybody else in the school
20 district, any other employee, we can't use the subpoena
21 power for them because they're not license holders. So
22 it's limited to those persons that hold the license.
23        CHAIRMAN LYNN: Other -- follow-up? Sure.
24        REPRESENTATIVE PAIGE: Yeah.
25        Changing subjects quickly, it sounded like.

Page 12

1  if I understood your testimony correctly, you said that
2  you're having success in your job right now, but the
3  day will come. Is that what you said?
4         MR. FARRELL: Yeah. We are having success,
5  and we are getting increasingly pushback from certain
6  stakeholders that are saying, "No, we're not going to
7  provide that information for you." I can give you
8  anecdotal -- or I can give you definitive information
9  that -- for example, just this week we had a -- an
10 educator that has come under our radar, this licensed
11 educator that was -- that is under investigation. And
12 I had to deal with three different superintendents to
13 ask for assistance in an investigation to determine
14 whether or not misconduct may have occurred. I got
15 three different answers from three different
16 superintendents, two of which were great and very
17 assisting. One flat out said, "No, I'm not going to
18 give you that information." And it's crucial
19 information to determine whether or not educator
20 misconduct occurred and any action that we might take
21 regarding this educator. So I had one case, three
22 superintendents. One flat out said, "No, thank you."
23 I don't have any authority to say to the
24 superintendent, no, I really need this information,
25 please, please, please give me this information. I

Page 13

1   don't have the authority to do it. So I have three
2   superintendents, two had levels of cooperation, one
3   said no.
4          CHAIRMAN LYNN: Other questions? Yes.
5   Representative Greeson.
6          REPRESENTATIVE GREESON. Thank you,
7   Mr. Chairman.
8          Thank you, sir, for answering our questions.
9   Is a subpoena a first line of action or a last line of
10  action for you?
11         MR. FARRELL: For me, it'd be the last line
12  of action. I would exhaust every other opportunity I
13  had and that would be the last thing that I would use.
14         CHAIRMAN LYNN: Other questions for this
15  witness? Representative Manos.
16         REPRESENTATIVE MANOS: Thank you, Mr. Chair.
17  I believe you talked about third-party
18  investigators, and those are contractors with the
19  Department of Education.
20         MR. FARRELL: No, contractors for school
21  districts.
22         REPRESENTATIVE MANOS: Okay. And so you're
23  having difficulty getting their reports?
24         MR. FARRELL: Correct.
25         REPRESENTATIVE MANOS: Thank you.

Page 14

1          CHAIRMAN LYNN: Representative Andrews.
2          REPRESENTATIVE ANDREWS: Thank you,
3   Mr. Chair. Thank you for taking my question. And
4   either one of you can answer this. If this only deals
5   with licensed employees of a school district, where
6   does it fall? Other employees, if they are -- come
7   under misconduct, who do they complain to?
8          MS. FENTON: It would be an employment issue
9   that the district would address.
10         CHAIRMAN LYNN: Other questions?
11  Representative Smith.
12         REPRESENTATIVE SMITH: Yes. Thank you.
13         Following up on my colleague's question. In
14  that situation, if you were aware of a problem, would
15  you -- if someone is not licensed but employed in the
16  public schools in this state, would you be able to go
17  to the Attorney General's Office, Attorney General
18  providing counsel for all agencies, to ask for help in
19  getting that information, whether it requires a
20  subpoena or not?
21         MR. FARRELL: When it comes to non-licensed
22  persons, I routinely have referred those type of cases
23  to the local county attorney, the local police, and
24  other partners that we have. Because sometimes that
25  behavior that is in question maybe border on criminal

Page 15

1   behavior. So we would immediately -- I immediately
2   pass that on to other authorities. We just had -- I
3   think you probably saw the news that a bus driver was
4   arrested yesterday. We got that information from the
5   school district, from the superintendent almost within
6   minutes after he became aware of it. We immediately --
7   I immediately forwarded it to the Chief of Police in
8   the Hudson Police Department and they conducted a
9   robust investigation that had had nothing to do with
10  us, but we were able to refer it to the right agency.
11         CHAIRMAN LYNN: Other questions for this
12  witness? Yes, Representative Leavitt.
13         REPRESENTATIVE LEAVITT: Thank you for taking
14  my question.
15         So you just mentioned that an educator was
16  found -- or you're looking into investigating. And why
17  would you have more than one superintendent to ask
18  the -- you know, to question about that person? Don't
19  you normally just have one superintendent that that
20  educator would be under?
21         MR. FARRELL: In this particular case, and
22  very often this is the case, this involved three
23  superintendents. One was superintendent of a district
24  at the time the person was initially hired, the second
25  superintendent was the new superintendent who works in

Page 16

1   the -- that same district, and the third superintendent
2   was a previous employer. So we went out and asked each
3   one of those superintendents to assist us in triaging
4   that case.
5          CHAIRMAN LYNN: All right. Representative
6   Horgan.
7          REPRESENTATIVE HORGAN: Thank you very much.
8   You mentioned the case of the bus driver, and I read
9   about that in the newspaper. I guess it was this
10  morning or yesterday morning. They all kind of meld
11  together and the -- actually, the case of the bus
12  driver, bus drivers are licensed, but I think they're
13  to drive school buses, but they're licensed by the DOT.
14  But -- and this is a little bit out of the purview of
15  our --
16         CHAIRMAN LYNN: So is there a question?
17         REPRESENTATIVE HORGAN: Yes, there's going to
18  be, yes. A little bit out of the purview of question,
19  and we're going against the political trend, as anybody
20  listened to governor's budget address knows, but would
21  it make your job easier if perhaps we licensed
22  everybody who was in a child-facing role with the
23  schools, regardless of whether or not they were
24  educators or paraprofessionals or just support staff?
25         MR. FARRELL: Well, it -- no, the answer is

4  (Pages 13 to 16)

Page 17

1    no. It wouldn't make my job easier. And I think we
2    have to define who educators are and what the Code of
3    Conduct is. So I think by expanding -- I wouldn't want
4    to expand the role of this agency to be involved with
5    persons that are not licensed.
6            REPRESENTATIVE HORGAN: Thanks.
7            CHAIRMAN LYNN: Other -- yes.
8    Representative MCBEATH.
9            REPRESENTATIVE MCBEATH: Good morning.
10           CHAIRMAN LYNN: Good morning.
11           REPRESENTATIVE MCBEATH: I'm in a different
12   place.
13           CHAIRMAN LYNN: All right.
14           REPRESENTATIVE MCBEATH: No, Chair. Good
15   morning and thank you for taking my question.
16           I think you testified that you said without
17   the subpoena power, you would have no authority to get
18   the information that you were requesting. So what is
19   the scope of the subpoena? Is it, you can get any
20   information you want? I mean, what's the hook for, you
21   know, containing what information your subpoena power
22   has?
23           MR. FARRELL: The subpoena power would be
24   limited to what I ask for. So I wouldn't -- it's not a
25   fishing net that would go out and, you know, drag the

Page 18

1    ocean for all types of information. It'd be
2    specific -- a report, for example, personnel record,
3    for example. Past disciplinary practices or actions
4    against the educator. Those are the type of things,
5    witness statements. We're not casting a wide net and
6    trying to capture people in that net. We want to be
7    very limited and focused on the allegation and those
8    things associated with the allegation.
9            CHAIRMAN LYNN: Yes.
10           REPRESENTATIVE MCBEATH: So I think that's
11   what I'm asking. So you are not limited within the
12   scope of whatever you want?
13           MR. FARRELL: Absolutely not. And keep in
14   mind, Code of Conduct is my guide. That's the -- my
15   boundaries. Those -- just like when I was in the state
16   police, there are certain things, those are -- I have
17   to stay within my lane. And the Code of Conduct is my
18   lane, and I don't go outside that Code of Conduct. I
19   don't go outside those lanes. So the idea that --
20   you'll see, if you look at the Code of Conduct, you
21   have to be very careful that people weaponize the Code
22   of Conduct. Parents weaponize it on occasion, school
23   districts perhaps. We don't want to weaponize the
24   code. We want to stay within the bounds of the code
25   and weaponizing it is really a bad idea.

Page 19

1            REPRESENTATIVE MCBEATH: Thank you.
2            CHAIRMAN LYNN: Other questions for this
3    witness? Yes, Representative, excuse me, Turer.
4            REPRESENTATIVE TURER: Thank you, Mr. Chair.
5    Thanks for taking the question.
6            I am sort of going back to the idea this is a
7    -- an amendment to the original bill that came before
8    us. And I know it's a full replacement of that bill.
9    But I guess my question is, the original bill
10   basically, and I believe that's why it's before this
11   committee, specifically targeted complaints related to
12   student discriminatory practices. And I'm wondering,
13   is the request before us now -- sounds like it may be
14   much broader than sort of things related to student
15   discriminatory practices. So I'm wondering how you see
16   the split between the two and whether or not this is
17   actually much broader than sort of what originally was
18   put before us. Thanks.
19           MS. FENTON: This is a completely different
20   concept than the original House Bill 533. And as I
21   mentioned at the beginning of my testimony, Richard
22   Farrell had been asking for this type of bill for quite
23   a while. And in working with Representative Lynn and
24   working with the Attorney General's office on the
25   original House Bill 533, we have since worked with the

Page 20

1    AG's office to come up with an SOP as to how we
2    transfer those cases to the Human Rights Commission and
3    the AG's office. It was brought up in that
4    conversation kind of separate and apart from it, that
5    the Department should probably seek subpoena power for
6    the Code of Conduct investigations that we do. And so
7    we thought that this would be the opportunity to do
8    that. And my understanding is Representative Lynn has
9    worked -- or spoken to the attorney general's office
10   about this amendment. But obviously, I will let him
11   speak to that.
12           MR. FARRELL: No, that's true. The second --
13   the Amendment 20230739H is -- you'll see that the
14   wording of that is slightly different than the earlier
15   proposed amendment. And that change in wording
16   reflects suggestions by the Attorney General's office.
17   That's why the -- that's the slight change in wording.
18           REPRESENTATIVE TURER: Okay. So just quick
19   follow-up. And I don't know whether I'm asking this of
20   -- the scope then of what we're talking about today
21   would go beyond sort of the original bill in terms of
22   not just targeting discriminatory complaints, but
23   targeting essentially any issue before the -- that
24   comes before you.
25           MS. FENTON: The short answer to your

5 (Pages 17 to 20)

Page 21

1  question is, yes, it is broader, but I'm going to --
2  it's a nuance because it falls directly within the Code
3  of Conduct. So to reference back to Richard Farrell,
4  we are within the bounds of the Code of Conduct, but it
5  is outside of the discriminatory practices, yes. Thank
6  you.
7         CHAIRMAN LYNN: Other questions for the --
8  Yes, Representative Payne -- Paige? I'm sorry.
9         REPRESENTATIVE PAIGE: Could -- that could be
10 true. So I'm just trying an off -- bouncing a little
11 bit off of Representative Turer's question in the
12 timeline. And I'm trying to catch up from the original
13 bill to the amendments we have with the subpoena issue
14 here before us. But if I'm understanding this
15 correctly, Mr. Farrell's been working at the Department
16 of Education for about ten years. 2018 is when the
17 Code of Conduct has -- was passed or adopted, however
18 we want to phrase that. And now it's 2023. But Mr.
19 Farrell's been asking for the subpoena power for as
20 long as he's been employed there. Is this the first
21 time the department's asked -- this is a yes or no. Is
22 this the first time the department's asked for subpoena
23 power?
24         MS. FENTON: Yes.
25         CHAIRMAN LYNN: Other questions for this

Page 22

1  witness? Seeing none, thank you very much.
2         (End of excerpt)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 23

1       CERTIFICATION
2
3       I, Alicia Jarrett, do hereby certify that the
4  foregoing is a correct transcript from the electronic
5  sound recording provided for transcription and prepared
6  to the best of my professional skills and ability.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24  ALICIA JARRETT, AAERT NO. 428    DATE: April 14, 2023
25

6  (Pages 21 to 23)

Page 23

1                    C E R T I F I C A T I O N

2

3               I, Alicia Jarrett, do hereby certify that the

4        foregoing is a correct transcript from the electronic

5        sound recording provided for transcription and prepared

6        to the best of my professional skills and ability.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23        _____

24        ALICIA JARRETT, AAERT NO. 428      DATE:  April 14, 2023

25

# EXHIBIT 66

# Redacted version of Aug. 27, 2021 F. Edelblut Email Exchange

**From:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
**To:** ███████████████@gmail.com>
**Subject:** RE: Interview
**Date:** Fri, 27 Aug 2021 19:38:37 -0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png; image004.png

---

If you could share with me the names of those educators (if the incident happened after 6/29/2021, the effective date of the statute) I would be happy to look into it.



*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov



New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** ████████████████@gmail.com>
**Sent:** Friday, August 27, 2021 12:46 PM
**To:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Subject:** Interview

EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.

---

Dear Commissioner Edelblut,

Thank you for doing a fine job on the NHPR interview regarding the Divisive Concepts Bill.

My sons have been informed by high school teachers that they are inherently racist and sexist because they are white males. When we react by being appalled, we have been "educated" that we are inherently racist too, by virtue of being white. I do hope this Bill makes a difference.

Thank you for your strong work.

Kindly,



Amherst, NH 03031

# EXHIBIT 67

Redacted version of Oct. 21, 2021 F. Edelblut Email Exchange

**From:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
**To:** "SAU 29" <rmalay@sau29.org>
**Subject:** FW: Curriculum Information
**Date:** Thu, 21 Oct 2021 19:32:30 -0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png; image004.png

I tried to call back. Below is what I was calling on.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov



 New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** Edelblut, Louis (Frank)
**Sent:** Thursday, October 21, 2021 3:30 PM
**To:** [redacted]@msn.com>
**Subject:** RE: Curriculum Information

Let me try one more time.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov



 New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** [redacted]@msn.com>
**Sent:** Thursday, October 21, 2021 3:04 PM
**To:** Edelblut, Louis (Frank) <frank.edelblut@doe.nh.gov>
**Cc:** Cline, Andrew <andrew.c.cline@affiliate.doe.nh.gov>
**Subject:** Fwd: Curriculum Information

**EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.**

Hi Frank,

I reached out to Superintendent Malay by phone the day we talked. His assistant took a message and my info. She then called me back and and said Superintendent Malay asked for me to correspond with the him by email.

I then sent the following email to Superintendent Malay back on September 23 (ignore 9/16 date on email). I also sent a reminder a couple of weeks later, followed by a phone call to his assistant, Cathy. I asked Cathy if she knew if the Superintendent intended to respond. She was going to check with him. I have yet to hear.

I guess I'm ready for the RTK.

███

Get Outlook for iOS

---

**From:** ███████ msn.com>
**Sent:** Thursday, September 23, 2021 3:04 PM
**To:** rmalay@sau29.org
**Subject:** Curriculum Information

September 16, 2021

**Robert Malay**
**Superintendent SAU29**
**167 Maple Avenue**
**Keene NH 03431**

**Dear Superintendent Maylay:**

Thank you for the follow up connection from Commissioner Edulblut.

I represent a group of concerned parents and taxpayers in our community, all of whom want a public education system that is effective, efficient, and focused exclusively on serving the needs of all individual children in its care.

I apologize for the delay. I had a two page Right To Know request ready to send and sat on it a few days. It just felt best to have a conversation first.

With the new age of Covid and Zoom, parents have had a larger window into the classroom. Questions about subject content and academic rigor have been raised. Along with the recent passage of the anti-discrimination curriculum law, all of have brought quite the spotlight on education to us all.

Personally, I am appalled at some of what I've heard. One friend of mine (in another NH school district) asked her son what he learned about racism. He was told since he is white he is racist, was born racist because of his skin color, and will always be a racist. He never told this to his parents before being asked. I can't imagine being told that as a child.

Earlier in the year I approached Principle Sharyn D'Eon at Chesterfield for information. I was sent a lesson for voting rights (4th grade I believe). Not only did it have some political bias, there was quite a lot of misinformation in it. It was a surprise this was an ELA lesson, but didn't seem to have a lot of instruction specific for that subject.

After reading the lesson there were questions on how content is decided. I was told a curriculum committee at the SAU level approves textbooks and content for the schools. From what I understand, this is not decided at a school board meeting.

While concerned about discrimination and bias which may be obvious or subtle in our classrooms, there is the question of how much instruction time or focus is the social justice/equity agenda taught at the expense of academic skills and

excellence?

What is the long term psychological impact on children?

Maybe it is all positive and that would be important to know, but what if it's not?

Our group is willing to invest the time and energy to get a better view of what is being taught to our students, but it's hard to know where to start.   How can we work together to identify bias and discrimination?  What access do we have to review teacher trainings, subject content in textbooks, handouts, or any type of instruction? Is there a committee or department for Diverstiy or Equity?

How will schools monitor for compliance for the new anti-discrimination law and make sure this does not take place in any classroom?
Examples of such discriminatory ideas:
-*White Privilege*
-*White Guilt*
-*White Rage*
-*Critical (Race) theory*
-*Any race is superior or otherwise advantaged compared to another, Inherited traits define you, your worth, or your ability to achieve that which you set out to do.*
-*Equity  (unlike Equality) – The concept that all outcomes should be equal regardless of behavior or effort, and furthered by Ibram X Kendi to claim that "all inequity between races is always the result of racism and that the only cure for past racism is current racism and the only cure for current racism is future racism" (How To Be An Anti-Racist)*
-*Any suggestion of any form of segregation by race, religion, sex, gender or any other heritable trait.*

I'll include a graphic of some of the buzzwords which can be of concern.

Please let me know how best we can learn more, review and give feedback, and ultimately support and empower every child.

Thank you,

████████████
Spofford, NH 03462
██████████

# EXHIBIT 68

Redacted version of Dec. 13, 2021 F. Edelblut Email Exchange

(Depo. Ex. 15)

2057
**EXHIBIT 15**

D. Fenton

5/17/2023

Reporter: Sharon Saalfield
RDR, CRR

**From:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>

    **To:** "Fenton, Diana" <Diana.E.Fenton@doe.nh.gov>

    **Cc:** "Farrell, Richard" <Richard.J.Farrell@doe.nh.gov>, "Bond, Christopher" <Christopher.G.Bond@doe.nh.gov>

**Subject:** FW: Cheshire County SAU29 - Concerned Parent

    **Date:** Mon, 13 Dec 2021 16:05:24 +0000

**Importance:** Normal

**Attachments:** received_599899994398162.pdf; ACFrOgCEUqTQie3kzvltQjk1IXPLNcNe8WQKqki...pdf

**Inline-Images:** image001.png; image002.png; image003.png; image004.png

---

The first part of this email is for Chris, the second is relative to procedural and disciplinary issues and a request for an investigation at Keene.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov

🐦📷 📷

 New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:**          @gmail.com>
**Sent:** Monday, December 13, 2021 9:45 AM
**To:** Edelblut, Louis (Frank) <Frank.Edelblut@doe.nh.gov>
**Subject:** Cheshire County SAU29 - Concerned Parent

EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.

Good Morning Frank,

I am writing you this e-mail as a follow up to our conversation on Friday 12/10/21 in regards to some concerns I have with the SAU29 School System in Cheshire County. I have a son who is a Sophomore at KHS, and a daughter who is a Freshman at KHS. Both have attended Keene Schools since pre-school and we have lived and paid taxes in Keene since 2005.

The first concern I have is in regards to a Permission Slip (attached) that was sent out to parents of 8th Grade students at the Chesterfield School. It asks parents to give permission for their 8th graders to watch a film "White Like Me by Tim Wise"..."a leading researcher in the field of "Race Relations" and oft commentator for CNN, and someone who has also been on Fox News on this topic." This film emphasizes "White Privilege" and equates Conservatism with White Supremacy. The film should not be shown at all, as it is clearly CRT, and in direct violation of NH Bill "HB 2 Sections 297 and 298, Right to Freedom from Discriminaton in Public Workplaces and Education."

This was the first I had seen anything like this being sent home from school, and it was shared with me by a parent with a child in the Chesterfield School 8th grade class. However, I have heard from multiple other parents

of situations like this happening often in their classrooms. Although it goes against NH Law, it is being enabled and encouraged by local School Boards, School Administrators, and Teachers Unions. There needs to be an investigation into "at the very least" the Chesterfield School and their curriculum, their policies on CRT and if it is in line with NH Law, if they are following the Law, and if not, it be brought up to meet the standards of the Law to protect the students from teacher's biased and politically driven lesson plans.

The second concern I have is with the Keene High School, SAU29 School Board, and School Administrators, in regards to Safety, Assaults, Lack of Teacher Supervision or Staff on Duty, Destruction of Property (I pay for that with my Taxes) and multiple days a week with no class instruction, with students are being given all day Study Hall instead.

I received the attached letter from KHS on 12/9/21 about a student threatening to "Shoot up the School". This is not the first incident of a threat made by a student at KHS just this year. Earlier this year, my son was brought into an office and questioned by the School Resource Officer, who is also a Keene Police Officer, because my son and a few of his friends had overheard another student making similar threats to the school, to come to school and shoot students. I was first surprised that the resource officer had questioned my son without my knowledge or permission or presence, nor was I notified beforehand. I found out about it later when my son got home from school. I called the school and questioned the resource officer on what happened and I also spoke with Cindy Gallagher, the school principal. She explained that the only recourse the school has is to suspend the student who was making threats for 10 days, after which the student must be allowed back into the school with steps made for counseling and rehabilitation of the student "According to NH State Law" (I was told by the principal). That student is now back in school and walking the halls with the other students, who he threatened to shoot. I find it very hard to process that NH Law would allow a student who made threats on other students' lives, to be allowed back into the regular student population, with very little to no safety precautions taken for the rest of the students.

This leads me to the other concerns I have in regards to Student Safety. My kids have come home on several days and told me that a lot of teachers are constantly absent from school at the same time. They have said that on more than one occasion, there have been 30 teachers out at one time, with no student teacher backup. So many teachers are absent from school at one time, that there are no classes being taught, At All, on those days. Instead, the students are ushered into the auditorium or the cafeteria for "Study Hall".

During these all day Study Halls, there is no supervision, teachers or adult staff (because they have all called out). There is open drug use (and dealing), vaping, sexual assault, and violent fighting going on during this time, and in the hallways in between periods. When fights break out, teachers and staff do not intervene in defense of the victim, but instead they turn and walk away, as if instructed by policy Not to intervene...when it is their duty to protect all students in their care. There have been students who have been severely injured by being attacked, not in a Fight, but being Attacked! And the teachers do nothing and the attacker is allowed to walk the halls and also be confined in the auditorium or cafeteria with their victims, and no staff.

For what I have stated above...the students are filming all of this in real time. I have seen the videos myself, as my children show it to me. I have discussed this with the principal of KHS and have been told that a lot of what is happening is out of her control and at the state level. That she cannot suspend a student indefinitely, even when that student threatens to shoot and kill their fellow students. That students who have threatened or physically assaulted other students, are part of a protected class. Well, what about my children who just want to go to school, go to classes, with teachers teaching, and not fear for their safety?

I am calling for an immediate investigation into SAU29 School Board, KHS School Administrators, and KHS Teachers and Staff. There are laws being broken while my children are in school every day. I will no longer sit by and watch it happen. I am part of a much larger group of parents that are starting to gather their resources to fight against the school, system when it comes to our kids. We are fed up!

Lastly...I encourage you to watch the video below in its entirety. This was posted on 12/10/21 titled "Oxford school mass shooting: Two $100M lawsuits allege school officials knew of threats". What was happening at

Oxford High School was well known. It was known by the students, the teachers, the guidance counselors, the principal, the school board...they all knew. And they did nothing. What is happening at Keene High School, where you have all the kids in two large rooms all day, all together, with little to no supervision, and students who have already threatened to shoot and kill their classmates, are in there with them...this is tactically and morally a recipe for disaster.

https://fb.watch/9S_aSWLMU_/

Concerned Parent

# EXHIBIT 69

Redacted version of Aug. 23, 2021 F. Edelblut Email Exchange

(Depo. Ex. 19)

**From:** "Fenton, Diana" <Diana.E.Fenton@doe.nh.gov>
    **To:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
**Subject:** RE: Latest update
    **Date:** Mon, 23 Aug 2021 11:45:24 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png; image004.png

2061
**EXHIBIT 19**
D. Fenton
5/17/2023
Reporter: Sharon Saalfield
RDR, CRR

Sure—let me see what I can do.

**From:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Sent:** Friday, August 20, 2021 8:15 AM
**To:** Fenton, Diana <Diana.E.Fenton@doe.nh.gov>
**Subject:** FW: Latest update

I did call David Ryan to ask for and about the book. Can you get a copy? He has not returned my call.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
**Phone:** 603-271-3144
Frank.Edelblut@doe.nh.gov



 New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮ @msn.com>
**Sent:** Thursday, August 19, 2021 8:44 PM
**To:** Christopher Andriski <candriski@sau16.org>; Edelblut, Louis (Frank) <frank.edelblut@doe.nh.gov>; Adams, Angela <angela.adams@doe.nh.gov>; Governor Sununu <governorsununu@nh.gov>
**Cc:** Becky Ruel <bruel@sau16.org>; ▮▮▮▮▮▮▮▮▮▮▮▮ @sau16.org>; SAU 16 <dryan@sau16.org>; Melissa Litchfield <Melissa.Litchfield@leg.state.nh.us>; Whitney Schwartz <wschwartz@sau16.org>; Robin Johnson <robin@vikingwelding.net>; ▮▮▮▮▮▮▮▮▮▮▮▮ Patrick & Jenn Marr <rpjmarr@yahoo.com>; jason.a.bonnevie@gmail.com
**Subject:** Latest update

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

I'm writing again in hopes to seek the answers that I have been desperately seeking with books that are being read and also teachers Kelsey Plourde, principal Becky Ruel and Assistant Super Intendant Chris Andriski all ignoring to comply with The Board of Education and Comissioner of Education. There has definitely been lies and cover ups about inappropriate content being read to 4th grade students. You have violated my rights with a special education student and you have violated the entire group of parents and students in the 4th and 5th grade Cohort in May of 2021. I realize there will be no response to the answers I seek in a formal email. Therefore I have spoken to an attorney to seek legal action.

One last thing that I would like to bring to the attention of administration is that I along with several parents in town spoke either secretary Kristin Griggs asking why an important board meeting was not posted at Kensington Elementary School, on the front board that town residents drive by and rely on. Kristin stated that it was in the works and was going to be posted. It was NOT POSTED ON OR BEFORE THE MEETING ON August 18th. It however was posted today August 19th, after the meeting had already been conducted. WHY? What is it that you are hesitant for parents to be informed of?

Chris Andriski and David Ryan you will be hearing from the attorney that is representing me soon as you have left me no other choice.

Attached is a picture of how staff, school teachers posted the meeting after it was held. These administrators, teachers and Becky Ruel principal need to be held accountable and held responsible for violating codes of conduct. I will speak with you through my attorney that is representing me.

Because of you lack of response and poor administration with everyone that I have contacted within the Sau16, I have had t ok become boisterous. This has caused my entire family and home to be threatened! I have received horrible messages from community and also have had nails thrown in our driveway. I have 3 children that live here and an elderly parent who will be 79 this September 4th, 2021. You lack of proper administration has caused my family and I a tremendous amount of unwanted stress considering we pay almost $8,000k in property taxes. You all need to be held accountable, I will make sure my attorney takes care of these matters. God Bless you all!

Sincerely,

**From:** ▮▮▮▮▮▮▮▮▮▮▮ @msn.com>
**Sent:** Tuesday, August 10, 2021 5:26 PM
**To:** Christopher Andriski <candriski@sau16.org>; frank.edelblut@doe.nh.gov <frank.edelblut@doe.nh.gov>; angela.adams@doe.nh.gov <angela.adams@doe.nh.gov>; governorsununu@nh.gov <governorsununu@nh.gov>
**Cc:** Becky Ruel <bruel@sau16.org>; ▮▮▮▮▮▮▮▮▮▮▮ @sau16.org>; dryan@sau16.org <dryan@sau16.org>; Melissa Litchfield <Melissa.Litchfield@leg.state.nh.us>; Whitney Schwartz <wschwartz@sau16.org>; Robin Johnson <robin@vikingwelding.net>; ▮▮▮▮▮▮▮▮▮▮▮ >; Patrick & Jenn Marr <rpjmarr@yahoo.com>; jason.a.bonnevie@gmail.com <jason.a.bonnevie@gmail.com>
**Subject:** Re: Gender Book & Review RSA 186:11,IX-b and IX-c. Section 186:11 Duties of State Board of Education.

No worries Chris Andriski and David Ryan; at this time our cat and mouse game has come to a complete STOP! I have spoken to the Commissioner of Education Stephen Berwick and Frank Edelblut. I'm requesting that this be reviewed by the SAU16 School Board. After a week, if I have not received a written response, I will file for an appeal under Ed 204 with my local school board, addressed to the chair. Ed 200 (state.nh.us)

By law the SAU16 and teacher ▮▮▮▮▮▮▮ has violated my parental rights; along with other parent's rights to read any objectionable material to my child and other children. By law you are required to give parents a two week notice of sexual material and also any material that contains equity and inclusion. You have ignored this repeatedly, David and Chris. By law you as teachers and administrators need to give ALL parents a two-week notice. I know there are hundreds of parents that are not in favor of this DEIJ program/CRT. I will make all elementary schools aware of this. Hopefully if many parents are not in favor of these books; together as parents we can ask to have the DEIJ Director fired since he may likely not be needed. I also request as others have at the school board meetings that David Ryan and Chris Andriski resign. These two supposed leaders have lost our

trust and faith far too many times. They simply can no longer be trusted. These two board members are the first two that parents have requested and demanded to RESIGN! The next should be Kimberly Meyer since she kept our schools closed however housed hundreds of kids at the YMCA in Exeter. This was for her benefit not for our children's!

If I am dissatisfied with the resolution, it will then go to the state! I have expressed my concerns with these controversial books, for these young age groups. Since you seem to not have not been to be able to understand what I am demanding, I have been advised by the Education Commission Manager Stephen Berwick to reiterate why these materials are damaging. So here we go! First you violated my rights and my daughters (H.J) civil rights along with all the other students in the entire classroom. You have these children very confused, and they are all saying they are gay, lesbian, pan gender, two spirited. All these ridiculous things that parents should speak to their children about NOT YOU!

Regarding the book "A Good Kind of Trouble," it is a terrible book that shames "white" children into thinking, they are the oppressors in society. This book talks about gunshots, rioting, looting, burning down buildings. It also made our daughter very uncomfortable and scared. Most parents try to monitor and protect their children just from watching the news whether local or world news because of the violence and bloodshed. I still don't understand why you think these scary, controversial subjects are ok to read to children without parental consent. The last I knew you all work for us. Teachers and administrators are paid through our high property taxes. Without our tax dollars there would not be funding to have job security. So, I suggest you start taking these matters seriously. If you do not, I have been told by Stephen Berwick that he will be meeting with you to make sure these rules are followed. So, I believe now that I will have to have this in writing that you will be following these guidelines. I'm beyond ecstatic that I finally got my way with you after you putting me off since May, ignoring me and trying to run me around in circles. One last quote that I would like to mention from this book is how it said "white cops" kill innocent black people. First, I do not like the phrase COPS, as it sounds disrespectful. Also, If this is not a white HATE book it would have said bad police officers kill innocent people, excluding the gesture of color.

I'm also requesting that Black Lives Matters Organization be removed immediately from our SAU16. This is not working out very well already. You're going to have major lawsuits out very soon, parents at the August 3, 2021, meeting showed extreme dissatisfaction. BLM wants to defund and dismantle our police, what are we to do if that were to happen. They are not a positive organization, This is becoming too political!

I was born in 1974 to an average, middle class, LOVING, CARING FAMILY! My best friend lived across the street from me in a Veteran Housing Project. To this day we still remain best friends. When I was in high school, I would give some of my classmate's rides to or from school. Some were Asian, Vietnamese, Bi-racial, African American. Some were also very poor white families. Some of those white kids went to bed hungry at night. Some had single parent homes. Others had drug addicted or alcoholic parents. STOP reading these books! These BLM books are designed to shame all children of every color and more importantly SHAME WHITE CHILDREN and to MAKE THE WHITE CHILD THE OPRESSOR! It stops here! This book has proven that!

Thank you for your time,

Please schedule a meeting or refer to Stephen Berwick 603-271-2299. He will advise you where you need to start to rectify this problem that you have ignored since May 2021. You can also contact Frank Edelblut 603-271-3144. I'm relieved that we are finally going to head in the right direction of the education that these children deserve.

**From:** Christopher Andriski <candriski@sau16.org>
**Sent:** Tuesday, August 10, 2021 12:53 PM
**To:** ████████████████ @msn.com>
**Cc:** Becky Ruel <bruel@sau16.org>; ████████@sau16.org>; dryan@sau16.org <dryan@sau16.org>;
Melissa Litchfield <Melissa.Litchfield@leg.state.nh.us>; Whitney Schwartz <wschwartz@sau16.org>; Robin Johnson
<robin@vikingwelding.net>; ████████████████; Patrick & Jenn Marr
<rpjmarr@yahoo.com>
**Subject:** Re: Gender Book

Good afternoon ███,

I understand that you are looking for an answer in writing, however I am not sure what you are asking us to answer as we have not had the chance to speak as a group about the concern you have raised. That is why I have invited Dr. Ryan, Mr. Mejia, Ms. Ruel, Ms. ███ and myself to meet with you to discuss and understand the statements you have made about the teaching and curriculum that your daughter engaged in last year. Again, so that we can all be on the same page and together, please let us know your availability on Monday and Tuesday afternoon.

On Tue, Aug 10, 2021 at 9:58 AM ████████████████████████ > wrote:

Chris Andriski and David Ryan

I need to be very specific with you Chris! What part do you NOT understand?? I want my simple questions answered in writing! I do not know why you seem to think you are more superior than me. You work for me, and I want my simple questions answered by you and your $95,000k, DEIJ director Andres Mejia. Again, I will not let you run me around in circles this time around. You clearly are not going to answer my questions in writing. It is extremely frustrating to me that you do not realize that you and your teacher █████████, have VIOLATED our child's Civil Rights. You leave me no other option than to seek a lawyer for a lawsuit. I will work as hard as I can to get DEIJ/CRT out of SAU16; just as other parents are in the SAU16 District. Teachers and Principals that assume this is OK need to be held accountable and be TERMINATED! You will be hearing from my attorney as you leave me and other parents no other choice! I hope you realize that when you play with fire you are going to get burned! I will not be complacent any longer! I wish you a blessed day.

---

**From:** Christopher Andriski <candriski@sau16.org>
**Sent:** Tuesday, August 10, 2021 8:32 AM
**To:** ████████████████ >
**Cc:** Becky Ruel <bruel@sau16.org>; ████████@sau16.org>; dryan@sau16.org <dryan@sau16.org>;
Melissa Litchfield <Melissa.Litchfield@leg.state.nh.us>; Whitney Schwartz <wschwartz@sau16.org>; Robin Johnson
<robin@vikingwelding.net>; ████████████████; Patrick & Jenn Marr
<rpjmarr@yahoo.com>
**Subject:** Re: Gender Book

Good morning ████████,

As I stated in my responses on June 7 and June 8, we would welcome you to come meet with us at the SAU office to discuss this concern in greater depth. What is your availability next Monday or Tuesday afternoon? I look forward to scheduling a time to meet with you.

On Tue, Aug 10, 2021 at 4:06 AM ████████████████ msn.com> wrote:

Dr. David Ryan and Chris Andriski I would like a reply to this email on Tuesday, August 10, 2021. Is this how you want to make children become "global citizens?" My e-mail was never fully resolved the last time I questioned literature being read to my daughter's class. Perhaps you can refer to your DEIJ director to answer this question that I have. I find it discriminatory that my questions cannot be fully resolved/answered. David Ryan seems to send out Mass e-mails answering questions instead of dealing with parents directly; to answer questions parents seek. David Ryan, your salary is beyond an average income, you are paid very well. My husband and I pay an astronomical amount of property tax that goes directly to the SAU16. I would like a reply today for you to start answering my questions. I have lost faith in teachers and you being the Superintendent/leader of our SAU16 school district. David Ryan your trust has been broken so badly that I cannot send my daughter to school any longer. That is a HUGE PROBLEM. Please get back to me today before I need to seek alternative help to resolve this matter.

Thank you,

███████████████

**From:** ████████
**Sent:** Monday, August 9, 2021 1:30 PM
**To:** Becky Ruel <bruel@sau16.org>; candriski@sau16.org <candriski@sau16.org>; ████████
████████>; dryan@sau16.org <dryan@sau16.org>; Melissa Litchfield
<Melissa.Litchfield@leg.state.nh.us>
**Cc:** Whitney Schwartz <wschwartz@sau16.org>; Robin Johnson <robin@vikingwelding.net>;
████████ Patrick & Jenn Marr <rpjmarr@yahoo.com>
**Subject:** Gender Book

Good afternoon,,

It appears there has been a gender book read to Hannah's class. She came home saying that her female friends at school are saying that they are bisexual and pan gender. I'm not sure what Pan Gender is can you please enlighten me as to what Pan Gender is? Also what is two spirted?

I have married gay and lesbian friends but I've never heard of these other sexualities. I'm not HOMOPHOBIC, I love my gay friends. It appears that these books are confusing these children and I'm extremely concerned.

I look forward to having this discussion.

███████████████

--

Christopher Andriski
Assistant Superintendent
**SAU #16**
**603-775-8679**
30 Linden Street
Exeter, NH . 03833
www.sau16.org

SAU 16 does not discriminate on the basis of race, color, national origin, gender, sex, sexual orientation, religion, nationality, ethnic origins, country of origin, economic status, status as a victim of domestic violence, harassment, sexual assault, or stalking, disability, age or other protected classes under applicable law in its educational programs and activities. SAU 16 also provides equal access to buildings for youth groups. Questions about Title IX can be referred to the SAU 16 District Coordinator at titleix@sau16.org, (603) 775-8426, or the assistant secretary for civil rights. On the SAU 16 District website, find the Statement of Non-discrimination notice. Included in the statement are the following: 1. The link to the materials SAU 16 utilized to train school district personnel in the Title IX process. 2. The link to the form used by SAU 16 to report a concern.

Christopher Andriski
Assistant Superintendent
**SAU #16**
**603-775-8679**
30 Linden Street
Exeter, NH , 03833
www.sau16.org

SAU 16 does not discriminate on the basis of race, color, national origin, gender, sex, sexual orientation, religion, nationality, ethnic origins, country of origin, economic status, status as a victim of domestic violence, harassment, sexual assault, or stalking, disability, age or other protected classes under applicable law in its educational programs and activities. SAU 16 also provides equal access to buildings for youth groups. Questions about Title IX can be referred to the SAU 16 District Coordinator at titleix@sau16.org, (603) 775-8426, or the assistant secretary for civil rights. On the SAU 16 District website, find the Statement of Non-discrimination notice. Included in the statement are the following: 1. The link to the materials SAU 16 utilized to train school district personnel in the Title IX process. 2. The link to the form used by SAU 16 to report a concern.

**EXHIBIT 70**

Redacted version of Aug. 12, 2021 F. Edelblut Email Exchange

**From:** ████████████████████com>
**To:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
**Subject:** RE: CRT - Hopkinton
**Date:** Thu, 12 Aug 2021 19:21:53 +0000
**Importance:** Normal
**Attachments:** common_challenges_when_teaching_about_equity___social_justice__.pdf;
NCTE19__CARBTE_Full_Handout.pdf
**Inline-Images:** image005.png; image007.png; image008.png; image009.png; image010.png; image011.jpg

---

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Frank:

I am not sure if you had a chance to view Kate LaClair's twitter feed in relation to the study guide materials that she was circulating to teachers. Because of our presentation Tuesday night, she has now restricted access – i.e. her twitter feed is no longer open to the public.  Attached is the study guide that she was circulating plus the "book replacement" recommendations.

████████████

*Admitted in NH and DC*



## Orr&Reno
**Sustained Excellence Since 1946**

45 South Main Street, P.O. Box 3550
Concord, NH 03302-3550
Phone: 603.224.2381
Direct Ext: 603.223.9187
Fax: 603.223.9087
www.orr-reno.com

This transmission is intended only for the designated recipient(s). It contains confidential information that may be subject to the attorney-client privilege or other confidentiality protections under applicable law. If you are not a designated recipient, you must not read, use, copy or distribute this message. If you received this transmission in error, please notify the sender by telephone (603.224.2381) or by reply e-mail and delete this message.

---

**From:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Sent:** Monday, August 9, 2021 8:56 PM
**To:** ████████████████████com>
**Subject:** RE: CRT - Hopkinton

Tomorrow early 7:30/8:00 might be best. My cell is 603 ████████

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
**Phone:** 603-271-3144

2069

Frank.Edelblut@doe.nh.gov





New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** ███████████████████████com>
**Sent:** Monday, August 9, 2021 3:14 PM
**To:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Subject:** RE: CRT - Hopkinton

**EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.**

Frank:

When you get a moment, could you give me a call? Or I could call you.

Let me know, thanks.

███

███████████████



**Orr&Reno**
**Sustained Excellence Since 1946**

45 South Main Street, P.O. Box 3550
Concord, NH 03302-3550
Phone: 603.224.2381
Direct Ext: 603.223.9187
Fax: 603.223.9087
www.orr-reno.com

This transmission is intended only for the designated recipient(s). It contains confidential information that may be subject to the attorney-client privilege or other confidentiality protections under applicable law. If you are not a designated recipient, you must not read, use, copy or distribute this message. If you received this transmission in error, please notify the sender by telephone (603.224.2381) or by reply e-mail and delete this message.

**From:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Sent:** Wednesday, April 7, 2021 5:15 PM
**To:** ███████████████████.com>
**Subject:** RE: [MSS News] Annual Meeting and HSD - Hopkinton Town Library Hopkinton Reads Program

Yes.

*Frank Edelblut*

2070

Frank Edelblut | Commissioner of Education
**Phone:** 603-271-3144
Frank.Edelblut@doe.nh.gov



New Hampshire
**Department of Education**

*The contents of this message are confidential.  Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited.  If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** ███████████████████.com>
**Sent:** Wednesday, April 7, 2021 5:06 PM
**To:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Subject:** RE: [MSS News] Annual Meeting and HSD - Hopkinton Town Library Hopkinton Reads Program

EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.

Frank:

I am assuming that Dan Richards was the gentlemen you were going to introduce me to?

Let me know, I may want to chat with Dan and his wife.

███

███████████


**Orr&Reno**
**Sustained Excellence Since 1946**

45 South Main Street, P.O. Box 3550
Concord, NH 03302-3550
Phone: 603.224.2381
Direct Ext: 603.223.9187
Fax: 603.223.9087
www.orr-reno.com

This transmission is intended only for the designated recipient(s). It contains confidential information that may be subject to the attorney-client privilege or other confidentiality protections under applicable law. If you are not a designated recipient, you must not read, use, copy or distribute this message. If you received this transmission in error, please notify the sender by telephone (603.224.2381) or by reply e-mail and delete this message.

**From:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Sent:** Thursday, April 1, 2021 1:02 PM
**To:** ███████████████████.com>
**Subject:** RE: [MSS News] Annual Meeting and HSD - Hopkinton Town Library Hopkinton Reads Program

I shared this with Steve.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
**Phone:** 603-271-3144
Frank.Edelblut@doe.nh.gov



 New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮.com>
**Sent:** Thursday, April 1, 2021 12:43 PM
**To:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Subject:** RE: [MSS News] Annual Meeting and HSD - Hopkinton Town Library Hopkinton Reads Program

> **EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Frank:

This video is fantastic. We are going to work this (and the compelling substance contained therein) into our plea to the Hopkinton School District.



# Orr&Reno
**Sustained Excellence Since 1946**

45 South Main Street, P.O. Box 3550
Concord, NH 03302-3550
Phone: 603.224.2381
Direct Ext: 603.223.9187
Fax: 603.223.9087
www.orr-reno.com

This transmission is intended only for the designated recipient(s). It contains confidential information that may be subject to the attorney-client privilege or other confidentiality protections under applicable law. If you are not a designated recipient, you must not read, use, copy or distribute this message. If you received this transmission in error, please notify the sender by telephone (603.224.2381) or by reply e-mail and delete this message.

**From:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Sent:** Thursday, April 1, 2021 11:54 AM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮.com>
**Subject:** RE: [MSS News] Annual Meeting and HSD - Hopkinton Town Library Hopkinton Reads Program

Here is the video link.

<u>Ian Rowe talks with New Hampshire State Board of Education 3/11/2021 - YouTube</u>

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
**Phone:** 603-271-3144
<u>Frank.Edelblut@doe.nh.gov</u>

 

New Hampshire
**Department of Education**

*The contents of this message are confidential.  Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited.  If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** ███████████████ .com>
**Sent:** Thursday, April 1, 2021 10:55 AM
**To:** Edelblut, Louis (Frank) <<u>Louis.F.Edelblut@doe.nh.gov</u>>
**Cc:** Julie L <<u>julielaboe@gmail.com</u>>
**Subject:** FW: [MSS News] Annual Meeting and HSD - Hopkinton Town Library Hopkinton Reads Program

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Frank:

It was great to talk with you and I hope we can coordinate a meaningful resistance to the divisive critical race theory agenda.

Below is the superintendent's response to my email.



**Orr&Reno**
**Sustained Excellence Since 1946**

45 South Main Street, P.O. Box 3550
Concord, NH 03302-3550
Phone: 603.224.2381
Direct Ext: 603.223.9187
Fax: 603.223.9087
<u>www.orr-reno.com</u>

This transmission is intended only for the designated recipient(s). It contains confidential information that may be subject to the attorney-client privilege or other confidentiality protections under applicable law. If you are not a designated recipient, you must not read, use, copy or distribute this message. If you received this transmission in error, please notify the sender by telephone (603.224.2381) or by reply e-mail and delete this message.

2073

**From:** Steven Chamberlin <schamberlin@hopkintonschools.org>
**Sent:** Thursday, April 1, 2021 5:20 AM
**To:** ███████████████████████.com>
**Subject:** Re: [MSS News] Annual Meeting and HSD - Hopkinton Town Library Hopkinton Reads Program

April 1, 2021

Hi ███,

Thanks for the email.

The Hopkinton School District has not adopted Critical Race Theory...

The District is entering a process to learn more of the experiences of others and have conversations with the community about this work.

Please know I will reflect upon this email and appreciate your perspective.

Steve

On Wed, Mar 31, 2021 at 4:19 PM ██████████████████.com> wrote:

> Mr. Chamberlin:
>
> We have three children in the Hopkinton School System, one at Maple Street and two in the Middle High School. According to your email below, it would strongly appear that the Hopkinton School District faculty, at all levels, is being trained to teach critical race theory to Hopkinton students.  Is this correct?  If so, please point us to the curriculum for both Maple Street and Middle High School that incorporates the teaching and/or theories espoused in the three books that you referenced below.
>
> As you are well aware, critical race theory is an ideology which falsely maintains that the United States is a fundamentally racist country and that the Constitution, capitalism, and individual rights must be overthrown in the name of "antiracism." Kendi, the author you reference below, advocates for the discrimination against Americans according to their ethnicity – it's OK, he posits. He writes: "[t]he defining question is whether the discrimination is creating equity or inequity. *If discrimination is creating equity, then it's antiracist.* If discrimination is creating inequity it is racist." This is how you become an antiracist – discriminate against whites. How is this acceptable? Critical race theory ignores the vast amount of empirical evidence that family structure, education, and employment are the drivers of inequality. Instead, every instance of disparity between ethnicities – according to Kendi - is evidence of racial discrimination. All other causal factors cannot be considered. Moreover, if you are white, you are inherently racist and must atone for your sins. This type of theory encroaches upon our Christian beliefs and I am positive that others in the community would agree. Kendi, and others like him, refuse to judge people based upon the content of their character, but *only* on the color of their skin. This is quintessential racism. Teaching our children to feel shame because of the color of their skin – something they have no control over – is despicable. Teaching our youngsters to hate this Country runs quite close to advocating subversive doctrines prohibited under NH RSA 191:1. It is identity-based Marxism.
>
> From our experience, the children in Hopkinton are raised by some pretty amazing parents.  They do not see color, they see each other as human beings. I know that we have raised our kids to treat others with the respect that they deserve, regardless of their ethnicity. Critical race theory vehemently rejects such a notion. Instead, critical race theory *requires* the kids to "see color" and act accordingly – this is incredibly divisive. It's espoused goal is to manufacture conflict between ethnicities.
>
> If the Hopkinton School System is teaching critical race theory we need to know this immediately.  Thank you for your immediate attention, we look forward to hearing from you soon.



## Orr&Reno

**Sustained Excellence Since 1946**

45 South Main Street, P.O. Box 3550
Concord, NH 03302-3550
Phone: 603.224.2381
Direct Ext: 603.223.9187
Fax: 603.223.9087
www.orr-reno.com

This transmission is intended only for the designated recipient(s). It contains confidential information that may be subject to the attorney-client privilege or other confidentiality protections under applicable law. If you are not a designated recipient, you must not read, use, copy or distribute this message. If you received this transmission in error, please notify the sender by telephone (603.224.2381) or by reply e-mail and delete this message.

**From:** mssnews <mssnews-bounces@hopkintonschools.org> **On Behalf Of** Steven Chamberlin
**Sent:** Friday, March 19, 2021 12:39 PM
**To:** Harold Martin School <hmsnews@hopkintonschools.org>; HMS School Staff <hms@hopkintonschools.org>; HSD Email List Serve <hsdnews@hopkintonschools.org>; Maple Street School <mssnews@hopkintonschools.org>; Maple Street School Staff <mss@hopkintonschools.org>; Middle and High School <hmhsnews@hopkintonschools.org>
**Subject:** [MSS News] Annual Meeting and HSD - Hopkinton Town Library Hopkinton Reads Program

March 19, 2021

Hello Everyone -

The third and hopefully final stage in the 2021 version of the Hopkinton School District Annual Meeting - the drive-through vote - will take place tomorrow (Saturday) from 8:00 am - 2:00 pm at Hopkinton Middle and High Schools. Please remember to enter through the Keasare Avenue entrance. To reduce the early rush, Moderator Newsom is encouraging people to come after 10:00 am if possible.

***Status Report - Case Update - as of March 19***
Harold Martin School
No staff members are currently impacted.
One student is in dilation.
Two students are waiting for test results.

Maple Street School
Two students have confirmed positive tests and are in isolation.
Four staff members are out waiting for test results.
Two teachers are in quarantine.
Two students are in quarantine.

Hopkinton Middle and High Schools
No staff members are currently impacted.
Threes students are in quarantining; one is ill, waiting for test results.

DOE-07889

Please remember to complete the screening and reach out to the school nurses with any "yes" answers to the questions.

***Hopkinton School District joins the Hopkinton Reads Program***
The Hopkinton School District and the Hopkinton Town Library are working together to create conversations about culturally responsive teaching and learning. Dr. Dottie Morris, Associate Vice President for Institutional Equity and Diversity at Keene State College, will be leading the discussion.

The event will take place through zoom on Thursday, March 25, beginning at 7:00 pm. Please register for the event at the following link.

https://keene.zoom.us/meeting/register/tZMvcu6tqzoqE9CA0LF5AjBMoGcTZLv_AkPz

I hope you will join this critical discussion.

Thank you for your support. Have a great weekend.

Steve

--
Steven M. Chamberlin, Superintendent
Hopkinton School District
"Above All, Care"

204 Maple Street
Contoocook, NH 03229
Office: (603) 746-5186
schamberlin@hopkintonschools.org

 PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS E-MAIL.
---------------------------------------------------------------------------------------------------------
CONFIDENTIALITY NOTICE: This email and any attachments thereto are intended only for use by the addressee(s) named herein and may be proprietary, confidential, and/or privileged, and the disclosure is governed by applicable law.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution, or copying this email and any attachments thereto, without the prior written permission of the sender, is strictly prohibited. If you received this email in error, immediately telephone or e-mail the sender, and permanently delete the original copy.  The sender accepts no liability for any damage caused by any virus transmitted by this e-mail. Thank you.
---------------------------------------------------------------------------------------------------------

--
Steven M. Chamberlin, Superintendent
Hopkinton School District
"Above All, Care"

204 Maple Street
Contoocook, NH 03229
Office: (603) 746-5186
schamberlin@hopkintonschools.org

 PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS E-MAIL.
---------------------------------------------------------------------------------------------------------
CONFIDENTIALITY NOTICE: This email and any attachments thereto are intended only for use by the addressee(s) named herein and may be proprietary, confidential, and/or privileged, and the disclosure is governed by applicable law.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution, or copying this email and any attachments thereto, without the prior written permission of the sender, is strictly prohibited. If you received this email in error, immediately telephone or e-mail the sender, and permanently delete the original copy.  The sender accepts no liability for any damage caused by any virus transmitted by this e-mail. Thank you.
---------------------------------------------------------------------------------------------------------

DOE-07891

# EXHIBIT 71

Redacted version of June 14, 2022 Email to R. Farrell (Depo. Ex. 36)

2078



**EXHIBIT 36**

R. Farrell

5/18/2023

Reporter: Sharon Saalfield
RDR, CRR

**From:** ▮▮▮ ▮▮ ▮▮ @aol.com>

**To:** "Stephen.W.Berwick@doe.nh.gov" <Stephen.W.Berwick@doe.nh.gov>

**Subject:** Fwd: Oyster River DEIJ coordinator

**Date:** Tue, 14 Jun 2022 11:22:04 +0000 (UTC)

**Importance:** Normal

**Inline-Images:** Screenshot_20220614-063833.png; Screenshot_20220614-063802.png; Screenshot_20220614-063739.png

---

EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.

---

-----Original Message-----
From: ▮▮▮ ▮▮ ▮ @aol.com>
To: RICHARD.J.FARRELL1@DOE.NH.GOV <RICHARD.J.FARRELL1@DOE.NH.GOV>
Sent: Tue, Jun 14, 2022 6:42 am
Subject: Oyster River DEIJ coordinator

Good morning Mr. Farrell,
I wasn't sure exactly who to contact within the board of education, I found your email under code of ethics complaints.
Oyster River has hired a diversity coordinator, Rachael Blansett, who runs a blog called "2 Heauxes". An openly racist blog
which thankfully parents in the district saw before she made it password protected.
The shirt she is wearing for the press release says "Pro black, Pro Queer, Pro Hoe".
I've attached images of her site, clearly fueling racism which isn't needed in our schools.
This individual should not be guiding children, of which she clearly states is not a fan of the color they are.

I've attached a few images.
Thank you for your time.

-Concerned Parent







DOE-09911

 **2 Happy Heauxes**

# Wh*te Women: The Cultural Competency Starter Pack

S1: EP1 - *"Top 10 Do's & Don'ts For White Women"*

- Do your baby's hair, bitch
- WASH YOUR FUCKING LEGS
- Do say "excuse me" when you need to cut around someone in a public space (this includes the sidewalk)
- Do give CREDIT where CREDIT is due aka Black women and women of color
- Do season your food (we promise you, it'll taste better)
- Don't get dreads. Just don't. Please.
- Don't wear Rainbows or





Sent from the all new AOL app for Android

DOE-09913

# EXHIBIT 72

DOE Nov. 15, 2021 Email Exchange

(Depo. Ex. 22)

**From:** "Farrell, Richard" <Richard.J.Farrell@doe.nh.gov>

**To:** "Fenton, Diana" <Diana.E.Fenton@doe.nh.gov>

**Subject:** RE: New Hampshire Moms for Liberty chapter offers $500 to anyone who can catch teachers breaking a new 'discrimination' law

**Date:** Mon, 15 Nov 2021 18:26:03 +0000

**Importance:** Normal

---

An Anti LGBTQ group is also offering $500

Richard J. Farrell Jr.
New Hampshire Department of Education
Investigations
101 Pleasant Street
Concord, New Hampshire 03301
(603) 271-8372

**EXHIBIT 22**

D. Fenton
5/17/2023
Reporter: Sharon Saalfield
RDR, CRR

*The contents of this message are <u>CONFIDENTIAL</u> Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is <u>PROHIBITED</u>. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** Fenton, Diana <Diana.E.Fenton@doe.nh.gov>
**Sent:** Monday, November 15, 2021 1:25 PM
**To:** Farrell, Richard <Richard.J.Farrell@doe.nh.gov>
**Subject:** RE: New Hampshire Moms for Liberty chapter offers $500 to anyone who can catch teachers breaking a new 'discrimination' law

I saw that when I was talking with Chris earlier today

**From:** Farrell, Richard <Richard.J.Farrell@doe.nh.gov>
**Sent:** Monday, November 15, 2021 12:48 PM
**To:** Fenton, Diana <Diana.E.Fenton@doe.nh.gov>
**Subject:** New Hampshire Moms for Liberty chapter offers $500 to anyone who can catch teachers breaking a new 'discrimination' law

I thought that you'd be interested in this article from Business Insider Australia:
https://www.businessinsider.com.au/anti-crt-moms-for-liberty-teachers-breaking-new-discrimination-law-2021-11

**EXHIBIT 73**

Redacted version of Nov. 15, 2021 F. Edelblut Email Exchange

**From:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
**To:** "Houghton, Kimberly C" <kimberly.c.houghton@doe.nh.gov>
**Subject:** FW: Please comment on the "bounty" being placed on NH educators
**Date:** Mon, 15 Nov 2021 19:28:08 -0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png; image004.png

---

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov



 New Hampshire
**Department of Education**

*The contents of this message are confidential.  Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited.  If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** ███████████████ @gmail.com>
**Sent:** Monday, November 15, 2021 2:24 PM
**To:** Walker, Kate <Kate.A.Walker2@doe.nh.gov>; Edelblut, Louis (Frank) <frank.edelblut@doe.nh.gov>; Governor Sununu <governorsununu@nh.gov>
**Subject:** Please comment on the "bounty" being placed on NH educators

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Good afternoon,

I am a history and English teacher who has just moved to New Hampshire after teaching for several years in Detroit and Philadelphia. I have an undergraduate degree in history and a master's in secondary education, and I take my job very seriously. Like most educators, I find myself working well beyond my contracted hours to plan, grade, and support my students both academically and in their social-emotional lives. I am an advocate for *all* students and work to provide them with a rich and inclusive curriculum that highlights the experiences of a diverse nation - which is what the U.S. is and has historically been.

The "divisive concepts" law, as written, is certainly one thing. The language is very clearly broad in its conception of oppression and in identifying ways in which educators should not be discussing inherent superiority or inferiority. However, the spirit in which this law was written seems to reflect a political agenda of those who specifically do not want to revisit traditional historical narratives with a critical lens and an eye to the experiences of marginalized peoples.

Regardless of anyone in the Department of Education or Governor's Office political beliefs, it should deeply concern you that there are groups like Moms for Liberty NH who are actively calling on parents to report educators in order to potentially receive a bounty of $500 for successful prosecution and loss of license. You know as well as I do that people will be rushing to report educators for even broaching the topics of racism, sexism, or other forms of discrimination along the lines of a McCarthy-era witchhunt.

DOE-00864

There is a dire shortage of highly qualified educators both in this state and across the country. We are still dealing with a pandemic and have not had a moment to address any of the many collective traumas we have endured during the past 18 months. To remain silent while teachers are being targeted in this manner is criminal.

I look forward to reading your timely public condemnation of this group and their scare tactics.

Thank you,
██████████

# EXHIBIT 74

Dec. 28,
2021 F.
Edelblut
Email
Exchange

(Depo. Ex.
43)

EXHIBIT   43
WI2088
DATE:   5-23-23
Cynthia Foster, RPR, LCR #14

**From:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
**To:** "Mike Breen" <dr.breen@roadrunner.com>
**Subject:** RE: Request for information
**Date:** Tue, 28 Dec 2021 22:08:21 -0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png; image004.png

Dr. Breen,

Information relative to New Hampshire educators can be found here: Bureau of Credentialing | Department of Education (nh.gov)

Simply click on "Educator Search," enter the educators name, and the relevant information is available.

Please let me know if you need any additional information.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
**Phone:** 603-271-3144
Frank.Edelblut@doe.nh.gov

 

🦍 New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** Mike Breen <dr.breen@roadrunner.com>
**Sent:** Monday, December 27, 2021 6:17 PM
**To:** Edelblut, Louis (Frank) <frank.edelblut@doe.nh.gov>
**Subject:** Request for information

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

December 27, 2021
Frank Edelblut, Commissioner
New Hampshire Department of Education
RE: Request for information
This request emanates from Critical Race Theory's (CRT) inculcation in public school curriculums. Rejecting biological and historical realties, and decades of economic and social science research, CRT's cult like assertions include convictions that all racial economic disparities are caused solely by racism, all white individuals are irrefutably racist since infancy, the United States was and is still purposed to promote racism, and genders are disengaged from biology. These bizarre beliefs, alongside allied "cancel culture" efforts of this ilk, which "Great Leap Forward" witnesses say parallel the 1960s social experiment in China, sponsor a science-free evolving eugenics style taxonomy of identity intersectionalities of Marxist-like "oppressed" population cohorts. In this vein, investigative surveys, disengaged from legitimate educational goals, explore some student's intersectionalities of proletarian like "oppression" and other student's bourgeoisie like "privilege." These

2089

investigations document the race, gender, emotional, mental and physical disabilities, economic status of families, and whether parents are living together. Pornographic materials are often employed alongside inquiries of unprepared children as to whether they are "in the right body." Typically, parents are not informed and/or are misled about their children's real or conjured proclivities. Like parents, professional child psychologists are also excluded in this process. Typically, ironically, paternalistic secretive School Boards have denied these practices take place in schools while the Marxist Zinn website accumulated public educator pledges to violate state laws prohibiting its discriminatory practices in the classroom.

New Hampshire, among other States enacted legal prohibitions against the anti-intellectual propagation of harmful CRT beliefs when being taught as fact and/ or when being used to discriminate, segregate or otherwise abuse students. Attached is a list of New Hampshire educators who made the Zinn pledge. We seek to contact the appropriate School Administrative Units (SAUs) to determine if, among the vast majority of otherwise professional New Hampshire educators, these self-avowed lawless educators have fulfilled their pledge to discriminate against, mislead, shame or emotionally incense students, by communicating as factual:

"that people of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin, are inherently superior or "inferior" to another person of any of these immutable characteristics or personal identities."

"that an individual is inherently racist, sexist or oppressive, whether consciously or unconsciously, because of some immutable characteristic or group identity."

- "that an individual should be discriminated against or receive adverse treatment because of some immutable characteristic or group identity;" or
- "that people of one identity group or immutable characteristic should not treat other classes of people equally, without regard to those traits or classes."

Please provide us with the appropriate SAU's of these educators. We are confident that this information is available under New Hampshire's Right-to-Know law. That said, we thought it would be easiest for both us and your department if we simply submitted this informal request. This email will be followed by a hard copy letter.
Respectfully submitted,

Michael D. Breen, Ph.D.
Director, No Left Turn in Education, New Hampshire Chapter

DOE-00849

2090

**EXHIBIT 75**

Mar. 4, 2022
HRC Letter

(Depo. Ex. 53)

# New Hampshire Commission for Human Rights



**COMMISSIONERS**
CHRISTIAN KIM, CHAIR
HARVEY KEYE
ALEX SAMUEL
NANCY G. LEROY
BASRA MOHAMED
DOUGLAS J. PALARDY
ELIZABETH ASCH

2 INDUSTRIAL PARK DRIVE, BLDG. 1
CONCORD, NEW HAMPSHIRE 03301
TEL (603) 271-2767
TDD Access: Relay NH 1-800-735-2964
FAX (603) 271-6339
E-MAIL: humanrights@nh.gov
www.nh.gov/hrc

**EXECUTIVE DIRECTOR**
AHNI MALACHI

**ASSISTANT DIRECTOR**
SARAH E. BURKE COHEN, ESQ.

**INVESTIGATORS**
KATRINA E. TAYLOR
NICOLE LEMELIN
DAN DEYERMOND
KATE MULLEAVEY

**PARALEGAL**
KELLY MEDEROS

March 4, 2022
Representative Charlotte DiLorenzo
9D River Street, Apt. D34
Newmarket, NH 03857

> EXHIBIT **53**
> WIT: _Malachi_
> DATE: **5-24-23**
> Cynthia Foster, RPR, LCR #14

Re: Request for Information under the New Hampshire's Right to Know Law, RSA 91-A

Dear Representative DiLorenzo,

Thank you for your email and letter regarding your Right to Know request pursuant to NH RSA 91-A. In providing answers and additional information to your initial question, I have taken the liberty to further explain several related areas contained in your request.

Generally speaking, the Commission's response to your initial inquiry relative to the statistical number of complaints in NH Public Schools (K-12), Charter Schools, and Public Academies alleging a violation under NH RSA 354-A:29-34 and RSA 193:40 which became effective on June 25, 2021, that have been filed with the Commission is below. It is important to state for the Commission, a "complaint" is defined as a verified (signature of the Complainant witnessed by a notary) and docketed (officially received by the Commission) charge of discrimination.

> *"Zero charges have been filed since the Right to Freedom From Discrimination in Public Workplaces and Education law went into effect."*

With that said, the remainder of the questions presented relative to NH Public Schools (K-12), Charter Schools, and Public Academies would also be "zero" as well as there is no initial charge. However, I thought it instructive to further expand on the answer to each question and provide needed context on the Commission's process as well as our statutory requirements further explained by our Administrative Rules.

## Information Relative to NH Public Schools K-12, Charter Schools, and Public Academies:

1. Number of school district complaints filed since June 25, 2021, to present date
   a. The specific, statistical answer to this question would be "zero" as stated above.
   b. Although the Commission is allowed to provide statistical information, in general, the Commission has stated administrative rules that speak to the confidentiality afforded during our process.
   c. Pursuant to our Administrative Rules, specifically N.H. Admin. R. PART HUM 219.04, which reads in part *"[n]o information regarding complaints filed, investigation of complaints, pre-*

*determination settlement negotiations, or conciliation negotiations shall be disclosed to the public by any commissioner or staff member prior to issuance of a notice of public hearing after a finding of probable cause."* Therefore, the Commission cannot acknowledge and/or provide you at any time with information as outlined in a request specific to the confidential elements of a charge, until such time as our rules release us to do so.

d. To further speak to the Commission's confidentiality, RSA 354-A:21(II), specifically discusses our investigation and complaint review process be it a housing, employment, public accommodation, or an education complaint (education was added to RSA 354-A upon passage of SB263 in 2019). To the extent policy decisions were made to keep this portion of our process confidential, those pronouncements were made by the legislature when RSA chapter 354-A was first codified in 1965. As you know, all the regulations do is flesh out what the statute already provides which is confidentiality during the pre-Probable Cause *("PC")* investigation and conciliation process.

e. Additionally, the adjudication of a complaint for which there is a PC finding is a public proceeding whether that adjudication is done by the Commission or in Superior Court. Even No-Probable Cause *("NPC")* findings can become public if the Complainant seeks judicial review in Superior Court.

2. Number of school district complaints resolved beginning June 25, 2021, to present date
   a. The statistical answer to this question would be "zero" based on the general answer written above.

3. Number of school district unresolved complaints beginning June 25, 2021, to present date
   a. See response in question 1, subsections 1.b – I.d.

4. Number of school district complaints dismissed beginning June 25, 2021, to present date
   a. If I understand the use of the phrase "complaints dismissed", I will assume you are asking about "docketed charges that are closed or not taken by the Commission". If that is the case, a docketed charge would have one of two reasons to be dismissed:
      i. there has been a full investigation and there is a finding of NPC or
      ii. the Commission does not have jurisdiction.
   b. If the Commission has performed an investigation and the Investigating Commissioner finds NPC, the individual still retains the right to request a 'Motion for Reconsideration' ("*Motion*") of the finding pursuant to NH Admin. HUM 210.03. The Complainant may also appeal to Superior Court pursuant to RSA 354-A:21(II)(a) and RSA 354-A:22(IV).
   c. If the Motion is denied by the Commission, the complaint is closed (pursuant to Admin. Rule HUM 317).
   d. Finally, please see my response in question 1, subsection 1.c as it speaks to confidentiality relative to a dismissed complaint (i.e., NPC finding or if the Commission has no jurisdiction).

5. Number of school district educators disciplined beginning June 25, 2021, to present date
   a. To fully answer your question, it is important to have a comprehensive understanding of the complaint process. The Commission, in accordance with our statute and outlined by our rules, has the power to receive, investigate, and pass upon allegations of discrimination. As such, an assessment is made to ensure the complainant has a *prima facie* case (i.e., "at first sight" the

claim meets the legal standard to file a charge with the Commission). If this is the determination, the allegation of discrimination is verified (signed by the Complainant and witnessed by a notary), submitted to the Commission, and becomes a docketed charge of discrimination whereby both parties are notified in writing.

b. The complaint is investigated, and a determination is made by the Investigating Commissioner whether the charge of discrimination has a *Probable Cause (PC)* or *No Probable Cause (NPC)* finding. If the determination is an NPC finding, the process ends with both parties being notified of the outcome. The Complainant does, however, have a prescribed window of time for an appeal should they choose to request one. Once that window is closed, so is the case.

c. If there is a PC finding, the parties move on to *Conciliation* (i.e., settlement of the case with the assistance of a neutral third party, the Commission) or a *Public Hearing*. If Conciliation fails, a public hearing is scheduled then noticed appropriately for the public. At the end of the public hearing, the Commission panel will deliberate and make a finding. The parties are notified of the Commission's decision and said decision is uploaded to and maintained on the Commission's website where the public has access.

d. Both parties are afforded the opportunity to appeal a decision or request that a motion be granted. Should either party (Complainant or Respondent) disagree with the outcome of the investigation, they can request the decision be reconsidered. Additionally, should either party disagree with the outcome of the hearing, they have an opportunity to appeal in a public forum, New Hampshire Superior Court.

e. Finally, the Department of Education (DOE) would be the arbiters of "educator discipline" according to RSA 193:40 (IV), and as "educator" is defined by RSA 193:40 (V).

   i. The Commission would not provide "discipline"; however, the Commission would provide either a sustained finding that discrimination has taken place based upon RSA 354-A:29-33, or, the charge of discrimination has not met the burden and would therefore be dismissed. The parties, as discussed earlier, do retain the right to settle the case.

   ii. As such, the DOE would not weigh in on the Commission's work, likewise, the Commission would have no bearing as to the "educator discipline" that would presumably take place after the Commission has completed its work.

   iii. For more specific information relative to your question, although there are no complaints today, discussion would need to take place with DOE regarding "educator discipline".

6. Names of School Districts, NH Charter Schools, and Public Academies disciplined beginning June 25, 2021, to present date

   a. Since the initial question is "zero" relative to complaints made, the answer to this question is "zero" as well.

   b. However, the DOE would be the correct agency to provide answers relative to questions about "discipline" as this is a function of RSA 193:40.

Relative to your final question:

   *"Please furnish a summary of the nature of all complaints filed, dismissed, and investigated,"*

   a. Since the initial question is "zero" relative to complaints made, the answer to this question is likewise "zero" as well.

DOE-10271

b. The Commission is able to provide statistical information such as the basis for charges filed (race, sex, national origin, etc.), or the number of charges filed under a particular basis.

c. As previously outlined in question 1, subsections 1.b – 1.d, specific information relative to filed, dismissed, or investigated complaints, would fall under the confidentiality provided to both parties per the Commission's Administrative Rules established in 1965.

I hope the information provided on the above pages has been helpful. If further clarification on any of the points covered is needed, please do not hesitate to reach out.

Respectfully,

Ahni Malachi

Executive Director
NH Commission for Human Rights

**Links:**
NH Statues RSA 354-A located here
General Court State of NH Administrative Rules: Human Rights Commission Rules located here

Cc: Commissioner Frank T. Edelblut

# EXHIBIT 76

Implicit Bias Training Hosted by the New Hampshire Attorney General's Office on November 20, 2020

**New Hampshire**

# Department of Justice

*Office of the Attorney General*

## 2020 Implicit Bias Training Hosted by the New Hampshire Attorney General's Office

*November 20, 2020 9 a.m. – 12:30 p.m.*

*Required for all attorneys, investigators, legal staff and victim/witness advocates in the Attorney General's Office, all County Attorney Offices, all state agency attorneys, and all prosecutors, including police prosecutors.*

## Presenters:

### Jarvis Parsons - District Attorney of Brazos County Texas

- Bias: What You Don't Know Can Hurt Others 📄

Currently serving his second term, District Attorney Parsons was an assistant D.A. for 10 years prior. A Louisiana native, Parsons graduated from McNeese State University in 1998 and graduated from the University Of Maine School Of Law in 2001. He was a judicial law clerk for a year in Warren County, New Jersey before becoming a Brazos County prosecutor in 2002, prosecuting everything from state jail felonies up to death penalty cases and everything in between.

Parsons is currently the chairman of the board for the Texas District and County Attorneys Association and has served on its Legislative Committee, Training Committee, and is one of the founding members of the Diversity Recruitment and Retention Committee.

He is on the Board of the TEEX Central Texas Police Academy, which guides the Police Academy leadership on needs specific to training and courses and establishes standards and methods to evaluate the effectiveness of training, equipment and facilities at the training academy.

### James McKim, PMP, ITIL - President of the Manchester NAACP

- Presentation: Are You Your Implicit Bias? 📄

Mr. McKim is Founder and Managing Partner of Organizational Ignition, a management consulting firm. Prior to his current role, Mr. McKim was Chief of Staff of the Technical Training Division at Hewlett Packard Enterprise where he led the organization to deliver award-winning performance enhancement solutions. He has, also, held business and technology leadership roles in for-profit and non-profit organizations such as FIRST, Hawkeye Data, LLC, and Digital Equipment Corp.

Mr. McKim has facilitated startup and growth of statewide organizations such as the Economic Vitality New Hampshire and the Software Association of New Hampshire. He has played an active role in the shaping of public policy affecting the Technology industry. He serves, currently on several Boards playing leading roles as Vice-President of Membership a the Project Management Institute NH Chapter, Chair of the NH PBS Finance Committee, Chair of the Episcopal Church's National Executive Council Committee Anti-Racism, and President of the Manchester NAACP.

## Links:

- Register for Implicit Bias Training **[https://nhgov.webex.com/mw3300/mywebex/default.do? nomenu=true&siteurl=nhgov&service=6&rnd=0.13424712364303681&main_url=https%3A%2F%2Fnhgo v.webex.com%2Fec3300%2Feventcenter%2Fevent%2FeventAction.do%3FtheAction%3Ddetail%26%26 %26EMK%3D4832534b00000004dacaad18d1077ec99dbcbbc64d287582dc9277bc4b1ed0dcae760fbaffe55 13f%26siteurl%3Dnhgov%26confViewID%3D175086893217620704%26encryptTicket%3DSDJTSwAAAAR ZS9f3rBoMFJ_v1B4et_2m4n2dUMlng2m3lLOSmjTHFA2%26]**

- Certificate of Attendance 📄

- Implicit Bias Training Itinerary 📄

- Implicit Bias Training Video


📄 Portable Document Format (.pdf). Visit nh.gov for a list of free .pdf readers for a variety of operating systems.

New Hampshire Department of Justice
33 Capitol Street | Concord, NH | 03301
Telephone: 603-271-3658

# NEW HAMPSHIRE ATTORNEY GENERAL'S OFFICE IMPLICIT BIAS TRAINING

November 20, 2020

## <u>AGENDA</u>

**9:00 a.m.** – Welcome and Introduction

*Attorney General Gordon J. MacDonald*

*Senior Assistant Attorney General David Rotman*

**9:10 a.m.** – Presentation*

*Jarvis Parsons, District Attorney of Brazos County Texas*

**10:50 a.m.** – Presentation*

*James McKim, PMP, ITIL, President of the Manchester NAACP*

**12:25 p.m.** – Concluding Remarks

*Attorney General Gordon J. MacDonald*

*There will be a five minute break during each presentation.*

# BIAS: WHAT YOU DON'T KNOW CAN HURT OTHERS

## Jarvis Parsons,
## Brazos County District Attorney

# How I Became a Prosecutor



# #SQUAD GOALS

- To be intelligent as we can is a moral obligation—that if we haven't exhausted every opportunity to know whether what we are doing is right, it will be **no excuse** for us to say that we meant well.
  - John Erskine (1915)



4

# Prosecutorial Power

- Charging Decision
- Bond
- Jury Selection
- Plea Offer
- Closing Argument

# Cognitive Bias Defined

- A **cognitive bias** is a type of error in thinking that occurs when people are processing and interpreting information in the world around them.

- Cognitive biases are often a result of your brain's attempt to **simplify** information.



# Confirmation Bias

- The tendency to search for, interpret, focus on, and remember information in a way that confirms ones preconceptions/beliefs. **
- Also called the "Prosecutor's Bias".
- What you believe, you see.

# **Confirmation Bias**



# CONFIRMATION BIAS: REAL WORLD EXAMPLE



# TUNNEL VISION



# What You See Is All There Is



# % Of DV Victims Who Recant?

We presume they will recant…so we look to:

- 911 call, EMS record, Medical Records

- Social Media, text messages, jail calls

- Determine Primary Aggressor On Scene

- Meet w/victim early in process, neighbors, family, friends, etc...

- Look for prior victims

13

# Just World Theory



14

# Just World Theory

People have an automatic tendency to look for something or someone to blame for unfortunate events. But rather than simply attributing a bad turn of events to bad luck, people tend to look at the individual's behavior as a source of blame.

- What was she wearing?

- Why did she let him walk her home?

- How much she had to drink?

# Just World Theory



# Just World Theory



# Defensive Attribution



# Defensive Attribution

- The similarity of the witness to the person(s) involved in the misfortune – in terms of situation, age, gender, personality, etc. – changes the amount of blame one is ready to ascribe.

- This is related to the empathy response, which is more likely to be activated if the witness sees similarities between themselves and the person(s) involved.

19

# Defensive Attribution





# Michael Morton Act



# Implicit Bias:  How We See People



# Implicit Bias

We all have differences. We see age, gender and skin color. That's not bias.



# "Halo Effect"

- Research has shown that we automatically assign to good-looking individuals favorable traits such as talent, kindness, honesty, and intelligence –*Thorndike 1920*



# "Halo Effect"

- Physically attractive individuals are more likely to be…
  - Hired and less likely to be fired
  - More likely to get a call back for interviews
  - Higher wage earners (10-15%)
  - Less likely to get in trouble when they are children

# Sexual Harassment Study




# GENDER



# Gender Bias:
# Police Chief Edition

Michael vs. Michelle

- Michael—streetwise, worked tough neighborhoods, got along with fellow officers. Poorly educated and lacked administrative skills.

- Michelle—smart, well schooled and experienced in administration, family oriented, little street experience and didn't get along with officers.

29

# Gender Bias:
# Who Do You Hire?



# Gender Bias:
# Who Do You Hire?

When the male applicant had experience and no education, participants chose…

The Man

When the male applicant had no experience and was educated, participants chose…

The Man

31

# Gender Bias:
# Women's Studies Professor



32

# Implicit Racial Bias

- Researched for over two decades.
- A majority of Americans harbor negative implicit attitudes toward African-Americans

# Implicit Racial Bias

- Influenced by attitudes and stereotypes that we all hold based on our experiences.

- Guides how we act in a subconscious way, even if we renounce prejudice and stereotypes explicitly.

2133





# Microaggression

**Prejudices that leak out in many interpersonal situations. A.K.A. Slights, insults, indignities and denigrating messages.**

# Microaggression Examples

- Can I touch your hair?
- You don't sound black.
- You look too white to be Hispanic/Arab/etc…
- When I look at you, I don't see color.

# Robbery In Black and White

- University of Hawaii Study, 66 participants
  - Japanese American, White, Chinese, Native Hawaiian, Pacific Islander, Korean American and Latino

# Robbery In Black and White



40

# Ambiguous Crime Details

- Prior drug addict, served with eviction notice
- Left handed
- Golden Gloves boxing champ in 2006
- NO License
- Owner Identifies defendant's voice
- Defendant had movie ticket stub for show that started 20 minutes before robbery

41

# Robbery In Black and White: Results

How Guilty Is The Defendant?

Scale (0-100)

- Darker Skin Tone  66.97

- Lighter Skin Tone  56.37

# What About Victims?



# U. Nebraska at Lincoln: Harrison and Esqueda (2000)

- Police respond to anonymous phone call reporting a domestic dispute.
- Jeff Davis is a Black (White) male,
- Cindy Davis is a Black (White) female,
- Drinking and Non-drinking scenarios.

44

# Same Facts? Different Race? Different Results

- AA women who drank were perceived as **more blameworthy** than AA women who did not.

- **No distinction** between drinking and non-drinking white females.

- AA women received **more blame** in DV situations for the **same amount** of drinking as white women.

# Not Just Black Women…

- Black boys as young as 10 are seen as **more responsible** for their actions compared to their white counterparts.
  - Viewed as **older** (up to 4½ years) and less innocent.
  - *The Essence of Innocence: Consequences of Dehumanizing Black Children (Goff, 2014).*
- Black Girls are viewed as **less innocent** and need **less nurturing** than their white counterparts.
  - *Girl Interrupted: The Erasure of Black Girls Childhood (Epstein, Blake & Gonzalez, 2017)*

46

# But I'm Educated...



# Written in Black and White

Memo drafted by a hypothetical law student given to 60 partners in 22 law firms.

- 37 men, 23 women, 39 white,
- 21 racial/ethnic minorities
- Memo had **22** writing and analytical errors.
- Same memo. **Only** difference was race of the "writer".

48

# Results

- **White "Thomas Meyer" averaged 4.1/5.0.**

- **Black "Thomas Meyer" averaged <u>3.1</u>/5.0 scale, for the same memo.**

# Quantitative Results:
# Errors Spotted by Lawyers

**White Thomas Meyer:**

**10.2 errors found avg.**


**Black Thomas Meyer:**

**<u>14.6</u> errors found avg.**

# Qualitative Results: Opinion of the Students

**White Thomas Meyer:**

"good writer but needs to work on", "has potential", "good analytical skills".

**Black Thomas Meyer:**

"Needs lots of work", "can't believe he went to NYU", "average at best".

# Greg vs. Jamal

- Study of 1300 ads and over 5,000 resumes.

- White-sounding names like Emily or Greg get 50% more call backs for job interviews with the exact same resume.

- "A white-sounding name yields as many more callbacks as black sounding name with **eight** years of experience".
  - *Are Emily and Greg More Employable than Lakisha and Jamal? A Field Experiment in Market Discrimination. (Bertrand and Mullainathan, 2003)*

52

# The Implicit Association Test (IAT)

- **Designed to measure implicit bias**

- **https://implicit.harvard.edu/implicit/takeatest.html**

- **Flowers vs. Insects**

# My Story

- **Took the Implicit Association Test…**



implicit.harvard.edu



G+ Share

## Your result:

**Your data suggest a slight automatic preference for White people over Black people.**

The sorting test you just took is called the Implicit Association Test (IAT). Half of you completed the task for African Americans and European Americans, whereas the other half completed the task for Black People and White people. You categorized good and bad words with images of African Americans (or Black People) and European Americans (or White People).

# My Story

- **About 50% of African-Americans show a preference toward whites.**
  - ***Nosek, Banaji, & Greenwald, 2002****.*



©authentichistory.com

# Attacking Implicit Bias

- Understand and acknowledge cognitive bias
- Start With Yourself And Just Begin
- Evidence/words that hits on a stereotype (misdemeanor murder).

# Blinding



# Other Disciplines Use Blinding

- Scholarly Journal editors routinely remove author names and institutions.
- Professors mask student names when grading
- Lineups (Double Blind Lineups)
- Federal Death Penalty Decisions

# Empirical Example



# Orchestra Blinding Results

- Using a Screen to conceal candidates from the raters increased the likelihood that a female would advance to the next round by

- 11%

- During the final round "blind" auditions increased the likelihood of female musicians being selected by

- **<u>30%</u>.**

# Outsmarting The Bias



# Collaboration



# Outsmarting The Bias: Group Decision Making

- 200 participants
- 83% white, 17% Black
- Ages 18-78
- Created 29 juries of 6 people per jury (some alternates).

# Outsmarting The Bias: Group Decision Making

- Viewed a video of a 30-minute Court TV summary of Black Male Defendant and White Female Victim.

- Heard testimony of 10 Witnesses (7 state & 3 defense)

# Outsmarting The Bias: Group Decision Making

## Recorded jury deliberations

- **Looking for breadth of discussion**

- **Accuracy of statements**

- **Corrected Inaccuracies**

# Outsmarting The Bias: Group Decision Making

**Diverse Juries**

- **Discussed <u>more</u> facts**
- **Made <u>more accurate</u> statements of facts**
- **<u>Corrected</u> more inaccurate statements**

# IMPLICATIONS

**The more you bring in <u>different perspectives</u>, the better your outcome will be.**

# Any Questions?

# Jarvis Parsons

## [jparsons@brazoscountytx.gov](mailto:jparsons@brazoscountytx.gov)

## 979-361-4320

# Are You Your Implicit Bias?



## James McKim

Copyright© 2020 Organizational Ignition



Organizational
Ignition

# Introduction



## What is the underlying issue in the photos?

Copyright© 2020 Organizational Ignition

2

# Objectives & Agenda

## Objectives

- Understand the depth of the problem with implicit bias
- Understand the 9 de-biasing techniques
- Understand how implicit bias & discrimination can be eliminated

## Non-Objective

- Make you an expert on Implicit Bias
- De-bias you

## Agenda

- Demographics
- 6 Key Concepts
- Manifestations of Implicit Bias – including in your own
- Forms/Types of Implicit Bias
- Eliminating Bias & Discrimination
- Wrap-up
- Homework

Copyright© 2020 Organizational Ignition

3

# Current NH Demographics By Age/Gender



# Current NH Demographics By



## Race and Ethnicity #1

Percentage of the total population.

*Scope: population of the United States and New Hampshire*



Copyright© 2020 Organizational Ignition                                                          5

# 6 Key Concepts



# What is Race?



- Q: What word or phrase comes to mind after viewing this video?

VOX – "The myth of race, debunked in 3 minutes
https://www.youtube.com/watch?v=VnfKgffCZ7U

Copyright© 2020 Organizational Ignition

7

# Gender





Copyright© 2020 Organizational Ignition

8

# Diversity



*Diversity* is counting, and *inclusion* is cultivating… Diversity is being invited to the party, but inclusion is being asked to dance."

**VOL. 37, NO. 4**
ABA Bar Leader
"Beyond diversity: The bar leader's role in fostering inclusion"

Copyright© 2020 Organizational Ignition                                      9

# Equality Vs. Equity



2180



"isms"

Imagine...

Structural/ Systemic Discrimination

Micro aggressions

Isms   Using our power to reinforce our discrimination and prejudice in the institutions and groups to which we belong

White Privilege

**Discrimination**   taking an action on our prejudice

**Prejudice**   a value judgment based on our feelings associated with the stereotype

**Stereotype**   an incomplete or distorted picture in our head

**Generalization:** The process of formulating general concepts by abstracting common properties of instances

Unconscious Implicit Bias

Copyright© 2020 Organizational Ignition

11

# Structural/Systemic Discrimination <sup>2181</sup>



Copyright© 2020 Organizational Ignition

2182

# The Cause of Discrimination…
# Unconscious Cognitive Implicit Bias



An Introduction to Unconscious Bias

https://www.youtube.com/watch?v=KCgIRGKAbfc

Copyright© 2020 Organizational Ignition

2183

# Examples of Implicit Bias on Individuals



A "Best"
B "Still Desirable"
C "Definitely Declining"
D "Hazardous"



Copyright© 2020 Organizational Ignition

14

# Interpersonal Examples of Implicit Bias

## Cases and deaths by race/ethnicity

| Race/ethnicity | Percentage of population | Percentage of cases | Percentage of deaths |
|---|---|---|---|
| Black or African American alone | 1% | 6% ◆ | 2% |
| Hispanic or Latino * | 4% | 13% ◆ | 3% |
| Asian alone | 3% | 3% | <1% |
| Native Hawaiian and Pacific Islander alone | <1% | 0% ① | 0% ① |
| American Indian or Alaska Native alone | <1% | 0% ① | 0% ① |
| Two or more races | 2% | 0% ① | 0% ① |
| White alone | 90% | 74% | 94% |
| Some other race alone | <1% | 4% ① | <1% ① |



- **Discrimination in every day life & the emotional toll it takes**
- **Special fear of life when pulled over by police – regardless of agency**

Copyright© 2020 Organizational Ignition

# Examples of Implicit Bias on Organizations (Employment Cycle)

















# Understand Your Own Biases (Breakout)

2186



- When and how did you first become aware that there was such a thing as racial/ethnic differences, and that people were treated differently on the basis of those differences?
- Growing up, what contact did you have with people whose racial and ethnic heritage was different from your own?

Copyright© 2020 Organizational Ignition

17

# 5 Minute Break



2188

# Types of Implicit Biases

**Decision-making, Belief, and Behavioral/Confirmational (125+)**



- Automation bias
- Bias blind spot
- Dunning–Kruger effect
- Stereotyping
- Zero-sum bias

**Social /Attributional (220+)**



- Group attribution error
- In-group/Affinity
- Puritanical bias

**Memory Errors (40+)**



- Consistency bias
- Cross-race effect
- Stereotypical bias

Copyright© 2020 Organizational Ignition

# Bias Impact Context

- Information Overload
- Feelings Over Facts
- Need for Speed
- What to remember



**The Cognitive Bias Codex: A Visual Of 180+ Cognitive Biases**

Copyright© 2020 Organizational Ignition

# Eliminating Bias & Discrimination



# How We Think



## Which are You?

Copyright© 2020 Organizational Ignition

# Types of De-Biasing Techniques

## Countersterotype Training

- Dasgupta and Asagari (2004)

## Negation

- Kawakami, Dovido, Moll, Hermsen, and Russin (2000)

## Perspective-taking

- Shih, M. J., Wang, E., Bucher, A. T., & Stotzer, R. (2009).

## Meditation/Lovingkindness meditation (LKM)

- Stell, A. J., & Farsides, T. (2016).

## Implicit bias workshops

- like the one we offer

Copyright© 2020 Organizational Ignition

# Critical Thinking/Decision-Making



Wasabi Learning Flow Charts   https://www.wabisabilearning.com/blog/5-useful-critical-thinking-flowcharts

Copyright© 2020 Organizational Ignition

24

# How We Behave



Communication

Difficult Conversations

Steps in Criminal Justice

# Emotional Intelligence

- Critical in understanding and dealing with diversity is **Emotional intelligence**
- The ability to manage your own **emotions**, as well as the **emotions** of others.
  - Self (our own feelings and how they impact our perceptions an behavior - aka Implicit Bias) "How do I feel?"
  - Others (the feelings of others and why they behave the way they behave - aka empathy) "Put yourself in their shoes."

## Empathy

Rapport   Affinity Communion   Emotion

Compassion

Feelings   Sorrow

Pity

Copyright© 2020 Organizational Ignition

# Understanding Communication Basics





*Shannon and Weaver Model*

*Dr. Albert Mehrabian's 7-38-55 Rule of Personal Communication*

2197

# Rules for Difficult Conversations



- Who's right?
- What was the intent?
- Who's to blame?

- Uncontrollable urge

What happened

Feelings

Way forward: Shift to a learning stance

Identify

- Have your feelings or they will have you!
- Not who's right - understand each other's story
- Don't assume they meant it - disentangle intent from impact
- Abandon blame

- Am I competent?
- Am I a good person?
- Am I worthy of love?

<u>Difficult Conversations</u> by Douglas Stone, Bruce Patton, & Sheila Heen

Copyright© 2020 Organizational Ignition

# Criminal Justice Process

## Overview of the criminal process



https://www.fbi.gov/resources/victim-services/a-brief-description-of-the-federal-criminal-justice-process

# Pulling It All Together



Justice mindful of an equity lens

# Seeing Through an Equity Lens (Breakout)



- What decision is being made?
- Who is at the table?
- How is the decision being made?
- What assumptions are at the foundation of the issue?
- What is likely impact?
- What is your decision?



**Overview of the criminal process**

31

# Wrap-up



















**What will you do?**



Counterstereotype Training
- Dasgupta and Asagari (2004)

Negation
- Kawakami, Dovido, Moll, Hermsen, and Russin (2000)

Perspective-taking
- Shih, M. J., Wang, E., Bucher, A. T., & Stotzer, R. (2009).

Meditation/Lovingkindness meditation (LKM)
- Stell, A. J., & Farsides, T. (2016).

Implicit bias workshops
- like the one we offer

Copyright© 2020 Organizational Ignition                    32

# Homework Assignment

- Record an example of microaggression and what caused it to happened
- Record an example of where you observed/experienced white privilege
- Record an example of discrimination in an institution or organization
- Record an example of discrimination through culture

Media

Housing

Wealth

Cultural

"Culture is how our bodies retain and re-enact history through the foods we eat; the stories we tell; the things that hold meaning for us; the images that move us...Change culture and you change lives.... Social activism is necessary for changing the world in productive ways." – Resmaa Menakem

Institutional

Best Practices /Policies /Procedures

Legal

State*

Local

Education

Criminal Justice

Copyright© 2020 Organizational Ignition

33

# Contact

James McKim

Organizational Ignition

[James.McKim@organizationalignition.com](mailto:James.McKim@organizationalignition.com)

http://www.organizationalignition.com

# EXHIBIT 77

May 3, 2021 and May 4,
2021 Presentations to N.H.
Court System

# Week Three Agenda – Understanding the Communities We Serve

### May 3, 2021 – The Communities We Serve
*1 Granite Place*
**Facilitator: Gina**

9:00 – 10:00: Access to Justice: What do we mean?
- **Presenter(s):** Margaret Huang, Heather Kulp
- **Location:** In-person

10:00 – 11:00: New Hampshire's Diverse Communities
- **Presenter(s):** Dr. Jessica Carson, UNH Carsey School of Public Policy
- **Location:** WebEx

11:00 – 11:15: Break

11:15 – 12:45: Diversity, Equity, and Inclusion
- **Presenter(s):** James McKim, President, Manchester NAACP
- **Location:** WebEx

12:45 – 1:15 Lunch

1:15 – 2:15: Introduction to the Disability Community and Access to Justice (New Judge Education > Week 3 > Disability Community, Accessibility, and Access to Justice)
- **Presenter(s):** Pamela Phelan, Litigation Director, Disability Rights Center; Déodonné Bhattarai, Communications Specialist, Disability Rights Center
- **Location:** In-person

2:15 – 2:30: Break

2:30 – 3:30: Queer in the Granite State
- **Presenter(s):** Chris Erchull, Staff Attorney, GLBTQ Legal Advocates and Defenders (GLAD)
- **Location:** WebEx

3:30 – 4:15: Veterans Justice Outreach Program
- **Presenter(s):** Diane Levesque, Manchester VA; Daniel Bricker, Manchester VA
- **Location:** In-person

# Introduction to Diversity, Equity, & Inclusion



James McKim, Managing Partner
James.McKim@OrganizationalIgnition.com

Copyright© 2020 Organizational Ignition



Organizational
Ignition

# Imagine…

# Introduction



## What is the underlying issue in the photos?

Copyright© 2020 Organizational Ignition

3

# Objectives & Agenda

## Objectives

- Understand basic concepts in diversity
- Relate your experiences to the diversity challenge

## Non-Objective

- Make you an expert on diversity

## Agenda

- 8 Key Concepts
- Manifestations of Implicit Bias
- Wrap-up

Copyright© 2020 Organizational Ignition

# 8 Key Concepts



Copyright© 2020 Organizational Ignition

# What is Race?



- Q: What word or phrase comes to mind after viewing this video?

VOX – "The myth of race, debunked in 3 minutes
https://www.youtube.com/watch?v=VnfKgffCZ7U

Copyright© 2020 Organizational Ignition

6

# Gender



# Age

Characteristics of Generations

| | Traditionalists | Boomers | Gen X | Millennials |
|---|---|---|---|---|
| **Born** | 1922-1943 | 1943-1960 | 1960-1980 | 1980-2000 |
| **Influences** | Great Depression; military model, formality, patriotism; atomic bomb | Korean War; Civil, Women and Reproductive Rights and Ecology Movements; Woodstuck, Sputnik; TV; dual incomes | moon landing; Watergate; MTV; video games; AIDS; CNN; web; latchkey; divorce | 9/11; Challenger; cell phones; pagers; computers; IM |
| **Values** | respect; security; loyalty; obedience | challenge; ambition; achievement; power | leadership; freedom; truth; independence | safety; loyalty; security; hope |
| **Work Preferences and Style** | hierarchical command and control; formal environment with dress code and strict conduct rules; one job, one employer | politically savvy; competitive environment; challenge authority for feedback; opportunity seekers; frequent job changers | work-life balance; skeptical of authority; self-reliant; oppose hierarchy; innovative; intentional, frequent job changing | diverse culture; collaborate; meaningful work; fun at work; flexibility |
| **Meeting Career Needs** | define and build legacy; annual feedback outlining contributions | define promotional opportunities; annual feedback on progress with documentation | define career path expectations; real time feedback on progress | define career path opportunities; real time feedback on progress and alignment |

# Neurodiversity

**Thinking Styles**

**Neurodivergent**





James McKim - Copyright© 2020
Organizational Ignition

# Diversity



*Diversity* is counting, and *inclusion* is cultivating… Diversity is being invited to the party, but inclusion is being asked to dance."

**VOL. 37, NO. 4**
ABA Bar Leader
"Beyond diversity: The bar leader's role in fostering inclusion"

Copyright© 2020 Organizational Ignition

# Equality Vs. Equity



# "isms"

## Imagine...



Structural/ Systemic Discrimination

Micro aggressions

White Privilege

Institutional Isms

Using our power to reinforce our discrimination and prejudice in the institutions and groups to which we belong

**Discrimination** — taking an action on our prejudice

**Prejudice** — a value judgment based on our feelings associated with the stereotype

**Stereotype** — an incomplete or distorted picture in our head

**Generalization:** The process of formulating general concepts by abstracting common properties of instances

Unconscious Implicit Bias

Copyright© 2020 Organizational Ignition

# Structural/Systemic Discrimination



Copyright© 2020 Organizational Ignition

13

# Institutional/Systemic Racism

"The complex interaction of culture, policy, and institutions that holds in place the outcomes we see in our lives."  - Glen Harris, President of the New Race Forward

"The collective failure of an organization to provide an appropriate and professional service to people because of their colour, culture, or ethnic origin. It can be seen or detected in processes, attitudes, and behavior that amounts to discrimination through prejudice, ignorance, thoughtlessness, and racist stereotyping which disadvantage minority ethnic people". - Sir William Macpherson

# The Cause of Discrimination…
# Unconscious Cognitive Implicit Bias



https://www.nytimes.com/video/us/100000004818663/peanut-butter-jelly-and-racism.html



# Cycle of Socialization

B. Harro (1982), in Teaching for Diversity and Social Justice: A Sourcebook. (1997). Adams, Bell, Griffin [Eds.].

2222

GLBTQ LEGAL ADVOCATES & DEFENDERS



**NH CIRCUIT COURT NEW JUDGE EDUCATION**

CHRIS ERCHULL

MAY 3, 2021

2223

CALL GLAD ANSWERS!!!
M-F, 1:30-4:30 PM



2

**Sexual orientation** refers to a person's emotional, romantic, or sexual attraction to people of the same sex, different sex, or any sex.

**Gender identity** is an individual's insistent, persistent, and consistent understanding of themselves as male, female, both, or neither. For most people, gender identity aligns with sex assigned at birth. E.g., person assigned male at birth identifies as a man. For many people, gender identity and assigned sex do not align.

**Gender expression/presentation** is an individual's external expression and/or perception of their gender, manifested through clothing, voice, mannerisms**,** names/pronouns, or even physical features.



**Sexual orientation** means having or being perceived as having an orientation for heterosexuality, bisexuality, or homosexuality. This definition is intended to describe the status of persons and does not render lawful any conduct prohibited by the criminal laws of this state or impose any duty on a religious organization. This definition does not confer legislative approval of such status, but is intended to assure basic rights afforded under this chapter.
RSA 354-A:2 (XIV-c)



**Gender Identity** means a person's gender-related identity, appearance, or behavior, whether or not that gender-related identity, appearance, or behavior is different from that traditionally associated with the person's physiology or assigned sex at birth. Gender-related identity may be shown by providing evidence including, but not limited to, medical history, care or treatment of the gender-related identity, consistent and uniform assertion of the gender-related identity, or any other evidence that the gender-related identity is sincerely held as part of a person's core identity provided, however, that gender-related identity shall not be asserted for any improper purpose.
RSA 354-A:2 (XIV-e)



5

**Gender dysphoria** is a medical condition recognized in the DSM-5.

- Clinically significant distress caused by incongruence between a person's gender identity and assigned sex
- A serious but highly treatable medical condition
- Untreated or under-treated gender dysphoria can be disabling for some people



6

**Gender transition** is the ONLY widely accepted treatment for gender dysphoria, but the course of treatment is highly individualized.

- Social Transition
  - *Legal Transition*
- Hormone Therapy
- Surgical Treatment



- RSA 354-A (1965)
  - *Created the NH Commission on Human Rights*
  - *Bars discrimination in employment, housing, public accommodations*
  - *Sexual Orientation-1996 Gender Identity-2018*
- RSA 193:38-39 (2019)
  - *Prohibits discrimination in public schools*
- RSA 5-C:87 (2005)
  - *Corrections to birth records*



8

- "A judge shall perform the duties of judicial office impartially and diligently."
- Sexual Orientation & Gender Identity are listed with the protected classifications in parts (5) & (6)
- Applies to:
  - *Judges*
  - *Staff, court officials under the judge's direction*
  - *Lawyers before the judge*



9

- Respect preferred names and pronouns
  - *Avoid assumptions*
  - *Ask when uncertain*
- Avoid gendered terms and honorifics
  - *Use Attorney Jones instead of Mr./Ms. Jones*
  - *Use "the defendant" or "your client" instead of Mr./Ms. ____.*
- Generously allow motions to amend captions, etc., whenever possible



- Boston Straight Pride Parade: Aug. 31, 2019
  – *Counter-protesters significantly outnumbered the Straight Pride demonstrators*
  – *36 arrests, predominantly LGBTQ people*
- Boston Municipal Court Judge denies ADA's request to drop charges against 18 defendants
- Judge intentionally misgenders one transgender defendant and forces her to wait house under guise of clarifying her "alias"



11

- In Ohio, parents of a transgender teenage boy petition for name change
  - *Parents present evidence that the boy has been treated for over a year for gender dysphoria*
- Judge denies petition, claiming it is premature, against the advice of medical providers and the wishes of the young person's parents



12

- In Texas, parents disagree about young child's gender transition in the midst of custody dispute
- Jury verdict awarded legal custody to the mother
- Judge reverses jury verdict
  - *Judge made comment about case on Facebook*
  - *Judge removed from case*
  - *Jury verdict reinstated*
- Appeals still pending



13

- Jury selection in a civil trial
- Plaintiff's attorney exercises peremptory strike
  - *Defense counsel objects, claims improperly struck based on sexual orientation*
- Record demonstrates no basis for strike other than sexual orientation

How do you proceed with respect to the defense counsel's Batson objection?



# GLAD Answers:
# 1-800-455-GLAD

## Questions & Contact

CHRIS ERCHULL
CERCHULL@GLAD.ORG





# The Disability Community and Access to Justice

*Pamela E. Phelan, Litigation Director*
*Déodonné Bhattarai, Communications Specialist*

*Protection and Advocacy System for New Hampshire*

# Presentation outline

- About DRC-NH
- What is the 'disability community'?
- What is a 'disability'?
- Disability data
- Disability etiquette
- Discussion/Q&A



## About DRC-NH

- New Hampshire's designated *Protection and Advocacy* agency.

- Authorized by federal statute "to pursue legal, administrative and other appropriate remedies" on behalf of individuals with disabilities.

- Statewide organization independent from state government or service providers.



The disability rights movement's struggle for access [has shown] that the exclusion of persons with disabilities from the public sphere was not only the outcome of stigma, but also the product of an exclusionary environment that includes physical and structural barriers. In the absence of access, disabled people cannot benefit from the services and opportunities that are available to the public at large and are unable to exercise their rights as citizens of equal value and status.

Sagit Mor, *With Access and Justice for All*, Cardozo Law Review, Vol. 39, Issue 2 (2018).



Ensuring equal access necessarily must encompass considerations of legal capacity, physical access to courts and other legal tribunals, access to legal proceedings and representation, communication, information, language barriers, socioeconomic barriers, structural biases within the legal process and more. *Id.*



# What is the 'disability community'?

- Only minority group anyone can join at anytime
- Plaintiff, defendant, witness, victim, lawyer, CASA volunteer, guardian, friend, family, court employee, or visitor





DRC
DISABILITY RIGHTS
CENTER - NH

# What is a 'disability' - Legal

The ADA defines a person with a disability as a person who has a physical or mental impairment that substantially limits one or more major life activity. This includes people who have a record of such an impairment, even if they do not currently have a disability. It also includes individuals who do not have a disability but are regarded as having a disability. The ADA also makes it unlawful to discriminate against a person based on that person's association with a person with a disability.
https://adata.org/faq/what-definition-disability-under-ada



DISABILITY RIGHTS
CENTER - NH

# What is a 'disability' – Lived

- Disability is a natural part of the human experience.

- Types of disabilities are as diverse as the individuals who experience them. Among other things, a disability may affect a person's mental health, vision, hearing, movement, ability to learn or communicate. Disabilities include substance abuse disorder.

- Disabilities affect people in different ways. Two people with the same diagnosis may experience it very differently.

- Disabilities are both visible (e.g., a wheelchair) and invisible (e.g., an intellectual disability). One individual may have multiple disabilities (27%).

DRC
DISABILITY RIGHTS
CENTER - NH

# Data – Disability by the numbers

- About 1 out of every 8 NH residents (**12.6%**) report having a disability
- Number of children and adults engaging in the state's public mental health system is increasing



**UNITED STATES**

POPULATION
39,792,082
316,027,641

% OF TOTAL
12.6%
87.4%

**NEW HAMPSHIRE**

POPULATION
165,149
1,314,875

% OF TOTAL
12.6%
87.4%

WITH DISABILITY   WITHOUT DISABILITY



# Data – Disability by the numbers

- Less likely to attend college
  - 19.2 percentage points
- Less likely to be employed
  - 40.2 percentage points
- Higher rates of poverty (19.6% v. 5.8%)
- More likely to have public insurance (50.1% v. 12.8%)





# Disability etiquette

- Everyone who works in or comes to court

- Dignity + Respect

- They're the experts about disabilities + needs

- People first language



Image credit: Disabled and Here



DISABILITY RIGHTS
CENTER · NH

# Etiquette: Person-first language

| Preferred | Avoid |
|---|---|
| an individual who has a disability | disabled or special needs |
| an individual with a physical disability | crippled, handicapped; deformed; defective; lame |
| an individual who uses a wheelchair | wheelchair bound or confined to a wheelchair |
| an individual who is blind or has low vision | the blind |
| an individual who is deaf or hard of hearing | the deaf; deaf and dumb; mute; hearing impaired |
| an individual with an intellectual or a developmental disability | slow; retarded; dim-witted |
| an individual with a psychiatric disability or a mental health diagnosis | crazy; maniac; lunatic; demented; schizo; psycho; feeble-minded |

*Person-first language should be used unless an individual prefers identity-first language.*
*Best guideline when referring to people with disabilities is to ASK.*



DISABILITY RIGHTS
CENTER·NH

# Etiquette (continued)

- Ask before acting

- Assume competence and independence

- Identify auxiliary aids/accommodations

- May be hesitant to acknowledge a disability or need



Image credit: Lawrence Roffee



# Etiquette (continued)

- Be mindful of invisible disabilities

- Secondary trauma

- Implicit biases

- Appreciate barriers to services that may impact matters before the court



Image credit: autismspeaks.org

