2251



*Pamela E. Phelan, Litigation Director*
*pamelap@drcnh.org*

*Déodonné Bhattarai, Communications Specialist*
*deodonneb@drcnh.org*

*Protection and Advocacy System for New Hampshire*

# Data-The employment gap detail

In NH, the employment gap
is 40.2 percentage points
(national is 40.6 pts)





# Data-The education gap detail

In NH, the education gap is
19.2 percentage points
(national is 19.8 pts)





**May 4, 2021 – Confronting the Twin Challenges of Poverty and Racism**
*WebEx*
**Facilitator: Ryan Guptill**


9:00 – 10:00: Understanding Immigrant and Refugee Experiences
- **Presenter(s):** Dawn Higgins, NHTI
- **Location:** WebEx


10:00 – 11:00: Race and Racial Justice in New Hampshire Presentation (New Judge Education > Week 3 > Implicit Bias, Racism, and Racial Justice)
- **Presenter(s):** James McKim, President of Manchester NAACP
- **Location:** WebEx

11:00 – 11:15: Break

11:15 – 12:15: Race and Racial Justice in New Hampshire Panel
- **Presenter(s):** Joseph Lascaze, ACLU Smart Justice Organizer; Donna Brown, Manchester NAACP; Professor John DeJoie, UNH
- **Location:** WebEx

12:15 – 1:15 Lunch and Conversation on Bias and Judicial Decision-Making
- **Presenter(s):** Judge James Leary
- **Location:** WebEx

1:15 – 2:45: The Real Impact of Poverty
- **Presenter(s):** Professor Stephen Pimpare, UNH
- **Location:** WebEx

2:45 – 3:00: Break

3:00 – 4:00: Panel: Poverty, Homelessness, and New Hampshire Families
- **Presenter(s):** Stephanie Savard, Chief External Relations Officer, Families in Transition; Allie Reyes
- **Location:** WebEx

# Race in NH



James McKim, Managing Partner
James.McKim@OrganizationalIgnition.com

Copyright© 2020 Organizational Ignition



Organizational
Ignition

# Agenda



<u>Session Objective</u>
- Understand racism in NH

<u>Agenda</u>
- Recap
- Deeper Dive on Implicit Bias
- Microaggressions & White Privilege
- Racism in NH
- Putting It All Together

# Recap



















Copyright© 2020 Organizational Ignition

# Big Picture View of Racism



Safehouse Progressive Alliance for Nonviolence (2005)
"Building a Multi-Ethnic, Inclusive & Antiracist Organization-Tools for Liberation Packet for Anti-Racist Activists, Allies, & Critical Thinkers")

Copyright© 2020 Organizational Ignition

# Types of Implicit Biases

**Decision-making, Belief, and Behavioral/Confirmational (125+)**



- Automation bias
- Bias blind spot
- Dunning–Kruger effect
- **Stereotyping**
- **Zero-sum bias**

**Social /Attributional (220+)**



- **Group attribution error**
- **In-group/Affinity**
- **Puritanical bias**

**Memory Errors (40+)**



- Consistency bias
- **Cross-race effect**
- **Stereotypical bias**

Copyright© 2020 Organizational Ignition

# Bias Impact Context

- Information Overload
- Feelings Over Facts
- Need for Speed
- What to remember



**The Cognitive Bias Codex: A Visual Of 180+ Cognitive Biases**

Copyright© 2020 Organizational Ignition

# Micro-aggression Summary

| | | |
|---|---|---|
| Alien in own land | Ascription of Intelligence | Color Blindness |
| Denial of racism | Myth of meritocracy | Pathologizing cultural values/styles |
| Second class citizen | Environmental | Assumption of criminal status |

## 9 Flavors – 2 forms

2262

# Verbal Micro-aggression Exercise

**"Where are you from? You speak good English!"**

"You are a credit to your race."
"You are so articulate."

"When I look at you, I don't see color."
"America is a melting pot."
"There is only one race, the human race."

A person asking an Asian American to teach them words in their native language.

Assuming everyone can read English

Everyone is the same.

You are not American.
You are a foreigner.

People of color are generally not as intelligent as Whites.
All Asians are intelligent and good in Math / Sciences.

Racial /ethnic experiences are don't matter. There is no value in them.

Copyright © Organizational Ignition 2020

# Behavioral Micro-aggression Exercise

PoC mistaken for a service worker.
Taxi cab passes a PoC – picks up a white person
PoC ignored at a store counter

College/University w/buildings with all white heterosexual upper class male names.
Media without PoC.
Overcrowding of public schools in communities of color.

White person clutching purse/wallet as PoC approaches/passes.
Store owner follows PoC around the store

PoC are servants to whites.
PoC are likely t cause trouble.
You don't belong. You are a lesser being.

You don't belong/won't succeed here.
You are an outsider./You don't exist.
PoC don't value education.
PoC are deviant and belong together in schools.

PoC are dangerous.
PoC are likely to cause trouble.

# What is White Privilege?



https://www.youtube.com/watch?v=ysj_8fqnNcY

# Current NH Demographics By Age/Gender



# Current NH Demographics By





2267

# NH Examples of Implicit Bias – Part I





# NH Examples of Implicit Bias – Part II

**Cases and deaths by race/ethnicity**

| Race/ethnicity | Percentage of population | Percentage of cases | Percentage of deaths |
|---|---|---|---|
| Black or African American alone | 1% | 6% ◆ | 2% |
| Hispanic or Latino * | 4% | 13% ◆ | 3% |
| Asian alone | 3% | 3% | <1% |
| Native Hawaiian and Pacific Islander alone | <1% | 0% ① | 0% ① |
| American Indian or Alaska Native alone | <1% | 0% ① | 0% ① |
| Two or more races | 2% | 0% ① | 0% ① |
| White alone | 90% | 74% | 94% |
| Some other race alone | <1% | 4% ① | <1% ① |



- **Discrimination in every day life & the emotional toll it takes**
- **Special fear of life when pulled over by police – regardless of agency**

Copyright© 2020 Organizational Ignition

# Criminal Justice Process



https://www.fbi.gov/resources/victim-services/a-brief-description-of-the-federal-criminal-justice-process

# Seeing Through an Equity Lens (Breakout)

2270



- What decision is being made?
- Who is at the table?
- How is the decision being made?
- What assumptions are at the foundation of the issue?
- What is likely impact?
- What is your decision?



32

# Wrap-up



















**Counterstereotype Training**
- Dasgupta and Asagari (2004)

**Negation**
- Kawakami, Dovido, Moll, Hermsen, and Russin (2000)

**Perspective-taking**
- Shih, M. J., Wang, E., Bucher, A. T., & Stotzer, R. (2009).

**Meditation/Lovingkindness meditation (LKM)**
- Stell, A. J., & Farsides, T. (2016).

**Implicit bias workshops**
- like the one we offer

Copyright© 2020 Organizational Ignition

# Eliminating Bias & Discrimination



Mindset

How we think

How we behave

Actions

# How We Think



Wasabi Learning Flow Charts   https://www.wabisabilearning.com/blog/5-useful-critical-thinking-flowcharts

Copyright© 2020 Organizational Ignition                                    35

# How We Behave



Communication

Difficult Conversations

Steps in Criminal Justice

Eliminating Discrimination

EQ

Copyright© 2020 Organizational Ignition

36

# Understanding Communication Basics



*Shannon and Weaver Model*

*Dr. Albert Mehrabian's 7-38-55 Rule of Personal Communication*

Copyright© 2020 Organizational Ignition

37

# Rules for Difficult Conversations



• Who's right?
• What was the intent?
• Who's to blame?

• Uncontrollable urge

What happened

Feelings

• Have your feelings or they will have you!
• Not who's right - understand each other's story
• Don't assume they meant it - disentangle intent from impact
• Abandon blame

Way forward: Shift to a learning stance

Identify

• Am I competent?
• Am I a good person?
• Am I worthy of love?

<u>Difficult Conversations </u>by Douglas Stone, Bruce Patton, & Sheila Heen

Copyright© 2020 Organizational Ignition

# Pulling It All Together



## Justice mindful of an equity lens

# References

Garcia, C. E. (2020). Belonging in a predominantly White institution: The role of membership in Latina/o sororities and fraternities. *Journal of Diversity in Higher Education, 13*(2), 181–193. https://doi.org/10.1037/dhe0000126

National Organization of Nurse Practitioner Faculties.  (2018, August).  *NONPF Calls for Greater Racial and Ethnic Diversity in Nurse Practitioner Education.*  Retrieved May 20, 2020 from https://cdn.ymaws.com/www.nonpf.org/resource/resmgr/docs/20180807_diversity_statement.pdf

Perez, R. J., Robbins, C. K., Harris, L. W., & Montgomery, C.  (2020). Exploring graduate students' socialization to equity, diversity, and inclusion.  *Journal of Diversity in Higher Education, 13*(2), 133-145. https://doi.org/10.1037/dhe0000115

# EXHIBIT 78

Sept. 22, 2020 Trump
Executive Order



**Federal Register**

Vol. 85, No. 188

Monday, September 28, 2020

# Presidential Documents

Title 3—

**The President**

Executive Order 13950 of September 22, 2020

## Combating Race and Sex Stereotyping

By the authority vested in me as President by the Constitution and the laws of the United States of America, including the Federal Property and Administrative Services Act, 40 U.S.C. 101 *et seq.*, and in order to promote economy and efficiency in Federal contracting, to promote unity in the Federal workforce, and to combat offensive and anti-American race and sex stereotyping and scapegoating, it is hereby ordered as follows:

**Section 1.** *Purpose.* From the battlefield of Gettysburg to the bus boycott in Montgomery and the Selma-to-Montgomery marches, heroic Americans have valiantly risked their lives to ensure that their children would grow up in a Nation living out its creed, expressed in the Declaration of Independence: "We hold these truths to be self-evident, that all men are created equal." It was this belief in the inherent equality of every individual that inspired the Founding generation to risk their lives, their fortunes, and their sacred honor to establish a new Nation, unique among the countries of the world. President Abraham Lincoln understood that this belief is "the electric cord" that "links the hearts of patriotic and liberty-loving" people, no matter their race or country of origin. It is the belief that inspired the heroic black soldiers of the 54th Massachusetts Infantry Regiment to defend that same Union at great cost in the Civil War. And it is what inspired Dr. Martin Luther King, Jr., to dream that his children would one day "not be judged by the color of their skin but by the content of their character."

Thanks to the courage and sacrifice of our forebears, America has made significant progress toward realization of our national creed, particularly in the 57 years since Dr. King shared his dream with the country.

Today, however, many people are pushing a different vision of America that is grounded in hierarchies based on collective social and political identities rather than in the inherent and equal dignity of every person as an individual. This ideology is rooted in the pernicious and false belief that America is an irredeemably racist and sexist country; that some people, simply on account of their race or sex, are oppressors; and that racial and sexual identities are more important than our common status as human beings and Americans.

This destructive ideology is grounded in misrepresentations of our country's history and its role in the world. Although presented as new and revolutionary, they resurrect the discredited notions of the nineteenth century's apologists for slavery who, like President Lincoln's rival Stephen A. Douglas, maintained that our government "was made on the white basis" "by white men, for the benefit of white men." Our Founding documents rejected these racialized views of America, which were soundly defeated on the blood-stained battlefields of the Civil War. Yet they are now being repackaged and sold as cutting-edge insights. They are designed to divide us and to prevent us from uniting as one people in pursuit of one common destiny for our great country.

Unfortunately, this malign ideology is now migrating from the fringes of American society and threatens to infect core institutions of our country. Instructors and materials teaching that men and members of certain races, as well as our most venerable institutions, are inherently sexist and racist are appearing in workplace diversity trainings across the country, even in

components of the Federal Government and among Federal contractors. For example, the Department of the Treasury recently held a seminar that promoted arguments that "virtually all White people, regardless of how 'woke' they are, contribute to racism," and that instructed small group leaders to encourage employees to avoid "narratives" that Americans should "be more color-blind" or "let people's skills and personalities be what differentiates them."

Training materials from Argonne National Laboratories, a Federal entity, stated that racism "is interwoven into every fabric of America" and described statements like "color blindness" and the "meritocracy" as "actions of bias."

Materials from Sandia National Laboratories, also a Federal entity, for non-minority males stated that an emphasis on "rationality over emotionality" was a characteristic of "white male[s]," and asked those present to "acknowledge" their "privilege" to each other.

A Smithsonian Institution museum graphic recently claimed that concepts like "[o]bjective, rational linear thinking," "[h]ard work" being "the key to success," the "nuclear family," and belief in a single god are not values that unite Americans of all races but are instead "aspects and assumptions of whiteness." The museum also stated that "[f]acing your whiteness is hard and can result in feelings of guilt, sadness, confusion, defensiveness, or fear."

All of this is contrary to the fundamental premises underpinning our Republic: that all individuals are created equal and should be allowed an equal opportunity under the law to pursue happiness and prosper based on individual merit.

Executive departments and agencies (agencies), our Uniformed Services, Federal contractors, and Federal grant recipients should, of course, continue to foster environments devoid of hostility grounded in race, sex, and other federally protected characteristics. Training employees to create an inclusive workplace is appropriate and beneficial. The Federal Government is, and must always be, committed to the fair and equal treatment of all individuals before the law.

But training like that discussed above perpetuates racial stereotypes and division and can use subtle coercive pressure to ensure conformity of viewpoint. Such ideas may be fashionable in the academy, but they have no place in programs and activities supported by Federal taxpayer dollars. Research also suggests that blame-focused diversity training reinforces biases and decreases opportunities for minorities.

Our Federal civil service system is based on merit principles. These principles, codified at 5 U.S.C. 2301, call for all employees to "receive fair and equitable treatment in all aspects of personnel management without regard to" race or sex "and with proper regard for their . . . constitutional rights." Instructing Federal employees that treating individuals on the basis of individual merit is racist or sexist directly undermines our Merit System Principles and impairs the efficiency of the Federal service. Similarly, our Uniformed Services should not teach our heroic men and women in uniform the lie that the country for which they are willing to die is fundamentally racist. Such teachings could directly threaten the cohesion and effectiveness of our Uniformed Services.

Such activities also promote division and inefficiency when carried out by Federal contractors. The Federal Government has long prohibited Federal contractors from engaging in race or sex discrimination and required contractors to take affirmative action to ensure that such discrimination does not occur. The participation of contractors' employees in training that promotes race or sex stereotyping or scapegoating similarly undermines efficiency in Federal contracting. Such requirements promote divisiveness in the workplace and distract from the pursuit of excellence and collaborative achievements in public administration.

Therefore, it shall be the policy of the United States not to promote race or sex stereotyping or scapegoating in the Federal workforce or in the Uniformed Services, and not to allow grant funds to be used for these purposes. In addition, Federal contractors will not be permitted to inculcate such views in their employees.

Sec. 2. *Definitions.* For the purposes of this order, the phrase:

(a) "Divisive concepts" means the concepts that (1) one race or sex is inherently superior to another race or sex; (2) the United States is fundamentally racist or sexist; (3) an individual, by virtue of his or her race or sex, is inherently racist, sexist, or oppressive, whether consciously or unconsciously; (4) an individual should be discriminated against or receive adverse treatment solely or partly because of his or her race or sex; (5) members of one race or sex cannot and should not attempt to treat others without respect to race or sex; (6) an individual's moral character is necessarily determined by his or her race or sex; (7) an individual, by virtue of his or her race or sex, bears responsibility for actions committed in the past by other members of the same race or sex; (8) any individual should feel discomfort, guilt, anguish, or any other form of psychological distress on account of his or her race or sex; or (9) meritocracy or traits such as a hard work ethic are racist or sexist, or were created by a particular race to oppress another race. The term "divisive concepts" also includes any other form of race or sex stereotyping or any other form of race or sex scapegoating.

(b) "Race or sex stereotyping" means ascribing character traits, values, moral and ethical codes, privileges, status, or beliefs to a race or sex, or to an individual because of his or her race or sex.

(c) "Race or sex scapegoating" means assigning fault, blame, or bias to a race or sex, or to members of a race or sex because of their race or sex. It similarly encompasses any claim that, consciously or unconsciously, and by virtue of his or her race or sex, members of any race are inherently racist or are inherently inclined to oppress others, or that members of a sex are inherently sexist or inclined to oppress others.

(d) "Senior political appointee" means an individual appointed by the President, or a non-career member of the Senior Executive Service (or agency-equivalent system).

Sec. 3. *Requirements for the United States Uniformed Services.* The United States Uniformed Services, including the United States Armed Forces, shall not teach, instruct, or train any member of the United States Uniformed Services, whether serving on active duty, serving on reserve duty, attending a military service academy, or attending courses conducted by a military department pursuant to a Reserve Officer Corps Training program, to believe any of the divisive concepts set forth in section 2(a) of this order. No member of the United States Uniformed Services shall face any penalty or discrimination on account of his or her refusal to support, believe, endorse, embrace, confess, act upon, or otherwise assent to these concepts.

Sec. 4. *Requirements for Government Contractors.* (a) Except in contracts exempted in the manner provided by section 204 of Executive Order 11246 of September 24, 1965 (Equal Employment Opportunity), as amended, all Government contracting agencies shall include in every Government contract hereafter entered into the following provisions:

"During the performance of this contract, the contractor agrees as follows:

1. The contractor shall not use any workplace training that inculcates in its employees any form of race or sex stereotyping or any form of race or sex scapegoating, including the concepts that (a) one race or sex is inherently superior to another race or sex; (b) an individual, by virtue of his or her race or sex, is inherently racist, sexist, or oppressive, whether consciously or unconsciously; (c) an individual should be discriminated against or receive adverse treatment solely or partly because of his or her race or sex; (d) members of one race or sex cannot and should not attempt

to treat others without respect to race or sex; (e) an individual's moral character is necessarily determined by his or her race or sex; (f) an individual, by virtue of his or her race or sex, bears responsibility for actions committed in the past by other members of the same race or sex; (g) any individual should feel discomfort, guilt, anguish, or any other form of psychological distress on account of his or her race or sex; or (h) meritocracy or traits such as a hard work ethic are racist or sexist, or were created by a particular race to oppress another race. The term ''race or sex stereotyping'' means ascribing character traits, values, moral and ethical codes, privileges, status, or beliefs to a race or sex, or to an individual because of his or her race or sex, and the term ''race or sex scapegoating'' means assigning fault, blame, or bias to a race or sex, or to members of a race or sex because of their race or sex.

2. The contractor will send to each labor union or representative of workers with which he has a collective bargaining agreement or other contract or understanding, a notice, to be provided by the agency contracting officer, advising the labor union or workers' representative of the contractor's commitments under the Executive Order of September 22, 2020, entitled Combating Race and Sex Stereotyping, and shall post copies of the notice in conspicuous places available to employees and applicants for employment.

3. In the event of the contractor's noncompliance with the requirements of paragraphs (1), (2), and (4), or with any rules, regulations, or orders that may be promulgated in accordance with the Executive Order of September 22, 2020, this contract may be canceled, terminated, or suspended in whole or in part and the contractor may be declared ineligible for further Government contracts in accordance with procedures authorized in Executive Order 11246, and such other sanctions may be imposed and remedies invoked as provided by any rules, regulations, or orders the Secretary of Labor has issued or adopted pursuant to Executive Order 11246, including subpart D of that order.

4. The contractor will include the provisions of paragraphs (1) through (4) in every subcontract or purchase order unless exempted by rules, regulations, or orders of the Secretary of Labor, so that such provisions will be binding upon each subcontractor or vendor. The contractor will take such action with respect to any subcontract or purchase order as may be directed by the Secretary of Labor as a means of enforcing such provisions including sanctions for noncompliance: Provided, however, that in the event the contractor becomes involved in, or is threatened with, litigation with a subcontractor or vendor as a result of such direction, the contractor may request the United States to enter into such litigation to protect the interests of the United States.''

(b) The Department of Labor is directed, through the Office of Federal Contract Compliance Programs (OFCCP), to establish a hotline and investigate complaints received under both this order as well as Executive Order 11246 alleging that a Federal contractor is utilizing such training programs in violation of the contractor's obligations under those orders. The Department shall take appropriate enforcement action and provide remedial relief, as appropriate.

(c) Within 30 days of the date of this order, the Director of OFCCP shall publish in the *Federal Register* a request for information seeking information from Federal contractors, Federal subcontractors, and employees of Federal contractors and subcontractors regarding the training, workshops, or similar programming provided to employees. The request for information should request copies of any training, workshop, or similar programing having to do with diversity and inclusion as well as information about the duration, frequency, and expense of such activities.

**Sec. 5.** *Requirements for Federal Grants.* The heads of all agencies shall review their respective grant programs and identify programs for which the agency may, as a condition of receiving such a grant, require the recipient to certify that it will not use Federal funds to promote the concepts that

(a) one race or sex is inherently superior to another race or sex; (b) an individual, by virtue of his or her race or sex, is inherently racist, sexist, or oppressive, whether consciously or unconsciously; (c) an individual should be discriminated against or receive adverse treatment solely or partly because of his or her race or sex; (d) members of one race or sex cannot and should not attempt to treat others without respect to race or sex; (e) an individual's moral character is necessarily determined by his or her race or sex; (f) an individual, by virtue of his or her race or sex, bears responsibility for actions committed in the past by other members of the same race or sex; (g) any individual should feel discomfort, guilt, anguish, or any other form of psychological distress on account of his or her race or sex; or (h) meritocracy or traits such as a hard work ethic are racist or sexist, or were created by a particular race to oppress another race. Within 60 days of the date of this order, the heads of agencies shall each submit a report to the Director of the Office of Management and Budget (OMB) that lists all grant programs so identified.

**Sec. 6.** *Requirements for Agencies.* (a) The fair and equal treatment of individuals is an inviolable principle that must be maintained in the Federal workplace. Agencies should continue all training that will foster a workplace that is respectful of all employees. Accordingly:

(i) The head of each agency shall use his or her authority under 5 U.S.C. 301, 302, and 4103 to ensure that the agency, agency employees while on duty status, and any contractors hired by the agency to provide training, workshops, forums, or similar programming (for purposes of this section, "training") to agency employees do not teach, advocate, act upon, or promote in any training to agency employees any of the divisive concepts listed in section 2(a) of this order. Agencies may consult with the Office of Personnel Management (OPM), pursuant to 5 U.S.C. 4116, in carrying out this provision; and

(ii) Agency diversity and inclusion efforts shall, first and foremost, encourage agency employees not to judge each other by their color, race, ethnicity, sex, or any other characteristic protected by Federal law.

(b) The Director of OPM shall propose regulations providing that agency officials with supervisory authority over a supervisor or an employee with responsibility for promoting diversity and inclusion, if such supervisor or employee either authorizes or approves training that promotes the divisive concepts set forth in section 2(a) of this order, shall take appropriate steps to pursue a performance-based adverse action proceeding against such supervisor or employee under chapter 43 or 75 of title 5, United States Code.

(c) Each agency head shall:

(i) issue an order incorporating the requirements of this order into agency operations, including by making compliance with this order a provision in all agency contracts for diversity training;

(ii) request that the agency inspector general thoroughly review and assess by the end of the calendar year, and not less than annually thereafter, agency compliance with the requirements of this order in the form of a report submitted to OMB; and

(iii) assign at least one senior political appointee responsibility for ensuring compliance with the requirements of this order.

**Sec. 7.** *OMB and OPM Review of Agency Training.* (a) Consistent with OPM's authority under 5 U.S.C. 4115–4118, all training programs for agency employees relating to diversity or inclusion shall, before being used, be reviewed by OPM for compliance with the requirements of section 6 of this order.

(b) If a contractor provides a training for agency employees relating to diversity or inclusion that teaches, advocates, or promotes the divisive concepts set forth in section 2(a) of this order, and such action is in violation of the applicable contract, the agency that contracted for such training shall evaluate whether to pursue debarment of that contractor, consistent with

applicable law and regulations, and in consultation with the Interagency Suspension and Debarment Committee.

(c) Within 90 days of the date of this order, each agency shall report to OMB all spending in Fiscal Year 2020 on Federal employee training programs relating to diversity or inclusion, whether conducted internally or by contractors. Such report shall, in addition to providing aggregate totals, delineate awards to each individual contractor.

(d) The Directors of OMB and OPM may jointly issue guidance and directives pertaining to agency obligations under, and ensuring compliance with, this order.

**Sec. 8.** *Title VII Guidance.* The Attorney General should continue to assess the extent to which workplace training that teaches the divisive concepts set forth in section 2(a) of this order may contribute to a hostile work environment and give rise to potential liability under Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e *et seq.* If appropriate, the Attorney General and the Equal Employment Opportunity Commission shall issue publicly available guidance to assist employers in better promoting diversity and inclusive workplaces consistent with Title VII.

**Sec. 9.** *Effective Date.* This order is effective immediately, except that the requirements of section 4 of this order shall apply to contracts entered into 60 days after the date of this order.

**Sec. 10.** *General Provisions.* (a) This order does not prevent agencies, the United States Uniformed Services, or contractors from promoting racial, cultural, or ethnic diversity or inclusiveness, provided such efforts are consistent with the requirements of this order.

(b) Nothing in this order shall be construed to prohibit discussing, as part of a larger course of academic instruction, the divisive concepts listed in section 2(a) of this order in an objective manner and without endorsement.

(c) If any provision of this order, or the application of any provision to any person or circumstance, is held to be invalid, the remainder of this order and the application of its provisions to any other persons or circumstances shall not be affected thereby.

(d) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department, agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(e) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

Case 1:21-cv-01077-PB   Document 85-79   Filed 08/14/23   Page 8 of 8

2286

(f) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,
*September 22, 2020.*

[FR Doc. 2020–21534
Filed 9–25–20; 8:45 am]
Billing code 3295–F0–P

2287

# EXHIBIT 79

# HB544 Docket and Language

# HB544

| Body | Description |
|---|---|
| H | Introduced (in recess of) 01/06/2021 and referred to Executive Departments and Administration **HJ 2** P. 53 |
| H | ==RECESSED== Public Hearing: 02/11/2021 11:30 am Members of the public may attend using the following link: To join the webinar: https://zoom.us/j/91078617911 / Executive session on pending legislation may be held throughout the day (time permitting) from the time the committee is initially convened. |
| H | ==CONTINUED== Public Hearing: 02/18/2021 01:30 pm Members of the public may attend using the following link: To join the webinar: https://zoom.us/j/97238685330 / Executive session on pending legislation may be held throughout the day (time permitting) from the time the committee is initially convened. |
| H | Majority Committee Report: Ought to Pass with Amendment # 2021-0611h (Vote 10-9; RC) **HC 18** P. 45 |
| H | Minority Committee Report: Inexpedient to Legislate |
| H | Lay on Table (Rep. Osborne): MA DV 347-18 04/08/2021 **HJ 6** P. 72 |

2289

**HB 544  - AS INTRODUCED**

2021 SESSION

21-0732
05/04

HOUSE BILL        *544*

AN ACT                relative to the propagation of divisive concepts.

SPONSORS:        Rep. Ammon, Hills. 40; Rep. Cordelli, Carr. 4; Rep. J. Osborne, Rock. 4

COMMITTEE:        Executive Departments and Administration

───────────────────────────────────────────────────────────────────

ANALYSIS

This bill defines and prohibits the dissemination of certain divisive concepts related to sex and race in state contracts, grants, and training programs.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Explanation:        Matter added to current law appears in ***bold italics.***
                          Matter removed from current law appears [in brackets and struckthrough.]
                          Matter which is either (a) all new or (b) repealed and reenacted appears in regular type.

**HB 544 - AS INTRODUCED**

21-0732
05/04

STATE OF NEW HAMPSHIRE

*In the Year of Our Lord Two Thousand Twenty One*

AN ACT                    relative to the propagation of divisive concepts.

*Be it Enacted by the Senate and House of Representatives in General Court convened:*

1    1  New Chapter; Propagation of Divisive Concepts Prohibited.  Amend RSA by inserting after
2    chapter 10-B the following new chapter:

3                                      CHAPTER 10-C

4                      PROPAGATION OF DIVISIVE CONCEPTS PROHIBITED

5    10-C:1  Definitions.  In this chapter:

6        I. "Contractor" means any and all persons, individuals, corporations, or businesses of any
7    kind that in any manner have entered into a contract, or perform a subcontract pursuant to a
8    contract, with the state of New Hampshire.

9        II. "Divisive concept" means the concept that:

10        (a) One race or sex is inherently superior to another race or sex;

11        (b) The state of New Hampshire or the United States is fundamentally racist or sexist;

12        (c)  An individual, by virtue of his or her race or sex, is inherently racist, sexist, or
13    oppressive, whether consciously or unconsciously;

14        (d) An individual should be discriminated against or receive adverse treatment solely or
15    partly because of his or her race or sex;

16        (e)  Members of one race or sex cannot and should not attempt to treat others without
17    respect to race or sex;

18        (f) An individual's moral character is necessarily determined by his or her race or sex;

19        (g)  An individual, by virtue of his or her race or sex, bears responsibility for actions
20    committed in the past by other members of the same race or sex;

21        (h)   Any  individual  should  feel  discomfort,  guilt,  anguish,  or  any  other  form  of
22    psychological distress on account of his or her race or sex; or

23        (i)  Meritocracy or traits such as a hard work ethic are racist or sexist, or were created by
24    a particular race to oppress another race.

25        (j)  The term "divisive concepts" includes any other form of race or sex stereotyping or
26    any other form of race or sex scapegoating.

27        III.  "Race or sex stereotyping" means ascribing character traits, values, moral and ethical
28    codes, privileges, status, or beliefs to a race or sex, or to an individual because of his or her race or
29    sex.

30        IV.  "Race or sex scapegoating" means assigning fault, blame, or bias to a race or sex, or to
31    members of a race or sex because of their race or sex.  It similarly encompasses any claim that,

**HB 544  - AS INTRODUCED**
**- Page 2 -**

1   consciously or unconsciously, and by virtue of his or her race or sex, members of any race are

2   inherently racist or are inherently inclined to oppress others, or that members of a sex are

3   inherently sexist or inclined to oppress others.

4       V.  "The state of New Hampshire" means all agencies and political subdivisions of the state

5   of New Hampshire, including counties, cities, towns, school districts, and the state university

6   system.

7       VI.  "Student" means any and all students of any school district, school, college, or university

8   which receives grants, funds, or assets from the state of New Hampshire.

9   10-C:2  Unlawful Propagation of Divisive Concepts.

10      I.  Requirements for the state of New Hampshire:

11      (a)  The state of New Hampshire shall not teach, instruct, or train any employee,

12  contractor, staff member, student, or any other individual or group, to adopt or believe any of the

13  divisive concepts defined in RSA 10-C:1, II.

14      (b)  No employee, contractor, staff member, or student of the state of New Hampshire

15  shall face any penalty or discrimination on account of his or her refusal to support, believe, endorse,

16  embrace, confess, act upon, or otherwise assent to the divisive concepts defined in RSA 10-C:1, II.

17      II.  Requirements for government contractors:

18      (a)  All state contracts entered into on or after the effective date of this chapter shall

19  include the following provision:

20  "During the performance of this contract, the contractor agrees as follows:

21  The contractor shall not use any workplace training that inculcates in its employees any form of race

22  or sex stereotyping or any form of race or sex scapegoating, including the concepts that:  (a) one race

23  or sex is inherently superior to another race or sex; (b) an individual, by virtue of his or her race or

24  sex, is inherently racist, sexist, or oppressive, whether consciously or unconsciously; (c) an individual

25  should be discriminated against or receive adverse treatment solely or partly because of his or her

26  race or sex; (d) members of one race or sex cannot and should not attempt to treat others without

27  respect to race or sex; (e) an individual's moral character is necessarily determined by his or her race

28  or sex; (f) an individual, by virtue of his or her race or sex, bears responsibility for actions committed

29  in the past by other members of the same race or sex; (g) any individual should feel discomfort, guilt,

30  anguish, or any other form of psychological distress on account of his or her race or sex; or (h)

31  meritocracy or traits such as a hard work ethic are racist or sexist, or were created by a particular

32  race to oppress another race.  The term "race or sex stereotyping" means ascribing character traits,

33  values, moral and ethical codes, privileges, status, or beliefs to a race or sex, or to an individual

34  because of his or her race or sex, and the term "race or sex scapegoating" means assigning fault,

35  blame, or bias to a race or sex, or to members of a race or sex because of their race or sex."

36      (b)  The contractor shall send to each labor union or representative of workers with

37  which the contractor has a collective bargaining agreement or other contract or understanding, a

**HB 544  - AS INTRODUCED**
**- Page 3 -**

1   notice, to be provided by the agency contracting officer, advising the labor union or workers'
2   representative of the contractor's commitments under this section, and shall post copies of the notice
3   in conspicuous places available to employees and applicants for employment.

4          (c)  In the event of the contractor's noncompliance with the requirements of this section,
5   or with any rules, regulations, or policies that may be promulgated in accordance with this section,
6   the contract may be canceled, terminated, or suspended in whole or in part and the contractor may
7   be declared ineligible for further government contracts.

8          (d)  The contractor shall include the provisions of this section in every subcontract or
9   purchase order unless exempted by rules, regulations, or policies of the department of administrative
10  services, so that such provisions shall be binding upon each subcontractor or vendor.  The contractor
11  shall take such action with respect to any subcontract or purchase order as may be directed by the
12  department of administrative services as a means of enforcing such provisions including sanctions
13  for noncompliance.

14         III.  The department of administrative services, or an agency designated by the department
15  of administrative services, is directed to investigate complaints received alleging that a state
16  contractor is utilizing such training programs in violation of the contractor's obligations under the
17  binding provisions of this section.  The department shall take appropriate enforcement action and
18  provide remedial relief, as appropriate.

19         IV.  The heads of all agencies shall review their respective grant programs and identify
20  programs for which the agency may, as a condition of receiving such a grant, require the recipient to
21  certify that it will not use state funds or assets to promote any of the divisive concepts defined in
22  RSA 10-C:1, II.

23         V.  Requirements for agencies.

24         (a)  The fair and equal treatment of individuals is an inviolable principle that must be
25  maintained in the state workplace.  Agencies should continue all training that will foster a
26  workplace that is respectful of all employees.  Accordingly:

27              (1)  The head of each agency shall use his or her authority under to ensure that the
28  agency, agency employees while on duty status, and any contractors hired by the agency to provide
29  training, workshops, forums, or similar programming, for purposes of this section, "training", to
30  agency employees do not teach, advocate, act upon, or promote in any training to agency employees
31  any of the divisive concepts listed in RSA 10-C:1; and

32              (2)  Agency diversity and inclusion efforts shall, first and foremost, encourage agency
33  employees not to judge each other by their color, race, ethnicity, sex, or any other characteristic
34  protected by federal or state law.

35         (b)  The commissioner of the department of administrative services, pursuant to RSA
36  541-A, shall develop regulations for the enforcement of the provisions of this statute.

37         (c)  Each agency head shall:

**HB 544  - AS INTRODUCED**
**- Page 4 -**

1       (1)   Issue a policy incorporating the requirements of this chapter into agency

2  operations, including by making compliance with the policy a provision in all agency contracts;

3       (2)   Request that the agency thoroughly review and assess not less than annually

4  thereafter, agency compliance with the requirements of the policy in the form of a report submitted

5  to the department of administrative services; and

6       (3)   Assign at least one senior political appointee responsibility for ensuring

7  compliance with the requirements of the policy.

8     VI.  Review of agency training.

9     (a)  All training programs for state agency employees relating to diversity or inclusion

10  shall, before being used, be reviewed by the department of administrative services for compliance

11  with the requirements of RSA 10-C:2, V.

12     (b)  If a contractor provides a training for agency employees relating to diversity or

13  inclusion that teaches, advocates, or promotes the divisive concepts defined in RSA 10-C:1, II, and

14  such action is in violation of the applicable contract, the agency that contracted for such training

15  shall evaluate whether to pursue debarment of that contractor, consistent with applicable law and

16  regulations.

17    10-C:3  General Provisions.

18     I.   Nothing in this chapter shall prevent agencies or contractors from promoting racial,

19  cultural, or ethnic diversity or inclusiveness, provided such efforts are consistent with the

20  requirements of this chapter.

21     II.   Nothing in this chapter shall be construed to prohibit discussing, as part of a larger

22  course of academic instruction, the divisive concepts listed in RSA 10-C:1, II in an objective manner

23  and without endorsement.

24     III.  If any provision of this chapter, or the application of any provision to any person or

25  circumstance, is held to be invalid, the remainder of this chapter and the application of its provisions

26  to any other persons or circumstances shall not be affected thereby.

27    2  Effective Date.  This act shall take effect January 1, 2022.

Rep. Ammon, Hills. 40
March 3, 2021
2021-0611h
05/04

Amendment to HB 544

1    Amend RSA 10-C:1, I as inserted by section 1 of the bill by replacing it with the following:

2

3       I. "Contractor" means any and all persons, individuals, corporations, or businesses of any

4    kind that in any manner have entered into a contract to perform a service for, or perform a

5    subcontract pursuant to a contract to perform a service for, or with the state of New Hampshire.

6

7    Amend RSA 10-C:2, V(a)(1) as inserted by section 1 of the bill by replacing it with the following:

8

9       (1) The head of each agency shall ensure that the agency, agency employees while on

10   duty status, and any contractors hired by the agency to provide training, workshops, forums, or

11   similar programming to agency employees do not teach, advocate, act upon, or promote in any

12   training to agency employees any of the divisive concepts listed in RSA 10-C:1, II; and

13

14   Amend RSA 10-C:3 as inserted by section 1 of the bill by inserting after paragraph II the following

15   new paragraph and renumbering the original paragraph III to read as paragraph IV:

16

17       III   Nothing in this chapter is meant to include as a "contract or subcontract" certain

18   government financial assistance, including but not limited to the taking or receiving of loans, tax

19   credits, tax incentives, tax abatements or gifts deriving from money sent from the federal

20   government or agency designed or meant to assist during or after a declared emergency, including

21   but not limited to health, weather, riot, civil disobedience or acts of foreign agents, or designed as

22   economic stimulus during economic emergency.



# HOUSE RECORD

### First Year of the 167th General Court

## Calendar and Journal of the 2021 Session

#### Web Site Address:  www.gencourt.state.nh.us

**State of
New Hampshire**

| Vol. 43 | Concord, N.H. | Friday, April 2, 2021 | No. 18 |

**Contains: House Deadlines; House Bills Amended by Senate; Committee Reports;
Meetings and Notices; Revised Fiscal Notes**

# HOUSE  CALENDAR

**MEMBERS OF THE HOUSE:**

The House will meet in session on Wednesday, April 7th at 9:00 a.m., Thursday, April 8th, at 9:00 a.m., and Friday, April 9th at 9:00 a.m. in the NH Sportsplex facility at 68 Technology Dr. in Bedford, NH.

Session day logistics, including arrival times, parking, entry, materials and lunch distribution will be similar to the previous event, and where necessary, updates and modifications have been made. Those details appear in the back of this House Calendar. House members can expect an email with any further details early next week.

I have discussed with the Democratic and Republican Leaders our need to work together to manage our time wisely during the House session days. While there may be disagreement on many issues, we all agree that we can complete our business in a timely manner if we work together with mutual respect and understanding.

The House Finance committee will offer a budget briefing for House members on Monday April 5th at 1:00 p.m. via Zoom webinar. As in prior budget years, members of the public may watch a livestream via YouTube. A link to the YouTube stream is published in a notice in this House Calendar. House members will receive a link to the webinar by email so they may raise their hand and ask questions of the Finance Committee and Legislative Budget Assistant, if desired.

The amendment to House Bill 1 adopted by the majority of the House Finance Committee is one that replaces the entire bill and is over 700 pages long. Rather than print 400 copies of that amendment for next week, the Legislative Budget Assistant's Office has posted a link to that amendment here: http://www.gencourt.state. nh.us/LBA/Budget/Capital_Budget_House/Week%20of%203-29/HB_1_H_Finance_COMBINED_33021.pdf All other amendments to bills will be printed in two addendum calendars.

Additionally, if you are interested in the other documents used throughout the entire House budget process, the LBA has a webpage with those available to you found here:http://www.gencourt.state.nh.us/LBA/Budget/ fy2022_2023_budget.aspx

The New Hampshire Automobile Dealers Association will be sponsoring one of our session day's lunches next week at session. Typically the NHADA hosts an annual Crossover reception for all legislators and staff, however in this unusual time, we have not been able to attend the usual social events that may exist for legislators. These receptions go a long way in terms of allowing members across the whole chamber to socialize and get to know their colleagues, and I know I speak for myself when I say this has been missed. We are thankful to the NHADA for sponsoring this lunch.

I am happy to announce that captioning for House sessions is now available. The link to access captions is a separate link from the session streaming link and will be available on the General Court website before the start of each session.

Sherman A. Packard, Speaker of the House

---

### NOTICE

The **Finance** Committee will hold **budget briefings** on *HB 1-A*, making appropriations for the expenses of certain departments of the state for fiscal years ending June 30, 2022 and June 30, 2023, and *HB 2-FN-A-L*, relative to state fees, funds, revenues, and expenditures on April 5th at 1:00 pm. House members will receive secure Zoom links. Members of the public may attend using the following link: https://www.youtube.com/watch?v=MvMW6Lf-ltw.

Rep. Kenneth Weyler, Chairman
Finance Committee

Rep. John Sytek for Executive Departments and Administration. The last major expansion of the franchise – the right to vote and to hold office – occurred 50 years ago. That was the passage of the 26th amendment which granted that right to 18- to 21-year olds. Indeed, many in this chamber witnessed this history-making event. The committee felt that this bill commemorating the anniversary was fitting and appropriate. **Vote 18-0.**

**HB 345,** establishing a license for mushroom harvesters. **MAJORITY: OUGHT TO PASS WITH AMEND-MENT. MINORITY: INEXPEDIENT TO LEGISLATE.**
Rep. Sallie Fellows for the **Majority** of Executive Departments and Administration. This bill legalizes the sale of safe varieties of wild harvested mushrooms in restaurants and markets. The Food and Drug Administration Food Code explicitly prohibits the sale of wild harvested mushrooms unless an oversight agency establishes an approval process for licensed harvesters. Some wild mushrooms are poisonous. Licensing will ensure those sold in NH are safe. The Department of Health and Human Services (DHHS) will oversee training programs, testing and licensing of harvesters, and will specify the authorized varieties. Harvesters must have permission to take wild mushrooms from someone else's land. This bill doesn't apply to cultivated mushrooms or picking wild mushrooms for personal consumption. DHHS supports this bill and indicated they can absorb the operational cost. The amendment simply adds a definition of mushrooms. **Vote 12-7.**
Rep. Tony Lekas for the **Minority** of Executive Departments and Administration. This bill would license wild mushroom harvesters. Wild mushrooms have been harvested for sale in New Hampshire for many years. Up to now that has not caused enough trouble for there to have been a call for regulating the practice in our state. That would likely still be the case except that, unfortunately, the Department of Health and Human Services chose to adopt the 2017 Food and Drug Administration Food Code into New Hampshire rule and the legislature accepted that action. There are reasons that there are separate states. What is necessary and appropriate for one state may not be for another. We should end the practice of adopting standards without carefully considering if they are all really necessary for New Hampshire. We should not be licensing additional professions just to deal with an earlier error.

**HB 417,** relative to the powers of the governor during a renewal of a declared state of emergency. **MAJORITY: OUGHT TO PASS WITH AMENDMENT. MINORITY: INEXPEDIENT TO LEGISLATE.**
Rep. Terry Roy for the **Majority** of Executive Departments and Administration. This bill, as amended, changes the emergency powers laws in three ways. First, it extends a declared emergency to 30 days, rather than 21, so that the common weather-related emergencies are not affected. Second, if a state of emergency is renewed, the legislature must meet to approve the extension and any executive orders issued during the emergency. If the legislature cannot meet, the state of emergency and the orders continue in force and are extended in 14-day increments until the legislature can meet. Thirdly, any gifts, grants or other funds obtained for emergency purposes must be accepted by the Governor and Council, rather than the governor alone, which requires Fiscal Committee involvement from amounts over $100,000. These changes go into effect after the end of the current emergency, and so are prospective only. These changes address the most common concerns about the current emergency powers statute, which was updated after the terrorist attacks on September 11, 2001 and never used for an extended period of time until the COVID-19 outbreak. This emergency raised concerns about imposing too much responsibility on the governor alone, and so this bill presents a plan to share the responsibility and provide policy oversight. **Vote 16-2.**
Rep. Peter Schmidt for the **Minority** of Executive Departments and Administration. This bill seeks to address widespread objections to a number of aspects of the Governor's emergency order regime, which is currently in effect in New Hampshire. The minority of the ED&A Committee recognizes and shares many of the majority's concerns, and also supports a review and revision of the existing emergency statute. Nevertheless, the minority opposes passage of HB 417 at this time for the following reasons. First, the bill is entirely prospective; it cures none of the actual or supposed abuses of the Governor's authority at this time. Hence, it has no urgency and should not be substituted for a truly deliberative investigation of the deficiencies of the existing statute, nor of any instances of gubernatorial overreach. Second, instead of this bill, a blue ribbon committee should be empaneled, not to assess blame, but to lay the basis for a wisely revised statute to more perfectly protect the state and its citizens in the future. Third, the bill mistakenly conflates every living NH citizen's experience and expectations of a state of emergency with the fundamentally different duration and reality of this pandemic, which is, in addition, by no means fully understood or resolved. Further, the bill creates a legislative oversight and control structure which the minority believes would likely be in its own way in a typical emergency, in other words, unnecessary, and very likely to hamstring effective emergency management in the case of a future pandemic, or nuclear emergency, in other words, unworkable and counterproductive. For these reasons, this bill should be found Inexpedient to Legislate.

**HB 544,** relative to the propagation of divisive concepts. **MAJORITY: OUGHT TO PASS WITH AMEND-MENT. MINORITY: INEXPEDIENT TO LEGISLATE.**
Rep. Terry Roy for the **Majority** of Executive Departments and Administration. This bill is an anti-racism piece of legislation that would prohibit the teaching racist ideology to students and employees of state schools.

It would also bar mandatory racist ideology training to employees of state agencies and businesses who contract with the state to provide services to or on behalf of the state. The committee heard testimony that these trainings and teachings do currently occur in New Hampshire and seem to be becoming more of a trend both here and nationwide. The committee also heard testimony that the teaching and training of the concepts prohibited by this bill cause disharmony, resentment and hatred. The majority agrees. The bill does not prohibit teaching about racism and its negative effects throughout history on the people of New Hampshire and the United States. The majority believes teaching about actual history including institutional racism that has existed and the steps we have taken to eradicate it are important aspects of a proper education and a healthy and diverse workplace. The bill, simply put, prohibits teaching that one race is at fault in perpetuity for challenges and disadvantages faced by another race. The majority acknowledges that racism still exists and that we must always be on guard against it to challenge it whenever it rears its ugly head but the majority also believes in the inherent good of each individual Granite State citizen and in the greatness of this state and of the United States of America. Of all the nations on Earth, it is the United States that provides the most opportunity and legal protections to minorities of every race, creed and religion. **Vote 10-9.**

Rep. Sallie Fellows for the **Minority** of Executive Departments and Administration. In 2020 we all saw George Floyd die, Black Lives Matter demonstrations, and white supremacists' counter protests. Public interest led to an exponential growth in books, documentaries, zoom seminars, and courses about racism and bias. The function of this bill is to suppress teaching about racism and sexism. It does so by banning discussion of any "form of race or sex stereotyping." This prohibition applies to state and municipal governments, and all public schools, private schools and colleges receiving state funding. The ban also applies to the internal operations of businesses with state contracts, which would likely result in fewer bidders and higher costs for state projects. In this time of heightened awareness about racism, this bill will tarnish the image of New Hampshire as a great place to live and work. The minority believes it also violates the First Amendment's protection of free speech, which is why we oppose this bill.

**HB 575,** relative to licensure of applicants for cosmetology, esthetics, and manicuring through apprenticeship programs. **OUGHT TO PASS.**

Rep. Tony Lekas for Executive Departments and Administration. This bill would permit an applicant for a license as a cosmetologist, manicurist, or esthetician to complete the training requirement either in an apprenticeship program or a school. While current statute does permit an applicant to complete the training requirement through an apprenticeship it requires twice as many hours in an apprenticeship program than in a school. If this bill is adopted, the number of training hours would be the same for a school or apprenticeship program. The bill also makes it clear that the apprenticeship program must be one approved by the board. In current statute, approval is not required for apprenticeship programs for cosmetologists although it is required for manicurists and estheticians. In either case, the applicant must pass an examination conducted by the board. This would especially benefit those who must work and/or raise a family while training for a new career. It is often not possible for such people to put their lives on hold in order to attend a school full time. An apprenticeship program can offer more schedule flexibility and changing the hours required in such a program the same as those required in a school would reduce the burden on such people. Another potential benefit to an apprenticeship program is that the applicant is likely to receive more hands on practical training than in a school. **Vote 10-9.**

**HB 606,** exempting services provided without renumeration from license requirements for barbering, cosmetology, and esthetics. **MAJORITY: OUGHT TO PASS. MINORITY: INEXPEDIENT TO LEGISLATE.**

Rep. Mark Alliegro for the **Majority** of Executive Departments and Administration. Under current New Hampshire law, it is illegal to cut your daughter's hair or file your grandmother's fingernails. This bill remedies such regulatory overreach by stipulating that a person may provide barbering, cosmetology, or esthetics services without payment and not be in violation of the law. This bill does not affect licensure requirements for paid, professional service providers. Opponents warned that this change would put the public at risk from the unauthorized use of dangerous chemicals such as shampoo and hair coloring, or transmissible disease, but no evidence in support of this claim was presented during hearings or deliberation. It was also argued that selective law enforcement renders this bill unnecessary. It is not government's role to interfere with the highly personal acts mentioned in this summary. The adoption of HB 606 is a small step in restoring the inalienable right of caring for one another. **Vote 10-8.**

Rep. Jeffrey Goley for the **Minority** of Executive Departments and Administration. Supporters of this bill believe that under the current RSA a parent who cuts a child's hair or someone who helps a neighbor color their hair is breaking the law. But there is no documented evidence that this type of enforcement has ever been practiced. The bill as written would allow anyone to practice barbering, cosmetology, or esthetics provided they are is no remuneration. Testimony from professionals was that an untrained person doing these procedures may not be as conscientious about necessary sanitation or not trained in the possible dangers of chemicals involved and could subject the recipient to severe chemical burns or injuries. The minority believes this bill should be voted ITL as it is trying to solve a problem that does not exist.

# EXHIBIT 80

Select Written
Testimony From Public
Supporting HB544 to
House Executive
Departments and
Administration
Committee, With
Highlights Added

My name is Dr. Karlyn Borysenko, I am an organizational psychologist and I reside in Merrimack New Hampshire.

I'm testifying today in strong support of HB544.

How did we get to a place where it would be necessary to have a bill specifying that individuals, by virtue of their race or sex, are not inherently racist, sexist, or oppressive?

It started with a fringe ideology that came out of academia starting in the late 1970s called Critical Race Theory. There are entire libraries of books written about this ideology, but the easiest way to understand it is this:

Martin Luther King, Jr. famously said "I look to a day when people will not be judged by the color of their skin, but by the content of their character."

Critical Race Theory teaches exactly the opposite of this: It says that the ONLY thing we should judge people by is the color of their skin RATHER THAN the content of their character.

Critical Race Theory starts with a simple assumption: That racism exists everywhere.

You and I might define racism as the belief that one race is inherently superior to all other races. I think we can all agree that is a fundamentally bad concept and an idea that should not be perpetuated in any form.

However, that is not how Critical Race Theory defines racism.

This is critical to understand, no pun intended.

Critical Race Theory changes the definition of common words in order to gain wider acceptance. After all, no one wants to be called a racist.

Critical Race Theory views race as a political construction that was invented by white people to give themselves power while excluding all other races from it.

It views racism as the ordinary state of affairs in society, present in all interactions and institutions. Anytime you hear the term "systemic racism," that is what they mean.

Think you're not racist? If you were born white, you would be wrong.

Critical Race Theory teaches that if you are white, you are inherently racist.

There is not a question of if you are a racist. That is assumed. There is only a question of how your racism manifests, and what work you are doing to stop it.

Don't believe me? The bestselling book White Fragility is one of the bibles of Critical Race Theory. In it, author Robin DiAngelo confesses that she has been racist since the womb, has been racist her entire life, and will always be a racist simply because she is white.

I have been working non-stop to understand this ideology and its impact for the last two years, and I have seen how detrimental it is to individuals, and to organizations. I'm currently authoring a book on the subject and have been blessed to receive guidance from some of the foremost experts in the world on the topic.

I encountered Critical Race Theory in organizations I was working with as a consultant, where it's commonly billed as diversity training to gain buy-in and support.

Now, I have to be very clear: Not all diversity training in organizations teaches people that they are inherently racist and sexist based on how they were born. It's important to note that this bill would not eliminate the good kinds of diversity and inclusion training related to exploring different cultures and life experiences.

However, in the aftermath of George Floyd's death, training that was grounded in Critical Race Training took over the corporate training industry. Organizations were suddenly requiring that their employees read texts like DiAngelo's White Fragility or Ibram X Kendi's How To Be An Anti-Racist, and forced white employees to go to internal struggle sessions where they were required to confess their inherent racism at risk of losing their job.

And it's even worse when you look at the school systems.

Right now, in schools all over the country, children as young as five are being taught this ideology.

School systems are integrating these ideas throughout their curriculums, and children who are white and/or male are being forced to confess to their classmates that they are oppressors. If they don't fit into one of the oppressor categories, they are taught they are a victim and will never get ahead in the world because of the oppressors.

And if you think it can't happen in New Hampshire, I have some bad news for you: It already has.

Over the summer, I know of teachers in schools in New Hampshire who read White Fragility as a part of "optional" training courses. In Critical Race Theory, "optional" very rarely means optional, because if you don't do it your colleagues will label you a racist and you could lose your job.

Being called a racist is one of the very worst things we can be called in our society. It is a scarlet letter that followers the wearer around, something they can never escape from.

There is absolutely still work to do with regards to making sure everyone in our society has access to opportunity regardless of the color of their skin or gender, and that everyone is treated fairly.

However, Critical Race Theory is not the way to get there. It is a regressive ideology that is going to lead to MORE racism and misogyny, not less.

I strongly encourage you to support the bill and protect the people of New Hampshire from this harmful ideology.


Additional information about Critical Race Theory can be found here:
https://newdiscourses.com/2021/01/what-is-critical-race-theory/

**Archived:** Friday, April 16, 2021 12:52:12 PM
**From:** Thomas Petrucka
**Sent:** Thursday, March 4, 2021 2:50:16 AM
**To:** ~House Executive Departments and Administration
**Subject:** Support for proposal HB544
**Importance:** Normal

---

To whom it may concern,

I am extremely excited to see progress being made in resisting the inherently toxic ideology of critical race theory, and I wanted to applaud your state's proposal to ban it from publicly funded settings.

I grew up a white man in a predominantly white area; but as a child, race and gender have never been some to separate people over. My mother saw her mother's prejudices, and carefully taught me love and listen to everyone while growing up. I wouldn't say that I didn't "see" color, but even through high school--I tried to foster an environment where everyone can feel included and accepted. I did this as a founder of my school's improv troop, and leader in my school theatre program.

And then I went to college. After attending one semester at a local publicly funded university (in its theatre arts programs) I experienced three classes in which I was singled out as a white man, told I was inherently bigoted because of the color of my skin, and listen to performances that reinforced that ideology on repeat--in a required class for my particular program.

I was never very vocal about my moderate conservative viewpoints, but my previously conquered depression resurfaced. I never felt like I could comfortably share any of my opinions without igniting backlash or political debate, and so I stayed silent while my mental health (and subsequently my grades).

I support diversity, and there are plenty of inclusion trainings that have been verified for use, and are effective in uniting a classroom or workplace. *Critical Race Theory* (which this bill opposes) is divisively conceived. It assumes that people of color will always be oppressed. It requires white people to apologize for the acts of some (often imagined) ancestor. Every book or article I have found discussing *critical race theory* lists virtually no sources, and the few studies I see proving any systemic racism present a clear confirmation bias. I cannot thank you enough for leading the charge in combating this corrosive ideology.

I hope this letter may be received well, and I thank you for considering this bill. If someone is truly reading this, I thank you for your public service. Small steps HB544 will be crucial to preserving the American ideals that have allowed this nation to thrive in the past, and I hope the bill passes.

May God bless you,

~ Thomas Petrucka

**Archived:** Friday, April 16, 2021 12:52:12 PM
**From:** gem122782
**Sent:** Thursday, March 4, 2021 1:37:32 AM
**To:** ~House Executive Departments and Administration
**Subject:** SUPPORT for HB544 Bill!!!
**Importance:** Normal

---

Dear Committee members,

I am emailing you as a concerned parent of New Hampshire, to voice my SUPPORT for the HB544 Bill to ban Critical Race Theory. My daughter has already experienced forms of this at Pinkerton Academy and it is a form of racism. This is very harmful and dangerous rhetoric and should absolutely be banned from being taught in our NH schools. A person is not born automatically racist solely based on the color of their skin etc. As I mentioned above my daughter attends Pinkerton Academy and her American Government teacher Mrs. Diane Gioseffi is using her classroom (which is a required credit to graduate) as a platform to indoctrinate all her students during 90 minute classes. In this class my daughter has had lessons on Implicit Bias, White Privilege and been forced to watch The Peanut Butter, Jelly & Racism video and much more. This has no place in American Government class or any other class for that matter. Critical Race Theory is divisive, harmful to the childrens self esteem, mental and emotional well-being, causes racism and teaches children to hate themselves and their Parents. It is so sad to see what this is doing to our children and the future generation, it is a very powerless feeling as a parent. New Hampshire parents need your help in order for our children to have a brighter future! I implore you to please pass this bill and protect the children of New Hampshire's mental health and well-being. You have more support than you know!! Thank you for your time!

Sincerely,
Kristen M.

Sent from my Galaxy

**Archived:** Friday, April 16, 2021 12:52:14 PM
**From:** Lauren Smith
**Sent:** Wednesday, March 3, 2021 5:32:12 PM
**To:** ~House Executive Departments and Administration
**Subject:** I Support HB544
**Importance:** Normal

---

Good morning,

I am reaching out in support of HB544.

I understand many people will be contacting you to oppose this bill by stating it's the equivalent to banning diversity training. This is not the case and I am not opposed to diversity training. This bill targets race and gender scapegoating, which shouldn't be included in diversity training if your aim is a more inclusive and understanding society/workplace.

Critical race theory based training (or anti-racists training) segregates groups based on race (white and non-white). The white group is told they are the oppressor and made to confess to their sin of racism. I realize it sounds outlandish, but individuals in workplaces and colleges have been secretly recording these conversations for at least the last few years. When listening to these conversations there are eerie similarities to the struggle sessions during the cultural revolution in China. During these struggle sessions, a white individual that resists being told they are an oppressor or racists provides additional proof of their guilt. There is no way out for the individual. On the flip side, non-white individuals are grouped together and told they are oppressed by the white population. If a non-white individual resists, by reporting no sense of oppresson, this proves they are complicit in systemic racism. Non-white individuals that resist can be ridiculed and labeled race traitors. Essentially this process is striping away individuality and placing everyone into collectives based on immutable characteristics.

Unfortunately it appears our country is forgetting MLK Jr.'s I have a dream speech. Individuals should be judged on the content of their character, not the color of their skin. I'm honestly worried this continued shift is going to increase actual racism in the country and teach a whole new generation of Americans to judge fellow citizens on their skin color (it's already being pushed on children as young as kindergarten). We must stand up for our liberal values and push back on this illiberal ideology.

Thank you for your time.
Lauren

**Archived:** Friday, April 16, 2021 12:52:15 PM
**From:** Scott Slone
**Sent:** Wednesday, March 3, 2021 3:47:38 PM
**To:** ~House Executive Departments and Administration
**Subject:** Live Free or Die, Vote Yes on HB544
**Importance:** Normal

Greetings to the House Executive Department,

My name is Scott, I'm a recent New Hampshirite, having moved to the state for work and opportunity in 2017. In the four years I've been here, I've grown in love with the state. It reminds me of my homeland in Alaska, both in culture and nature. I want to live here for years to come, I would like to make a life here, I would like to grow old here.

That being said, the infectious disease known as Critical Race Theory threatens to tear down all we hold dear. It ruins lives, solidarity with our friends, teaches us we are all evil and racist, with the end result being time and time again that all good folk give up all desire to be good, since what is the point? CRT destroys businesses, governments, societies, and the hate that is its source has no intention of peace or justice. It only wants more hate, whether that's through sayings like "Systemic Racism" and "Be Less White." These phrases drip with hatred for our fellow Man, when they should be the ones we love most.

I do know know if anyone in NH's legislative system will read this, but I hope you will. Vote Yes on ending the hatred. Vote Yes on HB544.

-Scott Slone

**Archived:** Friday, April 16, 2021 1:03:44 PM
**From:** Michael Maloney
**Sent:** Tuesday, March 2, 2021 11:09:35 PM
**To:** ~House Executive Departments and Administration
**Subject:** Voicing my support for HB544 [Relative to the propagation of divisive concepts]
**Importance:** Normal

I am writing in to voice my complete support for HB544 to ban the dissemination of divisive concepts in New Hampshire schools.

The Constitution of the United States under the First Amendment mandates the separation of church and state. While a common, myopic interpretation of this is that the state (and state schools) should be separate from any particular denomination of Christianity, the spirit of this Right should be understood in much broader terms, extending even to areas that would be widely considered secular.

Indeed, the rightful interpretation of the separation of church and state is that no man shall ever be compelled to believe any set of doctrines or principles by the state or any public institution. This should be understood to mean not only religion, classically understood, but also secular worldviews

But what we are experiencing right now, with this spreading of Critical Theory (CRT) (including related notions, such as Critical Race Theory, Intersectionality, or watered-down variations which often surround themselves with terms such as "Equity" and "Inclusion"), is several schools and other institutions mandating the belief in a particular secular worldview -- that of Critical Social Justice. Refusal of these ideas often put the student or employee at risk of their grades, their careers, and their future prospects. There is a serious threat of humiliation and ostracization for those who refuse to conform to these beliefs.

We would think it completely *absurd* in modern day America that a public school would ever tolerate a teacher who inquired into their students' belief in God. The belief in God is legitimate, but public schools are the wrong place in society for such inquiry. And moreover, it would be a scandal if any teacher were to do so *publicly* of a student, in front of the entire rest of the class. Such reckless abuse of teacher-parent trust would quickly land the school district in a barrage of costly lawsuits and would further erode trust in a public school system of whose public opinion has been in decline since the 1990s.

And even if the State of New Hampshire does not officially recognize this emerging "Wokeism" as a kind of pseudo-religion, as I and many other American taxpayers do, the above would hold just as firmly for secular beliefs. If a teacher were to publically interrogate their students on the "Failings of Capitalism" or the "Untrustworthiness of the Police" or of "the Importance of Free Love in Society", the religious connotations would not be there, but the sharp sense of a moral overstep on the part of the school system would remain. And this feeling becomes even more acute the younger the students are. Race and gender are important subjects. But the moral disgust felt by parents who feel revulsion at them being taught to (say) third graders is a force that the school systems, and ultimately, the state itself, will have to bear the cost of.

At the public hearing for HB544, there were dozens and dozens of arguments that were presented in support of the bill. It has precedent from the former presidential administration, as HB544 was closely modeled on the relevant executive order to ban "racial scapegoating" in the federal government. This executive order was received with wide support. James Lindsay gave a very

powerful, objective, and well-informed analysis of the underlying philosophy of Critical Theory. He brought up that these ideas have been implemented in several institutions already across the country, and in every case, they lead to decoherence of the social fabric. And, as James explains, this was what the Critical worldview was *designed* to do. Very similar ideas promoting "racial consciousness" have been tried abroad in other countries, including South Africa, with disastrous consequences. The result is more racial tension between students and faculty -- the exact opposite of the outcome Critical Race Theory purports to champion. As was in the very moving testimony by the older Chinese woman "Lily", despite the warm, fuzzy language used by the proponents of Critical Race Theory, the actual policies are disturbingly similar to those that were used in China during the 1960s during the Cultural Revolution under Mao.

Why would we tolerate such practices in our children's curricula?

Of the many testimonies *against* HB544, there were two types of arguments presented.

The first type of argument, presented by the vast majority of speakers, simply promoted Critical Racist Theory and "Anti-Racist" training as being social goods. These were moral arguments, offered by people who, in all likelihood, already subscribe to the Critical worldview. They claimed that HB544 would impede efforts to address racism in society. At a few points during the hearing, there were attempts to insinuate that certain people offering their testimony were, themselves, racist. The most notable example of this, again, was James Lindsay at the end of his testimony, where Rep. Kris Shultz tries several times to suggest that James is involved with white supremacist groups. James's response to her behavior was perhaps the most important part of the whole day's hearing:

Any opposition to Critical Social Justice will be met with animosity and an attempt to silence the dissenting voice.

This is what makes Critical Race Theory so dangerous. Rather than inviting open a conversation about race, it prescribes its interpretation (the so-called "Anti-Racist" approach) and fiercy attacks anyone who proposes alternative ideas.

But the truth is that for nearly 60 years, the United States has been engaging in an alternate interpretation of how to handle the issue of race in our society. Namely, the liberalist approach advocated by Dr. Martin Luther King, Jr. In what is perhaps the most important speech in the history of modern America, Dr. King articulated his belief so concisely that every American over 30 knows it: Judge people not by the color of their skin, but by the content of their character. Despite his hardships while he was alive, Dr. King's message was so powerful and so resonant with our society, that race relations had been objectively improving since the 1960s up until very recently. (And I will leave it to the reader to decide if it is coincidence -- until the last decade where the Critical worldview became prominent).

But sadly, Dr. King's message -- do not judge a person by their race -- is not only an alternative to Critical Race Theory, but it is antithetical to it. Critical Race Theory teaches that race is the *primary* factor on which to judge someone. The idea that all white people have an inherent "White Privilege" and that all black people suffer from "White Oppression" are basic tenets of Critical Race Theory. Although this language is often couched and softened, it is a short exercise in academic history to trace the more administrative dressings of these ideas back to their original sources. And even now, popular accounts of these ideas, such as the various books published in the last few years by Robin DiAngelo and Ibram X Kendi, are very explicit in their language about the problems of society stemming directly from "Whiteness".

It is an absurdity that we must indulge in the ==Marxist-derived notion of "Anti-Racism"== lest our society succumb to racism.  As Americans and as lovers of liberty and equality, we all have a duty to uphold Dr. Martin Luther King, Jr.'s vision of America.

The second point I heard in the hearing for HB544 is also worth addressing here: that HB544 would infringe on the free speech of private companies contracted to create curricula for the New Hampshire school systems.

It's interesting that it is the First Amendment that both protects free speech and also excludes the state from mandated doctrine. That alone is enough to suggest that those presenting the "free speech" argument against HB544 bear just as much the burden of proof as do the proponents of it do.

In defense of the free speech of these companies, I do believe it is their right to design and produce curricula based on Critical Race Theory. This is despite my personal belief that Critical Social Justice is a danger to our society. To the credit of the opponents of HB544, the danger of advocating for state censorship is equally or more dangerous than CRT. And so let me state that I believe it is the right for these companies to sell these materials in the *private* sector, including to the private school system in New Hampshire. If parents want their children to receive an education based on Anti-Racism, they should have every right to do so.

Where I feel there are *limits* to the rights of those in favor of CRT is the teaching of it in *public* schools. This is precisely where we find the conflicting rights: that of the curriculum-writers to sell their product and that of parents and students to be free of indoctrination.

Perhaps to present a thought-experiment for the reader: In any school teaching Critical Race Theory as part of its curriculum, is it possible for a student to pass a class with full marks if they publicly denounce their belief in "Anti-Racism"? ==Is it possible to get full marks without ever being compelled to write affirmatively about ideas the student and his or her family may not believe in, such as "Privilege", "Systemic Racism", or "Oppression"?== --- with all of these taken to mean the technical concepts, as they are written about in the peer-reviewed literature on the subject and not taken to mean the obviously extant notions we mean when these words are used in every-day speech. Is it possible for a student to pass such a class with full marks if they opt out of *all* activities where students are required to affirm or declare their Race, Privilege status, or Oppression status?

My belief is that these situations would not be tolerated by the schools. Students who refuse to affirm would be humiliated by their teachers and failed on the grounds that they were not compliant with the coursework.

To a careful observer, the hearing for HB544 was revealing in more ways that you could count. This bill isn't the result of a special interest lobby group. It is the result of a plurality of concerned parents and American citizens who want to make sure the next generation is able to get the education they deserve without being coerced into believing in a false Critical worldview. It is a concern not just to white parents, but to hispanic parents, asian parents, black parents, and others. The concerns raised against the teaching of Critical Race Theory are diverse and many. And the arguments, by and large, are not grounded in race or racism. While on the other side, those opposed to the bill are singularly preoccupied with both. And they would be content to see every other parent's children be preoccupied with them as well.

The public school system in America is a relatively young institution. The sentiment among a rapidly growing sector of the American public is that if schools are not serving the interests of their children, then they will find alternative ways to find their children succeed in life. It may feel

easy to succumb to the enormous pressures exerted by the activist-class pushing Critical Social Justice. But to vote against HB544 is an invitation to a decade of expensive litigation, with accusations of racial discrimination and violations of Title IX in the short-term --- and a collapse of the school system in the long-term, as Critical Social Justice does what it has a reputation for doing to institutions.

The HB544 bill is perhaps one of the most influential pieces of legislation in the country at the moment. Just as with Brown v. Board of Education in 1954, the great state of New Hampshire is being asked to make an enormously important choice which will affect the future of our the rest of America. Segregation was an evil in our country -- an ugly, residual after-effect of slavery. Today, we see a horrifying resurgence of advocates calling *for* the re-segregation of our society. It is unfathomable. And it is pernicious --- for these advocates have made use of purposefully obscuring language to pass these illiberal ideals off as social justice. Indeed, those pushing Critical Social Justice into our schools, use the Orwellian inversion, "de-segregation", to refer to the practice of creating racially separated spaces.

Thank you for taking the time to read this. Support HB544 and ban the teaching of divisive concepts based on the ideas of Critical Race Theory in public schools.

Michael Maloney

**Archived:** Friday, April 16, 2021 1:04:37 PM
**From:** Diane Champa
**Sent:** Tuesday, March 2, 2021 7:04:12 PM
**To:** ~House Executive Departments and Administration
**Subject:** HB544
**Importance:** Normal

---

Dear Committee Members,

I urge you to pass HB544 that would ban educators from teaching systemic racism and sexism in schools. It is the job of parents to teach their children moral values, not teachers or educators. As a teacher, my job is difficult enough teaching academic subjects, and our job just became more difficult with children out of school for an entire year. However, I do teach kindness and respect to my students, and so far, those simple values seem to work for most children.

Thank you for listening to an educator,

Diane Champa

**Archived:** Friday, April 16, 2021 1:05:11 PM
**From:** Annie Jung
**Sent:** Tuesday, March 2, 2021 5:49:38 PM
**To:** ~House Executive Departments and Administration
**Subject:** Support for HB544
**Importance:** Normal

---

Hello committee members,

I'm writing in support of HB544.
I'm not a resident of NH, but I've started to see critical race theory creep up in my home state of NY, which has disturbed me profoundly. And I'm not a white person. I'm Asian. I sincerely hope this does not bleed into NH and that's why I'm writing this email.

Below link shows a recent material that was distributed by a NYC public school to the parents of their students. A prime example of critical race theory in practice.
https://www.syracuse.com/state/2021/02/ny-principal-asks-students-parents-to-reflect-on-their-whiteness.html
It lays out "8 white identities", one of which is "white abolitionists".
I'm not a white person, but this is incredibly racist. If anyone reduced me down to 8 possible identities of "Asian" or if anyone did that to any other race, that person would be justifiably condemned and fired immediately .

I'm not writing this to complain. I'm writing to ask you to help stop this kind of racist rhetoric at our public schools, where kids are so impressionable. This only encourages people to see life through race, which is incredibly divisive and patronizing. Furthermore, I wonder if our schools are in fact racist since they are sending these things out. Is this an admission of guilt? They are proclaiming we are governed by whiteness (I'm assuming they mean their school, too, since they're sending it out). If that's the case, there should be an investigation and the staff, principles, and the school board should be fired for white supremacy/racism.

I spent a good part of my teens and early 20's being afraid that whatever I did was a reflection of my race and always feeling insecure about it. I learned this behavior from my family, not white people. It was my non-Asian friends  who helped me realize none of them were judging my actions through my race, but only as an individual. When I realized this, it was incredibly freeing. Critical race theory and materials like the one distributed by East Side Community High School does exactly the opposite. It only reinforces stereotypes, which helps no-one. Groups of people will grow up thinking their destiny is somehow fixed because of their skin color and that they are "oppressed" and will never achieve the same level of success as whites, which stunts them from the beginning. How will they ever achieve something if they don't aim for it because they are told they will never get there because of "systemic racism"? This is called the soft bigotry of low expectations. On the other hand, another group of people will grow up thinking they are bad racist people just because of the color of their skin and that they should live every aspect of their lives to atone for the sin that is the color of the skin - regardless of their beliefs or actions. This is racist. This is backwards. This isn't why my grandparents and father risked everything to come to this country.
Instead, we should be teaching our kids that while life is unfortunately unfair, hard work, persistence, and kindness will get them closer to their goals and a better community. Bashing a group of people for their supposed privilege is lazy, racist, and anything but kind.
Whether intentional or not, CRT is a way to skew the socio-economic class issue into a racial one to divide our communities, rather than unify to solve problems.

Racism is a problem, yes. I have been at the receiving end of racial slurs thrown at me. However, I realize that those who called me names are mentally ill or at such fringes of society that they practically don't matter in my life or the vast majority of my community members' lives, too. So they don't bother me at all. This is what we should be teaching our kids. Racism exists, but we need to be rational, tough, and persevere through the difficulties in life to make our own lives better through hard work and surrounding ourselves with those who uplift us.

I have told my councilmembers that this kind of rhetoric in the public space where my future children will attend has made me looking to other states to put down roots and pay taxes. I am not alone, and I'm sure I wouldn't be alone in NH. Please pass this bill.

Thank you for your time.

--
Annie Jung
anniejung90@gmail.com
661-714-7625

**Archived:** Friday, April 16, 2021 1:05:38 PM
**From:** Adrian Zavalza
**Sent:** Tuesday, March 2, 2021 5:12:52 PM
**To:** ~House Executive Departments and Administration
**Subject:** Support for HB544
**Importance:** Normal

---

To whom it may concern,

When I was young, I learned about the Civil Rights movement and the words of Dr. Martin Luther King. I remember being taught the concept of not judging a book by its cover. Being shown that no matter who you are or what you look like, working twice as hard as the person next to you leads to success. I grew up in a diverse neighborhood where skin color was never considered to create friendships.

Today, I see all of the amazing progress the people of this country have made is being forgotten. History rewritten. Critical Race Theory requires that a person view every aspect of society through the lens of race. If you're not white, somehow you have been oppressed by whites. If you are white, somehow you are inherently oppressive or a beneficiary of your immutable characteristic.

I'm not a college graduate or a renowned thinker, but it doesn't take a genius to see the irony in promoting a school of thought which peddles racist ideology in order to rid the world of racism. CRT is the antithesis of our nation's values. HB544 must pass before more unsuspecting citizens and even children are indoctrinated into this horrible ideology.

Proponents of CRT claim it is necessary to overcome systemic racism and to help minorities succeed. The reality is that CRT is just another scheme to support the false idea of systemic racism. It is simultaneously a detriment to society and a distraction from real solutions that would entail reforming or removing actual government policies that negatively impact minority communities.

I support HB544.

Thank you,

Adrian Zavalza

**Archived:** Friday, April 16, 2021 12:52:16 PM
**From:** Orlando Campa
**Sent:** Wednesday, March 3, 2021 3:32:52 PM
**To:** ~House Executive Departments and Administration
**Subject:** HB544
**Importance:** Normal

---

Good morning,

I am reaching out to you to bring to your attention why Critical Race Theory should not be supported by your State. As a Mexican-American immigrant who is racially of European descent, I take personal umbrage with this supposed "anti-racist" program telling any race that they are lesser than.

I am not "lesser than" because of my Caucasian blood, nor has "Whiteness" made me more arrogant. This type of reasoning may lead to more racial, social, cultural, and political division in your State, but worse, it may set a precedent to other States or even Federally that this kind of indoctrination is okay.

Please do as much research into Critical Race Theory as you can and realize that this is divisive, not unifying, speech.

Thank you for your time.

Orlando Campa

**Archived:** Wednesday, April 7, 2021 1:18:19 PM
**From:** D Hyde
**Sent:** Wednesday, March 3, 2021 9:38:58 AM
**To:** ~House Executive Departments and Administration
**Subject:** Support for HB544
**Importance:** Normal
**Digitally Signed:** Yes

To whom it may concern

As an employer, we are committed to inclusion and diversity in the workplace. However, we have been very concerned about the popularity of Critical Race Theory based programmes being offer to us. We have banned any course or trainer that uses racist stereotyping, makes racial generalisations or promotes discrimination. We support this legislation to help protect all workplaces from racist training like this.

There has been extensive research into CRT based diversity programmes, including by the  United Kingdom government  and they are proven not to work, to promote racism and racial disunity as well as to increase inefficiencies and damage interpersonal dynamics. The programmes do not foster real anti-racist workplaces. The use of the term 'anti-racism', when used by these programmes does not mean against racism. Indeed it encourages it.

There are wonderful positive diversity and inclusion programmes such as Chloe Valdery's, which we use and is very successful.

In conclusio,n  I urge you not to be swayed by very load activists in this matter. There inteention is not to improve the culture, it is to dismanttle it including your own venerable institution.

Thank you for your attentions.

Yours sincerely,

Danielle Hyde

**Archived:** Friday, April 16, 2021 12:52:18 PM
**From:** austindpowers89@yahoo.com
**Sent:** Wednesday, March 3, 2021 11:57:20 AM
**To:** ~House Executive Departments and Administration
**Subject:** HB544
**Importance:** Normal

---

To whom it may concern, I want to voice my support for HB544. Critical Race Theory is a disgusting and racist ideology that helps divide people along racial lines and antagonize them toward one another. It promotes using shame, intimidation and other bullying tactics in order to berate and belittle people of particular races and justify discriminating against them. Proponents use the guise of "anti-racism" and "social justice" to justify their racist actions and ideology, but while these concepts on their face may sound good, they are just names meant to conceal the racism and injustice they promote.

The critical race theorists believe the only solution for past discrimination is present discrimination. They just want to point the present discrimination in the opposite direction. They say these groups of people were discriminated against and marginalized in the past, and so now its your turn. "It's not enough to be not racist," they say, "you have to be anti-racist..." aka racist against white people. This ideology is directly antithetical to Dr. Martin Luther King Jr's dream where we are not judged by the color of our skin. Critical Race Theory wants people judged by the color of their skin in a racial hierarchy, telling white people to shut up and check their privilege, while promoting "diversity" to favor people of color.

This ideology is dangerous and divisive and has no place being endorsed, promoted or funded by state or federal government dollars. I hope you will support HB544 and help promote and ensure the continued strive toward both Dr. King's and the American dream.

**Archived:** Friday, April 16, 2021 12:52:18 PM
**From:** ellen
**Sent:** Wednesday, March 3, 2021 11:40:59 AM
**To:** ~House Executive Departments and Administration
**Subject:** HB544 - Please Support
**Importance:** Normal

---

Good morning,

I am reaching out in support of HB544. I understand many people will be contacting you to oppose this bill by stating it's the equivalent to banning diversity training. This is not the case and I am not opposed to diversity training. This bill targets race and gender scapegoating, which shouldn't be included in diversity training if your aim is a more inclusive and understanding society/workplace. Critical race theory based training (can also be called anti-racists training) segregates groups based on race (white and non-white). The white group is told they are the oppressor and made to confess to their sin of racism. I realize it sounds outlandish, but individuals in workplaces and colleges have been secretly recording these conversations for at least the last few years. When listening to these conversations there are eerie similarities to the struggle sessions during the cultural revolution in China. During these struggle sessions, a white individual that resists being told they are an oppressor or racists provides additional proof of their guilt. There is no way out for the individual. On the flip side, non-white individuals are grouped together and told they are oppressed by the white population. If a non-white individual resists, by reporting no sense of oppresson, this proves they are complicit in systemic racism. Non-white individuals that resist can be ridiculed and labeled race traitors. Essentially this process is striping away individuality and placing everyone into collectives based on immutable characteristics.

Unfortunately it appears our country is forgetting MLK Jr.'s I have a dream speech. Individuals should be judged on the content of their character, not the color of their skin. I'm honestly worried this continued shift is going to increase actual racism in the country and teach a whole new generation of Americans to judge fellow citizens on their skin color (it's already being pushed on children as young as kindergarten). We must stand up for our liberal values and push back on this illiberal ideology.

Thank you for your time.
Ellen

**Archived:** Friday, April 16, 2021 1:03:57 PM
**From:** Jason Walters
**Sent:** Tuesday, March 2, 2021 9:59:56 PM
**To:** ~House Executive Departments and Administration
**Subject:** HB544 Support
**Importance:** Normal

---

Hello all,

I'm writing to show my support for ending the funding of Critical Race Theory. I wanted to let you know that I'm in favor of ending the funding of this racist training. Don't be fooled by the manipulative word play they like to use. Critical Race Theory is what these racists want to make more people racist. Take a close look at the leaders and what they say. They asspose that they are racist and therefore all people of their race must be racist. They preach Anti-Racism but that is only a cover for being racist against those in the racial majority. These people only see you as a racial monolith. To think differently than your group is to be othered.

If you believe that you should be judged on actions, not words, then look at their actions. The people who are pushing Critical Race Theory have pushed to have minorities removed from common place media. You can see examples of this with the removal of positive black role models from store shelves with brands like Uncle Ben and Aunt Jamima, real people who worked hard and brought delight to many, while White faces are allowed to remain without issue. Dr. Suess books have been removed for depicting images of people in traditional ethnic outfits, further removing non-White European images from our cultural landscape.

This ideology pushes people into thinking of themselves as a racial group, and for those in the majority group to punish themselves and hate themselves for being born in the majority. This just breeds more belief that the majority is superior. They would have you believe that the homeless Majority man on the corner is better off than Former President Obama just because they have different skin color.

Don't be fooled by this racist ideology. Please lead the way on removing this cancerous ideology from our society.

Take care and have a nice day.
-Jason Walters
CA Resident hoping for NH to lead the way to MLK's dream.

**Archived:** Friday, April 16, 2021 1:04:43 PM
**From:** Joshua Sanders
**Sent:** Tuesday, March 2, 2021 6:46:33 PM
**To:** ~House Executive Departments and Administration
**Subject:** HB544
**Importance:** Normal

Dear Honorable New Hampshire Representative,

I support the passing of HB544 to restrict the usage of public funds teaching of Critical Race Theory (CRT). CRT or otherwise known as Anti-Racism is an Ideologically driven mindset that advocates its adheres to make moral judgements about people based upon their race. Which is the general understanding of the term Racism.

Our nation fought a war to combat institutionalized racism please do your part to prevent our nation from reversing course.

Sincerely,
Joshua Sanders

**Archived:** Friday, April 16, 2021 1:04:48 PM
**From:** Matt Malkan
**Sent:** Tuesday, March 2, 2021 6:32:16 PM
**To:** ~House Executive Departments and Administration
**Subject:** please vote FOR HB544
**Importance:** Normal

---

Having spent many good times in New Hampshire with the good people there,
I urge you to pass HB544. I stress that this is NOT a partisan issue.
Hardly anybody in either party wants schools or businesses to embrace
ideological indoctrination, whatever name it is called ("Critical Race Theory",
'Anti-Racism' or many other deliberately misleading euphemisms).
This indoctrination is  harmful because it is
founded on the factually incorrect assumption that your skin color
is the most important thing about you, determining your views,
attitudes, values and behavior. It falsely assumes that any differences
can only be explained by unconscious 'racism', and that heavy-handed
government intervention is then required to take away things some people
earned, and give them to others, SOLELY BASED ON THEIR SKIN COLOR.
this is utterly against everything our country stands for, from Dr. King
back to Lincoln.
Please support the passage of HB544.

Thank you for your consideration,
Sincerely
Matt Malkan
Distinguished Prof of Physics, UCLA

**Archived:** Friday, April 16, 2021 1:05:13 PM
**From:** Bob Danielson
**Sent:** Tuesday, March 2, 2021 5:47:48 PM
**To:** ~House Executive Departments and Administration
**Subject:** Please support HB544 and banish the divisive and racist critical race theory movement.
**Importance:** Normal

---

To whom it may concern,

Please support NH HB544 to ban critical race theory training.

Common sense should tell you that critical race theory and it's bedfellow; Anti-Racist and White Fragility training is a horrible political movement/development and will set back race relations and the continued advancement of black people in America.  The teaching from these initiatives is in itself RACIST and frankly bizarre.

You may not know this, but the foundation of critical race theory et al is an offspring of and backdoor to advancing Socialism. I kid you not. But even setting that aside, you do not minimize racism by pushing forward with racist training based in identity politics.

Please Please Please I beg of you... use your heads and do not buckle to the "woke" activists who have become a fixture in many once excellent media organizations (including PBS to my despair for Gods sake).

Thank you for helping put a stop to this madness.

Sincerely,
Robert Danielson

**Archived:** Friday, April 16, 2021 1:05:55 PM
**From:** James Lindsay
**Sent:** Tuesday, March 2, 2021 4:46:41 PM
**To:** ~House Executive Departments and Administration
**Subject:** Support for HB544
**Importance:** Normal

---

To whom it may concern,

I am writing as an expert and concerned American, though not a New Hampshire citizen, in unequivocal support of HB544 which bans the teaching of certain divisive tenets as though they are fact. I also testified in the committee hearing as an expert on Critical Race Theory, against which this bill is ultimately based, on February 18 of this year. Please give this important, necessary bill your full-throated endorsement and a positive recommendation.

I don't know that this is the time for lengthy written testimony, so I'll try to keep my remarks brief. The bill being proposed, it should immediately be noted, bans not only the divisive tenets that stem from the Critical Race Theory worldview and its related activism, which is very aggressive and very interested in achieving dominance in our schools, workplaces, and lives, but it also bans trainings and uncritical teaching of what would be the more commonly understood forms of unacceptable bias, behavior, and ideology, including both white supremacy and patriarchy. It prohibits recipients of state funding from the same things the Civil Rights Acts and the Fourteenth Amendment are already supposed to protect against, although these are failing. Namely, the bill would prohibit teaching as uncontested fact or mandating training in racial and sex stereotyping, scapegoating, and discrimination, as well as positioning the state, institutions, etc., as intrinsically racist in a "systemic" way, which has allowed them thus far to avoid being found in violation of either the Civil Rights Acts or Fourteenth Amendment despite openly and explicitly advocating, in the words of the theorist Ibram X. Kendi, "present discrimination," which is billed as a necessary remedy to past discrimination. While someone might argue that this bill is unnecessary because of the Civil Rights Act, in practice this has not been borne out, making a bill like this more necessary than not. Every American, and every New Hampshire citizen, should not want discrimination, stereotyping, and scapegoating to be a part of their workplace training modules or children's education. This bill helps support that fundamentally equal and fair treatment before the law, which is currently at risk.

It should also be noted that this bill has First Amendment relevance as well, and not in the way its opponents would explain. The essence of the First Amendment is that people have freedom of conscience, particularly with regard to matters of spiritual belief, and freedom of speech, such that the state can neither compel nor restrict speech. Opponents of this bill will say that the bill seeks to restrict speech, but this is not true. It explicitly leaves provision for workplace trainings and education that don't teach these already-illegal tenets as uncontested fact. Moreover, the situation is quite the opposite to that portrayed by the opponents to the bill who oppose it on free-speech grounds. These workplace trainings and educational programs violate for very many people both freedom of conscience and freedom of speech. Their freedom of speech is violated by compelling them to admit to complicity in racism and sexism, among other social violations that are unlikely to be true. It also compels them to adopt a particular approach to anti-racism and anti-sexism that is very narrow and to speak on its behalf. This latter example, then, not only violates freedom of speech but also the freedom of conscience implied by both the free-exercise and establishment clauses of the First Amendment. It is not the state's place to be dictating (or funding the dictators of) how one is to feel about the issue of racism and sexism. Citizens, the overwhelming majority of whom firmly reject racism and sexism, should be granted the freedom of conscience to oppose

those on terms they find recognizable, which in a free, liberal country like the United States will mostly likely be rooted in equality, colorblindness, individualism, and universal humanity, which are solidly American values. They may also do so from Judeo-Christian principles, for example the famous injunction from Paul that in Christianity there is "neither Jew nor Greek, slave nor free," etc. They should not be compelled to do so in the terms most often employed by so-called "anti-racist," "diversity," "racial sensitivity," and "culturally responsive" programs today, which are a specific ideology known as Critical Theory, which explicitly rejects virtually all of these values for others, sometimes termed "liberationist" and at other times rightly labeled "neo-Marxist," including in the words of the activists pushings these programs themselves. While the law may not bear out today that these trainings and pedagogical pursuits violate the First and Fourteenth Amendments, as well as existing Civil Rights legislation, it is likely that they will eventually. It is therefore better to get on the right side of this issue now and take proactive steps to strengthen a legal architecture that is failing citizens in their most fundamental rights.

For the sake of brevity, I will not elaborate at length on the theory underlying the overwhelming bulk of these trainings and relevant school curricula, which is Critical Race Theory, the same (neo-Marxist) Critical Theory mentioned above specifically made to take race as a category of difference upon which Marxian conflict theory (oppressors versus oppressed) is to be applied. I will simply remind the committee that in addition to this theory being one among many approaches to the issue of race and racism, it is one that is rooted specifically in making precisely the same mistake that made racism the problem it has been throughout our history as a nation, which is specifically placing social significance into racial categories and considering that significance determinant and in some ways relevant to one's social standing and access to power. This was a horrific thing to have done in the 16th century going forward, and it's no better to do in the 21st century. It didn't work out then, and it won't work out now, unless one's goal is to effect an American Cultural Revolution in mirror image to the one Mao perpetrated on China in the 1960s-1970s, which (as few people know) used many of the same arguments and ideas about race, applied to the Han Chinese race instead of "whiteness."

Critical Race Theory begins from the assumption, in its own words, that racism is the normal state of affairs of society, changing the question from "did racism take place?" to "how did racism manifest in that situation?" (for racism is assumed to be relevant to every situation), and it calls into question "the very foundations of the liberal order, including equality theory, legal reasoning, Enlightenment rationalism, and the neutral principles of constitutional law." That is, it is presumptive, divisive, and explicitly un-American, if not anti-American. Moreover, it is designed not to be able to be disagreed with, as all disagreement is framed as some variation of racial "fragility" or "privilege-preserving epistemic pushback," which is to say a cynical drive to maintain one's social dominance, not legitimate criticism of the genuinely bad arguments and cynical assumptions put forth by the theory itself. Because it cannot be disagreed with without accusations of bad intentions and motivations, it is divisive and very difficult to uproot once installed. Because it believes "there is no neutral" between "dominance" and "oppression" (Marxian conflict theory), it is again divisive and in fact polarizing. Because its issues are so sensitive and because it addresses them in such an accusatory way (everyone who doesn't agree with it is racist and white supremacist), it diverts incredible volumes of resources to dividing and polarizing every environment it can gain a foothold in. HB544 exists to minimize that destructive influence and colossal waste of (taxpayer-funded) resources. Even worse, not only is there no evidence supporting the application of this theory, there is evidence against its claims that it can generate that which it claims to generate, so it tears apart organizations and poisons minds (including those of children) with its divisive tenets while profiting off a fraudulent enterprise that robs the taxpayers while destroying their communities.

On these grounds, and possibly hundreds of pages more that I could write if needed, I again urge you in the strongest possible way to support and recommend HB544 as a step in the right

direction, away from these divisive teachings and in support of the fundamental inalienable rights this country has always recognized and strived to extend to all citizens, even the allegedly privileged ones. This bill is important for New Hampshire, and it sends a message to America, whose federal government has just unambiguously signaled it wants to take us in the opposite direction by rescinding a similar federal executive order. That opposite direction is back into racial and sex discrimination, stereotyping, and scapegoating, and its into things America has never been and has never been willing to become, namely whatever it is that Critical Theory (i.e., neo-Marxism) aims to make of it.

Thank you.
James Lindsay, Ph.D.

**Archived:** Friday, April 16, 2021 1:06:05 PM
**From:** Kyle Sherman
**Sent:** Tuesday, March 2, 2021 4:23:52 PM
**To:** ~House Executive Departments and Administration
**Subject:** Support for HB544
**Importance:** Normal

Hello,

I'm writing this email to express profound support for HB544, a desperately needed piece of legislation to combat the rise of dogma and pedagogy in our public institutions. There is no room for divisive and inherently discriminatory critical race theory or anti-racism doctrine within institutions formed to serve the interests of the American people, specifically the people of New Hampshire. We cannot afford to subvert the interests of citizens and students by allowing the this particularly pernicious dogma to infiltrate governance, one that is tantamount to a religion that preaches identarian discrimination, teaches minorities they are hated by the world, and tells youth of a certain skin color that they're inherently evil and born racists. We the people demand these divisive concepts to be outlawed as outlined in HB544.

Yours Truly,
Concerned Citizen

**Archived:** Friday, April 16, 2021 1:06:34 PM
**From:** Mike Breen
**Sent:** Saturday, February 20, 2021 7:41:39 PM
**To:** ~House Executive Departments and Administration
**Subject:** HB 544
**Importance:** Normal

I am contacting you regarding the potential for "Critical Race Theory" being taught in our schools. I have been a professional curriculum developer for the International Association of Chiefs of Police, the Department of State, and the Department of Justice. I have encountered these types of "theories" in the past and rejected their inclusion in curriculum I designed.

Why? "Theories" of this ilk pose as social science theories, presumably grounded in credible replicated research. However, they are not. They are scientifically illiterate radical false narratives sponsored by special interest groups promoting destructive agendas.

Please understand that at its core, "Critical Race Theory" (CRT) is not a Civil Rights Oriented belief system. Rather it asserts that White citizens are unavoidably and inherently racist and that the United States is a racist country. CRT is joined at the hip with a growing Afrocentric racial superiority belief system. Much of the racial scientific and historic illiteracy originates from an assertion that Black citizens are naturally superior to non-Black citizens "spiritually, physically, and intellectually" due to the greater level of melanin in their bodies.  Ironically, all this doublespeak gibberish is coined "anti-racism" by radicals sponsoring federally mandated instructions of this ilk to our children.  It in fact seeks to explain why all White citizens are inherently and unavoidably racist.

Just how mainstream are these racist beliefs? Despite the fact that claims of natural racial superiority are anathema to our civil rights movement, and the spirit and letter of our civil rights laws, Kristen Clark, [a current nominee for the office of the Assistant Attorney General for the Civil Rights Division of the Department of Justice] has publicly proliferated this widely discredited pseudoscience for decades.

Societies have been at these crossroads in the past. The world has not seen this level of race and ethnic hatred and suppression of genuine science since the rise of the Nazi Regime. Recall their teachings were based upon similar eugenic "science" of the day. The United States itself has not experienced this level of proliferated race pseudoscience since the rise of the Ku Klux Klan and has NEVER experienced mandatory racist teachings in local schools. Because history has clearly revealed the consequence of promulgating the hatred at the core of racial inferior "Theories" it will judge those making this mistake again harshly. To expose our children and their teachers to programs and tutelage which asserts that one race is inherently racist--thus inferior, and another is naturally superior is not simply scientifically illiterate. It is immoral on its face. Please protect our teachers and students from this societal cancer coined "Critical Race Theory" and the racist pseudoscience promoting beliefs of this ilk by making HB 544 the law in New Hampshire.

Michael D. Breen, MPA, Ph.D. 42 Marvin Road Moultonborough, NH 03254 Telephone: 603 253 9114

**Archived:** Friday, April 16, 2021 1:07:07 PM
**From:** Rachel Valk
**Sent:** Wednesday, February 17, 2021 12:08:21 PM
**To:** ~House Executive Departments and Administration
**Subject:** HB544
**Importance:** Normal

---

Good Morning,
I am writing in support of Bill HB544. I am just a private citizen who has never been involved in politics but I am very concerned. I clearly see that our American rights and values are being stolen from us and it feels like no one is doing anything about it. These policies are all being promoted under the guise of love, anti-sexism and anti-racism and it's so evident to me when digging deeper that that is not true. Critical Race Theory is divisive and we as a state should not be promoting or mandating that. I for one believe that these social issues are things that should be taught at home not in a school. People are free to believe what they want. This is America. People are free to think and to research for themselves. This is America.


Thank you,
Rachel Valk

# EXHIBIT 81

## HB2/Budget Trailer
## Materials

# HB2-FN-A-L

| Body | Description |
|------|-------------|
| H | Introduced (in recess of) 02/25/2021 and referred to Finance HJ 4 P. 48 |
| H | Division III Work Session: 03/09/2021 12:00 pm Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/93701004543 |
| H | Division III Work Session: 03/16/2021 10:30 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/93701004543 |
| H | Public Hearing: 03/16/2021 01:00 pm Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/92166004660 |
| H | Division III Work Session: 03/12/2021 12:00 pm Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/93701004543 |
| H | Division II Work Session: 03/16/2021 10:30 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/96814127480 |
| H | Division I Work Session: 03/16/2021 09:00 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/94444579237 |
| H | Division III Work Session: 03/19/2021 09:30 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/93701004543 |
| H | Division III Work Session: 03/18/2021 09:30 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/93701004543 |
| H | Division II Work Session: 03/17/2021 10:00 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/96814127480 |
| H | Division II Work Session: 03/18/2021 10:00 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/96814127480 |
| H | Division III Work Session: 03/15/2021 10:00 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/93701004543 |
| H | Division I Work Session: 03/23/2021 10:30 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/94444579237 |
| H | Division III Work Session: 03/22/2021 10:00 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/93701004543 |
| H | ==CANCELLED== Division III Work Session: 03/25/2021 09:30 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/93701004543 |
| H | ==CANCELLED== Division III Work Session: 03/26/2021 09:30 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/93701004543 |
| H | Division II Work Session: 03/22/2021 10:00 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/96814127480 |
| H | Division II Work Session: 03/23/2021 10:00 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/96814127480 |
| H | Division II Work Session: 03/24/2021 10:00 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/96814127480 |
| H | Division II Work Session: 03/25/2021 10:00 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/96814127480 |
| H | ==CANCELLED== Division II Work Session: 03/26/2021 10:00 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/96814127480 |
| H | Executive Session: 03/29/2021 10:00 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/92166004660 |
| H | |

••CANCELLED•• Executive Session: 03/30/2021 09:00 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/92166004660

| | |
|---|---|
| H | ••TIME CHANGE•• Executive Session: 03/31/2021 10:00 am Members of the public may attend using the following link: To join the webinar: https://www.zoom.us/j/92166004660 |
| H | Majority Committee Report: Ought to Pass with Amendment # 2021-1059h (Vote 12-9; RC) **HC 18** P. 30 |
| H | Minority Committee Report: Inexpedient to Legislate |
| H | FLAM # 2021-1064h (Reps. Walz, Hatch): AF RC 175-203 04/07/2021 **HJ 5** P. 89 |
| H | FLAM # 2021-1065h (): AF RC 175-206 04/07/2021 **HJ 5** P. 92 |
| H | FLAM # 2021-1068h (Reps. Rogers, Nordgren, Wallner): AF RC 181-199 04/07/2021 **HJ 5** P. 94 |
| H | FLAM # 2021-1071h (Rep. McWilliams): AF RC 177-206 04/07/2021 **HJ 5** P. 96 |
| H | FLAM # 2021-1073h (Rep. Heath): AF RC 174-206 04/07/2021 **HJ 5** P. 99 |
| H | FLAM # 2021-1062h (Reps. Heath, K. Murray): AF RC 178-203 04/07/2021 **HJ 5** P. 101 |
| H | FLAM # 2021-1093h (Reps. Leishman, Buco): AF RC 186-197 04/07/2021 **HJ 5** P. 104 |
| H | FLAM # 2021-1094h (Reps. Hatch, Leishman, Buco, Walz): AF RC 176-208 04/07/2021 **HJ 5** P. 106 |
| H | FLAM # 2021-1063h (Rep. Hatch): AF RC 186-193 04/07/2021 **HJ 5** P. 109 |
| H | FLAM # 2021-1069h (Reps. Nordgren, Rogers, Wallner): AF RC 180-201 04/07/2021 **HJ 5** P. 115 |
| H | FLAM # 2021-1066h (Reps. Rogers, Nordgren, Wallner): AF RC 184-194 04/07/2021 **HJ 5** P. 117 |
| H | FLAM # 2021-1104h (Rep. Almy): AF RC 161-218 04/07/2021 **HJ 5** P. 120 |
| H | Ought to Pass with Amendment 2021-1059h: MA RC 200-181 04/07/2021 **HJ 5** P. 123 |
| H | Reconsider (Rep. Osborne): MF RC 175-204 04/07/2021 **HJ 5** P. 125 |
| S | Introduced 04/01/2021 and Referred to Finance; **SJ 11** |
| H | Amendment # 2021-1059h: AA RC 204-178 04/07/2021 **HJ 5** P. 87 |
| S | Remote Hearing: 05/04/2021, 01:00 pm; Links to join the hearing can be found in the Senate Calendar; **SC 21** |
| S | Remote Hearing: 05/04/2021, 06:00 pm; Links to join the hearing can be found in the Senate Calendar; **SC 21** |
| S | Committee Report: Ought to Pass with Amendment # 2021-1799s, 06/03/2021; **SC 26** |
| S | Sen. Soucy Moved to divide the Question on Committee Amendment 2021-1799s: on Sections 74-75: Sections 427-429, Sections 397-404; and Section 412; 06/03/2021; **SJ 18** |
| S | The Chair ruled the Question Divisible; 06/03/2021; **SJ 18** |
| S | Sen. Bradley Moved to divide the Question on Committee Amendment 2021-1799s Sections 89-102 and then the Remainder; 06/03/2021; **SJ 18** |
| S | Committee Amendment # 2021-1799s, on Sections 89-102, RC 13Y-10N, AA; 06/03/2021; **SJ 18** |
| S | Committee Amendment # 2021-1799s, Remainder of the Committee Amendment, RC 14Y-10N, AA; 06/03/2021; **SJ 18** |
| S | Sen. Bradley Floor Amendment # 2021-1816s, RC 24Y-0N, AA; 06/03/2021; **SJ 18** |
| S | Sen. Whitley Floor Amendment # 2021-1862s, RC 10Y-14N, AF; 06/03/2021; **SJ 18** |
| S | Sen. Kahn Floor Amendment # 2021-1855s, RC 10Y-14N, AF; 06/03/2021; **SJ 18** |
| S | Sen. Rosenwald Floor Amendment # 2021-1850s, RC 10Y-14N, AF; 06/03/2021; **SJ 18** |
| S | Sen. Kahn Floor Amendment # 2021-1863s, RC 10Y-14N, AF; 06/03/2021; **SJ 18** |
| S | Sen. Bradley Moved to divide the Question on Floor Amendment 2021-1861s on Sections 89-102 of the Amending Language and then the Remainder of the Amendment; 06/03/2021; **SJ 18** |
| S | The Chair ruled the Question Divisible; 06/03/2021; **SJ 18** |
| S | Floor Amendment #2021-1861s, Sections 89-102 of the Amending Language, RC 10Y-13N, AF; 06/03/2021; **SJ 18** |
| S | Floor Amendment 2021-1861s; on the Remainder of the Amendment RC 10Y-14N, AF; 06/03/2021; **SJ 18** |
| S | Sen. Rosenwald Floor Amendment # 2021-1858s, RC 9Y-14N, AF; 06/03/2021; **SJ 18** |

| | |
|---|---|
| S | Sen. Perkins Kwoka Floor Amendment # 2021-1859s, AA, VV; 06/03/2021; **SJ 18** |
| S | Sen. Rosenwald Floor Amendment # 2021-1847s, RC 9Y-14N, AF; 06/03/2021; **SJ 18** |
| S | Sen. Birdsell Floor Amendment # 2021-1842s, RC 14Y-9N, AA; 06/03/2021; **SJ 18** |
| S | Sen. Soucy Floor Amendment # 2021-1874s, RC 9Y-14N, AF; 06/03/2021; **SJ 18** |
| S | Sen. Kahn Floor Amendment # 2021-1876s, RC 9Y-14N, AF; 06/03/2021; **SJ 18** |
| S | The Chair ruled the Question Divisible; 06/03/2021; **SJ 18** |
| S | Sen. Whitley Floor Amendment # 2021-1883s, RC 9Y-14N, AF; 06/03/2021; **SJ 18** |
| S | Sen. Sherman Floor Amendment # 2021-1878s, RC 9Y-14N, AF; 06/03/2021; **SJ 18** |
| S | Sen. Rosenwald Floor Amendment # 2021-1875s, RC 9Y-14N, AF; 06/03/2021; **SJ 18** |
| S | Sen. Kahn Floor Amendment # 2021-1852s, RC 9Y-14N, AF; 06/03/2021; **SJ 18** |
| S | Sen. Whitley Floor Amendment # 2021-1867s, RC 9Y-14N, AF; 06/03/2021; **SJ 18** |
| S | Sen. Soucy Floor Amendment # 2021-1815s, RC 9Y-14N, AF; 06/03/2021; **SJ 18** |
| S | Sen. Rosenwald Floor Amendment # 2021-1882s, RC 9Y-14N, AF; 06/03/2021; **SJ 18** |
| S | Sen. Daniels Floor Amendment # 2021-1821s, AA, VV; 06/03/2021; **SJ 18** |
| S | Sen. Carson Floor Amendment # 2021-1827s, AA, VV; 06/03/2021; **SJ 18** |
| S | Sen. Giuda Floor Amendment # 2021-1838s, RC 8Y-15N, AF; 06/03/2021; **SJ 18** |
| S | Sen. Hennessey Floor Amendment # 2021-1866s, AA, VV; 06/03/2021; **SJ 18** |
| S | Sen. Bradley Moved to divide the Question on Ought To Pass with Amendment on Sections 89-102 and then the Remainder of the Bill; 06/03/2021; **SJ 18** |
| S | The Chair ruled the Question Divisible; 06/03/2021; **SJ 18** |
| S | Sen. Bradley Floor Amendment # 2021-1884s, AA, VV; 06/03/2021; **SJ 18** |
| S | Ought to Pass with Amendment on Sections 89-102, RC 13Y-9N, MA, 06/03/2021; **SJ 18** |
| S | Ought to Pass with Amendment on the Remainder of the Bill, RC 14Y-9N, MA, OT3rdg; 06/03/2021; **SJ 18** |
| S | Committee Amendment # 2021-1799s, on Sections 74-75 Sections 427-429 Sections 397-404 and Section 412, RC 24Y-0N, AA; 06/03/2021; **SJ 18** |
| S | Sen. D'Allesandro Floor Amendment # 2021-1861s; 06/03/2021; **SJ 18** |
| S | Without Objection, the Clerk is authorized to make technical and administrative corrections which are necessary to reflect the intent of the Senate, Relative to Bills and Amendments Passed Today, MA; 06/03/2021; **SJ 18** |
| H | House Non-Concurs with Senate Amendment 2021-1799s and 2021-1816s and 2021-1859s and 2021-1842s and 2021-1821s and 2021-1827s and 2021-1866s and 2021-1884s and Requests CofC (Reps. L. Ober, Weyler, Umberger, Turcotte, Packard): MA VV 06/04/2021 **HJ 9** P. 53 |
| H | Speaker Appoints Alternates: Reps. Edwards, Leishman, Wallner, Major, Emerick 06/04/2021 **HJ 9** P. 53 |
| S | Sen. Daniels Accedes to House Request for Committee of Conference, MA, VV; (In recess 06/03/2021); **SJ 19** |
| S | President Appoints: Senators Morse, Bradley, Rosenwald; (In Recess 06/03/2021); **SJ 19** |
| H | ==RECESSED== Conference Committee Meeting: 06/14/2021 11:00 am LOB 210-211 |
| H | Conferee Change: Rep. Erf added as Alternate 06/10/2021 **HJ 10** P. 22 |
| H | ==RECESSED== Conference Committee Meeting: 06/15/2021 01:00 pm LOB 210-211 |
| H | ==RECESSED== Conference Committee Meeting: 06/16/2021 01:00 pm LOB 210-211 |
| H | ==CONTINUED== Conference Committee Meeting: 06/17/2021 10:00 am LOB 210-211 |
| S | Conferee Change; Senator Daniels Replaces Senator Rosenwald; **SJ 20** |
| H | Conferee Change: Rep. Edwards Replaces Rep. Turcotte 06/10/2021 **HJ 10** P. 23 |
| H | Conferee Change: Rep. Emerick Replaces Rep. Packard 06/10/2021 **HJ 10** P. 23 |
| S | Conference Committee Report Filed, # 2021-2040c; 06/24/2021 |
| S | Conference Committee Report # 2021-2040c; RC 14Y-10N, Adopted; 06/24/2021; **SJ 20** |
| H | Reconsider (Rep. Osborne): MF DV 172-203 06/24/2021 |
| H | Conference Committee Report 2021-2040c: Adopted, RC 198-181 06/24/2021 |

| S | Enrolled Bill Amendment # 2021-2048e Adopted, VV, (In recess of 06/24/2021); **SJ 20** |
| H | Enrolled Bill Amendment # 2021-2048e: AA VV (in recess of) 06/24/2021 |
| H | Enrolled (in recess of) 06/24/2021 |
| S | Enrolled Adopted, VV, (In recess 06/24/2021); **SJ 20** |
| H | Signed by Governor Sununu 06/25/2021; Chapter 91: Unless otherwise specified the remainder of this act shall take effect: 07/01/2021 |

**House**

House Finance
March 31, 2021
2021-1059h
05/06

Amendment to HB 2-FN-A-LOCAL

1    Amend the bill by replacing all after the enacting clause with the following:



Amendment to HB 2-FN-A-LOCAL
- Page 155 -

1 █████████████████████████████████████████████████████████

2 ████████████████████████████████████  ███████████████████

3 █████████████████████████████████████████████████████████

4 █████████████████████████████████████████████████████████

5 █████████████████████████████████████████████████████████

6 █████████████████████████████████████████████████████████

7 █████████████████████████████████████████████████████████

8 ████████████████████

9 ████████████████████████████████████████████████

10 ████████████████████████████████████████████████

11    330  New Chapter; Propagation of Divisive Concepts Prohibited.  Amend RSA by inserting after

12 chapter 10-B the following new chapter:

13 <div align="center">CHAPTER 10-C</div>

14 <div align="center">PROPAGATION OF DIVISIVE CONCEPTS PROHIBITED</div>

15 10-C:1  Definitions.  In this chapter:

16    I.  "Contractor" means any and all persons, individuals, corporations, or businesses of any

17 kind that in any manner have entered into a contract, or perform a subcontract pursuant to a

18 contract, with the state of New Hampshire.

19    II.  "Divisive concept" means the concept that:

20    (a)  One race or sex is inherently superior to another race or sex;

21    (b)  The state of New Hampshire or the United States is fundamentally racist or sexist;

22    (c)  An individual, by virtue of his or her race or sex, is inherently racist, sexist, or

23 oppressive, whether consciously or unconsciously;

24    (d)  An individual should be discriminated against or receive adverse treatment solely or

25 partly because of his or her race or sex;

26    (e)  Members of one race or sex cannot and should not attempt to treat others without

27 respect to race or sex;

28    (f)  An individual's moral character is necessarily determined by his or her race or sex;

29    (g)  An individual, by virtue of his or her race or sex, bears responsibility for actions

30 committed in the past by other members of the same race or sex;

31    (h)  Any individual should feel discomfort, guilt, anguish, or any other form of

32 psychological distress on account of his or her race or sex; or

33    (i)  Meritocracy or traits such as a hard work ethic are racist or sexist, or were created by

34 a particular race to oppress another race.

35    (j)  The term "divisive concepts" includes any other form of race or sex stereotyping or

36 any other form of race or sex scapegoating.

**Amendment to HB 2-FN-A-LOCAL**
**- Page 156 -**

1   III.  "Race or sex stereotyping" means ascribing character traits, values, moral and ethical

2   codes, privileges, status, or beliefs to a race or sex, or to an individual because of his or her race or

3   sex.

4   IV.  "Race or sex scapegoating" means assigning fault, blame, or bias to a race or sex, or to

5   members of a race or sex because of their race or sex.  It similarly encompasses any claim that,

6   consciously or unconsciously, and by virtue of his or her race or sex, members of any race are

7   inherently racist or are inherently inclined to oppress others, or that members of a sex are

8   inherently sexist or inclined to oppress others.

9   V.  "The state of New Hampshire" means all agencies and political subdivisions of the state

10   of New Hampshire, including counties, cities, towns, school districts, and the state university

11   system.

12   VI.  "Student" means any and all students of any school district, school, college, or university

13   which receives grants, funds, or assets from the state of New Hampshire.

14   10-C:2  Unlawful Propagation of Divisive Concepts.

15   I.  Requirements for the state of New Hampshire:

16   (a)  The state of New Hampshire shall not teach, instruct, or train any employee,

17   contractor, staff member, student, or any other individual or group, to adopt or believe any of the

18   divisive concepts defined in RSA 10-C:1, II.

19   (b)  No employee, contractor, staff member, or student of the state of New Hampshire

20   shall face any penalty or discrimination on account of his or her refusal to support, believe, endorse,

21   embrace, confess, act upon, or otherwise assent to the divisive concepts defined in RSA 10-C:1, II.

22   II.  Requirements for government contractors:

23   (a)  All state contracts entered into on or after the effective date of this chapter shall

24   include the following provision:

25   "During the performance of this contract, the contractor agrees as follows:

26   The contractor shall not use any workplace training that inculcates in its employees any form of race

27   or sex stereotyping or any form of race or sex scapegoating, including the concepts that:  (a) one race

28   or sex is inherently superior to another race or sex; (b) an individual, by virtue of his or her race or

29   sex, is inherently racist, sexist, or oppressive, whether consciously or unconsciously; (c) an individual

30   should be discriminated against or receive adverse treatment solely or partly because of his or her

31   race or sex; (d) members of one race or sex cannot and should not attempt to treat others without

32   respect to race or sex; (e) an individual's moral character is necessarily determined by his or her race

33   or sex; (f) an individual, by virtue of his or her race or sex, bears responsibility for actions committed

34   in the past by other members of the same race or sex; (g) any individual should feel discomfort, guilt,

35   anguish, or any other form of psychological distress on account of his or her race or sex; or (h)

36   meritocracy or traits such as a hard work ethic are racist or sexist, or were created by a particular

37   race to oppress another race.  The term "race or sex stereotyping" means ascribing character traits,

values, moral and ethical codes, privileges, status, or beliefs to a race or sex, or to an individual because of his or her race or sex, and the term "race or sex scapegoating" means assigning fault, blame, or bias to a race or sex, or to members of a race or sex because of their race or sex."

(b)   The contractor shall send to each labor union or representative of workers with which the contractor has a collective bargaining agreement or other contract or understanding, a notice, to be provided by the agency contracting officer, advising the labor union or workers' representative of the contractor's commitments under this section, and shall post copies of the notice in conspicuous places available to employees and applicants for employment.

(c)   In the event of the contractor's noncompliance with the requirements of this section, or with any rules, regulations, or policies that may be promulgated in accordance with this section, the contract may be canceled, terminated, or suspended in whole or in part and the contractor may be declared ineligible for further government contracts.

(d)   The contractor shall include the provisions of this section in every subcontract or purchase order unless exempted by rules, regulations, or policies of the department of administrative services, so that such provisions shall be binding upon each subcontractor or vendor.  The contractor shall take such action with respect to any subcontract or purchase order as may be directed by the department of administrative services as a means of enforcing such provisions including sanctions for noncompliance.

III.  The department of administrative services, or an agency designated by the department of administrative services, is directed to investigate complaints received alleging that a state contractor is utilizing such training programs in violation of the contractor's obligations under the binding provisions of this section.  The department shall take appropriate enforcement action and provide remedial relief, as appropriate.

IV.  The heads of all agencies shall review their respective grant programs and identify programs for which the agency may, as a condition of receiving such a grant, require the recipient to certify that it will not use state funds or assets to promote any of the divisive concepts defined in RSA 10-C:1, II.

V.  Requirements for agencies.

(a)   The fair and equal treatment of individuals is an inviolable principle that must be maintained in the state workplace.  Agencies should continue all training that will foster a workplace that is respectful of all employees.  Accordingly:

(1)  The head of each agency shall use his or her authority under to ensure that the agency, agency employees while on duty status, and any contractors hired by the agency to provide training, workshops, forums, or similar programming, for purposes of this section, "training," to agency employees do not teach, advocate, act upon, or promote in any training to agency employees any of the divisive concepts listed in RSA 10-C:1; and

Amendment to HB 2-FN-A-LOCAL
- Page 158 -

(2) Agency diversity and inclusion efforts shall, first and foremost, encourage agency employees not to judge each other by their color, race, ethnicity, sex, or any other characteristic protected by federal or state law.

(b) The commissioner of the department of administrative services, pursuant to RSA 541-A, shall develop regulations for the enforcement of the provisions of this statute.

(c) Each agency head shall:

(1) Issue a policy incorporating the requirements of this chapter into agency operations, including by making compliance with the policy a provision in all agency contracts;

(2) Request that the agency thoroughly review and assess not less than annually thereafter, agency compliance with the requirements of the policy in the form of a report submitted to the department of administrative services; and

(3) Assign at least one senior political appointee responsibility for ensuring compliance with the requirements of the policy.

VI. Review of agency training.

(a) All training programs for state agency employees relating to diversity or inclusion shall, before being used, be reviewed by the department of administrative services for compliance with the requirements of RSA 10-C:2, V.

(b) If a contractor provides a training for agency employees relating to diversity or inclusion that teaches, advocates, or promotes the divisive concepts defined in RSA 10-C:1, II, and such action is in violation of the applicable contract, the agency that contracted for such training shall evaluate whether to pursue debarment of that contractor, consistent with applicable law and regulations.

10-C:3 General Provisions.

I. Nothing in this chapter shall prevent agencies or contractors from promoting racial, cultural, or ethnic diversity or inclusiveness, provided such efforts are consistent with the requirements of this chapter.

II. Nothing in this chapter shall be construed to prohibit discussing, as part of a larger course of academic instruction, the divisive concepts listed in RSA 10-C:1, II in an objective manner and without endorsement.

III. If any provision of this chapter, or the application of any provision to any person or circumstance, is held to be invalid, the remainder of this chapter and the application of its provisions to any other persons or circumstances shall not be affected thereby.

331 Effective Date. Section 330 of this act shall take effect January 1, 2022.



# HOUSE RECORD

## First Year of the 167th General Court

## Calendar and Journal of the 2021 Session

### Web Site Address: www.gencourt.state.nh.us

**State of
New Hampshire**

| Vol. 43 | Concord, N.H. | Friday, April 2, 2021 | No. 18 |

**Contains: House Deadlines; House Bills Amended by Senate; Committee Reports;
Meetings and Notices; Revised Fiscal Notes**

# HOUSE  CALENDAR

**MEMBERS OF THE HOUSE:**

The House will meet in session on Wednesday, April 7th at 9:00 a.m., Thursday, April 8th, at 9:00 a.m., and Friday, April 9th at 9:00 a.m. in the NH Sportsplex facility at 68 Technology Dr. in Bedford, NH.

Session day logistics, including arrival times, parking, entry, materials and lunch distribution will be similar to the previous event, and where necessary, updates and modifications have been made. Those details appear in the back of this House Calendar. House members can expect an email with any further details early next week.

I have discussed with the Democratic and Republican Leaders our need to work together to manage our time wisely during the House session days. While there may be disagreement on many issues, we all agree that we can complete our business in a timely manner if we work together with mutual respect and understanding.

The House Finance committee will offer a budget briefing for House members on Monday April 5th at 1:00 p.m. via Zoom webinar. As in prior budget years, members of the public may watch a livestream via YouTube. A link to the YouTube stream is published in a notice in this House Calendar. House members will receive a link to the webinar by email so they may raise their hand and ask questions of the Finance Committee and Legislative Budget Assistant, if desired.

The amendment to House Bill 1 adopted by the majority of the House Finance Committee is one that replaces the entire bill and is over 700 pages long. Rather than print 400 copies of that amendment for next week, the Legislative Budget Assistant's Office has posted a link to that amendment here: http://www.gencourt.state. nh.us/LBA/Budget/Capital_Budget_House/Week%20of%203-29/HB_1_H_Finance_COMBINED_33021.pdf All other amendments to bills will be printed in two addendum calendars.

Additionally, if you are interested in the other documents used throughout the entire House budget process, the LBA has a webpage with those available to you found here:http://www.gencourt.state.nh.us/LBA/Budget/fy2022_2023_budget.aspx

The New Hampshire Automobile Dealers Association will be sponsoring one of our session day's lunches next week at session. Typically the NHADA hosts an annual Crossover reception for all legislators and staff, however in this unusual time, we have not been able to attend the usual social events that may exist for legislators. These receptions go a long way in terms of allowing members across the whole chamber to socialize and get to know their colleagues, and I know I speak for myself when I say this has been missed. We are thankful to the NHADA for sponsoring this lunch.

I am happy to announce that captioning for House sessions is now available. The link to access captions is a separate link from the session streaming link and will be available on the General Court website before the start of each session.

Sherman A. Packard, Speaker of the House

---

## NOTICE

The **Finance** Committee will hold **budget briefings** on **HB 1-A**, making appropriations for the expenses of certain departments of the state for fiscal years ending June 30, 2022 and June 30, 2023, and **HB 2-FN-A-L**, relative to state fees, funds, revenues, and expenditures on April 5th at 1:00 pm. House members will receive secure Zoom links. Members of the public may attend using the following link: https://www.youtube.com/watch?v=MvMW6Lf-ltw.

Rep. Kenneth Weyler, Chairman
Finance Committee

HB 1 provides no funding to the Department of Transportation (DOT) to address the deficit in the Highway Fund and has left DOT with a vacancy level in staffing of 15%. The reduction in the equipment maintenance fund will cause delays in planned road and bridge repairs by about two years.

Four million was cut from the Department of Safety (DOS), resulting in the underfunding of over 50 positions which will likely cause delays in services, especially in the DMV. Constituents using other DOS agencies will find an increase in wait times and a delay in response times across all services due to cuts in almost every line item in the safety portion of HB 1. All of these cuts are compounded by huge lapses back to the general fund in 2021 due to COVID-19. This budget will leave the Department of Safety unable to fully staff its Forensic, CODIS, Toxicology Lab and unable to maintain its vehicle replacement plan.

HB 1 underfunds the Department of Health and Human Services (DHHS) in many areas. This budget fails to fund the gap in federal funding that is vital for family planning providers across the state who provide vital services such as STD testing and cancer screening that do not currently exist in traditionally underserved parts of the state.

The DHHS-Tobacco Prevention and Cessation Unit had requested and was denied in this budget an additional prioritized need of $440,000 to fully implement an adolescent tobacco helpline to address this critical need. Without this additional $440,000, DHHS will be unable to fully implement this program and meet the needs of addicted youth through cessation services. This additional funding is a drop in the bucket compared to the over $214 million New Hampshire generated in tobacco tax revenue in 2020.

The youth rapid rehousing program that addresses teen homelessness is not funded in this budget. The purpose of this program is to support youth 18-24 who are experiencing homelessness by providing two years of rental assistance and supportive services to successfully maintain housing.

This budget directs DHHS to cut $50 million in general funds; $30 million in the first year and $20 million in the second year in any area excluding a few services. At this time there is no way of knowing what services would be reduced since the Finance Committee handed this responsibility to the department. Also, since most general funds at DHHS are matched with federal funds, we stand to lose an additional $50 million in federal matching funds.

In addition to any other required reductions, DHHS is directed to reduce their personnel budget by $22.6 million, which represents 226 full-time positions. This budget also requires that at no time during the biennium shall DHHS exceed 3,000 full-time authorized positions, further restricting the department's ability to provide critical direct services to New Hampshire residents. Here we stand to lose up to an additional $22.6 million in federal matching funds.

This budget fails to fund valuable public health services supported home visiting programs that help strengthen young families in New Hampshire. These services include individualized support, parenting education, and access to resources like primary care, WIC, and early intervention to reduce stress and improve family life. HB 1 dramatically underfunds protective preventive child care services for families who are under stress and involved with DCYF, helping to prevent abuse or neglect.

HB 1 does not fund the widely supported adult dental program that would require DHHS to provide critical adult dental care to residents under the Medicaid managed care program.

The minority finds that it cannot support HB 1 as amended by the Finance Committee due to the extensive underfunding of vital services, programs and positions throughout the state workforce.

**HB 2-FN-A-LOCAL,** relative to state fees, funds, revenues, and expenditures. **MAJORITY: OUGHT TO PASS WITH AMENDMENT. MINORITY: INEXPEDIENT TO LEGISLATE.**

Rep. Kenneth Weyler for the **Majority** of Finance. HB 1 contains all the spread sheets and line items which are appropriated for spending. However, there are tax changes and reorganizations that are part of the appropriating process. These details are delineated in HB 2, sometimes called the trailer bill. This time HB 2 had more reorganization than normal. We from Finance, asked the policy committee chairmen to review the appropriate sections. The Governor proposed combining the university system with the community college system. The timeline seemed too short, so we stretched it out. Previous budgets funded development money for a 25 bed psychiatric hospital, but in HB 2 it became a 60 bed hospital. We had no warning of such a change, so we will remove that for further study. A 60 page reorganization of the Department of Energy was in the bill. After review by the Science, Technology and Energy Committee, that went forward. We need to not only remember that this is one of our most important votes, but that we all need to support it for the good of our citizens.

A Graphic Services Fund created to better manage Administrative Services, and Payment and Procurement Fund established to pay costs of procurement card collections. Several tax reductions, in Business Profits Tax, Business EnterpriseTax, Rooms and Meals, and Interest and Dividends. Reduction in Carry Forward Tax Credit changed. Historical Horse Racing was added to increase revenue. Some sections eliminated as no longer needed. A major reorganization of the Public Utilities Commission and the Department of Energy were reviewed before inclusion in the bill.

Due to increased revenue projections from Ways and Means and the reduction of the Public School Infrastructure program we were able to fund much needed programs in the Department of Transportation. As you saw in HB 1

we had reduced the highway fund by over $5 million. The extra revenue allowed us to put $19 million back into the highway fund to support the Highway Block Grants, betterment, winter maintenance and provide money for fleet equipment. In the Department of Education (DOE) we were able to put $19,836,000 into building aid and require schools to submit a 10 year plan to the state for building requirements. We also provided $8,000,000 to accelerate payments for current liabilities DOE owes on outstanding school bonds. We also reduce the SWEPT (State-Wide Education Property Tax) to be collected from cities and towns by $100,000. This reduction to the local taxpayers will be reimbursed to the cities and towns from the state so all school districts will be made whole. We also funded dual and concurrent enrollment program at $1,500,000 per year and transferred the management from DOE to the Community College System of New Hampshire. We also increased the charter school lease cap to $50,000. Finally, several schools that began kindergarten in FY20/21 did not receive their start up grants so we allocated $1,906,313. The Governor had proposed a plan for the merger of the University System and the Community College System with one Board of Trustees starting in July 2021. We believed this action needed to slow down a little and we are recommending a commission to bring back to the legislature by January 22 their plan for merging the two systems. If approved, it will be effective in July 23. We outlined numerous areas that they should look at as well as providing $1.5 million to hire outside experts to assist them. We also approved, with the help of the Transportation Committee the definition of unmanned aircraft, and Fish and Game helped us sort through Wildlife Damage Control: damage by bears.

The legislature lent the Governor a large share of its powers under the state of emergency laws passed in 2002 with the image of 9/11 fresh in our minds. With this first use of those laws, it's become clear that the legislature made it easy for the Governor to declare an emergency and made it very difficult for the legislature to either be involved in crisis management policies, federal funding decisions, restriction of civil and constitutional rights, or in bringing the state of emergency to an appropriate end. The legislature gave up too much involvement and too much discretion and part of HB 2 addresses sharing power more appropriately to bring an emergency to a conclusion. We removed an authorization to build a 60-bed new forensic mental health hospital because the size grew from 25 to 60 and the funds being authorized appeared to circumvent standard capital budgeting processes. We removed $1.5 million from a well-intended program to help senior citizen centers with barrier materials to mitigate virus spread because over 800 centers were eligible and the program overhead costs would make an evaluation and award program ineffective. Family planning programs were fully funded with a $50,000 set-aside for new program awardees. This is intended to stimulate the full, fair and open competition as a restriction is added to prohibit abortion services from being provided at the same location as state funded family planning counseling. Opponents argue that it is impossible to separate abortion services from the seven existing centers offering family planning counseling due to costs. This argument does not recognize that the other seven centers have not been offering abortion and Pro-Choice advocates have often stated that "no family planning money is going to fund abortions." HB 2 helps that to be a true statement. The Department of Health and Human Services has been reluctant to provide alternatives to housing juveniles in the Sununu Youth Center in committed and detained statuses. The state spends about $1 million a year per person to maintain a census of 10-16. With new restrictions on who can be housed at the Center, that $13 million a year would go to a population expected to be less than half the current size. With a 60% recidivism rate, the current model is obviously broken and we are shutting it down in FY23. **Vote 12-9.** Rep. Mary Jane Wallner for the **Minority** of Finance. The minority of the Finance Committee cannot support HB 2 as presented. Included are over $100 million in revenue cuts resulting from cuts to the Business Enterprise Tax, the Business Profits Tax, The Rooms and Meals Tax, and the Interest and Dividends Tax. The outcomes are dangerous reductions in essential services such as the elimination of water grants already awarded to communities throughout the state, likely causing an increase in local property tax burdens. Revenue sharing in the form of direct support to cities and towns across the state from the previous biennium is not continued. Various policies that have never had a public hearing are included. Specifically, HB 2 includes a very flawed creation of a new Department of Energy that expands government, guts the Public Utilities Commission, and is funded by having our citizens pay more in their electric, gas and water utility bills. It also includes the use of our limited public dollars to reimburse those who gambled their money in the Financial Resources Mortgage (FRM) Ponzi scheme. No state has ever used tax dollars to reimburse people for their own bad investments. HB 2 includes the language of HB 544 that prohibits teaching about "divisive concepts" such as unconscious bias, an ideological policy that should have no place in law, much less in a budget.

HB 2 proposes a merger of the University System of New Hampshire and the Community College System of New Hampshire without any public hearing or input from the major stakeholders, including faculty, students, unions and administration. While the idea may have merit, the timeline proposed is unrealistic and could lead to serious unforeseen and unintended consequences.

Additionally, instead of using $100 million to mitigate losses seen by school districts due to the pandemic, a late amendment was introduced to use that money for a one-time reduction of SWEPT (State-Wide Education Property Tax). This would only result in a very small tax reduction to property owners, while using that money to shore up stressed school budgets would benefit all children in all school districts throughout the state.

This budget unfunds any family planning health care clinic that offers abortion services by requiring that no state funds shall be awarded to any "reproductive health facility" unless the state funded family planning program project is physically and financially separate from a reproductive health facility as defined in RSA 132:37, I. In addition to severely restricting abortion service in the Granite State, language in HB 2 will also make receiving health care services for lower income families extremely difficult. Family planning health care clinics provide the vast majority of STD testing, breast exams and pap tests across the state. This budget puts at risk vital health services and basic care to some of our most vulnerable residents.

This budget only partially funds the implementation of the recommendations of a review conducted by Alvarez & Marsal to increase efficiencies and accountability within DHHS. In particular the report recommends bringing back to New Hampshire, and developing adequate care options, for 38 individual adults with developmental disabilities who are currently receiving services in Florida due to lack of appropriate facilities in New Hampshire. By bringing these individuals home, they would be near their families and existing support networks. This implementation also has the potential for cost savings by providing more appropriate care in-state.

A last minute policy addition to HB 2 dramatically alters the powers of the Governor relating to declaring a state of emergency. Similar policy proposals have been introduced and thoroughly addressed in policy committees. HB 2 is not the appropriate place for additions such as this.

The minority finds that it cannot support HB 2 as amended by the Finance Committee due to the significant underfunding of vital services, programs and positions throughout the state workforce as well as the inclusion of wide reaching and controversial matters that we think should have been worked out with public input in policy committees.

# WEDNESDAY, APRIL 7
# REGULAR CALENDAR - PART TWO
## CHILDREN AND FAMILY LAW

**HB 139,** relative to the submission of evidence in divorce proceedings. **MAJORITY: OUGHT TO PASS. MINORITY: INEXPEDIENT TO LEGISLATE.**

Rep. Josh Yokela for the **Majority** of Children and Family Law. This bill addresses the current problem of evidence submitted on the day of court, which is in violation of current court rules that are not always enforced. The bill allows for the opposing party to request a continuance if evidence was submitted 5 days prior to the hearing, allowing for preparation of a rebuttal. It also allows for a judge to declare evidence as de minimis and to record reasoning for not granting a continuance. **Vote 8-7.**

Rep. Debra Altschiller for the **Minority** of Children and Family Law. This bill is well-intentioned, but will undermine current NH Family Division rules which actually provide for submissions of evidence up to five days before a hearing, as set forth in the bill. The committee heard testimony from both the NH Judicial branch and from NH Legal Assistance that this bill would have the opposite effect than is intended. The testimony reinforced that current rules already provide the mechanisms necessary to exclude evidence that is not submitted in a timely fashion. The bill seeks to undermine the judicial rules process where there is already legislative representation and is potentially harmful to an already stressed court.

**HB 142,** relative to causes for divorce. **MAJORITY: OUGHT TO PASS. MINORITY: INEXPEDIENT TO LEGISLATE.**

Rep. Debra DeSimone for the **Majority** of Children and Family Law. The current NH statute, reflected in section 458:7, is more than 20 years old and does not reflect societal changes such as same gender marriage and serious drug and alcohol addiction problems. This bill simply updates the law to encompass these issues. **Vote 8-7.**

Rep. Gaby Grossman for the **Minority** of Children and Family Law. This bill is attempting to revise fault-based grounds for divorce to include adultery for same-sex marriage and habitual alcohol and drug abuse. The Supreme Court of NH is currently addressing the issue of adultery in same-sex situations and a finding from the courts related to this matter is expected. The bill text lacks specific language related to alcohol and drug abuse Substance Use Disorder (SUD) treatment may not always be consecutive and recovery from SUD can be a fluid situation which, due to vague language in this legislation, may result in more problems for someone actively seeking treatment.

**HB 161,** relative to the calculation of child support. **MAJORITY: OUGHT TO PASS WITH AMENDMENT. MINORITY: INEXPEDIENT TO LEGISLATE.**

Rep. Josh Yokela for the **Majority** of Children and Family Law. The majority believes that the calculation of child support is overdue for an update and this bill adopts the recommendations of the last child support study which is required by law to happen every four years. The amendment clarifies that the court can make adjustments to child support for the best interest of the child. The bill raises the self-support reserve so people are not put into homelessness by child support. It updates to the percentages in the child support calculation and adds a credit for shared parenting which causes most of the deviations from the current formula. This bill will smooth the process in the courts with a more predictable and just outcome. **Vote 8-7.**

Rep. Hatch, Coos 6
March 31, 2021
2021-1063h
12/08


Floor Amendment to HB 2-FN-A-LOCAL


1    Amend the bill by deleting sections 330 and 331 relative to the dissemination of divisive concepts.


2021-1063h

AMENDED ANALYSIS

Delete:

76.  Defines and prohibits the dissemination of certain divisive concepts related to sex and race in state contracts, grants, and training programs.

2344

**HB 2-FN-A-LOCAL - AS AMENDED BY THE HOUSE**

7Apr2021... 1059h

2021 SESSION

21-1082
08/10

HOUSE BILL        *2-FN-A-LOCAL*

AN ACT            relative to state fees, funds, revenues, and expenditures.

SPONSORS:         Rep. Weyler, Rock. 13; Rep. L. Ober, Hills. 37; Rep. Edwards, Rock. 4; Rep. Umberger, Carr. 2

COMMITTEE:        Finance

─────────────────────────────────────────────────────────────────────

AMENDED ANALYSIS

1.  Requires the judicial branch to reimburse the sheriff's offices for costs of court security and prisoner custody and control, within available funds appropriated by the legislature, and requires remote technology whenever possible.

2.  Makes a transfer of unexpended funds to the state heating system savings account.

3.  Eliminates the bureau of planning and management functions and moves such functions to the division of plant and property.

4.  Establishes the graphic services fund in the department of administrative services.

5.  Consolidates human resources and payroll functions in the department of administrative services.

6.  Repeals the memorandum of understanding with the commissioner of the department of health and human services for the purpose of delineating the functions to be assumed by the department of administrative services.

7.  Extends the date on which an appropriation to the department of administrative services for scheduling software lapses.

8.  Directs the payment of state employee medical benefits payments  from  the retirement system.

9.  Enables the supreme court to transfer funds.

10.  Provides for the state to reimburse the sheriff's offices for court security for the biennium.

11.  Enables the sale of the lakes region facility in Laconia.

12.  Requires the commissioner of the department of health and human services to make quarterly reports on the status of estimated Medicaid payments in relation to actual costs.

13.  Repeals provisions relative to the senior volunteer grant program.

14.  Establishes the emergency services for children, youth, and families fund.

15.  Eliminates certain parental reimbursements.

1 ███████████████████████████████████████████████████████

2 █████████████████████████████████████████  ██████████████

3 ███████████████████████████████████████████████████████

4 ███████████████████████████████████████████████████████

5 ███████████████████████████████████████████████████████

6 ███████████████████████████████████████████████████████

7 ███████████████████████████████████████████████████████

8 ████████████████████

9 ██████████████████████████████████████████████

10 ███████████████████████████████████████████████

11    330  New Chapter; Propagation of Divisive Concepts Prohibited.  Amend RSA by inserting after

12 chapter 10-B the following new chapter:

<h3 align="center">CHAPTER 10-C</h3>

<h3 align="center">PROPAGATION OF DIVISIVE CONCEPTS PROHIBITED</h3>

10-C:1  Definitions.  In this chapter:

I. "Contractor" means any and all persons, individuals, corporations, or businesses of any kind that in any manner have entered into a contract, or perform a subcontract pursuant to a contract, with the state of New Hampshire.

II. "Divisive concept" means the concept that:

(a)  One race or sex is inherently superior to another race or sex;

(b)  The state of New Hampshire or the United States is fundamentally racist or sexist;

(c)  An individual, by virtue of his or her race or sex, is inherently racist, sexist, or oppressive, whether consciously or unconsciously;

(d)  An individual should be discriminated against or receive adverse treatment solely or partly because of his or her race or sex;

(e)  Members of one race or sex cannot and should not attempt to treat others without respect to race or sex;

(f)  An individual's moral character is necessarily determined by his or her race or sex;

(g)  An individual, by virtue of his or her race or sex, bears responsibility for actions committed in the past by other members of the same race or sex;

(h)  Any individual should feel discomfort, guilt, anguish, or any other form of psychological distress on account of his or her race or sex; or

(i)  Meritocracy or traits such as a hard work ethic are racist or sexist, or were created by a particular race to oppress another race.

(j)  The term "divisive concepts" includes any other form of race or sex stereotyping or any other form of race or sex scapegoating.

1    III.  "Race or sex stereotyping" means ascribing character traits, values, moral and ethical
2    codes, privileges, status, or beliefs to a race or sex, or to an individual because of his or her race or
3    sex.

4    IV.  "Race or sex scapegoating" means assigning fault, blame, or bias to a race or sex, or to
5    members of a race or sex because of their race or sex.  It similarly encompasses any claim that,
6    consciously or unconsciously, and by virtue of his or her race or sex, members of any race are
7    inherently racist or are inherently inclined to oppress others, or that members of a sex are
8    inherently sexist or inclined to oppress others.

9    V.  "The state of New Hampshire" means all agencies and political subdivisions of the state
10   of New Hampshire, including counties, cities, towns, school districts, and the state university
11   system.

12   VI.  "Student" means any and all students of any school district, school, college, or university
13   which receives grants, funds, or assets from the state of New Hampshire.

14   10-C:2  Unlawful Propagation of Divisive Concepts.

15   I.  Requirements for the state of New Hampshire:

16   (a)   The state of New Hampshire shall not teach, instruct, or train any employee,
17   contractor, staff member, student, or any other individual or group, to adopt or believe any of the
18   divisive concepts defined in RSA 10-C:1, II.

19   (b)   No employee, contractor, staff member, or student of the state of New Hampshire
20   shall face any penalty or discrimination on account of his or her refusal to support, believe, endorse,
21   embrace, confess, act upon, or otherwise assent to the divisive concepts defined in RSA 10-C:1, II.

22   II.  Requirements for government contractors:

23   (a)   All state contracts entered into on or after the effective date of this chapter shall
24   include the following provision:

25   "During the performance of this contract, the contractor agrees as follows:

26   The contractor shall not use any workplace training that inculcates in its employees any form of race
27   or sex stereotyping or any form of race or sex scapegoating, including the concepts that:  (a) one race
28   or sex is inherently superior to another race or sex; (b) an individual, by virtue of his or her race or
29   sex, is inherently racist, sexist, or oppressive, whether consciously or unconsciously; (c) an individual
30   should be discriminated against or receive adverse treatment solely or partly because of his or her
31   race or sex; (d) members of one race or sex cannot and should not attempt to treat others without
32   respect to race or sex; (e) an individual's moral character is necessarily determined by his or her race
33   or sex; (f) an individual, by virtue of his or her race or sex, bears responsibility for actions committed
34   in the past by other members of the same race or sex; (g) any individual should feel discomfort, guilt,
35   anguish, or any other form of psychological distress on account of his or her race or sex; or (h)
36   meritocracy or traits such as a hard work ethic are racist or sexist, or were created by a particular
37   race to oppress another race.  The term "race or sex stereotyping" means ascribing character traits,

**HB 2-FN-A-LOCAL - AS AMENDED BY THE HOUSE**
**- Page 157 -**

1  values, moral and ethical codes, privileges, status, or beliefs to a race or sex, or to an individual

2  because of his or her race or sex, and the term "race or sex scapegoating" means assigning fault,

3  blame, or bias to a race or sex, or to members of a race or sex because of their race or sex."

4      (b)  The contractor shall send to each labor union or representative of workers with

5  which the contractor has a collective bargaining agreement or other contract or understanding, a

6  notice, to be provided by the agency contracting officer, advising the labor union or workers'

7  representative of the contractor's commitments under this section, and shall post copies of the notice

8  in conspicuous places available to employees and applicants for employment.

9      (c)  In the event of the contractor's noncompliance with the requirements of this section,

10  or with any rules, regulations, or policies that may be promulgated in accordance with this section,

11  the contract may be canceled, terminated, or suspended in whole or in part and the contractor may

12  be declared ineligible for further government contracts.

13      (d)  The contractor shall include the provisions of this section in every subcontract or

14  purchase order unless exempted by rules, regulations, or policies of the department of administrative

15  services, so that such provisions shall be binding upon each subcontractor or vendor.  The contractor

16  shall take such action with respect to any subcontract or purchase order as may be directed by the

17  department of administrative services as a means of enforcing such provisions including sanctions

18  for noncompliance.

19      III.  The department of administrative services, or an agency designated by the department

20  of administrative services, is directed to investigate complaints received alleging that a state

21  contractor is utilizing such training programs in violation of the contractor's obligations under the

22  binding provisions of this section.  The department shall take appropriate enforcement action and

23  provide remedial relief, as appropriate.

24      IV.  The heads of all agencies shall review their respective grant programs and identify

25  programs for which the agency may, as a condition of receiving such a grant, require the recipient to

26  certify that it will not use state funds or assets to promote any of the divisive concepts defined in

27  RSA 10-C:1, II.

28      V.  Requirements for agencies.

29      (a)  The fair and equal treatment of individuals is an inviolable principle that must be

30  maintained in the state workplace.  Agencies should continue all training that will foster a

31  workplace that is respectful of all employees.  Accordingly:

32      (1)  The head of each agency shall use his or her authority under to ensure that the

33  agency, agency employees while on duty status, and any contractors hired by the agency to provide

34  training, workshops, forums, or similar programming, for purposes of this section, "training," to

35  agency employees do not teach, advocate, act upon, or promote in any training to agency employees

36  any of the divisive concepts listed in RSA 10-C:1; and

**HB 2-FN-A-LOCAL - AS AMENDED BY THE HOUSE**
**- Page 158 -**

1    (2)   Agency diversity and inclusion efforts shall, first and foremost, encourage agency
2    employees not to judge each other by their color, race, ethnicity, sex, or any other characteristic
3    protected by federal or state law.

4    (b)   The commissioner of the department of administrative services, pursuant to RSA
5    541-A, shall develop regulations for the enforcement of the provisions of this statute.

6    (c)  Each agency head shall:

7    (1)   Issue a policy incorporating the requirements of this chapter into agency
8    operations, including by making compliance with the policy a provision in all agency contracts;

9    (2)   Request that the agency thoroughly review and assess not less than annually
10   thereafter, agency compliance with the requirements of the policy in the form of a report submitted
11   to the department of administrative services; and

12   (3)   Assign at least one senior political appointee responsibility for ensuring
13   compliance with the requirements of the policy.

14   VI.   Review of agency training.

15   (a)   All training programs for state agency employees relating to diversity or inclusion
16   shall, before being used, be reviewed by the department of administrative services for compliance
17   with the requirements of RSA 10-C:2, V.

18   (b)   If a contractor provides a training for agency employees relating to diversity or
19   inclusion that teaches, advocates, or promotes the divisive concepts defined in RSA 10-C:1, II, and
20   such action is in violation of the applicable contract, the agency that contracted for such training
21   shall evaluate whether to pursue debarment of that contractor, consistent with applicable law and
22   regulations.

23   10-C:3  General Provisions.

24   I.   Nothing in this chapter shall prevent agencies or contractors from promoting racial,
25   cultural, or ethnic diversity or inclusiveness, provided such efforts are consistent with the
26   requirements of this chapter.

27   II.   Nothing in this chapter shall be construed to prohibit discussing, as part of a larger
28   course of academic instruction, the divisive concepts listed in RSA 10-C:1, II in an objective manner
29   and without endorsement.

30   III.   If any provision of this chapter, or the application of any provision to any person or
31   circumstance, is held to be invalid, the remainder of this chapter and the application of its provisions
32   to any other persons or circumstances shall not be affected thereby.

33   331  Effective Date.  Section 330 of this act shall take effect January 1, 2022.

34   ████████████████████████████

35   ████████████████████████████████████████████████████

36   ████████████████████████████████████████████████████████

37   ████████████████████████████████████████████████████

# Senate

Senate Finance
May 28, 2021
2021-1799s
08/10

Amendment to HB 2-FN-A-LOCAL

1    Amend the bill by replacing all after the enacting clause with the following:



**Amendment to HB 2-FN-A-LOCAL**
**- Page 144 -**



297    New Subdivision; State Commission on Human Rights; Right to Freedom From Discrimination in Public Workplaces and Education.  Amend RSA 354-A by inserting after section 28 the following new subdivision:

Right to Freedom from Discrimination in Public Workplaces and Education

354-A:29  Right to Freedom from Discrimination in Public Workplaces and Education.

I.  The general court hereby finds and declares that practices of discrimination against any New Hampshire inhabitants because of age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin are a matter of state concern, that discrimination based on these characteristics not only threatens the rights and proper privileges of New Hampshire inhabitants but menaces the institutions and foundation of a free democratic state and threatens the peace, order, health, safety and general welfare of the state and its inhabitants.

Amendment to HB 2-FN-A-LOCAL
- Page 145 -

1   II.   Nothing in this subdivision shall be construed to prohibit racial, sexual, religious, or

2   other workplace sensitivity training based on the inherent humanity and equality of all persons and

3   the ideal that all persons are entitled to be treated with equality, dignity, and respect.

4   III.   Nothing in this subdivision shall be construed to limit the academic freedom of faculty

5   members of the university system of New Hampshire and the community college system of New

6   Hampshire to conduct research, publish, lecture, or teach in the academic setting.

7   354-A:30   Definitions.   In this subdivision:

8   I.   "Government program" means any activity undertaken by a public employer, both as an

9   employer and in performance of its government function.

10   II.   "Public employee" means any person working on a full-time or part-time basis for the

11   state, or any subdivision thereof, including, but not limited to counties, cities, towns, precincts,

12   water districts, school districts, school administrative units, or quasi-public entities.

13   III.   "Public employer" includes the state or any subdivision thereof, including, but not

14   limited to counties, cities, towns, precincts, water districts, school districts, school administrative

15   units, or quasi-public entities.

16   354-A:31   Prohibition on Public Employers.   No public employer, either directly or through the

17   use of an outside contractor, shall teach, advocate, instruct, or train any employee, student, service

18   recipient, contractor, staff member, inmate, or any other individual or group, any one or more of the

19   following:

20   I.   That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital

21   status, familial status, mental or physical disability, religion, or national origin, are inherently

22   superior or inferior to people of another age, sex, gender identity, sexual orientation, race, creed,

23   color, marital status, familial status, mental or physical disability, religion, or national origin;

24   II.   That an individual, by virtue of his or her age, sex, gender identity, sexual orientation,

25   race, creed, color, marital status, familial status, mental or physical disability, religion, or national

26   origin is inherently racist, sexist, or oppressive, whether consciously or unconsciously;

27   III.   That an individual should be discriminated against or receive adverse treatment solely

28   or partly because of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital

29   status, familial status, mental or physical disability, religion, or national origin; or

30   IV.   That people of one age, sex, gender identity, sexual orientation, race, creed, color,

31   marital status, familial status, mental or physical disability, religion, or national origin cannot and

32   should not attempt to treat others equally and/or without regard to age, sex, gender identity, sexual

33   orientation, race, creed, color, marital status, familial status, mental or physical disability, religion,

34   or national origin.

35   354-A:32   Prohibition on the Content of Government Programs and Speech.   No government

36   program shall teach, advocate, or advance any one or more of the following:

Amendment to HB 2-FN-A-LOCAL
- Page 146 -

1        I.  That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital
2  status, familial status, mental or physical disability, religion, or national origin are inherently
3  superior or inferior to people of another age, sex, gender identity, sexual orientation, race, creed,
4  color, marital status, familial status, mental or physical disability, religion, or national origin;

5        II.  That an individual, by virtue of his or her age, sex, gender identity, sexual orientation,
6  race, creed, color, marital status, familial status, mental or physical disability, religion, or national
7  origin, is inherently racist, sexist, or oppressive, whether consciously or unconsciously;

8        III.  That an individual should be discriminated against or receive adverse treatment solely
9  or partly because of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital
10  status, familial status, mental or physical disability, religion, or national origin; or

11        IV.  That people of one age, sex, gender identity, sexual orientation, race, creed, color,
12  marital status, familial status, mental or physical disability, religion, or national origin cannot and
13  should not attempt to treat others equally and/or without regard to age, sex, gender identity, sexual
14  orientation, race, creed, color, marital status, familial status, mental or physical disability, religion,
15  or national origin.

16        354-A:33  Protection for Public Employees.  No public employee shall be subject to any adverse
17  employment action, warning, or discipline of any kind for refusing to participate in any training,
18  program, or other activity at which a public employer or government program advocates, trains,
19  teaches, instructs, or compels participants to express belief in, or support for, any one or more of the
20  following:

21        I.  That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital
22  status, familial status, mental or physical disability, religion, or national origin are inherently
23  superior or inferior to people of another age, sex, gender identity, sexual orientation, race, creed,
24  color, marital status, familial status, mental or physical disability, religion, or national origin;

25        II.  That an individual, by virtue of his or her age, sex, gender identity, sexual orientation,
26  race, creed, color, marital status, familial status, mental or physical disability, religion, or national
27  origin, is inherently racist, sexist, or oppressive, whether consciously or unconsciously;

28        III.  That an individual should be discriminated against or receive adverse treatment solely
29  or partly because of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital
30  status, familial status, mental or physical disability, religion, or national origin; or

31        IV.  That people of one age, sex, gender identity, sexual orientation, race, creed, color,
32  marital status, familial status, mental or physical disability, religion, or national origin cannot and
33  should not attempt to treat others equally and/or without regard to age, sex, gender identity, sexual
34  orientation, race, creed, color, marital status, familial status, mental or physical disability, religion,
35  or national origin.

354-A:34  Remedies.  Any person aggrieved by an act made unlawful under this subdivision may pursue all of the remedies available under RSA 354-A, RSA 491, RSA 275-E, or RSA 98-E, or any other applicable common law or statutory cause of action.

298  New Section; Prohibition on Teaching Discrimination.  Amend RSA 193 by inserting after section 39 the following new section:

193:40  Prohibition on Teaching Discrimination.

I.  No pupil in any public school in this state shall be taught, instructed, inculcated or compelled to express belief in, or support for, any one or more of the following:

(a)  That one's age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion or national origin is inherently superior to people of another age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin;

(b)  That an individual, by virtue of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin, is inherently racist, sexist, or oppressive, whether consciously or unconsciously;

(c)  That an individual should be discriminated against or receive adverse treatment solely or partly because of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin; or

(d)  That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin cannot and should not attempt to treat others without regard to age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin.

II.  Nothing in this section shall be construed to prohibit discussing, as part of a larger course of academic instruction, the historical existence of ideas and subjects identified in this section.

III.  Any person claiming to be aggrieved by a violation of this section, including the attorney general, may initiate a civil action against a school or school district in superior court for legal or equitable relief, or with the New Hampshire commission for human rights as provided in RSA 354-A:34.

IV.  Violation of this section by an educator shall be considered a violation of the educator code of conduct that justifies disciplinary sanction by the state board of education.

V.  For the purposes of this section, "educator" means a professional employee of any school district whose position requires certification by the state board pursuant to RSA 189:39. Administrators, specialists, and teachers are included within the definition of this term.

1    299  Severability.  If any provision of sections 297-298, or the application of any provision to any

2    person or circumstance is held to be invalid, the remainder of such sections, and their application to

3    any other persons or circumstances shall not be affected thereby.

4    300  Effective Date.  Sections 297-299 of this act shall take effect upon passage.



**Important Notice**

**Due to the COVID-19 pandemic, the General Court is conducting legislative activities remotely with the exception of publicly noticed sessions in the House or Senate Calendar. During this time, the State House and Legislative Office Building remain closed to visitors.**

May 28, 2021
No. 26

# STATE OF NEW HAMPSHIRE

**Website Address: http://gencourt.state.nh.us**

**NH Senate Digital Calendar Website Address:**
**http://gencourt.state.nh.us/senate/schedule/dailyschedule.aspx**



## First Year of the 167th Session of the
## New Hampshire General Court

# SENATE  CALENDAR

4                                   **Important Notice**

**Due to the COVID-19 pandemic, the General Court is conducting legislative activities remotely with the exception of publicly noticed sessions in the House or Senate Calendar. During this time, the State House and Legislative Office Building remain closed to visitors.**


Senate Finance
May 28, 2021
2021-1799s
08/10

<div align="center">Amendment to HB 2-FN-A-LOCAL</div>

The Senate Amendment to HB 2-FN-A-LOCAL is contained in a separate document labeled as Senate Calendar 26-Supplement 2, Dated May 28, 2021.

Capital Budget
May 27, 2021
2021-1785s
10/04

<div align="center">Amendment to HB 25-A</div>

Amend the bill by replacing all after the enacting clause with the following:

1 Capital Appropriations. The sums hereinafter detailed are hereby appropriated for the projects specified to the departments, agencies, and branches named:

    I. Department of Administrative Services

    A. Court Facilities

| | |
|---|---:|
| 1. Hillsborough County South - Cooling And Controls | 975,000 |
| 2. Lebanon Circuit Courthouse - Remove And Replace Underground Fuel Storage Tank | 310,000 |
| 3. Portsmouth And Dover Circuit Court Boilers | 570,000 |
| 4. Statewide Courthouse Roof Replacements | 2,100,000 |

    B. Facilities and Asset Management

| | |
|---|---:|
| 1. Life Safety Upgrades | 570,000 |
| 2. Main Building Rewiring Phase 1 | 800,000 |
| 3. Philbrook Building - Sewer Line Replacement | 300,000 |
| 4. Thayer Building - Replace Roof | 650,000 |
| 5. Tunnel System: Repair And Abandonment Plan | 620,000 |

    C. Financial Data Management

| | |
|---|---:|
| 1. NH First Migration To Information Cloud Environment | 5,100,000 |

    D. General Services

| | |
|---|---:|
| 1. HHS Roof Replacement | 2,385,000 |
| 2. HHS/DES Mechanical Replacements And Controls | 1,200,000 |
| 3. Morton, Johnson, HHS Underground Tank Removal | 700,000 |
| 4. Safety Mechanical Replacements And Repairs | 3,125,000 |
| 5. Coos County New Parking Lot and Concrete Plaza Entrance | 442,750 |
| 6. Hillsborough County Courthouse North Cooling Tower | 189,750 |
| 7. Annex 1 - Bancroft ADA Connector | 400,000 |

Sen. Soucy, Dist 18
Sen. Cavanaugh, Dist 16
Sen. D'Allesandro, Dist 20
Sen. Kahn, Dist 10
Sen. Perkins Kwoka, Dist 21
Sen. Rosenwald, Dist 13
Sen. Sherman, Dist 24
Sen. Watters, Dist 4
Sen. Whitley, Dist 15
Sen. Prentiss, Dist 5
June 1, 2021
2021-1815s
11/04


Floor Amendment to HB 2-FN-A-LOCAL


1     Amend the bill by deleting sections 297-300.



2021-1815s

AMENDED ANALYSIS

Delete:

70.  Establishes and describes a right to freedom from certain types of discrimination based on age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin in public workplaces and education.

**HB 2-FN-A-LOCAL - AS AMENDED BY THE SENATE**

| | |
|---|---|
| 7Apr2021... | 1059h |
| 06/03/2021 | 1799s |
| 06/03/2021 | 1816s |
| 06/03/2021 | 1859s |
| 06/03/2021 | 1842s |
| 06/03/2021 | 1821s |
| 06/03/2021 | 1827s |
| 06/03/2021 | 1866s |
| 06/03/2021 | 1884s |

2021 SESSION

21-1082
08/10

HOUSE BILL          *2-FN-A-LOCAL*

AN ACT          relative to state fees, funds, revenues, and expenditures.

SPONSORS:          Rep. Weyler, Rock. 13; Rep. L. Ober, Hills. 37; Rep. Edwards, Rock. 4; Rep. Umberger, Carr. 2

COMMITTEE:          Finance

─────────────────────────────────────────────────────────────

AMENDED ANALYSIS

This bill:

1.  Requires the judicial branch to reimburse the sheriff's offices for costs of court security and prisoner custody and control, within available funds appropriated by the legislature, and requires remote technology whenever possible.

2.  Makes a transfer of unexpended funds to the state heating system savings account.

3.  Eliminates the bureau of planning and management functions and moves such functions to the division of plant and property.

4.  Establishes the graphic services fund in the department of administrative services.

5.  Consolidates human resources and payroll functions in the department of administrative services.

6.  Repeals the memorandum of understanding with the commissioner of the department of health and human services for the purpose of delineating the functions to be assumed by the department of administrative services.

7.  Extends the date on which an appropriation to the department of administrative services for scheduling software lapses.

8.  Directs the payment of state employee medical benefits payments  from  the  retirement system.

9.  Enables the supreme court to transfer funds.

10.  Provides for the state to reimburse the sheriff's offices for court security for the biennium.

11.  Enables the sale of the lakes region facility in Laconia.

2360

**HB 2-FN-A-LOCAL - AS AMENDED BY THE SENATE**
**- Page 144 -**



297    New  Subdivision;  State  Commission  on  Human  Rights;  Right  to  Freedom  From
Discrimination in Public Workplaces and Education.  Amend RSA 354-A by inserting after section 28
the following new subdivision:

Right to Freedom from Discrimination in Public Workplaces and Education

354-A:29  Right to Freedom from Discrimination in Public Workplaces and Education.

I.  The general court hereby finds and declares that practices of discrimination against any
New Hampshire inhabitants because of age, sex, gender identity, sexual orientation, race, creed,
color, marital status, familial status, mental or physical disability, religion, or national origin are a
matter of state concern, that discrimination based on these characteristics not only threatens the
rights and proper privileges of New Hampshire inhabitants but menaces the institutions and
foundation of a free democratic state and threatens the peace, order, health, safety and general
welfare of the state and its inhabitants.

1   II.   Nothing in this subdivision shall be construed to prohibit racial, sexual, religious, or

2   other workplace sensitivity training based on the inherent humanity and equality of all persons and

3   the ideal that all persons are entitled to be treated with equality, dignity, and respect.

4   III.   Nothing in this subdivision shall be construed to limit the academic freedom of faculty

5   members of the university system of New Hampshire and the community college system of New

6   Hampshire to conduct research, publish, lecture, or teach in the academic setting.

7   354-A:30  Definitions.  In this subdivision:

8   I.  "Government program" means any activity undertaken by a public employer, both as an

9   employer and in performance of its government function.

10   II.  "Public employee" means any person working on a full-time or part-time basis for the

11   state, or any subdivision thereof, including, but not limited to counties, cities, towns, precincts,

12   water districts, school districts, school administrative units, or quasi-public entities.

13   III.  "Public employer" includes the state or any subdivision thereof, including, but not

14   limited to counties, cities, towns, precincts, water districts, school districts, school administrative

15   units, or quasi-public entities.

16   354-A:31  Prohibition on Public Employers.  No public employer, either directly or through the

17   use of an outside contractor, shall teach, advocate, instruct, or train any employee, student, service

18   recipient, contractor, staff member, inmate, or any other individual or group, any one or more of the

19   following:

20   I.  That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital

21   status, familial status, mental or physical disability, religion, or national origin, are inherently

22   superior or inferior to people of another age, sex, gender identity, sexual orientation, race, creed,

23   color, marital status, familial status, mental or physical disability, religion, or national origin;

24   II.  That an individual, by virtue of his or her age, sex, gender identity, sexual orientation,

25   race, creed, color, marital status, familial status, mental or physical disability, religion, or national

26   origin is inherently racist, sexist, or oppressive, whether consciously or unconsciously;

27   III.  That an individual should be discriminated against or receive adverse treatment solely

28   or partly because of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital

29   status, familial status, mental or physical disability, religion, or national origin; or

30   IV.  That people of one age, sex, gender identity, sexual orientation, race, creed, color,

31   marital status, familial status, mental or physical disability, religion, or national origin cannot and

32   should not attempt to treat others equally and/or without regard to age, sex, gender identity, sexual

33   orientation, race, creed, color, marital status, familial status, mental or physical disability, religion,

34   or national origin.

35   354-A:32  Prohibition on the Content of Government Programs and Speech.  No government

36   program shall teach, advocate, or advance any one or more of the following:

## HB 2-FN-A-LOCAL - AS AMENDED BY THE SENATE
### - Page 146 -

1    I.  That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital

2    status, familial status, mental or physical disability, religion, or national origin are inherently

3    superior or inferior to people of another age, sex, gender identity, sexual orientation, race, creed,

4    color, marital status, familial status, mental or physical disability, religion, or national origin;

5    II.  That an individual, by virtue of his or her age, sex, gender identity, sexual orientation,

6    race, creed, color, marital status, familial status, mental or physical disability, religion, or national

7    origin, is inherently racist, sexist, or oppressive, whether consciously or unconsciously;

8    III.  That an individual should be discriminated against or receive adverse treatment solely

9    or partly because of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital

10   status, familial status, mental or physical disability, religion, or national origin; or

11   IV.  That people of one age, sex, gender identity, sexual orientation, race, creed, color,

12   marital status, familial status, mental or physical disability, religion, or national origin cannot and

13   should not attempt to treat others equally and/or without regard to age, sex, gender identity, sexual

14   orientation, race, creed, color, marital status, familial status, mental or physical disability, religion,

15   or national origin.

16   354-A:33  Protection for Public Employees.  No public employee shall be subject to any adverse

17   employment action, warning, or discipline of any kind for refusing to participate in any training,

18   program, or other activity at which a public employer or government program advocates, trains,

19   teaches, instructs, or compels participants to express belief in, or support for, any one or more of the

20   following:

21   I.  That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital

22   status, familial status, mental or physical disability, religion, or national origin are inherently

23   superior or inferior to people of another age, sex, gender identity, sexual orientation, race, creed,

24   color, marital status, familial status, mental or physical disability, religion, or national origin;

25   II.  That an individual, by virtue of his or her age, sex, gender identity, sexual orientation,

26   race, creed, color, marital status, familial status, mental or physical disability, religion, or national

27   origin, is inherently racist, sexist, or oppressive, whether consciously or unconsciously;

28   III.  That an individual should be discriminated against or receive adverse treatment solely

29   or partly because of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital

30   status, familial status, mental or physical disability, religion, or national origin; or

31   IV.  That people of one age, sex, gender identity, sexual orientation, race, creed, color,

32   marital status, familial status, mental or physical disability, religion, or national origin cannot and

33   should not attempt to treat others equally and/or without regard to age, sex, gender identity, sexual

34   orientation, race, creed, color, marital status, familial status, mental or physical disability, religion,

35   or national origin.

**HB 2-FN-A-LOCAL - AS AMENDED BY THE SENATE**
**- Page 147 -**

354-A:34  Remedies.  Any person aggrieved by an act made unlawful under this subdivision may pursue all of the remedies available under RSA 354-A, RSA 491, RSA 275-E, or RSA 98-E, or any other applicable common law or statutory cause of action.

298  New Section; Prohibition on Teaching Discrimination.  Amend RSA 193 by inserting after section 39 the following new section:

193:40  Prohibition on Teaching Discrimination.

I.  No pupil in any public school in this state shall be taught, instructed, inculcated or compelled to express belief in, or support for, any one or more of the following:

(a)  That one's age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion or national origin is inherently superior to people of another age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin;

(b)  That an individual, by virtue of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin, is inherently racist, sexist, or oppressive, whether consciously or unconsciously;

(c)  That an individual should be discriminated against or receive adverse treatment solely or partly because of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin; or

(d)  That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin cannot and should not attempt to treat others without regard to age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin.

II.  Nothing in this section shall be construed to prohibit discussing, as part of a larger course of academic instruction, the historical existence of ideas and subjects identified in this section.

III.  Any person claiming to be aggrieved by a violation of this section, including the attorney general, may initiate a civil action against a school or school district in superior court for legal or equitable relief, or with the New Hampshire commission for human rights as provided in RSA 354-A:34.

IV.  Violation of this section by an educator shall be considered a violation of the educator code of conduct that justifies disciplinary sanction by the state board of education.

V.  For the purposes of this section, "educator" means a professional employee of any school district whose position requires certification by the state board pursuant to RSA 189:39. Administrators, specialists, and teachers are included within the definition of this term.

**HB 2-FN-A-LOCAL - AS AMENDED BY THE SENATE**
**- Page 148 -**

1    299  Severability.  If any provision of sections 297-298, or the application of any provision to any

2    person or circumstance is held to be invalid, the remainder of such sections, and their application to

3    any other persons or circumstances shall not be affected thereby.

4    300  Effective Date.  Sections 297-299 of this act shall take effect upon passage.

# Committee of Conference

June 17, 2021
2021-2040-CofC
08/04

1   Committee of Conference Report on HB 2-FN-A-LOCAL, relative to state fees, funds, revenues, and
2   expenditures.

3

4   Recommendation:

5       That the House recede from its position of nonconcurrence with the Senate amendment, and
6   concur with the Senate amendment, and

7       That the Senate and House adopt the following new amendment to the bill as amended by the
8   Senate, and pass the bill as so amended:

9

10  Amend the bill by replacing all after the enacting clause with the following:

11



**Committee of Conference Report on HB 2-FN-A-LOCAL**
**- Page 145 -**



297    New Subdivision; State Commission on Human Rights; Right to Freedom From Discrimination in Public Workplaces and Education.  Amend RSA 354-A by inserting after section 28 the following new subdivision:

Right to Freedom from Discrimination in Public Workplaces and Education

354-A:29  Right to Freedom from Discrimination in Public Workplaces and Education.

I.  The general court hereby finds and declares that practices of discrimination against any New Hampshire inhabitants because of age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin are a matter of state concern, that discrimination based on these characteristics not only threatens the rights and proper privileges of New Hampshire inhabitants but menaces the institutions and foundation of a free democratic state and threatens the peace, order, health, safety and general welfare of the state and its inhabitants.

Committee of Conference Report on HB 2-FN-A-LOCAL
- Page 146 -

II.   Nothing in this subdivision shall be construed to prohibit racial, sexual, religious, or other workplace sensitivity training based on the inherent humanity and equality of all persons and the ideal that all persons are entitled to be treated with equality, dignity, and respect.

III.   Nothing in this subdivision shall be construed to limit the academic freedom of faculty members of the university system of New Hampshire and the community college system of New Hampshire to conduct research, publish, lecture, or teach in the academic setting.

354-A:30  Definitions.  In this subdivision:

I.   "Government program" means any activity undertaken by a public employer, both as an employer and in performance of its government function.

II.   "Public employee" means any person working on a full-time or part-time basis for the state, or any subdivision thereof, including, but not limited to counties, cities, towns, precincts, water districts, school districts, school administrative units, or quasi-public entities.

III.   "Public employer" includes the state or any subdivision thereof, including, but not limited to counties, cities, towns, precincts, water districts, school districts, school administrative units, or quasi-public entities.

354-A:31  Prohibition on Public Employers.  No public employer, either directly or through the use of an outside contractor, shall teach, advocate, instruct, or train any employee, student, service recipient, contractor, staff member, inmate, or any other individual or group, any one or more of the following:

I.   That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin, are inherently superior or inferior to people of another age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin;

II.   That an individual, by virtue of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin is inherently racist, sexist, or oppressive, whether consciously or unconsciously;

III.   That an individual should be discriminated against or receive adverse treatment solely or partly because of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin; or

IV.   That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin cannot and should not attempt to treat others equally and/or without regard to age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin.

354-A:32  Prohibition on the Content of Government Programs and Speech.  No government program shall teach, advocate, or advance any one or more of the following:

**Committee of Conference Report on HB 2-FN-A-LOCAL**
**- Page 147 -**

1    I.  That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital

2    status, familial status, mental or physical disability, religion, or national origin are inherently

3    superior or inferior to people of another age, sex, gender identity, sexual orientation, race, creed,

4    color, marital status, familial status, mental or physical disability, religion, or national origin;

5    II.  That an individual, by virtue of his or her age, sex, gender identity, sexual orientation,

6    race, creed, color, marital status, familial status, mental or physical disability, religion, or national

7    origin, is inherently racist, sexist, or oppressive, whether consciously or unconsciously;

8    III.  That an individual should be discriminated against or receive adverse treatment solely

9    or partly because of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital

10   status, familial status, mental or physical disability, religion, or national origin; or

11   IV.  That people of one age, sex, gender identity, sexual orientation, race, creed, color,

12   marital status, familial status, mental or physical disability, religion, or national origin cannot and

13   should not attempt to treat others equally and/or without regard to age, sex, gender identity, sexual

14   orientation, race, creed, color, marital status, familial status, mental or physical disability, religion,

15   or national origin.

16   354-A:33  Protection for Public Employees.  No public employee shall be subject to any adverse

17   employment action, warning, or discipline of any kind for refusing to participate in any training,

18   program, or other activity at which a public employer or government program advocates, trains,

19   teaches, instructs, or compels participants to express belief in, or support for, any one or more of the

20   following:

21   I.  That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital

22   status, familial status, mental or physical disability, religion, or national origin are inherently

23   superior or inferior to people of another age, sex, gender identity, sexual orientation, race, creed,

24   color, marital status, familial status, mental or physical disability, religion, or national origin;

25   II.  That an individual, by virtue of his or her age, sex, gender identity, sexual orientation,

26   race, creed, color, marital status, familial status, mental or physical disability, religion, or national

27   origin, is inherently racist, sexist, or oppressive, whether consciously or unconsciously;

28   III.  That an individual should be discriminated against or receive adverse treatment solely

29   or partly because of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital

30   status, familial status, mental or physical disability, religion, or national origin; or

31   IV.  That people of one age, sex, gender identity, sexual orientation, race, creed, color,

32   marital status, familial status, mental or physical disability, religion, or national origin cannot and

33   should not attempt to treat others equally and/or without regard to age, sex, gender identity, sexual

34   orientation, race, creed, color, marital status, familial status, mental or physical disability, religion,

35   or national origin.

1 354-A:34  Remedies.  Any person aggrieved by an act made unlawful under this subdivision may
2 pursue all of the remedies available under RSA 354-A, RSA 491, RSA 275-E, or RSA 98-E, or any
3 other applicable common law or statutory cause of action.

4 298  New Section; Prohibition on Teaching Discrimination.  Amend RSA 193 by inserting after
5 section 39 the following new section:

6 193:40  Prohibition on Teaching Discrimination.

7  I.   No pupil in any public school in this state shall be taught, instructed, inculcated or
8 compelled to express belief in, or support for, any one or more of the following:

9  (a)   That one's age, sex, gender identity, sexual orientation, race, creed, color, marital
10 status, familial status, mental or physical disability, religion or national origin is inherently superior
11 to people of another age, sex, gender identity, sexual orientation, race, creed, color, marital status,
12 familial status, mental or physical disability, religion, or national origin;

13  (b)   That an individual, by virtue of his or her age, sex, gender identity, sexual
14 orientation, race, creed, color, marital status, familial status, mental or physical disability, religion,
15 or national origin, is inherently racist, sexist, or oppressive, whether consciously or unconsciously;

16  (c)   That an individual should be discriminated against or receive adverse treatment
17 solely or partly because of his or her age, sex, gender identity, sexual orientation, race, creed, color,
18 marital status, familial status, mental or physical disability, religion, or national origin; or

19  (d)   That people of one age, sex, gender identity, sexual orientation, race, creed, color,
20 marital status, familial status, mental or physical disability, religion, or national origin cannot and
21 should not attempt to treat others without regard to age, sex, gender identity, sexual orientation,
22 race, creed, color, marital status, familial status, mental or physical disability, religion, or national
23 origin.

24  II.   Nothing in this section shall be construed to prohibit discussing, as part of a larger
25 course of academic instruction, the historical existence of ideas and subjects identified in this
26 section.

27  III.  Any person claiming to be aggrieved by a violation of this section, including the attorney
28 general, may initiate a civil action against a school or school district in superior court for legal or
29 equitable relief, or with the New Hampshire commission for human rights as provided in RSA 354-
30 A:34.

31  IV.  Violation of this section by an educator shall be considered a violation of the educator
32 code of conduct that justifies disciplinary sanction by the state board of education.

33  V.  For the purposes of this section, "educator" means a professional employee of any school
34 district whose position requires certification by the state board pursuant to RSA 189:39.
35 Administrators, specialists, and teachers are included within the definition of this term.

**Committee of Conference Report on HB 2-FN-A-LOCAL**
**- Page 149 -**

1    299  Severability.  If any provision of sections 297-298, or the application of any provision to any

2    person or circumstance is held to be invalid, the remainder of such sections, and their application to

3    any other persons or circumstances shall not be affected thereby.

4    300  Effective Date.  Sections 297-299 of this act shall take effect upon passage.



**Committee of Conference Report on HB 2-FN-A-LOCAL**
**- Page 212 -**

The signatures below attest to the authenticity of this Report on HB 2-FN-A-LOCAL, relative to state fees, funds, revenues, and expenditures.

Conferees on the Part of the Senate

_____

Sen. Morse, Dist. 22

_____

Sen. Bradley, Dist. 3

_____

Sen. Daniels, Dist. 11

Conferees on the Part of the House

_____

Rep. L. Ober, Hills. 37

_____

Rep. Weyler, Rock. 13

_____

Rep. Umberger, Carr. 2

_____

Rep. Edwards, Rock. 4

_____

Rep. Emerick, Rock. 21

# EXHIBIT 82

"Compromise Sought on Anti-Critical race Theory Bill" Article from Apr. 19, 2021

Case 1:21-cv-01077-PB   Document 95-83   Filed 08/14/23   Page 2 of 3





Sen. Jeb Bradley (R-Wolfeboro)

NEWS

Politics (https://nhjournal.com/category/politics/)

# Compromise Sought On Anti-Critical Race Theory Bill

Posted to Politics (https://nhjournal.com/category/politics/) April 19, 2021 by Damien Fisher (https://nhjournal.com/author/damienfisher/)

Republicans in the state Senate are looking for a compromise with their House counterparts over the anti-critical race theory amendment contained in the proposed state budget.

"I hope we're able to find an acceptable version of the language that people can buy into and we can move forward with it," said Sen. Jeb Bradley (R-Wolfeboro).

HB 2, the budget proposal approved by the House, includes language that bars the teaching of "divisive" topics on race and gender. The amendment, which replaces HB 544, is seen as critical if the Senate and Gov. Chris Sununu want the budget to pass.

Rep. Keith Ammon (R-New Boston), one of HB 544's sponsors, said getting the critical race theory ban is a priority for the House GOP. He said it prioritizes storytelling over historical facts and has been creeping into the state's education system for years.

"It's slowly embedding itself in our institutions and it's doing it with very little pushback," Ammon said.

Last week, Rep. Ken Weyler (R-Kingston), House Finance Chair, warned the Senate that the ban on critical race theory is essential for the budget to pass. Weyler said the votes are simply not there if the Senate ditches the ban. Wyler himself considered critical race theory to be a "Marxist, anti-American, anti-White" program.

Bradley said people are worried about what is going on in school given the sometimes controversial idea presented under the critical race theory umbrella.

"People are pretty concerned about kids being taught in school, how this made them feel guilty for the way they are born," Bradley said.

Bradley added people still need to be able to talk about racial inequities in society and in American history.

Critical race theory was developed in the 1970s and it prioritizes narrative and storytelling over data. In some materials it connects American racism with the signing of the Declaration of Independence. One of its best-known national advocates for critical re theory, Ibram X. Kendi, describes "whiteness" as inherently problematic to society and advocates discrimination as part of an "anti-racism" solution.

Ammon's push to ban critical race theory has garnered plenty of opposition, including from Sununu who has expressed worries about the free speech implications of the ban. Last week, the New Hampshire Business and Industry Association, essentially the statewide chamber of commerce group, came out squarely against the ban, saying it will hurt the economy.

According to Jim Roche with the NH BIA, the proposed bans would halt discussions of race and gender inequality, among all state departments, educational institutions, and political subdivisions of the state, including cities and towns. The problem for Roche is that the ban would extend to private businesses that contract with the government. An estimated 1,000 businesses provide services to the state.

"Essentially, this language contains unnecessary restrictions on some private sector companies. We cannot support language where the state is in a position to dictate to private enterprises what they can and cannot discuss with their employees," Roche said.

Ammon responded by questioning if the NH BIA is going "woke." He says his real concern, though, is what sort of compromise the Senate will offer. Ammon is not interested in seeing the bill get watered down, noting conservatives have had enough of that kind of compromise.

"The visual is Charlie Brown and Lucy with the football, 'Hey, we'll give you this' and then whoop, they take it away," Ammon said.

## About the Author



### Damien Fisher (https://nhjournal.com/author/damienfisher/)

Damien Fisher is a veteran New Hampshire reporter. He wrote this for NHJournal.

## More from New Hampshire Journal

# EXHIBIT 83

Rep. Daniel Itse,
"Taxpayers Money is
Being Used to Promote
Systemic Racism in
NH," Union Leader
(Apr. 28, 2021)

Case 1:21-cv-01077-PB   Document 85-34   Filed 08/14/23   Page 2 of 5

https://www.unionleader.com/opinion/op-eds/daniel-itse-taxpayers-money-is-being-used-to-promote-systemic-racism-in-nh/article_e81b9b26-e3f5-5e03-8276-742475a3968c.html

# Daniel Itse: Taxpayers money is being used to promote systemic racism in NH

Apr 28, 2021



Daniel Itse

IT IS IMPORTANT to understand what is happening around us. In the name of anti-racism, our schools and institutions are engaging in racist education.

Here are a few examples:

The University of New Hampshire has a webinar for employees that said the role of White people was to "shut up" and "school yourself."

Southern New Hampshire University has a 5-year plan that involves employees having conversations with their managers about their unconscious bias.

Case 1:21-cv-00067-PB Document 85-24 Filed 08/13/20 Page 2 of 5

Manchester schools mandated anti-Whiteness training for employees, including a webinar called "what is White privilege really?"

Exeter schools have emailed parents information to educate themselves about anti-racism teaching that Whites are inherently racist.

Holderness has on their website that they are integrating social justice, socialism, into the curriculum: that traditional American values are evil.

Concord is doing "anti-racism" training with teachers, teaching that Whites are inherently racist

These teachings are an attack on what it has traditionally meant to be an American. They are an attempt to make every American subjects rather than citizens. The proposed cure is to transfer wealth from the "oppressor" to the "oppressed". The inevitable result is Marxism. They ignore the fact that American governments are the creations of the people, and the creator is always greater than the creation.

In 1974, the people of New Hampshire amended their Bill of Rights Article 2 by adding a second sentence. "Equality of rights under the law shall not be denied or abridged by this state on account of race, creed, color, sex or national origin." This may seem intuitively obvious to us, but not to everyone. Importantly, this amendment puts a particular burden not upon you and me, but upon the State of New Hampshire, and by extension its political subdivisions: counties, towns and ... school districts.

Case 1:21-cv-00017-PB Document 85-34 Filed 08/13/21 Page 6 of 6

This amendment makes it patently unconstitutional for any part of our state or local governments to assign a quality or characteristic upon any person based upon their race (including Caucasian), their creed (including Jewish and Christian), their color (including White), their sex (including male), or national origin (including American). Unfortunately, some of our school districts have been violating this principle by teaching controversial topics such as Critical Race Theory — the theory that White males are inherently oppressors of everyone else. As government officials, our teachers, school administrators and school board members are prohibited from delving into these subjects.

When they took office, our representatives, senators and the governor all took an oath to uphold the Constitution of the state of New Hampshire. That means that they have the duty to enact laws that enforce the Constitution; particularly to prevent members of government from violating the Constitution, such as by teaching Critical Race Theory and similar topics.

Fortunately, Article 38 of our Bill of Rights gives you, the people, the right to enforce the Constitution upon those in public office. It says, in part: And they (the people) have a right to require of their lawgivers (representatives and senators) and magistrates (governor, school administrators, and teachers), an exact and constant observance of them (the principles of the constitution), in the formation and execution of the laws necessary for the good administration of government.

The purpose of House Bill 544 is to enforce the Bill of Rights, Article 2, of the Constitution of the state of New Hampshire upon the government of New Hampshire. Unfortunately, the House of Representatives has laid HB 544 on the table. That means that though it is not dead, neither will it likely go forward.

You, the people of New Hampshire, have the opportunity to lobby your state representatives and senators, and tell them to protect your children from the malfeasance of their teachers and school administrators. You can find your state senator online here — **http://gencourt.state.nh.us**. Tell them what to do.

If the House of Representatives, the Senate and the governor do not take this opportunity to enforce the Constitution, your Constitution, with the school administrators and teachers of this state, then they are declaring war on you and your children.

Daniel Itse served 18 years in the New Hampshire House of Representatives and as vice chair of the Children and Family Law Committee. He lives in Fremont.

# EXHIBIT 84

Excerpt
from Jan.
11, 2022
HB1313
Hearing

Page 1

New Hampshire House of Representatives
House Education Hearing
Chairman Rick Ladd on HB1313
January 11, 2022

_____

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Page 2

1      VICE-CHAIR CORDELLI:  I think we're about
2 ready to resume.  And we will resume with House Bill
3 1313 relative to the rights to freedom from
4 discrimination in higher education.  And the prime
5 sponsor is ready to go.  And so we welcome the
6 testimony of Representative Ladd.
7      REPRESENTATIVE LADD:  Thank you very much,
8 Mr. Chairman and members of the House Education
9 Committee.  For the record, my name is Rick Ladd.  I
10 come from Haverhill, New Hampshire, and I'm here today
11 to speak and introduce HB1313.
12      On June 25, 2021, Governor Sununu signed HB2
13 into law.  New Hampshire became one of six to prohibit
14 instruction that certain individuals are inherently
15 superior to people of another age, sex, gender,
16 identity, sexual orientation, race, creed, color, and
17 other conditions so stated in the bill.  The law
18 further states that an individual, by virtue of certain
19 identifying conditions, such as the color of one's
20 skin, is inherently racist, sexist, or oppressive,
21 whether consciously or unconsciously.  The law does not
22 prohibit discussing, as a part of a larger course of
23 academic instruction, the historical existence of ideas
24 and subjects identified in this section.
25      HB 1313 adds public post-secondary

Page 3

1 institutions to the definition of public employer that
2 was passed back in HB2, for the purpose of prohibiting
3 discrimination in higher education.  Be it being a
4 public employee in grades K through 12 or an instructor
5 at the post-secondary levels, the law applies to all.
6      One should not convey to any individual that
7 his or her color, creed, or other defining
8 characteristics is inherently racist, sexist, or
9 oppressive, whether consciously or unconsciously.  Any
10 instructor aligning and communicating one's own vision
11 of race relations, where the national narrative that
12 uses diversity and inclusion as its platform, is
13 unacceptable.  It is the teacher's or the professor's
14 responsibility to carefully weigh words and actions and
15 thoughtfully engage in civil discussion.  Public
16 employees should reflect that -- reflect the approved
17 curriculum of the institution and not personal belief.
18      The false national narrative that professes
19 that all states suffer from centuries of white
20 privilege, white supremacy, and systematic racism does
21 not reflect New Hampshire.  Any instruction promoting
22 that racism is alive and well in New Hampshire does not
23 reflect post-secondary education in our state, nor does
24 it accurately portray our residents, particularly those
25 who have been here for generations, nor does it address

Page 4

1 the fact that we have invested efforts to attract more
2 individuals and families to New Hampshire, increasing
3 diversity by nearly 75 percent in the decade.
4      In closing, we should not forget
5 Dr. Martin Luther King's famous speech and advice to
6 the nation.  "I have a dream that my four little
7 children will one day live in a nation where they will
8 not be judged by the color of their skin, but by the
9 content of their character."  As a parent and
10 grandparent, I ask that schools and post-secondary
11 institutions teach our young people to think but not
12 tell them what to think.  Advocating CRT is
13 discriminatory and does not reflect New Hampshire's way
14 of life and certainly doesn't align Dr. King's vision.
15 It does the opposite by pitting people against each
16 other.
17      Thank you, Mr. Chair.
18      VICE-CHAIR CORDELLI:  Thank you,
19 Representative.
20      Are there questions from the Committee?
21 Representative Porter?
22      REPRESENTATIVE PORTER:  Thank you, Mr. Chair,
23 and thank you, Representative Ladd for taking my
24 question.
25      Can you tell me, do you believe in such a

Page 5

1  thing as inclusive bias?
2        REPRESENTATIVE LADD:  I think we have a law
3  in place that we passed with HB2, and now I'm asking
4  that that same law be put in place for the other end of
5  education, post-secondary education.
6        REPRESENTATIVE PORTER:  But my question is,
7  do you believe in -- that there's such a thing as
8  implicit bias?  Because implicit bias is not allowed
9  under the under -- my understanding.  The -- we have to
10  deny that that exists.  I want to know if you believe
11  it exists.
12        REPRESENTATIVE LADD:  I don't deny that we
13  have a history that has good, bad, ugly points
14  throughout it.  I agree 100 percent.  As a teacher
15  myself, I was teaching when I was in Alaska that in
16  slavery, as done by the Russians when they came over to
17  Alaska, was absolutely not acceptable and a portion of
18  our history, which should be, you know, corrected, and
19  it was.
20        I also taught the Holocaust, and reading a
21  book right now dealing with "The Tattooist of
22  Auschwitz," which is a wonderful book that all should
23  read.  We have a history in this country that is
24  developing and -- but I don't believe I should be
25  tagged or you should be tagged or anybody in this room

Page 6

1  be tagged with the idea that you are racist because of
2  our past.  Our past is our past.
3        REPRESENTATIVE PORTER:  May I have one more
4  question, sir?
5        REPRESENTATIVE LADD:  We can learn from it.
6        VICE-CHAIR CORDELLI:  Yes.
7        REPRESENTATIVE PORTER:  The definition that
8  I'm here from perception.org, "What does it mean to
9  have an implicit bias?  We have a bias when, rather
10  than being neutral, we have a preference for or
11  aversion to, a person or group of people.  Thus, we use
12  implicit bias to describe when we have attitudes toward
13  people or associates stereotypes with them without our
14  conscious knowledge."  Do you believe that that exists?
15        REPRESENTATIVE LADD:  I think that as you
16  grow and one acquires the wisdom through life, as I did
17  when I moved to Alaska to a small community where I was
18  in the minority.  My younger daughter grew up learning
19  how to speak Yup'ik.  I didn't see one person different
20  from another person.  Yes, there are people you like
21  and you don't like.  That's in every society.  However,
22  I didn't see it in the way, in the format, in the
23  direction you're going.
24        REPRESENTATIVE PORTER:  Then you're a better
25  person than I am, Representative Ladd.

Page 7

1        REPRESENTATIVE LADD:  Well, thank you for the
2  compliment.
3        VICE-CHAIR CORDELLI:  Thank you.  Other
4  questions from the Committee for Representative Ladd?
5        Seeing none -- oh, I'm sorry.  Sorry I missed
6  you.  Please proceed, Representative.
7        UNIDENTIFIED REPRESENTATIVE:  Thank you, Mr.
8  Chair, and thank you, Representative, for taking my
9  question.
10        Would it be allowed in an elementary school
11  to illustrate what discrimination is by, for example,
12  allowing children with only brown eyes to line up first
13  for lunch or to get drinks at the water fountain for
14  lunch as opposed to the blue-eyed children, and then
15  the next day reverse it and allow the blue-eyed
16  children as opposed to the brown-eyed children?
17        REPRESENTATIVE LADD:  I've seen that occur in
18  schools and with younger children, and that has a
19  reverse effect, as well.  And that will oftentimes pit
20  children against children who don't really understand.
21  And I think that that's something I wouldn't do.  I
22  wouldn't line a lot of kids up and say, "Okay, John and
23  Susan, you pick the kids in your team, and the person
24  standing there last is the one that's always hurt."
25  That's not correct.

Page 8

1        I also believe that when we say that we're
2  going to separate based upon a physical characteristic,
3  and, who knows, that young child may go home saying, "I
4  don't have blue eyes, and I'm not the same as that
5  person that has brown eyes."  I don't think young kids
6  see that difference.  I don't think young kids know
7  that when they come to school.  We teach them these
8  discriminatory actions by some of our actions.
9        We should be teaching in our schools what's
10  happened in our past, which is negative, I agree.  But
11  I don't think we should be doing an activity such as
12  that and giving them that experience so they take home
13  the wrong message and they start believing the wrong
14  message.  I think there's other ways to teach what
15  you're trying to teach and what you're trying to do
16  through that activity.
17        VICE-CHAIR CORDELLI:  Representative Mullen?
18        REPRESENTATIVE MULLEN:  Thank you,
19  Representative Cordelli, and thank you, Representative
20  Ladd, for taking the question.
21        So post-secondary students are college
22  students.  Is -- am I correct in assuming that that's
23  what the term means in this bill, Representative Ladd?
24        REPRESENTATIVE LADD:  Yes, that means that
25  they're -- the pupils are K through 12, and that those

Page 9

1 students on the other side of this --
2       MS. CULLEN:  Yeah.
3       REPRESENTATIVE LADD:  -- are graduated from
4 high school --
5       MS. CULLEN:  Okay.  So they're --
6       REPRESENTATIVE LADD:  -- and on to the next
7 level --
8       REPRESENTATIVE MULLEN:  -- beyond K through
9 12.
10      REPRESENTATIVE LADD:  Yes.
11      REPRESENTATIVE MULLEN:  So in this bill, it
12 says that, "No pupil in elementary or second and no
13 post-secondary educational student shall be taught,
14 instructed, inculcated, or compelled to express a
15 belief in or support for any one of the following" --
16 and then I don't have the list in front of me.  But I
17 mean, we basically know that it's the sort of divisive
18 concepts language that follows at this point, correct?
19      REPRESENTATIVE LADD:  Everything that's in
20 the highlighted dark area is new.  Everything that is
21 in the non-bold font is what is in law right now.
22      REPRESENTATIVE MULLEN:  Okay.  So could I
23 have a follow-up, Representative Cordelli?  Thank you.
24      So by adding this to the statute, by adding
25 post-secondary to the statute, are we saying then that

Page 10

1 colleges -- in college classes, people can't discuss
2 critical race theory?
3       REPRESENTATIVE LADD:  No, we're not saying
4 that.  We're not saying that you can't be teaching
5 issues that are in our past that have dealt with race.
6 You can teach, but you're not going to advocate it as
7 your personal belief.
8       REPRESENTATIVE MULLEN:  One more follow-up?
9       VICE-CHAIR CORDELLI:  Yes.
10      REPRESENTATIVE MULLEN:  And I promise I'll
11 get off of this.
12      VICE-CHAIR CORDELLI:  Got the promise.
13      REPRESENTATIVE MULLEN:  I'll -- I wouldn't
14 have given it, Representative, if I didn't mean it.
15      So I guess I'm having a hard time with the
16 nebulousness of the word "instructed" or "taught at the
17 post-secondary level" because it would seem to me that
18 we would not -- we would want adults to be able to talk
19 about anything in an instructional situation.  We would
20 want them to use critical thinking to draw their own
21 conclusions at the post-secondary level.  And so I'm
22 wondering how this cannot be a violation of someone's
23 freedom of speech.
24      REPRESENTATIVE LADD:  We have to look at the
25 rest of that law that was passed last year, which you

Page 11

1 don't see here.
2       MS. CULLEN:  Mm-hmm.
3       REPRESENTATIVE LADD:  And when it talks about
4 "any one or more of the following", and then you go
5 down and you'll see the areas which this bill talks to,
6 which I spoke to at the beginning of my presentation.
7 Those are the issues which we're directing this bill,
8 this post-secondary education instruction towards.
9       REPRESENTATIVE MULLEN:  But my question to
10 you -- and it's the same question, Representative
11 Cordelli, it's not a new one.  My question to you is:
12 Why would we want to prohibit adults from talking about
13 anything in their post-secondary education that they
14 have paid for and are capable of formulating their own
15 opinions?  I mean, we're talking college students.  Why
16 would we want to do that?  Would that not be considered
17 curtailing the freedom of speech?
18      REPRESENTATIVE LADD:  I would just love to be
19 -- have the opportunity to attend and join some of
20 these classrooms where I have been told by college
21 students you echo back exactly what you want to that --
22 what that professor wants and you'll get your A; you
23 show a divergent way of thinking, and hang it up.  I
24 think that we got to be very careful that we don't
25 narrow down the -- where we're going with our

Page 12

1 instruction in a post-secondary level by coming across
2 and saying, I as the instructor, am advocating this,
3 I'm pushing this.  I, as this young student, would be
4 kind of like, well, I guess I know how I can get out of
5 this class; I'll just echo what that individual's
6 saying; if I go the other way, I know where I'm going
7 to be.
8       So I think that there's certain ways of
9 communicating.  We don't want to teach them what to
10 think.  We want to teach them how to think.  And we
11 ought to be able to respect perspectives from different
12 directions.
13      REPRESENTATIVE MULLEN:  I'm not sure that you
14 answered my question, Representative, but thank you for
15 the attempt.
16      REPRESENTATIVE LADD:  You're welcome.
17      VICE-CHAIR CORDELLI:  Representative Tanner?
18      REPRESENTATIVE TANNER:  Thank you, Mr. Chair,
19 and thank you, Representative Ladd, for taking the
20 question.
21      I think there has been nothing since I've
22 been legislator that has caused more of my
23 constituents, in particularly teacher friends of mine,
24 to contact me and talk to me.  And we've wrestled with
25 this about this bill.  And you're making it even --

3  (Pages 9 to 12)

Page 13

1  I -- in my opinion, even harder on teachers, and now
2  even college professors.  And I'm wondering, because
3  you were an administrator and because you were a
4  teacher, given what we have here, how do you feel a
5  person in a classroom would be when some student in the
6  class asks a question that enters into this critical
7  race theory, divisive concept, nebulous cloud that
8  we're talking about?  How would you counsel a teacher
9  as to how to handle that?
10         REPRESENTATIVE LADD:  You can respond to a
11  question.  You don't have to say, "This is my way of
12  thinking" though.  You can respond to a question.  You
13  can have open dialogue.  I don't object to that, and I
14  don't think that that a college professor should.
15  However, when you come out and you're advocating for
16  that or forming committees or groups to work on
17  subjects like this on this topic, you're advocating for
18  it, you're pushing it.  And that's something we don't
19  want to push discrimination because that's exactly what
20  it is.  It's ending up pitting individuals against
21  other individuals when we didn't need to go that
22  direction.
23         I believe our society is changing, and it's
24  changing for the better.  We're all more aware, and
25  it's moving forward.  This legislation or CRT or any of

Page 14

1  these projects that have come out are just, I think,
2  tearing the fabric of this country apart.  And I think
3  there are different opinions on the committee right now
4  on this topic.  And you're welcome to have your own
5  opinion.
6         REPRESENTATIVE TANNER:  Well --
7         REPRESENTATIVE LADD:  And I respect that.
8         REPRESENTATIVE TANNER:  Thank you for that.
9  I'm glad I have still free speech.
10         REPRESENTATIVE LADD:  Yes, you do.  We all
11  do.
12         VICE-CHAIR CORDELLI:  Any other questions for
13  the representative?
14         Maybe, if I could ask, Representative, it's
15  my recollection that the existing statute currently has
16  a provision explicitly stating that subjects, as we've
17  been discussing, can be part of any academic
18  instruction that would, I think, or should satisfy any
19  teacher concerns?  Am I correct in my recollection of
20  that statute?
21         REPRESENTATIVE LADD:  That is in law, and you
22  are correct, Representative Cordelli.
23         VICE-CHAIR CORDELLI:  Thank you very much for
24  your testimony.
25         Oh, I'm sorry.  Representative Ford?

Page 15

1         REPRESENTATIVE FORD:  Thank you, Mr. Chair.
2         Representative, one question that's puzzled
3  me throughout this entire discussion is that there
4  never seems be a definition of a theory; and that what
5  is often advanced in terms of a theory is advanced as
6  fact.  And a theory is, as I've always been taught,
7  something that is not yet proved.  And so I wonder
8  about if part of the issue here isn't that people who
9  are perhaps not as skillful in their teaching, but are
10  teaching the theory as though it's a fact, when in fact
11  it's nothing more than a speculation.  The thing falls
12  on its face in terms of just rational and analysis.
13         REPRESENTATIVE LADD:  I think that's well-
14  stated.
15         VICE-CHAIR CORDELLI:  Thank you very much.
16         REPRESENTATIVE FORD:  Thank you.
17         VICE-CHAIR CORDELLI:  Seeing no further
18  questions, thank you very much, Representative.
19         REPRESENTATIVE LADD:  Thank you.
20    (Excerpt ends)
21
22
23
24
25

Page 16

1        C E R T I F I C A T I O N
2
3      I, Alicia Jarrett, do hereby certify that the
4  foregoing is a correct transcript from the electronic
5  sound recording provided for transcription and prepared
6  to the best of my professional skills and ability.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23  _____
24  ALICIA JARRETT, AAERT NO. 428    DATE:  April 14, 2023
25

4 (Pages 13 to 16)

Page 16

1                    C E R T I F I C A T I O N

2

3          I, Alicia Jarrett, do hereby certify that the

4    foregoing is a correct transcript from the electronic

5    sound recording provided for transcription and prepared

6    to the best of my professional skills and ability.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23    _____

24    ALICIA JARRETT, AAERT NO. 428    DATE:  April 14, 2023

25

# EXHIBIT 85

Redacted
version of
Feb. 1,
2022 F.
Edelblut
Email
Exchange

**From:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
**To:** ████████████████ @gmail.com>
**Subject:** RE: FW: The Regulated Classroom disappointing
**Date:** Tue, 01 Feb 2022 13:47:04 -0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png; image004.png

---

I do not have an "independent" review of the actual trainings. There will be an on-line version that I would be happy to share with you to watch and share any feedback.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
**Phone:** 603-271-3144
Frank.Edelblut@doe.nh.gov



 New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** ████████████████ .@gmail.com>
**Sent:** Tuesday, February 1, 2022 8:38 AM
**To:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Subject:** Re: FW: The Regulated Classroom disappointing

EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.

I don't know what your other options were to deal with the classroom fallout from Covid-19 policies, but I do appreciate that you were attentive to and attempted to mitigate the potential damage in advance.

Is there a review process in place for Ms. Daniel's training and methods that includes anonymous feedback from individual teachers?

Thank you for your prompt response and your leadership at NH DOE.

Best regards,

████████████

On Tue, Feb 1, 2022, 8:14 AM Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov> wrote:

 ,

Thank you for sharing that with us.

I can tell you that I personally reviewed the materials for this program and reserved, as part of the contract (you can see the contract on the Governor and Council site), the right to edit such content to ensure that the "woke" CRT type concepts would not be included in this program that may be a violation of our laws. I further spoke with Emily to ensure that she too was aware of the proper scope of this contract to ensure the services provided are directed at

supporting the students and teachers with tools relative to dysregulation. I am happy to discuss this further with you if you like. My cell number is 603 ██████████

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov

NHDOE-logo-fullWide

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** Houghton, Kimberly C <kimberly.c.houghton@doe.nh.gov>
**Sent:** Tuesday, February 1, 2022 8:03 AM
**To:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Subject:** Fwd: The Regulated Classroom disappointing


**From:** ██████████@gmail.com>
**Sent:** Monday, January 31, 2022 9:15:50 PM
**To:** Houghton, Kimberly C <kimberly.c.houghton@doe.nh.gov>
**Subject:** The Regulated Classroom disappointing

**EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.**

Dear Ms. Houghton,

As a school board member, I am sad to see that the NH DOE is partnering with an organization whose founder is so steeped in critical race theory. A cursory reading of the two blog posts which are linked to her web page was disturbing, especially in view of the current legislation which has drawn attention to educators who are engaging in a form of racism themselves. Ms. Daniels by her own woke words fits the description of one who seeks to divide our world into the oppressed and the oppressor based on skin color.

Disappointed,

██████████

Pittsfield

# EXHIBIT 86

Redacted version of Mar. 18, 2022 D. Fenton Email Exchange

(Depo. Ex. 23)

2391

**From:** ███████████@hotmail.com>
**To:** "Fenton, Diana" <Diana.E.Fenton@doe.nh.gov>
**Subject:** Re: Devise Concepts Policy and Complaint Process
**Date:** Fri, 18 Mar 2022 18:45:03 +0000
**Importance:** Normal



---

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

---

Much appreciated Diana! - ███

---

**From:** Fenton, Diana <Diana.E.Fenton@doe.nh.gov>
**Sent:** Friday, March 18, 2022 2:36 PM
**To:** ███████████@hotmail.com>
**Subject:** Devise Concepts Policy and Complaint Process

—

Richard Farrell forwarded the email that you sent to him.  You are correct that the subject matter of HB 544 was put into HB 2 and was passed into law last year.  The Attorney General's Office issued a Technical Advisory on this matter back in July and you can access it here:

https://www.doj.nh.gov/news/2021/20210721-anti-discrimination-laws.htm

You may file a grievance directly with the Human Rights Commission and there is also a link to a submission form on the DOE website.

I hope that helps provide clarification.  Please feel free to contact me with any additional questions as it pertains to this matter.

Best,

diana

~~~~~~~~~~~~~~~~
Diana E. Fenton, Esq.
Chief, Governance Unit
New Hampshire Department of Education
Office of the Commissioner
101 Pleasant Street
Concord, NH 03301
Diana.fenton@doe.nh.gov
(603) 271-3189

DOE 812

# EXHIBIT 87

# Drummond Woodsum August 5, 2021 Presentation

PL 00439



**Drummond**Woodsum

# Another Brick in the Wall?

**Thursday, August 5, 2021**
9:00-11:00 AM | Live Online via Zoom

**Presented by Drummond Woodsum Attorneys:**

**Meghan S. Glynn**
mglynn@dwmlaw.com

**James A. O'Shaughnessy**
joshaughnessy@dwmlaw.com

**Milliana R. Zonarich**
mzonarich@dwmlaw.com

800.727.1941 | dwmlaw.com | SchoolLaw.com | ServingSchools.com

© Copyright 2021 Drummond Woodsum.  All rights are expressly reserved.

PL 00440

PL 00441



# CERTIFICATE OF ATTENDANCE

This is to certify that _____ has successfully

completed 2 contact hours of continuing education at the program, **"Another**

**Brick in the Wall?"** presented by Drummond Woodsum, held on Thursday, August

5, 2021.

_____

*James A. O'Shaughnessy*
603.792.7411 Direct
joshaughnessy@dwmlaw.com

*This form denotes attendance at entire program.*
*If you arrive late or leave prior to the program ending time, it is your responsibility to adjust hours accordingly.*

*Thank you for attending!*

Adriana Grimes, Events Coordinator
Drummond Woodsum
800.727.1941 Ext. 232
agrimes@dwmlaw.com

PL 00443

# ZOOM LOGIN

Topic: **Another Brick in the Wall?**
Time: **Aug 5, 2021 09:00 AM** Eastern Time (US and Canada)

Join Zoom Meeting
https://dwmlaw.zoom.us/j/82437490390?pwd=TGxqeG1PN2tRaDM1aW9xK0tFbE1yQT09

**Meeting ID: 824 3749 0390**
**Passcode: 281510**

One tap mobile
+19294362866,,82437490390#,,,,*281510# US (New York)
+13017158592,,82437490390#,,,,*281510# US (Washington DC)

Dial by your location
        +1 929 436 2866 US (New York)
        +1 301 715 8592 US (Washington DC)
        +1 312 626 6799 US (Chicago)
        +1 669 900 6833 US (San Jose)
        +1 253 215 8782 US (Tacoma)
        +1 346 248 7799 US (Houston)
Find your local number: https://dwmlaw.zoom.us/u/kYlv7rSx

PL 00445

2399



## INTRODUCTION

- Topics Covered Today:
  - Prohibition on particular mandated employer trainings
  - Prohibition on teaching "prohibited concepts"
  - Jurisdiction and remedies
  - Protections for public employees
- NOT Covered
  - Critical Race Theory – CRT

800.727.1941 | dwmlaw.com
Copyright 2021 Drummond Woodsum. All rights expressly reserved.

DrummondWoodsum    2

1

## PROTECTED CLASSES: RSA 354-A

- Age
- Sex
- Gender identity
- Sexual orientation
- Race
- Color

- Marital status
- Familial status
- Disability
- Religion
- National origin

800.727.1941 | dwmlaw.com
Copyright 2021 Drummond Woodsum. All rights expressly reserved.

DrummondWoodsum   3

## NEW HAMPSHIRE'S DIVISIVE CONCEPTS BILL

- Originally considered in the Legislature as House Bill 544

  - The early versions of this bill had a much broader definition of "divisive concepts" – i.e. there were lots more concepts that were considered to be divisive that educators would have had to avoid.

  - HB 544 was NOT enacted into law.

  - However, certain amendments to the New Hampshire Human Rights Act (RSA 354-A) and RSA 193 (Pupils) were appended to the 2022 budget bill, also known as House Bill 2. These amendments include a prohibition on teaching certain divisive concepts. This bill DID pass and is now the law in all New Hampshire school districts.

800.727.1941 | dwmlaw.com
Copyright 2021 Drummond Woodsum. All rights expressly reserved.

DrummondWoodsum   4

## "DIVISIVE CONCEPTS" (1 OF 4)

- That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin, **are inherently superior or inferior** to people of another age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin

- *Inherent*: *existing in someone or something as a permanent and inseparable element, quality, or attribute (www.dictionary.com)*

**800.727.1941 | dwmlaw.com**
Copyright 2021 Drummond Woodsum. All rights expressly reserved.

**Drummond**Woodsum

5

## "DIVISIVE CONCEPTS" (2 OF 4)

- That an individual, by virtue of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin **is inherently racist, sexist, or oppressive, whether consciously or unconsciously**

**800.727.1941 | dwmlaw.com**
Copyright 2021 Drummond Woodsum. All rights expressly reserved.

**Drummond**Woodsum

6

## "DIVISIVE CONCEPTS" (3 OF 4)

- That an individual **should be discriminated against or receive adverse treatment** solely or partly because of his or her age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin

800.727.1941 | dwmlaw.com
Copyright 2021 Drummond Woodsum. All rights expressly reserved.

Drummond Woodsum

7

## "DIVISIVE CONCEPTS" (4 OF 4)

- That people of one age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin **cannot and should not attempt to treat others equally and/or without regard to** age, sex, gender identity, sexual orientation, race, creed, color, marital status, familial status, mental or physical disability, religion, or national origin.

800.727.1941 | dwmlaw.com
Copyright 2021 Drummond Woodsum. All rights expressly reserved.

Drummond Woodsum

8

2403

## EQUITY VS. EQUALITY

- **<u>Equity</u>:** treating individuals based on their individual needs and requirements. Equity involves trying to understand and provide people with what they actually need to function on the same level as others.

- **<u>Equality</u>:** treating individuals equally and in the same manner, regardless of their individual needs or requirements. Equality aims to ensure that everyone receives the same opportunities and that individuals and groups are not treated differently or less favorably.

**800.727.1941 | dwmlaw.com**
Copyright 2021 Drummond Woodsum. All rights expressly reserved.

Drummond Woodsum    9

## PROHIBITION: PUBLIC EMPLOYERS

- No public employer, either directly or through the use of an outside contractor, shall teach, advocate, instruct, or train any employee, student, service recipient, contractor, staff member, inmate, or any other individual or group [any prohibited concept].

  - Note that K-12 students are covered under this provision, as are volunteers.

**800.727.1941 | dwmlaw.com**
Copyright 2021 Drummond Woodsum. All rights expressly reserved.

Drummond Woodsum    10

## PROHIBITION: TEACHING IN PUBLIC SCHOOLS

- **RSA 193:40**

  - No pupil in any public school in this state shall be taught, instructed, inculcated or compelled to express belief in, or support for, any [prohibited concept].

    - <u>Inculcate</u>: "to teach and impress by frequent repetitions or admonitions…. Implies persistent or repeated efforts to impress on the mind."
      – *Merriam-Webster* (*https://www.merriam-webster.com/dictionary/inculcate*).

    - <u>Compel</u>: "to drive or urge forcefully or irresistibly…. to cause to do or occur by overwhelming pressure."
      – *Merriam-Webster* (*https://www.merriam-webster.com/dictionary/compel*).

## REMEDIES AND PENALTIES

- **People asserting that a school district has violated RSA 354-A (NH Law Against Discrimination) can bring claims in:**

  - Superior Court:

    RSA 354-A and other causes of action; Whistleblower Protection Act; RSA 98-E:3 (Public Employee Freedom of Expression)

  - NH Commission for Human Rights: RSA 354-A

    - These remedies include compensatory damages, administrative fines, reinstatement, back-pay, unpaid wages, liquidated damages, attorney's fees, criminal penalties, equitable damages, injunctive relief, and declaratory judgment.

## PENALTIES FOR EDUCATORS

- **For violations of RSA 193:40** (i.e., teaching or training on "divisive concepts"):

  - "Any person" claiming to be aggrieved by this section (including the Attorney General) may:

    - File a civil action against a school **or** school district in Superior Court for legal or equitable relief

    - File a complaint with the NH Commission for Human Rights

**800.727.1941 | dwmlaw.com**
Copyright 2021 Drummond Woodsum. All rights expressly reserved.

DrummondWoodsum                    13

## CODE OF CONDUCT VIOLATION

- **Educator Code of Conduct**

  - Violation of RSA 193:40 by an educator (including any professional employee whose position requires certification by the state board under RSA 189:39) is considered a violation of the educator code of conduct that justifies disciplinary sanction by the state board of education.

- <u>Duty to Report – Ed 510.05</u>

  - Every credential holder also has a duty to report <u>any suspected violation</u> of the code of conduct in accordance to local procedures (usually to their principal)

    - Every Principal shall report when the principal <u>has been notified</u> or <u>is personally aware</u> that a credential holder has violated the code of conduct (usually to the Superintendent).

**800.727.1941 | dwmlaw.com**
Copyright 2021 Drummond Woodsum. All rights expressly reserved.

DrummondWoodsum                    14

## REPORT TO DEPARTMENT OF EDUCATION

- <u>Duty to Report – Ed 510.05</u>

  - Superintendent must report violations to the Office of Credentialing at the NH Department of Education when:

    - The superintendent <u>has knowledge</u> that a credential holder has violated the code of conduct

- If a credential <u>has made a report</u> and believes the local reporting procedures have not been followed, the reporting credential holder <u>shall</u> notify the department directly.

    - *Note: at the time of the training, Ed 510 has not yet been amended to incorporate the new law.*

800.727.1941 | dwmlaw.com
Copyright 2021 Drummond Woodsum. All rights expressly reserved.

DrummondWoodsum    15

## PROTECTIONS FOR PUBLIC EMPLOYEES

- A public employee may refuse to participate in any training, program, or other activity at which the public employer "advocates, trains, teaches, instructs, or compels participants to express belief in or support for" a prohibited concept.

  - Such an action may fall under the Whistleblower Protection Act.

- The public employer may not take adverse action against the employee for this refusal.

- Per the NH Department of Education, the NH Commission for Human Rights, and the NH Department of Justice ("State Guidance"), the law does not prohibit employers from mandating attendance at training programs that comply with the law.

- Employees cannot refuse to attend or walk out simply because the training makes them uncomfortable.

800.727.1941 | dwmlaw.com
Copyright 2021 Drummond Woodsum. All rights expressly reserved.

DrummondWoodsum    16

## SCHOOL EMPLOYERS: PROHIBITED

- Retaliation or adverse action resulting from a good-faith refusal to participate in a program that violates the new provisions of RSA 354-A

- Programs stating that people:

  - Are inherently superior or inferior,

  - Are inherently racist, sexist, or oppressive (consciously or unconsciously),

  - Should be discriminated against or receive adverse treatment, or

  - Cannot or should not treat others equally and/or without regard to a protected characteristic

  On the basis of a protected characteristic.

## SCHOOLS AS EMPLOYERS: PERMITTED

- Trainings in compliance with federal and state civil rights laws

  - Title IX

  - Title VII

  - The IDEA

  - The ADA/Section 504

  Notwithstanding language in the statute, employers and public entities still have an obligation under federal law to provide accommodations and other differential treatment to individuals with disabilities.

## SCHOOLS AS EMPLOYERS: GRAY AREA

- Programs that involve discussion of power structures or power imbalances in society
  - Depending on how the topic is approached…
    - Safe harbor: discussion of concepts and ideas, rather than compelling a person to adopt a belief or even agree with the concept or idea.
    - Exposure to ideas and viewpoints, rather than asking or requiring acceptance or agreement with the ideas or viewpoints.
- Programs that involve advocating for these concepts will be more problematic:
  - Affirmative action to promote equity
  - Reparations for past wrongs
  - White privilege

**800.727.1941 | dwmlaw.com**
Copyright 2021 Drummond Woodsum. All rights expressly reserved.

**Drummond**Woodsum

19

## STATE GUIDANCE FOR SCHOOL EMPLOYERS

- According to State Guidance, employers may:
  - Take steps to examine issues related to "equity, diversity, inclusion, equality, and other related topics"
  - Conduct trainings "geared towards diversity, equity, equality and inclusion" including implicit bias training
  - Conduct trainings "that address racism, sexism, and other practices or ideas that have harmed or continue to harm certain identified groups," even if it makes participants uncomfortable
- Practice Pointers:
  1) Review training materials in advance for compliance
  2) Notify employees that training conforms with RSA 354-A
  3) Add disclaimer to materials: "the Districts/School has reviewed the content of this training program and can confirm that it is in compliance with RSA 354-A."

**800.727.1941 | dwmlaw.com**
Copyright 2021 Drummond Woodsum. All rights expressly reserved.

**Drummond**Woodsum

20

## SCHOOLS AS EDUCATORS: PROHIBITED

- Programs, including classroom instruction, stating that people:

  - Are inherently superior or inferior,

  - Are inherently racist, sexist, or oppressive (consciously or unconsciously),

  - Should be discriminated against or receive adverse treatment, or

  - Cannot or should not treat others equally and/or without regard to a protected characteristic

  On the basis of a protected characteristic.

800.727.1941 | dwmlaw.com
Copyright 2021 Drummond Woodsum. All rights expressly reserved.

**Drummond**Woodsum

21

## SCHOOLS AS EDUCATORS: PERMITTED

- Discussing, as a part of a larger course of academic instruction, the historical existence of facts, topics, and subjects identified in the new law (including the prohibited concepts)

- Compliance with the ADA/Section 504 and the Individuals with Disabilities Education Act (IDEA), which require accommodation and other differential treatment for certain students with disabilities

- Teaching about the existence of racism, sexism, and other forms of discrimination

800.727.1941 | dwmlaw.com
Copyright 2021 Drummond Woodsum. All rights expressly reserved.

**Drummond**Woodsum

22

## CLASSROOM TEACHING: GRAY AREA

- Discussions regarding power structures in present-day society
  - These discussions could include debate about possible solutions to social problems, some of which may involve treating some groups differently than others.
  - Again, consider the difference between presenting ideas and concepts vs. compelling belief or agreement.
- Discussions of cultural sensitivity
  - Again, these discussions could involve recommendations about how to treat others in accordance with how *they* wish to be treated, which may not always be "without regard to" their protected characteristics.
- Caution:
  - Testing on controversial subjects
  - Requiring students to adopt belief in or to agree with certain ideas, viewpoints, concepts, or values.
  - Remember that students have first amendment rights in the classroom where the teacher opens up a discussion. Teachers can shut down students' comments only where they cause a "substantial disruption" to the school environment.

**800.727.1941 | dwmlaw.com**
Copyright 2021 Drummond Woodsum. All rights expressly reserved.

Drummond Woodsum

23

## SCHOOLS AS EDUCATORS: STATE GUIDANCE

- According to **guidance** from the NH Department of Education, NH Commission for Human Rights, and the NH Department of Justice, public schools may:
  - Continue to teach historical subjects such as: slavery, treatment of Native American populations, Jim Crow laws, segregation, treatment of women, treatment of LGBTQ+ people, treatment of people with disabilities, treatment of people based on their religion, or the Civil Rights Movement.
    - This may include discussion about the lingering impact of historical practices upon different identified groups.
  - Continue to have discussions related to current events, including the Black Lives Matter movement, efforts to promote equality and inclusion, or other contemporary events that impact certain identified groups
  - Present lessons, subjects, or areas of discussion that make students, faculty, or parents uncomfortable

**800.727.1941 | dwmlaw.com**
Copyright 2021 Drummond Woodsum. All rights expressly reserved.

Drummond Woodsum

24

## CLASSROOM TEACHING: BEST PRACTICES

- Train staff at the beginning of this school year on this new law

- Review lesson plans that related to controversial subjects

- Principals should work with teachers have specific concerns on how to adapt or modify their curriculum and lesson plans if necessary

- Review and prepare for pushback related to "divisive concepts"

- Consider the joint state guidance, as it provides insight into how the Department of Education interprets the law and how it will likely review allegations of teacher misconduct under this statute.

**800.727.1941 | dwmlaw.com**
Copyright 2021 Drummond Woodsum. All rights expressly reserved.

DrummondWoodsum          25

## FREE SPEECH: STUDENTS

- Free speech – students in the classroom:

  - Schools and the teachers in the classrooms have significant control over student expression in the classroom. Classrooms are not open forums for expression. Teachers can exercise control over student speech to assure that participants learn whatever lessons the activity is designed to teach.

  - Accordingly, teachers should continue to regulate classroom discussions to maintain control of the discussion and to ensure compliance with the law.

  In general, remember that students maintain some free speech rights under the *Tinker* standard, which protects speech that does not create a substantial disruption to the school environment.

**800.727.1941 | dwmlaw.com**
Copyright 2021 Drummond Woodsum. All rights expressly reserved.

DrummondWoodsum          26

## ACADEMIC FREEDOM: TEACHERS

- Free speech – teachers in the classroom:

  - While teachers retain some limited free speech rights at work, courts have consistently held that primary and secondary school teachers really do not have academic freedom while engaged in teaching.

  - Teachers lack the same kind of freedom that professors enjoy to express their personal views and opinions.

  - Translation: teachers have the freedom in the classroom to discuss the assigned subject matter in the manner they deem appropriate, but must ensure that their comments are directly related to the curriculum established by the Board and do not delve into unlawful topics.

  - Collective bargaining agreements – some CBAs contain provisions titled, "Academic Freedom" which, for the most part, do not permit teachers to express their own views and opinions. However, if you have such a provision, teachers should be cautioned that state law now sets limits on what can be taught in the classroom.

**800.727.1941 | dwmlaw.com**
Copyright 2021 Drummond Woodsum. All rights expressly reserved.

Drummond Woodsum

27

## SCHOOL BOARD POLICIES

- Every school district in NH should have board policies which provide a process for:

  - Parents to object to objectionable course material

  - Parents and students to challenge the instructional materials and library resources used in the school's educational program on the basis of appropriateness.

- Familiarize yourself with these policies, ask your policy committee to review and update, and direct the pubic to follow the processes contained therein if they have complaints or issues:

  - IJL - Library and Instructional Materials

  - IGE/IGC - Objectionable Course Material

**800.727.1941 | dwmlaw.com**
Copyright 2021 Drummond Woodsum. All rights expressly reserved.

Drummond Woodsum

28

## OBJECTIONABLE CLASSROOM MATERIAL

- **RSA 186:11, IX-c (board policy IGC/IGE)**

  - Requires school districts to adopt a policy allowing for an exception to objectionable course material.

  - Parent notifies the school principal in writing of the specific material to which they object

  - Principal and parents agree upon an alternative program, at the parent's expense, sufficient to enable the child to meet state requirements for education in the particular subject area.

  - Instruction on human sexuality and sexual education – schools must also provide parents and legal guardians not less than 2 weeks advance notice of curriculum course material used for instruction of human sexuality or human sexual education.

**800.727.1941 | dwmlaw.com**
Copyright 2021 Drummond Woodsum. All rights expressly reserved.

Drummond Woodsum                                              29

## OBJECTION TO LIBRARY AND INSTRUCTIONAL MATERIALS

- American Library Association Positions:

  - Freedom to Read Statement

  - Library Bill of Rights – American Library Association believes that libraries are forums for information and ideas, and that the following basic policies should guide their services (partial list only):

    I. Books and other library resources should be provided for the interest, information, and **enlightenment of all people of the community** the library serves. Materials should not be excluded because of the origin, background, or views of those contributing to their creation.

    II. Libraries should provide materials and information presenting **all points of view on current and historical issues.** Materials should not be proscribed or removed because of partisan or doctrinal disapproval.

    III. Libraries should **challenge censorship** in the fulfillment of their responsibility to provide information and enlightenment.

**800.727.1941 | dwmlaw.com**
Copyright 2021 Drummond Woodsum. All rights expressly reserved.

Drummond Woodsum                                              30

## STUDENT AND STAFF CODE OF CONDUCT

- School districts as both employers and educators should continue to follow and enforce their code of conduct.

- This law does not provide an opportunity for students or staff to engage in discriminatory conduct and such misconduct must continue to be addressed through appropriate methods.

800.727.1941 | dwmlaw.com
Copyright 2021 Drummond Woodsum. All rights expressly reserved.

**Drummond**Woodsum        31

## CLOSING THOUGHTS

- The state guidance, while helpful, does not fully resolve many of the concerns caused by the use of imprecise or vague language in the new law.

- The law is difficult to understand, often relying on double-negative sentence construction and undefined terms, which will have a chilling effect on otherwise lawful academic discussions.

- We know from recent US Supreme Court decisions that it is challenging for schools to regulate student conduct without infringing on student's First Amendment rights to free speech.

- One of the biggest compliance issues is how to appropriately monitor and control classroom discussions while lawfully regulating student speech.

800.727.1941 | dwmlaw.com
Copyright 2021 Drummond Woodsum. All rights expressly reserved.

**Drummond**Woodsum        32



**Contact Us**

670 N. Commercial Street, Suite 207
Manchester, NH 03101
603.716.2895  Main
603.716.2899  Fax

78 Bank Street
Lebanon, NH 03766
603.433.3317  Main
603.433.5384  Fax

84 Marginal Way, Suite 600
Portland, Maine 04101
207.772.1941  Main
207.772.3627  Fax

800.727.1941 | dwmlaw.com

© Copyright 2021 Drummond Woodsum.  All rights are expressly reserved.

PL 00463

# EXHIBIT 88

DOE Nov.
10, 2021
Website

(Depo. Ex.
21)

11/10/21  Wayback Machine

☐ Change Site Language    ☐ Search The Site

☐      **Get the latest Coronavirus COVID-19 update at**
**ALERT**    **https://www.covid19.nh.gov**

**EXHIBIT 21**

D. Fenton
5/17/2023

**Reporter: Sharon Saalfield**
**RDR, CRR**

☐ OPEN MENU

Home  ☐  Who We Are  ☐  Deputy Commissioner's Office  ☐  Office of Governance  ☐  Right to Freedom from Discrimination in Public Workplaces and Education

# Right to Freedom from Discrimination in Public Workplaces and Education

*The department of education wants to ensure that all students have the opportunity to learn in a safe and encouraging environment that instills hope and promise for a bright future. One aspect of that environment, both for students and teachers alike, is that it is free from discrimination.*

House Bill 2 was passed by both bodies of the legislature and signed into law by the Governor on June 25, 2021. Included in HB 2 are sections 297 and 298, Right to Freedom from Discrimination in Public Workplaces and Education.

There has been much discussion about this law and what prohibitions it imposes on public employers, government programs, and schools. The State of New Hampshire and its political subdivisions recognize that they have a duty to ensure that they treat all residents and visitors equally. This means that all employees or individuals who work to provide or administer programs and services on behalf of the State of New Hampshire, including teachers in an educational setting, must continually strive to treat all of those with whom they may come into contact equally and with dignity and respect.

This web page is being offered in support of the New Hampshire Commission for Human Rights (Commision) for those who believe that they, or their child, was discriminated against because their child's school was teaching and/or advocating that one identified group is:

- Inherently superior or inferior to people of another identified group
- Inherently racist, sexist, or oppressive, whether consciously or unconsciously
- Should be discriminated against or receive adverse treatment
- Should not treat members of other identified groups equally

Completion of a Public Education Intake Questionnaire does not constitute a formal charge of discrimination, but the first step in making such a determination.

## Filing a Public Education Intake Questionnaire

Please complete and submit the Public Education Intake Questionnaire form below. Before submitting, ensure all contact information provided on the form is as current and up to date as possible. Once the completed questionnaire is received, it will be reviewed by the Commission's Intake Coordinator. The Coordinator may need to reach out to gather more information to determine if the individual filing has grounds to file a formal complaint. Once review is complete, the Intake Coordinator will provide information to explain the next steps in filing a formal complaint or to explain why there is no basis to file a charge of discrimination. We recommend saving or printing a copy of the completed questionnaire for your personal records.

The below form can be submitted to the Commission directly by using the submit button when opened in Adobe. If Adobe is unavailable, please complete the form and submit it via email to humanrights@hrc.nh.gov.

Public Education Intake Questionnaire Form

If you believe an educator may have violated the code of conduct, such a complaint can be filed to the Department of Education by email to Kate Walker, Kate.A.Walker2@doe.nh.gov.

Educator Code of Conduct and Ethics

## Resources and Links

- New Hampshire Commission for Human Rights Case Processing Procedure and Summary Fact Sheet
- Frequently asked Questions: New Discriminatory practice prohibitions applicable to k-12 public educational programs
- Frequently asked Questions: New Discriminatory practice prohibitions applicable to public employers and government programs
- State Issues Guidance Regarding New Anti-Discrimination Laws
- Chapter 91: HB 2-FN-A-LOCAL Final Version
- NH RSA 354-A

## Contact

New Hampshire Commission for Human Rights
2 Industrial Park Drive, Bldg. One
Concord, NH 03301
Telephone: (603) 271-2767
Fax: (603) 271-6339
E-mail: humanrights@hrc.nh.gov

Portable Document Format (.pdf) . Visit nh.gov for a list of free .pdf readers for a variety of operating systems.

**101 Pleasant Street | Concord, NH | 03301-3860**
(603) 271-3494 | TDD Access: Relay NH 1-800-735-2964 |
info@doe.nh.gov

NH Career and Technical Education

NH Schools

NH Government Careers

NH Travel & Tourism

NH Web Portal - NH.gov

https://web.archive.org/web/20211110220932/https://www.education.nh.gov/who-we-are/deputy-commissioner/office-of-governance/right-to-freedom-from-discrimination                              2/3

Directions to NHDOE ☐        Subscribe to e-news ☐

iPlatform                ReadyNH.gov

myNHDOE                Transparent NH

Educator Search

© 2021 State of New Hampshire • All rights reserved  |  Accessibility Policy  |  Privacy Policy        AN OFFICIAL NEW HAMPSHIRE GOVERNMENT WEBSITE

# EXHIBIT 89

DOE Nov.
10, 2021
Press
Release

(Depo. Ex.
25)

⊕ Change Site Language   🔍 Search The Site



## New Hampshire
# Department of Education



**EXHIBIT 25**

R. Farrell

5/18/2023

Reporter: Sharon Saalfield
RDR, CRR



☰ **OPEN MENU**

Home  ›  NHDOE launches webpage for reporting alleged discrimination in schools

## Press Release

For Immediate Release
**Posted:** November 10, 2021

## Contact

Kim Houghton, Communications Administrator
(603) 513-3030 | kimberly.c.houghton@doe.nh.gov

# NHDOE launches webpage for reporting alleged discrimination in schools

CONCORD, NH — The New Hampshire Department of Education has launched a new webpage in support of the New Hampshire Commission on Human Rights aimed to ensure that students and educators are free from discrimination, and that they have the opportunity to learn and teach in a safe environment.

This website in support of the Commission provides parents with an online site to address concerns that their child may have been discriminated against. Parents, guardians and teachers are able to submit a public education intake questionnaire that will be reviewed by a Commission intake coordinator to determine if there are grounds to file a formal complaint.

This project was spearheaded following the passage of House Bill 2, Right to Freedom from Discrimination in Public Workplaces and Education.

"This update to the law provides a mechanism for individuals who believe they are being discriminated against or aggrieved to have a neutral, third party review and weigh the information. This also creates a unique opportunity for NHDOE and New Hampshire school districts to have more robust conversations about discrimination, educational efforts on the topic and a better understanding of how to differentiate between discrimination and nondiscrimination," said Ahni Malachi, executive director at NHCHR.

"We know that here in New Hampshire, teachers do their best to treat everyone equally, and genuinely strive to communicate with both dignity and respect," said Frank Edelblut, commissioner of education. "This webpage is now available to the public so, in the rare instance that something might appear to be adverse treatment, individuals have a place to go where they can voice their concerns and receive assistance — whether that be parents or teachers."

The new webpage is Right to Freedom from Discrimination in Public Workplaces and Education | Department of Education (nh.gov).

###

---



## New Hampshire
# Department of Education

**25 Hall Street | Concord, NH | 03301-3860**
(603) 271-3494 | TDD Access: Relay NH 1-800-735-2964 |
info@doe.nh.gov

Directions to NHDOE >    Notice of Non-Discrimination >

Request for Proposals

NH Career and Technical Education

myNHDOE

Educator Search

Right to Freedom from Discrimination

COVID-19 Resources

NH Government Careers

NH Travel & Tourism

NH Web Portal - NH.gov

ReadyNH.gov

Transparent NH

© 2023 State of New Hampshire · All rights reserved  |  Accessibility Policy  |  Privacy Policy        AN OFFICIAL NEW HAMPSHIRE GOVERNMENT WEBSITE

# EXHIBIT 90

Nov. 15,
2021 F.
Edelblut
Email
Exchange

(Depo. Ex.
41)

EXHIBIT 4
Wit.: Edelblut
2424
DATE: 5/23/22
Cynthia Foster, RPR, LCR #14

**From:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>

**To:** "m4l hillsboroughnh" <m4lhillsboroughnh@gmail.com>

**Subject:** RE: Press Release - M4L Offers incentive for evidence on HB2 violations

**Date:** Mon, 15 Nov 2021 15:54:44 -0000

**Importance:** Normal

**Inline-Images:** image001.png; image002.png; image003.png; image004.png

---

Thank you.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
**Phone:** 603-271-3144
Frank.Edelblut@doe.nh.gov



 New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** m4l hillsboroughnh <m4lhillsboroughnh@gmail.com>
**Sent:** Monday, November 15, 2021 9:56 AM
**To:** Edelblut, Louis (Frank) <frank.edelblut@doe.nh.gov>
**Subject:** Press Release - M4L Offers incentive for evidence on HB2 violations

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Good morning Mr Edelblut,

A few days ago on the M4L Hillsborough County Twitter account, we offered a $500 incentive for individuals to come forward with information on those violating HB2, the Prohibition on Teaching Discrimination.

Attached is the official Press Release.
https://www.momsforliberty.org/files/671

We look forward to working with you, teachers, schools, parents, and the greater community to create the best possible environments for our children to learn.

All the best,
Moms For Liberty - Hillsborough County, NH

# EXHIBIT 91

Nov. 17,
2021 HRC
Email
Exchange

(Depo. Ex.
61)

2426

**From:** "BurkeCohen, Sarah" <Sarah.E.BurkeCohen@hrc.nh.gov>
    **To:** "Sheldon, Linda" <Linda.L.Sheldon@affiliate.doit.nh.gov>, "DoIT-wcm" <wcm@nh.gov>
    **Cc:** "Malachi, Ahni" <Ahni.N.Malachi@hrc.nh.gov>
  **Subject:** RE: NHCHR - Website Updates and Document Uploads
    **Date:** Wed, 17 Nov 2021 16:21:50 -0000
**Importance:** Normal
**Attachments:** NHCHR_Public_Education_General_Questionnaire.pdf
**Inline-Images:** image001.gif

EXHIBIT 61
WIT: S Burke Cohen
DATE: 6-20-23
Cynthia Foster, RPR, LCR

---

Hello Linda,

I have a revision to yesterday's requests:

**"How to File A Complaint" Page:** https://www.nh.gov/hrc/howto.html

1. Please delete the current document hyperlinked to the "Public Education General Questionnaire" and connect the hyperlink to the attached pdf document.

Thank you.
Sarah

*Sarah E. Burke Cohen, Esq.*
Assistant Director
NH Commission for Human Rights
2 Industrial Park Drive
Concord, New Hampshire 03301
Phone: (603) 271-6840
Fax: (603) 271-6339

## **\*\*PLEASE NOTE MY NEW EMAIL ADDRESS AND UPDATE YOUR ADDRESS BOOK\*\***
**Sarah.E.BurkeCohen@hrc.nh.gov**

### Statement of Confidentiality

The information contained in this electronic message and any attachments to this message may contain confidential or privileged information and is intended for the exclusive use of the addressee(s). Please notify the Human Rights Commission immediately at (603) 271-6840 or reply to Sarah.E.BurkeCohen@hrc.nh.gov if you are not the intended recipient and destroy all copies of this electronic message and any attachments.

**From:** Sheldon, Linda <Linda.L.Sheldon@affiliate.doit.nh.gov>
**Sent:** Tuesday, November 16, 2021 2:46 PM
**To:** BurkeCohen, Sarah <Sarah.E.BurkeCohen@hrc.nh.gov>; DoIT-wcm <wcm@nh.gov>
**Cc:** Malachi, Ahni <Ahni.N.Malachi@hrc.nh.gov>
**Subject:** RE: NHCHR - Website Updates and Document Uploads

**From:** BurkeCohen, Sarah <Sarah.E.BurkeCohen@hrc.nh.gov>
**Sent:** Tuesday, November 16, 2021 2:34 PM
**To:** Sheldon, Linda <Linda.L.Sheldon@affiliate.doit.nh.gov>; Hassan, Ruthie - DoIT Affiliate <Ruthie.A.Hassan@affiliate.doit.nh.gov>; DoIT-wcm <wcm@nh.gov>
**Cc:** Malachi, Ahni <Ahni.N.Malachi@hrc.nh.gov>
**Subject:** NHCHR - Website Updates and Document Uploads

Hello!

Below please find uploads and changes to be made to the HRC's internal web pages. The links for each page are listed for your convenience and documents attached that correspond with sections in need of updates as outlined.

**"Commission Meetings" Page:** https://www.nh.gov/hrc/minutes.html

1. Please add the following .pdf documents to the "2021 Commission Meetings Minutes" as a hyperlink on the date of the meeting. The attached document is named to correspond with the date that should appear in text on the website at the link above.

   October 7, 2021 (see "Meeting Minutes - 20211007 – Approved.pdf")

**"How to File A Complaint" Page:** https://www.nh.gov/hrc/howto.html

1. Please delete the following paragraph and hyperlink:

   If your issue involves a claim for discrimination in a place of **public education**, you may either:

   Print our Public Education Intake Questionnaire Form 🖨, write or type in your answers and mail to the Commission at the address below;
   or
   call the Commission @ 603.271.2767 (or TDD ACCESS: Relay NH 1.800.735.2964) to speak with an intake investigator.

2. In the place of the above deleted paragraph, please put the following with hyperlinks to the indicated pdf. Documents, which are attached above:

   If your issue involves a claim of discrimination in **public education**, you may either:

   Print our "Public Education General Questionnaire", write or type in your answers and email or mail to the Commission at the address below;

   or

   call the Commission @ 603.271.2767 (or TDD ACCESS: Relay NH 1.800.735.2964) to speak with an intake investigator.

   If your issue involves a claim of discrimination relative to the **Right to Freedom from Discrimination in Public Workplaces and Education**, you may either:

   Print our "Public Education RSA 354-A:29 Questionnaire", write or type in your answers and email or mail to the Commission at the address below;

   or

HRC-00414

call the Commission @ 603.271.2767 (or TDD ACCESS: Relay NH 1.800.735.2964) to speak with an intake investigator.

Please don't hesitate to reach out with any questions.

Thank you for your assistance!
Sarah

*Sarah E. Burke Cohen, Esq.*
Assistant Director
NH Commission for Human Rights
2 Industrial Park Drive
Concord, New Hampshire 03301
Phone: (603) 271-6840
Fax: (603) 271-6339

**\*\*PLEASE NOTE MY NEW EMAIL ADDRESS AND UPDATE YOUR ADDRESS BOOK\*\***
**Sarah.E.BurkeCohen@hrc.nh.gov**

<u>Statement of Confidentiality</u>

The information contained in this electronic message and any attachments to this message may contain confidential or privileged information and is intended for the exclusive use of the addressee(s).  Please notify the Human Rights Commission immediately at (603) 271-6840 or reply to Sarah.E.BurkeCohen@hrc.nh.gov if you are not the intended recipient and destroy all copies of this electronic message and any attachments.

# EXHIBIT 92

Redacted version of Oct. 25, 2021 F. Edelblut Email Exchange

(Depo. Ex. 33)

2430



**EXHIBIT 33**

R. Farrell
5/18/2023
Reporter: Sharon Saalfield
RDR, CRR

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ @msn.com>

**To:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>

**Cc:** "Fenton, Diana" <Diana.E.Fenton@doe.nh.gov>, "candriski@sau16.org"
<candriski@sau16.org>, ▮▮▮▮▮▮▮▮▮▮▮ @sau16.org>

**Subject:** Re: Inappropriate reading Material, No 2 weeks notice given

**Date:** Mon, 25 Oct 2021 17:56:36 +0000

**Importance:** Normal

**Inline-Images:** image001.png; image002.png; image003.png; image004.png

---

**EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.**

I feel that I deserve an explanation. Were my rights violated? I'm left now without an alternative other than to homeschool my child because of poor administration. I would like to know what is being done about this book being read to the entire class without parental knowledge.

The Sacred Heart School is filled to the maximum capacity for 5th grade this year. I feel that I should be compensated to fulfill my child's educational need. Why is it fair that my child gets left behind because the school feels they need to teach this ridiculous diversity and political propaganda?

Tina Johnson

---

**From:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Sent:** Monday, October 25, 2021 9:54 AM
**To:** ▮▮▮▮▮▮▮ @msn.com>
**Cc:** Fenton, Diana <Diana.E.Fenton@doe.nh.gov>
**Subject:** RE: Inappropriate reading Material, No 2 weeks notice given

▮▮▮▮,

I met with the school last week. As with any type of inquiry, we are not able to discuss any actions the department may take.

Know that I have read the book and we are taking appropriate action.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
**Phone:** 603-271-3144
Frank.Edelblut@doe.nh.gov




New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** ███████████████ @msn.com>
**Sent:** Monday, October 25, 2021 9:12 AM
**To:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Subject:** Re: Inappropriate reading Material, No 2 weeks notice given

EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.

Just checking in. Do you have a timeline of when I should be hearing back from you?

I hope that you have been enjoying the fall season!

███████

**From:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Sent:** Wednesday, October 13, 2021 1:15 PM
**To:** ████████████████████ msn.com>
**Subject:** Re: Inappropriate reading Material, No 2 weeks notice given

██,

Working through this. I personally read the book this weekend.

**From:** ███████████████ @msn.com>
**Sent:** Wednesday, October 13, 2021 12:24:33 PM
**To:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Subject:** Re: Inappropriate reading Material, No 2 weeks notice given

EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.

I'm following up with you regarding the emails I sent last week. When will I hear back and what is the resolution going to be with this book being read?

████████

**From:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Sent:** Friday, October 1, 2021 10:01 AM
**To:** ███████ @msn.com>
**Subject:** RE: Inappropriate reading Material, No 2 weeks notice given

Thank you for refreshing my memory. I know the issue and spoke with the superintendent. Can you give me a call so we can discuss next steps?

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
**Phone:** 603-271-3144
Frank.Edelblut@doe.nh.gov




New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** ████████ @msn.com>
**Sent:** Friday, October 1, 2021 9:54 AM
**To:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Subject:** Re: Inappropriate reading Material, No 2 weeks notice given

**EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.**

Kensington Elementary SAU16

**From:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Sent:** Thursday, September 30, 2021 2:58 PM
**To:** ████████ @msn.com>
**Subject:** RE: Inappropriate reading Material, No 2 weeks notice given

Can you let me know your district again? Sorry ...

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
**Phone:** 603-271-3144
Frank.Edelblut@doe.nh.gov

🔵🔵🔵

**Y** New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** ████████ @msn.com>
**Sent:** Thursday, September 30, 2021 11:47 AM
**To:** Edelblut, Louis (Frank) <frank.edelblut@doe.nh.gov>
**Subject:** Inappropriate reading Material, No 2 weeks notice given

**EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.**

Hi Frank,

We spoke in late July regarding a book that I was concerned about. This book was read aloud to my daughter's entire class. It contains matters of BLM, gunshots, violence, gang colors, rioting, looting, sexual matters, and white privilege. I feel that I haven't gotten anywhere with the school administration and the teacher that read this material has not been disciplined for this. Can you please tell me what the next step should be. I brought this up at the school board meeting and the school has done nothing to resolve my problem.

I look forward to hearing from you.



DOE-07006

# EXHIBIT 93

Redacted
version of
Oct. 26,
2021 F.
Edelblut
Email
Exchange

(Depo. Ex.
38)



EXHIBIT 38
WIT: *Cece blut*
DATE: 5-23-23
Cynthia Foster, RPR, LCR #14

**From:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
**To:** "Farrell, Richard" <Richard.J.Farrell@doe.nh.gov>
**Subject:** FW: Inappropriate reading Material, No 2 weeks notice given
**Date:** Tue, 26 Oct 2021 13:23:13 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png; image004.png

---

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov



 New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** ████████████████@msn.com>
**Sent:** Monday, October 25, 2021 2:14 PM
**To:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>; candriski@sau16.org; ████████@sau16.org>; Becky Ruel <bruel@sau16.org>
**Cc:** Fenton, Diana <Diana.E.Fenton@doe.nh.gov>
**Subject:** Re: Inappropriate reading Material, No 2 weeks notice given

---

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

---

One other important factor that should be mentioned of how the KES is run by poor administration.

1. Our Chief of Police (Scott Sanders) had to leave his position (2018) in Kensington because he was having a sexual affair with the principal Becky Ruel. That is completely inappropriate and unprofessional. The whole administration is corrupt at the tiny little Kensington Elementary School, school since Becky came along.

2.
████████

---

**From:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Sent:** Monday, October 25, 2021 9:54 AM
**To:** ████████████@msn.com>
**Cc:** Fenton, Diana <Diana.E.Fenton@doe.nh.gov>
**Subject:** RE: Inappropriate reading Material, No 2 weeks notice given

████

I met with the school last week. As with any type of inquiry, we are not able to discuss any actions the department may take.

Know that I have read the book and we are taking appropriate action.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
**Phone:** 603-271-3144
Frank.Edelblut@doe.nh.gov



 New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** ▓▓▓▓▓▓▓▓▓▓ @msn.com>
**Sent:** Monday, October 25, 2021 9:12 AM
**To:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Subject:** Re: Inappropriate reading Material, No 2 weeks notice given

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Just checking in. Do you have a timeline of when I should be hearing back from you?

I hope that you have been enjoying the fall season!

▓▓▓▓▓▓▓

**From:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Sent:** Wednesday, October 13, 2021 1:15 PM
**To:** ▓▓▓▓▓▓▓▓▓ @msn.com>
**Subject:** Re: Inappropriate reading Material, No 2 weeks notice given

▓▓ ,

Working through this. I personally read the book this weekend.

**From:** ▓▓▓▓▓▓▓▓▓ @msn.com>
**Sent:** Wednesday, October 13, 2021 12:24:33 PM
**To:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Subject:** Re: Inappropriate reading Material, No 2 weeks notice given

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

I'm following up with you regarding the emails I sent last week. When will I hear back and what is the resolution going to be with this book being read?

▓▓▓▓▓▓

2436

**From:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Sent:** Friday, October 1, 2021 10:01 AM
**To:** ████████ @msn.com>
**Subject:** RE: Inappropriate reading Material, No 2 weeks notice given

Thank you for refreshing my memory. I know the issue and spoke with the superintendent. Can you give me a call so we can discuss next steps?

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
**Phone:** 603-271-3144
Frank.Edelblut@doe.nh.gov

 

New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** ████████ @msn.com>
**Sent:** Friday, October 1, 2021 9:54 AM
**To:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Subject:** Re: Inappropriate reading Material, No 2 weeks notice given

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Kensington Elementary SAU16

**From:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Sent:** Thursday, September 30, 2021 2:58 PM
**To:** ████████ @msn.com>
**Subject:** RE: Inappropriate reading Material, No 2 weeks notice given

Can you let me know your district again? Sorry ...

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
**Phone:** 603-271-3144
Frank.Edelblut@doe.nh.gov



New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** ████████ @msn.com>
**Sent:** Thursday, September 30, 2021 11:47 AM

**To:** Edelblut, Louis (Frank) <frank.edelblut@doe.nh.gov>
**Subject:** Inappropriate reading Material, No 2 weeks notice given

EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.

Hi Frank,

We spoke in late July regarding a book that I was concerned about. This book was read aloud to my daughter's entire class. It contains matters of BLM, gunshots, violence, gang colors, rioting, looting, sexual matters, and white privilege. I feel that I haven't gotten anywhere with the school administration and the teacher that read this material has not been disciplined for this. Can you please tell me what the next step should be. I brought this up at the school board meeting and the school has done nothing to resolve my problem.

I look forward to hearing from you.

**EXHIBIT 94**

Redacted version of Oct. 1, 2021 F. Edelblut Email Exchange

2439

**From:** ███████████████ @msn.com>
**To:** Christopher Andriski <candriski@sau16.org>
**Cc:** "frank.edelblut@doe.nh.gov" <frank.edelblut@doe.nh.gov>, "stephen.berwick@doe.nh.gov"
<stephen.berwick@doe.nh.gov>, Becky Ruel <bruel@sau16.org>, ████████
████████ @sau16.org>, "dryan@sau16.org" <dryan@sau16.org>, Melissa Litchfield
<Melissa.Litchfield@leg.state.nh.us>, Whitney Schwartz <wschwartz@sau16.org>,
███████████████████████ .net>
**Subject:** Re: Gender Book
**Date:** Fri, 1 Oct 2021 14:24:10 +0000
**Importance:** Normal

---

EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.

Good morning,

Frank Edelblut, the Commissioner of Education informed me that anything that contains **equity and inclusion** or sexual content, parents must be given a 2-week notice. This was not done. I have spoken to Frank again this morning, he is giving me instructions on proceeding with disciplinary actions of breaking educational codes of conduct. I'm hoping this will result in Kelsey Plourde losing her license to teach. I will not let this rest until this happens. Because of the lies and cover ups with your poor administration policies my husband and I have lost complete trust in the SAU16 educating our 5th grade child.

I will follow up with you or Frank will do so as well.

Sincerely,

████████

---

**From:** Christopher Andriski <candriski@sau16.org>
**Sent:** Thursday, September 30, 2021 3:03 PM
**To:** ███████████████ @msn.com>
**Cc:** frank.edelblut@doe.nh.gov <frank.edelblut@doe.nh.gov>; stephen.berwick@doe.nh.gov
<stephen.berwick@doe.nh.gov>; Becky Ruel <bruel@sau16.org>; ███████████████ @sau16.org>;
dryan@sau16.org <dryan@sau16.org>; Melissa Litchfield <Melissa.Litchfield@leg.state.nh.us>; Whitney Schwartz
<wschwartz@sau16.org>; ███████████████████████ .net>
**Subject:** Re: Gender Book

Good afternoon ███,

I hope that you and your family had a relaxing time in Montana as you travel through the National Parks. I have attached policies IGE and BEDG for you to review. Policy IGE- Parental Objection to Specific Course Material does have a two week notice to parents if specific instruction is going to be in the instruction of human sexuality or human sexual education. At no time was human sexualtiy or human sexual education a part of the curriculum in your daughter's class last year. The school did reach out to you and looked to set up a meeting time to discuss concerns of materials that you found objectionable, however no meeting date was scheduled so that an alternative assignment could be agreed upon.

2440

As for your question about modifying the board meeting minutes, I have included policy BEDG- Minutes so that you are aware of what is required to be captured in the minutes. If you believe that information has been left out, I again recommend that you send an email to myself and all three board members as general correspondence. In that general correspondence please indicate what you feel should be added or edited in the minutes for the board to review. All general correspondence to the board is attached to the board minutes and becomes part of the public minutes.

I am always willing to have a meeting at the SAU to assist you with your questions and concerns. Just as a reminder, the Kensington School Board meeting takes place at Kensington Elementary School and therefore ███ would have to address the board in person. Thank you and please let me know if you have any further questions.

On Thu, Sep 30, 2021 at 12:04 PM ███████████ @msn.com> wrote:

Hi Chris,

Sorry for my lack of response on the board meeting minutes. We were traveling for 10 days in Montana through the National Parks.

Again, this issue has not been resolved with inappropriate reading material. By law, your teachers and staff are supposed to give a two week opt out notice for the inappropriate material being reading. I have contacted Frank Edeblut once again. I ask that I have a meeting at the next school board meeting to seek the answers that you do not want to provide in writing. Would this be done at KES or Exeter High?

Talk soon.

███████

---

**From:** Christopher Andriski <candriski@sau16.org>
**Sent:** Tuesday, August 10, 2021 12:53 PM
**To:** ███████████ @msn.com>
**Cc:** Becky Ruel <bruel@sau16.org>; ███████████ @sau16.org>; dryan@sau16.org <dryan@sau16.org>; Melissa Litchfield <Melissa.Litchfield@leg.state.nh.us>; Whitney Schwartz <wschwartz@sau16.org>; Robin Johnson <robin@vikingwelding.net>; ███████████; Patrick & Jenn Marr <rpjmarr@yahoo.com>
**Subject:** Re: Gender Book

Good afternoon ███,

I understand that you are looking for an answer in writing, however I am not sure what you are asking us to answer as we have not had the chance to speak as a group about the concern you have raised. That is why I have invited Dr. Ryan, Mr. Mejia, Ms. Ruel, Ms. ███ and myself to meet with you to discuss and understand the statements you have made about the teaching and curriculum that your daughter engaged in last year. Again, so that we can all be on the same page and together, please let us know your availability on Monday and Tuesday afternoon.

On Tue, Aug 10, 2021 at 9:58 AM ███████████ @msn.com> wrote:

Chris Andriski and David Ryan

I need to be very specific with you Chris! What part do you NOT understand?? I want my simple questions answered in writing! I do not know why you seem to think you are more superior than me. You work for me, and I want my simple questions answered by you and your $95,000k, DEIJ director Andres Mejia. Again, I will not let you run me around in circles this time around. You clearly are not going to answer my questions in writing. It is extremely frustrating to me that you do not realize that you and your teacher ███████████ have VIOLATED our child's Civil Rights. You leave me no other option than to seek a lawyer for a lawsuit. I will work as hard as I can to get DEIJ/CRT out of SAU16; just as other parents are in the SAU16 District. Teachers and Principals that assume this is OK need to be held accountable and be TERMINATED! You will be hearing from my attorney as you leave me and other parents no other choice! I hope you realize that when you play with fire you are going to get burned! I will not be complacent any longer! I wish you a blessed day.

███████████████████

---

**From:** Christopher Andriski <candriski@sau16.org>
**Sent:** Tuesday, August 10, 2021 8:32 AM
**To:** ███████████████████@msn.com>
**Cc:** Becky Ruel <bruel@sau16.org>; ███████████████@sau16.org>; dryan@sau16.org <dryan@sau16.org>; Melissa Litchfield <Melissa.Litchfield@leg.state.nh.us>; Whitney Schwartz <wschwartz@sau16.org>; Robin Johnson <robin@vikingwelding.net>; ej@vikingwelding.net <███████████████>; Patrick & Jenn Marr <rpjmarr@yahoo.com>
**Subject:** Re: Gender Book

Good morning ████ and ████,

As I stated in my responses on June 7 and June 8, we would welcome you to come meet with us at the SAU office to discuss this concern in greater depth. What is your availability next Monday or Tuesday afternoon? I look forward to scheduling a time to meet with you.

On Tue, Aug 10, 2021 at 4:06 AM Alex Settings <summerdahlias@msn.com> wrote:
> Dr. David Ryan and Chris Andriski I would like a reply to this email on Tuesday, August 10, 2021. Is this how you want to make children become "global citizens?" My e-mail was never fully resolved the last time I questioned literature being read to my daughter's class. Perhaps you can refer to your DEIJ director to answer this question that I have. I find it discriminatory that my questions cannot be fully resolved/answered. David Ryan seems to send out Mass e-mails answering questions instead of dealing with parents directly; to answer questions parents seek. David Ryan, your salary is beyond an average income, you are paid very well. My husband and I pay an astronomical amount of property tax that goes directly to the SAU16. I would like a reply today for you to start answering my questions. I have lost faith in teachers and you being the Superintendent/leader of our SAU16 school district. David Ryan your trust has been broken so badly that I cannot send my daughter to school any longer. That is a HUGE PROBLEM. Please get back to me today before I need to seek alternative help to resolve this matter.
>
> Thank you,
> ███████████████████

---

**From:** ███████████
**Sent:** Monday, August 9, 2021 1:30 PM
**To:** Becky Ruel <bruel@sau16.org>; candriski@sau16.org <candriski@sau16.org>; ███████████████ ███████sau16.org>; dryan@sau16.org <dryan@sau16.org>; Melissa Litchfield

<Melissa.Litchfield@leg.state.nh.us>
**Cc:** Whitney Schwartz <wschwartz@sau16.org>; Robin Johnson <robin@vikingwelding.net>;
█████████████████.net>; Patrick & Jenn Marr <rpjmarr@yahoo.com>
**Subject:** Gender Book

Good afternoon,,

It appears there has been a gender book read to █████ class. She came home saying that her female
friends at school are saying that they are bisexual and pan gender. I'm not sure what Pan Gender is can
you please enlighten me as to what Pan Gender is? Also what is two spirted?

I have married gay and lesbian friends but I've never heard of these other sexualities. I'm not
HOMOPHOBIC, I love my gay friends. It appears that these books are confusing these children and I'm
extremely concerned.

I look forward to having this discussion.

████████████████

--
Christopher Andriski
Assistant Superintendent
**SAU #16**
**603-775-8679**
30 Linden Street
Exeter, NH . 03833
www.sau16.org

SAU 16 does not discriminate on the basis of race, color, national origin, gender, sex, sexual orientation, religion, nationality, ethnic origins, country of origin, economic
status, status as a victim of domestic violence, harassment, sexual assault, or stalking, disability, age or other protected classes under applicable law in its educational
programs and activities.  SAU 16 also provides equal access to buildings for youth groups. Questions about Title IX can be referred to the SAU 16 District Coordinator
at titleix@sau16.org, (603) 775-8426, or the assistant secretary for civil rights. On the SAU 16 District website, find the Statement of Non-discrimination notice.  Included in
the statement are the following: 1. The link to the materials SAU 16 utilized to train school district personnel in the Title IX process. 2. The link to the form used by SAU 16
to report a concern.

--
Christopher Andriski
Assistant Superintendent
**SAU #16**
**603-775-8679**
30 Linden Street
Exeter, NH . 03833
www.sau16.org

SAU 16 does not discriminate on the basis of race, color, national origin, gender, sex, sexual orientation, religion, nationality, ethnic origins, country of origin, economic status, status as a victim of domestic violence, harassment, sexual assault, or stalking, disability, age or other protected classes under applicable law in its educational programs and activities.  SAU 16 also provides equal access to buildings for youth groups. Questions about Title IX can be referred to the SAU 16 District Coordinator at titleix@sau16.org, (603) 775-8426, or the assistant secretary for civil rights. On the SAU 16 District website, find the Statement of Non-discrimination notice.  Included in the statement are the following: 1. The link to the materials SAU 16 utilized to train school district personnel in the Title IX process. 2. The link to the form used by SAU 16 to report a concern.

--
Christopher Andriski
Assistant Superintendent
**SAU #16**
**603-775-8679**
30 Linden Street
Exeter, NH . 03833
www.sau16.org

SAU 16 does not discriminate on the basis of race, color, national origin, gender, sex, sexual orientation, religion, nationality, ethnic origins, country of origin, economic status, status as a victim of domestic violence, harassment, sexual assault, or stalking, disability, age or other protected classes under applicable law in its educational programs and activities.  SAU 16 also provides equal access to buildings for youth groups. Questions about Title IX can be referred to the SAU 16 District Coordinator at titleix@sau16.org, (603) 775-8426, or the assistant secretary for civil rights. On the SAU 16 District website, find the Statement of Non-discrimination notice.  Included in the statement are the following: 1. The link to the materials SAU 16 utilized to train school district personnel in the Title IX process. 2. The link to the form used by SAU 16 to report a concern.

# EXHIBIT 95

Redacted version of Oct. 7, 2021 F. Edelblut Email Exchange

**Krol, Diana**



**From:** Berwick, Stephen
**Sent:** Monday, October 11, 2021 8:50 AM
**To:** Bond, Christopher <Christopher.G.Bond@doe.nh.gov>; Fenton, Diana <Diana.E.Fenton@doe.nh.gov>
**Cc:** Farrell, Richard <Richard.J.Farrell@doe.nh.gov>
**Subject:** FW: A Good Kind of Trouble

**From:** ████████████████████████
**Sent:** Thursday, October 7, 2021 1:43 PM
**To:** Edelblut, Louis (Frank) <frank.edelblut@doe.nh.gov>
**Cc:** Berwick, Stephen <stephen.berwick@doe.nh.gov>; Kelsey Plourde <kplourde@sau16.org>; SAU 16
<dryan@sau16.org>; Melissa Litchfield <Melissa.Litchfield@leg.state.nh.us>███████████████
candriski@sau16.org
**Subject:** Re: A Good Kind of Trouble

> **EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Good Afternoon, Frank,

Can you please let me know if I will need to seek an attorney to help resolve these inappropriate, vulgar, violent, hateful BLM book and content that contains sexual matter? Chris Andriski has never resolved this matter; David Ryan has never once gotten back to me which is no surprise as I hear complaint after complaint at the SAU16 board meetings. The lack of trust and true leadership is a serious problem throughout the entire SAU16. What is especially disconcerting is the lack of trust of what used to be a nice little school in beautiful Kensington. School here has gone down the drain!

I hear from my teacher friends in Maine and in NH that they are being forced to read this material to students. This made my daughter extremely uncomfortable. When I asked how this book being read to her class made her feel she stated disrespected. The fact the book is not even accurate history contains, gun violence, gangs, gang colors, rioting, looting, burning buildings down, "white cops" killing black people, BLM is UNACCEPTABLE! The book also contained making out/kissing, swapping saliva, budding breasts, panties with hearts. White privilege is all over this book along with BLM. What is sad is that this book has an underlying tone that white people and police officers are against black people all the way down to how white people look at a black person (page 22).

1

Our child is significantly behind, and this is what is being taught in our school? This is SHAMEFUL! The so-called professionals that are allowing this in school need to be disciplined! I don't think Kesey Plourde/Curley would read this to any of her three children. So why is it okay for her to read this to our child along with the entire Silver Cohort? All that is done is the administration run parents around in circles and leave you with no answer other than this is part of their DEI-J program. Nonsense!

Most parents shelter their children from the evening news. Why wasn't the 2 week opt out notice given to parents? Do I need to contact parents in the entire class to let them know their right were violated? Where are the parent's rights of offensive, hateful, violent content being read to our children without consent?

The other issue that I have is gender books being read. My daughter came home and said that all the girls in her class are saying they are bi-sexual and Pan-Gender. I had to look up Pan-Gender as I didn't know the definition. These are topics that families should talk to their children about or guidance counselors not teachers!

I see that there are other lawsuits coming out with the SAU16. So, my question is that the route I need to take? One last question that I have is why we have a BLM member Andres Meija teaching about conflicting diversity?

Andres Meija states in an article that I read: Meija is listed as a board member for Black Lives Matter Seacoast. That group's website gives its mission: "Our purpose is to dismantle anti-Blackness, fight against racial injustices and end police brutality." During last year's election season, BLM Seacoast released a list of demands for candidates, including "no more school resource police officers."

This man does not even have an educational background. How was he hired at $95,000?? This is what our property taxes goes toward?? Ridiculous!! What's next?? Let me also include we do not have police brutality in this area and what kind of example is this for our children? Is Andres Meija going to teach kids how to hate police officers. In the book A Good Kind of Trouble it suggests that police officers are bad, especially "white" police officers.

My questions are as follows:

1. Who chose this book to be read?
2. Why?
3. What disciplinary action will result?
4. Where was the 2 week opt out notice?
5. Why do we have a BLM director to pick vulgar books for kids of all ages?
6. How do we proceed? Do I need to get a lawyer?
7.

Sincerely,

███████████

**From:** Christopher Andriski <candriski@sau16.org>
**Sent:** Thursday, September 30, 2021 3:03 PM
**To:** ████████████████████

PL 00561

**Cc:** frank.edelblut@doe.nh.gov <frank.edelblut@doe.nh.gov>; stephen.berwick@doe.nh.gov <stephen.berwick@doe.nh.gov>; Becky Ruel <bruel@sau16.org>; Kelsey Plourde <kplourde@sau16.org>; dryan@sau16.org <dryan@sau16.org>; Melissa Litchfield <Melissa.Litchfield@leg.state.nh.us>; Whitney Schwartz <wschwartz@sau16.org>; ej@vikingwelding.net ███████████████
**Subject:** Re: Gender Book

Good afternoon ████

I hope that you and your family had a relaxing time in Montana as you travel through the National Parks. I have attached policies IGE and BEDG for you to review. Policy IGE- Parental Objection to Specific Course Material does have a two week notice to parents if specific instruction is going to be in the instruction of human sexuality or human sexual education. At no time was human sexualtiy or human sexual education a part of the curriculum in your daughter's class last year. The school did reach out to you and looked to set up a meeting time to discuss concerns of materials that you found objectionable, however no meeting date was scheduled so that an alternative assignment could be agreed upon.

As for your question about modifying the board meeting minutes, I have included policy BEDG- Minutes so that you are aware of what is required to be captured in the minutes. If you believe that information has been left out, I again recommend that you send an email to myself and all three board members as general correspondence. In that general correspondence please indicate what you feel should be added or edited in the minutes for the board to review. All general correspondence to the board is attached to the board minutes and becomes part of the public minutes.

I am always willing to have a meeting at the SAU to assist you with your questions and concerns. Just as a reminder, the Kensington School Board meeting takes place at Kensington Elementary School and therefore Errick would have to address the board in person. Thank you and please let me know if you have any further questions.


On Thu, Sep 30, 2021 at 12:04 PM ████████████████████████████ wrote:

Hi Chris,

Sorry for my lack of response on the board meeting minutes. We were traveling for 10 days in Montana through the National Parks.

Again, this issue has not been resolved with inappropriate reading material. By law, your teachers and staff are supposed to give a two week opt out notice for the inappropriate material being reading. I have contacted Frank Edeblut once again. I ask that I have a meeting at the next school board meeting to seek the answers that you do not want to provide in writing. Would this be done at KES or Exeter High?

Talk soon.

████████

**From:** Christopher Andriski <candriski@sau16.org>
**Sent:** Tuesday, August 10, 2021 12:53 PM
**To:** ████████████████████████
**Cc:** Becky Ruel <bruel@sau16.org>; Kelsey Plourde <kplourde@sau16.org>; dryan@sau16.org <dryan@sau16.org>;

PL 00562

2448

Melissa Litchfield <Melissa.Litchfield@leg.state.nh.us>; Whitney Schwartz <wschwartz@sau16.org>; ███████████

███████████████████████

**Subject:** Re: Gender Book

Good afternoon ████████

I understand that you are looking for an answer in writing, however I am not sure what you are asking us to answer as we have not had the chance to speak as a group about the concern you have raised. That is why I have invited Dr. Ryan, Mr. Mejia, Ms. Ruel, Ms. Plourde and myself to meet with you to discuss and understand the statements you have made about the teaching and curriculum that your daughter engaged in last year. Again, so that we can all be on the same page and together, please let us know your availability on Monday and Tuesday afternoon.

On Tue, Aug 10, 2021 at 9:58 AM ███████████████████████ wrote:

> Chris Andriski and David Ryan
>
> I need to be very specific with you Chris! What part do you NOT understand?? I want my simple questions answered in writing! I do not know why you seem to think you are more superior than me. You work for me, and I want my simple questions answered by you and your $95,000k, DEIJ director Andres Mejia. Again, I will not let you run me around in circles this time around. You clearly are not going to answer my questions in writing. It is extremely frustrating to me that you do not realize that you and your teacher Kelsey Plourde have VIOLATED our child's Civil Rights. You leave me no other option than to seek a lawyer for a lawsuit. I will work as hard as I can to get DEIJ/CRT out of SAU16; just as other parents are in the SAU16 District. Teachers and Principals that assume this is OK need to be held accountable and be TERMINATED! You will be hearing from my attorney as you leave me and other parents no other choice! I hope you realize that when you play with fire you are going to get burned! I will not be complacent any longer! I wish you a blessed day.
>
> ████████████████

---

**From:** Christopher Andriski <candriski@sau16.org>
**Sent:** Tuesday, August 10, 2021 8:32 AM
**To:** ████████████████████████
**Cc:** Becky Ruel <bruel@sau16.org>; Kelsey Plourde <kplourde@sau16.org>; dryan@sau16.org <dryan@sau16.org>; Melissa Litchfield <Melissa.Litchfield@leg.state.nh.us>; Whitney Schwartz <wschwartz@sau16.org>; ███████████
███████████████████████
**Subject:** Re: Gender Book

Good morning ████ and ████,

As I stated in my responses on June 7 and June 8, we would welcome you to come meet with us at the SAU office to discuss this concern in greater depth. What is your availability next Monday or Tuesday afternoon? I look forward to scheduling a time to meet with you.

On Tue, Aug 10, 2021 at 4:06 AM ███████████████████████ wrote:

> Dr. David Ryan and Chris Andriski I would like a reply to this email on Tuesday, August 10, 2021. Is this how you want to make children become "global citizens?" My e-mail was never fully resolved the last time I

PL 00563

questioned literature being read to my daughter's class. Perhaps you can refer to your DEIJ director to answer this question that I have. I find it discriminatory that my questions cannot be fully resolved/answered. David Ryan seems to send out Mass e-mails answering questions instead of dealing with parents directly; to answer questions parents seek. David Ryan, your salary is beyond an average income, you are paid very well. My husband and I pay an astronomical amount of property tax that goes directly to the SAU16. I would like a reply today for you to start answering my questions. I have lost faith in teachers and you being the Superintendent/leader of our SAU16 school district. David Ryan your trust has been broken so badly that I cannot send my daughter to school any longer. That is a HUGE PROBLEM. Please get back to me today before I need to seek alternative help to resolve this matter.

Thank you,

███████████████████

---

**From:** ███████████
**Sent:** Monday, August 9, 2021 1:30 PM
**To:** Becky Ruel <bruel@sau16.org>; candriski@sau16.org <candriski@sau16.org>; Kelsey Plourde <kplourde@sau16.org>; dryan@sau16.org <dryan@sau16.org>; Melissa Litchfield <Melissa.Litchfield@leg.state.nh.us>
**Cc:** Whitney Schwartz <wschwartz@sau16.org>; ██████████████
██████████████████
**Subject:** Gender Book

Good afternoon,,

It appears there has been a gender book read to Hannah's class. She came home saying that her female friends at school are saying that they are bisexual and pan gender. I'm not sure what Pan Gender is can you please enlighten me as to what Pan Gender is? Also what is two spirted?

I have married gay and lesbian friends but I've never heard of these other sexualities. I'm not HOMOPHOBIC, I love my gay friends. It appears that these books are confusing these children and I'm extremely concerned.

I look forward to having this discussion.

███████████████████

--

Christopher Andriski
Assistant Superintendent
**SAU #16**
**603-775-8679**
30 Linden Street
Exeter, NH . 03833
www.sau16.org

PL 00564

SAU 16 does not discriminate on the basis of race, color, national origin, gender, sex, sexual orientation, religion, nationality, ethnic origins, country of origin, economic status, status as a victim of domestic violence, harassment, sexual assault, or stalking, disability, age or other protected classes under applicable law in its educational programs and activities. SAU 16 also provides equal access to buildings for youth groups. Questions about Title IX can be referred to the SAU 16 District Coordinator at titleix@sau16.org, (603) 775-8426, or the assistant secretary for civil rights. On the SAU 16 District website, find the Statement of Non-discrimination notice. Included in the statement are the following: 1. The link to the materials SAU 16 utilized to train school district personnel in the Title IX process. 2. The link to the form used by SAU 16 to report a concern.

--

Christopher Andriski
Assistant Superintendent
**SAU #16**
**603-775-8679**
30 Linden Street
Exeter, NH . 03833
www.sau16.org

SAU 16 does not discriminate on the basis of race, color, national origin, gender, sex, sexual orientation, religion, nationality, ethnic origins, country of origin, economic status, status as a victim of domestic violence, harassment, sexual assault, or stalking, disability, age or other protected classes under applicable law in its educational programs and activities. SAU 16 also provides equal access to buildings for youth groups. Questions about Title IX can be referred to the SAU 16 District Coordinator at titleix@sau16.org, (603) 775-8426, or the assistant secretary for civil rights. On the SAU 16 District website, find the Statement of Non-discrimination notice. Included in the statement are the following: 1. The link to the materials SAU 16 utilized to train school district personnel in the Title IX process. 2. The link to the form used by SAU 16 to report a concern.

--

Christopher Andriski
Assistant Superintendent
**SAU #16**
**603-775-8679**
30 Linden Street
Exeter, NH . 03833
www.sau16.org

PL 00565

SAU 16 does not discriminate on the basis of race, color, national origin, gender, sex, sexual orientation, religion, nationality, ethnic origins, country of origin, economic status, status as a victim of domestic violence, harassment, sexual assault, or stalking, disability, age or other protected classes under applicable law in its educational programs and activities. SAU 16 also provides equal access to buildings for youth groups. Questions about Title IX can be referred to the SAU 16 District Coordinator at titleix@sau16.org, (603) 775-8426, or the assistant secretary for civil rights. On the SAU 16 District website, find the Statement of Non-discrimination notice. Included in the statement are the following: 1. The link to the materials SAU 16 utilized to train school district personnel in the Title IX process. 2. The link to the form used by SAU 16 to report a concern.

PL 00566

# EXHIBIT 96

Redacted version of Sept. 7, 2021 F. Edelblut Email Exchange

(Depo. Ex. 16)

**From:** "Fenton, Diana" <Diana.E.Fenton@doe.nh.gov>
    **To:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>, "Farrell, Richard" <Richard.J.Farrell@doe.nh.gov>
    **Cc:** "Brennan, Christine" <Christine.M.Brennan@doe.nh.gov>
  **Subject:** RE: Email from a Hollis parent
    **Date:** Tue, 7 Sep 2021 12:51:46 +0000
  **Importance:** Normal
  **Inline-Images:** image001.png; image002.png; image003.png; image004.png



EXHIBIT 16
D. Fenton
5/17/2023
Reporter: Sharon Saalfield
RDR, CRR

---

Thank you—we will look into it.

**From:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Sent:** Friday, September 3, 2021 3:32 PM
**To:** Fenton, Diana <Diana.E.Fenton@doe.nh.gov>; Farrell, Richard <Richard.J.Farrell@doe.nh.gov>
**Cc:** Brennan, Christine <Christine.M.Brennan@doe.nh.gov>
**Subject:** FW: Email from a Hollis parent

I think we need to look into this. The events happened prior to the anti-discrimination law, but – if true – certainly would be considered unprofessional.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov



 New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ @gmail.com>
**Sent:** Friday, September 3, 2021 1:32 PM
**To:** Deborah Hobson <deb.hobson@me.com>; Glenn Cordelli <cordellig@roadrunner.com>; Erica Layon <ericaforderry@gmail.com>; Michael Moffett <mofmichael@aim.com>; Denise Ricciardi <dnricciardi@aol.com>; Ruth Ward <ruthward@myfairpoint.net>; jeb.bradley@leg.state.nh.us; ralph.boehm@leg.state.nh; rick.ladd@leg.state.nh.us; beshaw3@comcast.net; lynchford@comcast.net; rep.jsoti@gmail.com; Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>; bill.nelson@leg.state.nh.us; kimberly.rice@leg.state.nh.us; Melissa.Litchfield@leg.state.nh.us; John.Potucek@leg.state.nh.us; Keith.Ammon@leg.state.nh.us; Jason@osborne4nh.com; Max.Abramson@leg.state.nh.us; Daryl.Abbas@leg.state.nh.us; Terry.Roy@leg.state.nh.us; john.burt@leg.state.nh.us; dave@sanbornhall.net; ramarston1@gmail.com; kpo@leg.state.nh.us; Ross@berryfornh.com; barbara.griffin@leg.state.nh.us; elephantsmarching@msn.com; fentongroen@gmail.com; Judy.Aron@leg.state.nh.us; Howard.Pearl@leg.state.nh.us; kevin.verville@leg.state.nh.us; kweyler@aol.com; house@joepitre.com; jess.edwards@leg.state.nh.us; Carol McGuire <carol@mcguire4house.com>; john.sytek@leg.state.nh.us; Tom Lanzara <tomlanzara@gmail.com>; tracyemerick@gmail.com; Nikikelsey@yahoo.com; Leah.Cushman@leg.state.nh.us; kurt.wuelper@leg.state.nh.us; Erin.Hennessey@leg.state.nh.us; Bob.Greene@leg.state.nh.us; Bob Guida <Bob.Giuda@leg.state.nh.us>; Kevin Avard <Kevin.Avard@leg.state.nh.us>; Sharon Carson <sharon.carson@leg.state.nh.us>; John Reagan

<john.reagan111@gmail.com>; Regina Birdsell <Rbirdsell@comcast.net>
**Subject:** Email from a Hollis parent

EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.

*The kind of emails I've been receiving from parents around NH:*

Dear Ms ▮▮▮▮▮ :

Thank you for helping publicize the indoctrination going on in our public school systems. Below please find an email I shared with our district earlier in the year. It sparked a few meetings, and an ongoing discussion with the administration, but little apparent change. Abouthollis.com is a good reference for reading up on the state of the situation. The Hollis school system has become rife with indoctrinators, and school board members have stated that the complaints of parents and students are falsified, that no indoctrination occurs. This week, we pulled our daughter out of the school system upon my daughter's assigned teacher refusing to agree not to politically indoctrinate our child.

Kind regards,

\*\*\*\*\*\*

----- Forwarded Message -----

On Mon, May 24, 2021 at 7:42 AM
Superintendent Corey:

I have a daughter in the 3rd grade at Hollis Primary School (HPS). She has benefitted from some excellent teachers in her years at HPS, such as (but not limited to) the legendary Dennis Kane; the dynamic and engaging Jennifer Goldthwaite; and the creative and inquisitive Tara Happy. I am grateful for the work these good teachers have done in building a strong foundation for both learning and kindness to others.

In the fall of 2019, our then-7-year-old daughter came home from school troubled. She asked me, "Was Christopher Columbus evil?" I asked her what brought that question to mind, and she told me that one of the specialist teachers had told the class that Columbus was evil. I thought she must have misinterpreted something a teacher had said, and used this as a seed for discussing the nature of good and evil. I did not think much more of it at the time.

Then came Thanksgiving. My daughter told my wife and I that a specialist teacher had said that people should not celebrate Thanksgiving because it celebrates white people doing bad things. This sounded like indoctrination to a racist ideology, and an echo of the comment about Columbus, but I convinced myself that it must again have been a misinterpretation of what had been said. We went through another discussion of good and evil, and I let the issue rest.

In the spring came the pandemic and a season of politics. As my daughter's 2nd grade year came to its close, though, my wife and I heard of no further racist indoctrination.

That changed in the 3rd grade. With our daughter taking classes remotely, and me working remotely, I had the opportunity to hear much of what her teacher, Matthew Ostrowski, shared with the class. Prior to Columbus Day, Ostrowski read from Howard Zinn's A People's History of the United States,

emphasizing the Marxist activist's condemnation of Christopher Columbus. The following are a couple of quotes I transcribed:

* "It was white people who created slavery."
* "The white people brought slavery to the Americas."

These factually inaccurate statements undercut the foundation laid by my wife and I, and our daughter's previous teachers, which had emphasized kindness toward others, without judgment based on skin color.

The indoctrination did not stop. As the year progressed, I overheard and transcribed other statements intended to portray skin color as a defining characteristic of good or evil:

* "White people cause racism."
* "White people treat people in very bad ways because they have the power."
* "White people are the only ones who can be racists."

There have been other incidents of indoctrination, such as the sharing of a video (https://www.brainpop.com/socialstudies/ushistory/civilrights/) by library and media specialist Sarah Proulx, in February this year. I happened to be nearby when it played, and much of the video is informative and interesting. In the closing minutes, though, the video changes. The images shown single out whites as being violent and in the wrong if they do not express public support of a Marxist organization. The audience is told that history is on the side of such organizations; a statement which closely echoes the teachings of Marx, Mao, and Xi who all spoke of a "law of history" inevitably leading to Marxism. The approach of telling kids that they are in the wrong if they do not support the "correct" causes reminds one of the use of intimidation and humiliation by Communist agitators to silence those who disagree with them.

Ongoing indoctrination to racist prejudice is part of what led my wife and I to decide not to send our daughter back to HPS when her remote class returned to the school; we could not in good conscience expose her to more of this propaganda as part of an isolated captive audience. Instead, we opted to continue remote learning, and hoped for a teacher who focused on the fundamentals of education (And, as a side note, we now have that in Susan Lewis, who has done an excellent job with her class, and is one of the more effective teachers I have observed in raising our children.).

The recent discussions in our community around whether or not the Critical Race Theory (CRT) ideology should be championed by teachers and taught as fact in our schools are beside the point. CRT is already in our schools, whatever name it uses, and it starts early in our kids' education.

I have spoken to other parents in our community about this, and reached out to some of our political representatives. They encouraged me to share my experiences with you, and I do so now in the hope that our community may address this indoctrination. I have no desire to have teachers hobbled in their ability to discuss history. I simply want our teachers to educate, and not indoctrinate.

I have shared my concerns with Principal Izbicki and the teachers mentioned above separately. My hope is that we can discuss what occurred, and find a way to reach an equitable understanding.

Thank you for your work, and for considering the best interests of our town and our children.

Respectfully,

******
Hollis Primary School parent

cc:

Paula Izbicki, HPS principal (paula.izbicki@sau41.org)

Hollis School Board:
* Brook Arthur (brooke.arthur@sau41.org)
* Tammy Fareed (tammy.fareed@sau41.org)
* Amy Kellner (amy.kellner@sau41.org)
* Robert Mann (robert.mann@sau41.org)
* Carryl Roy (carryl.roy@sau41.org)

Hollis/Brookline COOP School Board
* Holly Babcock (holly.babcock@sau41.org)
* Elizabeth Brown (elizabeth.brown@sau41.org)
* Tom Solon (tom.solon@sau41.org)
* Kate Stoll (kate.stoll@sau41.org)
* Cindy VanCoughnett (cindy.vancoughnett@sau41.org)
* Krista Whalen (krista.whalen@sau41.org)
* Beth Williams (beth.williams@sau41.org)

# EXHIBIT 97

Redacted version of Sept. 3, 2021 F. Edelblut Email Exchange

(Depo. Ex. 17)

**From:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>

**To:** "▇▇▇▇▇▇▇▇▇" <▇▇▇▇▇▇▇@gmail.com>

**Cc:** "Brennan, Christine (Christine.Brennan@doe.nh.gov)" <Christine.M.Brennan@doe.nh.gov>

**Subject:** RE: Email from a Hollis parent

**Date:** Fri, 03 Sep 2021 19:31:28 -0000

**Importance:** Normal

**Inline-Images:** image001.png; image002.png; image003.png; image004.png

---

If I open an inquiry on the referenced educators, would this woman be willing to provide testimony to our investigator?

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov



 New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

<div style="float:right; border:1px solid; text-align:center">

**EXHIBIT 17**

D. Fenton

5/17/2023

Reporter: Sharon Saalfield
RDR, CRR

</div>

**From:** ▇▇▇▇▇▇▇▇▇▇▇ @gmail.com>
**Sent:** Friday, September 3, 2021 1:32 PM
**To:** Deborah Hobson <deb.hobson@me.com>; Glenn Cordelli <cordellig@roadrunner.com>; Erica Layon <ericaforderry@gmail.com>; Michael Moffett <mofmichael@aim.com>; Denise Ricciardi <dnricciardi@aol.com>; Ruth Ward <ruthward@myfairpoint.net>; jeb.bradley@leg.state.nh.us; ralph.boehm@leg.state.nh; rick.ladd@leg.state.nh.us; beshaw3@comcast.net; lynchford@comcast.net; rep.jsoti@gmail.com; Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>; bill.nelson@leg.state.nh.us; kimberly.rice@leg.state.nh.us; Melissa.Litchfield@leg.state.nh.us; John.Potucek@leg.state.nh.us; Keith.Ammon@leg.state.nh.us; Jason@osborne4nh.com; Max.Abramson@leg.state.nh.us; Daryl.Abbas@leg.state.nh.us; Terry.Roy@leg.state.nh.us; john.burt@leg.state.nh.us; dave@sanbornhall.net; ramarston1@gmail.com; kpo@leg.state.nh.us; Ross@berryfornh.com; barbara.griffin@leg.state.nh.us; elephantsmarching@msn.com; fentongroen@gmail.com; Judy.Aron@leg.state.nh.us; Howard.Pearl@leg.state.nh.us; kevin.verville@leg.state.nh.us; kweyler@aol.com; house@joepitre.com; jess.edwards@leg.state.nh.us; Carol McGuire <carol@mcguire4house.com>; john.sytek@leg.state.nh.us; Tom Lanzara <tomlanzara@gmail.com>; tracyemerick@gmail.com; Nikikelsey@yahoo.com; Leah.Cushman@leg.state.nh.us; kurt.wuelper@leg.state.nh.us; Erin.Hennessey@leg.state.nh.us; Bob.Greene@leg.state.nh.us; Bob Guida <Bob.Giuda@leg.state.nh.us>; Kevin Avard <Kevin.Avard@leg.state.nh.us>; Sharon Carson <sharon.carson@leg.state.nh.us>; John Reagan <john.reagan111@gmail.com>; Regina Birdsell <Rbirdsell@comcast.net>
**Subject:** Email from a Hollis parent

**EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.**

*The kind of emails I've been receiving from parents around NH:*

Dear Ms ▇▇▇▇▇:

Thank you for helping publicize the indoctrination going on in our public school systems. Below please find an email I shared with our district earlier in the year. It sparked a few meetings, and an ongoing discussion with the administration, but little apparent change. Abouthollis.com is a good reference for reading up on the state of the situation. The Hollis school system has become rife with indoctrinators, and school board members have stated that the complaints of parents and students are falsified, that no indoctrination occurs. This week, we pulled our daughter out of the school system upon my daughter's assigned teacher refusing to agree not to politically indoctrinate our child.

Kind regards,

******

----- Forwarded Message -----

On Mon, May 24, 2021 at 7:42 AM
Superintendent Corey:

I have a daughter in the 3rd grade at Hollis Primary School (HPS). She has benefitted from some excellent teachers in her years at HPS, such as (but not limited to) the legendary Dennis Kane; the dynamic and engaging Jennifer Goldthwaite; and the creative and inquisitive Tara Happy. I am grateful for the work these good teachers have done in building a strong foundation for both learning and kindness to others.

In the fall of 2019, our then-7-year-old daughter came home from school troubled. She asked me, "Was Christopher Columbus evil?" I asked her what brought that question to mind, and she told me that one of the specialist teachers had told the class that Columbus was evil. I thought she must have misinterpreted something a teacher had said, and used this as a seed for discussing the nature of good and evil. I did not think much more of it at the time.

Then came Thanksgiving. My daughter told my wife and I that a specialist teacher had said that people should not celebrate Thanksgiving because it celebrates white people doing bad things. This sounded like indoctrination to a racist ideology, and an echo of the comment about Columbus, but I convinced myself that it must again have been a misinterpretation of what had been said. We went through another discussion of good and evil, and I let the issue rest.

In the spring came the pandemic and a season of politics. As my daughter's 2nd grade year came to its close, though, my wife and I heard of no further racist indoctrination.

That changed in the 3rd grade. With our daughter taking classes remotely, and me working remotely, I had the opportunity to hear much of what her teacher, Matthew Ostrowski, shared with the class. Prior to Columbus Day, Ostrowski read from Howard Zinn's A People's History of the United States, emphasizing the Marxist activist's condemnation of Christopher Columbus. The following are a couple of quotes I transcribed:

* "It was white people who created slavery."
* "The white people brought slavery to the Americas."

These factually inaccurate statements undercut the foundation laid by my wife and I, and our daughter's previous teachers, which had emphasized kindness toward others, without judgment based on skin

color.

The indoctrination did not stop. As the year progressed, I overheard and transcribed other statements intended to portray skin color as a defining characteristic of good or evil:

* "White people cause racism."
* "White people treat people in very bad ways because they have the power."
* "White people are the only ones who can be racists."

There have been other incidents of indoctrination, such as the sharing of a video (https://www.brainpop.com/socialstudies/ushistory/civilrights/) by library and media specialist Sarah Proulx, in February this year. I happened to be nearby when it played, and much of the video is informative and interesting. In the closing minutes, though, the video changes. The images shown single out whites as being violent and in the wrong if they do not express public support of a Marxist organization. The audience is told that history is on the side of such organizations; a statement which closely echoes the teachings of Marx, Mao, and Xi who all spoke of a "law of history" inevitably leading to Marxism. The approach of telling kids that they are in the wrong if they do not support the "correct" causes reminds one of the use of intimidation and humiliation by Communist agitators to silence those who disagree with them.

Ongoing indoctrination to racist prejudice is part of what led my wife and I to decide not to send our daughter back to HPS when her remote class returned to the school; we could not in good conscience expose her to more of this propaganda as part of an isolated captive audience. Instead, we opted to continue remote learning, and hoped for a teacher who focused on the fundamentals of education (And, as a side note, we now have that in Susan Lewis, who has done an excellent job with her class, and is one of the more effective teachers I have observed in raising our children.).

The recent discussions in our community around whether or not the Critical Race Theory (CRT) ideology should be championed by teachers and taught as fact in our schools are beside the point. CRT is already in our schools, whatever name it uses, and it starts early in our kids' education.

I have spoken to other parents in our community about this, and reached out to some of our political representatives. They encouraged me to share my experiences with you, and I do so now in the hope that our community may address this indoctrination. I have no desire to have teachers hobbled in their ability to discuss history. I simply want our teachers to educate, and not indoctrinate.

I have shared my concerns with Principal Izbicki and the teachers mentioned above separately. My hope is that we can discuss what occurred, and find a way to reach an equitable understanding.

Thank you for your work, and for considering the best interests of our town and our children.

Respectfully,

******
Hollis Primary School parent

cc:

Paula Izbicki, HPS principal (paula.izbicki@sau41.org)

Hollis School Board:
* Brook Arthur (brooke.arthur@sau41.org)
* Tammy Fareed (tammy.fareed@sau41.org)
* Amy Kellner (amy.kellner@sau41.org)

DOE-10181

\* Robert Mann (robert.mann@sau41.org)
\* Carryl Roy (carryl.roy@sau41.org)

Hollis/Brookline COOP School Board
\* Holly Babcock (holly.babcock@sau41.org)
\* Elizabeth Brown (elizabeth.brown@sau41.org)
\* Tom Solon (tom.solon@sau41.org)
\* Kate Stoll (kate.stoll@sau41.org)
\* Cindy VanCoughnett (cindy.vancoughnett@sau41.org)
\* Krista Whalen (krista.whalen@sau41.org)
\* Beth Williams (beth.williams@sau41.org)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Local 8027, AFT-New Hampshire, et al.
Plaintiff(s)/United States

v.                                    Case No.  1:21-cv-01077-PB

Frank Edelblut, in his Official Capacity, et al.
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

Please take notice that  Plaintiffs                                    has
conventionally filed the following attachment or exhibit:
Exhibit 98 to Plaintiffs' Statement of Material Facts (Depo. Ex. 31)                .

This attachment or exhibit has not been filed electronically because:

It either contains information that has been designated by Defendants as "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order (DN 76) insofar as Defendants assert that this information is protected under RSA 354-A:21, II(a) and/or N.H. Admin. R. PART Hum 219.04(a), or it contains personal identifying information.

Date: August 14, 2023                    /s/  Gilles Bissonnette
                                         Gilles Bissonnette
                                         265393
                                         ACLU of New Hampshire
                                         18 Low Avenue
                                         Concord, NH 03301
                                         603-224-5591
                                         gilles@aclu-nh.org

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

All counsel of record

Date: August 14, 2023

/s/ Gilles Bissonnette
Gilles Bissonnette
265393
ACLU of New Hampshire
18 Low Avenue
Concord, NH 03301
603-224-5591
gilles@aclu-nh.org

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Local 8027, AFT-New Hampshire, et al.
_____
Plaintiff(s)/United States

                v.                    Case No.  1:21-cv-01077-PB

Frank Edelblut, in his Official Capacity, et al.
_____
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

        Please take notice that _Plaintiffs_____ has conventionally filed the following attachment or exhibit: _____
_Exhibit 99 to Plaintiffs' Statement of Material Facts (Depo. Ex. 40)_____.

        This attachment or exhibit has not been filed electronically because:

It either contains information that has been designated by Defendants as "Confidential—
Attorneys' Eyes Only" pursuant to the Protective Order (DN 76) insofar as Defendants assert
that this information is protected under RSA 354-A:21, II(a) and/or N.H. Admin. R. PART
Hum 219.04(a), or it contains personal identifying information.

Date: _August 14, 2023_____      /s/  Gilles Bissonnette
                                        Gilles Bissonnette
                                        265393
                                        ACLU of New Hampshire
                                        18 Low Avenue
                                        Concord, NH 03301
                                        603-224-5591
                                        gilles@aclu-nh.org

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

All counsel of record

Date: August 14, 2023                                  /s/ Gilles Bissonnette

                                                        Gilles Bissonnette

                                                        265393

                                                        ACLU of New Hampshire

                                                        18 Low Avenue

                                                        Concord, NH 03301

                                                        603-224-5591

                                                        gilles@aclu-nh.org

# EXHIBIT 100

Feb. 7, 2022 No Left Turn Letter

(Depo.Ex. 26)



2467
**EXHIBIT 26**
R. Farrell
5/18/2023
Reporter: Sharon Saalfield
RDR, CRR


No Left Turn in Education
P.O. Box 1101
Moultonborough, NH 03254

February 7, 2022

NH State Board of Education
NH Department of Education
101 Pleasant Street
Concord, NH 03301

CC: Drew Cline, Chair
NH State Board of Education
361 North Amherst Road
Bedford, NH 03110

CC: Richard Farrell, Investigator
Bureau of Credentialing
NH Department of Education
101 Pleasant Street
Concord, NH 03301

Chair Cline, Members of the State Board of Education, and Bureau of Credentialing:

No Left Turn in Education (NLTE) is a national education advocacy organization. I am the director of the New Hampshire Chapter. I am writing you today to present the Board and the Bureau with evidence of probable widespread violation of New Hampshire's Educator Codes of Conduct.

As you know, on June 25, New Hampshire enacted a Prohibition on Teaching Discrimination. This law prohibits teaching that any person or group of people is inherently racist, sexist, or oppressive, or that any person or group of people should be discriminated against on the basis of their race or sex.

New Hampshire's Department of Education, Department of Justice, and Commission for Human Rights have issued a joint memorandum summarizing this law in the following words: "In short, do not teach that a person or a group is inherently oppressive, superior, inferior, racist, or sexist. Teach and treat all equally and without discrimination."[1]

As acknowledged in the joint memorandum, New Hampshire law also makes any violation of the Prohibition on Teaching Discrimination a breach of the Educators Code of Conduct. The statute

---

[1] https://www.doj.nh.gov/civil-rights/documents/faq-educational-programs.pdf

000068
Nolan Perroni 4.19.23
AFT/NEA v. NH DOE - USDC NH 1:21 cv 01063
No Left Turn R.45 Response

says that "[v]iolation of this section by an educator *shall be considered a violation* of the educator code of conduct that justifies disciplinary sanction by the state board of education."

On August 11, in explicit response to the Prohibition on Teaching Discrimination—along with eleven analogous bills introduced in other states—the political organization Zinn Education Project, named for Marxist historian Howard Zinn,[2] called upon educators around the country to sign a pledge (the "Zinn Pledge") promising to openly violate any such prohibitions that might become law. The organization claims to base this pledge upon the principle that "one has a moral responsibility to disobey unjust laws."[3]

The Zinn Pledge and its signatories are publicly available online. In confirming these names two categories of signatories have emerged. Of the sixty-two individuals who asserted they were New Hampshire educators, 35 were confirmed as such by the NH Department of Education. The NH DOE could not confirm or deny the legitimacy of the remaining 27 signatories as individuals employed in the New Hampshire school system. Both lists are attached.

The goal of these signatories to the Zinn pledge to teach racism and sexism is not an overstatement. In its own words, the Zinn Pledge says that it opposes banning education which "identifies people or groups of people… as inherently, immutably, or systemically sexist, racist, anti-LGBT, bigoted, biased [or] privileged." All of the signatories of the Zinn Pledge, whether currently identified as N. H. educators or allied professions within the NH school system, can be assumed to have read the public document to which they signed their names.

While some educators signed the Zinn Pledge before New Hampshire's law was passed, they did so, anticipating passage of New Hampshire's law and promising to break it after enactment. The Zinn Pledge is evidence that all the educators who signed it, whether before or after the law was passed, are actively using their positions to instill racism, sexism, and other forms of invidious prejudice in their students.

It is also more than enough evidence for this Board to act, and for the Bureau to open investigations into all NH Zinn Pledge signatories. The Educator Code itself states that "the department [of education] *shall undertake* an investigation" of an educator if the department merely "has reason to suspect" that any educator knowingly failed to report a violation of the Codes.[4]

Organized educator defiance of this magnitude endangers both our children and those educators who oppose invidious discrimination. Accordingly, we urge the Board and Bureau to protect New Hampshire's children by investigating each of the Zinn Pledge signatories for potential violations of their ethical obligations and the law.[5]

---

[2] For more information regarding Howard Zinn, *see e.g.*, *Howard Zinn's History Lessons*, by Michael Kazin (2004), *Howard Zinn*, by Discover the Networks; *Howard Zinn: Fake Historian* (2020); *Where Howard Zinn's a People's History Falls Short*, by Sam Wineburg (2012-2013); and *The Left's Blindspot*, by Rick Shenkman (2010).

[3] https://www.zinnedproject.org/news/pledge-to-teach-truth

[4] Ed. 510.05(f).

[5] In our view it is non sensical on its face to assume that lessons and/or curriculum grounded in cult like intellectually illiterate beliefs, such as all white citizens are racist since infancy, that only whites can be racist, the United States

The names and school districts of each New Hampshire Zinn Pledge signatory—all derived from the Zinn Pledge itself and other publicly available information—are provided below. We encourage the Bureau to verify these names directly by viewing the Zinn Pledge online at https://www.zinnedproject.org/news/pledge-to-teach-truth.

Sincerely,


Michael D. Breen Ph.D. Director, N.L.T.E. New Hampshire Chapter

Attached:

[1] Full list of educators, confirmed by DOE and their SAUs.

(2)  Full list of individual Zinn signatories not confirmed by NH DOE as employees within the NH school system.

---

was purposed to promote slavery, is now purposed to suppress minorities, and that due to this "systemic racism," and "white privilege" the morally inferior white race including school children need to be discriminated against, as non-discriminatory.

| | Name | SAU# | SAU Address | Superintendent |
|---|---|---|---|---|
| | | | | |
| 1 | Vivian·Jablonski | 5 | Oyster River SAU Office | James Morse |
| 2 | Kate Zimar | 5 | 36 Coe Dr. | jmorse@orcsd.org |
| | | | Durham, NH 03824-2200 | |
| | | | | |
| 3 | Olivia Bregani | 6 | Claremont SAU Office | Michael Tempesta |
| | | | 165 Broad St. | mtempesta@sau6.org |
| | | | Claremont, NH 03743-2624 | |
| | | | | |
| 4 | Heather Ouellette-Cygan | 8 | Concord SAU Office | Kathleen A. Murphy |
| | | | 38 Liberty St. | kmurphy@sau8.org |
| | | | Concord, NH 03301-2934 | |
| | | | | |
| 5 | Misty Crompton | 10 | Derry Cooperative SAU Office | Mary Ann Connors - Krikorian |
| 6 | Meredith Walker | 10 | 18 South Main St. | makrikorian@sau10.org |
| | | | Derry, NH 03038-2197 | |
| | | | | |
| 7 | Heather Hyvari | 16 | Exeter SAU Office | David Ryan |
| 8 | Mary Vogt | 16 | 30 Linden St. | dryan@sau16.org |
| 9 | Abby Hood | 16 | Exeter, NH 03833-2522 | |
| 10 | Daniel Stowell | 16 | | |
| | | | | |
| 11 | Ross Phillips | 21 | Winnacunnet SAU Office | Meredith Nadeau |
| 12 | Lara Johnson | 21 | 2 Alumni Dr. | mnadeau@sau21.org |
| 13 | Charlotte Scott | 21 | Hampton, NH 03842-2281 | |
| 14 | Wendy Bergeron | 21 | | |
| 15 | Amy Scholes | 21 | | |
| 16 | Stacy Brown | 21 | | |

Table title: **Zinn Signatories who are confirmed NH educators and their SAU's**

| | Name | SAU | SAU Address | Superintendent |
|---|---|---|---|---|
| 17 | Barbara Kaufmann | 29 | Keene SAU Office | Robert Malay |
| 18 | Laura White | 29 | SAU# 29 | rmalay@sau29.org |
| | | | 193 Maple Avenue | |
| | | | | |
| 19 | Joanne Lazarus | 31 | Newmarket SAU Office | Susan K. Givens |
| | | | 186A Main St. | givenss@newmarket.k12.nh.us |
| | | | Newmarket, NH 03857-1838 | |
| | | | | |
| 20 | Mary Ann Wood | 37 | Manchester SAU Office | John Goldhardt |
| 21 | Megan Kilar | 37 | 20 Hecker Street | jgoldhardt@mansd.org |
| 22 | Sean Russell | 37 | Manchester, NH 03102-9999 | |
| 23 | Gregory Giorgio | 37 | | |
| | | | | |
| 24 | Samantha Leone | 42 | Nashua SAU Office | Garth J. McKinney |
| 25 | Paul Menard | 42 | 141 Ledge St. | mckinneyg@nashua.edu |
| 26 | Jocelyn Merrill | 42 | Nashua, NH 03061-0687 | |
| 27 | Stephane Cassidy | 42 | | |
| | | | | |
| 28 | Cindy Falabella | 46 | Merrimack Valley SAU Office | Mark T. MacLean |
| 29 | John Cassidy | 46 | 105 Community Dr. | mmaclean@mvsdpride.org |
| | | | Penacook, NH 03303-1625 | |
| | | | | |
| 30 | Elizabeth England | 59 | Winnisquam Regional SAU Office | Robert T. Seaward |
| | | | 433 West Main St. | rseaward@wrsdsau59.org |
| | | | Tilton, NH 03276-5026 | |
| | | | | |
| 31 | Nick Belsky | 60 | Fall Mountain Regional SAU Office | Lorraine Landry |
| | | | 122 NH Route 12A | Llandry@sau60.org |
| | | | P O Box 720 | |
| | | | Langdon, NH 03602-0720 | |
| | | | | |
| | | | | |

| | Name | SAU | SAU Address | Superintendent |
|---|---|---|---|---|
| 32 | Lauren Duquette | 65 | Kearsarge Regional SAU Office | Winfried Feneberg |
| | | | New London, NH 03257-4554 | |
| | | | | |
| 33 | Jennifer Kenney | 77 | Monroe SAU Office | Leah D. Holz |
| | | | 77 Woodsville Rd. | lholz@monroeschool77.com |
| | | | PO Box 130 | |
| | | | Monroe, NH 03771-0130 | |
| | | | | |
| 34 | John Dube | 106 | Timberlane Regional SAU Office | Interim Superintendent Christopher Kellan |
| | | | 30 Greenough Road | Christopher Kellan |
| | | | Plaistow, NH 03865 | |
| | | | | |
| 35 | Sarah Wirein-Rudy | 1057 | Mount Prospect Academy | Jay Marshall, M.Ed., Head of Schools |
| | | | 354 Main Street | Jeffrey Caron. M.Ed., President |
| | | | Plymouth, NH 03264 | |

| | Zinn Signatories claiming to be NH educators not confirmed as such by NH Department of Education | |
|---|---|---|
| | **Name** | **SAU** |
| 1 | Landis Brown | |
| 2 | Jay Reiter | |
| 3 | Tiffany Gagnon | |
| 4 | Clare Ringwall | |
| 5 | Siobhan Senier | |
| 6 | Christie Cho | |
| 7 | Lindsay Mears | |
| 8 | Mika Court | |
| 9 | Louise Pajak | |
| 10 | Patricia Patricia | |
| 11 | Lianne Prentice | |
| 12 | Whitney Howarth | |
| 13 | Jacob Bennett | |
| 14 | Yekaterina McKenney | |
| 15 | Cailey Mastrangelo | |
| 16 | Eric Meth | |
| 17 | Barbara Tobin | |
| 18 | Ryan Buchanan | |
| 19 | Candace Moulton | |
| 20 | Marianne Salcetti | |
| 21 | Shannon Kelly | |
| 22 | Yussra Ebrahim | |
| 23 | Jasmine Soleyn | |
| 24 | Kristi Lockhart | |
| 25 | Sherry Frost | |
| | | |

| | Zinn Signatories claiming to be NH educators not confirmed as such by NH Department of Education | |
|---|---|---|
| | **Name** | **SAU** |
| 26 | Joanna Preucel | |
| 27 | Carissa Corrow | |

000075
Nolan Perroni 4.19.23
AFT/NEA v. NH DOE - USDC NH 1:21 cv 01063
No Left Turn R.45 Response

**EXHIBIT 101**

Feb. 22, 2022 F. Edelblut Email Exchange

(Depo. Ex. 27)

2476
**EXHIBIT 27**
R. Farrell
5/18/2023
Reporter: Sharon Saalfield
RDR, CRR

**From:** "Krol, Diana" <Diana.C.Krol@doe.nh.gov>
**To:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
**Subject:** RE: media inquiries (we can discuss at our 10 a.m.)
**Date:** Tue, 22 Feb 2022 17:40:40 +0000
**Importance:** Normal
**Inline-Images:** image005.png; image006.png; image007.png; image008.png; image009.png

---

I have Rich doing some digging as well, below is the link to the contact section on their website if all else fails
https://www.noleftturn.us/contact-us/

Stay safe and stay well,

*Diana Krol*

Diana C. Krol | Front Desk Support
Office of the Commissioner
Phone: 603-271-6133

 New Hampshire
**Department of Education**

*The contents of this message are confidential.  Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited.  If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

---

**From:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Sent:** Tuesday, February 22, 2022 11:09 AM
**To:** Krol, Diana <Diana.C.Krol@doe.nh.gov>
**Subject:** FW: media inquiries (we can discuss at our 10 a.m.)

*Frank Edelblut*

Frank Edelblut | Commissioner of Education
**Phone:** 603-271-3144
Frank.Edelblut@doe.nh.gov



 New Hampshire
**Department of Education**

*The contents of this message are confidential.  Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited.  If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

---

**From:** Houghton, Kimberly C <kimberly.c.houghton@doe.nh.gov>
**Sent:** Tuesday, February 22, 2022 8:54 AM
**To:** Edelblut, Louis (Frank) <Frank.Edelblut@doe.nh.gov>
**Subject:** media inquiries (we can discuss at our 10 a.m.)

I have some media inquiries from over the weekend. Please let me know if you are available to speak with these reporters, or whether there is someone else within the department who would be better suited.

**\*Krysten Maddocks 603-817-1080 works with Granite State News Collaborative and is asking about :**

DOE-06881

**Striking the balance between academics and fun this summer.**
Questions for expert:

- - Are kids still behind in their academics due to the pandemic? How do we know this?
- - Are there activities parents can engage their children in to prevent "summer slide?"
- - Should parents spend some time this summer focusing on academics? If so, how should they approach it? Does this differ significantly according to how old your child is?
- - Physical activity and socialization are still very important. What is the balance between keeping kids' minds engaged and making sure they are outside playing?
- - If you do think your child is behind academically, who should you contact in your school?
  - Are there district- or state-sponsored activities that are available to NH kids this summer? (Prenda, VLACS, summer schools run by the district.)
- - When should you consider tutoring or enrolling your student in an academic program such as Kumon or Sylvan Learning?

Questions for the commissioner:

- Why was it important for NH to again offer Prenda and Rekindling Curiosity this summer?
- In your opinion, what should parents do to strike the balance between making sure their children are caught up academically vs. making sure they are getting fresh air and exercise?
- Are any of the public school districts offering additional summer catch up programs this year (funded through the federal government, grants or other means.)

**How to keep your teen busy this summer.**

Too old for camp, too young to drive. It can be a long summer for teens home along.

SEL expert or other expert focused on teen behavior:

1. Why is it important that teens (12-17) stay busy during the summer? What is the best mix of activities for them?
2. How can you tell if your teen is "bored?" What activities should they avoid? (social media, video games, TV, excessive computer time.)
3. How can internships or volunteer activities help provide learning experiences for kids not yet old enough to work?

---

**\*Megan Fernandes** 603-943-4008 **of Fosters Daily Democrat is asking about this press release and seeking a comment:**
35 New Hampshire teachers subject of requests for investigations at affected SAUs and the Department of Education.

## A PRESS RELEASE

### February 11, 2022
### New Hampshire Chapter of No Left Turn in Education
### P.O. Box 1101, Moultonborough, NH 03254

No Left Turn in Education (NLTE) is a national education advocacy organization. Its New Hampshire Chapter has requested investigations by affected School Administrative Units (SAUs) and the New Hampshire Department of Education into the professional conduct of 35 New Hampshire educators in an array of SAUs across the state. In a manner wholly inconsistent with American Civil Rights legislation, and the teachings of Dr. Martin Luther King, these misguided educators from the school systems of Oyster River, Claremont, Concord, Derry, Exeter, Winnacunnet, Keene, Newmarket, Manchester, Nashua Merrimack Valley, Winnisquam, Fall

Mountain Regional, Kearsarge Regional, Monroe, Timberlane Regional, and the Mount Prospect Academy have publicly vowed to violate New Hampshire law.

Motivated by decency and common sense, New Hampshire law, prohibits teaching that any individual is inherently racist, sexist, oppressive, or that any person or group of people should be discriminated against on the basis of their race or sex. New Hampshire's Department of Education, Department of Justice, and Commission for Human Rights has articulated this intent by simply saying "In short, do not teach that a person or a group is inherently oppressive, superior, inferior, racist, or sexist. Teach and treat all equally and without discrimination." Conversely, the "Zinn Pledge" made by these educators unambiguously seeks to teach racism and sexism. In its own words, following the classic Marxist playbook of creating combative groups of "oppressors" and "the oppressed," the Zinn Pledge opposes banning education which "identifies people or groups of people… as inherently, immutably, or systemically sexist, racist, anti-LGBT, bigoted, biased [or] privileged."

By publicly pledging on the Marxist Zinn Project website to violate New Hampshire law, these teachers have pledged to violate their professional code of conduct. In fact, the statute itself mandates that such a violation "*shall be considered a violation* of the educator code of conduct that justifies disciplinary sanction by the state board of education."

Lost upon these signatories is an understanding that investigations into private mental, emotional, or physical disabilities, gender, race, or private family issues, are not—and have never been, a legitimate function of public education. As suggested by New Hampshire law, an education's proper role is to simply help *any* student perform at their best, in spite of the anti-intellectual "identity" constructs these educators have imposed.

By making this type of race and gender discriminatory treatments illegal, the New Hampshire law attempts to blunt the worst aspects of *Critical Race Theory* (CRT) which is now stressed in virtually all topics under a growing array of pseudonyms. No matter how obliquely taught, sanitized, or word-smithed with labels such as "antiracism, equity, inclusion, social justice," and/or "diversity," CRT's fundamental hate-laden racist, sexist, and anti-scientific dogma, is as well documented as it is bizarre. While openly discarding science and rationality itself, these beliefs advance five foundational ethical and factual absurdities.

(1) It causes harmful often life-altering gender confusion among children. This disorientation is inflicted by wholly unqualified educators absent professional psychological oversight, or even parental knowledge and consent; all under the deceptive guise of the otherwise laudable, albeit inappropriate school-based goal, of assisting the socialization of gender minorities.

(2) Likewise, under the deceptive guise of assisting victims of the evidence-free notions of "systemic racism," and "white privilege," it isolates, shames and discriminates against one race. It asserts that every individual of this one race is morally inferior in that they are unavoidably and permanently "*systemically racist… and born oppressors,*" and *must* be discriminated against in the future. Its allied science-free belief is that melanin makes one race superior "*cognitively, spiritually, and physically.*" This blatant racist philosophical foundation is succinctly communicated by CRT advocates. Consider one example; the comments of CRT writer Noel Ignatiev: *"If you are a white male, you do not deserve to live, you are a cancer; a disease…. The key to solving the social problems of our age is to abolish the white race."*

(3) CRT inspired education insists upon "instructing through a lens;" e.g.: their anti-historical and anti-scientific preconceptions. U.S. history is presented in a highly selective manner to support conclusions otherwise unsupported by the data or the centuries old professional "lens free" *objective analysis* by professional historians. CRT oriented conclusions now being taught in many schools nationwide are not simply unsupported; they are demonstrably false. Not surprisingly, as with all Marxist political efforts, their "history" supports concepts of collectivism, as it demeans concepts of individualism, democratic rule of law, equality theory, capitalism itself, and the individual freedoms in which these democratic concepts are founded. In seeking to eradicate these democratic legal pillars, these law violating educators have taken to heart Derrick Bell's (the father of CRT) instruction, that: *"Private rights and public sovereignty mediated by the rule of law need to be exploded."*

(4) Although wholly disproved by aggregate data, police officers, (about one third of which are women or racial minorities), are typecast as a single-minded group of racists and murderers. Children are repeatedly encouraged to fear their police in CRT "equity" styled surveys and in class instruction. Random assassination of police officers is at its highest rate in twenty years.

(5) Honest discourse inconsistent with these anti-intellectual beliefs are verboten by classroom CRT advocates just as they are in the public square. Social science research that identifies genuine cultural reasons for disparities among groups is left undiscovered by students. CRT advocates renounce this science by claiming it is *"Masculine and Western."* Parents, students, academics, historians, or citizens attempting disagreement with the encouragement of hateful racism, false history, and gender confusion, are systematically humiliated, perversely labeled and ostracized. CRT proponents trained to employ this bullying practice to distract one from genuine facts. They call the strategy "Upstanding."

No Left Turn in Education, alongside the vast majority of informed citizens oppose employing our educational system to facilitate harm to vulnerable children and their families. No matter how implicitly accomplished, there is no "free speech right" among educators to deceive children, to coerce them to surrender private information relative to physical, mental, or emotional maladies, income data, gender issues, racial pedigree, or other issues inherently private to their families. Educators do not have a "right" to discriminate against some children, to alienate children from one another, or manipulate them into feeling angry, afraid, victimized, or ashamed. Surrendering parental roles to ideologically driven teachers deliberately undermine the foundation of a child's basic support structure, the nuclear family. NLTE will assist with any student or family complaints regarding these ideological transgressions emanating from a school environment. We also request that the Department of Education in alliance with other responsible educators protect children from the damage these 35 educators have pledged to promote in violation of New Hampshire Law.

Respectfully submitted,

Michael D. Breen Ph.D. Director, N.L.T.E. New Hampshire Chapter

- **\*SHE IS ALSO ASKING ABOUT THIS:  School Boards are being targeted with folks threatening to file claims on surety bonds, in order to try to force districts to remove mask mandates. Is the DOE aware of this, and are they taking any action?  What purpose do these bonds serve and is the DOE concerned about the impact this has on the districts?**

*Kimberly Houghton*
*Communications Administrator*
*603-513-3030*
*Kimberly.C.Houghton@doe.nh.gov*

 New Hampshire
**Department of Education**

**EXHIBIT
102**


Feb. 14,
2022 R.
Farrell
Email
Exchange

(Depo. Ex.
28)

**From:** "/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B73ED742D2BC41A4BD75EE92045AC4
8E-FARRELL, RI" <Richard.J.Farrell@doe.nh.gov>

**To:** "Garth McKinney" <McKinneyG@nashua.edu>

**Subject:** RE: Message from KM_C550i

**Date:** Mon, 14 Feb 2022 14:32:45 -0000

**Importance:** Normal

**Inline-Images:** image002.png; image003.png



**EXHIBIT 28**

R. Farrell

5/18/2023

Reporter: Sharon Saalfield
RDR, CRR

Good Morning,
I wanted to give you an update regarding the "No Left Turn Letter."
I received a similar letter with ALL the names on it. Additionally, Drew Cline (State Board Chair) and the State Board members got the same letter. Every school district with an identified teacher received the same letter (Specific to the identified educator).
I have consulted with The Assistant Attorney General assigned to our office (Chris Bond) and Atty. Diana Fenton. Neither of these lawyers feel we have an interest in the allegations. We reviewed the same list back in the summer and the decision was the same. Moreover, the Day of Action in New Hampshire took place on June 12, 2021.
Therefore, it is believed that the signatures (if confirmed) were affixed to the "pledge" prior to HB2 becoming law.
I hope this helps a bit. If you have any additional questions, give me a call.
Thanks.
Rich


Richard J. Farrell Jr.
New Hampshire Department of Education
Investigations
101 Pleasant Street
Concord, New Hampshire 03301
(603) 271-8372


*The contents of this message are __CONFIDENTIAL__ Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is __PROHIBITED__. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** Garth McKinney <McKinneyG@nashua.edu>
**Sent:** Wednesday, February 9, 2022 11:06 AM
**To:** Farrell, Richard <richard.farrell@doe.nh.gov>
**Subject:** FW: Message from KM_C550i

**EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.**

FYI – should we investigate?

----



**From:** Gabriele Bernardo <Bernardog@nashua.edu>
**Sent:** Wednesday, February 9, 2022 11:05 AM
**To:** Garth McKinney <McKinneyG@nashua.edu>
**Subject:** FW: Message from KM_C550i

Thank you,

*Gabriele Bernardo*
**Office of the Superintendent**



141 Ledge Street
Nashua, NH 03060
bernardog@nashua.edu
Ph#: 603-966-1002
Fax#: 603-594-4350

**From:** DO-MainOffice@nashua.edu <DO-MainOffice@nashua.edu>
**Sent:** Wednesday, February 9, 2022 11:02 AM
**To:** Gabriele Bernardo <Bernardog@nashua.edu>
**Subject:** Message from KM_C550i

DOE-00701

**EXHIBIT 103**

Redacted version of Apr. 7, 2022 DOE Email Exchange

(Depo. Ex. 18)

2484

EXHIBIT 18
D Fenton
5/17/2023
Reporter: Sharon Saalfield
RDR, CRR

From: "Farrell, Richard" <Richard.J.Farrell@doe.nh.gov>
To: "Fenton, Diana" <Diana.E.Fenton@doe.nh.gov>
Subject: Re: Londonderry
Date: Thu, 07 Apr 2022 22:02:33 -0000
Importance: Normal
Inline-Images: image001.png; image002.png; image003.png; image004.png; image005.png; image006.png; image007.jpg

You should review the text messages.

From: Fenton, Diana <Diana.E.Fenton@doe.nh.gov>
Sent: Thursday, April 7, 2022 6:01:18 PM
To: Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>; Farrell, Richard <Richard.J.Farrell@doe.nh.gov>
Cc: Bond, Christopher <Christopher.G.Bond@doe.nh.gov>; Brennan, Christine <Christine.M.Brennan@doe.nh.gov>
Subject: RE: Londonderry

Yes, we need to discuss at our next ed misconduct meeting in further detail.

From: Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
Sent: Thursday, April 7, 2022 3:46 PM
To: Farrell, Richard <Richard.J.Farrell@doe.nh.gov>
Cc: Fenton, Diana <Diana.E.Fenton@doe.nh.gov>; Bond, Christopher <Christopher.G.Bond@doe.nh.gov>; Brennan, Christine <Christine.M.Brennan@doe.nh.gov>
Subject: RE: Londonderry

Rich,

Can we discuss in our next meeting? Looking at the "opt out/in" content, I would say that the content of the materials may not match the relatively benign syllabus.

*Frank Edelblut*
Frank. Edelblut | Commissioner of Education
Phone: 802-271-3144
Frank.Edelblut@doe.nh.gov

New Hampshire
Department of Education

The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.

From: Farrell, Richard <Richard.J.Farrell@doe.nh.gov>
Sent: Thursday, April 7, 2022 9:55 AM
To: Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
Cc: Fenton, Diana <Diana.E.Fenton@doe.nh.gov>; Bond, Christopher <Christopher.G.Bond@doe.nh.gov>; Brennan, Christine <Christine.M.Brennan@doe.nh.gov>
Subject: FW: Londonderry

Please review the responses from Londonderry.
Rich

Richard J. Farrell Jr.
New Hampshire Department of Education
Investigations
101 Pleasant Street
Concord, New Hampshire 03301
(603) 271-3372

The contents of this message are CONFIDENTIAL. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is PROHIBITED. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.

From: Scott Laliberte <slaliberte@londonderry.org>
Sent: Thursday, April 7, 2022 9:54 AM
To: Farrell, Richard <Richard.J.Farrell@doe.nh.gov>
Cc: Daniel Black <dblack@londonderry.org>; Jason Parent <jparent@londonderry.org>; Kim Lindley-Soucy <klindley@londonderry.org>
Subject: RE: Londonderry

EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.

Good morning Rich,

We have had an opportunity to review the material that you'd sent and have the following information for you in response to the inquiry.

First and foremost, the activities identified are from the Human Relations Course at LHS. After review with the principal, curriculum coordinator, and assistant superintendent, we have determined that these activities do fall within the scope of the course. For your information, I have attached a copy of the syllabus. You'll also notice that this syllabus includes a form, for parental notification, as well as an invitation for parents to review class assignments on Google Classroom at any time. I'm told that all participants in the class have submitted signed acknowledgements. Furthermore, neither the teacher nor school administrators have received any complaints to date regarding the course content. Should any such objection be received, the district will handle it in accordance with our Policy IGE—Exceptions to Use of Specific Course Material(s). We have also reviewed this material through the lens of the new Divisive Concepts law and find that the subject of these activities do not apply.

I have copied the school staff involved in this matter on this email—please feel free to let us know if you require further information.

2485

Regards,
Scott

**Scott A. Laliberte**
**Superintendent**
**Londonderry School District – S.A.U. #12**
**6A Kitty Hawk Landing, Ste 101**
**Londonderry NH 03053**

(603) 432-6920 ext. 1109



From: Farrell, Richard <Richard.J.Farrell@doe.nh.gov>
Sent: Tuesday, April 5, 2022 10:03 AM
To: Scott Laliberte <slaliberte@londonderry.org>
Subject: FW: Londonderry

Please Review:
I am not familiar with ████████. I do not know if she is a parent of an interested party. Is she on your radar?
Thanks,
Rich

Richard J. Farrell Jr
New Hampshire Department of Education
Investigations
101 Pleasant Street
Concord, New Hampshire 03301
(603) 271-8572

The contents of this message are CONFIDENTIAL. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is PROHIBITED. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.

From: Fenton, Diana <Diana.E.Fenton@doe.nh.gov>
Sent: Tuesday, April 5, 2022 9:03 AM
To: Farrell, Richard <Richard.J.Farrell@doe.nh.gov>
Subject: FW: Londonderry

Can you look into this?

From: Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
Sent: Tuesday, April 5, 2022 7:58 AM
To: Fenton, Diana <Diana.E.Fenton@doe.nh.gov>
Subject: FW: Londonderry

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov


**Department of Education**

The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.

From: ████████ @gmail.com>
Sent: Monday, April 4, 2022 8:19 PM
To: Edelblut, Louis (Frank) <Frank.edelblut@doe.nh.gov>
Subject: Londonderry

EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.

Good evening,

This was brought to my attention today. A Human Relations teacher at the Londonderry High School gave these worksheets out to students. Is this allowed?

Thank you,
████████



DOE-10288

**DIVERSITY BINGO**

Directions: Find someone in the class to fill each square and ask them to print their name in that square. Each person can only fill ONE square on your card. The first goal is to get Bingo: a row across, down or diagonally. When you are done, yell "BINGO!"

| Knows what Diwali is | Has memorized a poem | Has travelled to South America | Is a vegetarian | Has a quote that inspires them |
|---|---|---|---|---|
| ...es from an interracial family | Celebrates Yom Kippur or knows what it is | Is a twin or triplet | Has a family member who has a service animal  AS | Has travelled to Europe |
| musical ...ment | Speaks more than one language (fluently)  LW | Lives on the planet Earth | Is a first generation American (both parents were born in another country) | Was born in another country |
| a ...ts | Has travelled to Canada  TS | Celebrates Kwanzaa or knows what it is | Sent a handwritten 'thank you' note recently | Does NOT have SnapChat |
| | Is of Native American heritage | Does not use binary gender pronouns  N | Has lived in more than one state | Has a cause they are passionate about  LW |



DOE-10290

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Local 8027, AFT-New Hampshire, et al.
Plaintiff(s)/United States

v.                                    Case No.  1:21-cv-01077-PB

Frank Edelblut, in his Official Capacity, et al.
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

Please take notice that  Plaintiffs                                         has
conventionally filed the following attachment or exhibit:
Exhibit 104 to Plaintiffs' Statement of Material Facts (Depo. Ex. 46)          .

This attachment or exhibit has not been filed electronically because:

It either contains information that has been designated by Defendants as "Confidential—
Attorneys' Eyes Only" pursuant to the Protective Order (DN 76) insofar as Defendants assert
that this information is protected under RSA 354-A:21, II(a) and/or N.H. Admin. R. PART
Hum 219.04(a), or it contains personal identifying information.

Date: August 14, 2023                  /s/  Gilles Bissonnette
                                       Gilles Bissonnette
                                       265393
                                       ACLU of New Hampshire
                                       18 Low Avenue
                                       Concord, NH 03301
                                       603-224-5591
                                       gilles@aclu-nh.org

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

All counsel of record

Date: August 14, 2023

/s/ Gilles Bissonnette

Gilles Bissonnette
265393
ACLU of New Hampshire
18 Low Avenue
Concord, NH 03301
603-224-5591
gilles@aclu-nh.org

**EXHIBIT 105**

Aug. 24, 2022 R. Farrell Email Exchange

(Depo. Ex. 29)



**From:** Karlyn Borysenko <kb@activelyunwoke.com>
**To:** "Farrell, Richard" <Richard.J.Farrell@doe.nh.gov>
**Subject:** Re: Inquiry
**Date:** Wed, 24 Aug 2022 11:39:36 -0400
**Importance:** Normal

---

**EXTERNAL: Do not open attachments or click on links unless you recognize and trust the sender.**

---

Hi Richard,

While I am more than happy to play this out in the public square to see how the citizens of New Hampshire feel about their own department of education refusing to investigate this obvious violations, I must point out that you are patently incorrect in your assertion that it does not name individuals.

It does.

As I have outlined, the following individuals are named: https://karlyn.substack.com/p/the-exeter-region-cooperative-school

David Ryan
Adam Krauss
Dennis Magliozzi
Kristina Peterson

They are all individual educators and they are all named in the information I submitted.

Karlyn Borysenko


On Aug 24, 2022, at 9:37 AM, Farrell, Richard <Richard.J.Farrell@doe.nh.gov> wrote:

Good Morning,
Thank you for the information provided in your Email (19 August 2022). Pursuant to guidance from the Office of the Attorney General (Department of Justice), this complaint should first be reviewed by the Human Rights Commission (HRC).   You may find information regarding how to file a complaint with the HRC on their website.  **New Hampshire Commission for Human Rights (nh.gov)**  If the HRC determines that there is a violation of RSA 354-A, the Department of Education will examine their findings (if any) and determine if they are consistent with the possible violation of the Code of Conduct regulations. Moreover, this agency reviews the License Status of New Hampshire Educators. The current complaint does not allege the violation of any portion of the Code of Conduct by individual educators within SAU 16.
The issues raised are likely systemic and approved by administrative supervision and the boards of governance within SAU 16. Therefore, we will await the decision made by the Human Rights Commission before any further action is undertaken.
Moreover, Commissioner Edelblut has forwarded your inquiry directly to Ahni Malachi (HRC) on 19 August 2022 for her review.
Respectfully,
R.J. Farrell Jr.

Richard J. Farrell Jr.

2493

New Hampshire Department of Education
Investigations
101 Pleasant Street
Concord, New Hampshire 03301
(603) 271-8372

*The contents of this message are **CONFIDENTIAL** Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is **PROHIBITED**. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

# EXHIBIT 106

Redacted version of Sept. 21, 2021 F. Edelblut Email Exchange

(Depo. Ex. 39)

EXHIBIT 39
2495 Adelblut
Wit:
DATE: 5-23-22
Cynthia Foster, RPR, LCR #14

**From:** "Edelblut, Louis (Frank)" <Louis.F.Edelblut@doe.nh.gov>
 **To:** "Farrell, Richard" <Richard.J.Farrell@doe.nh.gov>
**Subject:** FW: Sex groups???
 **Date:** Wed, 21 Sep 2022 11:05:56 +0000
**Importance:** Normal
**Attachments:** 77E7A8F5-2799-43BF-AB74-7CDA0702F361.jpeg
**Inline-Images:** image001.png; image002.png; image003.png; image004.png

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov



 New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments from your system.*

**From:** ████████████████ @comcast.net>
**Sent:** Tuesday, September 20, 2022 9:05 PM
**To:** Edelblut, Louis (Frank) <Louis.F.Edelblut@doe.nh.gov>
**Subject:** Sex groups???

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

This is what results from the agenda pushed at SAU34. I'll call tomorrow. Boundaries are necessary.

████████, MSW

On 09/19/2022 11:04 AM Edelblut, Louis (Frank) <louis.f.edelblut@doe.nh.gov> wrote:

██,

If you can give me a call to discuss the below, that would be helpful. 603-931-████.

*Frank Edelblut*
Frank Edelblut | Commissioner of Education
Phone: 603-271-3144
Frank.Edelblut@doe.nh.gov



 New Hampshire
**Department of Education**

*The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and*

*any attachments from your system.*

**From:** ███████████████████ @comcast.net>
**Sent:** Thursday, September 1, 2022 1:52 PM
**To:** Edelblut, Louis (Frank) <Frank.edelblut@doe.nh.gov>
**Subject:** This Book Is Anti-Racist

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

The book in the subject line is actually the total opposite of it's title. It's a blatantly racist book directing kids to redistribute wealth from those who earned it, giving it to those who didn't. The book openly denies any and all racism exists against whites. As a person who has experienced white racism, I KNOW this is untrue. It violates the law put into place to protect against this exact thing, racism.

I am requesting an investigation of SAU34 and it's practices to knowingly advertise racist and sexual education books to it's students through their liberal Sora reading app. The app was brought up to the school board, but no investigation occurred, just blind support with no questions about what was found. We have taken it off our children's computers, but the law remains for the others. They have a right to educational materials that aren't racist or sexually educational.

The Sora app is being used by many schools in the state now without knowing the harms and legal liabilities they have signed up for. I'm happy to discuss what I have found. I know most people don't have the time to look through their children's curriculum like I do. I want to protect students by way of following our laws. This app and it's sexual and racist curriculum violates our laws. As the education director, I'm asking you to investigate and keep sex Ed and racist texts and teachings, out of our schools, per the law.

The Sora app is an agenda driven "reading" (or listening app) that has zero conservative content but over 150 books in their reading rainbow section with straight up porn available to children AT school. These questionable books have embedded links in the back, straight to the authors or any link they put there. The children have already gotten past the school's Internet

2497

blockers, leading them right into the hands of offenders. I was reading The Beginner Kama Sutra in two clicks. No kidding. A sex position handbook! I'm happy to show you how.

The book Flamer was fully read by me on the app. I am glad to see it was recently removed. It was nothing but graphic porn for kids. The Sora app advertises these questionable books to the kids through their computers. There is no way to ask for content controls. The parents can't interact with the app in any way, they cannot see what their kids are reading and the kids can delete their history from ALL eyes. Not even their teachers will know the new positions they learned from The Beginner Kama Sutra, unless the student brings it up. I hope not. The kids are forced to see these titles because of the app's advertising of new reading or "suggested reading". My 15-year-old was advertised: Lesbiana's Guide to Catholic School and Here and Queer a few months ago. "Lesbiana's" is just completely inappropriate, in my opinion, and Here and Queer is a sexual education book for questioning lesbians. It defines the terms in an educational manner. There is no story line, just information on being a lesbian. Probably NOT the best book to advertise to BOYS. It's sex Ed. Parents should be able to opt out of these materials being advertised to our children. It's inappropriate and illegal. Sexual education materials are for sexual education classes, not for private advertising to children when parents aren't around to approve. How do we keep it that way when the app bypasses all of the laws and the schools just blame the app and take no responsibility? How to I keep sexual education materials in sexual education class, when the school is knowingly advertising sexual education materials to my unsuspecting kids?
I'm requesting your help to protect the kids and follow the laws meant to do that. Racist and sexual education materials are being distributed to our kids. They deserve better and the law supports my concerns. Please let me know how I can support YOU in getting these illegal materials out of our schools. I know we can do better.

███████████, MSW
Mother of two at NH SAU34

**EXHIBIT
107**

Jan. 7,
2022 Email
from Ann
Marie
Banfield
Opposing
SB304

**Received:**     Fri 1/7/2022 5:30:14 PM     2500
**Subject:**     VOTE ITL on SB304
**From:**     Ann Marie Banfield <banfieldannmarie@gmail.com>
**To:**     "Sharon.Carson@leg.state.nh.us" <Sharon.Carson@leg.state.nh.us>, William.Gannon@leg.state.nh.us, Harold.French@leg.state.nh.us, Becky.Whitley@leg.state.nh.us, jennifer.horgan@leg.state.nh.us
**Cc:**     Ruth Ward <Ruth.Ward@leg.state.nh.us>, Denise Ricciardi <denise.ricciardi@leg.state.nh.us>, Erin.Hennessey@leg.state.nh.us, Jay Kahn <Jay.Kahn@leg.state.nh.us>, Suzanne.Prentiss@leg.state.nh.us, Senators New Hampshire <Senators@leg.state.nh.us>, "Louise (Frank) Edelblut" <Frank.Edelblut@doe.nh.gov>
Screen Shot 2021-08-24 at 11.39.33 PM.jpg
Screen Shot 2021-06-15 at 9.57.54 AM.jpg
Screen Shot 2021-06-22 at 1.27.50 PM.jpg
White Supremecy culture.jpg
Screen Shot 2021-09-05 at 12.44.34 AM.jpg
Screen Shot 2022-01-07 at 2.12.00 PM.jpg

Dear Members of the Senate Judiciary Committee:

My name is Ann Marie Banfield and I am a resident of North Hampton, New Hampshire. **I urge you to vote ITL on SB304** which would reinstate discriminatory actions within the public school system.

In 2021, we saw an influx of the radicalized Critical Race Theory training for teachers, and the curriculum aimed at children in the public schools. This came in under the umbrella of Diversity, Equity, Inclusion and Justice. It was so alarming to teachers and parents, that many of them mobilized to affirm our civil rights through the non-discriminatory language that was passed in HB2.

We saw teacher training in SAU16 that described everyone as white supremacists if they believed in a colorblind society. We had New Hampshire parents assuring their children that they were not responsible for slavery after receiving a lesson in history that placed the actions of slave owners on their children.

These are violations of the Civil Rights Act, but parents and teachers do not want to have to take their school district to court. There are costs involved, and it can be a lengthy process, as we are seeing in SAU16 right now. The school districts have tax-payer funded attorneys at their disposal, so it can be a daunting task to spend thousands of dollars on a private attorney to fight for our basic civil rights.

Currently there is an ongoing lawsuit in SAU16 where a resident is just trying to compile documents to see how CRT was implemented in the school district. Residents already uncovered information that shows that they were planning to push more bias and prejudice on the students. The Superintendent is using tax-payer funded attorneys to fight against producing these documents. SAU16 has already spent roughly $10,000.00 to keep these documents hidden.

We do know that SAU16 purchased books for the students on anti-racism. Anti-racism includes the same toxicity as the radicalized Critical Race Theory we are seeing in k-12 schools.

For instance, in the book SAU16 purchased for 8th grade children, the author says that there are two identities that we all fit in.
   You fit into the *dominant culture* if you fit into any of these identities:
1) White
2) Upper-middle-class

BAN00000690