UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

———————

No. 24-1690

———————

ANDRES MEJIA; CHRISTINA KIM PHILIBOTTE; NATIONAL EDUCATION ASSOCIATION - NEW HAMPSHIRE; LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO; JOCELYN MERRILL; KIMBERLY GREEN ELLIOT; RYAN RICHMAN; MEGHAN EVELYN DURDEN; JOHN DUBE,

Plaintiffs - Appellees,

v.

FRANK EDELBLUT, in their official capacity as Commissioner, New Hampshire Department of Education; JOHN M. FORMELLA, in their official capacity as New Hampshire Attorney General; AHNI MALACHI, in their official capacity as Executive Director, New Hampshire Commission for Human Rights; CHRISTIAN KIM, in their official capacity as Chairperson, New Hampshire Commission for Human Rights; KEN MERRIFIELD, in their official capacity as Commissioner, New Hampshire Department of Labor,

Defendants - Appellants.

## ASSENTED-TO MOTION TO DISPENSE WITH PRINTING JOINT APPENDIX

The appellants, by and through the New Hampshire Attorney General's Office, move to dispense with printing the joint appendix, stating as follows:

1. Fed. R. App. P. 30(a)(3) provides that a court "may by local rule or by order in a particular case require the filing or service of a different number" of paper copies of an appendix than otherwise required by Rule 30.

2. Local Rule 30.0(a) provides that "only five (5) copies of the appendix need be filed with the clerk and on motion for cause shown, parties may be allowed to file even fewer copies."

3. The parties met and conferred and agreed on the contents of a joint appendix. The joint appendix has been electronically field contemporaneously with the appellants' brief.

4. The joint appendix contains over 2,800 pages of documents.

5. Given the size of the joint appendix, and the fact that it is available electronically through the e-filing system, the appellants request permission to dispense with submitting printed copies of the joint appendix in this case.

6. Alternatively, the appellants request that the Court permit them to submit fewer than five paper copies of the joint appendix.

7. The appellees, through counsel, assent to this motion.

WHEREFORE, the appellants respectfully request that this Honorable Court:

A. Permit them to dispense with filing paper copies of the joint appendix;

B. Alternatively, permit them to file fewer than five paper copies of the joint appendix; and

C. Grant such further relief as the Court deems just and equitable.

Respectfully submitted,

FRANK EDELBLUT, in his official capacity as the Commissioner of the Department of Education, et. al.

By their attorneys,

JOHN M. FORMELLA
ATTORNEY GENERAL

AND

ANTHONY J. GALDIERI
SOLICITOR GENERAL

| | |
|---|---|
| October 28, 2024 | /s/ Samuel Garland |
| | Mary A. Triick, No. 1213543 |
| | Senior Assistant Attorney General |
| | Samuel R.V. Garland, No. 1189913 |
| | Senior Assistant Attorney General |
| | 1 Granite Place |
| | Concord, NH 03301 |
| | (603) 271-3650 |
| | Mary.a.triick@doj.nh.gov |
| | Samuel.rv.garland@doj.nh.gov |

## Certificate of Service

I certify that a copy of the foregoing motion was served on all counsel of record through the court's electronic-filing system.

| | |
|---|---|
| October 28, 2024 | /s/ Samuel Garland |
| | Samuel R.V. Garland |