UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
_____

No. 24-1690
_____

LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO; JOCELYN MER-
RILL; KIMBERLY GREEN ELLIOT; RYAN RICHMAN; MEGHAN
EVELYN DURDEN; JOHN DUBE; ANDRES MEJIA; CHRISTINA
KIM PHILIBOTTE; NATIONAL EDUCATION ASSOCIATION - NEW
HAMPSHIRE,

Plaintiffs - Appellees,

v.

FRANK EDELBLUT, in their official capacity as Commissioner, New
Hampshire Department of Education; JOHN M. FORMELLA, in their
official capacity as New Hampshire Attorney General; AHNI MALA-
CHI, in their official capacity as Executive Director, New Hampshire
Commission for Human Rights; CHRISTIAN KIM, in their official ca-
pacity as Chairperson, New Hampshire Commission for Human Rights;
KEN MERRIFIELD, in their official capacity as Commissioner, New
Hampshire Department of Labor,

Defendants - Appellants.

**APPELLEES/PLAINTIFFS' ASSENTED-TO MOTION TO
EXTEND THEIR RESPONSIVE BRIEF DEADLINE FROM
NOVEMBER 25, 2024 TO DECEMBER 20, 2024**

Plaintiffs/Appellees hereby move to extend their deadline to file a

responsive brief(s)—which is currently due on Monday, November 25,

2024—to **Friday, December 20, 2024**.  Defendants/Appellants assent

to the relief requested in this motion.  In support of this request, Appellees state as follows:

1.      All parties have anticipated needing some additional time to complete their appellate briefs in this case.  In order to avoid the filing of multiple assented-to motions to extend, the parties conferred and, on September 20, 2024, filed a Joint Motion to Modify the Scheduling Order seeking to extend the deadline for Appellants to file an opening brief and appendix from September 25, 2024 to October 25, 2024.  In that Joint Motion, the parties also asked this Court to extend the deadline for Appellees to file a responsive brief(s) from October 25, 2024 to December 9, 2024.

2.      On September  24, 2024, this Court entered an order stating that the time for Appellants "to file their brief and appendix is enlarged to and including October 25, 2024."  This Court added that, "[a]t that time, should they need it, Appellees may request an extension of time to file their brief."

3.     Now that Appellants have filed their opening brief and appendix on October 25, 2024, Appellees are now seeking an additional extension of time to file a responsive brief(s) beyond December 9, 2024—here, to December 20, 2024.

WHEREFORE, Plaintiffs/Appellees respectfully request that this Honorable Court:

A.     Issue an order extending Appellees' deadline to file a responsive brief(s) from Monday, November 25, 2024, to **Friday, December 20, 2024**; and

B.     Grant such further relief as the Court deems just and equitable.

Respectfully submitted,

LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE AND JOCELYN MERRILL, TEACHERS IN THE NEW HAMPSHIRE PUBLIC SCHOOLS, AND KIMBERLY GREEN ELLIOT AND MEGHAN EVELYN DURDEN PARENTS OR GUARDIANS OF CHILDREN IN THE NEW HAMPSHIRE PUBLIC SCHOOLS,

By their attorneys,

October 29, 2024

*/s/ Charles G. Moerdler*
Charles G. Moerdler (No. 1213343)
Harry Sandick (No. 1213342)
Joshua M. Goldman (No. 1204166)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel.: 212.336.2000
cmoerdler@pbwt.com
hsandick@pbwt.com
jgoldman@pbwt.com

Peter Perroni (No. 91613)
NOLAN PERRONI PC
73 Princeton Street
North Chelmsford, MA 01863
(978) 454-3800
peter@nolanperroni.com

AND

ANDRES MEJIA AND CHRISTINA KIM
PHILIBOTTE,

By their attorneys,

October 29, 2024

*/s/ Gilles R. Bissonnette*
Gilles R. Bissonnette (No. 123868)
Henry R. Klementowicz (No. 1179814)
SangYeob Kim (No. 1183553)
AMERICAN CIVIL LIBERTIES UNION OF NEW
HAMPSHIRE
18 Low Avenue, Concord, NH 03301
Tel. 603.224.5591
gilles@aclu-nh.org

Chris Erchull (No. 1199326)
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont, Suite 950
Boston, MA 02108
Tel.: 617.426.1350
cerchull@glad.org

Morgan C. Nighan (No. 1199326)
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109-2835
Tel.: 617.345.1031
mnighan@nixonpeabody.com

David A. Vicinanzo (No. 27729)
S. Amy Spencer (No. 1180937)
NIXON PEABODY LLP
900 Elm Street, 14th Floor
Manchester, NH 03101
Tel.: 603.628.4000
dvicinanzo@nixonpeabody.com
aspencer@nixonpeabody.com

Jennifer Eber (No. 39766)
Kayla Turner (No. 1213333)
DISABILITY RIGHTS CENTER-NEW HAMPSHIRE
64 N Main St, Ste 2
Concord, NH 03301-4913
Tel.: 603.228.0432
JenniferE@drcnh.org
kaylat@drcnh.org

William E. Christie (No. 84929)
SHAHEEN & GORDON, P.A
107 Storrs Street
P.O. Box 2703
Concord, NH 03302
Tel.: 603.225.7262
wchristie@shaheengordon.com

Emerson Sykes (No. 1197408)
Speech, Privacy, and Technology Project
Leah Watson (No. 1213334)
Sarah Hinger (No. 1184271)
Racial Justice Program
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: 212.549.2500
esykes@aclu.org
lwatson@aclu.org
shinger@aclu.org

AND

NATIONAL EDUCATION ASSOCIATION –
NEW HAMPSHIRE,

By its attorneys,

October 29, 2024

/s/ Jason Walta
Jason Walta (No. 78674)
NATIONAL EDUCATION ASSOCIATION
1201 Sixteenth St. NW
Washington, DC 20036
Tel: 202.822.7035
jwalta@nea.org

Lauren Snow Chadwick (No. 1213339)
Callan E. Sullivan (No. 1213504)
Staff Attorneys
NATIONAL EDUCATION ASSOCIATION-
  NEW HAMPSHIRE
9 South Spring Street
Concord, NH 03301-2425
Tel.: 603.224.7751
lchadwick@nhnea.org
csullivan@nhnea.org

Nathan R. Fennessy (No. 1159549)
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
57 North Main Street
Concord, NH 03301
Tel.: 603.410.1500
nfennesy@preti.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

October 29, 2024                                      /s/ *Gilles Bissonnette*
                                                                   Gilles Bissonnette