UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 24-1690

ANDRES MEJIA; CHRISTINA KIM PHILIBOTTE; NATIONAL EDUCATION ASSOCIATION - NEW HAMPSHIRE; LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO; JOCELYN MERRILL; KIMBERLY GREEN ELLIOT; RYAN RICHMAN; MEGHAN EVELYN DURDEN; JOHN DUBE,

Plaintiffs - Appellees,

v.

FRANK EDELBLUT, in their official capacity as Commissioner, New Hampshire Department of Education; JOHN M. FORMELLA, in their official capacity as New Hampshire Attorney General; AHNI MALACHI, in their official capacity as Executive Director, New Hampshire Commission for Human Rights; CHRISTIAN KIM, in their official capacity as Chairperson, New Hampshire Commission for Human Rights; KEN MERRIFIELD, in their official capacity as Commissioner, New Hampshire Department of Labor,

Defendants - Appellants.

**ASSENTED-TO MOTION TO
SUBMIT SEALED SUPPLEMENTAL JOINT APPENDIX**

The appellants, by and through the New Hampshire Attorney

General's Office, move with assent to submit a sealed supplemental

joint appendix containing material that was sealed by the district court. In support of this motion, the appellants state as follows:

1. In keeping with Fed. R. App. P. 30(b)(1), the parties have conferred and agreed to the contents of a joint appendix.

2. Several of the documents to be included in a joint appendix are documents that were disclosed during discovery subject to a protective order because they concern proceedings or actions before the New Hampshire Commission for Human Rights that the appellants assert are confidential under New Hampshire law. N.H. Rev. Stat. Ann. § 354-A:21, II(a); N.H. Admin. R. Hum 219.04.

3. Several additional documents are unredacted transcripts from depositions in which the confidential proceedings or actions were discussed.[1]

4. The district court sealed these documents on the appellees' motion when they were attached to filings in the proceedings below.

5. Additionally, the district court sealed a portion of the summary judgment hearing because these documents were referenced, and

---

[1] Redacted copies of these transcripts are included in the joint appendix.

a separate sealed transcript was generated for that portion of the hearing.

6. The appellants have included these materials in a separate, supplemental joint appendix which is being filed conventionally with this Court in conjunction with this motion. LR 30.0(g); LR 11.0(d)(1).

7. The appellants request that the Court seal this supplemental joint appendix for the above-stated reasons and that the seal remain in place for the duration of this appeal. LR 11.0(c)(2).

8. The appellees, through counsel, assent to this request.

WHEREFORE, the appellants respectfully request that this Honorable Court:

A. Permit them to submit a separate supplemental joint appendix containing materials that were sealed by the district court; and

B. Grant such further relief as the Court deems just and equitable.

Respectfully submitted,

FRANK EDELBLUT, in his official capacity as the Commissioner of the Department of Education, et. al.

By their attorneys,

JOHN M. FORMELLA
ATTORNEY GENERAL

AND

ANTHONY J. GALDIERI
SOLICITOR GENERAL

October 28, 2024

/s/ Samuel Garland
Mary A. Triick, No. 1213543
Senior Assistant Attorney General
Samuel R.V. Garland, No. 1189913
Senior Assistant Attorney General
1 Granite Place
Concord, NH 03301
(603) 271-3650
Mary.a.triick@doj.nh.gov
Samuel.rv.garland@doj.nh.gov

## Certificate of Service

I certify that a copy of the foregoing motion was served on opposing counsel by email, as agreed to by the parties.

October 28 2024 /s/ Samuel Garland
Samuel R.V. Garland

# ATTORNEY GENERAL
## DEPARTMENT OF JUSTICE

1 GRANITE PLACE SOUTH
CONCORD, NEW HAMPSHIRE 03301

JOHN M. FORMELLA
ATTORNEY GENERAL

JAMES T. BOFFETTI
DEPUTY ATTORNEY GENERAL



Office of the Clerk
U.S. Court of Appeals
U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

October 28, 2024

RE: *Local 8027, AFT- New Hampshire, AFL-CIO et al. v. Edelblut, et al.*
Docket No. 24-1690

Dear Clerk of Court:

Enclosed please find the following for filing in the above-referenced case.

1. Assented to Motion to Submit Sealed Supplemental Joint Appendix
2. Sealed Appendix to the Brief for Defendants -Appellants

Thank you for your assistance in this matter.

Sincerely,

Jacquelyn D. Spear,
Paralegal
Administration
(603) 271-5008