# United States Court of Appeals
## For the First Circuit

No. 24-1690

ANDRES MEJIA; CHRISTINA KIM PHILIBOTTE; NATIONAL EDUCATION ASSOCIATION - NEW HAMPSHIRE; LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO; JOCELYN MERRILL; KIMBERLY GREEN ELLIOT; RYAN RICHMAN; MEGHAN EVELYN DURDEN; JOHN DUBE,

Plaintiffs - Appellees,

v.

FRANK EDELBLUT, in their official capacity as Commissioner, New Hampshire Department of Education; JOHN M. FORMELLA, in their official capacity as New Hampshire Attorney General; AHNI MALACHI, in their official capacity as Executive Director, New Hampshire Commission for Human Rights; CHRISTIAN KIM, in their official capacity as Chairperson, New Hampshire Commission for Human Rights; KEN MERRIFIELD, in their official capacity as Commissioner, New Hampshire Department of Labor,

Defendants - Appellants.

**ORDER OF COURT**

Entered: October 30, 2024
Pursuant to 1st Cir. R. 27.0(d)

Appellees John Dube, Meghan Evelyn Durden, Kimberly Green Elliot, Local 8027, AFT-New Hampshire, AFL-CIO, Andres Mejia, Jocelyn Merrill, Ryan Richman, Christina Kim Philibotte and National Education Association - New Hampshire have filed an assented-to motion for extension of time to file a brief. The motion is premature because Appellants Frank Edelblut, John M. Formella, Ken Merrifield, Christian Kim and Ahni Malachi's brief has not yet been accepted for filing, and the time period for filing appellee's brief has not yet begun to run. See Fed. R. App. P. 31(a)(1); 1st Cir. R. 31.0(a)(1). Accordingly, appellees' motion is denied without prejudice to renewal once appellants' brief is accepted for filing.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Gilles R. Bissonnette
William E. Christie

Jennifer Aimee Eber
David Andrew Vicinanzo
Morgan Caissie Nighan
Henry R. Klementowicz
Suzanne Amy Spencer
SangYeob Kim
Sarah Hinger
Emerson Sykes
Christopher Erchull
Kayla J. Turner
Leah Watson
Peter J. Perroni
Jason Walta
Nathan R. Fennessy
Lauren Snow Chadwick
Callan Elizabeth Sullivan
Harry Sandick
Charles Moerdler
Joshua M. Goldman
Faith E. Gay
Anthony J. Galdieri
Samuel R. V. Garland
Nathan W. Kenison-Marvin
Mary Alissa Triick