UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

———————————

No. 24-1690

———————————

LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO; JOCELYN MERRILL; KIMBERLY GREEN ELLIOT; RYAN RICHMAN; MEGHAN EVELYN DURDEN; JOHN DUBE; ANDRES MEJIA; CHRISTINA KIM PHILIBOTTE; NATIONAL EDUCATION ASSOCIATION - NEW HAMPSHIRE,

Plaintiffs - Appellees,

v.

FRANK EDELBLUT, in their official capacity as Commissioner, New Hampshire Department of Education; JOHN M. FORMELLA, in their official capacity as New Hampshire Attorney General; AHNI MALACHI, in their official capacity as Executive Director, New Hampshire Commission for Human Rights; CHRISTIAN KIM, in their official capacity as Chairperson, New Hampshire Commission for Human Rights; KEN MERRIFIELD, in their official capacity as Commissioner, New Hampshire Department of Labor,

Defendants - Appellants.

**APPELLEES/PLAINTIFFS' ASSENTED-TO MOTION TO EXTEND THEIR RESPONSIVE BRIEF DEADLINE FROM DECEMBER 2, 2024 TO DECEMBER 20, 2024**

Plaintiffs/Appellees hereby move to extend their deadline to file a responsive brief(s)—which is currently due on Monday, December 2, 2024—to **Friday, December 20, 2024**. Defendants/Appellants assent

15371079v.1

to the relief requested in this motion. In support of this request, Appellees state as follows:

1. All parties have anticipated needing some additional time to complete their appellate briefs in this case. Given the need to coordinate multiple plaintiffs and brief multiple issues on appeal, Appellees request extra time to complete their responsive brief. In order to avoid the filing of multiple assented-to motions to extend, the parties conferred and, on September 20, 2024, filed a Joint Motion to Modify the Scheduling Order seeking to extend the deadline for Appellants to file an opening brief and appendix from September 25, 2024 to October 25, 2024. In that Joint Motion, the parties also asked this Court to extend the deadline for Appellees to file a responsive brief(s) from October 25, 2024 to December 9, 2024.

2. On September 24, 2024, this Court entered an order stating that the time for Appellants "to file their brief and appendix is enlarged to and including October 25, 2024." This Court added that, "[a]t that time, should they need it, Appellees may request an extension of time to file their brief."

3. On October 29, 2024, Appellees sought from this Court the same extension requested here (an extension to December 20, 2024), which this Court denied without prejudice on October 30, 2024, stating that appellees' motion was "premature because appellants . . . brief has not yet been accepted for filing, and the time period for filing appellee's brief has not yet begun to run." The Court directed Appellees to refile their motion once Appellants' brief is accepted for filing.

4. Now that Appellants' opening brief has been accepted, Appellees again seek an extension of time to file a responsive brief(s) beyond the December 9, 2024 deadline previously requested on September 20, 2024—here, to December 20, 2024.

WHEREFORE, Plaintiffs/Appellees respectfully request that this Honorable Court:

A. Issue an order extending Appellees' deadline to file a responsive brief(s) from Monday, December 2, 2024, to **Friday, December 20, 2024**; and

B. Grant such further relief as the Court deems just and equitable.

Respectfully submitted,

LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE AND JOCELYN MERRILL, TEACHERS IN THE NEW HAMPSHIRE PUBLIC SCHOOLS, AND KIMBERLY GREEN ELLIOT AND MEGHAN EVELYN DURDEN PARENTS OR GUARDIANS OF CHILDREN IN THE NEW HAMPSHIRE PUBLIC SCHOOLS,

By their attorneys,

November 5, 2024

*/s/ Charles G. Moerdler*
Charles G. Moerdler (No. 1213343)
Harry Sandick (No. 1213342)
Joshua M. Goldman (No. 1204166)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel.: 212.336.2000
cmoerdler@pbwt.com
hsandick@pbwt.com
jgoldman@pbwt.com

Peter Perroni (No. 91613)
NOLAN PERRONI PC
73 Princeton Street
North Chelmsford, MA 01863
(978) 454-3800
peter@nolanperroni.com

AND

ANDRES MEJIA AND CHRISTINA KIM PHILIBOTTE,

By their attorneys,

November 5, 2024

*/s/ Gilles R. Bissonnette*
Gilles R. Bissonnette (No. 123868)
Henry R. Klementowicz (No. 1179814)
SangYeob Kim (No. 1183553)
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE
18 Low Avenue, Concord, NH 03301
Tel. 603.224.5591
gilles@aclu-nh.org

Chris Erchull (No. 1199326)
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont, Suite 950
Boston, MA 02108
Tel.: 617.426.1350
cerchull@glad.org

Morgan C. Nighan (No. 1199326)
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109-2835
Tel.: 617.345.1031
mnighan@nixonpeabody.com

David A. Vicinanzo (No. 27729)  
S. Amy Spencer (No. 1180937)  
NIXON PEABODY LLP  
900 Elm Street, 14th Floor  
Manchester, NH 03101  
Tel.: 603.628.4000  
dvicinanzo@nixonpeabody.com  
aspencer@nixonpeabody.com  

Jennifer Eber (No. 39766)  
Kayla Turner (No. 1213333)  
DISABILITY RIGHTS CENTER-NEW HAMPSHIRE  
64 N Main St, Ste 2  
Concord, NH 03301-4913  
Tel.: 603.228.0432  
JenniferE@drcnh.org  
kaylat@drcnh.org  

William E. Christie (No. 84929)  
SHAHEEN & GORDON, P.A  
107 Storrs Street  
P.O. Box 2703  
Concord, NH 03302  
Tel.: 603.225.7262  
wchristie@shaheengordon.com

Emerson Sykes (No. 1197408)
Speech, Privacy, and Technology Project
Leah Watson (No. 1213334)
Sarah Hinger (No. 1184271)
Racial Justice Program
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: 212.549.2500
esykes@aclu.org
lwatson@aclu.org
shinger@aclu.org

AND

NATIONAL EDUCATION ASSOCIATION –
NEW HAMPSHIRE,

By its attorneys,

November 5, 2024

*/s/ Jason Walta*
Jason Walta (No. 78674)
NATIONAL EDUCATION ASSOCIATION
1201 Sixteenth St. NW
Washington, DC 20036
Tel: 202.822.7035
jwalta@nea.org

Lauren Snow Chadwick (No. 1213339)
Callan E. Sullivan (No. 1213504)
Staff Attorneys
NATIONAL EDUCATION ASSOCIATION-
  NEW HAMPSHIRE
9 South Spring Street
Concord, NH 03301-2425
Tel.: 603.224.7751
lchadwick@nhnea.org
csullivan@nhnea.org

Nathan R. Fennessy (No. 1159549)
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
57 North Main Street
Concord, NH 03301
Tel.: 603.410.1500
nfennesy@preti.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

November 5, 2024                          /s/ *Gilles Bissonnette*
                                                           Gilles Bissonnette