# United States Court of Appeals
### For the First Circuit

No. 24-1690

ANDRES MEJIA; CHRISTINA KIM PHILIBOTTE; NATIONAL EDUCATION ASSOCIATION - NEW HAMPSHIRE; LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO; JOCELYN MERRILL; KIMBERLY GREEN ELLIOT; RYAN RICHMAN; MEGHAN EVELYN DURDEN; JOHN DUBE,

Plaintiffs - Appellees,

v.

FRANK EDELBLUT, in their official capacity as Commissioner, New Hampshire Department of Education; JOHN M. FORMELLA, in their official capacity as New Hampshire Attorney General; AHNI MALACHI, in their official capacity as Executive Director, New Hampshire Commission for Human Rights; CHRISTIAN KIM, in their official capacity as Chairperson, New Hampshire Commission for Human Rights; KEN MERRIFIELD, in their official capacity as Commissioner, New Hampshire Department of Labor,

Defendants - Appellants.

**ORDER OF COURT**

Entered: November 6, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellees John Dube, Meghan Evelyn Durden, Kimberly Green Elliot, Local 8027, AFT-New Hampshire, AFL-CIO, Andres Mejia, Jocelyn Merrill, National Education Association - New Hampshire, Christina Kim Philibotte and Ryan Richman to file a brief be enlarged to and including **December 20, 2024**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Gilles R. Bissonnette
Lauren Snow Chadwick

William E. Christie
Jennifer Aimee Eber
Christopher Erchull
Nathan R. Fennessy
Anthony J. Galdieri
Samuel R. V. Garland
Faith E. Gay
Joshua M. Goldman
Sarah Hinger
Nathan W. Kenison-Marvin
SangYeob Kim
Henry R. Klementowicz
Charles Moerdler
Morgan Caissie Nighan
Peter J. Perroni
Harry Sandick
Suzanne Amy Spencer
Callan Elizabeth Sullivan
Emerson Sykes
Mary Alissa Triick
Kayla J. Turner
David Andrew Vicinanzo
Jason Walta
Leah Watson