# CERTIFICATE OF SERVICE FORM
# FOR PAPER FILINGS ONLY

Appeal No. 24-1690

I, Samuel R.V. Garland, hereby certify that on October 30th, 2024 and November 4th, 2024,
[name] [date]

I served copies of  The appellants' sealed supplemental appendix
[name of document]

on the following parties by  e-mail:
[hand, U.S. mail, e-mail, or commercial carrier]

[List name and address of each attorney/party served]

Andres Mejia, Christina Kim Philibotte, National Education Association –New Hampshire, LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, Jocelyn Merrill, Kimberly Green Elliot, Ryan Richman, Meghan Evelyn Durden, and John Dube

/s/ Samuel R.V. Garland
Signature

U.S. Court of Appeals for the First Circuit (Rev 3/10)