UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

———————

No. 24-1690

———————

ANDRES MEJIA; CHRISTINA KIM PHILIBOTTE; NATIONAL EDUCATION ASSOCIATION - NEW HAMPSHIRE; LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO; JOCELYN MERRILL; KIMBERLY GREEN ELLIOT; RYAN RICHMAN; MEGHAN EVELYN DURDEN; JOHN DUBE,

Plaintiffs - Appellees,

v.

FRANK EDELBLUT, in their official capacity as Commissioner, New Hampshire Department of Education; JOHN M. FORMELLA, in their official capacity as New Hampshire Attorney General; AHNI MALACHI, in their official capacity as Executive Director, New Hampshire Commission for Human Rights; CHRISTIAN KIM, in their official capacity as Chairperson, New Hampshire Commission for Human Rights; KEN MERRIFIELD, in their official capacity as Commissioner, New Hampshire Department of Labor,

Defendants - Appellants.

## ASSENTED-TO MOTION TO EXTEND THE DEADLINE TO FILE PAPER COPIES OF JOINT APPENDIX TO NOVEMBER 22, 2024

The appellants, by and through the New Hampshire Attorney General's Office, move to extend the deadline for printing the joint appendix – which is currently due on Tuesday, November 12, 2024

1

– to **Friday, November 22, 2024**. Plaintiffs/Appellees assent to the relief requested in this motion.

In support of this request, Appellants state as follows:

1. On October 28, 2024, Appellants filed a motion to dispense with printing the joint appendix. The relief in this motion was denied on November 4, 2024, and the Court ordered Appellant to print and deliver five copies of the joint appendix to the Court by November 12, 2024.

2. The joint appendix contains over 2,800 pages of documents. Given this large size, the Attorney General's Office lacks the capacity to print and bind the documents in house. An external contractor has been located and hired to complete the print job. However, the contractor is unable to complete the printing for approximately a week. Given this delay, the Appellants request an expansion of the time granted for delivery of the paper copies to the Court.

3. Gilles Bissonnette, Esq. and Joshua Goldman, Esq. assented to this request on behalf of the plaintiffs.

WHEREFORE, the Appellants respectfully request that this Honorable Court:

A. Issue an order extending Appellants' deadline to file a responsive brief(s) from Tuesday, November 12, 2024, to **Friday, November 22, 2024**; and

B. Grant such further relief as the Court deems just and equitable.

        Respectfully submitted,

        FRANK EDELBLUT, in his official capacity as the Commissioner of the Department of Education, et. al.

        By their attorneys,

        JOHN M. FORMELLA
        ATTORNEY GENERAL

            AND

        ANTHONY J. GALDIERI
        SOLICITOR GENERAL

| | |
|---|---|
| November 12, 2024 | /s/ Mary A. Triick<br>Mary A. Triick, No. 1213543<br>Senior Assistant Attorney General<br>Samuel R.V. Garland, No. 1189913<br>Senior Assistant Attorney General<br>1 Granite Place<br>Concord, NH 03301<br>(603) 271-3650<br>Mary.a.triick@doj.nh.gov<br>Samuel.rv.garland@doj.nh.gov |

## Certificate of Service

I certify that a copy of the foregoing motion was served on all counsel of record through the court's electronic-filing system.

| | |
|---|---|
| November 12, 2024 | /s/ Mary A. Triick<br>Mary A. Triick |