UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

No. 24-1690

_____

LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO; JOCELYN MERRILL; KIMBERLY GREEN ELLIOT; RYAN RICHMAN; MEGHAN EVELYN DURDEN; JOHN DUBE; ANDRES MEJIA; CHRISTINA KIM PHILIBOTTE; NATIONAL EDUCATION ASSOCIATION - NEW HAMPSHIRE,

Plaintiffs - Appellees,

v.

FRANK EDELBLUT, in their official capacity as Commissioner, New Hampshire Department of Education; JOHN M. FORMELLA, in their official capacity as New Hampshire Attorney General; AHNI MALACHI, in their official capacity as Executive Director, New Hampshire
Commission for Human Rights; CHRISTIAN KIM, in their official capacity as Chairperson, New Hampshire Commission for Human Rights; KEN MERRI-FIELD, in their official capacity as Commissioner, New Hampshire Department of Labor,

Defendants - Appellants.

## PLAINTIFFS-APPELLEES' ASSENTED-TO MOTION FOR EXTENSION OF TIME AND FOR LEAVE TO FILE OVERSIZED BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b) and First Circuit Rule 32.4, Plaintiffs-Appellees hereby move for an extension of time to **January 10, 2025**, and for leave to file an oversized brief, to a total of **18,000 words** in their

15414779v.1

2

consolidated Response brief, currently due on **Friday, December 20, 2024**. Defendants-Appellants assent to the relief requested in this motion.

This case involves the District Court's invalidation of a New Hampshire law that prohibits, among other things, the teaching of certain "banned concepts" in public schools. Considering the multiple, complex legal issues before this Court and the case's lengthy procedural history, including discovery, Plaintiffs-Appellees submit that good cause and compelling reasons exist for their requested relief.

<u>First</u>, this appeal raises significant questions of constitutional law to this Court, resulting from the District Court's two thorough written decisions, one on a motion to dismiss and one on cross-motions for summary judgment—43 and 50-pages long, respectively. The District Court's decision on the motion to dismiss resolved legal questions related to the proper standard in a vagueness challenge, and the scope of educators' First Amendment speech rights. The District Court's decision on the cross-motions for summary judgment declared a state statute unconstitutional on vagueness grounds, including the extent to which a court may consider extrinsic evidence in a facial vagueness challenge.

<u>Second</u>, this appeal involves multiple bases for the Law's unconstitutionality, arising from two different groups of Plaintiffs with two different operative complaints. The District Court consolidated the actions—the "AFT Action" and "the

15414779v.1

Mejia Action"—for resolution, as each action contends that the Law is unconstitutionally vague under the Fourteenth Amendment. But the AFT Action also alleged that the Law violates the First Amendment, an issue that the AFT Plaintiffs intend to present to this Court. However, for the sake of efficiency and to minimize the burden on this Court, Plaintiffs-Appellees intend to file a joint brief, rather than two separate briefs—which would collectively total up to 26,000 words—even though there are two groups of Plaintiffs with two distinct and operative complaints. Moreover, Plaintiffs-Appellees are currently working to consolidate their arguments with multiple client groups, and therefore require a modest extension to complete that process.

<u>Third</u>, the record in this case is extensive. It includes two lengthy and thorough written decisions, five deposition transcripts and exhibits, and oral argument hearing transcripts, all of which are included in the Addendum, Appendix, and Sealed Appendix. To adequately detail the extensive record to this Court, Plaintiffs-Appellees require additional briefing space.

Counsel for Plaintiffs-Appellees represent that they have made and will continue to make a diligent effort to file the shortest brief possible, and indeed we will work to file a brief that is as short as possible. However, this enlargement is necessary to present their arguments in a clear, concise, and thorough manner. For the

same reasons, Plaintiffs-Appellees require additional time to file their brief. Plaintiffs-Appellees have made no prior motion for leave to file an oversized brief in this appeal. Plaintiffs-Appellees would not object to any reciprocal extension or enlargement in Defendants-Appellant's Reply brief.

    WHEREFORE, Plaintiffs-Appellees respectfully request that this Court:

A.    Issue an order allowing Plaintiffs-Appellees to file their Consolidated Response brief on January 10, 2025.

B.    Issue an order allowing Plaintiffs-Appellees to exceed the word limit to a total of not more than 18,000 words in their Consolidated Response brief; and

C.    Grant such further relief as the Court deems just and equitable.

Respectfully submitted,

LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE AND JOCELYN MERRILL, TEACHERS IN THE NEW HAMPSHIRE PUBLIC SCHOOLS, AND KIMBERLY GREEN ELLIOT AND MEGHAN EVELYN DURDEN PARENTS OR GUARDIANS OF CHILDREN IN THE NEW HAMPSHIRE PUBLIC SCHOOLS,

By their attorneys,

December 10, 2024

*/s/ Charles G. Moerdler*
Charles G. Moerdler (No. 1213343)
Harry Sandick (No. 1213342)
Joshua M. Goldman (No. 1204166)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel.: 212.336.2000
cmoerdler@pbwt.com
hsandick@pbwt.com
jgoldman@pbwt.com

Peter Perroni (No. 91613)
NOLAN PERRONI PC
73 Princeton Street
North Chelmsford, MA 01863
(978) 454-3800
peter@nolanperroni.com

AND

ANDRES MEJIA AND CHRISTINA KIM PHILIBOTTE,

By their attorneys,

| | |
|---|---|
| December 10, 2024 | */s/ Gilles R. Bissonnette*<br>Gilles R. Bissonnette (No. 123868)<br>Henry R. Klementowicz (No. 1179814)<br>SangYeob Kim (No. 1183553)<br>AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE<br>18 Low Avenue, Concord, NH 03301<br>Tel. 603.224.5591<br>gilles@aclu-nh.org<br><br>Chris Erchull (No. 266733)<br>GLBTQ LEGAL ADVOCATES & DEFENDERS<br>18 Tremont, Suite 950<br>Boston, MA 02108<br>Tel.: 617.426.1350<br>cerchull@glad.org<br><br>Morgan C. Nighan (No. 1199326)<br>NIXON PEABODY LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109-2835<br>Tel.: 617.345.1031<br>mnighan@nixonpeabody.com |

David A. Vicinanzo (No. 27729)
S. Amy Spencer (No. 1180937)
NIXON PEABODY LLP
900 Elm Street, 14th Floor
Manchester, NH 03101
Tel.: 603.628.4000
dvicinanzo@nixonpeabody.com
aspencer@nixonpeabody.com

Jennifer Eber (No. 39766)
Kayla Turner (No. 1213333)
DISABILITY RIGHTS CENTER-NEW HAMPSHIRE
64 N Main St, Ste 2
Concord, NH 03301-4913
Tel.: 603.228.0432
JenniferE@drcnh.org
kaylat@drcnh.org

William E. Christie (No. 84929)
SHAHEEN & GORDON, P.A
107 Storrs Street
P.O. Box 2703
Concord, NH 03302
Tel.: 603.225.7262
wchristie@shaheengordon.com

Emerson Sykes (No. 1197408)
Speech, Privacy, and Technology Project
Leah Watson (No. 1213334)
Sarah Hinger (No. 1184271)
Racial Justice Program
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION
125 Broad Street, 18th Floor
New York, NY  10004
Tel.: 212.549.2500
esykes@aclu.org
lwatson@aclu.org
shinger@aclu.org

AND

NATIONAL EDUCATION ASSOCIATION –
NEW HAMPSHIRE,

By its attorneys,

December 10, 2024

*/s/ Jason Walta*
Jason Walta (No. 78674)
NATIONAL EDUCATION ASSOCIATION
1201 Sixteenth St. NW
Washington, DC 20036
Tel: 202.822.7035
jwalta@nea.org

Lauren Snow Chadwick (No. 1213339)
Callan E. Sullivan (No. 1213504)
Staff Attorneys
NATIONAL EDUCATION ASSOCIATION-
 NEW HAMPSHIRE
9 South Spring Street
Concord, NH 03301-2425
Tel.: 603.224.7751
lchadwick@nhnea.org
csullivan@nhnea.org

Nathan R. Fennessy (No. 1159549)
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
57 North Main Street
Concord, NH 03301
Tel.: 603.410.1500
nfennesy@preti.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

December 10, 2024                    /s/ *Gilles Bissonnette*
                                     Gilles Bissonnette