No. 24-1690

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO; JOCELYN MERRILL; KIMBERLY GREEN ELLIOT; RYAN RICHMAN; MEGHAN EVELYN DURDEN; JOHN DUBE; ANDRES MEJIA; CHRISTINA KIM PHILIBOTTE; NATIONAL EDUCATION ASSOCIATION - NEW HAMPSHIRE,
Plaintiffs-Appellees,

v.

FRANK EDELBLUT, in his official capacity as Commissioner of the New Hampshire Department of Education; JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General; AHNI MALACHI, in her official capacity as Executive Director of the New Hampshire Commission for Human Rights; CHRISTIAN KIM, in his official capacity as Chairperson of the New Hampshire Commission for Human Rights; KEN MERRIFIELD, in his official capacity as Commissioner of the New Hampshire Department of Labor,
Defendants-Appellants.

On Appeal from the United States District court
For the District of New Hampshire

## CORPORATE DISCLOSURE STATEMENT

No parent corporation or publicly held corporation owns 10% or more of stock in either Plaintiff-Appellee Local 8027, AFT-New Hampshire, AFL-CIO, or Plaintiff-Appellee National Education Association-New Hampshire.

The remaining Plaintiffs—Jocelyn Merrill, Kimberly Green Elliot, Ryan Richman, Meghan Evelyn Durden, John Dube, Andres Mejia, and Christina Kim

Philibotte—are individuals, therefore no corporate disclosure statement is required under Rule 26.1(a) of the Federal Rules of Appellate Procedure.

Respectfully submitted,

December 17, 2024

/s/ Charles G. Moerdler
Charles G. Moerdler (No. 1213343)
Harry Sandick (No. 1213342)
Joshua M. Goldman (No. 1204166)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel.: 212.336.2000
cmoerdler@pbwt.com
hsandick@pbwt.com
jgoldman@pbwt.com

Peter Perroni (No. 91613)
NOLAN PERRONI PC
73 Princeton Street
North Chelmsford, MA 01863
Tel.: 978.454.3800
peter@nolanperroni.com

*Attorneys for Plaintiffs-Appellees Local 8027, AFT-New Hampshire, AFL-CIO, Ryan Richman, John Dube and Jocelyn Merrill, teachers in the New Hampshire Public Schools, and Kimberly Green Elliot and Meghan Evelyn Durden*

/s/ Gilles R. Bissonnette
Gilles R. Bissonnette (No. 123868)
Henry R. Klementowicz (No. 1179814)
SangYeob Kim (No. 1183553)
AMERICAN CIVIL LIBERTIES UNION OF NEW
   HAMPSHIRE
18 Low Avenue

Concord, NH 03301
Tel. 603.224.5591
gilles@aclu-nh.org
henry@aclu-nh.org
sangyeob@aclu-nh.org

Chris Erchull (No. 266733)
GLBTQ Legal Advocates & Defenders
18 Tremont, Suite 950
Boston, MA 02108
Tel.: 617.426.1350
cerchull@glad.org

Morgan C. Nighan (No. 1199326)
Nixon Peabody LLP
Exchange Place
53 State Street
Boston, MA 02109-2835
Tel.: 617.345.1031
mnighan@nixonpeabody.com

David A. Vicinanzo (No. 27729)
S. Amy Spencer (No. 1180937)
Nixon Peabody LLP
900 Elm Street, 14th Floor
Manchester, NH 03101
Tel.: 603.628.4000
dvicinanzo@nixonpeabody.com
aspencer@nixonpeabody.com

Jennifer Eber (No. 39766)
Kayla Turner (No. 1213333)
Disability Rights Center-New Hampshire
64 N Main St, Ste 2
Concord, NH 03301-4913
Tel.: 603.228.0432
JenniferE@drcnh.org
kaylat@drcnh.org

William E. Christie (No. 84929)

Shaheen & Gordon, P.A
107 Storrs Street
P.O. Box 2703
Concord, NH 03302
Tel.: 603.225.7262
wchristie@shaheengordon.com

Emerson Sykes (No. 1197408)
Speech, Privacy, and Technology Project
Leah Watson (No. 1213334)
Sarah Hinger (No. 1184271)
Racial Justice Program
American Civil Liberties Union
   Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: 212.549.2500
esykes@aclu.org
lwatson@aclu.org
shinger@aclu.org

*Attorneys for Plaintiffs-Appellees Andres Mejia and Christina Kim Philibotte*

/s/ Jason Walta
Jason Walta (No. 78674)
National Education Association
1201 Sixteenth St. NW
Washington, DC 20036
Tel: 202.822.7035
jwalta@nea.org

Lauren Snow Chadwick (No. 1213339)
Callan E. Sullivan (No. 1213504)
Staff Attorneys
National Education Association-
   New Hampshire
9 South Spring Street
Concord, NH 03301-2425
Tel.: 603.224.7751

lchadwick@nhnea.org
csullivan@nhnea.org

Nathan R. Fennessy (No. 1159549)
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
57 North Main Street
Concord, NH 03301
Tel.: 603.410.1500
nfennesy@preti.com

*Attorneys for Plaintiffs-Appellees National Education Association –New Hampshire*