# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 24-1690     **Short Title:** Mejia, et al. v. Edelblut, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Andres Mejia and Christina Kim Philibotte _____ as the

[ ] appellant(s)   [✓] appellee(s)   [ ] amicus curiae

[ ] petitioner(s)   [ ] respondent(s)   [ ] intervenor(s)

/s/ William E. Christie                      01/09/2025
Signature                                    Date

William E. Christie
Name

Shaheen & Gordon, P.A.                       603-225-7262
Firm Name (if applicable)                    Telephone Number

P.O. Box 2703                                603-225-5112
Address                                      Fax Number

Concord, NH 03302                            wchristie@shaheengordon.com
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: 84929

Has this case or any related case previously been on appeal?

[✓] No     [ ] Yes   Court of Appeals No. _____

=====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).