UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RECEIVED FOR FILING
IN CLERK'S OFFICE

APR -6 ⊙ 12: 04

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 24-1690

LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO; JOCELYN MERRILL;
KIMBERLY GREEN ELLIOT; RYAN RICHMAN; MEGHAN EVELYN
DURDEN; JOHN DUBE; ANDRES MEJIA; CHRISTINA KIM PHILIBOTTE;
NATIONAL EDUCATION ASSOCIATION - NEW HAMPSHIRE,

Plaintiffs - Appellees,

v.

FRANK EDELBLUT, in their official capacity as Commissioner, New Hampshire
Department of Education; JOHN M. FORMELLA, in their official capacity as
New Hampshire Attorney General; AHNI MALACHI, in their official capacity as
Executive Director, New Hampshire
Commission for Human Rights; CHRISTIAN KIM, in their official capacity as
Chairperson, New Hampshire Commission for Human Rights; KEN MERRI-
FIELD, in their official capacity as Commissioner, New Hampshire Department of
Labor,

Defendants - Appellants.

## PLAINTIFFS-APPELLEES' ASSENTED-TO MOTION TO
## SUBMIT SEALED, UNREDACTED ANSWERING BRIEF

Pursuant to LRs 28.1 and 11.0(c)(2), Plaintiffs-Appellees, by and through

their counsel, move with assent to submit a sealed, unredacted answering brief con-

taining material that was sealed by the district court and that is in the appendix that

this Court sealed on November 13, 2024. Plaintiffs-Appellees also will file an unsealed answering brief that will be publicly accessible and that redacts this sealed information. In support of this motion, Plaintiffs-Appellees state as follows:

1.    In keeping with Fed. R. App. P. 30(b)(1), the parties conferred and agreed to the contents of a joint appendix, and this Court allowed for the filing of a separate sealed joint appendix on November 13, 2024 under LR 30.0(g) and LR 11.0(d)(1). This sealing was because several of the documents to be included in the sealed joint appendix are documents or contained information that were subject to a protective order during discovery. These documents and information were subject to confidentiality because they concern proceedings or actions before the New Hampshire Commission for Human Rights that the appellants asserted are confidential under New Hampshire law. N.H. Rev. Stat. Ann. § 354-A:21, II(a); N.H. Admin. R. Hum 219.04.

2.    The district court also sealed these documents and information on the Plaintiffs-Appellees' motion when they were attached to filings in the proceedings below. Additionally, the district court sealed a portion of the summary judgment hearing because these documents were referenced, and a separate sealed transcript was generated of that portion of the hearing.

3.     The Plaintiffs-Appellees' answering brief will reference some of this information that has been sealed by this Court and the district court and, accordingly, they seek to submit a sealed, unredacted answering brief containing this confidential information. Plaintiffs-Appellees will also file an unsealed, publicly-accessible answering brief where this confidential information will be redacted.

4.     Plaintiffs-Appellees request that the Court seal this unredacted answering brief for the above-stated reasons and that the seal remain in place for the duration of this appeal. LR 11.0(c)(2).

5.     Defendants-Appellants, through counsel, assent to this request.

WHEREFORE, Plaintiffs-Appellees respectfully request that this Court:

A.     Permit them to submit a sealed, unredacted answering brief where the redacted information was sealed by the district court and is in the sealed supplemental joint appendix that was sealed by this Court on November 13, 2024; and

B.     Grant such further relief as the Court deems just and equitable.

4

Respectfully submitted,

LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE AND JOCELYN MERRILL, TEACHERS IN THE NEW HAMPSHIRE PUBLIC SCHOOLS, AND KIMBERLY GREEN ELLIOT AND MEGHAN EVELYN DURDEN PARENTS OR GUARDIANS OF CHILDREN IN THE NEW HAMPSHIRE PUBLIC SCHOOLS,

By their attorneys,

January 3, 2025

*/s/ Charles G. Moerdler*
Charles G. Moerdler (No. 1213343)
Harry Sandick (No. 1213342)
Joshua M. Goldman (No. 1204166)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel.: 212.336.2000
cmoerdler@pbwt.com
hsandick@pbwt.com
jgoldman@pbwt.com

Peter Perroni (No. 91613)
NOLAN PERRONI PC
73 Princeton Street
North Chelmsford, MA 01863
(978) 454-3800
peter@nolanperroni.com

AND

ANDRES MEJIA AND CHRISTINA KIM PHILIBOTTE,

By their attorneys,

January 3, 2025

*/s/ Gilles R. Bissonnette*
Gilles R. Bissonnette (No. 123868)
Henry R. Klementowicz (No. 1179814)
SangYeob Kim (No. 1183553)
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMP-
SHIRE
18 Low Avenue, Concord, NH 03301
Tel. 603.224.5591
gilles@aclu-nh.org

Chris Erchull (No. 266733)
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont, Suite 950
Boston, MA 02108
Tel.: 617.426.1350
cerchull@glad.org

Morgan C. Nighan (No. 1199326)
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109-2835
Tel.: 617.345.1031
mnighan@nixonpeabody.com

David A. Vicinanzo (No. 27729)
S. Amy Spencer (No. 1180937)
NIXON PEABODY LLP
900 Elm Street, 14th Floor
Manchester, NH 03101
Tel.: 603.628.4000
dvicinanzo@nixonpeabody.com
aspencer@nixonpeabody.com

Jennifer Eber (No. 39766)
Kayla Turner (No. 1213333)
DISABILITY RIGHTS CENTER-NEW HAMPSHIRE
64 N Main St, Ste 2
Concord, NH 03301-4913
Tel.: 603.228.0432
JenniferE@drcnh.org
kaylat@drcnh.org

William E. Christie (No. 84929)
SHAHEEN & GORDON, P.A
107 Storrs Street
P.O. Box 2703
Concord, NH 03302
Tel.: 603.225.7262
wchristie@shaheengordon.com

Emerson Sykes (No. 1197408)
Speech, Privacy, and Technology Project
Leah Watson (No. 1213334)
Sarah Hinger (No. 1184271)
Racial Justice Program
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
125 Broad Street, 18th Floor
New York, NY  10004
Tel.: 212.549.2500
esykes@aclu.org
lwatson@aclu.org
shinger@aclu.org

AND

NATIONAL EDUCATION ASSOCIATION –
NEW HAMPSHIRE,

By its attorneys,

January 3, 2025

/s/ Jason Walta
Jason Walta (No. 78674)
NATIONAL EDUCATION ASSOCIATION
1201 Sixteenth St. NW
Washington, DC 20036
Tel: 202.822.7035
jwalta@nea.org

Lauren Snow Chadwick (No. 1213339)
Callan E. Sullivan (No. 1213504)
Staff Attorneys
NATIONAL EDUCATION ASSOCIATION-
  NEW HAMPSHIRE
9 South Spring Street
Concord, NH 03301-2425
Tel.: 603.224.7751
lchadwick@nhnea.org
csullivan@nhnea.org

Nathan R. Fennessy (No. 1159549)
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
57 North Main Street
Concord, NH 03301
Tel.: 603.410.1500
nfennesy@preti.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed in paper form by mail with the

Court will be sent electronically to all counsel of record by email.

January 3, 2025                              /s/ *Gilles Bissonnette*
                                             Gilles Bissonnette



New Hampshire

18 Low Avenue
Concord NH 03301
(603) 224-5591
aclu-nh.org

January 3, 2025

Office of the Clerk
U.S. Court of Appeals
U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

**Re:     Local 8027, AFT-New Hampshire, AFL-CIO et al v. Edelblut et al.**
**Docket No. 24-1690**

Dear Clerk of Court:

Pursuant to Local Rules 11(c)(2) and 25(b)(1)(A), enclosed please find the following for filing in the above-referenced case, which must be filed in paper form:

1. PLAINTIFFS-APPELLEES' ASSENTED-TO MOTION TO SUBMIT SEALED, UNREDACTED ANSWERING BRIEF

Thank you for your assistance in this matter.

Sincerely,

*/s/ Gilles Bissonnette*
Gilles Bissonnette
ACLU-NH Legal Director
Gilles@aclu-nh.org

Cc:     All counsel of record

1

PRESS FIRMLY

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

**UNITED STATES POSTAL SERVICE.**

Retail

## US POSTAGE PAID

**P**

# $10.45

Origin: 03301
01/04/25
3214700301-17

## PRIORITY MAIL®

0 Lb 3.00 Oz

**RDC 03**

EXPECTED DELIVERY DAY: 01/08/25

C079

SHIP
TO:
STE 2500
1 COURTHOUSE WAY
BOSTON MA 02210-3004

### USPS TRACKING® #

9505 5161 5285 5004 2146 22

☐ Expected delive
☐ Domestic shipm
☐ USPS Tracking®
☐ Limited internati
☐ When used inter

*Insurance does not c
Domestic Mail Manual
** See International Ma

FLAT RA
ONE RATE ■ AN

TRACKE

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

FROM:
Gilles Bissonnette
ACLU-NH
18 Low Ave.
Concord, NH 03301

TO:
Office of the Clerk
U.S. Court of Appeals
U.S. Courthouse
1 Courthouse Way
Suite 2500
Boston, MA 02210