# United States Court of Appeals
## For the First Circuit

No. 24-1690

ANDRES MEJIA; CHRISTINA KIM PHILIBOTTE; NATIONAL EDUCATION ASSOCIATION - NEW HAMPSHIRE; LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO; JOCELYN MERRILL; KIMBERLY GREEN ELLIOT; RYAN RICHMAN; MEGHAN EVELYN DURDEN; JOHN DUBE,

Plaintiffs - Appellees,

v.

FRANK EDELBLUT, in their official capacity as Commissioner, New Hampshire Department of Education; JOHN M. FORMELLA, in their official capacity as New Hampshire Attorney General; AHNI MALACHI, in their official capacity as Executive Director, New Hampshire Commission for Human Rights; CHRISTIAN KIM, in their official capacity as Chairperson, New Hampshire Commission for Human Rights; KEN MERRIFIELD, in their official capacity as Commissioner, New Hampshire Department of Labor,

Defendants - Appellants.

### ORDER OF COURT

Entered: January 13, 2025
Pursuant to 1st Cir. R. 27.0(d)

Appellees John Dube, Meghan Evelyn Durden, Kimberly Green Elliot, Local 8027, AFT-New Hampshire, AFL-CIO, Andres Mejia, Jocelyn Merrill, National Education Association - New Hampshire, Christina Kim Philibotte, and Ryan Richman's motion to file a brief under seal is denied without prejudice to refiling. Counsel's attention is directed to 1st Cir. R. 11.0(c)(3). Any renewed motion must either be accompanied by a supplemental brief containing argument related to the sealed material or explain why it is not feasible to do so. Appellees' new brief and any renewed motion must be filed on or before **January 23, 2025**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Gilles R. Bissonnette
William E. Christie
Jennifer Aimee Eber

David Andrew Vicinanzo
Morgan Caissie Nighan
Henry R. Klementowicz
Suzanne Amy Spencer
SangYeob Kim
Sarah Hinger
Emerson Sykes
Christopher Erchull
Kayla J. Turner
Leah Watson
Peter J. Perroni
Jason Walta
Nathan R. Fennessy
Lauren Snow Chadwick
Callan Elizabeth Sullivan
Harry Sandick
Charles Moerdler
Joshua M. Goldman
Faith E. Gay
Anthony J. Galdieri
Samuel R. V. Garland
Nathan W. Kenison-Marvin
Mary Alissa Triick