# United States Court of Appeals
## For the First Circuit
_____

No. 24-1690

ANDRES MEJIA; CHRISTINA KIM PHILIBOTTE; NATIONAL EDUCATION
ASSOCIATION - NEW HAMPSHIRE; LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO;
JOCELYN MERRILL; KIMBERLY GREEN ELLIOT; RYAN RICHMAN; MEGHAN
EVELYN DURDEN; JOHN DUBE,

Plaintiffs - Appellees,

v.

FRANK EDELBLUT, in their official capacity as Commissioner, New Hampshire Department
of Education; JOHN M. FORMELLA, in their official capacity as New Hampshire Attorney
General; AHNI MALACHI, in their official capacity as Executive Director, New Hampshire
Commission for Human Rights; CHRISTIAN KIM, in their official capacity as Chairperson,
New Hampshire Commission for Human Rights; KEN MERRIFIELD, in their official capacity
as Commissioner, New Hampshire Department of Labor,

Defendants - Appellants.
_____

**ORDER OF COURT**

Entered: January 16, 2025

Appellees, with the assent of appellants, have filed a motion for leave to submit an
unredacted brief under seal and a redacted brief for the public docket. After careful consideration,
we grant the motion.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Gilles R. Bissonnette
William E. Christie
Jennifer Aimee Eber
David Andrew Vicinanzo
Morgan Caissie Nighan
Henry R. Klementowicz

Suzanne Amy Spencer
SangYeob Kim
Sarah Hinger
Emerson Sykes
Christopher Erchull
Kayla J. Turner
Leah Watson
Peter J. Perroni
Jason Walta
Nathan R. Fennessy
Lauren Snow Chadwick
Callan Elizabeth Sullivan
Harry Sandick
Charles Moerdler
Joshua M. Goldman
Faith E. Gay
Anthony J. Galdieri
Samuel R. V. Garland
Nathan W. Kenison-Marvin
Mary Alissa Triick