# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 24-1690        **Short Title:** Local 8027 v. Edelblut

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Amici Civil Rights Organizations                                                           as the

[ ] appellant(s)          [ ] appellee(s)           [✔] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)         [ ] intervenor(s)

s/ Sean Ouellette                                    Jan. 17, 2025
Signature                                            Date

Sean Ouellette
Name

Public Justice                                       (202) 797-8600
Firm Name (if applicable)                            Telephone Number

1620 L Street NW, Suite 630
Address                                              Fax Number

Washington, D.C. 20036                               souellette@publicjustice.net
City, State, Zip Code                                Email (required)

Court of Appeals Bar Number: 1190322

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**.  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).

[Print]        [Reset]