# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 24-1690         Short Title: Local 8027 v. Edelblut

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

PEN American Center, Inc. ("PEN America") _____ as the

[ ] appellant(s)　　　　[ ] appellee(s)　　　　[✔] amicus curiae

[ ] petitioner(s)　　　　[ ] respondent(s)　　　[ ] intervenor(s)

/s/ Ronald C. Minkoff　　　　　　　January 22, 2025
Signature　　　　　　　　　　　　　Date

Ronald C. Minkoff
Name

Frankfurt Kurnit Klein & Selz, P.C.　　　212-980-0120
Firm Name (if applicable)　　　　　　　　Telephone Number

28 Liberty Street　　　　　　　　　　　　212-593-9175
Address　　　　　　　　　　　　　　　　　Fax Number

New York, New York 10005　　　　　　　rminkoff@fkks.com
City, State, Zip Code　　　　　　　　　　Email (required)

Court of Appeals Bar Number: 1199609

Has this case or any related case previously been on appeal?

[✔] No　　　　[ ] Yes　Court of Appeals No._____

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).