No. 24-1690
_____

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
_____

ANDRES MEJIA; CHRISTINA KIM PHILIBOTTE; NATIONAL EDUCATION ASSOCIATION - NEW HAMPSHIRE; LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO; JOCELYN MERRILL; KIMBERLY GREEN ELLIOT; RYAN RICHMAN; MEGHAN EVELYN DURDEN; JOHN DUBE,
Plaintiffs-Appellees,

v.

FRANK EDELBLUT, in his official capacity as Commissioner of the New Hampshire Department of Education; JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General; AHNI MALACHI, in her official capacity as Executive Director of the New Hampshire Commission for Human Rights; CHRISTIAN KIM, in his official capacity as Chairperson of the New Hampshire Commission for Human Rights; KEN MERRIFIELD, in his official capacity as Commissioner of the New Hampshire Department of Labor,
Defendants-Appellants.
_____

On Appeal from the United States District court
For the District of New Hampshire
_____

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2025, I served the sealed unredacted brief electronically on Defendants-Appellants through the below counsel, who consented to electronic service.

Mary A. Triick (No. 1213543)
Samuel R.V. Garland (No. 1189913)

Respectfully submitted,

January 29, 2025

/s/ Gilles R. Bissonnette
Gilles R. Bissonnette (No. 123868)
AMERICAN CIVIL LIBERTIES UNION OF NEW
   HAMPSHIRE
18 Low Avenue
Concord, NH 03301
Tel.  603.224.5591
gilles@aclu-nh.org