# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, no amicus has a parent corporation, no amicus is owned in whole or in part by any publicly held corporation, and no amicus is a publicly held company.