# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Appellate Procedure 26.1 and 29 and First Circuit Rule 29, *Amicus Curiae* PEN AMERICAN CENTER, INC. ("PEN America") hereby certifies that, in addition to persons listed by the parties in their briefs, the following persons have an interest in the outcome of this case or appeal: None.

PEN America and its undersigned counsel further certify that:

(1) *Amicus Curiae* PEN America has no parent corporations or any other publicly held corporations that own 10% or more of its stock;

(2) Counsel from Frankfurt Kurnit, Klein & Selz, P.C. authored the brief in its entirety;

(3) No party or party's counsel contributed money that was intended to fund preparing or submitting this brief; and

(4) No person other than the *Amicus Curiae*, its members, or its counsel contributed money that was intended to fund preparing or submitting the brief.