UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

———————————

No. 24-1690

———————————

ANDRES MEJIA; CHRISTINA KIM PHILIBOTTE; NATIONAL EDU- CATION ASSOCIATION - NEW HAMPSHIRE; LOCAL 8027, AFT- NEW HAMPSHIRE, AFL-CIO; JOCELYN MERRILL; KIMBERLY GREEN ELLIOT; RYAN RICHMAN; MEGHAN EVELYN DURDEN; JOHN DUBE,

Plaintiffs - Appellees,

v.

FRANK EDELBLUT, in their official capacity as Commissioner, New Hampshire Department of Education; JOHN M. FORMELLA, in their official capacity as New Hampshire Attorney General; AHNI MALA-CHI, in their official capacity as Executive Director, New Hampshire Commission for Human Rights; CHRISTIAN KIM, in their official capacity as Chairperson, New Hampshire Commission for Human Rights; KEN MERRIFIELD, in their official capacity as Commissioner, New Hampshire Department of Labor,

Defendants - Appellants.

**ASSENTED-TO MOTION TO EXTEND THE DEADLINE TO FILE REPLY BRIEF**

The Appellants, by and through the New Hampshire Attorney General's Office, move to extend the deadline for filing a reply brief to **Monday, March 10, 2025**. Plaintiffs/Appellees assent to the relief requested in this motion. In support of this request, Appellants state as follows:

1. The Appellants' reply brief is currently due February 25, 2025.

2. Drafting a reply brief in this matter will take substantial time, given that Appellees' brief is nearly 18,000 words long and there are also two amicus briefs which have been filed in support of the Appellees.

1

3. Given counsel's current workload, it is estimated that Appellants will need an additional approximately two weeks to complete the reply brief.

4. Appellees' have assented to an extension of the Appellants' deadline to and including Monday, March 10.

WHEREFORE, the Appellants respectfully request that this Honorable Court:

A. Issue an order extending Appellants' deadline to file a reply brief to **Monday, March 10, 2025**; and

B. Grant such further relief as the Court deems just and equitable.

Respectfully submitted,

FRANK EDELBLUT, in his official capacity as the Commissioner of the Department of Education, et. al.

By their attorneys,
JOHN M. FORMELLA
ATTORNEY GENERAL

AND

ANTHONY J. GALDIERI
SOLICITOR GENERAL

February 12, 2025

_____
Mary A. Triick, No. 1213543
Senior Assistant Attorney General
Samuel R.V. Garland, No. 1189913
Senior Assistant Attorney General
1 Granite Place, South
Concord, NH 03301
(603) 271-3650
Mary.a.triick@doj.nh.gov
Samuel.rv.garland@doj.nh.gov

**Certificate of Service**

I certify that a copy of the foregoing motion was served on all counsel of record through the court's electronic-filing system.

February 12, 2025

_____
Mary A. Triick, No. 1213543
Senior Assistant Attorney General