No. 24-1690

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

ANDRES MEJIA; CHRISTINA KIM PHILIBOTTE; NATIONAL EDUCATION ASSOCIATION - NEW HAMPSHIRE; LOCAL 8027, AFTNEW HAMPSHIRE, AFL-CIO; JOCELYN MERRILL; KIMBERLY GREEN ELLIOT; RYAN RICHMAN; MEGHAN EVELYN DURDEN; JOHN DUBE,

Plaintiffs-Appellees,

v.

FRANK EDELBLUT, in their official capacity as Commissioner, New Hampshire Department of Education; JOHN M. FORMELLA, in their official capacity as New Hampshire Attorney General; AHNI MALACHI, in their official capacity as Executive Director, New Hampshire Commission for Human Rights; CHRISTIAN KIM, in their official capacity as Chairperson, New Hampshire Commission for Human Rights; KEN MERRIFIELD, in their official capacity as Commissioner, New Hampshire Department of Labor,

Defendants-Appellants.

On Appeal from the United States District Court
for the District of New Hampshire

**MOTION TO WITHDRAW KRISTINA ALEKSEYEVA
AS COUNSEL**

Kristina Alekseyeva
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600
kristina.alekseyeva@hoganlovells.com

Amici Curiae Advocates for Trans Equality Education Fund, Autistic Self Advocacy Network, California Women Lawyers, Coalition of Labor Union Women, AFL-CIO, Desiree Alliance, Education Law Center, Equality California, Justice and Joy National Collaborative, Lawyers Club of San Diego, Lift Louisiana, Maine Women's Lobby, National Association of Women Lawyers, National Organization for Women Foundation, National Women's Law Center, National Women's Political Caucus, National Workrights Institute, Nurses for Sexual and Reproductive Health, People for the American Way Foundation, Pride at Work, AFL-CIO, Reproaction, SIECUS: Sex Ed for Social Change, Southern Poverty Law Center, Women Lawyers on Guard, Women's Bar Association of New York, and Women's Law Project hereby move to withdraw Kristina Alekseyeva as counsel in this appeal.  Ms. Alekseyeva will no longer be associated with the firm of Hogan Lovells beginning March 4, 2025 and will no longer represent amici in this appeal. Amici will continue to be represented in this appeal by its other counsel of record.

March 3, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　/s/ Kristina Alekseyeva

Kristina Alekseyeva
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600
kristina.alekseyeva@hoganlovells.com

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of Federal Rules of Appellate Procedure 27(d)(2)(A) and because it contains 159 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f). This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Office 365 in 14-point Century Schoolbook font.

Dated: March 3, 2025                    */s/ Kristina Alekseyeva*
                                        Kristina Alekseyeva

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: March 3, 2025 /s/ *Kristina Alekseyeva*
Kristina Alekseyeva
*Counsel for* Amicus Curiae