# United States Court of Appeals
## For the First Circuit

No. 24-1690

ANDRES MEJIA; CHRISTINA KIM PHILIBOTTE; NATIONAL EDUCATION ASSOCIATION - NEW HAMPSHIRE; LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO; JOCELYN MERRILL; KIMBERLY GREEN ELLIOT; RYAN RICHMAN; MEGHAN EVELYN DURDEN; JOHN DUBE,

Plaintiffs - Appellees,

v.

FRANK EDELBLUT, in their official capacity as Commissioner, New Hampshire Department of Education; JOHN M. FORMELLA, in their official capacity as New Hampshire Attorney General; AHNI MALACHI, in their official capacity as Executive Director, New Hampshire Commission for Human Rights; CHRISTIAN KIM, in their official capacity as Chairperson, New Hampshire Commission for Human Rights; KEN MERRIFIELD, in their official capacity as Commissioner, New Hampshire Department of Labor,

Defendants - Appellants.

### ORDER OF COURT

Entered: March 4, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the motion to withdraw Attorney Kristina Alekseyeva as counsel for Amici Curiae Advocates for Trans Equality Education Fund, Autistic Self Advocacy Network, California Women Lawyers, Coalition of Labor Union Women, AFL-CIO, Desiree Alliance, Education Law Center, Equality California, Justice and Joy National Collaborative, Lawyers Club of San Diego, Lift Louisiana, Maine Women's Lobby, National Association of Women Lawyers, National Organization for Women Foundation, National Women's Law Center, National Womens Political Caucus, National Workrights Institute, Nurses for Sexual and Reproductive Health, People for the American Way Foundation, Pride At Work, AFL-CIO, Reproaction, SIECUS: Sex Ed for Social Change, Southern Poverty Law Center, Women Lawyers on Guard Inc., Women's Bar Association of New York and Women's Law Project is granted. Attorney Kristina Alekseyeva is hereby withdrawn as counsel, and Amici Curiae will continue to be represented by their remaining counsel of record.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Gilles R. Bissonnette
William E. Christie
Jennifer Aimee Eber
David Andrew Vicinanzo
Morgan Caissie Nighan
Henry R. Klementowicz
Suzanne Amy Spencer
SangYeob Kim
Sarah Hinger
Emerson Sykes
Christopher Erchull
Kayla J. Turner
Leah Watson
Peter J. Perroni
Jason Walta
Nathan R. Fennessy
Lauren Snow Chadwick
Callan Elizabeth Sullivan
Harry Sandick
Charles Moerdler
Joshua M. Goldman
Faith E. Gay
Anthony J. Galdieri
Samuel R. V. Garland
Nathan W. Kenison-Marvin
Mary Alissa Triick
Catherine Emily Stetson
Elizabeth Ellen Theran
Shiwali G. Patel
Sean R. Ouellette
Kristina Alekseyeva
Ronald Minkoff