UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

No. 24-1690

_____

LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO; JOCELYN MERRILL;
KIMBERLY GREEN ELLIOT; RYAN RICHMAN; MEGHAN EVELYN
DURDEN; JOHN DUBE; ANDRES MEJIA; CHRISTINA KIM PHILIBOTTE;
NATIONAL EDUCATION ASSOCIATION - NEW HAMPSHIRE,

Plaintiffs - Appellees,

v.

FRANK EDELBLUT, in their official capacity as Commissioner, New Hampshire
Department of Education; JOHN M. FORMELLA, in their official capacity as
New Hampshire Attorney General; AHNI MALACHI, in their official capacity as
Executive Director, New Hampshire
Commission for Human Rights; CHRISTIAN KIM, in their official capacity as
Chairperson, New Hampshire Commission for Human Rights; KEN MERRI-
FIELD, in their official capacity as Commissioner, New Hampshire Department of
Labor,

Defendants - Appellants.

**ASSENTED-TO MOTION FOR ATTORNEY GILLES BISSONNETTE
TO FILE A NOTICE OF APPEARANCE ON BEHALF OF
NATIONAL EDUCATION ASSOCIATION-NEW HAMPSHIRE**

Pursuant to Local Rule 12(a), undersigned counsel Gilles Bissonnette seeks

leave to file a notice of appearance on behalf of National Education Association-

New Hampshire.

Undersigned counsel Gilles Bissonnette will be participating at the April 8,

2025 oral argument in this matter on behalf of Plaintiffs-Appellees Andres Mejia,

Christina Kim Philibotte, and National Education Association-New Hampshire. However, undersigned counsel's July 29, 2024 Notice of Appearance only indicated representation of Plaintiffs-Appellees Andres Mejia and Christina Kim Philibotte. Plaintiffs-Appellees submitted their consolidated responsive brief on January 10, 2025.

Accordingly, pursuant to Local Rule 12(a), undersigned counsel seeks leave to file a notice of appearance on behalf of National Education Association-New Hampshire. *See* L.R. 12(a) ("Additional or new attorneys for the parties may enter an appearance outside the 14 day period. However, in no event may any attorney file a notice of appearance without leave of court after the appellee brief has been filed.").

All counsel assent to the relief requested in this motion.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court:

A.  Allow undersigned counsel to file a notice of appearance on behalf of National Education Association-New Hampshire; and

B.  Grant such further relief as the Court deems just and equitable.

Respectfully submitted,

March 6, 2025

*/s/ Gilles R. Bissonnette*
Gilles R. Bissonnette (No. 123868)
AMERICAN CIVIL LIBERTIES UNION OF
   NEW HAMPSHIRE
18 Low Avenue, Concord, NH  03301
Tel.  603.224.5591
gilles@aclu-nh.org

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

March 6, 2025                                         */s/ Gilles Bissonnette*
                                                              Gilles Bissonnette