# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 24-1690     **Short Title:** Local 8027, et al v. Edelblut

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

NATIONAL EDUCATION ASSOCIATION – NEW HAMPSHIRE     as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

/s/ Gilles Bissonnette
Signature

3/11/2025
Date

Gilles Bissonnette
Name

ACLU of New Hampshire
Firm Name (if applicable)

603-227-6678
Telephone Number

18 Low Avenue
Address

Fax Number

Concord, NH 03301
City, State, Zip Code

gilles@aclu-nh.org
Email (required)

Court of Appeals Bar Number: 123868

Has this case or any related case previously been on appeal?

[✓] No     [ ] Yes   Court of Appeals No.

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).