April 14, 2025

**VIA CM/ECF**

Hon. Anastasia Dubrovsky, Clerk of Court
United States Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

    Re:    *Local 8027, AFT-New Hampshire, AFL-CIO, et al. v. Frank Edelblut, et al.*, No. 24-1690

Dear Ms. Dubrovsky:

At oral argument, Appellants argued that, as a threshold matter, a pre-enforcement facial vagueness challenge to a statute is categorically barred if the statute does not reach a substantial amount of First Amendment-protected conduct. Plaintiffs-Appellees submit this Rule 28(j) letter because that argument was neither raised by Appellants below nor developed in their briefing to this Court. Notwithstanding the record of enforcement here, *see* Pls.' Br. 18-20; APP1482-84, 2580-96; SA436-448, 449-454, pre-enforcement facial vagueness challenges outside the First Amendment context are indeed permitted:

- *Connally v. Gen. Const. Co.*, 269 U.S. 385, 392-95 (1926) (invalidating statute penalizing violations of state economic regulation in pre-enforcement facial vagueness challenge without First Amendment claim); *cf. Sessions v. Dimaya*, 584 U.S. 148, 155-57 (2018) (quoting *Connally*, 269 U.S. at 391);

- *Isaacson v. Mayes*, 84 F.4th 1089, 1098–99 (9th Cir. 2023) (standing existed to bring pre-enforcement facial vagueness challenge to state criminal abortion law, and rejecting "district court's suggestion that . . . vagueness challenges, cannot be reviewed before enforcement" because the court must "decide whether the harm is sufficiently likely so that the litigant need not wait until the harm occurs");

- *Peoples Rts. Org., Inc. v. City of Columbus*, 152 F.3d 522, 533-34, 537 (6th Cir. 1998) (concluding that assault weapon prohibition was unconstitutionally vague in pre-enforcement action not implicating the First Amendment).

1

This threshold argument is separate from the question of what standard applies to facial vagueness challenges (pre- or post-enforcement). *See* Pls.' Br. 28-32.

                                  Respectfully submitted,

*/s/ Gilles Bissonnette*
Gilles Bissonnette (No. 123868)
AMERICAN CIVIL LIBERTIES UNION OF
   NEW HAMPSHIRE
18 Low Avenue
Concord, NH 03301
Tel.: (603) 333-2081
gilles@aclu-nh.org

*Counsel for Plaintiffs-Appellees NEA-NH, Andres Mejia, and Chrstina Philibotte*

*/s/ Charles G. Moerdler*
Charles G. Moerdler (No. 1213343)
PATTERSON BELKNAP WEBB & TYLER
   LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000
cmoerdler@pbwt.com

*Counsel for Plaintiffs-Appellees Local 8027, AFT-New Hampshire, AFL-CIO, Ryan Richman, John Dube, Joceyln Merrill, Kimberly Green Elliott and Meghan Evelyn Durden*