No. 24-1690

_____

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO et al.,

Plaintiffs-Appellees,

v.

FRANK EDELBLUT, in his official capacity as Commissioner of the New
Hampshire Department of Education et al.,

Defendants-Appellants.

_____

On Appeal from the United States District court
For the District of New Hampshire

_____

**MOTION TO WITHDRAW JOSHUA GOLDMAN AS COUNSEL**

Joshua M. Goldman (No. 1204166)
PATTERSON BELKNAP WEBB &
  TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel.: 212.336.2000
jgoldman@pbwt.com

*Counsel for Plaintiffs-Appellees
LOCAL 8027, AFT-NEW
HAMPSHIRE, AFL-CIO, RYAN
RICHMAN, JOHN DUBE,
JOCEYLN MERRILL, KIMBERLY
GREEN ELLIOTT and MEGHAN
EVELYN DURDEN*

Plaintiffs-Appellees LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO, RYAN RICHMAN, JOHN DUBE, JOCEYLN MERRILL, KIMBERLY GREEN ELLIOTT and MEGHAN EVELYN DURDEN hereby move to withdraw Joshua Goldman as counsel in this appeal. Mr. Goldman will no longer be associated with the firm of Patterson Belknap Webb & Tyler beginning January 1, 2026, and will no longer represent Plaintiffs-Appellees in this appeal. Plaintiffs-Appellees will continue to be represented in this appeal by its other counsel of record.

December 31, 2025

Respectfully submitted,

*/s/ Joshua Goldman*
Joshua M. Goldman
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, New York
(212) 336-2000

# CERTIFICATE OF COMPLIANCE

I hereby certify that:

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 29(a)(4)(g) because it contains 74 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f).  This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word for Office 365 and Times New Roman 14-point font.

Dated: December 31, 2025                    */s/ Joshua Goldman*

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that participants in the case who are registered CM/ECF users will be served by the CM/ECF system.


Dated: December 31, 2025                    */s/ Joshua Goldman*