# United States Court of Appeals
## For the First Circuit

No. 24-1690

ANDRES MEJIA; CHRISTINA KIM PHILIBOTTE; NATIONAL EDUCATION
ASSOCIATION - NEW HAMPSHIRE; LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO;
JOCELYN MERRILL; KIMBERLY GREEN ELLIOT; RYAN RICHMAN; MEGHAN
EVELYN DURDEN; JOHN DUBE,

Plaintiffs - Appellees,

v.

FRANK EDELBLUT, in the official capacity as Commissioner, New Hampshire Department of
Education; JOHN M. FORMELLA, in the official capacity as New Hampshire Attorney General;
AHNI MALACHI, in the official capacity as Executive Director, New Hampshire Commission
for Human Rights; CHRISTIAN KIM, in the official capacity as Chairperson, New Hampshire
Commission for Human Rights; KEN MERRIFIELD, in the official capacity as Commissioner,
New Hampshire Department of Labor,

Defendants - Appellants.

### ORDER OF COURT

Entered: January 6, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the motion to withdraw Attorney Joshua Goldman as counsel for
Appellees Local 8027, AFT-New Hampshire, AFL-CIO, Ryan Richman, John Dube, Jocelyn
Merrill, Kimberly Green Elliot and Meghan Evelyn Durden is granted. Attorney Goldman is
hereby withdrawn as counsel of record, and Appellees Local 8027, AFT-New Hampshire, AFL-
CIO, Ryan Richman, John Dube, Jocelyn Merrill, Kimberly Green Elliot and Meghan Evelyn
Durden will continue to be represented by the remaining counsel of record.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Gilles R. Bissonnette
William E. Christie
Jennifer Aimee Eber
David Andrew Vicinanzo
Morgan Caissie Nighan
Henry R. Klementowicz
Suzanne Amy Spencer
SangYeob Kim
Sarah Hinger
Emerson Sykes
Christopher Erchull
Kayla J. Turner
Leah Watson
Peter J. Perroni
Jason Walta
Nathan R. Fennessy
Lauren Snow Chadwick
Callan Elizabeth Sullivan
Harry Sandick
Charles Moerdler
Joshua M. Goldman
Faith E. Gay
Anthony J. Galdieri
Samuel R. V. Garland
Nathan W. Kenison-Marvin
Mary Alissa Triick
Catherine Emily Stetson
Elizabeth Ellen Theran
Shiwali G. Patel
Sean R. Ouellette
Ronald Minkoff