No. 24-1690

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO et al.,
Plaintiffs-Appellees,

v.

FRANK EDELBLUT, in his official capacity as Commissioner, New
Hampshire Department of Education et al.,

Defendants-Appellants.

On Appeal from the United States District Court
for the District of New Hampshire

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 12.0, Amici Curiae Civil Rights

Organizations respectfully move to withdraw the appearance of Sean

Ouellette of Public Justice as counsel for Amici. As of January 29, 2026,

Mr. Ouellette will no longer be employed with Public Justice. Amici will

continue to be represented by their other counsel of record.

Respectfully submitted,

January 28, 2026

*/s/ Sean Ouellette*
Sean Ouellette
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600
souellette@publicjustice.net

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 29(a)(4)(g) because it contains 53 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f). This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word for Office 365 and Century Schoolbook 14-point font.

January 28, 2026

_/s/Sean Ouellette_
Sean Ouellette
Counsel for Amici

## CERTIFICATE OF SERVICE

I certify that on January 28, 2026, I electronically filed the foregoing by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

January 28, 2026

*/s/Sean Ouellette*
Sean Ouellette
Counsel for Amici