# United States Court of Appeals
## For the First Circuit

———————————

No. 24-1690

ANDRES MEJIA; CHRISTINA KIM PHILIBOTTE; NATIONAL EDUCATION
ASSOCIATION - NEW HAMPSHIRE; LOCAL 8027, AFT-NEW HAMPSHIRE, AFL-CIO;
JOCELYN MERRILL; KIMBERLY GREEN ELLIOT; RYAN RICHMAN; MEGHAN
EVELYN DURDEN; JOHN DUBE,

Plaintiffs - Appellees,

v.

FRANK EDELBLUT, in the official capacity as Commissioner, New Hampshire Department of
Education; JOHN M. FORMELLA, in the official capacity as New Hampshire Attorney General;
AHNI MALACHI, in the official capacity as Executive Director, New Hampshire Commission
for Human Rights; CHRISTIAN KIM, in the official capacity as Chairperson, New Hampshire
Commission for Human Rights; KEN MERRIFIELD, in the official capacity as Commissioner,
New Hampshire Department of Labor,

Defendants - Appellants.

———————————
### ORDER OF COURT

Entered: January 29, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the motion to withdraw Attorney Sean Ouellette as counsel for Amici
Curiae Advocates for Trans Equality Education Fund, Autistic Self Advocacy Network, California
Women Lawyers, Coalition of Labor Union Women, AFL-CIO, Desiree Alliance, Education Law
Center, Equality California, Justice and Joy National Collaborative, Lawyers Club of San Diego,
Lift Louisiana, Maine Women's Lobby, National Association of Women Lawyers, National
Organization for Women Foundation, National Women's Law Center, National Womens Political
Caucus, National Workrights Institute, Nurses for Sexual and Reproductive Health, People for the
American Way Foundation, Pride At Work, AFL-CIO, Reproaction, SIECUS: Sex Ed for Social
Change, Southern Poverty Law Center, Women Lawyers on Guard Inc., Women's Bar Association
of New York, and Women's Law Project is granted.  Attorney Ouellette is hereby withdrawn as
counsel of record, and Amici Curiae will continue to be represented by the remaining counsel of
record.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Gilles R. Bissonnette, William E. Christie, Jennifer Aimee Eber, David Andrew Vicinanzo, Morgan Caissie Nighan, Henry R. Klementowicz, Suzanne Amy Spencer, SangYeob Kim, Sarah Hinger, Emerson Sykes, Christopher Erchull, Kayla J. Turner, Leah Watson, Peter J. Perroni, Jason Walta, Nathan R. Fennessy, Lauren Snow Chadwick, Callan Elizabeth Sullivan, Harry Sandick, Charles Moerdler, Faith E. Gay, Anthony J. Galdieri, Samuel R. V. Garland, Nathan W. Kenison-Marvin, Mary Alissa Triick, Catherine Emily Stetson, Elizabeth Ellen Theran, Shiwali G. Patel, Sean R. Ouellette, Ronald Minkoff