ATTORNEY GENERAL
DEPARTMENT OF JUSTICE

1 Granite Place South
Concord, NH 03301

JOHN M. FORMELLA
ATTORNEY GENERAL

JAMES T. BOFFETTI
DEPUTY ATTORNEY GENERAL

October 2, 2026

United States Court of Appeals for the First Circuit
Clerk of Courts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Dear Clerk of Court,

This letter is sent pursuant to Rule 28(j).

A pertinent and significant authority has come to the attention of the Defendant-Appellants. Several weeks ago the United States Court of Appeals for the Tenth Circuit issued a decision in:

*Black Emergency Response Team v. Drummond*, 2026 U.S. App. LEXIS 27669, ___ F.4th ___, 2026 WL 2654160 (10th Cir. Sept. 9, 2026).

This decision is pertinent to resolution of this appeal (*Local 8027 v. Edelblut*, 24-1690) as within it the Tenth Circuit Court considered a vagueness challenge to an Oklahoma statute similar to the New Hampshire statutes at issue in this case. The Tenth Circuit concluded that the lower court had abused its discretion by enjoining the enforcement of the state on vagueness grounds.

Sincerely,

*/s/ Mary A. Triick*

Mary A. Triick
Senior Assistant Attorney General
New Hampshire Department of Justice
Mary.A.Triick@doj.nh.gov